UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) ) ) |
| REVLON, INC., *et al.*, | ) ) ) |
| | ) |
| | ) |
| | ) |
| Debtors. | ) ) |

CHAPTER 11

Case No. 22-10760 (DSJ)

(Jointly Administered)

NOTICE OF APPEARANCE AND REQUEST
FOR NOTICES AND SERVICE OF PAPERS

    PLEASE TAKE NOTICE that Ronald M. Tucker, 225 West Washington Street, Indianapolis, Indiana 46204 represents Simon Property Group, Inc., as landlord (Creditor) and party in interest in the above case. The undersigned hereby enters his appearance pursuant to Section 1109 (b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010 (b) and request copies of all notices and pleading's pursuant to Federal Rules of Bankruptcy Procedure 2002 (a). All such notices should be addressed as follows:

Simon Property Group, Inc.
Attn: Ronald M. Tucker, Esq.
225 West Washington Street
Indianapolis, Indiana 46204

    PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109 (b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case and proceedings therein.

                                   Respectfully submitted

                                     */s/Ronald M. Tucker*
                                   Ronald M. Tucker, Esq., Attorney for
                                   Simon Property Group, Inc. and its related entities
                                   IN 11428-49
                                   (317) 263-2346
                                   (317) 263-7901 (FAX)
                                   E-mail address:  rtucker@simon.com

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing was served this 20th day of June, 2022 via ECF Noticing to the persons of record.

                                  By:    */s/Ronald M. Tucker*
                                            Ronald M. Tucker, Esq.