WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE
U.S. Department of Justice
Office of the United States Trustee
201 Varick Street, Room 1006
New York, NY 10014
Tel. (212) 510-0539
By:    Brian Masumoto, Esq.
       Trial Attorney

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re:                                           :         Chapter 11
                                              :
REVLON, INC., *et al.*,                     :         Case No. 22-10760 (DSJ)
                                              :
                       Debtors.             :         (Jointly Administered)
                                              :
---------------------------------------------------------x

## NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, United States Trustee for Region 2, pursuant to Section 1102(a) of title 11, United States Code, hereby appoints the following unsecured creditors that are willing to serve on the Official Committee of Unsecured Creditors of Revlon, Inc., and its affiliated debtors in possession:

1.     US Bank Trust Company, National Association
       60 Livingston Avenue
       St. Paul, Minnesota 55107
       Attention: Timothy Sandell – Senior Vice President
       Telephone: (651) 466-5867

2.     Pension Benefit Guaranty Corporation
       1200 K Street, N.W.
       Washington, DC 20005
       Attention: Cynthia Wong – Corporate Finance & Restructuring Department
       Telephone: (202) 229-3033

3.     Orlandi, Inc.
       131 Executive Blvd
       Farmingdale, New York 11735
       Attention: Per Dobler – Senior Vice President
       Telephone: (631) 756-0010

4. Quotient Technology, Inc.
   1260 East Stringham Avenue
   Suite 600
   Salt Lake City, Utah 84106
   Attention: Phillips Sweet – Director Commercial Transactions
   Telephone: (650) 605-4600

5. Stanley B. Dessen
   2 Melby Lane
   Roslyn, New York 11576
   Telephone: (516) 484-6134

6. Eric Biljetina, Independent Executor of the
   Estate of Jolynne Biljetina
   819 Prairie Lawn Road
   Glenview, Illinois 60025
   Telephone: (847) 309-1895

7. Catherine Poulton
   c/o MRHFM Law
   1015 Locust Street
   Suite 1200
   St. Louis, Missouri 63101
   Telephone: (314) 241-2003

Dated: New York, New York
June 24, 2022

        WILLIAM K. HARRINGTON
        UNITED STATES TRUSTEE

        By /s/ Brian S. Masumoto
            Brian S. Masumoto
            Trial Attorney
        U.S. Department of Justice
        Office of the United States Trustee
        201 Varick Street, Room 1006
        New York, NY 10014
        Tel. (212) 510-0500