Hearing Date: July 22, 2022 at 10:00 a.m., prevailing Eastern Time
Objection Deadline: July 15, 2022 at 4:00 a.m., prevailing Eastern Time

Paul M. Basta, Esq.
Alice Belisle Eaton, Esq.
Kyle J. Kimpler, Esq.
Robert A. Britton, Esq.
Brian Bolin, Esq.
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Proposed Counsel to the Debtors and Debtors in
Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| REVLON, INC., *et al.*,[1] | ) Case No. 22-10760 (DSJ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**NOTICE OF DEBTORS' APPLICATION FOR AN ORDER AUTHORIZING
THE RETENTION AND EMPLOYMENT OF PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP AS ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION *NUNC PRO TUNC* TO THE PETITION DATE**

    **PLEASE TAKE NOTICE** that on July 6, 2022, the above-captioned debtors and debtors
in possession (collectively, the "Debtors") filed the *Debtors' Application For An Order
Authorizing The Retention And Employment Of Paul, Weiss, Rifkind, Wharton & Garrison LLP
As Attorneys For The Debtors And Debtors In Possession* Nunc Pro Tunc *To The Petition Date*
(the "Application").  A hearing (the "Hearing") on the Application will be held on **July 22, at
10:00 a.m., prevailing Eastern Time**.

    **PLEASE TAKE FURTHER NOTICE** that in accordance with General Order M-543
dated March 20, 2020, the Hearing will be conducted via Zoom videoconference.  Parties wishing

---

[1]    The last four digits of Debtor Revlon, Inc.'s tax identification number are 2955.  Due to the large number of
debtor entities in these Chapter 11 Cases, for which the Court has granted joint administration, a complete list of
the debtor entities and the last four digits of their federal tax identification numbers is not provided herein.  A
complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at
https://cases.ra.kroll.com/Revlon.  The location of the Debtors' service address for purposes of these Chapter 11
Cases is:  One New York Plaza, New York, NY 10004.

to appear at the Hearing, whether in a "live" or "listen only" capacity, must make an electronic appearance through the "eCourtAppearances" tab on the Court's website (https://www.nysb.uscourts.gov/content/judge-david-s-jones) no later than 4:00 p.m. on the business day before the Hearing (the "Appearance Deadline").   Following the Appearance Deadline, the Court will circulate by email the Zoom link to the Hearing to those parties who have made an electronic appearance.  Parties wishing to appear at the Hearing must submit an electronic appearance through the Court's website by the Appearance Deadline and not by emailing or otherwise contacting the Court.  Additional information regarding the Court's Zoom and hearing procedures can be found on the Court's website.

**PLEASE  TAKE  FURTHER  NOTICE** that any responses or objections (each an "Objection") to the relief requested in the Application shall: (a) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York; and (b) be served so as to be actually received by **July 15, at 4:00 p.m.,** prevailing **Eastern Time** in a manner consistent with the *Order (A) Establishing Certain Notice, Case Management, and Administrative Procedures and (B) Granting Related Relief* [Docket No. 76] and the procedures set forth therein as Exhibit 1 (the "Case Management Procedures"), including, but not limited to, by serving any Objection on the parties listed in paragraphs 22 and 34 of the Case Management Procedures.

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely filed and served with respect to the Application, the Debtors may, on or after the Objection Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Application, which order may be entered with no further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing.  The Debtors will file an agenda before the Hearing, which may modify or supplement the Application to be heard at the Hearing.

**PLEASE TAKE FURTHER NOTICE that *your rights may be affected*.  You should read the Application carefully and discuss it with your attorney, if you have one.  If you do not have an attorney, you may wish to consult with one.**

**PLEASE TAKE FURTHER NOTICE** that copies of the Application can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, or (ii) from the Debtors' proposed notice and claims agent, Kroll, at https://cases.ra.kroll.com/revlon/ or by calling (855) 631-5341 (toll free) for U.S. and Canada-based parties or +1 (646) 795-6968 for international parties.  Note that a PACER password is needed to access documents on the Court's website.

*[Remainder of page intentionally left blank.]*

New York, New York                    /s/ Robert A. Britton
Dated:  July 6, 2022                   Paul M. Basta, Esq.
                                       Alice Belisle Eaton, Esq.
                                       Kyle J. Kimpler, Esq.
                                       Robert A. Britton, Esq.
                                       Brian Bolin, Esq.
                                       **PAUL, WEISS, RIFKIND, WHARTON &**
                                       **GARRISON LLP**
                                       1285 Avenue of the Americas
                                       New York, NY 10019
                                       Telephone: (212) 373-3000
                                       Facsimile: (212) 757-3990
                                       pbasta@paulweiss.com
                                       aeaton@paulweiss.com
                                       kkimpler@paulweiss.com
                                       rbritton@paulweiss.com
                                       bbolin@paulweiss.com


                                       *Proposed Counsel to the Debtors and Debtors in*
                                       *Possession*

**Hearing Date:  July 22, 2022 at 10:00 a.m., prevailing Eastern Time**
**Objection Deadline:  July 15, 2022 at 4:00 a.m., prevailing Eastern Time**

Paul M. Basta, Esq.
Alice Belisle Eaton, Esq.
Kyle J. Kimpler, Esq.
Robert A. Britton, Esq.
Brian Bolin, Esq.
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Proposed Counsel to the Debtors and Debtors in
Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) ) ) ) ) ) ) | Chapter 11 |

REVLON, INC., *et al.*,[1]    Case No. 22-10760 (DSJ)

Debtors.    (Jointly Administered)

## DEBTORS' APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP AS ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION *NUNC PRO TUNC* TO THE PETITION DATE

The above-captioned debtors and debtors in possession (collectively, the "Debtors")

submit this application (the "Retention Application") for entry of an order, substantially in the form

attached hereto as **Exhibit A** (the "Proposed Order"), pursuant to sections 327(a) and 330 of title

11 of the United States Code (the "Bankruptcy Code"), rule 2014 and rule 2016 of the Federal

Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 2014-1 and rule 2016-1 of the

---

[1]    The last four digits of Debtor Revlon, Inc.'s tax identification number are 2955. Due to the large number of
debtor entities in these Chapter 11 Cases, for which the Court has granted joint administration, a complete list of
the debtor entities and the last four digits of their federal tax identification numbers is not provided herein.
A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent
at https://cases.ra.kroll.com/Revlon.  The location of the Debtors' service address for purposes of these
Chapter 11 Cases is:  One New York Plaza, New York, NY 10004.

Local Bankruptcy Rules for the Southern District of New York (the "Local Rules"), authorizing the retention and employment of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss" or the "Firm") as the Debtors' attorneys *nunc pro tunc* to the Petition Date (as defined below). In support of this Retention Application, the Debtors rely upon the declaration of Alice Belisle Eaton (the "Eaton Declaration") attached hereto as **Exhibit B** and (b) the declaration of Victoria Dolan (the "Dolan Declaration"), attached hereto as **Exhibit C**, and respectfully state as follows:

## Jurisdiction and Venue

1.      The United States Bankruptcy Court for the Southern District of New York (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the Southern District of New York*, dated January 31, 2012. The Debtors confirm their consent pursuant to rule 7008 of the Bankruptcy Rules, to the entry of a final order by the Court in connection with this Retention Application to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b).

3.      The statutory predicates for the relief requested herein are sections 327(a) and 330 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Rules 2014-1 and 2016-1.

## Background

7.      On June 15, 2022 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, thereby commencing the instant cases (the "Chapter 11 Cases"). The Debtors continue to manage and operate their businesses as debtors in possession under sections 1107 and 1108 of the Bankruptcy Code.

2

8.      No trustee or examiner has been appointed in the Chapter 11 Cases.  On June 24,

2022, the United States Trustee for the Southern District of New York (the "U.S. Trustee")

appointed an official committee of unsecured creditors pursuant to section 1102 of the Bankruptcy

Code (the "Committee") [Docket No. 121].   The Debtors' Chapter 11 Cases are being jointly

administered for procedural purposes only pursuant to Rule 1015(b) of the Bankruptcy Rules.

4.      Information regarding the Debtors' businesses, their capital and debt structure, and

the events leading to the filing of the Chapter 11 Cases is contained in the *Declaration of Robert

M. Caruso, Chief Restructuring Officer, (I) in Support of First Day Motions and (II) Pursuant to

Local Bankruptcy Rule 1007-2* (the "First Day Declaration") [Docket No. 30].[2]

## Relief Requested

9.      By this Retention Application, the Debtors seek authority to retain and employ

Paul, Weiss as their attorneys in connection with the prosecution of these Chapter 11 Cases in

accordance with the terms and conditions set forth in the engagement agreement effective as of

August 25, 2020 (the Engagement Letter"), attached as **Appendix 1** to the Proposed Order.  The

Debtors request that the Court approve the retention of Paul, Weiss as attorneys to perform the

extensive legal services that will be required during these Chapter 11 Cases.

## Paul, Weiss's Qualifications

10.      The Debtors seek to retain Paul, Weiss because of Paul, Weiss's recognized

expertise and extensive experience and knowledge in the field of debtors' protections, creditors'

rights, and business reorganizations under chapter 11 of the Bankruptcy Code.  Paul, Weiss is a

full-service law firm with a national and international presence and has experience and expertise

in every major substantive area of legal practice.  Paul, Weiss has been extensively involved in

---

[2]      The First Day Declaration was filed on the Petition Date and is incorporated herein by reference.  Capitalized
terms used herein but not otherwise defined shall have the meanings ascribed to them in the First Day Declaration.

major chapter 11 cases and has represented debtors in many such cases, including, among others: *In re Salem Harbor Power Development LP*, No. 22-10239 (MFW) (Bankr. D. Del. Mar. 23, 2022); *In re The Collected Group, LLC*, No. 21-10663 (LSS) (Bankr. D. Del. Apr. 5, 2021); *In re Templar Energy LLC*, No. 20-11441 (BLS) (Bankr. D. Del. June 1, 2020); *In re Diamond Offshore Drilling, Inc.,* No. 20-32307 (DRJ) (Bankr. S.D. Tex. Apr. 26, 2020); *In re Foresight Energy LP*, No. 20-41308 (Bankr. E.D. Mo. Mar. 10, 2020); *In re Pioneer Energy Services Corp.*, No. 20-31425 (DRJ) (Bankr. S.D. Tex. Mar. 1, 2020); *In re Bumble Bee Parent, Inc.*, No. 19-12502 (LSS) (Bankr. D. Del. Dec. 18, 2019); *In re Jack Cooper Ventures, Inc.*, No. 19-62393 (PWB) (Bankr. N.D. Ga. Aug. 6, 2019); *In re The Bon-Ton Stores, Inc.*, No. 18-10248 (MFW) (Bankr. D. Del. Feb. 4, 2018); *In re Expro Holdings US Inc.*, No. 17-60179 (DRJ) (Bankr. S.D. Tex. Jan. 19, 2018); *In re Cumulus Media Inc.*, No. 17-13381 (SCC) (Bankr. S.D.N.Y. Dec. 21, 2017); *In re CGG Holding (U.S.) Inc.*, No. 17-11637 (MG) (Bankr. S.D.N.Y. Jul. 14, 2017); *In re Verso Corporation*, No. 16-10163 (KG) (Bankr. D. Del. Feb. 23, 2016); *In re BPS US Holdings, Inc.*, No. 16-12373 (KJC) (Bankr. D. Del. Dec. 13, 2016).

11.    Paul, Weiss has acted as counsel for the Debtors and their non-Debtor affiliates since the late 1970s on a variety of matters, including general corporate and litigation engagements.  Over the past 12 months, pursuant to the Engagement Letter, Paul Weiss has represented the Debtors and their non-Debtor affiliates in various matters as follows:

- From December 2020 through April 2022, in connection with the evaluation and/or consummation of various financing and other corporate transactions, to allow the Debtors to achieve certain business objectives (the "<u>Financing and Corporate Engagement</u>"); and

- In the evaluation of certain in- and out-of-court financing transactions, as well as extensive contingency planning, to address the Debtors' most recent liquidity shortfalls and business needs during the second quarter of 2022, including the preparation and prosecution of these Chapter 11 Cases (the "<u>Restructuring Engagement</u>").

As a result of these engagements, Paul, Weiss has gained significant institutional knowledge of

the Debtors' businesses and affairs and many of the potential issues that may arise in these Chapter 11 Cases.

12.    For the foregoing reasons, the Debtors believe that Paul, Weiss is specially situated and well-qualified to represent them in these Chapter 11 Cases in an efficient and effective manner. Accordingly, the Debtors believe that the retention of Paul, Weiss is necessary and in the best interests of the Debtors, their estates, and creditors.

## Services to Be Provided

13.    The Debtors have requested that Paul, Weiss render services in connection with the following:

(a)    providing legal advice with respect to the Debtors' powers and duties as debtors-in-possession in the continued operation of their businesses and management of their properties;

(b)    attending meetings and negotiating with representatives of creditors and other parties-in-interest and advising and consulting on the conduct of these Chapter 11 Cases, including the legal and administrative requirements of operating in chapter 11;

(c)    taking action necessary to protect and preserve the Debtors' estates, including the prosecution of actions on the Debtors' behalf, defending any action commenced against the Debtors, and representing the Debtors in negotiations concerning litigation in which the Debtors are involved, including objections to claims filed against the Debtors' estates;

(d)    preparing and prosecuting on behalf of the Debtors all motions, applications, answers, orders, reports, and papers necessary to the administration of the estates;

(e)    advising and assisting the Debtors with financing and transactional matters as such may arise during the Chapter 11 Cases;

(f)    representing the Debtors in connection with obtaining authority to use cash collateral and post-petition financing;

(g)    advising and assisting the Debtors with financing and transactional matters that may arise during these Chapter 11 Cases;

(h)    taking any necessary action on behalf of the Debtors to negotiate, prepare and obtain approval of a disclosure statement and confirmation of a

chapter 11 plan and all documentation related thereto;

(i)     appearing in Court and protecting the interests of the Debtors before the Court;

(j)     advising the Debtors regarding tax matters; and

(k)     performing all other legal services for the Debtors that may be necessary and proper in these Chapter 11 Cases.

Paul, Weiss has stated its desire and willingness to act in these Chapter 11 Cases and render the necessary professional services as attorneys for the Debtors.

## **Professional Compensation**

14.     Paul, Weiss practices in a national marketplace for legal services in which rates are driven by multiple factors relating to the individual lawyer, his or her area of specialization, the firm's expertise, performance, and reputation, the nature of the work involved, and other factors. Paul, Weiss intends to apply for compensation for professional services rendered on an hourly basis and reimbursement of expenses incurred in connection with these Chapter 11 Cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable procedures and orders of the Court. The standard hourly rates Paul, Weiss will charge in these Chapter 11 Cases are in accordance with its ordinary and customary rates for matters of this type in effect on the date such services are rendered.  These rates are set at a level designed to fairly compensate the Firm for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses.

15.    The current standard hourly rates for Paul, Weiss's attorneys and paralegals range as follows:

| Billing Category[3] | U.S. Range |
|---|---|
| Partners | $1,530 to $2,025 |
| Counsel | $1,525 |
| Associates | $550 to $1,280 |
| Paraprofessionals | $135 to $435 |

These rates are subject to periodic adjustment to reflect economic and other conditions.[4]  The Firm has not agreed to any variations from, or alternatives to, its standard billing arrangements for this engagement.

16.    The following attorneys will have primary responsibility for representing the Debtors in these Chapter 11 Cases:

| Name | Year Admitted to the Bar | Current Hourly Rate |
|---|---|---|
| Paul M. Basta | 1993 | $2,025 |
| Alice Belisle Eaton | 2000 | $1,935 |
| Robert A. Britton | 2008 | $1,640 |
| Kyle J. Kimpler | 2009 | $1,675 |
| Brian Bolin | 2011 | $1,560 |
| Sean Mitchell | 2015 | $1,280 |
| Douglas Keeton | 2016 | $1,280 |
| Irene Blumberg | 2018 | $1,175 |
| Omid Rahnama | 2020 | $1,135 |
| Lara Luo | 2020 | $1,040 |

---

[3]    Although Paul, Weiss does not anticipate using contract attorneys during these Chapter 11 Cases, in the unlikely event that it becomes necessary to do so, Paul, Weiss will not charge a markup to the Debtors with respect to fees billed by such attorneys. Moreover, any contract attorneys or non-attorneys who are employed by the Debtors in connection with work performed by Paul, Weiss will be subject to conflict checks and disclosures in accordance with the requirements of the Bankruptcy Code.

[4]    Paul, Weiss, like other law firms, typically increases the hourly billing rate of attorneys and paraprofessionals once a year, which increase includes (a) ordinary step increases related to the advancing seniority or promotion of an attorney or paraprofessional (a "Step Increase") and (b)  periodic rate increases with respect to each level of seniority.  The Step Increases do not constitute "rate increases" (as the term is used in the Fee Guidelines).

7

Other Paul, Weiss lawyers will be consulted and may appear on behalf of the Debtors in these Chapter 11 Cases, as necessary.

17.     In addition, Paul, Weiss customarily charges its clients for all costs and expenses incurred, including, among other things, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses approved by the client such as secretarial and other overtime.  The Firm will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients.

**Compensation Received by Paul, Weiss**

18.     Beginning in May 2022, the Debtors engaged Paul, Weiss pursuant to the Engagement Letter for the Restructuring Engagement.  With respect to the Restructuring Engagement, Paul, Weiss initially received a retainer from the Debtors in the amount of $1,082,922.69 on May 25, 2022.  The Debtors increased the retainer for the Restructuring Engagement in the following amounts resulting in Paul, Weiss receiving an aggregate retainer amount of $8,474,508.54.

> $891,585.85 – Received June 3, 2022
>
> $1,000,000 – Received June 6, 2022
>
> $1,250,000 – Received June 10, 2022
>
> $3,250,000 – Received June 10, 2022
>
> $1,000,000 – Received June 15, 2022

19.     Paul, Weiss has applied, in aggregate, $8,274,552.40 of the above-listed retainers to the invoiced balance of fees and expenses outstanding as of the Petition Date, including certain

fees and expenses incurred in connection with the Financing and Corporate Engagement. The remaining $199,956.14 of the retainers continues to be held by Paul, Weiss, and, subject to approval of the Court, will be applied against any remaining prepetition fees and expenses and any remaining balance after such application will constitute a general retainer as security for any postpetition services and expenses. As stated in the Engagement Letter, the retainer received on account of the Restructuring Engagement is an advance payment retainer that is earned by Paul, Weiss upon receipt, becomes the property of Paul, Weiss upon receipt, will be placed in Paul, Weiss's general account and will not be held in a client trust account, and will not earn any interest on account of or for the Debtors. Other than as set forth herein, Paul, Weiss did not receive any other payments from the Debtors during the ninety days immediately preceding the Petition Date.

20.    From the date of its retention on the Restructuring Engagement through the Petition Date, there was no point in time when the aggregate amount due and payable by the Debtors to Paul, Weiss in connection with the Restructuring Engagement exceeded the amount of the retainer then held by Paul, Weiss. In the 90 days prior to the Petition Date, the Debtors paid Paul, Weiss approximately $8,474,508.54 in the form of advanced payment retainers.

21.    Pursuant to Bankruptcy Rule 2016(b), Paul, Weiss has neither shared nor agreed to share (a) any compensation it has received or may receive with another party or person, other than with the partners, counsel, associates, and contract attorneys, and other personnel associated with Paul, Weiss or (b) any compensation another person or party has received.

22.    Over the past 12 months, during the Financing and Corporate Engagement, Paul, Weiss would, from time to time, voluntarily write off fees and expenses as an accommodation to the Debtors for services rendered. As such, over the past 12 months, Paul, Weiss agreed to voluntarily write-off approximately $2.8 million in professional fees related to the Financing and

Corporate Engagement as well as other matters unrelated to these Chapter 11 Cases. Paul, Weiss ceased providing services in connection with all engagements (other than the Restructuring Engagement) with the Debtors on or prior to May 2022.

### Efforts to Avoid Duplication of Services

23.     By separate application, the Debtors have requested or will request the Court to approve the retention of the following professionals, among others: (a) Alvarez & Marsal North America, LLC, as financial advisor to the Debtors; (b) PJT Partners, Inc., as investment banker to the Debtors; (c) KPMG US, LLP, as auditors for the Debtors; (d) MoloLamken LLP ("MoloLamken"), as conflicts counsel to the Debtors; (e) Alan Gover, Esq., as co-counsel to the investigation subcommittee of the Revlon, Inc. board of directors (the "Investigation Committee"); (f) Petrillo Klein & Boxer LLP, as co-counsel to the Investigation Committee; (g) Kroll, LLC, as notice and claims agent; and (h) Ropes & Gray LLP, as special counsel to the Restructuring Officer of the BrandCos.

24.     The Debtors may also file applications to employ additional professionals. Paul, Weiss will work closely with the Chapter 11 Professionals retained by the Debtors to delineate and coordinate their respective duties to prevent duplication of services, which will greatly aid in the efficient and effective administration of these Chapter 11 Cases.

### Paul, Weiss's Disinterestedness

25.     To the best of the Debtors' knowledge, as set forth in the Eaton Declaration, (a) Paul, Weiss is "disinterested" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, and (b) neither Paul, Weiss nor any of the partners, counsel, associates, or paralegals of Paul, Weiss have any connection with or hold or represent an interest adverse to any of the Debtors, their affiliates, or their estates, except as disclosed in the Eaton Declaration. Paul, Weiss will review its files periodically during the

pendency of these Chapter 11 Cases to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new relevant facts or relationships are discovered, Paul, Weiss will use reasonable efforts to identify such developments and will promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

26.     The Debtors are separately seeking to employ and retain MoloLamken as their conflicts counsel in connection with these Chapter 11 Cases to handle matters that the Debtors may encounter that should not be handled by Paul, Weiss because of a potential conflict of interest. It is intended that the services of MoloLamken shall complement, and not duplicate, the services to be rendered by Paul, Weiss. MoloLamken shall act on its own and will not act under the supervision of Paul, Weiss.

## **Supporting Authority**

27.     The Debtors seek to retain Paul, Weiss as their attorneys pursuant to section 327(a) of the Bankruptcy Code, which provides that a debtor, subject to Court approval:

> [M]ay employ one or more attorneys, accountants, appraisers, auctioneers, or other professional persons, that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the [debtor] in carrying out the [debtor]'s duties under this title.

11 U.S.C. § 327(a).

28.     Bankruptcy Rule 2014(a) requires that an application for retention include:

> [S]pecific facts showing the necessity for the employment, the name of the [firm] to be employed, the reasons for the selection, the professional services to be rendered, any proposed arrangement for compensation, and, to the best of the applicant's knowledge, all of the [firm's] connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee.

Fed. R. Bankr. P. 2014.

29.     The Debtors submit that for all the reasons stated above, in the Eaton Declaration, and in the Dolan Declaration, the retention and employment of Paul, Weiss as counsel to the Debtors is necessary and in the best interests of the Debtors and their estates and complies with the requirements of section 327(a) of the Bankruptcy Code.  Further, as stated in the Eaton Declaration, Paul, Weiss is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and has no connection to the Debtors, their creditors, or other parties-in-interest, except as specifically disclosed in the Eaton Declaration. Finally, the Debtors believe that employment of Paul, Weiss effective *nunc pro tunc* to the Petition Date is warranted under the circumstances of these Chapter 11 Cases so that Paul, Weiss may be compensated for its services prior to entry of an order approving its retention and that no party in interest will be prejudiced by the granting of *nunc pro tunc* employment because Paul, Weiss has provided, and will continue to provide, valuable services to the Debtors' estates since the Petition Date.

## Notice

30.     The Debtors will provide notice of this Retention Application to: (a) the Office of the United States Trustee for the Southern District of New York; (b) Proskauer Rose LLP, as counsel to MidCap Funding IV Trust, in its capacity as (i) administrative agent and collateral agent under the Debtors' prepetition asset-based lending facility, (ii) administrative agent and collateral agent under the ABL DIP Facility, and (iii) ABL DIP Lender; (c) Morgan Lewis & Bockius LLP, as counsel to Crystal Financial LLC, in its capacity as administrative agent for the SISO Term Loan; (d) Alter Domus, in its capacity as administrative agent for the Tranche B; (e) Latham & Watkins, LLP, as counsel to Citibank N.A., in its capacity as 2016 Term Loan Agent; (f) Quinn Emanuel Urquhart & Sullivan, LLP, in its capacity as counsel to the putative 2016 Term Loan

12

group; (g) Akin Gump Strauss Hauer & Feld, LLP, in its capacity as counsel to an ad hoc group of 2016 Term Loan lenders; (h) Paul Hastings LLP, as counsel to Jefferies Finance LLC, in its capacity as BrandCo agent and DIP agent; (i) Davis Polk & Wardwell LLP and Kobre & Kim LLP, in their capacity as counsel to the ad hoc group of Term Loan DIP lenders and BrandCo lenders; (j) U.S. Bank National Association, as indenture trustee for the Debtors' pre-petition unsecured notes, and any counsel thereto; (k) Brown Rudnick LLP, in its capacity as counsel to the Committee; (l) the United States Attorney's Office for the Southern District of New York; (m) the Internal Revenue Service; (n) the Securities Exchange Commission; (o) the attorneys general for the states in which the Debtors operate; and (p) any party that has requested notice pursuant to Bankruptcy Rule 2002. The Debtors submit that, in light of the nature of the relief requested, no other or further notice need be given. No previous request for the relief sought herein has been made by the Debtors to this or any other court.

*[Remainder of page intentionally left blank]*

## **Conclusion**

WHEREFORE, the Debtors respectfully request entry of the Proposed Order granting the relief requested herein and such other and further relief as is just and proper.

Dated: July 6, 2022
New York, New York

Revlon, Inc.
(for itself and on behalf of each of its subsidiary debtors as Debtors and Debtors in Possession)

*/s/ Victoria Dolan*
Name: Victoria Dolan
Title: Chief Financial Officer

14

## Exhibit A

**Proposed Order**

Paul M. Basta, Esq.
Alice Belisle Eaton, Esq.
Kyle J. Kimpler, Esq.
Robert A. Britton, Esq.
Brian Bolin, Esq.
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Proposed Counsel to the Debtors and Debtors in
Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REVLON, INC, *et al.*,[1] | ) | Case No. 22-10760 (DSJ) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re:  Docket No. ____** |

**ORDER AUTHORIZING THE RETENTION**
**AND EMPLOYMENT OF PAUL, WEISS, RIFKIND,**
**WHARTON & GARRISON LLP AS ATTORNEYS FOR THE DEBTORS**
**AND DEBTORS IN POSSESSION *NUNC PRO TUNC* TO THE PETITION DATE**

Upon the Retention Application[2] of the above-captioned debtors and debtors in possession

(each, a "Debtor" and, collectively, the "Debtors"), for entry of an order pursuant to section 327(a)

of title 11 of the United States Code (the "Bankruptcy Code"), rules 2014 and 2016 of the Federal

---

[1]     The last four digits of Debtor Revlon, Inc.'s tax identification number are 2955.  Due to the large number of debtor entities in these Chapter 11 Cases, for which the Court has granted joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at  https://cases.ra.kroll.com/Revlon.   The location of the Debtors' service address for purposes of these Chapter 11 Cases is:  One New York Plaza, New York, NY 10004.

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Retention Application.

Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rules 2014-1 and 2016-1 of the

Local Bankruptcy Rules for the Southern District of New York (the "Local Rules") authorizing

the retention and employment of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"

or the "Firm") as attorneys for the Debtors, effective *nunc pro tunc* to the Petition Date, all as more

fully described in the Retention Application; and the Court having reviewed the Retention

Application, the declaration of Alice Belisle Eaton, a partner of Paul, Weiss (the "Eaton

Declaration"), and the declaration of Victoria Dolan, Chief Financial Officer of the Debtors

(the "Dolan Declaration"); and this Court being satisfied, based on the representations made in the

Retention Application and the Eaton Declaration, that Paul, Weiss is "disinterested" as such term

is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the

Bankruptcy Code, and as required under section 327(a) of the Bankruptcy Code, and that Paul,

Weiss represents no interest adverse to the Debtors' estates with respect to the matters upon which

it is to be engaged; and it appearing that this Court has jurisdiction to consider the Retention

Application pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of the Chapter 11

Cases and the Retention Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and

1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and it

appearing that proper and adequate notice of the Retention Application has been given and that no

other or further notice is necessary; and a hearing having been held to consider the relief requested

in the Retention Application; and upon the record of the hearing and all of the proceedings had

before the Court; and the Court having found and determined that the relief sought in the Retention

Application is in the best interests of the Debtors, their estates, their creditors and all other parties

in interest; and that the legal and factual bases set forth in the Retention Application having

established just cause for the relief granted herein; and after due deliberation and sufficient cause

appearing therefor, it is hereby ORDERED that:

1.    The Retention Application is GRANTED to the extent provided herein.

2.    Pursuant to section 327(a) of the Bankruptcy Code, Bankruptcy Rules 2014 and

2016, and Local Rules 2014-1 and 2016-1, the Debtors are authorized to employ and retain Paul,

Weiss as their counsel in these Chapter 11 Cases *nunc pro tunc* to the Petition Date in accordance

with the terms and conditions set forth in the engagement agreement effective as of August 25,

2020 (the Engagement Letter") attached hereto as **Appendix 1**.

3.    Paul, Weiss is authorized to render professional services to the Debtors as described

in the Retention Application and the Engagement Letter.  Specifically, but without limitation, Paul,

Weiss will render the following services, among others:

(a)    providing legal advice with respect to the Debtors' powers and duties as
debtors-in-possession in the continued operation of their businesses and
management of their properties;

(b)    attending meetings and negotiating with representatives of creditors and
other parties-in-interest and advising and consulting on the conduct of these
Chapter 11 Cases, including the legal and administrative requirements of
operating in chapter 11;

(c)    taking action necessary to protect and preserve the Debtors' estates,
including the prosecution of actions on the Debtors' behalf, defending any
action commenced against the Debtors, and representing the Debtors in
negotiations concerning litigation in which the Debtors are involved,
including objections to claims filed against the Debtors' estates;

(d)    preparing and prosecuting on behalf of the Debtors all motions,
applications, answers, orders, reports, and papers necessary to the
administration of the estates;

(e)    advising and assisting the Debtors with financing and transactional matters
as such may arise during the Chapter 11 Cases;

(f)    representing the Debtors in connection with obtaining authority to use cash
collateral and post-petition financing;

3

(g)     advising and assisting the Debtors with financing and transactional matters that may arise during these Chapter 11 Cases;

(h)     taking any necessary action on behalf of the Debtors to negotiate, prepare and obtain approval of a disclosure statement and confirmation of a chapter 11 plan and all documentation related thereto;

(i)     appearing in Court and protecting the interests of the Debtors before the Court;

(j)     advising the Debtors regarding tax matters; and

(k)     performing all other legal services for the Debtors that may be necessary and proper in these Chapter 11 Cases.

4.      Paul, Weiss shall apply for compensation of professional services and reimbursement of expenses incurred in connection with the Chapter 11 Cases in compliance with sections 330 and 331 of the Bankruptcy Code and the applicable provisions of the Bankruptcy Rules, the Local Rules, and any applicable orders of this Court.

5.      Paul, Weiss shall apply any remaining amounts of its prepetition retainers as a credit toward postpetition fees and expenses, after such postpetition fees and expenses are approved pursuant to an order of the Court awarding fees and expenses to Paul, Weiss. Paul, Weiss is authorized without further order of the Court, to reserve and apply amounts from the prepetition retainers that would otherwise be applied toward payment of postpetition fees and expenses as are necessary and appropriate to compensate and reimburse Paul, Weiss for unbilled fees or expenses incurred on or prior to the Petition Date consistent with its ordinary course billing practices. Paul, Weiss shall waive any remaining outstanding fees and expenses in excess of the fully applied advanced payment retainer relating to the period prior to the Petition Date.

6.      Paul, Weiss shall apply any retainer remaining at the time of its final fee application in satisfaction of compensation and reimbursement awarded with respect to such application, and promptly pay to the Debtors' estates any retainer remaining after such application.

4

7.      Paul, Weiss shall use its best efforts to avoid any duplication of services provided by any of the Debtors' other Chapter 11 Professionals in these Chapter 11 Cases.

8.      Paul, Weiss shall provide at least 10 business days' notice to the Debtors, the U.S. Trustee, and any official committee appointed in these Chapter 11 Cases prior to any increases in the rates set forth in the Eaton Declaration and shall file such notice with this Court.

9.      To the extent the Retention Application is inconsistent with this Order, the terms of this Order shall govern.

10.     The Debtors and Paul, Weiss are authorized to take all action necessary to carry out this Order.

11.     Notice of the Retention Application as provided therein shall be deemed good and sufficient notice of the Retention Application, and the Local Bankruptcy Rules are satisfied by the contents of the Retention Application.

12.     The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

13.     This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.


Dated: _____, 2022
       New York, New York


                              _____
                              HONORABLE DAVID S. JONES
                              UNITED STATES BANKRUPTCY JUDGE


5

# APPENDIX 1

**Engagement Letter**

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K. GARRISON    (1946-1991)
RANDOLPH E. PAUL     (1946-1956)
SIMON H. RIFKIND     (1950-1995)
LOUIS S. WEISS       (1927-1950)
JOHN F. WHARTON      (1927-1977)

WRITER'S DIRECT DIAL NUMBER

WRITER'S DIRECT FACSIMILE

WRITER'S DIRECT E-MAIL ADDRESS

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

HONG KONG CLUB BUILDING, 12TH FLOOR
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

MATTHEW W. ABBOTT
EDWARD T. ACKERMAN
JACOB A. ADLERSTEIN
JUSTIN ANDERSON
ALLAN J. ARFFA
JONATHAN H. ASHTOR
ROBERT A. ATKINS
DAVID J. BALL
SCOTT A. BARSHAY
PAUL M. BASTA
J. STEVEN BAUGHMAN
LYNN B. BAYARD
CRAIG A. BENSON
MARK S. BERGMAN
DAVID M. BERNICK
JOSEPH J. BIAL
BRUCE BIREMBOIM
H. CHRISTOPHER BOEHNING
ANGELO BONVINO
ROBERT BRITTON
DAVID W. BROWN
SUSANNA M. BUERGEL
JESSICA S. CAREY
DAVID CARMONA
GEOFFREY R. CHEPIGA
ELLEN N. CHING
WILLIAM A. CLAREMAN
LEWIS R. CLAYTON
YAHONNES CLEARY
RACHAEL G. COFFEY
JAY COHEN
KELLEY A. CORNISH
CHRISTOPHER J. CUMMINGS
THOMAS V. DE LA BASTIDE III
MEREDITH DEARBORN*
ARIEL J. DECKELBAUM
KAREN L. DUNN
ALICE BELISLE EATON
ANDREW J. EHRLICH
GREGORY A. EZRING
ROSS A. FIELDSTON
ANDREW C. FINCH
BRAD J. FINKELSTEIN
BRIAN P. FINNEGAN
ROBERTO FINZI
PETER E. FISCH
HARRIS FISCHMAN
ANDREW J. FOLEY
ANDREW J. FORMAN*
HARRIS B. FREIDUS
CHRISTOPHER D. FREY
MANUEL S. FREY
ANDREW L. GAINES
KENNETH A. GALLO
MICHAEL E. GERTZMAN
ADAM M. GIVERTZ
SALVATORE GOGLIORMELLA
NEIL GOLDMAN
MATTHEW B. GOLDSTEIN
ROBERTO J. GONZALEZ*
CATHERINE L. GOODALL
ERIC GOODISON
CHARLES H. GOOGE, JR.
ANDREW G. GORDON
BRIAN S. GRIEVE
UDI GROFMAN
NICHOLAS GROOMBRIDGE
BRUCE A. GUTENPLAN
ALAN S. HALPERIN
CLAUDIA HAMMERMAN
BRIAN S. HERMANN
MICHELE HIRSHMAN
ROBERT E. HOLO
DAVID S. HUNTINGTON
AMRAN HUSSEIN
LORETTA A. IPPOLITO
WILLIAM A. ISAACSON*
JAREN JANGHORBANI
BRIAN M. JANSON
JEH C. JOHNSON
MEREDITH J. KANE
JONATHAN S. KANTER
BRAD S. KARP
PATRICK N. KARSNITZ
JOHN C. KENNEDY

BRIAN KIM
KYLE J. KIMPLER
ALEXIA D. KORNBERG
ALAN W. KORNBERG
DANIEL J. KRAMER
CAITH KUSHNER
DAVID K. LAKHDHIR
JOHN E. LANGE
GREGORY F. LAUFER
BRIAN C. LAVIN
XIAOYU GREG LIU
LORETTA E. LYNCH
JEFFREY D. MARELL
MARCO V. MASOTTI
DAVID W. MAYO
ELIZABETH R. MCCOLM
JEAN M. MCLOUGHLIN
ALVARO MEMBRILLERA
MARK F. MENDELSOHN
CLAUDINE MEREDITH-GOUJON
WILLIAM B. MICHAEL
JUDIE NG SHORTELL*
CATHERINE NYARADY
JANE B. O'BRIEN
ALEX YOUNG K. OH
BRAD R. OKUN
KELLEY D. PARKER
LINDSAY B. PARKS
ANDREW M. PARLEN
CHARLES J. PESANT
JESSICA E. PHILLIPS*
VALERIE E. RADWANER
JEFFREY J. RECHER
CARL L. REISNER
LORIN L. REISNER
JEANNIE S. RHEE*
WALTER G. RICCIARDI
WALTER RIEMAN
RICHARD A. ROSEN
ANDREW N. ROSENBERG
JUSTIN ROSENBERG
JACQUELINE P. RUBIN
CHARLES F. "RICK" RULE*
RAPHAEL M. RUSSO
ELIZABETH M. SACKSTEDER
JEFFREY D. SAFERSTEIN
JEFFREY B. SAMUELS
KENNETH M. SCHNEIDER
ROBERT B. SCHUMER
JOHN M. SCOTT
BRIAN SCRIVANI
KYLE T. SEIFRIED
KANNON K. SHANMUGAM*
AUDRA J. SOLOWAY
SCOTT M. SONTAG
SARAH STASNY
TARUN M. STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
BRETTE TANNENBAUM
RICHARD C. TARLOWE
MONICA K. THURMOND
DANIEL J. TOAL
LAURA C. TURANO
CONRAD VAN LOGGERENBERG
LIZA M. VELAZQUEZ
MICHAEL VOGEL
RAMY J. WAHBEH
LAWRENCE G. WEE
THEODORE V. WELLS, JR.
LINDSEY L. WIERSMA
STEVEN J. WILLIAMS
LAWRENCE I. WITDORCHIC
AUSTIN WITT
MARK B. WLAZLO
JULIA TARVER MASON WOOD
JENNIFER H. WU
BETTY YAP*
JORDAN E. YARETT
KAYE N. YOSHINO
TONG YU
TRACEY A. ZACCONE
TAURIE M. ZEITZER
T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR
†ADMITTED TO THE CALIFORNIA BAR

August 25, 2020

Revlon, Inc.
Cari Robinson, Esq.
237 Park Avenue
New York, NY 10017

Engagement as Counsel

Dear Ms. Robinson:

It is our pleasure to serve as counsel to Revlon, Inc. (the "Company") from time to time on various matters. Our records indicate that we do not have an engagement letter on file with you, and we would like to memorialize the terms of our engagement on Revlon matters, including in connection with advising the Company on potential strategic transactions and initiatives ("Strategic Transactions").

I write to confirm our acceptance of your engagement of us as counsel and to provide you with certain information concerning our practices and policies on fees, billing, collection, conflicts, and other material terms of our engagement so that we have a common understanding about the terms and conditions of our retention. Our engagement on the Strategic Transactions began on June 1, 2020 and in connection with this matter, you have agreed to provide a customary stay-ahead retainer of $500,000.00, subject to increase as provided in Paragraph 2.

As you are aware, this firm has an ongoing attorney-client relationship with MacAndrews & Forbes on various matters unrelated to the Strategic Transactions. Without limiting Paragraph 10 below concerning conflicts of interest, you hereby agree that you consent to our past, present, and future representation of

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Revlon, Inc.                                                                                      2

MacAndrews & Forbes in matters unrelated to Revlon, and that you waive any right you may now or ever have to seek to disqualify this firm from representing MacAndrews & Forbes in any such matter.


<u>TERMS OF ENGAGEMENT</u>

            The following terms and conditions apply to our engagement as your counsel:

            **1.      Scope of Representation and Client Relationship** — We agree to provide you with legal services, as requested by you from time to time, which in our professional judgment are reasonably necessary and appropriate in connection with the matter described above.  At this time, our engagement involves general corporate and litigation matters, strategic transactions and other ongoing matters for which we have been engaged and we would be pleased to consider representing you in such other matters as you may request.  The terms and conditions of our engagement in any such other matter will be those set forth in this letter unless we otherwise mutually agree in writing. In all matters in which we represent you, we will provide services of a strictly legal nature, and it is understood that you will not be relying on us for business, investment, or accounting advice, nor to assess or vouch for the character or creditworthiness of any third person.

            Unless we otherwise agree or our representation of you otherwise requires, our engagement is solely with the individuals or entities specifically identified as clients in this letter.  By entering into this agreement, we are not agreeing to represent any other individuals or entities not named as clients herein, including your parent, subsidiary or affiliated corporations or businesses.

            The question of whether our fees are covered by some third-party agreement (including an insurance policy) is not within the scope of our representation, unless you specifically request us to consider that question.

            **2.      Retainer** — Our agreement to represent the Company in connection with this engagement is contingent upon the Company's payment to us of an advance payment retainer in the amount of $500,000.00.  In addition, the Company agrees to provide one or more additional advance payment retainers as necessary, so as to ensure that the amount of any advance payment retainers remain at or above our estimated fees and expenses.  We may apply the advance payment retainers to any outstanding fees as services are rendered and to expenses as they are incurred.  The Company understands and acknowledges that any advance payment retainers are earned by us upon receipt, any advance payment retainers become our property upon receipt, the Company no longer has a property or any other interest in any advance payment retainers

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Revlon, Inc.                                                                                    3

upon our receipt, any advance payment retainers will be placed in our general account and will not be held in a client trust, escrow or similar account, and the Company will not earn any interest on any advance payment retainers.  The purpose of the advance payment retainer is to ensure that we do not become a creditor of the Company and will not be disqualified from representing the Company in any liquidation, reorganization or similar proceeding, including in any case under Title 11 of the United States Code.  The advance payment retainer is not a security deposit or security retainer.  Notwithstanding payment of the advance payment retainers, the Company shall remain liable to us for all amounts owed to us pursuant to the terms of this engagement letter.  At the conclusion of this engagement, if the amount of any advance payment retainers held by us are in excess of the amount of our outstanding and estimated fees, expenses and costs, we will pay to the Company an amount equal to the amount by which any advance payment retainers exceed such fees, expenses and costs.

3.      **Fees for Legal Services** — Our fees for legal services are based on our assessment of the reasonable value of our services.  To assist us in determining that value, we assign hourly rates to each of our lawyers and legal assistants, and require each to maintain a record of the time spent and the services rendered on a particular matter.  Time is recorded in tenths of an hour, which is the minimum we charge for any service.  Our hourly rates, which are based on seniority, currently range from $1,225 to $1,650 per hour for partners; $1,200 per hour for counsel; $495 to $1,110 per hour for staff attorneys and associates; and $115 to $380 per hour for legal assistants.  From time to time, we reassess these rates to account for increases in our costs, augmentation of the experience and ability of our legal personnel and other factors, and thus our current rates may change (and be thereafter applied to all unbilled time) during our representation of you.  In addition to hourly rates, we may also take account of the types of services involved; the size, scope, complexity, and time limitations of the matter; the results obtained; and other relevant circumstances, including any factors that you may wish to call to our attention. We are prepared, consistent with these principles, to adapt our valuation of services in advance of undertaking the representation to address any special needs you may raise with us.

4.      **Disbursements & Other Charges** — We are committed to serving you with the most effective and cost-efficient support systems reasonably required as an incident to our legal services, and to this end we allocate charges for such systems in accordance with the extent of usage by individual clients, which are billed in addition to our fee for legal services.  We provide certain services (or incur costs) in-house for which we charge an amount calculated in an effort fairly to reflect the equipment, personnel and overhead costs to us of providing the services to you.  We obtain other services (or incur other costs) from outside vendors or suppliers for which we charge only the amount billed to us by the vendor or supplier. We may forward the invoices from these outside sources directly to you, in which event you will be responsible to pay the invoices in accordance with their terms.  Otherwise, our statements will separately bill you for these disbursements and other charges.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Revlon, Inc.                                                                                          4

In the event we are required to respond to a subpoena or other formal request from a third party relating to services we have performed for you, you agree to reimburse us for our time and expense incurred in responding to such request.

5.     **Billing** — We want our clients to be satisfied with both the quality of our services and the reasonableness of our bills, and we earnestly invite you to discuss with us any questions or comments you may have about any of our fees and charges or the format of our bills. Our practice is to bill on a monthly basis for the fees, disbursements, and related charges incurred in the preceding month, except that, in certain transactions, we may mutually agree that some or all of the billing will be done on some other basis. While we make every effort to include all disbursements in the statements for the period in which they were incurred, some costs (especially telephone or outside vendor expenses) are not available at the time of billing and must therefore be included in a later statement. Our statements are due and owing upon receipt. In the event that some or all of our fees might be subject to payment by some third party (e.g., an insurance company), we regard our client as responsible for the payment of our fees and, absent a specific agreement to the contrary, we will not look to the third party for payment. We first apply all payments we receive from you to our oldest outstanding statement.

6.     **Managing Costs** — We are sensitive to the need to manage and, when possible, to predict legal costs. We are happy to work with you to estimate our likely fees and expenses in connection with our services. You understand, however, that any estimate of projected fees is necessarily only an inexact approximation based on assumptions that may prove unfounded in the unique circumstances of each matter, and that such estimates are not intended as either a maximum or a minimum fee for our legal services.

7.     **Outside Experts** — In the course of our representation it may be appropriate, with your advance approval, to retain persons of special training or expertise to assist in the rendition of legal services (e.g., accountants, economists, investigators). Owing to privileges that may apply to services that an attorney requests from a third party, it will often be advisable for this firm to assume responsibility for hiring such experts. Notwithstanding that the contractual relationship may be with this firm, however, you agree that you will bear the responsibility directly to pay the invoices for the fees and expenses incurred by these persons.

8.     **Arbitration** — In certain circumstances, you may have the right to demand arbitration of a dispute over our legal fees in civil matters involving amounts greater than one thousand dollars ($1,000) and less than fifty thousand dollars ($50,000). In the event such a dispute arises, we shall notify you in writing of your rights, if any, to demand mediation or arbitration, processes that may have significant advantages for you.

9.     **Confidentiality** — For our relationship to succeed, it is essential for you to provide us with all factual information reasonably relevant and material to the

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Revlon, Inc.                                                                                          5

subject matter of our representation.  We regard the lawyer's duty to preserve the
confidences and secrets of a client with the utmost seriousness.  In instances in which we
represent a corporation, partnership, or other legal entity, our attorney-client relationship
is with, and this duty of confidentiality is owed only to, the entity, and not to the entity's
parent or subsidiary corporations nor its shareholders, officers, directors, founders,
managers, employees or partners, unless you instruct us or our representation of you
requires otherwise.  As a result, the confidences and secrets we obtain in the course of
such representations belong to and may be waived by the organization we represent, and
not by the employees, officers, or directors of the organization.  Of course, in the absence
of a conflict, we are free to represent these other persons, but should not be deemed to do
so without our express agreement to that effect.

      **10.    Conflicts of Interest —** We wish to avoid any circumstance in
which you would regard our representation of another client to be inconsistent with our
duties to and understandings with you.  Unless we have told you otherwise, we do not
now represent another client in the specific matter in which you have retained us.
Because we represent a large number of clients in a wide variety of legal matters around
the world, however, it is possible that we currently represent, or in the future may be
asked to represent, in some other matter unrelated to the specific matter in which you
have engaged us, some person or entity whose interests are actually or potentially adverse
to your interests in this or other matters, including in negotiations, work-outs, bankruptcy
proceedings, or litigation.  We agree that we will not undertake any such litigation,
material corporate transaction or bankruptcy related litigation representation if the subject
of the other representation is related to the specific matter in which we currently represent
you.  If the matters are general corporate, negotiations, work-outs or restructuring matters
and are not related, however, then you hereby agree that we will be free to undertake such
an unrelated adverse representation provided that (a) the unrelated representation will not
implicate any confidential information we have received from you, and (b) the other
client has consented to our continued representation of you.  This means that this firm
could represent another client against you in an unrelated matter such as a transaction or
some other matter.  Your agreement as set forth in this paragraph represents your
acknowledgement that such adverse representations are foreseeable to you, and effects a
waiver of your right, if any, to object to our representation in the unrelated matter of
another client whose interests are adverse to yours.  Since we understand that you are
experienced in retaining counsel, we are relying upon your agreement to the foregoing in
undertaking this representation.  We urge you to ask us (or other counsel) any questions
concerning this paragraph before we undertake to represent you.

Moreover, in the course of representing you, and in order fully to satisfy our professional
obligations, we may from time to time need to consult with the lawyers in this firm
responsible for advising the firm on ethical issues, including issues that may implicate
your interests.  You acknowledge and agree that, notwithstanding this potential for
conflict in consideration of our professional obligations, the firm is free to consult with
its own internal counsel on such matters without your consent and that such consultations

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Revlon, Inc.                                                                                          6

are privileged and confidential.  For so long as our engagement is ongoing, in no event
will we be adverse to the Company in any litigation matter.

     **11.**    **Termination** — We hope and trust that our relationship with you
will be a long and fruitful one.  Nevertheless, you are free to terminate our representation
of you at any time unless judicial approval is required for us to withdraw, in which event
we agree not to oppose such withdrawal.  Subject always to any applicable rule of court,
we may terminate this agreement if you deliberately disregard the terms of this agreement
or if, in our professional judgment, we are unable to continue the representation
consistent with our ethical obligations.  Notwithstanding any such termination, you
remain liable to pay all fees and charges incurred up to the date of termination.  Upon
completion of the matter to which this engagement letter applies, or the earlier
termination of the representation, our attorney-client relationship will end unless we
agree to continue the representation on other matters.  We shall have no continuing
obligation to advise you on any matter unless we otherwise agree in writing.

     **12.**    **Data Privacy** — In providing legal services to you and in
conducting our business, we may receive from you, store, or use information or
documents which consist of or contain "personal information" about you or your
shareholders, officers, directors, founders, managers, employees, partners, clients, or
business associates.  Such personal information includes information that is defined by
data privacy and data protection laws, including, but not limited to, Regulation (EU)
2016/679 (General Data Protection Regulation, or "GDPR"), as "personal data" or
"special categories of personal data," and may be protected under such laws.  Under
GDPR, "personal data" is defined as any information relating to an identified or
identifiable natural person; "special categories of personal data" is defined as sensitive
personal data, such as information about a natural person's race, ethnicity, opinions,
beliefs, health, or sexual orientation.

     We will process personal information in line with our privacy notice
(which can be found at www.paulweiss.com/notices/privacy-policy).  If you provide us
with personal information on individuals other than yourself, it is your responsibility to
ensure that they are made aware of our privacy notice and you acknowledge that your
processing and sharing with us of their information is undertaken pursuant to a legal
ground under GDPR or other applicable data privacy laws.

     **13.**    **Legal Updates, Publications and Events** — You agree that we
may contact you with legal updates or other publications which we believe may be useful
to you (for example, with details of relevant changes in law).  In addition, you agree that
we may send you invitations to events such as client seminars on various legal topics.
We may contact you for these purposes by email, mail or telephone (as appropriate).  If
you prefer not to be contacted for these purposes, please email us at
privacy@paulweiss.com.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Revlon, Inc.                                                                              7

**14.    Governing Law, Choice of Jurisdiction and Venue and Waiver of Jury Trial** — Any controversy, dispute or claim arising out of this engagement shall be governed by and interpreted in accordance with the laws of the State of New York, without regard to any provisions of law governing conflicts of laws. Any cause of action, suit or proceeding (collectively, "Action") arising out of this engagement shall be brought only and exclusively in a court of competent jurisdiction located within the City of New York, County of New York, State of New York, and you hereby consent to and waive any and all objections to the personal jurisdiction of any such court and to the service of process by registered or certified mail, return receipt requested. Each party waives any and all objections to venue of such Action in such court, including objections based on such court being an inconvenient forum. You irrevocably and unconditionally, to the fullest extent permitted by applicable law, waive any right to trial by jury in such Action. You certify that you have considered the implications of this waiver of jury trial, make the waiver knowingly and voluntarily, and have not been induced to do so by the Firm's acceptance of this engagement.

**15.    Entire Agreement** — These terms set out the entire agreement between you and us concerning our provision of legal services. Any modifications of or amendments to these terms must be in writing and agreed by both parties.

**16.    Records Management and Retention** — We will maintain all paper and electronic records related to our representation of you in secure facilities and on secure servers. Those records will include documents such as legal pleadings, transactional documents, substantive correspondence and other documents reasonably necessary to our representation of you in the matter (the "Client File"). The Client File is your property. The records may also include purely internal firm documents prepared for the purpose of facilitating performance of our legal services in the form of research memoranda, outlines, emails, handwritten notes and mark-ups of documents, as well as new matter intake forms and internal conflicts checking records. These records are our property. At the close of a specific matter, we will return to you your original documents, if any, related to the matter. At your request, any remaining records in the Client File will be returned to you at your expense. You agree that we may make physical or electronic copies if we choose at our own expense. You agree and understand that any materials left with us after the engagement has terminated may be retained or destroyed at our discretion without further notice to you and in a manner which preserves the confidential and secret nature of their contents. The firm's current policy is to retain records (other than duplicates and the like) for a period of ten years after the matter has terminated. In personal representation matters, the retention period is twenty years. At the expiration of the relevant retention period, the retained matter records will be destroyed. Please advise us if you have a records retention policy in place with which we will need to comply.

\*   \*   \*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Revlon, Inc.                                                                                          8

        Our goal is to serve you in an effective and efficient way, and we welcome your views on how we may best do so.  We encourage you to discuss with us any questions you might have concerning these matters.  Please signify your acceptance of the foregoing Terms of Engagement by signing the enclosed copy of this letter and returning it to me.

        Sincerely,

        Paul M. Basta

AGREED:

By: _____

Name: _____
        Cari Robinson

Title: _____
        EVP, General Counsel

## **EXHIBIT B**

**Eaton Declaration**

Paul M. Basta, Esq.
Alice Belisle Eaton, Esq.
Kyle J. Kimpler, Esq.
Robert A. Britton, Esq.
Brian Bolin, Esq.
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Proposed Counsel to the Debtors and Debtors in
Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| REVLON, INC., *et al.*,[1] | ) | Case No. 22-10760 (DSJ) |
| | ) | |
|               Debtors. | ) | (Jointly Administered) |
| | ) | |

**DECLARATION OF ALICE BELISLE EATON IN SUPPORT OF DEBTORS'**
**APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION AND**
**EMPLOYMENT OF PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
**AS ATTORNEYS FOR THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE**

Alice Belisle Eaton makes this declaration under 28 U.S.C. § 1746:

       1.      I am a partner in the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP

("Paul, Weiss" or the "Firm"), an international law firm with its principal offices at 1285 Avenue

of the Americas, New York, New York 10019.  I am a lead attorney from Paul, Weiss working on

the above-captioned Chapter 11 Cases.  I am a member in good standing of the Bar of the State of

---

[1]    The last four digits of Debtor Revlon, Inc.'s tax identification number are 2955. Due to the large number of debtor entities in these Chapter 11 Cases, for which the Court has granted joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/Revlon.  The location of the Debtors' service address for purposes of these Chapter 11 Cases is:  One New York Plaza, New York, NY 10004.

New York and I am admitted to practice in the United States District Court for the Southern District of New York.

2.      I submit this declaration (the "Declaration"), pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 329 of title 11 of the United States Code (the "Bankruptcy Code"), in support of the *Debtors' Application for an Order Authorizing the Retention and Employment of Paul, Weiss, Rifkind, Wharton & Garrison LLP as Attorneys for the Debtors and Debtors in Possession* Nunc Pro Tunc *to the Petition Date* (the "Retention Application").[2]   Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein.  To the extent any information disclosed herein requires amendment or modification upon Paul, Weiss's completion of further review, or as additional party-in-interest information becomes available, a supplemental declaration will be submitted to the Court reflecting such amended or modified information.

## Paul, Weiss's Qualifications

3.      These Chapter 11 Cases are complex and will require counsel with expansive experience and knowledge in, among other areas, the fields of debtors' and creditors' rights, litigation, tax, employee compensation and benefits, finance, and securities laws.  Paul, Weiss is a full-service law firm with a national and international presence and has experience and expertise in every major substantive area of legal practice.  Paul, Weiss has been extensively involved in major chapter 11 cases and has represented debtors in many such cases, including, among others: *In re Salem Harbor Power Development LP*, No. 22-10239 (MFW) (Bankr. D. Del. Mar. 23, 2022); *In re The Collected Group, LLC*, No. 21-10663 (LSS) (Bankr. D. Del. Apr. 5, 2021); *In re*

---

[2]    Capitalized terms used, but not otherwise defined herein, have the meanings ascribed to them in the Retention Application.

*Templar Energy LLC*, No. 20-11441 (BLS) (Bankr. D. Del. June 1, 2020); *In re Diamond Offshore*

*Drilling, Inc.,* No. 20-32307 (DRJ) (Bankr. S.D. Tex. Apr. 26, 2020); *In re Foresight Energy LP*,

No. 20-41308 (Bankr. E.D. Mo. Mar. 10, 2020); *In re Pioneer Energy Services Corp.*, No. 20-

31425 (DRJ) (Bankr. S.D. Tex. Mar. 1, 2020); *In re Bumble Bee Parent, Inc.*, No. 19-12502 (LSS)

(Bankr. D. Del. Dec. 18, 2019); *In re Jack Cooper Ventures, Inc.*, No. 19-62393 (PWB) (Bankr.

N.D. Ga. Aug. 6, 2019); *In re The Bon-Ton Stores, Inc.*, No. 18-10248 (MFW) (Bankr. D. Del.

Feb. 4, 2018); *In re Expro Holdings US Inc.*, No. 17-60179 (DRJ) (Bankr. S.D. Tex. Jan. 19, 2018);

*In re Cumulus Media Inc.*, No. 17-13381 (SCC) (Bankr. S.D.N.Y. Dec. 21, 2017); *In re CGG*

*Holding (U.S.) Inc.*, No. 17-11637 (MG) (Bankr. S.D.N.Y. Jul. 14, 2017); *In re Verso Corporation*,

No. 16-10163 (KG) (Bankr. D. Del. Feb. 23, 2016); *In re BPS US Holdings, Inc.*, No. 16-12373

(KJC) (Bankr. D. Del. Dec. 13, 2016).

4.    Paul, Weiss has acted as counsel for the Debtors and their non-Debtor affiliates

since the late 1970s on a variety of matters, including general corporate and litigation

engagements.  Over the past 12 months, pursuant to the Engagement Letter, Paul Weiss has

represented the Debtors and their non-Debtor affiliates in various matters as follows:

- From December 2020 through April 2022, in connection with the evaluation and/or consummation of various financing and other corporate transactions, to allow the Debtors to achieve certain business objectives (the "Financing and Corporate Engagement"); and

- In the evaluation of certain in- and out-of-court financing transactions, as well as extensive contingency planning, to address the Debtors' most recent liquidity shortfalls and business needs during the second quarter of 2022, including the preparation and prosecution of these Chapter 11 Cases (the "Restructuring Engagement").

As a result of these engagements, Paul, Weiss has gained significant institutional knowledge of

the Debtors' businesses and affairs and many of the potential issues that may arise in these

Chapter 11 Cases.

5.    Paul M. Basta, Robert A. Britton, Kyle J. Kimpler, Brian Bolin, and I, as well as

other partners of, counsel to, and associates of Paul, Weiss who will be working on this matter, are members in good standing of the Bar of the State of New York.

6.     For the foregoing reasons, I believe that Paul, Weiss is specially situated and well-qualified to represent the Debtors in these Chapter 11 Cases in a most efficient manner. Accordingly, the Debtors believe that the retention of Paul, Weiss is necessary and in the best interests of the Debtors, their estates, and creditors.

## Services to be Rendered

7.     As set forth in that certain engagement agreement effective as of August 25, 2020, a copy of which is attached to the Proposed Order as **Appendix 1** (the "Engagement Letter"), I have been advised that the Debtors wish to employ and retain Paul, Weiss as their attorneys to assist them in their Chapter 11 Cases.  The Debtors have requested that Paul, Weiss render services including, but not limited to, the following:

(a)     providing legal advice with respect to the Debtors' powers and duties as debtors-in-possession in the continued operation of their businesses and management of their properties;

(b)     attending meetings and negotiating with representatives of creditors and other parties-in-interest and advising and consulting on the conduct of these Chapter 11 Cases, including the legal and administrative requirements of operating in chapter 11;

(c)     taking action necessary to protect and preserve the Debtors' estates, including the prosecution of actions on the Debtors' behalf, defending any action commenced against the Debtors, and representing the Debtors in negotiations concerning litigation in which the Debtors are involved, including objections to claims filed against the Debtors' estates;

(d)     preparing and prosecuting on behalf of the Debtors all motions, applications, answers, orders, reports, and papers necessary to the administration of the estates;

(e)     advising and assisting the Debtors with financing and transactional matters as such may arise during the Chapter 11 Cases;

(f)     representing the Debtors in connection with obtaining authority to use cash

4

collateral and post-petition financing;

(g)    advising and assisting the Debtors with financing and transactional matters that may arise during these Chapter 11 Cases;

(h)    taking any necessary action on behalf of the Debtors to negotiate, prepare and obtain approval of a disclosure statement and confirmation of a chapter 11 plan and all documentation related thereto;

(i)    appearing in Court and protecting the interests of the Debtors before the Court;

(j)    advising the Debtors regarding tax matters; and

(k)    performing all other legal services for the Debtors that may be necessary and proper in these Chapter 11 Cases.

### **Professional Compensation**

8.    Paul, Weiss practices in a national marketplace for legal services in which rates are driven by multiple factors relating to the individual lawyer, his or her area of specialization, the firm's expertise, performance, and reputation, the nature of the work involved, and other factors. Paul, Weiss intends to apply for compensation for professional services rendered on an hourly basis and reimbursement of expenses incurred in connection with these Chapter 11 Cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable procedures and orders of the Court. The standard hourly rates Paul, Weiss will charge in these Chapter 11 Cases are in accordance with its ordinary and customary rates for matters of this type in effect on the date such services are rendered. These rates are set at a level designed to fairly compensate the Firm for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses.

9.    The current standard hourly rates for Paul, Weiss's attorneys and paralegals range as follows:

5

| Billing Category | U.S. Range |
|------------------|------------|
| Partners | $1,530 to $2,025 |
| Counsel | $1,525 |
| Associates | $550 to $1,280 |
| Paraprofessionals | $135 to $435 |

These rates are subject to periodic adjustment to reflect economic and other conditions.[3] The Firm has not agreed to any variations from, or alternatives to, its standard billing arrangements for this engagement.

10.     Typically, in the normal course of business, Paul, Weiss revises its hourly rates annually to reflect economic and other conditions, and most recently increased its hourly rates effective October 1, 2021.   The following attorneys will have primary responsibility for representing the Debtors:

| Name | Year Admitted to the Bar | Current Hourly Rate |
|------|--------------------------|---------------------|
| Paul M. Basta | 1993 | $2,025 |
| Alice Belisle Eaton | 2000 | $1,935 |
| Robert A. Britton | 2008 | $1,640 |
| Kyle Kimpler | 2009 | $1,675 |
| Brian Bolin | 2011 | $1,560 |
| Sean Mitchell | 2015 | $1,280 |
| Douglas Keeton | 2016 | $1,280 |
| Irene Blumberg | 2018 | $1,175 |
| Omid Rahnama | 2020 | $1,135 |
| Lara Luo | 2020 | $1,040 |

11.     Additionally, it is the Firm's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case, subject to any modification to such

---

[3] Paul, Weiss, like other law firms, typically increases the hourly billing rate of attorneys and paraprofessionals once a year, which increase includes (a) ordinary step increases related to the advancing seniority or promotion of an attorney or paraprofessional (a "Step Increase") and (b) periodic rate increases with respect to each level of seniority.  The Step Increases do not constitute "rate increases" (as the term is used in the Fee Guidelines).

policies that Paul, Weiss may be required to make to comply with the applicable general orders of this Court and the *U.S. Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013 (collectively, the "Fee Guidelines"), sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any further order of the Court. The expenses charged to clients include, among other things, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by the Firm to outside copying services for use in mass mailings, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses, approved by the client,  such as secretarial and other overtime. The Firm will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients. The Firm believes that it is fairer to charge these expenses to the clients incurring them rather than to increase the hourly rates and spread the expenses among all clients.

12.     Paul, Weiss has advised the Debtors that it intends to apply to the Court for allowance of compensation for professional services rendered and reimbursement of charges, costs, and expenses incurred in these Chapter 11 Cases. No promises have been received by Paul, Weiss, or any member, counsel or associate of Paul, Weiss, as to payment or compensation in connection with these Chapter 11 Cases other than in accordance with Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the Fee Guidelines. Further, Paul, Weiss has no agreement with any other entity to share compensation received by Paul, Weiss or any such entity.

13.     Paul, Weiss is willing to act on the Debtors' behalf at its normal and customary

7

rates for matters of this type, together with reimbursement of all costs and expenses incurred by Paul, Weiss in connection with these Chapter 11 Cases and the Debtors have proposed to pay Paul, Weiss at such rates and to reimburse it for such costs and expenses in accordance with the applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, and guidelines and orders of the Court.

**Compensation Received by Paul, Weiss**

14.     Beginning in May 2022, the Debtors engaged Paul, Weiss pursuant to the Engagement Letter for the Restructuring Engagement.   With respect to the Restructuring Engagement, Paul, Weiss initially received a retainer from the Debtors in the amount of $1,082,922.69.

15.     During the 90-day period before the Petition Date, the Debtors paid advance payment retainers in the following amounts to Paul, Weiss with respect to the Restructuring Engagement:

| Date of Payment | Amount of Advance Payment Retainer Received | Amount Invoiced and Paid Against Retainer | Resulting Advance Payment Retainer Following Payment |
|---|---|---|---|
| 5/25/2022 | $1,082,922.69 | | $1,082,922.69 |
| 6/3/2022 | $891,585.85 | | $1,974,508.54 |
| 6/6/2022 | $1,000,000.00 | | $2,974,508.54 |
| 6/9/2022 | | $2,911,565.10[4] | $62,943.44 |
| 6/10/2022 | 1,250,000.00 | | $1,312,943.44 |
| 6/10/2022 | $3,250,000.00 | | $4,562,943.44 |
| 6/13/2022 | | $3,310,112.12 | $1,252,831.32 |
| 6/14/2022 | | $655,657.14 | $597,174.18 |
| 6/15/2022 | $1,000,000 | | $1,597,174.18 |

---

[4]     Includes fees and expenses incurred on account of the Financing and Corporate Engagement.

| Date of Payment | Amount of Advance Payment Retainer Received | Amount Invoiced and Paid Against Retainer | Resulting Advance Payment Retainer Following Payment |
|---|---|---|---|
| 6/15/2022 | | $1,397,218.04[5] | $199,956.14 |

16.     Paul, Weiss has applied, in aggregate, $8,274,552.40 of the above-listed retainers to the invoiced balance of fees and expenses outstanding as of the Petition Date, including certain fees and expenses incurred in connection with the Financing and Corporate Engagement. Paul, Weiss continues to hold $199,956.14 of the retainers, which, subject to approval of the Court, will be applied against any remaining prepetition fees and expenses and any remaining balance will constitute a general retainer as security for any postpetition services and expenses. As stated in the Engagement Letter, the retainer received on account of the Restructuring Engagement is an advance payment retainer that is earned by Paul, Weiss upon receipt, becomes the property of Paul, Weiss upon receipt, will be placed in Paul, Weiss's general account and will not be held in a client trust account, and will not earn any interest on account of or for the Debtors. Other than as set forth herein, Paul, Weiss did not receive any other payments from the Debtors during the ninety days immediately preceding the Petition Date. As of the Petition Date, no additional amounts relating to the prepetition period were owing to Paul, Weiss from the Debtors, and Paul, Weiss is not a creditor of the Debtors.

17.     From the date of its retention on the Restructuring Engagement through the Petition Date, there was no point in time when the aggregate amount due and payable by the Debtors to Paul, Weiss in connection with the Restructuring Engagement exceeded the amount of the retainer then held by Paul, Weiss. In the 90 days prior to the Petition Date, the Debtors paid Paul, Weiss approximately $8,474,508.54 in the form of advanced payment retainers.

---

[5]     Includes fees and expenses incurred on account of the Financing and Corporate Engagement.

18.     Over the past 12 months, during the Financing and Corporate Engagement, Paul, Weiss would, from time to time, voluntarily write off fees and expenses as an accommodation to the Debtors for services rendered.  As such, over the past 12 months, Paul, Weiss agreed to voluntarily write-off approximately $2.8 million in professional fees related to the Financing and Corporate Engagement as well as other matters unrelated to these Chapter 11 Cases.  Paul, Weiss ceased providing services in connection with all engagements (other than the Restructuring Engagement) with the Debtors on or prior to May 2022.

19.     Pursuant to Bankruptcy Rule 2016(b), Paul, Weiss has neither shared nor agreed to share (a) any compensation it has received or may receive with another party or person, other than with the partners, counsel, associates, and contract attorneys, and other personnel associated with Paul, Weiss or (b) any compensation another person or party has received.

## Paul, Weiss's Disinterestedness

20.     To confirm that Paul, Weiss did not have any conflicts or other relationships that might preclude its representation of the Debtors with respect to the matters upon which it is being employed, I caused Paul, Weiss attorneys under my supervision to conduct a review of potential connections and relationships between Paul, Weiss and parties-in-interest in these Chapter 11 Cases within the following categories (as provided to Paul, Weiss by the Debtors, and as set forth in **Schedule 1** hereto) (the "Potential Parties-in-Interest"):

    (a)    Bankruptcy Judges and Staff;

    (b)    Bankruptcy Professionals;

    (c)    Banks, Lenders, and Administrative Agents;

    (d)    Bondholders;

    (e)    Customers;

    (f)    Debtors;

(g)    Direct and Indirect Shareholders;

(h)    Directors, Officers, and Management Team;

(i)    Governmental and Regulatory Agencies;

(j)    Insurers;

(k)    Known Affiliates and Joint Venture Parties;

(l)    Landlords;

(m)    Letter of Credit Issuers and Beneficiaries;

(n)    Litigation Counterparties;

(o)    Top 50 Creditors;

(p)    U.S. Trustee Office and Related Parties;

(q)    UCC Lien Parties;

(r)    Unions;

(s)    Utilities; and

(t)    Vendors.

21.    Paul, Weiss has searched its electronic database for its connections to the Potential Parties-in-Interest.  The records upon which this investigation is based are maintained by Paul, Weiss in the ordinary course of business and are believed to be accurate.  To the extent that I become aware hereafter that any such records or other information contained herein is not accurate, I will promptly apprise the Court.

22.    Based upon a review of the foregoing information, neither I, Paul, Weiss, nor any member of, counsel to, or associate of Paul, Weiss represents any entity other than the Debtors in connection with these Chapter 11 Cases.  In addition, to the best of my knowledge after due inquiry, neither I, Paul, Weiss, nor any member of, counsel to, or associate of the Firm represents any party in interest in these Chapter 11 Cases in matters related to these Chapter 11 Cases.

23.     Paul, Weiss, and the partners, counsel, and associates of Paul, Weiss, presently represent, may have represented in the past, and may represent in the future, entities (or affiliates of entities) that are claimants of and/or interest holders in the Debtors, and/or are parties-in-interest in these Chapter 11 Cases, in matters unrelated to these Chapter 11 Cases.   To the best of my knowledge, all such parties are listed on the schedule attached hereto as **Schedule 2** (the "Disclosure Schedule").[6]  Based on my review of the Disclosure Schedule, to the best of my knowledge, Paul, Weiss does not hold or represent an interest adverse to the estates as a result of its representation of parties-in-interest in matters that are unrelated to these Chapter 11 Cases. Pursuant to section 327(c) of the Bankruptcy Code, Paul, Weiss is not disqualified from acting as the Debtors' counsel merely because it represents certain of the Debtors' creditors, equity security holders, or other entities that may be parties-in-interest in matters that are wholly unrelated to the Debtors or these Chapter 11 Cases.   Except as specifically disclosed herein, Paul, Weiss has not represented, does not represent, and will not represent any entities listed on the Disclosure Schedule in matters directly related to the Debtors or these Chapter 11 Cases.

24.     The Disclosure Schedule identifies, among others, certain financial institutions, lenders, and existing equity holders of the Debtors.  Paul, Weiss is a general purpose law firm that provides a full range of corporate, litigation, real estate, tax and bankruptcy services.  Accordingly, Paul, Weiss provides regular outside counsel in a variety of matters to its clients, which have included or may currently or in the future include such parties.  As noted above, Paul, Weiss will

---

[6] As referenced in the Disclosure Schedule, the term "current client" means an entity listed as a client, or related to a client, in Paul, Weiss's conflicts search system where that matter was reported as open.  As referenced in the Disclosure Statement, the term "former client" means any entity listed as a client, or related to a client, on the Paul, Weiss conflicts search system where the matter was reported as closed.  Whether an actual client relationship exists can only be determined by reference to the documents governing Paul, Weiss's representation rather than its potential listing in Paul, Weiss's conflicts search system.  The list on **Schedule 2**, generated by the conflicts search system, is over-inclusive for disclosure purposes.

not represent any such parties in any matter relating to the Chapter 11 Cases or in connection with the Debtors.  As such, I do not believe that Paul, Weiss's current or prior representations of such entities or their affiliates preclude Paul, Weiss from being a disinterested party under the Bankruptcy Code.

25.    Certain insurance companies pay the legal bills for Paul, Weiss clients.  Some of these insurance companies may be involved in these Chapter 11 Cases.  None of these insurance companies, however, are Paul, Weiss clients as a result of the fact that they pay legal fees on behalf of Paul, Weiss clients.

26.    In light of the extensive number of the Debtors' creditors and parties-in-interest and because definitive lists of all such creditors and other parties have not yet been obtained, neither I nor the Firm are able to conclusively identify all potential relationships at this time, and we reserve the right to supplement this disclosure as, and to the extent, additional relationships come to our attention.  Paul, Weiss will review its files periodically during the pendency of these Chapter 11 Cases to ensure that no conflicts or other disqualifying circumstances exist or arise.  If any new relevant facts or relationships are discovered, Paul, Weiss will use reasonable efforts to identify such developments and will promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

27.    Generally, it is Paul, Weiss's policy to disclose entities in the capacity that they first appear in a conflict search. For example, if an entity already has been disclosed in this Declaration in one capacity (*e.g.*, a customer), and the entity appears in a subsequent conflict search in a different capacity (*e.g.*, a vendor), Paul, Weiss does not disclose the same entity again in supplemental declarations, unless the circumstances are such in the latter capacity that additional disclosure is required.

28.     Based upon my review of all of Paul, Weiss's connections in these Chapter 11 Cases, I submit that Paul, Weiss is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, in that the Firm, its partners, counsel and associates:

(a)     are not creditors, equity security holders or insiders of the Debtors;

(b)     are not and were not investment bankers for any outstanding security of the Debtors;

(c)     have not been, within three years before the Petition Date, (i) investment bankers for a security of the Debtors; or (ii) an attorney for such an investment banker in connection with the offer, sale, or issuance of a security of the Debtors; and

(d)     are not and were not, within two years before the Petition Date, a director, officer, or employee of the Debtors or of any investment banker as specified in subparagraph (b) or (c) of this paragraph.

29.     Except as set forth herein, to the best of my knowledge and insofar as I have been able to ascertain, neither Paul, Weiss nor any of its partners, counsel, or associates holds or represents any interest adverse to the Debtors or their estates in the matters upon which it is to be engaged.

## Specific Disclosures

7.     Prior to joining Paul, Weiss, certain Paul, Weiss attorneys represented clients adverse to Paul, Weiss's current and former restructuring clients.  Except as expressly set forth herein, Paul, Weiss's conflicts search of the non-Debtor entities listed on **Schedule 1** (that Paul, Weiss was able to locate using its reasonable efforts) reveals, to the best of Paul, Weiss's knowledge, that those Paul, Weiss attorneys and paralegals who previously worked at other law firms that represented such entities in these Chapter 11 Cases (the "Screened PW Attorneys") have not worked on matters relating to the Debtors' restructuring efforts while at Paul, Weiss.  The Screened PW Attorneys will not perform work in connection with Paul, Weiss's representation of the Debtors and will not have access to confidential information related to the representation.  Paul,

Weiss's formal ethical screen provides sufficient safeguards and procedures to prevent imputation of conflicts by isolating the Screened PW Attorneys and protecting confidential information.

8.      Under Paul, Weiss's screening procedures, Paul, Weiss distributed a memorandum to all active Screened PW Attorneys and all Paul, Weiss attorneys and paralegals working on the representation of the Debtors directing them as follows:  (a) the Screened PW Attorneys must not communicate with anyone at Paul, Weiss, nor have access to any communication by others, regarding any aspects of Paul, Weiss's representation of the Debtors ; and (b) the Screened PW Attorneys may not have access to any records concerning Paul, Weiss's representation of the Debtors.  Furthermore, Paul, Weiss already has implemented procedures to block the Screened PW Attorneys from accessing all physical and electronic files and documents related to the Debtors that are stored in Paul, Weiss's document management system.

9.      From February 2021 through August 2021, Chaim Theil, a former Counsel in the Paul, Weiss corporate department, was seconded by Paul, Weiss to the Debtors.  Mr. Theil's employment with Paul, Weiss ended in October 2021.

10.      Since March 2022, an Associate in the Paul, Weiss restructuring department has been on secondment by Paul, Weiss to a lender under the Debtors' BrandCo Facilities.  Upon the Associate's return to Paul, Weiss, the Associate will be a Screened PW Attorney and screened in accordance with the procedures described above.

11.      As disclosed in the Disclosure Schedule, Paul, Weiss represents, and in the past has represented Apollo Global Management LLC ("Apollo") in a variety of matters unrelated to the Chapter 11 Cases.  Apollo is affiliated with MidCap Funding IV Trust, the administrative agent and a lender under the Debtors' asset-based revolving credit facility, and certain of the Debtors' vendors.  During the period covering the twelve months ending May 31, 2022, total fee receipts

for matters in which Paul, Weiss represented Apollo represented more than 1% of Paul, Weiss's aggregate fee receipts.

12.     As disclosed in the Disclosure Schedule, Paul, Weiss represents, and in the past has represented, Citibank, N.A. ("Citibank"), the administrative agent under the Debtors' 2016 term loan facility, and certain of its affiliates in a variety of matters unrelated to the Chapter 11 Cases. During the period covering the twelve months ending May 31, 2022, total fee receipts for matters in which Paul, Weiss represented Citibank represented less than 1% of Paul, Weiss's aggregate fee receipts.

13.     Moreover, the following entities listed on the Disclosure Schedule represented more than 1% of Paul, Weiss's fee receipts for the twelve months ending on May 31, 2022: (a) Oak Hill Advisors LP; (b) IBM Corporation; and (c) KKR & Co. Paul, Weiss does not represent such parties in matters relating to the Debtors or these Chapter 11 Cases.

14.     Paul, Weiss has represented MacAndrews & Forbes Incorporated ("MAFCO") and its affiliates, the equity owners of the Debtors' ultimate parent company, and their owner, Ronald Perelman, in matters unrelated to the Chapter 11 Cases. Paul, Weiss has in the past (but does not currently) also represented MAFCO and Mr. Perelman in certain matters related to the Debtors.

15.     Paul, Weiss has not represented, does not represent, and will not represent Citibank, Apollo, MAFCO, Mr. Perelman, or their affiliates in connection with any matters related to the Chapter 11 Cases. As such, I do not believe that Paul, Weiss's current or prior representation of Citibank, Apollo, MAFCO, Mr. Perelman, or their affiliates precludes Paul, Weiss from being a disinterested party under the Bankruptcy Code.

16.     As disclosed on **Schedule 2**, Paul, Weiss currently represents, and in the past has represented, certain affiliates, subsidiaries, and entities associated with various professionals that

the Debtors seeks to retain in connection with these chapter 11 cases. Paul, Weiss's current and/or prior representations of these professionals have been in matters unrelated to the Debtors or these chapter 11 cases. Paul, Weiss has not represented, and will not represent, any such professionals in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases. I do not believe that Paul, Weiss's current or prior representation of these professionals precludes Paul, Weiss from meeting the disinterestedness standard under the Bankruptcy Code.

17.     As disclosed below and on **Schedule 2**, Paul, Weiss currently represents, and in the past has represented the Debtors' current and recent former officers and directors and/or certain affiliates, subsidiaries and entities associated with the Debtors' current and recent former officers and directors. I do not believe that Paul, Weiss's current or prior representation of certain officers and directors and/or the affiliates, subsidiaries, and entities associated with certain officers and directors precludes Paul, Weiss from meeting the disinterestedness standard under the Bankruptcy Code.

18.     The Debtors are separately seeking to employ and retain MoloLamken LLP ("MoloLamken") as their conflicts counsel in connection with these Chapter 11 Cases to handle matters that the Debtors may encounter that should not be handled by Paul, Weiss because of a potential conflict of interest. It is intended that the services of MoloLamken shall complement, and not duplicate, the services to be rendered by Paul, Weiss. MoloLamken shall act on its own and will not act under the supervision of Paul, Weiss.

19.     To the best of my knowledge and insofar as I have been able to ascertain, except as set forth herein or on **Schedule 2** attached hereto, neither Paul, Weiss nor any of its partners, counsel, or associates has any connection with the Debtors or their affiliates, the Debtors' creditors, any party in interest, or their respective attorneys or accountants, any person employed in the

17

Office of the United States Trustee for Region 2, any Bankruptcy Judges currently serving on the United States Bankruptcy Court for the Southern District of New York (except as discussed below), or any clerk, deputy, or personnel working in the Bankruptcy Court, except to the extent any partner, counsel or associate (a) may have appeared in the past and may appear in the future in cases where one or more of such parties may be involved; or (b) may have represented or may represent one or more of such parties in interest in matters unrelated to these Chapter 11 Cases.

20.    Bankruptcy Judge Robert Drain was a partner at Paul, Weiss from 1993 until 2002. Certain Paul, Weiss attorneys have in the past clerked or otherwise worked with Bankruptcy Judges in the Southern District of New York. Restructuring Partner Jacob A. Adlerstein clerked for the Honorable Robert E. Gerber, United States Bankruptcy Judge for the Southern District of New York, from September 2007 through August 2008. Restructuring Counsel Alexander Woolverton clerked for the Honorable Martin Glenn, United States Bankruptcy Judge for the Southern District of New York, from September 2011 through September 2012. Restructuring Associate Sean Mitchell clerked for the Honorable Martin Glenn, United States Bankruptcy Judge for the Southern District of New York, from September 2015 through September 2016. Restructuring Associate Michael Turkel clerked for the Honorable Robert E. Gerber, United States Bankruptcy Judge for the Southern District of New York, from September 2014 through August 2015. Corporate Associate Salvatore Daniele clerked for the Honorable Robert D. Drain, United States Bankruptcy Judge for the Southern District of New York, from October 2018 through October 2019. No other Paul, Weiss attorney has clerked for any current or former Bankruptcy Judge in the Southern District of New York.

21.    From time to time, Paul, Weiss partners, counsel, associates, and employees personally invest in mutual funds, retirement funds, private equity funds, venture capital funds,

18

and other types of investment vehicles (the "Investment Funds"), through which such individuals indirectly acquire debt or equity securities or loans of various companies, one of which may be one of the Debtors, often without Paul, Weiss' knowledge. Each Paul, Weiss person generally owns substantially less than one percent of such Investment Fund, does not manage or otherwise control such Investment Fund, and has no influence over the Investment Fund's decision to buy, sell, or vote any particular security. The Investment Funds are generally operated as blind pools, meaning that the Paul, Weiss persons do not know what securities the blind pool Investment Fund will purchase or sell, and have no control over such purchases or sales when making an investment in the Investment Fund. Paul, Weiss therefore does not believe that any such investments present a conflict of interest.

## Coordination with Other Professionals

22.    By separate application, the Debtors have requested or will request the Court to approve the retention of the following professionals, among others: (a) Alvarez & Marsal North America, LLC, as financial advisor to the Debtors; (b) PJT Partners, Inc., as investment banker to the Debtors; (c) KPMG US, LLP, as auditors for the Debtors; (d) MoloLamken LLP ("MoloLamken"), as conflicts counsel to the Debtors; (e) Alan Gover, Esq., as co-counsel to the investigation subcommittee of the Revlon, Inc. board of directors (the "Investigation Committee"); (f) Petrillo Klein & Boxer LLP, as co-counsel to the Investigation Committee; (g) Kroll, LLC, as notice and claims agent; and (h) Ropes & Gray LLP, as special counsel to the Restructuring Officer of the BrandCos (collectively, the "Chapter 11 Professionals").

23.    Paul, Weiss has been working with the Chapter 11 Professionals in connection with preparations for the filing of these Chapter 11 Cases, and may have in the past worked for or against the Chapter 11 Professionals in matters wholly unrelated to these Chapter 11 Cases.

24.    Paul, Weiss will work closely with all such professionals, in conjunction with the

19

Debtors' management, to carefully monitor and coordinate the efforts of all such professionals and will delineate and coordinate their respective duties so as to prevent duplication of services whenever possible.

### Attorney Statement Pursuant to Fee Guidelines

25.     The following is provided in response to the request for additional information set forth in Paragraph D.1 of the Fee Guidelines.

> **Question:**   **Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?**
>
> Response:   No.
>
> **Question:**   **Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?**
>
> Response:   No.
>
> **Question:**   **If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments or discounts offered during the 12 months prepetition.  If your billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.**
>
> Response:   Paul, Weiss typically adjusts its billing rates on an annual basis and implemented a rate increase effective October 1, 2021.  Accordingly, Paul, Weiss's rates for timekeepers for its prepetition engagement on this matter were, for the period of January 1, 2020 through September 30, 2021, $1,330 to $1,825 for partners, $1,400 for counsel, $510 to $1,185 for associates and staff attorneys, and $125 to $405 for paraprofessionals.
>
> Over the past 12 months, Paul, Weiss has voluntarily agreed to write-off approximately $2.8 million in professional fees and/or expenses that would have otherwise been receivable from the Debtors and/or their non-Debtor affiliates.
>
> **Question:**   **Has your client approved your prospective budget and staffing plan, and, if so, for what budget period?**
>
> Response:   Yes, from the Petition Date through September 30, 2022.  In accordance with the U.S. Trustee Guidelines, the budget may be amended as necessary to reflect changed or unanticipated developments.

26.    The foregoing constitutes the statement of Paul, Weiss pursuant to sections 327(a), 329, and 504 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016(b), and Local Rules 2014-1 and 2016-1.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: July 6, 2022

*/s/ Alice Belisle Eaton*
Alice Belisle Eaton
Partner
Paul, Weiss, Rifkind, Wharton & Garrison LLP

## Schedule 1

### Potential Parties in Interest

**Bankruptcy Judges**
Beckerman, Lisa G.
Chapman, Shelley C.
Drain, Robert D.
Garrity, James L., Jr.
Glenn, Martin
Jones, David S.
Lane, Sean H.
Morris, Cecelia G.
Wiles, Michael E.

**Bankruptcy Judges - Staff**
Anderson, Deanna
Ashmeade, Vanessa
Azzaro, Christine
Barajas, Andres
Barrett, Chantel
Blackmon, Michael
Calderon, Lynda
Carrasco, Robert
Chen, Patrick
Contino, Michael
DePierola, Jacqueline
Ebanks, Liza
Echevarria, Lorraine
Eisen, Jamie
Fredericks, Frances
Harkins, Daniel
Hilburn, Brian
Jones, Taylor
Kan, Leslie
Kasnetz, Alexander
Li, Dorothy
MacDonald, Jenna
Mercado, Tracey
Mitnick, Meredith
O'Rourke, Francis

Puccia, Karra
Ribeiro, Christian
Robie, Brenda
Rodriguez, Willie
Saney, Michelle
Tran, Jacqueline
White, Greg
Wybiral, Leslie
Ziesing, Annie

**Bankruptcy Professionals**
Ballard Spahr Llp
Akin Gump Strauss Hauer & Feld LLP
AlixPartners
Alvarez and Marsal
Berkeley Research Group, LLC
Centerview Partners LLC
Davis Polk & Wardwell LLP
Greenhill & Co.
Kobre & Kim LLP
Kroll Restructuring Administration
Latham & Watkins LLP
Lazard
Moelis & Company
Morgan, Lewis & Bockius LLP
Paul, Weiss, Rifkind, Wharton & Garrison LLP
PJT Partners, Inc.
Proskauer Rose LLP
Quinn Emanuel Urquhart & Sullivan, LLP

**Banks/Lenders/Administrative Agents**
140 Summer Partners LP
400 CAPITAL MANAGEMENT LLC
Aegon Asset Management
Allianz SE

Allstate Investment Management Company
Alter Domus
ANGELO GORDON & CO LP
Antara Capital LP
APEX CREDIT PARTNERS, LLC
Apollo Centre Street Partnership, L.P.
Apollo Lincoln Fixed Income Fund, L.P.
Ares Management LLC
Argo Group International Holdings
Argonaut Insurance Co
ASOF Holdings II LP
Assured Investment Management
Athora Lux Invest S.C.SP.
Atlas Merchant Capital
AVENUE CAPITAL GROUP
AVENUE RP OPPORTUNITES FUND LP
AVENUE SPECIAL OPPORTUNITIES FUND II LP
AVENUE STRATEGIC OPPORTUNITIES FUND LP
AVENUE VALUE CREDIT FUND LP
Bardin Hill Loan Management LLC
Benefit Street Partners
BlackRock Fund Advisors
BlackRock Inc
BLACKROCK LUXEMBOURG SA
Blue Torch Finance LLC
BONDBLOXX INV MANAGEMENT LLC
Brigade Capital Management, LP
Callodine Commercial Finance SPV, LLC
Castleknight Management
CIBC Bank USA
CIFC Asset Management
CITIBANK, N.A.
Colony Insurance Co
CORRE PARTNERS MANAGEMENT LLC
Crystal Financial SPV LLC

DEUTSCHE BANK
Deutsche Bank AG Cayman Islands Branch
DIAMETER CAPITAL PARTNERS LP
Ensign Peak Advisors, Inc.
Farmstead Capital Management, LLC
First Eagle Alternative Capital BDC, Inc.
First Eagle Credit Opportunities Fund
First Eagle Direct Lending
First Eagle Direct Lending Fund IV Co-Invest, LLC
First Eagle Direct Lending Fund IV, LLC
First Eagle Direct Lending V-A, LLC
First Eagle Direct Lending V-C, SCSP
Fist Eagle Direct Lending V-B, LLC
Fundacion Zudalan
Glendon Capital Management
Glendon Capital Management, LP
GOLDMAN SACHS & CO.
Government Pension Investment Fund
Greywolf Loan Management LP
Hps Investment Partners LLC
Icahn Capital LP
INSIGHT NORTH AMERICA LLC
Invesco Ltd
INVESCO POWERSHARES CAP MGMT LLC
JEFFERIES & CO. INC.
JPMorgan Asset Management Europe S
JPMorgan Chase & Co
King Street Capital Management
KKR & Co
Livello Capital Special Opportunities Master Fund LP
LJK Investment Partners LP
Medalist Partners Corporate Finance LLC
MHR Fund Management

Michael F. Guglielmino and Gail
Guglielmino Revocable 2005 Trust UAD
7/27/2005
MidCap Funding IV Trust
Napier Park Global Capital
New Generation Advisors LLC
Nut Tree Capital Management
Oak Hill Advisors Lp
OHA CREDIT PARTNERS IX LTD
OHA CREDIT PARTNERS VII LTD
OHA CREDIT PARTNERS X R LTD
OHA CREDIT PARTNERS XI LTD
OHA CREDIT PARTNERS XII LTD
OHA CREDIT PARTNERS XIII LTD
OHA LOAN FUNDING 2013 1 LTD
OHA LOAN FUNDING 2013 2 LTD
OHA LOAN FUNDING 2015 1 LTD
OHA LOAN FUNDING 2016 1 LTD
P SCHOENFELD ASSET
MANAGEMENT
Pacific Investment Management Co L
Paloma Partners Management
Company
PICTET ASSET MANAGEMENT
LTD
PIMCO Funds:Global Investors Serie
Rogge Global Partners Ltd
SCP Cayman Debt Master Fund SPV
LLC
SCP Private Corporate Lending Fund
SPV, LLC
SCP Private Credit Income BDC SPV
LLC
SCP Private Credit Income Fund SPV
LLC
SCP SF Debt Fund L.P.
State Street Corp
State Street Global Advisors Inc
Swisscanto Asset Management AG
Swisscanto Holding AG
Sycamore Partners Management LP
Symphony Asset Management LLC
Tall Tree Investment Management LLC

The Carlyle Group
Three Court, LP
TKB Investment Partners JSC
TPG OPPORTUNITIES PARTNER
TSLE COMPASS SARL
UBS AG
UBS Gestion SGIIC SA
WELLS FARGO BANK, N.A.
Z CAPITAL
Zais Group LLC
Zuercher Kantonalbank

**Bondholders**
U.S. Bank National Association

**Customers**
Amazon
ARP
Brunet
Drug Trading
Familiprix
Federated Co-Op
Giant Tiger
Independents
Jean Coutu
Johnston Wholesale
Katz/Rexall/Phamaplus
Lawton'S
Lcl/Loblaws National Grocers
London Drugs
Northwest
Peoples Drug Mart
Pharmachoice/Price Watchers
Pharmasave
Proxim/Pharmessor
Remedy Rx
S.D.M. National
Safeway/Macdonalds Consol
Save-On/Overwaitea
Sobey'S East
Unipharm

Uniprix
Value Drug Mart
Walmart

**Debtors**
Almay, Inc.
Art & Science, Ltd.
Bari Cosmetics, Ltd.
Beautyge Brands USA, Inc.
Beautyge I
Beautyge II, LLC
BrandCo Almay 2020 LLC
BrandCo Charlie 2020 LLC
BrandCo CND 2020 LLC
BrandCo Curve 2020 LLC
BrandCo Elizabeth Arden 2020 LLC
BrandCo Giorgio Beverly Hills 2020 LLC
BrandCo Halston 2020 LLC
BrandCo Jean Nate 2020 LLC
BrandCo Mitchum 2020 LLC
BrandCo Multicultural Group 2020 LLC
BrandCo PS 2020 LLC
Brandco White Shoulder 2020 Llc
Charles Revson Inc.
Creative Nail Design, Inc.
Cutex, Inc.
DF Enterprises, Inc.
Elizabeth Arden (Canada) Limited
Elizabeth Arden (Financing), Inc.
Elizabeth Arden (Uk) Ltd
Elizabeth Arden International Holding, Inc.
Elizabeth Arden Investments, LLC
Elizabeth Arden NM, LLC
Elizabeth Arden Travel Retail, Inc.
Elizabeth Arden USC, LLC
Elizabeth Arden, Inc.
Fd Management, Inc
North America Revsale Inc

OPP Products, Inc.
PPI Two Corporation
Rden Management, Inc
Realistic Roux Professional Products Inc
Revlon (Puerto Rico) Inc.
Revlon Canada, Inc.
Revlon Consumer Product Corporation
Revlon Development Corp
Revlon Government Sales, Inc
Revlon International Corporation
Revlon Professional Holding Company LLC
Revlon, Inc.
Riros Corporation
Riros Group Inc.
RML, LLC
Roux Laboratories, Inc
Roux Properties Jacksonville, LLC
Sinfulcolors Inc

**Direct and Indirect Shareholders**
Armour Farmaceutica De Colombia S.A.
Macandrews & Forbes Inc.
MacAndrews Cosmentics Holdings Inc.
Meridian Sports Incorporated
PPI Four Corporation
Rev Holdings LLC
Revlon Holdings LLC
Ronald O. Perelman

**Directors/Officers/Management Team**
Al Bernikow
Barry Schwartz
Beril Yildiz
Ceci Kurzman
Charles Waters
Cristiana Falcone Sorrell
Debbie Perelman
E. Scott Beattie

Ely Bar-Ness
Heather Wallace
Jose Urquijo
Keyla Lazardi
Kristin Dolan
Martine Williamson
Ravi Sankar
Thomas Cho
Tracey Raso
Victor Nichols
Victoria Dolan

**Governmental/Regulatory Agencies**

Alabama Department Of Revenue
Alvarado Tax & Business
Arizona Department Of Revenue
Arkansas Dept Of Finance And Admin
Benton County Tax Collector
Broward County Tax Collector
California Department Of Revenue
California Franchise Tax Board
California Secretary Of State
Canada Border Services Agency
Canada Revenue Agency
City Of Philadelphia
City Of Seattle Revenue And
Clark County Assessor
Colorado Department Of Revenue
Colorado Dept Of Revenue
Colorado Secretary Of State
Commissioner Of Revenue Services
Comptroller Of Maryland
Conyers Dill And Pearman
D.C. Treasurer
Delaware Division Of Corporations
Delaware Division Of Revenue
Department Of Commerce & Consumer
Affairs - Business Registration Division
Department Of Revenue Mississippi
Dept Of The Treasury, Division Of
Revenue And Enterprise Services

District Of Columbia Treasurer
Edison Tax Collector
Florida Dept Of Revenue
Georgia Department Of Revenue
Georgia Dept Of Revenue
Hawaii Department Of Taxation
Hawaii State Tax Collector
Hm Revenue And Customs
HRMC
Idaho State Tax Commission
Illinois Department Of Revenue
Indiana Department Of Revenue
Iowa Dept. Of Revenue
Jim Overton, Tax Collector
Kansas Dept. Of Revenue
Kansas Secretary Of State
Kentucky Secretary Of State
Kentucky State Treasurer
Louisiana Department Of Revenue
Louisiana Secretary Of State
Maine Bureau Of Taxation
Maine Department Of Revenue
Massachusetts Department Of Revenue
Michigan Department Of Licensing
And Regulatory Affairs
Michigan Dept. Of Treasury
Minister Of Finance
Minister Of Revenue Of Quebec
Minnesota Dept Of Revenue
Minnesota Revenue
Mississippi Dept Of Revenue
Mississippi State Tax Commission
Missouri Department Of Revenue
Missouri Dept Of Revenue
Montana Department Of Revenue
Nebraska Department Of Revenue
Nevada Department Of Taxation
New Hampshire Dra Tax Dept
New Mexico Dept Of Tax And Re
New Mexico Taxation And Revenue
Dept.

New York Secretary Of State
New York State Corporation Tax
New York State Dept
New York State Sales Tax
North Carolina Dept Of Revenue
NYC Department Of Finance
NYS Filing Fee
Ohio Department Of Taxation
Ohio Dept Of Taxation
Oklahoma Tax Commission
Oregon Department Of Revenue
Pennsylvania Department Of Revenue
Puerto Rico Treasury Department
Receiver General For Canada
Revenue Quebec
Rhode Island Div. Of Taxation
Secretary Of State, Legislative Building
Secretary Of State, Nevada State
Capitol Building
South Carolina Department Of Revenue
South Carolina Dept Of Revenue
South Dakota Department Of Revenue
South Dakota Dept Of Revenue
State Board Of Equalization
State Comptroller
State Of Michigan
State Of New Jersey
State Of New Mexico
State Of Washington
State Tax Commission
Tax Collector County Of San Diego
Tax Collector, City Of Stamford
Tennessee Dept Of Revenue
Tennessee Secretary Of State
Texas Controller Of Public Account
The Director
Town Of Franklin
Township Of Irvington
Treasurer Of State Of Ohio
Treasurer State Of Maine
Treasurer, City Of Roanoke

Treasurer, State Of Iowa
UKG Inc.
US Customs and Border Protection
Utah State Tax Commission
Vermont Department Of Taxes
Virginia Department Of Taxation
Washington State Dept Of
Washington State Dept. Of Revenue
West Virginia Secretary Of State
West Virginia State Tax Department
West Virginia State Tax Dept
Wisconsin Dept Of Revenue
Wyoming Department Of Revenue

## Insurance

Alliant Company
Allianz
Allied World Assurance Company
(U.S.) Inc
Aon Risk Services of New York
Aon Risk Services, Inc.
AWAC
Berkley Insurance Company
Berkshire Hathaway
Brit Insurance / Lloyds
CHUBB - ACE American Insurance
Company
CNA Insurance Company
Endurance American Insurance
Company
Everest Insurance Company
Everest National Insurance Company
Great American Spirit Ins Company
Illinois National Insurance Company
Ironshore Indemnity Inc.
Lockton
Markel American Insurance
National Fire & Marine Insurance
Company
National Union Fire Insurance
Company of Pittsburgh, PA

Nationwide Management Liability & Specialty

North American Specialty

Sompo International

STARR Indemnity & Liability

The Ohio Casualty Insurance Company

Zurich American Insurance Company

Zurich Insurance PLC & Various

Zurich International Programs

**Known Affiliates & JV**

American Crew Dominicana, S.r.L.

Baninvest Beauty Limited

Beautyge Andina S.A.

Beautyge Australia PTY Limited

Beautyge Beauty Group, S.L.

Beautyge Belgium

Beautyge Brands France Holding SAS

Beautyge Denmark A/S

Beautyge Fragrances

Beautyge France SAS

Beautyge France SAS - Switzerland Branch

Beautyge Germany GmbH

Beautyge Italy S.p.A.

Beautyge Logistics Services, S.L.

Beautyge Mexico, S.A. De C.V. (Colomer Mexico S.A. De C.V.)

Beautyge Netherlands B.V.

Beautyge Participations, S.L.

Beautyge Portugal - Produtos Cosmeticos e Profissionais, Lda.

Beautyge Professional Limited (F/K/A Colomer Professional Limited)

Beautyge RUS Closed Joint Stock Company

Beautyge S.L.

Beautyge Sweden AB

Beautyge U.K., Limited

Beautyge U.S.A., Inc. (F/K/A Colomer U.S.A., Inc.)

BLS France Branch

CBBeauty Ltd.

Colomer PBS SA

Comercializador a Brendola, S.r.L.

Corporatcion Rocosme 2012 C.A.

Creative Beauty Products

EA Chalhoub JV

EA Luxasia JV

EA USC Subsidiary

EAI France Branch

ELIZABETH ARDEN (MANUF) SARL

Elizabeth Arden (Netherlands) Holding B.V.

Elizabeth Arden (S) Pte Ltd

Elizabeth Arden (Shanghai) Cosmetics & Fragrances Trading Ltd.

Elizabeth Arden (South Africa) (Pty) Ltd.

Elizabeth Arden (Switzerland) Holding Sarl

Elizabeth Arden AB Sweden

Elizabeth Arden AB Sweden Hist

Elizabeth Arden ApS Denmark

Elizabeth Arden ApS Denmark Hist

Elizabeth Arden AS Norway

Elizabeth Arden AS Norway Hist

ELIZABETH ARDEN AUSTRIA

Elizabeth Arden Cosm. &Fragr. Ltd China

Elizabeth Arden Cosmeticos do Brazil Ltda

ELIZABETH ARDEN DUBAI

Elizabeth Arden Espana S.L.

Elizabeth Arden Export Inc Puerto Rico

Elizabeth Arden France

Elizabeth Arden France Hist

Elizabeth Arden GmbH

Elizabeth Arden GmbH Germany Hist

ELIZABETH ARDEN GMBH ZUG TDMK

Elizabeth Arden Internation S.A.R.L. - France Branch

Elizabeth Arden International S.a.r.l

Elizabeth Arden International Sarl

ELIZABETH ARDEN ITALY

ELIZABETH ARDEN JAPAN K.K.

Elizabeth Arden Korea Yuhab Hoesa

Elizabeth Arden Ltd New Zealand

Elizabeth Arden Ltd New Zealand Hist

Elizabeth Arden Middle East Fzco

Elizabeth Arden PTY Ltd Australia

Elizabeth Arden PTY Ltd Australia Hist

Elizabeth Arden Salon Holdings, LLC

Elizabeth Arden SEA (HK) Ltd.

Elizabeth Arden Sea Ltd Hong Kong JV

Elizabeth Arden SEA Private Limited

Elizabeth Arden Sea Pte Ltd.

Elizabeth Arden SLU Spain Hist

Elizabeth Arden Taiwan branch

Elizabeth Arden Trading B.V.

Elizabeth Arden trading BV Netherlands Hist

Elizabeth Arden trading BV Russia

Elizabeth Arden UK Ltd

ELIZABTETH ARDEN PUERTO RICO

Europeenne DE Produits De Beaute, SAS France

Henry Colomer Argentina, Srl.

Mota

New Revlon Argentina S.A.

PBS Belgium Branch

Produtos Cometicos De Revlon, S.A.

Professional Beauty Services S.A.

Promethean Insurance

RCPC (US)

REMEA 2 B.V. (Netherlands)

Revlon (Hong Kong) Limited

Revlon (Israel) Limited

Revlon (Shanghai) Limited

Revlon (Suisse) S.A.

Revlon Australia PTY Limited

Revlon B.V.

Revlon Beauty Products, S.L.

Revlon BV (Netherlands)

Revlon Chile S.A

Revlon China Holdings Limited

Revlon Consumer Corp

Revlon Finance LLC

Revlon Holdings B.V.

Revlon International - U.K. Branch

Revlon K.K.

Revlon LDA (Brazil)

Revlon Ltda

Revlon Manufacturing Ltd. - Singapore Branch

Revlon Manufacturing Ltd. - Taiwan Branch

Revlon Manufacturing Ltd. (Bermuda)

Revlon Mauritius

Revlon New Zealand Limited

Revlon Offshore Limited

Revlon Overseas Corporation, C.A.

Revlon Pension Trustee Company (U.K.) Limited

Revlon Professional Group

Revlon Real Estate Corp.

Revlon S.P. A. (Italy)

Revlon Shanghai LTD (China)

Revlon South Africa (Proprietary) Limited

Revlon Trading Shanghai Ltd

Revlon, S.A. De C.V.

RML - Taiwan Branch

RML Corp.

Rml Holdings, L.P

SAS & Company Limited

SAS Licences Limited

Shanghai Revstar Cosm Mktg Service Ltd China

Shanghai Revstar Cosmetic Services Limited

US Cosmeceutechs, LLC

YAE Artistic Packing Industry LTD (Israel)

YAE Press 2000 (1987) LTD (Israel)

### Landlords

181 West Madison
Atomic Investment, INC
Broadstone Net Lease LLC
Chelsea Orlando Development
CPG Partners
Edison 27 Investors LLC
Franklin Oaks Equity Partners LLC
Las Vegas South Premium Outlet
Nicollet Office Fee Owner LLC
One NY Plaza CO LLC
Orlando Premium Outlets
Pembroke Pointe Office,LLC
Pinnacle Hills LLC
Prudential
San Marcos Factory Store
SCIP540 Beautyrest LLC
Simon
SIR Property Trust
SP Plus Parking
Texas City Outlet
Tillyard
Valley Properties

### Letters of Credit - Issuers/Beneficiaries

200 Park South Associates LLC
Citibank
Citibank International Plc
Continental Casualty Company
Hsbc Bank Plc, London
JP Morgan
New Jersey Department of EPA
Pembroke Pointe Office LLC
Transportation Insurance Company

### Litigation

UMB Bank, National Association

### Top 50 Creditors

Accenture International Limited
Ancorotti Cosmetics
Array Canada Inc
Beauty Care Professional Products
Participations, S.A.
Commission Junction
Dassin, Gerald
Dessen, Stanley
Draper, Robert E.
Engelman, Irwin
Fellows, George
Fiabila USA Inc.
Financial Services Regulatory
Authority of Ontario
Flywheel Digital LLC
Fox, William J.
Gedeon, Harvey
Greff, Douglas
Hawkins Parnell & Young LLP
Kerr, Myriam And Kerr, Robert
Kretzman, Robert K.
Laurenti, Giorgio L.
Levin, Jerry W.
Nichols III, Wade H.
Pension Benefit Guaranty Corporation
Premium Retail Services
Quotient Technology Inc
Salcedo, Stephanie
Salesforce.com Inc.
Shapiro, Paul E.
The Nielsen Company US LLC
US Bank, National Association
Valassis Communications Inc
VMWARE, Inc.

### U.S. Trustee Office

Abriano, Victor
Arbeit, Susan
Bruh, Mark
Cornell, Shara

Gannone, James
Higgins, Benjamin J.
Joseph, Nadkarni
Masumoto, Brian S.
Mendoza, Ercilia A.
Moroney, Mary V.
Morrissey, Richard C.
Ogunleye, Alaba
Riffkin, Linda A.
Rodriguez, Ilusion
Schwartz, Andrea B.
Schwartzberg, Paul K.
Scott, Shannon
Sharp, Sylvester
Tiantian, Tara
Velez-Rivera, Andy
Vescovacci, Madeleine
Wells, Annie

**UCC Lien Parties**
BARCLAYS BANK PLC
BMO HARRIS BANK N.A.
JEFFERIES FINANCE LLC
JP MORGAN CHASE BANK, N. P.
JPMORGAN CHASE BANK, N.A.
KEY EQUIPMENT FINANCE, A
DIVISION OF KEYBANK NA
M&I MARSHALL & ILSLEY BANK
MACQUARIE EQUIPMENT
FINANCE, LLC
MEDTECH PERSONAL PRODUCTS
CORPORATION
MERIDIAN IT INC.
MIDCAP FUNDING IV TRUST
OPTUMHEALTH BANK, INC.
RAYMOND LEASING
CORPORATION
TOYOTA INDUSTRIES
COMMERCIAL FINANCE, INC.
UNIVEST CAPITAL, INC.
VAR RESOURCES, INC.
VFI KR SPE I LLC

WILMINGTON TRUST, NATIONAL
ASSOCIATION, AS COLLATERAL
AGENT

**Unions**
Edison Union Local No. 3
International Union, United
Automobile, Aerospace, and Agricultural
Implement Workers of America
Unifor
United Auto Workers

**Utilities**
Advanced Disposal Services
Airgas USA LLC
Allstream Business Inc.
American Electric Power
AT&T
BCM One Inc
Bell Canada
Bell Mobility Inc.
BFI Waste Services, Llc
Black Hills Energy
Blue Pencil Mobile Shredding
Century Link
City Of Oxford
City Of Salem
Coastal Electrical Co. Of Fla
Cogent Communications
Comcast
Comed
Corodata Shredding, Inc.
Cox Communications
Crown Castle Fiber Llc.
Dominion Energy
Duke Energy Progress
EDCO Waste And Recycling
Enbridge
Enersource Hydro Mississauga
Federal International Recycling And
Fine Recycling And Disposal Lt

Frontier
Giant Resource Recovery
GS1 Canada
Interconn Resources
JEA
Level 3 Communications Llc
Mar Cor Purification Inc
Merit Laboratories
Meritech Inc
Middlesex Water Co
Multi Material British Columbi
Multi Material Stewardship Man
National Wireless
Orange & Rockland
Photech Environmental Solution
Premier Facility Management
Premier Water & Energy
PSE&G
Region Of Peel
Republic Services
Return Logistics International
Roanoke Gas Company
SDGE
Shamrock Environmental Corp.
Shaw Direct
Stericycle Inc
Stewardship Ontario
Teco Peoples Gas
Time Warner Cable
Township Of Edison
UGI Energy Services Inc
Upper Piedmont Environmental I
Verizon
Waste Industries
Western Virginia Water Author

## Vendors

0 Two Maintenance Ltd
1 Model Management, Llc
1010 Data, Inc
1590 South Gateway Holdings Inc.

181 West Madison Property Llc
1Worldsync, Inc.
24 Seven Llc
24 Seven, Inc.
28Th Ave Management Llc
2B MANAGEMENT LLC
360 Market Reach Inc
3M Deutschland Gmbh
4Taks, Llc
72 Lux, Inc.
7P Productions Llc
84 51 Llc
84 World Ltd
A And K Machine And Fab Shop
A And R Fencing Contractors Lt
A C Nielsen Company Ltd
A D Bell & Sons T/A A D Bell S
A Frame Llc
A Say Inc
A. R. Arena Products Inc
A.A. Electric
A.B. Diversified Enterprises
A.M. Sacullo Legal, Llc
A.R.Richards Ltd
A1 Gas Services Ltd
Aak Usa, Inc.
Ab Specialty Silicones
Abb Inc
ABC PROJECTS INC
Abc Sign Corporation
Abente Stewart
Abf Freight System Inc
Abg Izod Llc
Abg Juicy Couture Llc
Abich Inc
Able Fire Prevention Of Fl. Co
Abm Janitorial Svcs Neast Inc
Absolute Events, Sl
Absolute Post Limited
Abu-Ghazaleh Intellectual Prop
Ac By Marriott Orlando Downt

Ac Corporation
Accelerated Analytics, Llc
Accenture (Uk) Ltd
Accenture Llp
Access Information Protected
Access Sales And Merchandising
Accounting Principals, Inc.
Accraply, Inc
Ace Inventory Corp
Aceto Corporation
Acm Talent
Acme Cosmetic Components Llc
Acme International Llc
Acme-Hardesty Co
Acnielsen Company Of Canada
Acosta, Inc.
Acoustic Lp
Acquia Inc
Action Bag Company
Action Printers Ltd
Active Colors
Active Concepts Llc
Actives International Llc
Actonia Inc
Acxiom Llc
Acxiom Llc
Ad Dynamics
Adam Aimola
Adam Fithers
Adam Maclay
Adam Savitch Photography Inc
Adam Savitch Photography Inc
Adam Wamsley
Adamis Group Usa Llc
Adams Air And Hydraulics, Inc.
Adamson Analytical Laboratorie
Adco International Plastics Co
Addison Lee
Adeeba Khan
Adel Professional Limited
Adeline Euler

Adriana Fournier
Adstream America Llc
Adstream North America Inc
ADT Commercial LLC
Adt Fire And Security Plc
Advanced Disposal Services
Advanced Imaging Concepts Inc
Advanced Supply Chain (Logisti
Advantage Bass Sales & Marketi
Advantage Conveyor Inc
Advantage Sales & Marketing Ca
Advantage Sales & Marketing, Inc
Advantage Sales & Marketing, L
Advantage Solutions Inc.
Advocacia Rodrigues Do Amaral
Ae Town
Aeco-Pack Corporation
Aem Lab Inc
Aerosol Research And Enginee
Aerosols Danville
Aerotek
Aetna Life Insurance Company
Aflac
A-Frame Llc
Aga Print Ltd T/A Solopress
Agilent Technologies, Inc.
Agilone, Inc.
Agio, Inc.
Ahearn & Soper Inc
Aia Corporation
Air Tech Hvac Corp
Airgas Usa Llc
Airmatic Compressor Systems In
Airo Tool And Mfg
AIRPORT FACILITIES
(MAINTENANCE) LIMITED
Ait Worldwide Logistics, Inc
Aizoon Usa, Inc
Aj Park Ip Limited
Aj Park Ip Limited
Ajilon Professional System

Ajinomoto Health & Nutrition
Ajinomoto U.S.A. Inc.
Ajk Agency Ltd
Aj'S Electrical Testing &
Akacreate
Akerman Llp
Alabama Department Of Revenue
Alabama Department Of Revenue
Alabama Department Of Revenue
Alan S Gover
Alap Momin
ALBAN MULLER
INTERNATIONAL
Albea Beauty Solutions Usa Llc
Albea Cosmetics America Inc
Albea Cosmetics America, Inc.
Albea Deutschland Gmbh
Albea Deutschland Gmbh
Albea Simandre
Albea Tubes Italy Sri
Albina Emra Syla
Alessandri & Compania
ALESSANDRI ATTORNEYS AT
LAW
Alessandro Iannitto
Alex Bohn Studios Inc
Alex Bohn Studios Inc
Alexa Prestigiacomo
Alexa Rabago
Alexander T Bohn
Alexandra Anele Kukalis
Alexandra Marie Francis
Alexandra Senior Goodson
Alexandria Tracy
Alexandrina Ghioncu
Alexis Michele Love Ogden
Alfa N. Barcelo De Romero
Alfol Ltd
Algus Packaging
ALICE HO
Alice Johnstone

Alicia A Corbett
Alicia Diblasio
ALISA JIWANI
Alisha Williams
Alison Elizabeth Norris
Alison Stanich Power
Alison Young Ltd.
Alissa Holmes
Alissia Christidis
Alk Technologies, Inc
All Charged Up, Llc
All Door Engineering
All Ingredients Plus
All Saints Retail Ltd
All Star Sales Dba Raintree Gr
All Step Sales And Marketing I
Allday Time Systems Ltd
Allen & Desnoyers Llp
Allfill
Allgroup Llp
Allied Beauty Association
Allied Pallet Company Inc
Allied Printing Services, Inc.
Allied Universal
Alliedbarton Security Services
Allstar Business Solutions Ltd
Allstate Paper Box Company
Allstate Paper Box Company
Allstream Business Inc.
Allstream Inc
All-Tag Corporation
Allure
Allured Business Media
Alok Vaidmenon
Alpha Laboratories Inc
Alpha Packaging
Alphabet Gb Limited
Alphabet Gb Limited
Alphabet Greek Inc
Alphea Investment Group
Alpla, Inc

Al'S Barbershop
Altavia Htt Ltd,
Alzo International Inc
Am Saccullo Legal Llc
Amacker Controls, Inc
Amanda C. Jolly
Amanda Kling
Amanda Kloots
Amanda Zivkovic
Amathys S. James
Amazon Advertising Canada Inc
Amazon Canada
Amazon Capital Services Inc
AMAZON EU SARL
Amazon Media Group Llc
Amazon Online Uk Limited
Amazon Online Uk Limited
Amazon Web Services
Ambius
Ambius Llc
Amco Polymers, Llc
Amcol Health And Beauty Soluti
Amcor Rigid Plastics Usa, Inc.
American Bar Association
American Casting & Manufacturi
American Data Products Inc
American Electric Power
American Express A/P Card
American Express A/P Card
AMERICAN EXPRESS BIP 91008
American Express Bip 91008
American Express Bta-Cwt
American Express Pcard 91009
American International Chemic
American Research And Testing Inc
American Sleeve Technology Inc
American Spraytech Llc
American Stock Transfer &
Amerilure, Inc.
Ametek Inc
Amex Bank Of Canada

Ami Desai
Amiee Lynn Inc
Amplifi Commerce, Llc
Amtech Tank Lining And Tank Re
Amy Rivard
Ana Figueiredo Strumpf Me
ANALVI PROYECTOS Y
CONSTRUCCIONES
Analyticsmart Consulting Inc
Anaplan, Inc.
Anastacia Kutsukos
Ancorotti Cosmetics
Anderson Merchandisers, Llc
Anderson Mori & Tomotsune
Andre Luis De Jesus
Andrea Doyle
Andrea Mitchell Digital Llc
Andrea Ransby
Andrew Jose
Andrew K. Mooney
Andrew S Rockwell
Angela Camille Darrington Turn
Angela De Bona Agency, Inc.
Angela Park
ANGLE LINE MARKING
Anglo Puerto Rican Insurance C
Angus
Aniello Scibelli
Anisa International Inc
Anja Charleton
Ann Chang
Ann Daiger
Ann Elizabeth Mercer
Ann Harris Bennett Tax Assessor-
Collect
Anna Folger
Anna Marie Boyer
Anna Marie Boyer
Anne Clarizio
Anne Du Boucheron Inc
Anne Ridsdale

Anne Trotman
Annodata Ltd
Anonymous Retouch Ltd
Ansel Label And Packaging
Anthony Johnson
Anthony Shane Gerhard Baxter
Anton Paar Usa Inc
Anuj Shrestha Illustration
Ao Dai Canada
Aok Events Ltd
Aon
Aon Bermuda Ltd
Aon Consulting Inc
Aon Consulting Limited
Aon Reed Stenhouse Inc
Aperture Talent
Apollo Label Printing Inc.
Apollo Retail Specialist, Llc
Appextremes Llc
Apple, Inc.
Appleby Bermuda Limited
Applied Driving Techniques
Applied Driving Techniques Ltd
Applied Medical Technologies,
Apr Beauty Group Inc.
Apt Health And Safety Training
Aptar Group Inc
Aptar Group Inc - Remit
Aptar Stratford
Aptar Stratford
Aqua Trans International Ltd
Aramark Corporation
Aramark Uniform & Career Apparel
Group,
Aramark Uniform Services
Aramis Inc
Aranda Lewis
Arbon Equipment Corp
Arbor Organic Technologies, Ll
Arcade Beauty
Arcade Beauty - Le Papillon Lt

Arcade Marketing Inc.
Arch Personal Care Products
Arcserve (Usa) Llc
Argos Ltd
ARI Fleet LT, Automotive Rentals, Inc.
Ariba, Inc.
Arielle Rouah
Arista Industries Inc
Arista Industries, Inc.
Arizona Corportation Commissio
Arizona Department Of Revenue
Arizona Department Of Revenue
Arkansas Dept Of Finance &
Arkansas Dept Of Finance And Admin
Arkay Packaging Corporation
Arken Pop International Ltd
Arlene Kinney
Arminak And Associates, Llc
Art & Science Salons 2, Llc
Art + Commerce
Art + Science Management Servi
Art And Science Salons 1, Llc
Art Cosmetics Srl
Art Department La Inc
Art Department La, Inc
Art Partner Inc
Art Partner, Inc
Arthur J. Gallagher Rms, Inc.
Artisan Packaging Llc
Arval Uk Limited
Arval Uk Ltd
Arxada Llc
Arylessence
Arylessence Inc
ASAP Legal LLC
Ascential Inc
Ascential Inc
Asgn Incorporated
Ash Co
Asha Palms
Ashish Thallapureddy

Ashland Specialty
Ashlee Mayes
ASHLEY DOLLIMONT
Ashley Gregory
Ashley Nell Tipton
Aspasie
Aspire Leadership Ltd
Asquan Limited
ASQUAN LTD,
Assicurazioni Generali S.P.A
Associated Air Services Ltd
Associated Packaging Inc
Associated Packaging Inc -Remit
Associated Packaging, Inc
Assured Packaging Inc.
Astute Solutions
Asya Eason
At Kearney Inc
At&T
At&T Global Network Services
Atelier Management, Inc.
Atlanta Plastics,Llc
Atlantic Coast Creations
Atlantic Coast Creations Ltd
Atlantic Laser Office Products
Atomic Investments, Inc
Atrify Gmbh
Attic Room Retail Ltd
Attikspace, Llc
Attitude Measurement Corp
Auditboard, Inc
Auditics Private Limited
Audrey Beegle
Audrey Gamache
Audrey Votto
Augustus Martin Limited
Aura Merchandising, Ltd
Aurielle Sayeh Rounsaville
Automated Mailing Systems
Automation Technical Services
Automotive Rentals Inc

Automotive Rentals, Inc
Auxis Costa Rica Limitada
Avalara Inc
Averitt Express Inc.
Averlance, S.L.
Avetta Llc
Avl Productions
Aw Faber Castell Cosmetics Gmb
Awa Denmark A/S
Axiom Ingedients, Llc
Axon Llc
B Newton
B&S Fragrances And Cosmetics
Baca Workwear And Safety Ltd
Bae, Kim & Lee Llc
Bahar Roxunna Yoselevsky
Baker Tilly
Bala Seshagiri
Bar A Ongles Candy
Bar Beaute Llc
Baralan Usa Inc
Barberevo
Barbra Alegario
Barcoding Inc
Barnes Artists Management Llc
Barnet Products Corp
Barnett Associates An Equifax
Basf Corporation
Basf Corporation
Basic Estudio
Bates Wells & Braithwaite London Llp
Bazaarvoice Inc.
Bazaarvoice, Inc.
Bazaarvoice, Inc.
Bbmh Acquisition Company
Bcm One Inc
Bcsa Cooperating Prp Group Tru
Bdo Usa Llp
Bdp International Inc
Bds Solutions Group Llc
Be Social Public Relations

Be Social Public Relations Llc
Be-A Education Ltd
Beaman Public Relation Inc
Beatrice Deluca
Beatrice Mintler
Beatrice Thao Uyen Van
Beattie, E Scott
Beaute Asylum Llc
Beauty Brands Llc
BEAUTY CHANGES LIVES
Beauty Direction / Mk Eagle
Beauty Quest Group
Beauty Seen Inc
Beauty Seen Ltd
BEAUTYCON MEDIA INC
Beautycon Media Inc.
Bebe Rexha Projects, Llc
Becker Manicure S Becker E K
Behaviorally Inc
Behindthechair.Com
Bekum America Corp
Bell Canada
Bell Container
Bell Container Corp
Bell Gully
Bell Mobility Inc.
Bellwyck Inc
Ben Stone Tire Company
Benjamin Basinger
BENKO PRODUCTS
BENTON COUNTY TAX
COLLECTOR
Bereskin & Parr
Bereskin & Parr
Bergami Packaging Solutions Sr
Berger Legal Llc
Berger Legal Llc
Bering Mechanical Limited
Berje Inc.
Berkemeyer

BERKEMEYER ATTORNEYS AND
COUNSELORS
Berlin Packaging Llc
Bernard Connolly
Bernice Schexniber
Bernikow, Alan S
Berns Communications Group, Ll
Bertelkamp Automation Inc
Bertha Gross
Bespoke Digital Inc
Bespoke Digital Inc
Best New Product Awards Inc
Beth Beauchamp
Beth Livesay
Betsy Villatoro
Bev James Media & Management Ltd
Beverly Barylski
Beverly Niehues
Bewt Limited
Bfi Waste Services, Llc
Bian Qi
Bibby International Logistics
Bienali Promotions, Llc
Big M Transportation
Billetservice As
Billtrust
Biomerieux, Inc.
Biosil Technologies, Inc.
BIRCH COMMUNICATIONS
Black Hills Energy
Black Web Network, Llc
Blackjack (Eur) Promotions Ireland
Blackline Systems Inc
Bladen Consulting
Blake & Pendleton
Blake And Pendleton, Inc
Blake Gifford
Blake Jarrett And Company
Blake Naiman
Blanket Consulting Limited
Blink Print Limited

Blonde & Co
Blow Models Sl
Blu Ninjas Llc
Blue Pencil Mobile Shredding
Blue Sun International
Blue Sun International
Blue Torch Capital
Blue Yonder Inc
Blue Yonder, Inc
Blueprint Automation Inc
Bluestar Silcones Usa Corp
Blujay Solutions
Blunt Communications
Blushington Llc
Bmb Filtration, Inc
BMG TALENT GROUP
Bms Bermuda Limited
Bna
Bnp Paribus Leasing Solutions
Bobbie Walck
Boc Limited
Bocas Co Ltd
Bohler, Antoine E
Bold Llc
Bold Pr Llc
Bolden Creative Media
Bolt Entertainment
Bonnay Limited
Bonnay Limited
Bonnie J Rios
Bonnie Thomas
Boone County Fiscal Court
Boots The Chemist Plc
Boss International Model Mgnt
Botanicals Plus
Bozena Kofie
Bpd Zenith Us Llc
Braas Company
Brad-Pak Enterprises Inc.
Bradshaw Design
Brand Label Inc.

Brand Momentum Inc
Brand Sense Marketing, Llc
Brandbank Limited
Branding Brand Inc
Brandon B. Webb
Brann Ab
Brb North America, Inc
Brella Productions
Brenda Bickford Jaworsky
Brenntag Mid-South Inc.
Brenntag Specialties, Inc.
Bri Monet
Briana Glasgow
Briana Marie King
Bridge Artists
Bridge Insurance Brokers Limit
Bridge Insurance Brokers Limited
Bridge Reps Llc (Dba Bridge Artists)
Bridgemere Distribution Limite
Briggs Equipment Uk Ltd
Bright International Corp
British Gas
British Telecom Plc
British Telecommunications Plc
Britney Brands, Inc
Britsini Enterprises
Brittney Boyce
Brivaplast Usa
Broadridge Ics
Brodsky And Smith Llc
Brofort Inc
Brook And Whittle Limited
Brooke Anne Peckham
Brookfield Relocation Inc
Broward County Tax Collector
Browserstack, Inc
Brush Up Consulting , Llc
Brush Up Consulting , Llc
Brushup Consulting Llc Dba Cornerst
Bryan Bantry Inc
Bryan Roberts

Bsr And Co. Llp
Bsz22 Inc
Bufete Mejia & Asociados
Bulluck Communications
Bunyespo, S.L.
Business Wire
BUSTAMANTE & BUSTAMANTE
PATENTES
Buttermilk Limited
Byte Down Ltd Tas Jenny Newman
C J Transport (Uk) Ltd
C&C Boiler Sales & Service Inc
C&H Printing, Inc
C. J. Finlay
C.H. Robinson Freight Services Ltd
Cabinet Sator
Caje Qesja
CalCarries International Management
Caleb Chemical Inc
Caliber Equipment, Inc
California Department Of Reven
California Franchise Tax Board
Callahan Chemical Company
Calumet Refining Llc
Calvin Giordano
Camden Council Tax And Rates
Camden Town Unlimited
Cameron Smith & Associates
Camilla Frances Prints
Camille Janvier-Langio
Canada Border Services Agency
Canada Border Services Agency
Canada Revenue Agency
Candal Advisors Inc.
Candc International Co Ltd
Canfield Scientific Inc
Cani Manufacturing
Canishiea Robinson
Canon Financial Services, Inc
Canon Solutions America, Inc
Cantactix Solutions Usa Inc

Canteen
Capsum Sas
Captek Softgel International
Cara Lovello
Carbel Llc
Cardno Chemrisk Llc
Caren Ltd.
CargoX, blockchain solutions Ltd.
CARILION CLINIC
OCCUPATIONAL MED
Carlson Wagonlit Travel
Carlton Group Inc
Carlton Smith
Carly Aquilino
Carly Mullins
Carmela Greco
Carmen Hand Model Management
Carmilita Ellis
Carol Neely
Carolina Container Company
CAROLINA CONTAINER
COMPANY
Carolina Container Llc
Carolina Custom Forms
Carolina Fire Protection Inc
Carolina Handling Llc
Caroline Fontaine
Caroline Vazzana
Carolyn Star
Carrubba Inc
Carsyn Obrien
Cartel & Co Ltd
Carter Machinery Company, Inc
CASEY CREATIVE GROUP
Casper Company, Llc
Cass Bird Pothography Llc
Cass Information Systems Inc
Cassandra Quinn Dungan Rice
Catalent Cosmetics Ag
Catalina Marketing Corporation
Catalystspark Group Inc

Category Management Associatio
CATHERINE CARRIERE DER
Catherine Fang
Catm New York Inc
Cavelier Abogados
Cavelier Abogados Co
Cayan Llc
Cb Minerals Llc
Cb Neptune Holdings Llc
Ccl Label Inc - Shelton
Ccl Label Lumberton
Ccl Tube (Wilkes-Barre), Inc
CDN CONSULAR SERVICES
LIMITED
Cec Research Corporation
Cecilia Valetta
Cei Inc - Holmdel
Cei, Inc.
Ceica Plasticos De Mexico Sa D
Cei-Roanoke
Celal Attila Can
Celartem Inc
Celartem, Inc. (Dba Extensis)
Celine Gagnon
Cem Corp
Centerchem Inc
Centerchem, Inc
Centimark Corporation
Central Entertainment Group
Central Hudson Gas & Elect. Corp.
Centric Jewelry, Inc
Century Link
Cetrulo LLP
CF Corporate Finance Limited
Cfe Inc
Cgc Events Ltd (York Races)
Cgrc Logistics Ltd
Cgt Commit Global Translations
Ch Powell Company Inc
Chad Keith Miller
Chaddock Refrigeration

Challenger Gray And Christmas
Challis Smith
Chandelier Creative Inc.
Channel Systems, Llc
Chantelle Melnyk
Charkit Chemical Corporation
Charlean Redmond
Charlize Perez
Charlotte D Arcy
Chase J. Gee
Chatters Canada Ltd.
Chauntayne Peterson
Che Graham
Checkpoint Systems Inc. - Remit
Chelsea Freeman
Chemfreight Dgt Ltd
Chemical Standards Laboratory
Chempoint.Com Inc
Chemsil Silicones Inc
Chemsil Silicones, Inc.
Chemspec Ltd.
Chep Canada Inc C/O Th1203
Chep Uk Limited
Chep Usa
Chep Usa
Chereen Trotter
Cherie Pollard
Cheryl Burgess
Cheryl Cavanaugh
Cheryl Guy
Cheryl Kramer
Cheryl Mahoney
Cheryl Mulder
Cheryl Ouellette
Cheryl Rawlings
CHEYANNE BIRCHALL
Chicago Aerosol
Chicago Automated Labeling, In
Chickadvisor Inc.
Chief Container

Chief Container - Ga (Dist) Branch Plant

Chief Container (Remit)

Child Mind Institute Inc

Chm Servicos Auxilio As Empres

Chong Woo Co Ltd

Chris And Sons Ltd

Chris Andersen Roofing

Chris Mcrobbie

Christian Dare

Christian Dior Perfumes Llc

Christian Rios Torres

Christiansen Insurance Group I

CHRISTINA CHANG

Christine Abraham

Christine Rusch

Christmas Tree Shops

Christopher Cheung Professiona

Chroma Color Corporation

Ciara Akins

Ciara Madden

Cibelle Levi

Cigala, Puppio & Asociados - D

Cilag Gmbh

Cindy Busha

Cindy Chen

Cindy Wiltshire

Cintas

Cintas Canada

Cintas Canada Limited

Cision US Inc

Citibank Na

Citron Hygiene

Citrusad

Citrusad

City Of Charleston

City Of Jacksonville

City Of Mcallen

City Of Orlando

City Of Pembroke Pines

City Of Philadelphia

City Of Roanoke Treasurer

City Of Salem

City Of Salem

City Of Seattle Revenue And

Citysprint

Citysprint (Uk) Ltd

Civic Entertainment Group Llc

Cjdeljak Inc

Cjsc Alrud

Clariant Corporation

Clarivate Analytics (Compumark

Clarivate Analytics (Compumark) Inc.

Clark County Assessor

Clark County Business Dept.

Clarke Power Generation Inc

CLARKE, MODET Y CIA, S.L.

Class International, Inc.

Classic Wholesale Inc

Claudette Farquarshon

Claudia Mayer

Claudia Morasse

Claudia Page

Clean Management Environmental Inc

Cleanse A Drive Ltd T/A Cad Co

Clearforme, Inc

Clearforme, Inc

Cleo Communications

Click Model Management Inc.

Clinical Research Laboratories

Cliquenow Llc

Clm Systems Inc

Closer&Closer, Llc

Clover Internacional,C.A

Cluett, Peabody & Co., Inc.

Cmc Supply Inc

Cmr Global(M) Sdnbhd

Cms Cameron Mckenna Llp

Cms Cameron Mckenna Llp

Cms Cameron Mckenna Llp

Cms Cameron Mckenna Nabarro Olswang Llp

Cms Derks Star Busmann N.V.
Cms Hasche Sigle
Cna Ccc Risk Management
Coastal Electrical Co. Of Fla
Cober Printing Ltd.
Coburn Communication, Inc.
Coda Plastic Limited
Codiplas
Codiplas
Coffee Ambassador
Coffee Distributing Corp
Coffee N Clothes
Coffee N Clothes Llc
Cogent Communications
COLE PARMER INSTRUMENT COMPANY
Colin Ippolito
Collab Inc
Colonial Chemical, Inc.
Colonial Life & Accidental Ins
Color And Information Llc
Color Techniques
Color Techniques Inc
Colorado Department Of Revenue
Colorado Dept Of Revenue
Colordisplay, S.L.
Coloredge, Inc.
Coloride Inc.
Colors And Effects Usa Llc
Colts Plastics Company Inc
COMBI PACKAGING SYSTEMS, LLC
Comcast
Comcast Holdings Corporation
Comed
Comercializadora Y Distribuido
Comfort Systems Usa Mid Atlant
Commerce Iq
Commerce Label Inc
Commerce Technologies, Llc.
Commission De La Sante Et

Commission De La Sante Et De La
Commissioner Of Revenue Servic
Commissioner Of Revenue Services
Commonwealth Of Virgina
Compass Group Usa Inc
Compensation Advisory Partners
Complete Vehicle Support Limit
Compliance Solutions Occupatio
Complianceline Llc
Complife Group
Component Source
Comptroller Of Maryland
Comptroller Of Maryland
Computer Generated Solutions
Computer Packages Inc
Computer Power Systems, Inc
Conair Consumer Products Ulc
Conair Corporation
Concentrated Aloe Corporation
Concentric Llc
Concord Music Group Inc.
CONCUR HOLDINGS (Netherlands) B.V.
Concur Technologies Inc.
Concur Technologies, Inc.
Condata Global Inc
Conde Nast
Conde Nast Publications
Conexus Limited
Conference Software Solutions
Confirmit, Inc.
Connectship Inc
Conner Strong & Buckelew Compa
Connie Ellis
Connie Lynn Harbour
Connie Sullivan
Consolidated Electrical Distributors, In
Consulate Ltd
Consulate, Ltd
Container Automation Systems
Contego Media Ltd

Content Is King Llc
Continental Fragrances Ltd
Continental Press
Con-Way Freight Inc
Conyers Dill And Pearman
Cooch And Taylor Pa
Cooper Electrical Construction
Cooperative Activity Llc
Cor365 Information Solution
Cordstrap Usa, Inc.
Core Cosmetics
Core Cosmetics
Coresight Research, Inc
Coresight Research, Inc
Cori M. Murray
Coridel Capital Management Hk
Corlea Group Inc.
Cornerstone Education Group
Cornerstone Packaging, Inc.
Corodata Shredding, Inc.
Corporate Creations Internatio
Corporate Creations International Inc
Corporate Subscription Managem
Corptax Inc
Corrine Reed
Corrugated Container Corporati
Cosmax Usa Corporation
Cosmax Usa, Corporation
Cosmecca Korea Co.,Ltd
Cosmetic Colors S.A De C.V
Cosmetic Essence Llc
Cosmetic Promotions Inc
Cosmetic Specialties Inc
Cosmetic Toiletry And Perfumer
Cosmetica Laboratories Inc
Cosmetics Alliance Canada
Cosmetics Alliance Canada
Cosmo International Fragrances
Cosmopak Usa Llc
Cosmopolitan Staffing Services
Costco Wholesale Corp

Counter Intelligence
Courtney Brand Agbetola
Courtney Jones
Coury Science & Engineering Pl
Couture Nail Studio Inc
Covestro Llc
Covington & Burling Llp
Cox Communications
Cox Communications, Inc
Coyote Logistics Llc
Cozen And O'Connor
Cozzoli Machine Co.
Cozzoli Machine Company
Cpg Connect Mississauga
Cpg, Llc
Cpm United Kingdom Ltd
Cppglobal
Craftech Corporation
Craig L. Brimm
Craig'S Plumbing & Heating Co
Crawford And Co Productions In
Crawford And Co Productions Inc
Creative And Response Research
Creative And Response Research
Creative Breakthroughs Inc
Creative Circle
Creative Circle Llc
Creative Colors Sa
Creative Communication Strateg
Creative Concepts Corporation
Creative Drive Inc
CREATIVE JUICE DESIGN
Creative Sourcing International Ltd.
Creative World Management Llc
Creform Corporation
Criteo Corp
Croda Inc.
Croner Group Ltd
Cropper Grounds Maintenance Lt
Cross Technologies, Inc
Crossmark Canada Inc

Crossmark Inc
Crossmark, Inc.
Croud Inc Ltd.
Crowdmgmt Llc
Crowdsmiths Inc
Crowdstrike, Inc.
Crown Castle Fiber Llc.
Crown Pipe And Supply Inc
Crown Studios
Crx Laboratories Llc
Cryopak Industries (2007) Ulc
Crystal And Company Inc
Crystal Ann Heric
Crystal Bohemia, A.S
Crystal Bryant
Crystal Claire
Crystal Claire Cosmetics Inc Usd
Crystal International
Crystal Malchuk
Crystal Springs
Crystal Springs
CSI NETWORX
Ct Lien Solutions
Ct Wilson Construction Co
Cuatrecasas Goncalves Pereira
Cube Studios Ltd
Culligan Water Of Jacksonvill
CULT LA, LLC
Cult London Limited (Calverton)
Cummins-Wagner-Florida, Llc
Cunningham Legal Limited
Cunningham Sensory
Curalate Inc
Curalate Inc
Curebit, Inc. (Dba Talkable)
Curion Llc
Curly Girl Collective, Llc
Current Communications & Elect
Curtis Cross
Curtis Packaging Corporation
Custodian Reit Plc

Custom Essence
Custom Ingredients, Inc.
Custom Nails By Temeka
Custom Paper Tubes
Custom Paper Tubes, Inc.
Cwi Packaging
Cxa Inc
Cynthia Boisclair
Cynthia Lower
Cypmp, Llc
Cyrus Capital Partners, LP
D Dion Llc
D&J Associates Inc
D. Giles Entertainment Inc.
D.C. Treasurer
D.P.Ahuja & Co.
D/B/A Segra
D3 Llc
Dac Group
Dac Group/ New York, Inc.
Daciann Harrison
Daily Post Media Inc
Daisy Grispino
Dallas G Harvey
Dana Renee Navarro
Dana S. Wisehart
Daniel J Riley & Co Solicitors
Daniel Remeika
Daniel Thournout
Danielle C. Nicholas
Danielle Carolan
Danilo Giangreco
Dannemann Siemsen Bigler & Ipanema
Dannemann Siemsen Bigler And
Danubia
Darielle Inc
Dark Horse Retouching Llc
Darko Inc
Darlene Sullivan
Darren Noble
Darwin Press Company

Data Forms Of Charlotte Inc
Data Systems International Inc
Dataplan Payroll Ltd
Dave Campbell
Dave Herr Llc
Dave Herr, Llc
Davenport Energy, Inc
David E Rempel
David Gray Plumbing
David Piwonka, Tax Assessor-Collector
Davis & Gilbert Llp
Davis And Gilbert
Davis Vision
Davis Wright Tremaine
Dawn Jacobs
Dawn Mandatino
Daxue Consulting
Daybreak Fast Freight Inc
Daymion Mardel Photography
Dayna Schaefer
Db Goldline Productions Inc
Db Williams Construction Inc
Dba Artworks
Dba Media Llc
Dba Media, Llc
Dba Streeters
De Haven Transportation
De Lage Landen Financial Servi
De Maximis Environmental
De Maximis Inc
Deacons
Deacons
Deacons
Dead Happy Llc
Debbi Panozzo
Debbie Hehanussa
Deborah Kearsey
Deborah Mcnutt
Deborah Perrin
Debra M. Harris

Decernis Llc
Dedges Lock And Key Shop
Define Health Llc
Definite Films Llc.
Dehnco Equipment & Supplies, Inc
Deimos S.R.L.
Delaware Division Of Revenue
Delaware Division Of Revenue
Delaware Secretary Of State
Delina Medhin
Dell Canada Inc
Dell Financial Services Llc
Dell Marketing L.P
Dell Marketing Lp
Dell Products Limited
Deloitte And Touche Llp
Deloitte Management Services L
Deloitte Tax Llp
Delta Industries Internat
Delves Inc
Dendy Elizabeth Engelman
Dendy Engelman Thomas Llc
Denis Beaudoin
Denise Taylor
Department Of Business And
Department Of Enviroment And
Department Of Environmental Quality
Department Of Finance &
Department Of Motor Vehicles
Department Of Revenue
Department Of Revenue Mississippi
Dependable Trailer Repair, Inc
Derik Industrial Usa Inc
Dermaceutical Laboratories Llc
Dermaceutical Laboratories Llc
Dermatech Associates
Des Mots...From Words
Descartes U.S. Holdings Inc.
Desi Perkins Inc
Design Daddy Llc
Designalytics, Inc.

Designer Studio Llc

Destock Fresh Customs Logistic

Devain Doolaramani

Developing World Systems Limit

Dewolf Chemical, Llc.

Dewolf Chemicals, Llc

Dhl International (Uk) Ltd

Di Prok

Diadeis New York Llc

Dialect Ny Llc

Diam Uk Ltd

Diamond Pkg.

Diana Christopher

Diana Vivilecchia

Diane Diaz

Diane Henson

Diane Morrison

Diane Pavesich

Diane Romanuck

Diannes Custom Candles Llc

Diary Directory Ltd

Dicambio Landscapers Llc

Dick Clark Productions Llc

Dick Clark Productions, Llc

Didomenico Packaging Corporati

Digital Additive Inc

Digital Additive, Inc

Digital Color Concepts

Digital Darkroom And Photography Inc

Digital Photographic Design

Digsite Inc

Diligent Corporation

Diligent Corporation

Dillie Group Llc

Dimensional Merchandising, Inc.

Dina Meri, S.R.L.

Diners Club International

Dionna Dorsey

Direct Employers Association

Direct Shot Distributing Inc.

Director Of The Uspto

Discuss.Io Inc

Discuss.Io Inc

Distinctive Confectionary

District Of Columbia Treasurer

Diversey Inc

DKSH NORTH AMERICA

D'Mmmwa

Dna Model Management Llc

Do Not Use Millennium3 Packaging Group

Do Not Use Trunk Archive

Do Not Use Variable Graphics, Llc

DOBS Legal LLP

Document Direction Limited

Docusign Inc

Docusign, Inc.

Dojomojo

Dolan, Kristin A

Dollar General

Domenic Commisso

Domenic P Farshadi

Domenic P Farshadi

Dominion Air & Machinery Co

Dominion Door & Hardware, Inc

Dominion Energy

Dominique Robinson

Donald Gauthier

Donna Beyak

Donna Borg

Donna Fisk

Donnelly Mechanical Corp

Doran Visual, Llc

Doreen Gebbia

Dorf & Nelson Llp

Dorsey & Whitney Llp

Dorsey And Whitney Llp

Doubinsky & Osharova

Double Stack Services

Dovernek Limited

Dow Silicones Corp

Dpd Group Uk Ltd

Dr Christos A Theodoulou Llc
Dr. Margery Capone, Phd
Dr. Shlomo Cohen & Co.
Dr.Helen G.Papaconstantinou &P
Drax Energy Solutions Limited
Drew & Rogers Inc
Drewcorp Services Pte Ltd
Driveline Retail Merchandising
Ds Smith Packaging
Ds Smith Packaging Consumer
Dsi Group Inc Dba Ovation In-S
Dsm Nutritional Products
Dsv Air & Sea Inc
Dsv Air & Sea Limited
Dtouch New York Ltd
Dtouch New York, Ltd
Dts Dedicated Trustee Services Dac
Dual Phocus Llc
Dublin Airport Authority (Daa)
Duff Phelps Holding Corporatio
Dufry International Ag
Duggal Visual Solutions Inc
Duggal Visual Solutions, Inc
Duggal Visual Solutions, Inc
Duke Energy
Dulcedo Digital Agency Inc
Dunnhumby Inc
Dunnhumby Limited
Durham Exchange Club Industrie
Dusobox Corporation
Duval Asphalt
Dxp Enterprises Inc
Dxp Enterprises Inc
Dymax Corporation
E R Installations
E.P. Dine Inc.
E.W. Gladden Plumbing & Piping
Eagle Pneumatic Inc
Ean Services Llc
Earl Doppelt
Earth Spectrum

Earth Supplied Products, Llc
East Coast Transportation Nf
East Penn Manufacturing
Eastern Industrial Supplies In
Easy Dry Limited
Eaton Corporation
EBADER WE TRANSFORM THE WOOD
Ebb And Flow Editing
Ebbco Inc
Ebix Inc
Eco Entreprises Quebec
Ecolab, Inc.
Ecrm
Ecrm - Epps Cosmetics, Fragrance
Edco Waste And Recycling
Edda Gudmundsdottir
Eden Parfums Ltd
Edison Tax Collector
Edizioni Esav Srl
Eduardo Obed Figueroa
Edward C. Greenberg
Edwards Fiberglass Inc
Eeo Made Simple Inc
Ees Cosmetic Solutions
Eeuk Group Ltd
Ef Operating Llc
Efe Magazine
Effortlyss Llc
Eileen Free
Eisen Gmbh
Ekato Corporation
Electric Power Systems
Electric Supply & Equipment Co
Electrical Test Midlands Ltd
Electronic Imaging Services In
Elegance Distributors, Inc.
Elementis Specialties
Elementis Specialties, Inc.
Elena Macdonald
Elevate Coaching And Co

Elite Fire Protection Ltd

Elite Model Management

Elite Model Management Llc

Elite Model Management London

Elite Model Management London Ltd

Elite Personnel Group Llc

Elizabeth Brothers

Elizabeth Miakinin

Elizabeth Nolte

Elizabeth Taylor Cosmetics Co

Elkem Silicones Usa Corp

Ellington & Son Inc

Elliott Electric Inc

Ellisons

Elodie I. Castro

Elsiecheyenne Amoo

Elvin Rodriguez

Elysium Construction

Eman Makeup Inc

Embassy Suites St Augustine

Embrace E Commerce

Embrace E Commerce

Emd Performance Materials Corp

Emerald House Associates Limited

Emerald Performance Materials

Emily Nash

Emkay, Inc

Emme&Pi The Trademark, Slp

Emmy Schofield - Wild Rover

Empire State Realty Op, L.P.

Enbridge

Encore International Llc

Encore Rrc

Endres Pathology Pllc

Enercon Industries Corp

Energy Bbdo, Inc

Enersource Hydro Mississauga

Englewood Electric Supply Co

Englewood Lab Korea

Englewood Lab, Inc

Englewood Lab, Llc

Ensembleiq, Inc.

Enterprise Data Management

ENTERPRISE SOFT SOL INC

Env Services Inc

Enva Ireland Ltd

Environmental Conservation

Environmental Working Group

Environmental Working Group

Envirosoft Corp

Eotfr Llc

Epay System Inc

Epic Printing Ink Corp

Eppione Ltd

Epromos Promotional Products, Inc

Erica Fae Wallace

Erica Grabczyk

Erika Priscilla Brito

Erin Barnard

Erin Elisabeth Lowe

Ernest Packaging Solutions

Ernest Packaging Solutions

Ernst & Young (Shanghai) Certi

Ernst & Young Llp

ERNST AND YOUNG LLP

Ernst Roeser Gmbh

Ernst Roeser Gmbh

Eryn Paige Fullard

Esbrook Law Llc

Esentire, Inc

Esis

Essence Communications, Inc

Essential Ingredients Inc.

ESSENTRA PACKAGING US INC

Essex Testing Clinic Inc

Essha Altaf Sheikh

Essilor Laboratories Of Americ

Estate Five Media Llc

Estate Of Christopher Andrea

Estate Of Cynthia Faye Oakley

Estate Of George Lacina

Estate Of Maria Hackney

Estate Of Trellis Mansfield
Estelle Leeds
Estes Express Lines
Esther So Tim Li
Esthetique Caty
Estudio Beccar Varela
Estudio Muñiz Soc Civ Resp Ltd
Ethan Black
Ethereal Gray, Inc.
Eurofins Consumer Product Testing Gmbh
Eurofins Crl Cosmetics
Eurofins Crl Cosmetics Inc
Euromonitor International Inc
European Patent Office
Eurostampa North America
Evaluative Criteria Inc
Evaluative Criteria Inc.
Evelyn Brown
Evelyn Garcia
Eversheds Llp
Eversheds Llp
Eversheds Supplier (International) Llp
Eversheds Sutherland
Eversheds Sutherland (Internat
Everyoung Llc
Evonik Corporation
Evoqua Water Technologies Llc
Exair Corporation
Excel Executive Ltd
Excess Space Solutions Inc.
Executive Cleaning Services, Llc
Expd8 Ltd
Experian Limited
Express Vending Limited
Expression For Growth Limited
Extreme Reach Talent
Extreme Reach Talent, Inc.
Eyedeas Design & Communication
Eyelet Design Inc
Eyelet Design Inc. - Remit

Eyelet Design, Inc.
Ez Solutions Inc
F S Distribution Limited
F.R. Kelly & Co.
Fabric Resources Intrntl Ltd
Facebook Ireland Limited
Faegre Drinker Biddle And R
Fairborn Equipment Of North
Falic Fashion Group, Llc
Fantasia Accessories Ltd
Fantasia Accessories Ltd
Fantastic Fabrics & Promotions Inc.
Farah Mawani
Farason Corporation
Fareva Itupeva
Faridokht M Mirza
Farimah Milani
FARZAM DADASHZADEH
Fashion Mumbler Ltd
Fast Signs
Fastcolor S.A.
Fathi Yasmine
Faus And Moliner Abogados S.L.P
Fcm 48 Nw 25 Llc & 3704 Ne Ave
Feather Creative, Llc
Federal Equipment Company
Federal Express Corporation
Federal Express Uk Limited
Federal International Recyclin
Fedex Freight
Fedex Freight (Cad)
Feelunique International Limited
Feldmeier Equipment, Inc.
Feldware Inc
Fellowship For British Hairdre
Fenton Moon Media
Fercam Transportes, S.A.
Fernanda Perretto
Fift Ltd
Filamatic
Fillichio And Hastings Inc.

Filtec Ltd

Financial Accounting Standards

Financial Industry Regulatory

Finch Brands Llc

Findation Pty Ltd

Fine Recycling And Disposal Lt

Fiorio International

Fire & Life Safety America, Inc

Fire Talent Ltd.

Firebelly Inc

Firmenich

Firmenich Inc - Remit

Firmenich Incorporated Spo

First American Title Insurance

First Citizen Finance Ltd

FIRST COAST EVENTS, INC

First Insurance Funding

First Legal Deposition Service

First Response Training

Fis Avantgard Llc

Fischer International Identity

Fish & Richardson

Fishbowl Studios

Fisher Scientific

Fisher Tank Company

Flack Tek, Inc.

Flair Talent Ltd

Flare Inc.

Flavor & Fragrances Specialtie

Fleet On Demand

Fleet Response

Fleeteurope Limited

Flexlink Systems Inc

Flexlink Systems Inc.

Florence Mele

Florida Dept Of Revenue

Florida Dept Of Revenue

Florida Detroit Diesel-Allison

Fluid Flow Products Inc

Fluid Flow Products, Inc

FLYWHEEL DIGITAL LIMITED

Flywheel Digital Limited

Fm Logistics Chalons

Foam Products Corporation

Fod Mobility Uk Limited

Fohr Card Inc

Ford Models, Inc.

Formulator Sample Shop

Forrest Beard

Fortis Solutions Group Llc

Fortune 8 Sales & Marketing

Forward Artists Llc

Found Entertainment Ltd

Foundation Talent Llc

Four Digital Solutions Ltd

Fox Rothschild Llp

Fp Mailing (West End) Ltd

Fr Kelly & Co

Fragrance Foundation

Fragrance Foundation Uk

Fragrance Group London Limited

Fragrance Unlimited Ii Inc

Frances Epsen

Frances Rodrigue

Franchesca Margaret Domrongcha

Francotyp Postalia Limited

Frankfurt Kurnit Klein & Selz

Franklin County Clerks Office

Franklin Equity Partners Llc

Freeport Distributors, Inc.

Freshfields Bruckhaus Deringer

Friedman Kaplan Seiler & Adelm

Frilot Llc

Frontier

Frontier Communications Of Fl

Ftc Kaplan

Fulton And Company Llc

Fusion Modeling Agency

Fusion Packaging

Fusion Packaging I, L.P.

Future Publishing Limited

Future Publishing Ltd

Fw Forming Corp

G J Hopkins Inc

G&B Digital Management, Inc

Ga Department Of Revenue

Gabriel Zamora Llc

Gabrielle Bolin

Gail Blicharz

Gallagher Benefit Services (Ca

Galveston Co. Mud No. 54

Galveston County

Galveston Outlets Llc

Gamma Business Communications

Ganeiqua Randolph

Garda Cl Atlantic, Inc

Garrett Clifford Design

Garrett Clifford Design Llc

Gastao Da Cunha Ferreira Lda.

Gastao Da Cunha Ferreira, Lda.

Gat International Localization

Gat International Localization Services

Gatewaycdi Inc

Gattefosse Corporation

Gayle Butts

Gazprom Marketing And Trading

Gba Services Ltd

Gca Services Group Inc

Geka Manufacturing

Geka Manufacturing Corp

Gems At Work

General Fibre Products Co

General Fibre Products Co

Generali

Genflow Ltd

George H Swatek Inc

George Walton Payne & Co

Georgia Dept Of Revenue

Geri Young

Getty Images Inc - Us

Getty Images, Inc - Us

Geyer Pathology

Gfr Media Llc

Gibson Dunn And Crutcher Llp

Gilat Bareket & Co

Gilbert & Tobin

Giles Paul

Gillian Kasko

Gillian Mobbs

Gilson Graphics Inc

Gina Cella

Gina Desieno

Girteka Logistics

Giselle Caballero

Giulia Scalese

Giuseppe Bergami

Givaudan Fragrances Corp

Givaudan Fragrances Corp - Remit

Gleam Futures Ltd

Glenn Llc

Glenroy, Inc.

Global Belting, Inc.

Global Equipment Company

Global Help Desk Services Inc

Glow Art Llc

Glow Art Llc

Gmp Publications, Inc

Go2 Staffing Solution

Goals Business Solutions

God And Beauty Llc

God And Beauty Llc

Gold Eye Distributor Inc.

Golden Snow Agency

Golder Associates Inc

Good Company Pictures Llc

Good Company Pictures, Llc

Goodfellow Arbitrations Inc

Google Adwords

Google Inc.

Gorgeous Pr Ltd

Goring, Schmiegelt & Fischer

Gorodissky & Partners

Goucher Parker Spivey Llc

Grace Beauty, Llc

Grainger
Grant Industries Inc
Grant Thornton Llp
Grant Thornton Uk Llp
Granville County Chamber Of Co
Granville County Tax Office
Granville Education Foundation
Granville Medical Center
Granville Pallet Company Inc
Graphic Products
Grayson Drew Fincher
Great American Beauty Inc
Great Bowery Inc
Great Bowery Us Ltd
Great West Life
Great-West Financial
Great-West Life
Green Dot North America
Green Key Llc
Green Key Solutions, Llc
Green Key Temp. Llc
Green Oleo Srl
Greenberg And Traurig
Greenberg Traurig, P.A.
Greenchem Industries, Llc
Greenhill & Co Llc
Greenphire Inc
Greentech Usa Inc
Gregory Myers
Gregory Pallet & Lumber Company Llc
Gregory Werner
Grenaways Office Supplies
Greppi,S.L.
Gretta Enterprises, Llc
Groninger Usa Llc
Grubhub Holdings Inc
Gs1 Canada
Gs1 Canada
Gs1 Uk
Gt Paper - Packaging Limited
Gts Prod

Gts Prod
Guangzhou Landproof Testing T
Guangzhou Meiyang Electrical
Guerillascope Ltd
Guillermina Ciriaco-Runge
Gulbrandsen Technologies Inc
Gulf Coast Bank And Trust Co
Guy Jose Bendana Guerrero & Asociados
Guy José Bendaña-Guerrero & As
Gwia Llc
Gxs Inc
Gypsy Nix
Gza Geoenvironmental Inc
H & H Nail Products Inc
Hage And Co
Haines Fleet Management Ltd
Hair Systems, Inc.
Halimatu Moteniola Adeola
Halo Branded Solutions, Inc.
Hamerville Media Group Ltd
Hamlyns Llp
Hannah Brooke Artistry
Hans Jurgen Muller Gmbh
Happy Finish Us Inc
Happy Finish Us Inc
Harbinger
Harcros Chemicals, Inc.
Harley-Davidson Motor Company,
Harper And Scott Inc
Harper+Scott Inc
Harris County M.U.D. #358
Harris County Wcid #155
HARRODS LTD
Harry B. Sands, Lobosky And Co
Hart Info Llc
Harvest Hcm Inc
Harvest Revenue Group Llc
Hasan Nasser
Hasina Samidyar
Hasinah Saleh

Haven Beauty Limited
Hawaii Department Of Taxation
Hawaii State Tax Collector
Hawkesworth Appliance Testing
Hays County
Haz International, Inc
Hcp Packaging Hong Kong Limite
Hcp Packaging Usa Inc
Hct Asia Limited
Hdit Business Solutions
Health Canada
Health Canada
Healthcare Rm
Hearst Megazine Uk Ltd
Heather Davis
Heather Doyle
Hedgehog Development, Llc
Heinonen & Co.
Heinz Glas Usa Inc
Heise Industries, Inc
Helen Feeney
Helen Lewicki
Helen Nguyen
Helton Lawn Service Inc
Hemlow Ltd
Henderson Family Ymca
Henderson Oxygen & Supply Co
Hendrick Brun
Henny Gunawan
Henriques Griffiths Solicitors
Hepatest
Heraeus Noblelight Fusion Uv
Hercules Saegemann Ag
Herma Us Inc
Hest Inc
Hg Advanced
Hidalgo County
Hilco Real Estate Appraisal
Hilco Valuation Services, Llc
Hill Valley Inc
Hillyer Mckeown

Hinote Llc
Hip Lik Clear Packaging Produc
Hipp Engineering & Consulting
Hirsch & Associes
Hi-School Pharmacy Services
Hispania Alfa Completeness, Sl
Hoffman Neopac Ag
Hoffmann Neopac Ag
Hoist And Crane Service Group
Holland Industrial
Holly Corbett Represents Llc
Holly Corbett Represents Llc
Holly L. Schippers
Holmes And Hill Llp
Homburger Ag
Honey Artists Inc
Honeywell Bakes
Hong Kong Youyi Furniture Co L
Hood Container Corporation
Hot Girl Branding, Llc
Hsbc
Hslegal Llp
Hsm Ip Ltd
Hsm Ip Ltd
Hub Folding Box Co Inc
Hudon, Lise
Hudson Bay Foundation
Hudson Matthew Cuneo
Hudson Pump
Hudson Valley Office F
Hugh Wood Inc
Huy Huynh
Hybrid Plastics
Hydradyne Llc
I.C.F Finance Ltd C/O Artisan People
Ltd
Ian Harrold Ltd
Ian William Bauman
Ibec
Iberceras Specialties Slu
Iblue Creative, S.L

Iblue Creative, S.L

Ibm Corporation

Ibotta Inc

Ibs Co., Ltd.

Icaza Gonzalez Ruiz Aleman Inc

Icon Digital Productions Inc

Icon Digital Productions Inc.

Icon Media

Iconix Brand Group Inc

Icy Grl Touring & Licensing Ll

ID TECHNOLOGY

Idaho State Tax Commission

Idea Circle Productions, Llc

Ideas United Llc

Identicard Systems Inc

Idr Marketing Partners Llc

Idr Marketing Partners, Inc.

IDR MARKETING PARTNERS, LLC

If Wilson Fire Protection Limi

Ifm Efector, Inc.

Ifop

Ifop Inc

Iftirhar Ahmad

Igh Talent Ltd

Ihaa Limited

Ihaul Freight Ltd

Ika Works, Inc.

Ikeda Corp Of America

Ikey

Ileos Beauty Usa Corp.

Illinois Department Of Revenue

Illinois Department Of Revenue (Il)

Ima North America Inc

Imagestor

Imcd Us Llc

Imcd Us, Llc

Imerys Talc America

Img Models La, Llc

Img Models, Inc

Impact Fulfillment Services, Inc

Impact Fulfilment Services Llc

Impaq Beauty, Llc

Importicos Inc

Impressions Of Beauty, Llc

Impyrium

Imtech Graphics Inc

In Department Of Revenue

Incentive Qas Ltd

Indeed Ireland Operations Ltd

Independent Chemical Corp.

Independent Container Line Ltd

Indiana Dept Of Revenue

Indiana Marie Ella Massara

Industrial & Construction Ente

Industrial Automation Service

Industrial Automation Services Inc

Industrial Equipment Service A

Industrial Repair Service, Inc

Industrial Roofing Services In

Industry Group Usa, Llc

Inf Influencer Agency Inc

Infexionshield, Inc.

Infinityqs International, Inc.

Info Label

Infor Global Solutions

Inform Agency

Information & Inspiration

Information Resources Inc

Information Resources, Inc

Information Resources, Inc

Infosync Services Llc

Infotrac Inc

Inga Okanovic

Ingersoll Rand Company

Ingrid Deckelman

Initiative (Ipg Meadieabrands)

Injectron Corporation

INK CLOTHING LTD

Inkwell Global Marketing

Inmar Brand Solutions, Inc

Inmar Brand Solutions, Inc

Inmar Promotions - Canada Inc.

Innomar Strategies, Inc
Innospec Active Chemicals Llc
Innovative Design Engenuity A
Innovative Plastics Corp
Innovative Plastics Corp
INOAC PACKAGING GROUP
Inolex Chemical Co
Insanity Group, Llc
Insight 2 Communication Llp
Insight Direct Usa, Inc
Insight Direct Usa, Inc.
Insight Partners
Instacart
Instore Group Llc
Instron Corporation
Intarome Fragrance Corporation
Integraserv Inc
Integrated Display Group
Integrated Display Group Inc
Integrated Systems And Service
Integrity Ingredients, Corp
Intellectual Property Online L
Intellicor Llc
Intelliverse
Intelliverse
Interconn Resources
Intercos America Inc
Intercos America, Inc
Intercos Cosmetics
Intercos Europe Spa
Intercos Europe, S.P.A.
Interfila Cosmetics (Shanghai)
Internal Revenue Service
International Designer Collection (Idc)
International Flavors & Fragrances
International Hair Importers
International Machine Technolo
International Management Group
International Management Group Ltd
International Paper

INTERNATIONAL RESEARCH
SERVICES INC
International Visual Corporati
Interocean Steamship Corp
Interpolymer Corporation
Interspray Sas
Intertrade Systems Inc
Intl Flavors & Fragrances
Intl Flavors & Fragrances - Remit
Intrado Digital Media, Llc
Intralinks, Inc
Investec Asset Finance Plc
Investis Digital, Inc
Investis Inc
Invictus Global Management
Invinci Agency
Invizer Llc
Invizer Llc
Invok Brands Llc
Iowa Dept Of Revenue
Ipromoteu Canada Inc
Iq Eq Corporate Services (Maur
Irene Lipensky
Iri Infoscan Limited
Iri-Aztec (Canada) Ltd.
Iron Mountain
Iron Mountain
Iron Mountain Canada Corporation
Iron Mountain Canada Operation
Iron Mountain Off-Site Data
Iron Mountain Records Managem
Iron Mountain Records Mgt
Is Production Inc
Isabel Vann
Isabella Wu
Isabelle Leblanc
Ishem Ltd
Islamic Services Of America
Isler & Pedrazzini Ag
Isler And Pedrazzini Ag
Ism - Institute For Supply Mgm

Iso Plastics Corporation
Isoftstone, Inc.
Isp Technologies, Inc.
Israel Andler & Sons, Inc.
Itad Technologies, Llc
Iwd Ny Llc
J Packaging And Display Llc
J&A Garrigues S.L.P.
J.B. Hunt Transport Inc
J.D. Crowder
Ja King & Company
Ja Licensing Ii, Llc
Jabber Haus Llc
Jack and Jill of America, Inc
Jack Pernell Welding Service
Jackson Hale Environmental
Jackson Lewis Pc
Jacob Peter Morales
Jacob Peter Morales
Jacobs Marketing Inc
Jacqueline Robbins
Jacqueline Rose
Jade Jeong
Jade Road Design & Sourcing Llc
Jade Road Design And Sourcing
Jaggaer, Llc
Jaime Galvan Jr
Jaimie Trueblood
Jamal Ali
James P Bowman & Associates Ll
James R. Nelles Iii
James Rausch
James Robert Wojcik
James Schlefstein
James T. Massey
Jameshia Blue
Jamie Muirbrook
Janalyce Fletcher
Jane Cunningham-British Beauty
Blogger
Janelle Sanqui

Janet Williams
Janet Williams
Jani King Of Southern Ontario
Janibell Rodriguez
Jani-King Of Jacksonville
Janille Raj Tapil Jagarajan
Jantech Services, Inc
Jarchem Industries, Inc.
Jarrold & Sons Ltd
Jasmine Turner
Jason Massa
Jason Raposo
Jasper416 Consulting, Llc
Jaxon Industrial Services, Inc
Jayne & Company, Llc.
Jazmin Castro
Jb Hunt Transport Inc
Jc Publishing Ltd
Jd Sellier And Co
Jda Software Canada Ltd
JDP Mechanical Inc.
Jdp Mechanical, Inc.
Jean Ferraro
Jean Vogt
Jebco Weatherproofing Manag
Jeen International Corp.
Jeff Menaker
Jefferds Corporation
Jefferies, Llc
Jeffrey S Birkner
Jeffrey Wheat
Jendayi Asha Creative, Llc
Jenner & Block Llp
Jennifer Boyce
Jennifer Brown
Jennifer Coleman, LLC
Jennifer Holliday
Jennifer Melissa Cruz Jimenez
Jennifer Snelgrove
JERHEL PLASTICS INC
Jerry Schwarz

Jerry Wayne Pickler Jr

Jessica Brush

Jessica Carrasco

Jessica Diner

Jessica Goguen

Jessica Lau

JESSICA NORMAND

Jessica Schwerer

Jessica Stieler

Jessica Vu

Jessica Warzyniak

Jessy Luxe, Inc

Jesus Chacon

Jet Sales Solutions, Llc

Jewels Transportation, Inc

Jg Elizabeth Ii, Llc

Jhonny Alexander Tovar Anaya

Jiangsu Jiaerke Pharmaceutical

Jiaxing Tengxiang Plastic

Jill Ortega

Jim Overton, Tax Collector

Jin Jin Lu

Jita Enterprise, Inc

Jlr Metal Works Ltd

Jm Search

Jma International Inc.

Jms Advisory Group Llc

Jmw Industries

Jn Production Inc

Jo Ann Barton

Joanie Jobin

Jobalign Inc

Joe Laurich

John Andrew Rovito

John Andrew Rovito

John Bell And Croyden Limited

John Go

John Gordon

John Lewis Plc

John P Chaple

John Varvatos Apparel Group

Johnie Driskell

Johnson Controls

Johnson Controls Security S

Johnson Controls, Inc.

Johnston Equipment

Jolyanne Blackburn

Jones & Cia. S.A.

JONES & CIA. S.A.

Jones Day

Jones Day

Jones Lang Lasalle Americas, I

Jonet Williamson

Jonette Barone

Jordan Fovel

Jos. H. Lowenstein Sons, Inc.

Josanna Harrington

Josee Mathieu

Joseph Iannicello

JOSEPH T RYERSON AND SON INC

Joseph-Angelique Jessica

Joyce Edwards

Jrr Contracting Inc

Js Reps Corp

Js Reps Corp D/B/A Art Department

Jsd (Jermyn Street Designs)

Juanita Martin

Judi Stull

Judy Casey Inc.

Judy Shope

Juicy Couture Europe Ltd

Julianna Drake

Julie Aydlott

Julie Bernier

Julie Clark

Julie Goveia

Julie Pena

Julie Ryser

Julie Tussey

Jurist Company Inc

Jurist Influence Group Llc

Just Packaging Inc

Just Tech Llc
Justin Wendling
Jy Printing
K And G Box Company
K And M Tribeca
K&M Associates Lp
K&M Associates, Lp
K.K. Nails Inc.
K2 Partnering Solutions Limite
KADY INTERNATIONAL
Kaleidoscope
Kaleidoscope Imaging Of Ny, In
Kalinoski And Chaplinsky
Kalliopi Melanitou
Kalysse Anthony
KAM TOOL AND DIE
Kameran Jewel Crawford
Kameron Malik Lester
Kamille Patterson-Gregory
Kandie Winchester Earle
Kansas Department Of Revenue
Kansas Dept. Of Revenue
Kantar Uk Limited
Karen Milla
Karen Rebecchi
Karine Denis
Karla Olivares
Karol Rodriguez
Karp Randel Llc
Karrie Ann M Giordano
Katherine Smith
Kathleen Van Hoff
Kathryn M Ireland
Kathryn Uehlinger
Kathy M. Perkins Scott
Katie Jane Hughes
Katrina Lee
Kauff Mcguire & Margolis Llp
Kayla M. Freeman
Kayleigh A Cabral
Kba-Kammann Usa,, Inc.

Kci, Ltd
Kd Fragrances Inc
Kd Fragrances Inc
Keaton Moore
Kehaulani Sanares
Keith Zurweller
Kelly Ann Hancock
Kelly Davis
Kelly Services (Canada), Ltd
Kelly Services (Canada), Ltd.
Kelly Services Inc
Kelly Services Inc
Kemin Industries, Inc.
Ken Nunn Law Office P.C.
Kensing, Llc
Kensington Grey Agency Inc
Kentucky State Treasurer
Kentucky State Treasurer
Kenya D Baker
Kerry Eas Logistics Limited Hainan
Branc
Kesslers International
Keter Environmental Services
Kevin O Connor
Kevin Viet Nguyen
Key Equipment Finance Inc
Key2 Plastics Limited
Keyence Corp Of America
Keystone (Us) Management, Inc
Kforce Inc.
Kgl Llc
Khursheed Khan & Associates
Kiana Lewis Francis
Kiddin' Around
Kik Custom Products - Remit
Kim & Chang
Kim & Chang
Kim & Chang Inc
Kim Dawson Agency
Kimala Matlock
Kimberly Cole

| | |
|---|---|
| Kimberly Perry | Kranky Produktions Inc |
| Kinex Cappers Llc | Kre Pky Brickell Llc |
| King & Spalding Llp | Krembs |
| King & Wood Mallesons | Kris Kiss |
| King & Wood Mallesons Llp | Kristin Ess Inc |
| King Management Agency Nyc Inc | Kristina Estabrooks |
| Kinney Drugs Inc | Kristina Saindon |
| Kira Erickson | Kristina Snyder & Co. Inc |
| Kiran Chhapra | Kristy Sarah Llc |
| Kirker Enterprises Inc | Kroger Packaging Inc |
| Kit Keenan | Krones, Inc., Usa |
| Kitty (Di ) Ma | Kruger Inc |
| Kj Talent | Kubek Ltd Ta Luxury Paper Bags |
| Kkm Llc | Kumar Organic Products Ltd |
| Kkm, Inc. | Kurz Transfer Products Lp |
| Kldiscovery Ontrack Llc | Kurzman, Cecelia |
| Kldiscovery Ontrack, Llc | Kw Plastics |
| Kleen Test Products Corporatio | Kyle Richards Umansky |
| Kline And Company | Kyra Knox |
| Km Artist Agency | Kyshirah Soto |
| Knapp Logistics & Automation I | L S Shrink Systems Inc |
| Knauf Shaw Llp | L2 Inc |
| Knc Beauty | La Mina De Oro Inc |
| Kobo Products, Inc. | Labeline Int Ltd |
| Kobre And Kim Llp | LABELMASTER |
| Kolmar Laboratories | Labelmaster |
| Kolmar Laboratories, Inc. | Laboratorios Argenol Sl |
| KONSTANT | Lageen Tuboplast, Ltd. |
| Körber Supply Chain Uk Ltd | Laiya Preiner Ramsay |
| Körber Supply Chain Us Inc | Lalaland Artists Llc |
| KOTIS DESIGN, LLC | Lalaland Artists Llc |
| Kpmg Huazhen Llp | Lall & Sethi |
| Kpmg Llp | Lall & Sethi |
| Kpmg Llp | Lama Dameh |
| Kpmg Llp | Lamination Service Inc |
| Kpmg Llp | Lamp Sales Unlimited, Inc. |
| Kpmg Llp | Landstar Ranger Inc |
| Kpmg, Llp | Landstar Ranger Inc. |
| Kps Business And Digital | Language Line Services |
| Kramer Levin Naftalis & Franke | Larry Dickstein |
| Kramer Levin Naftalis And Frankel | Larry Liverman |

Las Vegas South Outlets, Llc
Latavia Dawson
Latham & Watkins Llp
Laura Baker
Laura Cantarella
Laura Hinton Communications
Laura Lubker
Laura Merzetti
LAUREN ASTON DESIGNS
Lauren Elise Child
Lauren Ladnier
Lauren Phelps
Lauren Wireman
Laurence Gaudreault
Laurence Lafontaine
Lauri Michelle Allore
Laurise Mcmillian
Lavelle Partners
Lawfirm Chocolaad Trademarks
Lawrence Transportation System
Lazari Investments
Lazari Investments Service Cha
Le Papillon Ltd
Leah Huang
Leah Porgesz
Lee Hall
Lee Hartman & Sons Sound Equi
Lee Hecht Harrison Knightsbrid
Lee Hecht Harrison Penna Limited
Lee Shin Bio-Tech Cosmetics Sh
Legacy Packaging Llc
LEGACY PACKAGING LLC
Legal And General Assurance Lt
Legal Group Advocates
Legal Shield
Leia Vanlue
Leib Solutions Llc
Leneta Company Inc
Lenovo (United States) Inc.
Lenworth Building Services Ltd
Lenz & Staehelin

Leodis Coffee Ltd
Leonor Martin Losada
Leoprinting
Lesley Ison
Lesley Wilmeth
Leslie Letson
Leslie Waterworks Inc
Leslie Zumwalt
Levi Josef Verlaan
Lewis Mirrett
Lex Autolease Limited
LEX AUTOLEASE LIMITED
LEXIS NEXIS
Libo Cosmetics Co Ltd
Lidia Santamaria
Lifecare Inc
Lifeworks
Lift Power, Inc.
Lighthouse Servicos De Consultoria
Lijun Zhang
Lil Ju Publishing Llc
Lil Ju Publishing Llc
Lilia Kazakova
Liliya Leheta
Lillian Ziola
Lily Naimon
Lima Allen Co Chambers Of Comm
Linda Arthur
Linda Garrett
Linda Nietzel
Linda Tinajero
Lindsay N Novellano
Lingo Technical Inc.
Linh Thi My Nguyen
Linhchi Tran
Link Systems Inc
Linkedin Corporation
Linklater Llp
Links Partners
Lipotec Usa, Inc.
Lippe Taylor Inc

Lisa Biscan
Lisa Murdza
Lisa Nordini
Lisa Potter Dixon Ltd
Lisa Snyder
Lisa Walker Attorney At Law
Lise Pavich
Lisette Bagley
Lithotype Company, Inc.
Livearea Inc
Livearea Inc
Liveperson
Liveramp, Inc
Liverman Machine Shop
Livevault
Liz Claiborne, Inc.
Lizette Duran
Lloyds Pharmacy Limited
Lm Air Technology, Inc
Local 701
Local Union 3
Loftware Inc
Log-On Computer And Mailing Se
Log-On Computer And Mailing Service
Logotique
Lombardi Design & Manufacturing
Lombardi Design & Mfg Ltd
Long Yan
Longacre Square Partners Llc
Lonza Walkersville
Lonza, Inc
Look Good Feel Better
Look Good Feel Better Foundati
Loomis Express
Loomis, Fargo & Co.
LoopUp LLC
Lori Ferryman
Lorraine Fields
Lorraine Fortlage
Lorraine Kurtz
Lostock Installations Limited

Lotus I.T Consultin Ltd
Lotus It Consulting Ltd
LOUISA CHUNG
Louisiana Department Of Revenue
Louisiana Dept Of Revenue
Louisiana Dept Of Revenue
Louisiana Dept Of Revenue
Loyens & Loeff
Lrg Management Llc
Lubin Olson & Niewiadomski Llp
Lubrizol Advanced Materials In
Lucas Meyer Cosmetics
Lucia Mcclain
Lucky Elephant Limited
Luhoo Productions Inc
Luigi Bormioli Corp
Lukasiewicz Design Inc
LUSHPOP Productions LLC
Luxe Brands, Inc.
Lydia Millen
Lydia Wanzala
Lynda Zahor
Lynn Cote
Lynn Kozinski
Lynn Taylor
Lynsey Buckelew
M & M Grounds Maintenance
M A Group Us Inc. Dba Mao Management A
M F Logistics (Uk) Ltd
M Squared Media Ltd
M&H Plastics Inc.
M&M Transport, Inc
M. Jacob And Sons Packaging
M. Sarah Houdek
Ma Department Of Revenue
Mac Papers Jacksonville
Machmotion
Macys Media Network
Madaboutdesign Ltd
Madcap, Inc

Madeline Blondman & Co Inc
Madeline Blondman Inc
Madi Monroe, Inc
Madison Prettyman
Maersk Line A/S
Maesa Group
Maesa Holdings Inc
Maeve Walker
Mafco Worldwide Corp
Magda Szymanski
Magic City Sprinkler Inc
Magna Productions Sl
Mailing, Export And Distributi
Mailsouth Inc
Main St Group Inc
Main St Group Inc
Maine Bureau Of Taxation
Maine Revenue Services
Major Model Management, Inc.
Maki Sofue
Malabars Informacion S.L.
Man For Himself
Management Artists Organization Inc
Manchester Airport
Mandeville Signs Inc.
Mandy Shapiro
Mane Usa
Mango Merchandise Ltd
Manology Show Inc
Manufacturing Repair And Overs
Mao Management Artists Org., I
Mao Management Artists Organiz
Maple Leaf Sports And Entert
Maples And Calder Inc
Mar Cor Purification Inc
Marchetta Mcdonald
Marco Fabbricini Parrucchiere
Margaret Parsons
Maria Carmen Glover
Maria Pisani
Maria Vuelva

Maribel Jimenez
Marie Akerboom
Marie J. Tully
Marietta Corp
MARIETTA HOLDING CORPORATION
Marilyn K. Johns
Marilyn Model Mgmt Inc
Marilyn Red Model
Marilyn Red Model Management
Marissa L Promotions Inc
Mark Leeson
Mark Leeson Education
Mark Monitor Inc.
Marketing Systems Group
Markit North America Inc
Markmonitor, Inc
Marks & Clerk Llp
Marksmen
MARLENA AGENCY INC.
Mars Philter Inc Dba The Mars
Marsh Canada Limited
Marsh Usa Inc
Marsha Moore
Martha Clune Healy Brooks
Martha Eelman
Marti Y Roman, S.L.
Martin Montero Cristina
Marval & O'Farrell
Marval, O'Farrell & Mairal
Mary Cassola
Mary Kleem
Mary Lee Chhea O'Brien
Mary Li
Mary Mccurdy
Mary Uresk
Mascara Plus Cosmetics Srl
Mason Hayes & Curran Llp
Massachusetts Department Of Re
Massachusetts Department Of Re
Massmutual Financial Group

Master Tape & Label Printers

Mastermind Management Group

Match Converge Inc

Matchstick Group

Material Handling Tech Inc

Matic Plast Milano Srl

Maticplast Srl

Matjatu Elious

Matt Cohen

Mattek Corporation

Mattel, Inc.

Matthew Purtill

Matthews Solicitors

Mattie James

Matula Liounis

Max Chen

Maxson And Associate

Maya Chambers

Mayer Brown International Llp

Mays Chemical Company

Mb Fragrances

Mc Packaging Corporation

Mc Packaging Corporation (On) Spo

Mc Packaging Corporation (Op)

Mc Plasticos De Mexico

Mca - Merchandising Consultant

Mccallum Legal Pllc

Mccullough And Associates

Mccurdy Walden

Mcg First Choice Sales

Mcgill And Partners

Mcguire Woods Llp

Mci Medical Clinics Inc

Mcinerney Saunders

Mckendrees Plumbing And Hea

Mckesson Canada

Mckesson Medical Surgical

Mckinsey & Company, Inc

Mcleod Belting Copany Inc

Mcmaster-Carr Supply Company

Mcs Machine And Tool

Mdms Recruiting Llc

Mdpf, Inc

Meads Ltd

Mebane Design Studio

Mec Lcc Dba Eyelet Crafters

MECHANICAL EQUIPMENT CO

Media Stage Inc

Mediacolor Spain, S.A.

Mediacom

Mediant Communications Inc

Meetingzone Inc

Megachem, Inc

Meisha Fortner

Meisser & Partners Ag

Meiyume (Hong Kong) Limited

Meiyume (Hong Kong) Ltd

Meiyume (Uk) Limited

Meiyume Retail Solutions (Uk)

Meiyume Retail Solutions (Uk) Ltd

Meiyume Usa Inc

Meiyume Usa Inc Spo

Meiyume Usa Inc.

Melanie Graves

Melissa A Pechey

Melissa G Goldberg

Mellow Spring Friesen

Melody Watral

Menzies Distribution Logistics

Mercer (Us) Inc.

Mercury Associates, Inc

Merit Laboratories

Meritech Inc

Merritt Meade Loughran Inc.

Merritt Meade Loughran, Inc.

Messagebank, Llc

Meta Beauty Management Llc

Meta Platforms, Inc.

Metabolic London Limited

Metal Dynamics

Metal Dynamics

Metano Ibc Services Inc

Meter Group Inc Usa
Metlife
Metlife Auto/Home, Exec Disabi
Metlife Critical Illness
Metlife Europe D.A.C.
Metrixlab Us, Inc
Metrixlab Us, Inc
Metro Fax
Metro Fire & Safety Inc
Metropolis Hairdressing Ltd
Metropolitan Life Insurance Co
Mette Fejerskov Steenberg
Mettler Toledo Process
Mettler Toledo, Inc.
Mettler Toledo-Hi Speed
Mettler-Toledo
Mettler-Toledo Llc (Product In
MGS MACHINE CORP
Mh Office Building Corp
Mhr International Uk Ltd
Mhr International Uk Ltd
Mia Galvan
MICHAEL BOWLES
Michael D Helman
Michael Dinardo
Michael Maddox
Michael P Joyce
Michael Page International Rec
Michael Porchetta
Michael R. Fisher & Associates
Michel Germain Parfums Ltd.
Michelin, Michael
Michelle Carrillo
Michelle Childs
Michelle Gorgeny
Michelle Hnath
Michelle Jones
Michelle Nykipilo
Michigan Dept. Of Treasury
Michigan Dept. Of Treasury
Micro Motion, Inc.

Micro Powders Inc
Microbiologics Inc
Microsoft Corporation
Microsoft Corporation
Microsoft Online Inc
Microstrategy Services Corpora
Mid Atlantic Crane & Equipment
Middlesex Water Co
MIKA COLLECTIONS INC
Mikayla Phan
Mike Giovanni Silva
Milagros Medina Bonilla
Milica Erceg
Military Resale Solutions Inc
Military Sales & Service Co.
Miller And Chitty Co Inc
Miller Canfield Paddock And St
Miller Zell Inc
Milott Laboratories Co Ltd
Milrose Consultants Inc
Milton J. Wood Fire Inc
Mimecast North America, Inc.
Mimeo.Com Inc
Mimran Group Inc
Mina Connor
Minardi Consulting Inc
Mine Safety Appliances Co
Minister Of Finance
Minister Of Revenue Of Quebec
Ministry Of Finance #7244648
Minitab Inc
Minnesota Dept Of Revenue
Minnesota Revenue
Mintel International Group Ltd
Minuteman Press
Mirang Co Ltd
Mirang Co., Ltd.
Miro Consulting, Inc
Miryah Lee
Mirza Ismail
Misa Seiler

| | |
|---|---|
| Miss Beverly Schulz | MORIAH RODRIGUEZ |
| Miss Carley Smith | Morneau Sheppel Ltd |
| Miss Daphnée Poisson | Morris County Irrigation, Inc |
| Miss Missy Mandy | Morrisette Paper Co |
| Mississippi State Tax Comm | Morrisette Paper Co, Inc |
| Mississippi State Tax Commission | Morrison And Foerster Llp |
| Missouri Department Of Revenue | Morvillo Abramowitz Grand Laso |
| Missouri Dept Of Revenue | Mosaic Model And Talent Mgt |
| Missouri Taxation Division | Motik, Inc. |
| Mister Safety Shoes Inc. | Motion Industries, Inc |
| Mitratech Holdings Inc | Motion Industries, Inc. |
| Mitscherlich & Partner | Mountainview Learning Limited |
| Mitscherlich Partmbb | Movable Inc |
| Miyoshi America, Inc. | Moveable Inc. |
| Mjs Tax Services Llc | Moveable Inc. |
| Mls Parent Holdings Llc | Movers And Shakers Llc |
| Mmc Treasury Holdings (Uk) Lim | Moving Hair Limited |
| Mme Amélie Boisvert | Moxie Institute |
| Mmr Research Worldwide Inc | Mp Electrical Contractors Inc |
| Mobkoi Limited | Mp Overhead Doors |
| Mobstac Inc | Mpact Group Llc |
| Modern Post Nyc Llc | Mps Multi Packaging Solutions |
| Modern Salon Media | Mr Levi Bartholomew |
| Mohanad Azzouz | Mr White Ltd |
| Moldeo De Plasticos Far Sa De | Mr White Ltd |
| Molesworth Bright Clegg Solicitors | Mr White Ltd |
| Momentive Performance Material | Mr White Nyc Ltd |
| Mona Nozohour Mehrabad | Mr. Alan Edwards |
| Money Talent Management Ltd | Mr. Allan Mcglennon |
| Monica Vargas | Mr. Allen Krahn |
| Montana Department Of Revenue | Mr. Amarjit Singh |
| Monti 75 Srl | Mr. Andy Zhang |
| Mood Media | Mr. Anthony Minozzi |
| Moody'S Investors Service | Mr. Ari Edelakind |
| Moore Canada | Mr. Arthur Currence |
| Moore Research Service, Inc | Mr. Barry Johnson |
| Moore Research Services Inc | Mr. Brian Beere |
| Moran Environmental Recovery, | Mr. Bryan Anderson |
| MORGAN LEWIS & BOCKIUS LLP | Mr. Bryce Estep |
| Morgan Stanley | Mr. Bud Fiore |
| Moriah Rodriguez | Mr. Carl Nablo |

| | |
|---|---|
| Mr. Charles Sanders | Mr. John Hughes |
| Mr. Charles St. Michel | Mr. Jonathan Sprague |
| Mr. Chris Wakley | Mr. Jordan Gilletz |
| Mr. Christopher Mcbrayer | Mr. Jordan Knapp |
| Mr. Christopher Mickus | Mr. Joseph Santillo |
| Mr. Chuck Worthington | Mr. Joyce Gates |
| Mr. Claude Alexander | Mr. Keith Bowens |
| Mr. Collin Batchelor | Mr. Keith Geiger |
| Mr. Dale Drake | Mr. Kevin Chitwood |
| Mr. Darren He | Mr. Larry Mccarthy |
| Mr. David Young | Mr. Le Singh |
| Mr. Dean Bannick | Mr. Lee Jackson |
| Mr. Dennis Mcmillan | Mr. Luis Franco |
| Mr. Dennis Yoon | Mr. Malcom Haskins |
| Mr. Derrick Crabtree | Mr. Mark Androconis |
| Mr. Donald Whitehead | Mr. Mark Stapleton |
| Mr. Douglas Littrell | Mr. Mark Werre |
| Mr. Douglas Singleton | Mr. Martin Zito |
| Mr. Dov Lubin | Mr. Matt Moritz |
| Mr. Dwight John | Mr. Matthew Black |
| Mr. E Koppelman | Mr. Matthew Smith |
| Mr. Eduard Sabbah | Mr. Michael Flaherty |
| Mr. Emmanuel Palmore | Mr. Michael Rusinko |
| Mr. Eric Wilson | Mr. Michael Stevane |
| Mr. Francisco Mora Jr. | Mr. Mike Aleksic |
| Mr. Fred Gray | Mr. Mohamed Safadi |
| Mr. Garry Lipocky | Mr. Paul Walsh |
| Mr. Gordon Schriver | Mr. Perry Seider |
| Mr. Greg Lauber | Mr. Peter Blum |
| Mr. Henry O'Pry | Mr. Randy Russell |
| Mr. Henry Wong | Mr. Raul Amaya |
| Mr. Isaiah Yarger | Mr. Rick Borris |
| Mr. Isiah Metz | Mr. Rick Owens |
| Mr. J R Richardson | Mr. Robert Guo |
| Mr. James Patrocky | Mr. Robert Steuernagel |
| Mr. Jed Goldfarb | Mr. Robert Ulrich |
| Mr. Jeff Fischer | Mr. Ron Gallant |
| Mr. Jeremey Grossman | Mr. Samuel Reyes |
| Mr. Jerry Chen | Mr. Scott Leonard |
| Mr. Jerry Potter | Mr. Scott Spencer |
| Mr. Joe Griswold | Mr. Scott Turner |

Mr. Sheldon Blumengold
Mr. Stanley Dziewa
Mr. Stanley Mohn
Mr. Stephen Landress
Mr. Steve Lezaj
Mr. Steve Palacio
Mr. Steve Pechacek
Mr. Thomas Kelley
Mr. Thomas Mcnulty
Mr. Thomas Snuggs
Mr. Tim Nguyen
Mr. Tom Porada
Mr. Tom Tesoro
Mr. Vaughn Sucevich
Mr. Vern Swegle
Mr. Vince Mariani
Mr. Wallace Schaeffer
Mr. William Bush
Mr. William Coffey
Mr. Xinyi Jin
Mr. Zak Comanbha
Mr. Zhengqiao Zhang
Mri Software Llc
Mrs Abby Starr Lewensohn
Mrs Alice Best
Mrs Carolyn Sereno
Mrs Cheryl Magadan
Mrs Cindy Gregrow
Mrs Debra Sutrick
Mrs Delores Weber
Mrs Holly Golabek
Mrs Janet Harris
Mrs Janet Johnson
Mrs Julie Beach
Mrs Karen Herpin
Mrs Laura Hall
Mrs Linda Winter
Mrs Lorie Foltin
Mrs Lorri Shaw
Mrs Maureen Pace
Mrs Nicole Maldonado

Mrs Olivia Tseng
Mrs Peggy Gumm
Mrs Reagon Seaver
Mrs Ruth Algary
Mrs Stephanie Mccolgan
Mrs Stephanie Shear
Mrs Suzanne Riss
Mrs. Amber Royalty
Mrs. Amy Varner
Mrs. Angela Krenkler
Mrs. Barbara Anne Cameron
Mrs. Becki Hovan
Mrs. Bobbie Collins
Mrs. Cathy Soltysinski
Mrs. Cheryl Bullock
Mrs. Cheryl Taylor
Mrs. Cindy Durfey
Mrs. Denise Dobson
Mrs. Diane Kordel
Mrs. Donna Giunta
Mrs. Donna Veglia
Mrs. Edie Tonkon
Mrs. Elaine Cabral
Mrs. Elizabeth Cichoski
Mrs. Gayle Flournoy
Mrs. Helena Rabinowitz
Mrs. Jacqueline Triguero
Mrs. Janet Perry
Mrs. Jean Haddock
Mrs. Joan Richards
Mrs. Josephine Debiase
Mrs. Julie Stewart
Mrs. Karen Myers
Mrs. Karlee Wade
Mrs. Kathie Ryan
Mrs. Kim Welch
Mrs. Laura Bares
Mrs. Marilyn Skulmoski
Mrs. Mary Cohen
Mrs. Michelle Lamb
Mrs. Natalie Romero

Mrs. Norma Auqui
Mrs. Patricia Wuchter
Mrs. Penny Stone
Mrs. Rosalba Ochoa
Mrs. Rose Andrews
Mrs. Sandy Brown
Mrs. Sheila Green
Mrs. Sherrey Hollander
Mrs. Sherry Lustig
Mrs. Stephanie Villalta
Mrs. Tahany Gawish
Mrs. Tammy Jackson
Mrs. Tracey Brown
Mrs. Val Panagi
Mrs. Vicki Burke
Mrs. Yasmeen Moolji
Ms Baljinder Gill
Ms Becky Richardson
Ms Desiree Sapp
Ms Ella Wilson
Ms Ginger Bamburg
Ms Jamie Boittiaux
Ms Jessica Brooks
Ms M Freed
Ms Marg Flewelling
Ms Renea Thompson-Griffin
Ms. A Weber
Ms. Abby Lazarus
Ms. Abigail Ortiz
Ms. Abigail Ramirez Vazquez
Ms. Ada Wang
Ms. Adaeze Nwanonyiri
Ms. Aesha Garcia
Ms. Alaina Stamatellos
Ms. Alayne Bean
Ms. Alesia Jewell
Ms. Alexandra Hilvert
Ms. Alexandra Krolick
Ms. Alexia Lavoie
Ms. Alicia Broggio
Ms. Alicia Paton-Courtois

Ms. Alicia Ramsarupe
Ms. Aline Costa
Ms. Alison Joyce
Ms. Allison Kumro
Ms. Alma Castillo
Ms. Alyson Rohan
Ms. Alyssa Patchin
Ms. Amanda Mcgarity
Ms. Amanda Tsafaras
Ms. Amber Kubesch
Ms. Amber Lewis
Ms. Amy Brado
Ms. Amy Cary
Ms. Amy Gilbert
Ms. Amy Hammond
Ms. Ana Cunningham
Ms. Andrea Furr
Ms. Andrea Polack
Ms. Andree Lacourciere
Ms. Angela Rannes
Ms. Angela Roberts
Ms. Angela Waldemarson
Ms. Angelita Perez
Ms. Angie Kutinsky
Ms. Anita Wei
Ms. Ann Croucher
Ms. Ann Manes
Ms. Ann Nagle
Ms. Ann Setter
Ms. Anna La Selva
Ms. Anna Li
Ms. Anna Parker
Ms. Anna Polaszewski
Ms. Anna Thompson
Ms. Anna Zhu
Ms. Annajean Policastro
Ms. Anne Gotro
Ms. Anne Kensler
Ms. Anne Stone
Ms. Annette Kohn
Ms. Annora Haley

Ms. Antoinette Rieken
Ms. April Bre-Hemmendinger
Ms. April Gamboa
Ms. April Hearron
Ms. Arlene Hooks
Ms. Ashley Altenburg
Ms. Ashley Fedak
Ms. Ashley Funaro
Ms. Ashley Mealer
Ms. Ashley Smith
Ms. Ashlin C
Ms. Athziri Vasquez
Ms. Audrey Jacobi
Ms. Audrey Studer
Ms. Baohua Zhang
Ms. Barbara Barrett
Ms. Barbara Clemens
Ms. Barbara Cunningham
Ms. Barbara Deluca
Ms. Barbara Gothrup
Ms. Barbara Haynes
Ms. Barbara Lucero
Ms. Barbara Murphy
Ms. Barbara Nowlin
Ms. Barbara Pappas
Ms. Barbara Rogan
Ms. Barbara Rum
Ms. Barbara Shorenstein
Ms. Barbara Taaffe
Ms. Barbara Wagner
Ms. Barbara Zilm
Ms. Basma Makhamre
Ms. Becca Jones
Ms. Becky Granda
Ms. Belinda Pope
Ms. Belinda Powell
Ms. Bernadette Hoffmann
Ms. Bernice Springfield
Ms. Beth Britton
Ms. Beth Eisener
Ms. Beth Skantz

Ms. Betsy Glaser
Ms. Bette Schiefer
Ms. Bev Sleep
Ms. Bharat Sutaria
Ms. Bobbie Hawkins
Ms. Bonnie Beaulieu
Ms. Bonnie Bridgeman
Ms. Bonnie Hardy
Ms. Bonnie Lutes
Ms. Boomelia Penwarden
Ms. Breda Pulliam
Ms. Brianna Gray
Ms. Brigitte Green
Ms. Britany Genesse
Ms. Brittany Matuszewski
Ms. Brooke Burleson
Ms. Bryanna Kern
Ms. Calista Tuttle
Ms. Camella Browne
Ms. Candice Soldaat
Ms. Cari Williams
Ms. Carla Eder
Ms. Carla Hentges
Ms. Carol Castelbuono
Ms. Carol Cutrone
Ms. Carol Fradkin
Ms. Carol Kelly
Ms. Carol Levy
Ms. Carol Nappi
Ms. Carol Propp
Ms. Carol Schoenberger
Ms. Carol Stehl
Ms. Carol Weigher
Ms. Caroll-Ann Côté
Ms. Carolyn Davison
Ms. Carolyn Iannello
Ms. Carolyn Mably
Ms. Carolyn Messenger
Ms. Carren Santoro
Ms. Carrie Gentile
Ms. Caryn Taublib

Ms. Cassie Stewart
Ms. Catherine Fogg-Suggs
Ms. Catherine Visconti
Ms. Cathleen Makridakis
Ms. Cathy Adler
Ms. Cathy Miller
Ms. Cathy Nelson
Ms. Chandra Graves
Ms. Char Vandervort
Ms. Charity Mutloatse
Ms. Charm White
Ms. Chelsey Russell
Ms. Cherry Yip
Ms. Cheryl Baez
Ms. Cheryl Cornett
Ms. Cheryl Edwards
Ms. Cheryl Fialko
Ms. Cheryl Jones
Ms. Cheryl Parker
Ms. Cheryl Roach
Ms. Ching Cheung
Ms. Chloretha Davie
Ms. Chris Motsch
Ms. Christie Kline
Ms. Christina Gencarelli
Ms. Christine Bazant
Ms. Christine Beech
Ms. Christine Carlo
Ms. Christine Flanagan
Ms. Christine Mcfall
Ms. Christine Migliorini
Ms. Christine Newcomer
Ms. Christy Connor
Ms. Cindy Martin
Ms. Cindy Nolan
Ms. Cindy Riddle
Ms. Cindy Santana
Ms. Clara Clayton
Ms. Claudia Sabino
Ms. Cleo Sarantakos
Ms. Clio Mallin

Ms. Colleen Repetto
Ms. Conchita Walker
Ms. Connie Woods
Ms. Constance Benson
Ms. Corey Fortuna
Ms. Courtney Ackerman
Ms. Courtney Campista
Ms. Crystal Cramer
Ms. Crystal Green
Ms. Cydney Sweeney
Ms. Cynthia Elkins
Ms. Cynthia Jacklyn
Ms. Cynthia Lu
Ms. Cynthia Sharp
Ms. Cynthia Simone
Ms. Danielle Kinikini
Ms. Danielle Nebel
Ms. Dannell Hopkins
Ms. Darlene Green
Ms. Darlene Lee
Ms. Darlene Taylor
Ms. Darri Lewis
Ms. Davida Fernandez
Ms. Dawn Callaway
Ms. Dawn Mcknight
Ms. Dawn Shields
Ms. Dawn Theroux
Ms. Dawne Barrett
Ms. Dayna Dunbar
Ms. Deb Lein
Ms. Debbie Emery
Ms. Debbie Stroupe
Ms. Deborah Anderson
Ms. Deborah Snyder
Ms. Debra Carp
Ms. Deidra Jones
Ms. Delia Dunn
Ms. Delilah Tisdale
Ms. Deloris Froelich
Ms. Demetris Woodruff
Ms. Denice Ogburn

Ms. Denise Glenn

Ms. Denise Houghton

Ms. Denise Luca

Ms. Denise O'Leary

Ms. Denise Riley

Ms. Denise Zeagler

Ms. Denita Roth

Ms. Desara Mason

Ms. Dian Seibold

Ms. Diana Cardenas

Ms. Diana Holcomb

Ms. Diana Zhang

Ms. Diane Anderson

Ms. Diane Ardito

Ms. Diane Bissig

Ms. Diane Burkhart

Ms. Diane Davis

Ms. Diane Dennison

Ms. Diane Howard

Ms. Diane Nevins

Ms. Dina Martinez

Ms. Doaa Shalabi

Ms. Dominique Williams

Ms. Dona Kalpage

Ms. Dona Shanthadeva

Ms. Donna Evergates

Ms. Donna Jordan

Ms. Donna Reuter

Ms. Donna Sherwood

Ms. Donna Strong

Ms. Donna Traver

Ms. Donna Wright

Ms. Dorene Oris

Ms. Doris Retz

Ms. Dorothy Moyer

Ms. Drusilla Caldwell

Ms. Edna Schmedthorst

Ms. Elaine Basegio

Ms. Elaine Fishman

Ms. Elaine Sacks

Ms. Elaine Stewman

Ms. Elana Gross

Ms. Eleanor Risueno

Ms. Elham Sabeti

Ms. Elisa Sepetauc

Ms. Elisa Sheronas

Ms. Elizabeth Baur

Ms. Elizabeth Currey

Ms. Elizabeth Schnell

Ms. Ellen Campbell

Ms. Ellen Eastaugh

Ms. Ellen Girouard

Ms. Ellen Quinn

Ms. Elvira Sanchez

Ms. Elyse Ingebrigtson

Ms. Elyse Kennedy

Ms. Emily Edwards

Ms. Emina Becovic

Ms. Enid Solomon

Ms. Erika Sisk

Ms. Erin Jones

Ms. Erin Linker

Ms. Esha Buckley

Ms. Ester Brushaber

Ms. Estrella Zirdok

Ms. Fang Chen

Ms. Fatima Imran

Ms. Faye Armitage

Ms. Faye Sullivan

Ms. Felicitas Deocampo

Ms. Feng Lu

Ms. Florence Osher

Ms. Florence Perkowski

Ms. France Demers

Ms. Frances Bell Banks

Ms. Frances Minden

Ms. Frances Sreedhar

Ms. Gabriela Dias

Ms. Gail Becker

Ms. Gail Killough

Ms. Gayle Decanio

Ms. Gloria Ginter

Ms. Grace Jing
Ms. Grace Majid
Ms. Grace Mcclanahan
Ms. Gretchen Carlton
Ms. Gretchen Sutter
Ms. Gwen Nelson
Ms. Haleh Sailors
Ms. Haoshi Feng
Ms. Harriett Johnson
Ms. Heather Kirk
Ms. Heather Sage
Ms. Heidi Hendrix
Ms. Heidi Miller
Ms. Helen Gargalidis
Ms. Helen Hudnall
Ms. Helen Shinners
Ms. Ilene Soltis
Ms. Ingrid Moreland
Ms. Irene Charny
Ms. Irene Snitkoff
Ms. Irene Tate
Ms. Irina Stoler
Ms. Isabella Cotter
Ms. Jackie Riley
Ms. Jackie Senkmajer
Ms. Jackie Turkashvand
Ms. Jacquelin Ufie
Ms. Jacqueline Novotka
Ms. Jacqueline Seiders
Ms. Jaime Foster
Ms. Jaime Mamet
Ms. Jamie Duckworth
Ms. Jane Harte
Ms. Jane O'Brien
Ms. Jane Wall
Ms. Janet Garber
Ms. Janet Helfst
Ms. Janet Mantle
Ms. Janet Nonamaker
Ms. Janet Wanden
Ms. Janice Elderton

Ms. Janice Falcone
Ms. Janice Golden
Ms. Janice Melhorn
Ms. Janine Dombroski
Ms. Jaqueline Perez
Ms. Jasmin Sheba
Ms. Javonda Picquet
Ms. Jayma Cherney
Ms. Jean Di Grandi
Ms. Jean Green
Ms. Jean Thiel
Ms. Jean Verbeck
Ms. Jeanette Johnson
Ms. Jeanne Logan
Ms. Jeanne Rosato
Ms. Jeannette Harper
Ms. Jen Brower
Ms. Jen Elm
Ms. Jency John
Ms. Jene Knapp
Ms. Jennifer Behnke
Ms. Jennifer Benson
Ms. Jennifer Brinkerhoff
Ms. Jennifer Calin
Ms. Jennifer Cavanaugh
Ms. Jennifer Hanson
Ms. Jennifer Henson
Ms. Jennifer Herchline
Ms. Jennifer Ruest
Ms. Jennifer Smith
Ms. Jennifer Szeto
Ms. Jenny Hsu
Ms. Jeraldeen Johnson
Ms. Jessi Pokorni
Ms. Jessica Bell
Ms. Jessica Davis
Ms. Jessica Foster
Ms. Jessica Shaya
Ms. Jewel Wilson
Ms. Jiawen Shi
Ms. Jiaxin Zhang

Ms. Joan Dweck
Ms. Joan Francavilla
Ms. Joan Francik
Ms. Joan Gentile
Ms. Joan Gernert
Ms. Joan Jolly
Ms. Joan Moffit
Ms. Joan Pellegrino
Ms. Joan Siwinski
Ms. Joan Starch
Ms. Joann Brunetti
Ms. Joanne Cosmo
Ms. Joanne Harms
Ms. Joanne Miller
Ms. Joanne Perry
Ms. Joanne Powers
Ms. Joanne Stawik
Ms. Jodi Blitz
Ms. Joe Schlies
Ms. Joell Gish
Ms. Johnnie Wheeler
Ms. Joni Ray
Ms. Josephine Davis
Ms. Josephine Yang
Ms. Joslyn Caesh
Ms. Joyce Foster
Ms. Joyce Mitchell
Ms. Joyce Nelson
Ms. Joyce Scales
Ms. Joyce Sorenson
Ms. Juana Salazar
Ms. Juanita Hatcher
Ms. Judith Lusk
Ms. Judith Murphy
Ms. Judith Stolz
Ms. Judy Dusick
Ms. Judy Forbes
Ms. Judy Hirshman
Ms. Judy Kornaga
Ms. Judy Waldenmaier
Ms. Julanna Hanson

Ms. Julia Carrasquillo
Ms. Julia Nguyen
Ms. Julie Poppell
Ms. Julie White
Ms. Jungeun Lee
Ms. Jutta Gesekus
Ms. Kandi Scott
Ms. Kara Wolf
Ms. Karen Carter
Ms. Karen Danard
Ms. Karen Eonta
Ms. Karen Fraser
Ms. Karen Geller
Ms. Karen Mercer
Ms. Karen Mutarelli
Ms. Karen Ribstein
Ms. Karen Roberts
Ms. Karen Tape
Ms. Karin Mcfarlin
Ms. Karla Gachette
Ms. Karleen Heller
Ms. Karolen Cubilete
Ms. Karyn Cohn
Ms. Kasia Laszkiewicz
Ms. Katarzyna Laszkiewicz
Ms. Kate Rogers
Ms. Kathleen Carter
Ms. Kathleen Hevenstone
Ms. Kathleen Shea
Ms. Kathleen Yeomans
Ms. Kathryn Laughlin
Ms. Kathryn Thompson
Ms. Kathy Howard
Ms. Kathy Nguyen
Ms. Kathy Sornson
Ms. Katie Mcfadden
Ms. Katie Muschlewski
Ms. Kay Gangiah
Ms. Kay Kiser
Ms. Kayla Black
Ms. Kayla Gibbs

Ms. Kelli Whapham
Ms. Kelly Ammon
Ms. Kelly Bolton
Ms. Kelly Drumm
Ms. Kellye Peraza
Ms. Kendall Stelmack
Ms. Ketzia Walsh
Ms. Kim Grassadonia
Ms. Kim Macdonald
Ms. Kimberly Blevins
Ms. Kimberly Boes
Ms. Kimberly Lamarre
Ms. Kimberly Scribbick
Ms. Kimberly Smith
Ms. Kimberly Zadravec
Ms. Kolby Ryan
Ms. Kris Mccubbin
Ms. Kristen Altemus
Ms. Kristen Hardy
Ms. Kristen Wiseman
Ms. Kristine Riccardi
Ms. Kristinia Craig
Ms. Kurlena Brown
Ms. Lacey Redwood
Ms. Lacey Smith
Ms. Ladonna Black
Ms. Ladonna Ray
Ms. Lakshmi Reddy
Ms. Lalanila Mello
Ms. Latoya Bobbitt
Ms. Latoya Green
Ms. Laura Becerra
Ms. Laura Franks
Ms. Laura Little
Ms. Laura Mccarty
Ms. Laura Stevens
Ms. Lauren Ficaro
Ms. Laurie Pfiester
Ms. Laurie Reighart
Ms. Lauriesha Wallace
Ms. Leah Stacy

Ms. Leanne Long-Hulin
Ms. Leanne Strathdee
Ms. Lee Wasik
Ms. Leeaha Allen
Ms. Leigh Ashe
Ms. Lela Kanhoy
Ms. Lena Janes
Ms. Lenore Lawrence
Ms. Leona Osburn
Ms. Leslie Dong
Ms. Leslie Vargo
Ms. Leticia Smith
Ms. Lex Racquel
Ms. Lidia Manzo
Ms. Liliana Kajcic
Ms. Lillian Fell
Ms. Lillie Najera
Ms. Lily South
Ms. Lina Groleau
Ms. Linda Donley
Ms. Linda Gerosa
Ms. Linda Kuehn
Ms. Linda Labossiere
Ms. Linda Phegley
Ms. Linda Pilotte, Lp
Ms. Linda Thompson
Ms. Lindsay Smith
Ms. Lisa Cicle
Ms. Lisa Coleman
Ms. Lisa Fulton
Ms. Lisa Harvey
Ms. Lisa Ikenoyama
Ms. Lisa Ingolia
Ms. Lisa Klein
Ms. Lisa Nauman
Ms. Lisa Proctor
Ms. Lisa Skriloff
Ms. Lisa Terror
Ms. Liz Pasieczka
Ms. Liza Topacio
Ms. Lizette Jimenez

Ms. Lois Dickson
Ms. Loretta Gabaldon
Ms. Lori Callahan
Ms. Lori Dimauro
Ms. Lori Giudici
Ms. Lori Knoblauch
Ms. Lori Lavoy
Ms. Lori Skagen
Ms. Lorri Layton
Ms. Louella Grace
Ms. Louise Brown
Ms. Lu Yu
Ms. Lucy Armato
Ms. Lugmila Degtyur
Ms. Lula Williams
Ms. Luz Lagares
Ms. Lydian Flash
Ms. Lynette Bryles
Ms. Lynn Book
Ms. Lynn Jones
Ms. Lynne Caiafa
Ms. Lynne Chiocca
Ms. Lynne Friedman
Ms. Lysa-Marie Côté
Ms. Mabel Dean
Ms. Madeline Dupras
Ms. Mae Bullard
Ms. Mae Morris
Ms. Magaly Luberta
Ms. Magaly Moreno
Ms. Magda Shalaby
Ms. Maggie Stoltzfus
Ms. Mali Raman
Ms. Mandy Furnis
Ms. Mara Mackenzie
Ms. Marcy Kennedy
Ms. Margaret Connolly
Ms. Margaret Dabkowska-Styrna
Ms. Margaret Doyle
Ms. Margaret Sutton
Ms. Margarete Polon

Ms. Margarete Steinhauer
Ms. Marge Naegele
Ms. Margrett Stewart
Ms. Mari Tylor
Ms. Maria Mcdougall
Ms. Maria Milliard
Ms. Maria Moore
Ms. Maria Musacchio
Ms. Maria Theodoropoulos
Ms. Marian Karin
Ms. Mariana Mansour
Ms. Marianne Eisman
Ms. Marianne Mannino
Ms. Marie Crato
Ms. Marie Huggins
Ms. Marie Shewfelt
Ms. Mariemaxim Bergeron
Ms. Marilee Buffum
Ms. Marilyn Hughes
Ms. Marilyn Manners
Ms. Marilyn Monroe
Ms. Marilyn Rees
Ms. Marilyn Roberts
Ms. Marilyn Sterling
Ms. Marilyn Terr
Ms. Marilyn Tucker
Ms. Marilyn Webb
Ms. Marina Ebed
Ms. Marla Britton
Ms. Marsha Hallstead
Ms. Martha Anderson
Ms. Martha Dasilva
Ms. Martha Trenholm
Ms. Marty Reich
Ms. Mary Ann Vert
Ms. Mary Catherine Griffith
Ms. Mary Dobbs
Ms. Mary Ducksworth
Ms. Mary Hosters
Ms. Mary Kangas
Ms. Mary Lou Lieb

Ms. Mary Louise Heigl

Ms. Mary Marseglia

Ms. Mary Martin

Ms. Mary Montgomery

Ms. Mary Scales

Ms. Mary Shine

Ms. Mary Sikes

Ms. Mary Tarney

Ms. Mary Thomas

Ms. Maryann Maggio

Ms. Mattie Rogers

Ms. Maxine Howard

Ms. Mayumi Tsuchiya

Ms. Mckenna Hopp

Ms. Mckenna Laschen

Ms. Meegan Lybolt

Ms. Megan Forbes

Ms. Megan Rivera

Ms. Meghan Redmile

Ms. Melanie Daniels

Ms. Melanie Rubino

Ms. Melanie Wohl

Ms. Melissa Bagheri

Ms. Melissa Truxon

Ms. Mendy Shanowitz

Ms. Mengna Lin

Ms. Mesut Biderek

Ms. Meta Beall

Ms. Michael Curvati

Ms. Michele Marsollier

Ms. Michele Niemira

Ms. Michele Sarenelli

Ms. Micheline Nouh

Ms. Michelle Braun

Ms. Michelle Brown

Ms. Michelle Cartwright

Ms. Michelle Cylinder

Ms. Michelle Far

Ms. Michelle Ruggiero

Ms. Michelle Shin

Ms. Michelle Wesson

Ms. Michelle Wiles

Ms. Mike Bowman

Ms. Mike Gravelle

Ms. Mildred Ingram

Ms. Min Wang

Ms. Min Zhu

Ms. Mindy Spencer

Ms. Ming Gong

Ms. Minh Gray

Ms. Mireille Baskwell

Ms. Misty Gruden

Ms. Molly Mullins

Ms. Mona Jenkins

Ms. Mona Yousef

Ms. Monica Eaton

Ms. Monica Liu

Ms. Monica Parker

Ms. Monica Teague

Ms. Monique Johnson

Ms. Monique Sanders

Ms. Mykel Gray

Ms. Myndi Taylor

Ms. Nadine Ellis

Ms. Nancy Asselborn

Ms. Nancy Barton

Ms. Nancy Fresilli

Ms. Nancy Gambill

Ms. Nancy Jordan

Ms. Nancy Marshall

Ms. Naomi Schwartz

Ms. Natalie Uleis

Ms. Natella Shalmiyeva

Ms. Nehal Sheth

Ms. Nellene Roberts

Ms. Ngoc Vo

Ms. Nicholette Tucker

Ms. Nicki Kroeger

Ms. Nicole Frye

Ms. Nicole Hendrie

Ms. Nicole Hurley

Ms. Nimota Reynolds

Ms. Nina Chugh
Ms. Nora Martinez
Ms. Olawunmi Shoyinka
Ms. Olga Barbara
Ms. Paige Mcmullen
Ms. Pam Lynch
Ms. Pamela Beard
Ms. Pamela Labine
Ms. Pamela Windell
Ms. Parbattie Bernard
Ms. Pardeep Kaur
Ms. Pat Rifkin
Ms. Pat Schifini
Ms. Patricia Balavitch
Ms. Patricia Capezzera
Ms. Patricia Koenitzer
Ms. Patricia Mazza
Ms. Patti Bowen
Ms. Patty Chou
Ms. Paula Connolly
Ms. Paula Howard
Ms. Paula Weigel
Ms. Paulina Gervasi
Ms. Pauline Williams
Ms. Peggy Arndt
Ms. Peggy Digenova
Ms. Peggy Hughes
Ms. Phyllis Bell
Ms. Phyllis Holland
Ms. Phyllis Johnson
Ms. Phyllis Raymond
Ms. Ping Gallivan
Ms. Polina Yelina
Ms. Queena Ily
Ms. Rachel Gancz
Ms. Randi Gerber-Katz
Ms. Rebecca Fedoruk
Ms. Rebecca Finn
Ms. Rebecca Holloway
Ms. Rebecca Smith
Ms. Rebecca Stocker

Ms. Regina Moody
Ms. Rekha Somaney
Ms. Rena Boudreau
Ms. Rena Meigel
Ms. Renata Muzis Kadoe
Ms. Renee Johnson
Ms. Renee Laverdière
Ms. Rhoda Poblet
Ms. Rhonda Collins
Ms. Rhonda Michaels
Ms. Rita Layne
Ms. Rita Sherman
Ms. Roberta Carpenter
Ms. Roberta Cutler
Ms. Robin Bilbrey
Ms. Robin Morris
Ms. Robin Such
Ms. Ronalee Olson
Ms. Rosa Landi
Ms. Rosalind Allen
Ms. Rose Beard
Ms. Rose Brunet
Ms. Rose Evans
Ms. Rose Smith
Ms. Rosemarie Pine
Ms. Rosemary Greenlaw
Ms. Roxanna Flores
Ms. Roxanne Mentore
Ms. Ruth Derison
Ms. Ruth Tylich
Ms. Ruth Vanhorne
Ms. S Gray
Ms. Sabrina Lonadier
Ms. Sabrina Mouton
Ms. Sally Corak
Ms. Sally Kay
Ms. Sally Lefkofsky
Ms. Sam Freck
Ms. Samantha Montgomery
Ms. Samantha Watts
Ms. Samira Kashani

Ms. Sandra Bruh

Ms. Sandra Foster

Ms. Sandra Haffey

Ms. Sandra Masters

Ms. Sandra May

Ms. Sandra Patterson

Ms. Sandy Dean

Ms. Sapna Yathiraj

Ms. Sara Indig

Ms. Sarah Lankford

Ms. Sarah Luna

Ms. Sasha Joseph

Ms. Seema Mukhi

Ms. Shadia Daccache

Ms. Shakuntala Patel

Ms. Shani Mohabir

Ms. Shannon Carandang

Ms. Shannon Lyons

Ms. Shanta Heath

Ms. Shantila King

Ms. Shari Badioli

Ms. Sharianne Kohler

Ms. Sharon Blaisdell

Ms. Sharon Fox

Ms. Sharon Gerson

Ms. Sharon Miller

Ms. Sharron Root

Ms. Shavonna Hawkins

Ms. Shawn Brauer

Ms. Shawna Jackson

Ms. Shayna Coelho

Ms. Sheila Bryant

Ms. Sheilla Piercin

Ms. Shelley Thomas

Ms. Shelly Kertzner

Ms. Shelly Stewart

Ms. Shena Perry

Ms. Shequitta Mitchell

Ms. Sherri Brooks

Ms. Sherri Rosen

Ms. Sherri Woods

Ms. Shiloh Corrin

Ms. Shirley Ainsworth

Ms. Shirley Petrie

Ms. Shirley Vaughan

Ms. Shirley Woods

Ms. Shoshana Allen

Ms. Silvana Zangrilli

Ms. Skyla Garrigan

Ms. Sonia Behrens

Ms. Sonia Gravel

Ms. Sonia Mcsweeney

Ms. Sophia Demetro

Ms. Sophia Morel

Ms. Soroor Amanat

Ms. Stacey Jackson

Ms. Stephanie Holden

Ms. Stephanie Reid

Ms. Stephanie Wammack

Ms. Stephanie Yudichak

Ms. Sunita Nguyen

Ms. Susan Curtis

Ms. Susan Devi

Ms. Susan Hecht

Ms. Susan Hyam

Ms. Susan Kinsey

Ms. Susan Marciano

Ms. Susan Moll

Ms. Susan Satter

Ms. Susan Schochner

Ms. Susan Stupal

Ms. Susan Vaughn

Ms. Susan Whitehead

Ms. Suzanne Cowdery

Ms. Suzanne Kula

Ms. Suzette O'Donnell

Ms. Sylvia Gilman

Ms. Sylvia Hardy

Ms. Tabatha Knight

Ms. Tabatha Warren

Ms. Tahanie Mitchell

Ms. Tamera Bradley

Ms. Tami Martel

Ms. Tammi Blackwell

Ms. Tammie Moyer

Ms. Tammy Gollner

Ms. Tammy Webster

Ms. Tanisha Nicholas

Ms. Tanya Williams

Ms. Tara Harris

Ms. Tasha Davenport

Ms. Tasha Maddox

Ms. Tatyana Shevtsov

Ms. Taylor Sullivan

Ms. Teresa Miller

Ms. Teresa Rucker

Ms. Teris Santiago

Ms. Terri Wolfman

Ms. Terrie Wynne

Ms. Thelma Paris

Ms. Theresa Fischer

Ms. Tian Lu

Ms. Tiernery Dancy

Ms. Tierra Mccaskill

Ms. Tiffany Zorn

Ms. Tina Bell

Ms. Tina D#Angelo

Ms. Tina He

Ms. Tj Mattu

Ms. Toni Johns

Ms. Tonya John

Ms. Tonya Lawrence

Ms. Tracey Brunner

Ms. Tracy Benoit

Ms. Tracy Grieves

Ms. Tracy Henwood

Ms. Tracy Hopper

Ms. Tracy Lowe

Ms. Treva Hornaday

Ms. Tricia Sanchez

Ms. Trish Burns

Ms. Trisha Mcpherren

Ms. Twilia Fielder

Ms. Vacenessia Brown

Ms. Vaishali Borad

Ms. Valerie Cenales

Ms. Valerie Macdougall

Ms. Vali Odedra

Ms. Vara Savitsky

Ms. Varinder Gill

Ms. Veronica Laplant

Ms. Vicenta Raposo

Ms. Vickie Sattler

Ms. Vicky Burns

Ms. Vicky Cohn

Ms. Vicky Simmons

Ms. Victoria Manor-Pletcher

Ms. Vikki Hawkes

Ms. Virginia Carr

Ms. Virginia Vassallo

Ms. Vivi Hriscu

Ms. Vivian Mikhail

Ms. Wafa Aneslek

Ms. Wanda Burwell

Ms. Wanda Muller

Ms. Wei Chang

Ms. Wendy Crowe

Ms. Wendy Gray

Ms. Wendy Solowiejko

Ms. Wendy Wong

Ms. Wenlan Li

Ms. Wing Sum Tam

Ms. Wynetha Simmons

Ms. Xinyin Miao

Ms. Yalixa Cortez

Ms. Yanghui Ding

Ms. Yasmeen Bachour

Ms. Yun Zheng

Ms. Yvette Neumann

Ms. Yvette Whittler

Ms. Yvonne Bergeron

Ms. Zahra Malik

Ms. Zari Jazayeri

Ms. Zhanelle Keen

Ms. Zoe Chen

Msc Industrial Supply Co. Inc.

Muldoon'S Hand Roasted Coffee

Multi Material British Columbi

Multi Material Stewardship Man

Multi Material Stewardship Wes

Multi Packaging Solutions

Multi Packaging Solutions

Multi Packaging Solutions Inc

Multi-Color Corporation

Multi-Material Stewardship Manitoba

MULTI-SHIFTER INC.

Murphy'S U.S. Touring, Inc.

Murray Devine & Co, Inc.

Muse Management, Inc.

Muse Management, Inc.

Must Be Clever

Mvim Construction

Mw Studios, Inc

Mw Studios, Inc.

MY EVENT WORKDWIDE LTD

My Market Insight Limited

My People Know, Inc.

Mycone Dental Supply Co.

Mylan Mary Araujo

N20 Limited

N2O LTD

N2O2 Branding Inc

N2O2 Branding Inc

Nadeco (Tianjin) Beauty Tradin

Nagl Manufacturing Co

Nail Perfection Limited

Nailcare Academy, Llc

Nailing Hollywood Management I

Nakamura & Partners

Nakamura & Partners

Nancy Cassie

Nancy E Dhoku

Naoko Suzuki

Narvar, Inc.

NATALINA GUZZO CAMPAGNA

Nataliya Onyshchenko (Al-Ta'Ai

Nathan Taylor

National Association Of Chain

National Event Management

National Grid

National Marketshare Group Inc

National Power Corportion

National Uv Supply Co., Inc.

National Wireless

Nationwide Screening Services Llc

Natural 10 Beauty Inc

Nc Radiation Protection Sectio

Nch Marketing Services, Inc.

Nctm Studio Legale

Ndeye Peinda Niang

Nead Electric Inc

Neba Freight Ltd

Nebraska Department Of Revenue

Nebraska Department Of Revenue

Neopac Hungary Ltd.

Nestle Waters North America

Net Names

Neustar Inc

Nevada Department Of Taxation

Nevada Department Of Taxation

Nevena Rothe

New Hampshire Dra Tax Dept

New Jersey Corporation Tax

New Jersey Dept Of Environment

New Mexico Dept Of Tax And Re

New Penn Motor Express Inc

New York Grant Company Inc

New York Hamburger Gummi Waare

New York Label & Box Corp

New York Model Management

New York State Department Of L

New York State Dept

New York State Sales Tax

Newlane Finance Company

News America Marketing Fsi Inc

Newton Medical, LLC

Nexair, Inc.

Next Management Llc

Next Step Laboratories Corp

Nfl Moving And Storage Corp.

Ngoc Nguyen

Nicholas Taylor

Nick Sangiamo

Nicole Maroon

Nicole Teller

Nicollet Office Fee Owner Llc

Nielsen Consumer Inc

Nihon Kolmar Co Ltd

Niki Yu

Nikkie Tutorials B.V.

Nina Managarov

Nippon Shikizai Inc

Nippon Shikizai, Inc

Njm Packaging

Nla Media Access Limited

No. Ten Manchester Street Hotel

Noelya Richardson-Simo

Nolan Zangas

Norcote

Norden Inc

Norden Machinery

Nordson Corporation

Norrizon Sales & Marketing G

Norrizon Sales & Marketing Group, Inc

Norstone Inc

North American Beauty Events L

North Carolina Dept Of Labor

North Carolina Dept Of Revenue

North Carolina Dept Of Revenue

North Carolina Dept Of Revenue

North Carolina Manufactures Al

North Carolina Treasurer

North Dakota Tax Commisioner

North Faring Llc

North Point Promotions, Inc

Northeast Fire Equipment Llc

Northern Trust Company

Norton Rose Fulbright

Nouryon Usa Llc

Np Group

Nucro Technics

Nucro-Technics

Nusrat Ali

Nuxeo Corporation

Nwn Corporation

Nyc Department Of Finance

Nyc Department Of Finance

Nyc Management Group Inc

Nys Filing Fee

Nyse Market Inc

O2 Uk Limited

Oasis Staffing

Oberk Company

O'Brien & Gere

Obviously Social Llc

Octrooibureau

OCTROOIBUREAU VRIESENDORP & GAADE B

OCTROOIBUREAU VRIESENDORP & GAADE B.V.

Oden Machinery, Inc.

Odun Promotions Ltd

Oec Fluid Handling

Office Depot Inc.

Office Depot Uk Limited

Office Depot, Inc.

Office Depot, Inc.

Office Max Grand & Toy

Office Of Environmental Health

Officlean Ltd

Oh Department Of Revenue

Ohio Attorney General

Ohio Attorney General

Ohio Bureau Of Workers

Ohio Department Of Taxation

Ohio Dept Of Taxation

Ohio Valley Specialty Chemical

Ohs-E Limited

| | |
|---|---|
| Okie, Edmund A Pe | Orange Die Cutting Corp |
| Oklahoma Secretary Of State | Orange Packaging |
| Oklahoma Tax Commission | Orbico Beauty Gmbh |
| Oklahoma Tax Commission | Oregon Department Of Revenue |
| OKLAHOMA TAX COMMISSION | Oriac Trading Company |
| Old Dominion Freight Line, Inc (Odfl) | Orkin Pest Control |
| Olderbing Brand Family | Orlandi Inc - Farmingdale |
| Olivia Boblet | Orlandi Inc. - Remit |
| Olivia Fowler | Osler Hoskin & Harcourt |
| Oluwadamisola Balogun | Otc Beauty Magazine |
| Olympus America Inc. | Oui Gruppe Gmbh & Co. |
| Omega Design Corporation | Over The Web Ltd |
| Omya Specialty Materials Inc | Owen Dallimore |
| Onaedo Achebe | Ozone Solutions, Inc. |
| One Roof Social | Pacific Building Maintenance |
| One Source Industries | Pacific Packaging Machinery L |
| One Source Industries, Llc | Packaging Corporation Of Ameri |
| One Source Logistics, Llc | Packaging Machinery Concepts I |
| One Touch Point-Mountain State | Pallet Consultants |
| Onemarket Holdings, Inc | Palm Retail Service |
| Onetrust Llc | Palma Kolansky Studio Inc |
| Oni Essence | Palmer Holland, Inc. |
| Onintu Construction Inc | Palomo & Porras Abogados |
| Onlunchbreak, Inc. | Pamela Nicholas |
| Onpoint Epm Llc | Pamela Voisard Dickman |
| Onsagers As | Panda Press Stone Limited |
| Onsagers As | Pandb Group Pharma And Beauty |
| Open Text Inc | Pandb Group Pharma Beauty Le C |
| OPEN TEXT INC | Parchem Trading Ltd |
| Opinions Ltd | Parfums Givenchy Llc |
| Ops Technologies Inc | Park Place Technologies Canada |
| Opsec Online Llc | Park Place Technologies Limite |
| Optel Group USA Inc | Park Place Technologies Llc |
| Optimal Bee Health Llc | Parker Interior Plantscape Co |
| Optimal Business Intel | Partnerize |
| Options Management Ltd | Parts Models |
| Opus Beauty | Parts Models Llc |
| Oracle America Inc | Parts Models Llc |
| Orange & Blue Design Group Inc | Parul Modi |
| Orange & Rockland | Parul Saini |
| Orange County Tax Collector | Passion Digital Limited |

Patentna Pisarna Inc
Patricia Bailey
Patricia Cohen
Patricia Putnam
Patricia Rudichuk
Patrick Chai
Patsnap Uk Ltd
Patterson Pope Inc.
Patton'S Inc
Paul Falltrick
Paul Hastings Janofsky & Walke
Paula Cohn
Pawling Engineering Products I
Pb Parent Holdco Lp
Peak Technologies, Inc.
Peak-Ryzex, Inc
Peg Displays
Pennsylvania Department Of Rev
Pennsylvania Department Of Revenue
Pennsylvania Dept Of Revenue
Pension Benefits Guarantee F
Pension Protection Fund
Penthouse Manufacturing Co Inc
Penthouse Mfg Co Inc
Peoplefluent, Inc.
Perella Weinberg Partners
Perfect Corp
Perfect Corp.
Perfect Scents Limited
Perfect Scents Limited
Perfume Center Of America
PERFUME CENTER OF AMERICA INC
Perfume Worldwide Inc
Perkin-Elmer
Pernell'S Steel And Machine Se
Personal Care Products Council
Personnel Hygiene Services Lim
Peter Cremer North America Lp
Peterka & Partners Llc
Petosevic

Petrillo Klein & Boxer Llp
Petro Canada America
Petty Cash/Carter Hardesty
Petty Cash/Rebecca Maloney
Pfs Priority Fulfillment Services Inc
Pgp Glass Usa, Inc
Phab Wholesale Uk
Phardevelopment Trials. Lda
Pharmachoice East
Pharmacy Supplies Ltd (Eur)
Pharmasave Drugs Ltd
Phd Usa
Phenomenex Inc
Phil Smith Agencies Ltd
Phillips Murrah Pc
Phillips Ormonde Fitzpatrick
Phillips Ormonde Fitzpatrick
Philouze Sarah
Phipps Dickson Integria
Phoenix Chemical Inc
Phoenix Closures Inc
Photech Environmental Solution
PHS Group
Picturehouse + Thesmalldarkroo
Piedmont Plastics Inc
Piedmont Technical Sales-Carol
Pierce Cartwright Co
Pierson Industries Inc
Pilot Chemical
Pin Production
Pine Castle, Inc
Pink Elephant Corp
Pinnacle Fire Systems Inc
Pinnacle Hills Llc
Pinpoint Data
Pinterest Europe Limited
Pinterest, Inc
Pinterest, Inc
Pioneer Adhesive Products Of Amer Corp
Pipeline Packaging

Pirard, Pierre
Pirola Pennuto Zei And Associa
Pitney Bowes
Pitney Bowes Inc
Pitney Bowes Purchase Power
Pitney Bowes Reserve Account
Pivot Point Education Ltd
Pivot Point International, Inc
Pixelate Imaging Ltd
Pkb Inc
Pkg Group Llc
Place 2 Place Logistics Ltd
Planta 16 Cominicacio S,L
Plastek Industries Inc
Plastic Concepts And Design In
Plastic Process Equipment Inc
Plastic Tool Systems Inc
Plastic Tool Systems Inc
Plastics Color Corp
Platinum Expo Inc
Playing With Pixels Pty Ltd
Plnchme.Com Inc
Plum Reps Llc
Pm Plastics Co
Pneumatic Scale Angelus
Po Ferrymasters Ltd
Pochet Du Courval America
Poh-Kwan Chua
Point 1 Displays Inc
Point 1 Displays Inc.
Point Of Sale Inc
Point Of Sale Inc
Point Security Inc
Pojomodels Llc
Pojomodels, Llc
Polypack Inc
Poms Corporation
Pond5 Inc
Pond5 Inc
Pondsco Facility Services Llc
Ponte Andrade Casanova

Ponte Firm
Pop This Pop That Pty Ltd
Portfolio Media Inc
Portfolio Payroll Ltd
Power Battery Sales Ltd.
Powerreviews, Inc
Pr Newswire Inc
Pratt Industries, Inc.
Preciball Usa
Precima Inc
Precision Audit Llc
Precision Automation Co Inc
Precision IBC, Inc
Precision Standards
Preferred Tank Inc
Premier Group Ltd
Premier Internet Services
Premier Packaging Solutions
Premier Placement Services
Premier Retail Services, Inc
Premier Specialties, Inc.
Premier Water & Energy
Premiere Marketing, Inc
Premiere Orlando
Premium Outlet Partners, Lp
Presperse Corporation
Prestige Fragrance, Inc.
Prestigious Models
Presto Packaging Solutions Llc
Prestone Press
Prestone Press Llc
Pretty Big Deal Productions L
Preveyor
Price Waterhouse & Co
Pricetrace Llc
Pride Solvents & Chemical Co
Primary Systems Inc
Prime Clerk Llc
Prime Fragrances Llc
Prime Line Packaging
Prime Process Equipment Llc

| | |
|---|---|
| Prime Productions And Photo | Puig International, S.A |
| Prime Team Services Inc | Pulse Publishing Administratio |
| Primeau Multimedia Ltd | Pure Consulting |
| Primo Management Limited | Pure Telecom |
| Print 2 Print Llc | Q Software Global Limited |
| Print It | Q Studios Inc |
| Printer'S Edge | Qad Inc |
| Printex Transparent Packaging Inc | Qad, Inc. |
| Printflex Graphics Inc | Qingdao Glamour Consumer Produ |
| Priority Fulfillment Services, Inc. | QOSMEDIX |
| Priscilla Carraway | Quad |
| Pro Choice Northampton | Quadient Leasing Canada Ltd. |
| Process Technologies, Inc. | Quaeshia Price |
| Procos Americas Inc | Qualipac America |
| Proderm Institute For | Qualipac America Corporation |
| Product Identification & Proce | Quality Fragrance Group |
| Product Quest Manufacturing,Llc | Quality Industrial Electronics |
| Production Management Holding | Quality King Spo |
| Professional Beauty Associat | Qualtrics Llc |
| Professional Diversity Network | Que Management, Inc. |
| Progress Luv2Pak | Quest Model Management Limited |
| Proheat Inc | Quest Software Inc |
| Prologistix | Questex Llc |
| Promotion Management Center | Quincy Compressor Llc |
| Promotion Resource Group | Quotient Technology Inc |
| Promotional Development Inc | R G Bassett Sons Ltd |
| Promotional Development Inc. | R Hochman Paper Inc |
| PROSKAUER ROSE LLP | R.A. Jones & Company |
| Protameen Chemicals Inc. | R.R. Donnelley |
| Protemps | Rachel Preece |
| Protiviti Inc | Rachel Weiss |
| Pro-Vision International, Inc. | Racher Press, Inc |
| Proxes Inc | Rackspace Us, Inc. |
| Prudent Rx Llc | RAINBOW TREE HK LIMITED. |
| Prudential Insurance Co. Of Am | RAJA, DARRYL & LOH |
| Psa Electronic Systems, Inc. | Ramboll Us Consulting Inc |
| Psc Connect Nz Ltd | RAMIA MADANAT |
| Psc Insurance Brokers Pty | Rancher Design |
| Psiog Digital Private Limited | Randy Scott |
| Ptc Inc | Raphael Jeffrey |
| Public Company Accounting Over | Rapid Fire & Security Systems |

Rasheed Ingram
Ravel Films Inc
Ray Buonanno Productions, Inc
Ray Buonanno Studio
Ray Buonanno Studio
Ray Industrial Enterprises Pte
Raymond Leasing Corp
Reagents Inc
Rebecca Sue Mayes
Receiver General
Receiver General For Canada
Recyclebc
Red Industries Limited
Red Pepper Software Llc
Red Productions Inc.
Redi Carpet Sales Of New Jer
Redwood Collections Limited
Reed Smith Llp
Refinitiv Us Llc
Regina Way
Region Of Peel
Regis Corporation
Regulatory Datacorp Inc
Regus Management Group, Llc
Reinhold Cohn And Partners
Reinhold Cohn And Partners
Relish Agency Limited
Remedy Intelligent Staffing
Renata Hage
Renata Jazdzyk
Rene Lockard
Renee Pedersen
Renovotec Ltd
Rental Concepts, Inc
Rentokil Initial Uk Ltd
Republic Services
Resource Productivity And Reco
Resource Recycling Systems
Resources Global Professionals
Respiratory Medicine Cons
Responsive Technology Partners Inc

Retail Admin Solutions Inc
Retail Merchandising Solutions
Retail Solution Center
Retail Solution Center Inc
Retail Solutions Inc
Retail Trust Events Ltd
Return Logistics International
Reva Baylets
Revelations Perfume & Cosmetic
Revenue Quebec
Rewind Ltd
Rhode Island Div. Of Taxation
Rhode Island Division Of Taxation
Rhp Corp
Ricardo Romero Guzman
Ricardo Romero-Guzman
Richael Corr
Richard Dutot
Richards Layton & Finger Pa
Rick Carroll
Ricoh Usa, Inc.
Rightnow Co Ltd
Rima (Eva) S. Nakhleh
Risona, Inc.
Rita Corporation
River Group Content Ltd
River Talent Limited
Riverhead Police Department
Riverside Paper Co., Inc.
Rjm Sales Inc
Rlm Group
Rms Omega Technologies
Rna, Ip Attorneys
Roanoke Distribution Branch Plant
Roanoke Gas Company
Roanoke Regional Chamber
Rob Pezza
Robbins Russell Englert Orseck
Robert Andrew William Evans
Robert Callan & Associattes Lt
Robert Half

Robert Half
Robert Half International Inc
Robert Leon
Robert M Callan & Associates L
Robert W Mcguire
Robert Walters
Robertet Inc
Roberts Beauty
Roberts Florals
Roberts Technology Group Inc
Robertson And Markowitz
Robin Gasko
Robinson, Marjorie
Roc Nation Llc
Rock Valley Tool Llc
Rocketline
Rocky Mountain Natural Labs
Rocky Mountain Poison & Drug
Rodrigo Elias & Medrano Abogad
Roger Selin
Ron Nixon
Ronchi American, Llc
Rondo Of America, Inc
Rondo Of America, Inc.
Ronstan Paper Co Inc
Rosalee Siard
Rosalia Mayberry
Rosalie B Eckert
Rosalie B Eckert
Rosalinda Castillo
Rose Hackle
Rossow Cosmetiques Usa Llc
Rouse & Co International Limit
Rouse & Co International Overseas Ltd
Rovi Packaging, S.A.
Roxane Divuolo
Roy Turk Industrial Sales Ltd
Royal Mail
Royal Warrant Holder'S Association
Roys (Wroxham) Limited
Rozalia Mingxin Ltd

Rpc Zeller Plastik Libertyvill
Rpg
Rr Donnelley
Rsi Retail Solutions Limited
Rsi Retail Solutions Ltd
Rsm Us Llp
Rtc Industries Inc
Rtc Industries Inc
Rtg Research Laboratories, Llc
Rts Packaging Llc
Rts Packaging, Llc
Ruichem Usa, Inc
Rundle & Co Ltd
Ruo Bing Li
Russell Reynolds Associates In
Ruth Mohamed
Ryan Bradley Scherb
Ryan Stephen Supple
S&K Sales Co
S&M Exterminating Co
Saati Americas Corp
Saba & Co
Saba & Co (Tmp)
Saba & Co.
Saba & Co. Tmp
Sabrina Hymowitz
Sadete Ademi
Saf Gard
SafePoint Occupational Health
Safety And Compliance Services Inc
Saf-Gard Safety Shoe Co
Sai Global Compliance Inc
Saia Motor Freight Line, Llc
Saigon Buenos Aires Sa
Salarycom Llc
Salelytics, LLC
Sales Is Not Simple
Sales Is Not Simple Internatio
Salesforcecom Inc
Sally Beal
Sally Salon Services Limited

Salon Communications, Inc

Salon Pk

Salon Supplies Uk

Salsify Inc

Salt Mediaworks, Llc

Sam Mccauley Chemists Ltd

Sam Suh, Inc

Sam'S West Inc

Samantha Birkett-Leigh

Same

Sammy-Jo Baker

Sampl Technologies Ltd

Samsung Electronics America

Samuel Denis Sebbane

Sandbox Marketing

Sandfield Engineering Company

Sandra Hill

Sandream Impact Llc

Sandy Call

Sangyay Tendron Chen

Sap America Inc

Sapientis Sl

Sara Roosa

Sarah Balistoy-Mitten

Sarah Mawani

Sarah Myers

Sarah Saternos

Sarcona Management Inc

Sas Alkos Cosmetiques

Saskatchewan WCB

Savers Health And Beauty Ltd

Savlov Consulting Inc

SAWGRASS MILLS PHASE III, LP

Saxon Business Systems, Inc

Sc Associates Ltd

Sc Department Of Revenue

Scan Rite Solutions, Inc.

Scarsdale Security Systems

Scentbird, Inc

Scentsworld, Inc

Schenker, Inc

Schmalz Inc

Schmitt & Orlov Intellectual Property Co

School Of Graphic Arts

Schulke, Inc.

Schwan Cosmetics Germany Gmbh

Schwan Cosmetics Usa, Inc.

Schwartz, Barry F

Schwerdtle Stamp Company

Scott Adams Designs

Scott Anthony Braga

Screen Actors Guild-Producers

Sct Software

Scutum London Limited

Sd Worx Uk Limited

Sd Worx Uk Limited

Sd Worx Uk Limited (Eur)

Sdge

Sds Global Logistics Inc

Seamless North America Llc

Secure One Protection

Securian Life Insurance Co

Security Services, Llc

Sederma Inc

SEDIN SA

See Management, Inc

Seegars Fence

Segal Immigration Law

Segal Immigration Law

Segrave Technical

Select A Service Llc

Select Management Group Llc

Select Staffing

Selendy & Gay Pllc

Selerix Systems, Inc.

Selfridges Deducted From Custom Acc

Semaphore Brand Solutions Inc

Semrush Inc.

Sennco Solutions, Inc

Sennco Solutions, Inc.

Sensient Cosmetics

Sensory Spectrum, Inc

Sephora Usa Inc

Seppic Inc

Serena Hussain

Sergio Cardoso

Serpa Packaging Solutions

Service Express, Llc

Service Innovation Group UK Limited

Service Transfer Inc

Service Transfer Inc

Servicenow Inc

Servpro

Sethness Products Company

Seven Enterprises

Seven Publications- Tribute-Te

Seven Publicity Ltd

Sfe Ltd

Sga Snc

Sgs Harrison Research Laboratories Inc

Sgs North America Inc

Sgs North America Inc

Sgs North America Inc.

Shahbaz Employment Agency

Shahrzad Zarrabian

Shairda' Brown

Shakira K. Poitier

Shalom International Corporation

Shalom Nchom

Shamollie Anthony

Shante Rhea Patridge

Shantou Kinhwa Plastic Industr

Shari Scriber

Shark Fin Shear Inc

Sharon Horn

Sharon Howell

Shasha Han

Shatere Woodson

Shaw Direct

Shawn E. Powell

Shaw'S Land Clearing, Llc

She Is This

Sheakley Uniservice Inc

Sheencolor Usa

Sheerluxe Ltd

Sheikh Brothers Inc

Sheila Jalalat Pllc

Sheilds Ltd

Shelena Robinson

Shelly Weintraub

Shenandoah Machine & Maintenance Co Inc

Sherry Hellem

Sheyla A Herrera

SHI International Corp

Shibolet And Co

Shimchocks Litho Service Inc

Shin Etsu Silicones Of

Shipmate Inc

Shire Leasing Plc

Shirlee Ann Kerr

Shiva Chemicals And Pharmaceut

Shiyao Gong

Shop Direct

Shopify Inc

Shopify Inc.

Shoprunner Inc.

Shoptimised Ltd

Shorewood Corporation of Canada Ltd.

Shorewood Packaging Corp

Shorewood Packaging Of Canada

Shred-It Us Jv Llc

Shrijesh Siwakoti

Shrude Enterprises

Shutterstock

Shutterstock, Inc.

Si Systems, Llc

Sidel Canada Inc

Sidley Austin Llp

Siemens Financial Services Ltd

Siemens Industry Software Inc

Signet Marking Devices

Signifyd, Inc

Signum Biosciences Inc
Silab Inc
Silent Models Usa-Llc
Silgan Dispensing System Thoma
Silgan Dispensing Systems
Silgan Dispensing Systems Thomaston Corp
Silgan Holdings Inc
Silgan Plastics
Silhouette Studio Digital, LLC
Silicones Plus
Siltech Inc
Silverson Machines Inc
Simco Electronics
Simex Trading Ag
Simkins Corporation
Simmons & Simmons
Simon Greenstone Panatier Pc
Simon Property Group Lp
Simon Property Group, L.P.
Simplexgrinnell
Simplifield Inc.
Simplyhealth
Sing Tao Newspapers
Sing Tao Newspapers Canada
Singh & Singh Lall & Sethi
Sino German Scissors And
Sino Lion Ltd.
Site Crafting, Inc.
Sitecore Usa Inc
Six Degrees Of Influence Llc
Skadden Arps Slate Meagher
Skai Blue Media
Skg Consulting Inc
SKINNER LLC
Skopenow, Inc
Slash Management Inc.
Slatebelt Safety
Slavycz Consulting
Slay Media Llc
SLAYTON SEARCH PARTNERS

Sloane & Company Llc
Sma Collaboratives, Llc
Smartcommerce Inc
Smartlance, S.L.
Smh Fleet Solutions
Smh Fleet Solutions Limited
Smith And Co.
Smsb Consulting Group
Snap Inc
Snipp Interactive Inc
Social Studies, Inc
Social Studies, Inc
Socialebs
Socialebs, Llc
Society Of Cosmetic Chemists
Society Of Cosmetic Chemists
Society Photography Management
Sodexo Motivation Solutions Uk
Sodexo Motivaton Solutions Uk Ltd
Softsolutions, Inc
Software Toolbox Inc
Soham Inc
Solabia Usa Inc
Solar Systems & Solutions Llc
Solarwinds Net Inc
Solenis Llc
Solnsoft Llc Dba Xcentium
Solomon Page Group Llc
Solomon-Page Group Llc
Solvay Usa
Somerville Acquisitions Inc
Sonia Corriero
Sony Music Publishing (Us) Llc
Sonya Hanks
Sopost Limited
Sorini & Migliavacca Spa
Sorrell, Cristiana Falcone
Sos Gases Inc
Sound Lounge
Source 4
South Carolina Dept Of Revenue

South Dakota Department Of Rev
South Dakota Dept Of Revenue
South Granville Primary Care
Southeast Music, Inc.
Southeastern Freight Lines
Southeastern Grocers
Southern Graphics Inc
Southern Industrial Constructo
Southern States
Southern States Motive
Southern States Toyotalift
Southpaw Communications Ltd
Sow Productions Llc
Sp Plus Corporation
Sp Scientific
Spa Clean Industrial Limited
Spark247
Sparkle Consulting, Llc
Sparks And Honey
Sparks And Honey Llc
Sparrow Society Llc
Special Occasions Event Plan
Specialized Merchandising Serv
Spencer Hensley
Spg Houston Holdings, Lp
Sphera Solutions, Inc.
Splashdown Design Ltd
Spoor & Fisher
Spoor & Fisher
Spoor And Fisher
Spotify Usa, Inc
Spraying Systems Company
Sprinklr Inc
Sps Commerce, Inc
Square In The Air
Squire Patton Boggs Us Llp
Sr Packaging Inc. Taiwan Branc
Sr Packaging North America, In
Sscl
Stack8 Technologies Inc
Stacy Mulei

Staffmark Investment Llc
Stafford Borough Council
Staffordshire Chambers Of Comm
Stage 2 Networks, Llc
Staleks Ltd
Standard And Poors Corp
Standridge Color Corporation
Standwill Packaging Inc.
STANDWILL PACKAGING, INC.
Stanley B Levy Md
Star Metroland Media
State Board Of Equalization
State Comptroller
State Electric Supply Co
State Of California
State Of Michigan
State Of New Jersey
State Of New Jersey
State Of New Mexico
State Of Rhode Island
State Of Washington
State Of Washington
State Of West Virginia
State Tax Commission
Statement-Matching.Com Limited
Steadfast Logistics, Inc
Steamboat Marketing Inc
Steen & Co Employment Solicito
Steer Inc
Stefanini, Inc
Stelised Inc
Stepan Co
Stephanie Buchanan
Stephanie Ganson
Stephanie Marie Camilleri
Stephanie Rochester
Stephanie Sarsha
Stephen Gould Corporation
Stephen Izzi Trucking & Riggin
Stericycle Inc
Steris Corporation

Sterling Commercial Credit Llc
Sterling Infosystems Inc
Sterling Products Inc.
Steven Napier
Stewardship Ontario
Stewardship Ontario
Stewarts Law Llp
Stikeman Elliott Llp
Stiles Enterprises, Inc.
Stincor Van Smith Marketing
Stoelzle Oberglas Gmbh
Stok, Roberto
Stone Carpets And Beds Ltd
Storage Equipment Safety Servi
Storm Model Management
Stormdfx Ltd
Story Events Ltd
Stour Group Llc
Strahl And Pitsch Inc
Stratix
Streetbees.Com Limited
Strelka Law Office Pc
Stribbons Inc
Stribbons Inc
Stroock & Stroock & Lavan Llp
Studio 504
Studio 65
Studio Kanji Ishii Inc
Studio Legale Bird & Bird
Studio Notarile Associato De
Studio Work Fr
Studio Work Fr
Stull Technologies Llc
Styled Seed Llc, The
Sudarshan North America, Inc.
Suddath Relocation Systems
Suellen Sandoval
Suez Wts Usa Inc
Sullivan & Cromwell Llp
Summit Atlantic Productions, L
Summit Electrical & Communications

Summit Manufacturing Llc
Sun Chemicalcorporation
Sun Colors Digital Graphics
SUN PROFESSIONAL SUPPLY
Sun-Ny Side Up Creative Llc
Sunstates Security Llc
Superdrug Store
Superior Service Company, Inc.
Supplies Distributors Sa
Supremia International Inc.
Sure Track Courier
Surinder Tara
Susan Arterburn
SUSAN BECK (PORTER)
Susan Cheung
Susan Efthimiou
Susan Ellen Hurley
Susan Gorski
Susan Guarino
Susan Mabry
Susan Sandler
SUSAN WARNE
Susan Warne
Sussex 2 Ltd
Sussex Im
Sussex Im Inc
Suzanne Lalonde
Suzhou Deaup Trading Company,
Suzhou Gerpman Industrial Co.,
Suzy Salama
Swabplus, Lp
Sylvia Palomino
Sylvie Frigon
Symphony Iri Group Limited
Symrise Inc
Symrise, Inc.
Syndigo Llc
SYNERGY PROMOTIONS LTD
Synergy Promotions Ltd (Eur)
Syntegon Us Holding Inc
Syskit Ltd

| | |
|---|---|
| T&A Materials Handling Inc | Techlevel Consultoria Informat |
| Tacara Sutton | Technical Art Of Science Inc |
| Taf Environmental Safety Contr | Technical Maintenance Inc |
| Taghleef Industries Inc | Technologies Plus Inc |
| Tai Beauchamp | Technophar Equipment And Servi |
| Taiwo Taibat Anjorin | Teco Peoples Gas |
| Takasago International Corp | Teg Staffing Inc |
| Takumi International Limited | Telefonica Uk Limited O2 |
| Takumi International Ltd | Telegraph Media Group |
| Talk2Rep, Inc. | Teluca Inc. |
| Tam Anh Pham | Tencarva Machine Co |
| Tamika Caldwell | Tennant Sales And Service Co |
| Tammy Brown | Tennessee Department Of Revenue |
| Tammy Respass | Tennessee Dept Of Revenue |
| Tammy Senkovich | Tera Dacia Wyatt |
| Tan Thanh Nguyen | Tera Wyatt |
| Tangalia Timberlake | Teresa Cole |
| Tanger Properties Ltd Partnership, Llc | Terminix Canada Ltd |
| Tanicha Roseme | Terry Ann Mcdaid |
| Tanya Zielke | Terry Laboratories |
| Taplast Srl | Terry Laboratories Llc |
| Taplast U.S.A., Inc. | Terry Smith |
| Tara Heriford | Tesla Toronto Automation Ulc |
| Tarek Ali Ellis | Texas Comptroller Of |
| Target Corporation | Texas Controller Of Public Acc |
| Tarrant County | Texwrap Packaging Systems |
| Taryn Lorent | Tforce Final Mile Llc |
| Tasha Samuel | Thanh Tuyen Thi Ly |
| Tavaris Jefferson | Thao Ly T. Pham |
| Tax Collector County Of San Di | Thats So Creative, Llc |
| Tax Collector, City Of Stamford | The A. & J. Power Group Inc. E |
| Taylor Anise | The Amergroup Inc. |
| Taylor Cassidy Jones | The Api Group, Inc. |
| Taylor Duffield | The Attic Room Design |
| Taylor Thomas | The Beauty Essential Llc |
| Taylor Thomas | The Bernard Group |
| Tb Roses Inc | The Bernard Group |
| Tds Safeguard Ltd | The Bmf Media Group Llc |
| Team 88 Solutions Limited | The Booking Project Ltd |
| Team Technologies Inc | The Business Council Of Roanoke Reg |
| Teamviewer Germany Gmbh | The Call List, LLC |

The Canada Life Assurance Company
The Chapman Edge
The Collecteur/ Giulia Scalese
The Comfort Table Llc
The Copyright Lic Agency Ltd
The Corner Communications (London) Ltd
The Cricket Company
The Diamond Agency
The Director
The Display Link Incorporated
The Doctors Center
The Dot Connectors Llc
The Dream Team Agency
The Ei Group
The Elizabeth Taylor Aids Foun
The Exchange At Brier Creek
The Fragrance Shop
The Goody Bag Comapny Ltd
The Hair Project Southport
The Hairdressers' Charity
The Hallstar Company
The Harbor Picture Company Inc
The Hartley Press Inc
The Heilman Group Llc
The Hut Com Limited
The Hut.Com Limited
The Industry Model Mgmt
The Industry Model Mgmt
The Influencer Network Ltd
The International Group, Inc
The Internet Corporation Ltd
THE INTIMATE COMPANY A/S
The Jgo Agency
The K Group Ltd.
The Kair Group Llc
The Kirschner Group
The Law Office Of David C Deal
The Lincoln National Life Insu
The Logistics Alliance Inc
The Lovefone Company

The Marlin Company
The Marmalade Studios Gmbh Co
The Millennium Group Of Delawa
The Millennium Group Of Delaware
The Moresby Group Inc
The Nail Tips Show
The Npd Group Inc
The Odditty Llc
The Oui Agency
THE OUI AGENCY
The Partnership For New York C
The Patent Box Llc
The Pensions Regulator
The Perfume Shop
The Photo Type Engraving Compa
The Pr Shoppe, Llc
THE PRINCES TRUST
The Printing House Limited
The Procter & Gamble Company
The Sampler App Inc
The Sitting Room
The Skincare Sanctuary Ltd
The Smart Cube Inc
The Society Model Management,
The Society Model Managment Inc
The Source Models Llc
The Stylist Group Ltd C/O Dc Thomson
The Suddath Companies
The Training Center Group Llc
The Vivabox Group, Llc
The Wall Group La Llc
The Wall Group Llc
The Warner Graham Company
The Ygs Group
Thermal Label Hq
Thermo Electron, Na Llc
Thermo Plastic Tech Inc
Thetrianglelab Co
Thevideocards Llc
Think Purple Training And Recr

Thinky Usa, Inc
Thompson Llc
Thomson Reuters
Thomson Reuters - West
Thomson Reuters Llc
Thomson Reuters Tax And
Thor Specialties, Inc.
Three Wishes Productions, Inc
Threebond International, Inc
Thrifty Retail Services, Llc
Thurgood Marshall College Fund
Thyssen Krupp Elevator
Thyssenkrupp Elevator Corporat
Tidal Software Llc
Tides Center
Tie Commerce Inc
Tiffany And Co.
Tiffany Anderson
Tiffany Benson
Tiffany Harrington
Tiffany Mullins
Tiffany Reid
Tigerlily
Tik Tok Information Technologies Uk
Ltd
Tiktok Inc
Tiktok Inc
Tiktok Information Technologie
Tilleke & Gibbins Consultants Limited
Tilleke & Gibbins Internationa
Timax Messenger Inc.
Time Warner Cable
Timekod Sims
Timily Calles
Tina Marie Harris
TINUITI INC
Tinuiti, Inc
Tinuiti, Inc
Tinuiti, Inc.
Tinwerks Packaging Co
Titus Brueckner & Levine Plc

Tka Limited
Tkl Research Inc
Tlc Total Lawn Care, Inc.
Tlx
Tlx
Tms Logistics, Inc.
Toda
Todd Spricszl
TODD SPRICSZL
Toits Attorneys And Mediators
Tokiwa Corporation
Tom Gores/ Platnium Equity, Llc
Tomlinson Management Group, In
Toni Ann Periatt
Topbox Inc
Topflight Corporation
Topline Products Co Inc
Tops Markets Llc
Toshiana Baker Beauty Llc
Toshiana C Baker
Total Comfort Solutions
Total Credit Recovery Limited
Total Hygiene Services
Total Negotiation Limited
Total Quality Logistics
Total Quality Logistics, Llc
Tote Maritime Puerto Rico, Llc
Tote Resources, LLC
Towers Watson
Towers Watson Canada Inc
Towers Watson Delaware Inc
Town Of Franklin
Townley Office Supplies
Township Of Edison
Township Of Irvington
Township Of Woodbridge
Toyo & Deutsche Aerosol Gmbh
Toyota Industries Commercial
Tozzini, Freire, Teixeira E Si
Tpr Holdings Llc
Tps Llc

Traackr Inc
Tracy Evans
Tracy Johnston-Holborn
Tracy Orie
Tradebe Environmental Services
Tradebe Environmental Services, Llc
Trades Exhibitions Ltd
Tradtec S.L.
Traffic Models. Sl
Trane U.S Inc
Transaction Tax Resources Inc
Transchem Inc
Transolutions, Inc.
Transperfect Translations Intl
TRANSPRO FREIGHT SYSTEMS
Transpro Freight Systems (Can)
Trays Electrical Ltd
Treasurer Of State Of Ohio
Treasurer State Of Maine
Treasurer State Of New Jersey
Treasurer, City Of Roanoke
Treasurer, State Of Iowa
Treasury General Account
Tremor Llc
Tremor Llc
Trenton Elevator Co Inc
Tri Chem Corporation
Tri Dim Filter Corp
Tri K Industries
Tri Mark Foodcraft Llc
Triad Automation Inc
Triad Precision Products Inc
Trib3.Com, Inc
Tricor Braun
Tricor Braun - Remit
Tricor Braun Company
Tri-Dim Filter Corporation
Tri-K Industries, Inc.
Trimech Solutions Llc
Trinity Consultants
Trinity Maxwell Limited

Trinity Mirror Publishing Limited
Trisha Le
Tristan Chace Wiljite
Tristan Jackson
Troesch Scheidegger Werner Ag
Troncoso Y Caceres
Troncoso Y Caceres
Troncoso Y Caceres
Trudigital Corporation
True Precision Plastics Llc
Tsar & Tsai
TSAR & TSAI LAW FIRM
Tsb Ltd Spo
Tslc Corporation
Tudor Packaging Corp Inc
Tudor Packaging Corp Inc
Turner Duckworth Limited
Turpaz Fragrances And Flavors
Tutonics Ltd
Tuv Rheinland Of North America
Twelve, Inc
Tyco Integrated Security, Llc
Tyiana Lee Catalino
Tylauren Llc
Tylie Jones & Associates Inc
Tza
U S Customs And Border
U.S. Coffee, Inc.
U.S. Healthworks Medical Grp.
Uaw Local 6520
Ubiqus Traduction
Ubs Financial Services Inc
Ugi Energy Services Inc
Uhthoff Gomez Vega & Uhthoff, S.C.
Ukg Inc.
Ul Information And Insights In
Ul Information And Insights Inc
Ul Verification Services Inc
Ul Vs Canton Inc
Ulikethis Llc
Uline

Uline
U-Line
Ulmer and Berne LLP
Ultra Chemical Inc
Underwood Jewelers
Ungerer And Company
Unifirst First Aid Corp
Unifirst First Aid Corporation
Unifor Local 323
Unifor Paid Education Leave
Uniloy Inc
Unique Display Designs Llc
Unique/Active Graphics
Unit Pack Co. Inc.
United Electronic Services, Inc
United Manufacturing Group Llc
United Parcel Service
United Rentals ( N.A.) Inc
United States Postal Service
United States Securities And
United States Treasury
Unitedhealthcare Insurance Co.
Unitemp Inc
Univar Solutions Usa Inc
Universal Presevachem Inc
Univest Capital Inc
UNLOCKED BRANDING
Unum Life Insurance Company
Up North Management Group Inc
Upper Piedmont Environmental I
Ups Capital Insurance Agency I
Ups Freight
Ups Supply Chain Solutions, Inc.
Urban Studio, Llc
Ursula Wiedmann Models Inc.
Us Bank Trust National Associa
Us Barcodes, Inc
Us Bottlers Machinery Company
Us Customs And Border Protection
Us Department Of The Treasury
Us Sweepstakes And Fulfillment

Us Treasury Single Taxpayors
Usi Services Group Inc
Uss Llc
Utah State Tax Commission
Utah State Tax Commission
Utleys Inc
Utleys Incorporated
Utleys Incorporated
Utopia - The Agency Inc.
Valassis Ltd
Valeria Hawit
Valerie Coble
Valerie Ducharme Inc
Valerie Enni Agembah
Valerie Hasselman
Valerie M Warner
Validity Inc.
Valley Occupational Medicine
Valpak Limited
Valtech Solutions, Inc.
Van Horn, Metz & Co., Inc.
Van Innis & Delarue
Vanamy Llc Dba Network Researc
Vance Construction Co
Vance Granville
Vanderbilt Minerals, Llc
Vanessa Mccullough
Vanessa Stevens And Company
Vanessa Stevens And Company
Vanguard Group Staffing Inc
Vanguard Logistics Services
Vanity Projects Events, Inc
Vantage Specialty Ingredients,
Variable Graphics Llc
Variable Promotion, Llc
Variable Promotions Llc
Vcg The Promorisk People Limit
Vedeqsa, Inc.
Venable, Llp
Venngo Inc
Veolia Es (Uk) Limited

Veolia Es Technical Solutions
Veraquest Research, Llc
Verescence France
Verescence La Granja, S.L.
Verescence North America Inc.
Verescence North America Inc.
Verescence North America, Inc. - Remit
Verisk Crime Analytics Inc
Veritas Communications Inc
Veritas Communications Inc
Veritext Llc
Veritiv Operating Co Formerly
Veritiv Operating Company
Verizon
Verizon
Verizon Wireless
Verla International Ltd
Vermont Department Of Taxes
Vermont Department Of Taxes
Veronique Tremeali Murat
Vertex, Inc
Verticale Advantage Ltd
Vertiv Corporation
Vertiv Services Inc
Verus Management Group Llc
Vhi Healthcare
Viachem Ltd
Vi-Cas Manufacturing Co. Inc.
Victor Lopez
Victor Nichols
Victor Ramos
Victor Vargas-Valenzuela
Victoria Marino
Victory International Llc
Videojet Technologies, Inc.
Vidman, Moshe
Vigneaux Corporation
Vigon International Inc
Vincent Alleva Jr
Violetta Kurilenko

Vipond Fire Protection Limited
Vira Insight Llc
Virgin Media Business
Virginia Department Of Taxatio
Virginia Department Of Taxation
Viridiana Rivas Garcia
Viseo Usa Inc
Vision Color, Llc
Vision Pr Inc
Vision Publications Inc
Visionet Systems Inc
Visual Citi, Inc
Vital Records Inc
Vitality Corporate Services Ltd
Vitality Health Limited
Vitec Service Inc
Vitech Business Group, Inc.
Viva Healthcare Packaging, Inc
Vivabox Solutions Llc
VIVABOX SOLUTIONS LLC
Vivian Kwan
Vizit Labs Inc
Vmgroupe Holding Llc
Vodafone 6024545446
Vodafone 6032518565
Vogue Models & Talent
Voigt-Abernathy Sales
Von Wobeser Y Sierra Sc
Vorne Industries Incorporated
Voyant Beauty
Vpi Holding Company Llc
Vrc Companies Llc
Vrc Companies, Llc
Vulcan Mfg. Co., Inc.
Vvf Llc
Vwr International, Llc
W J TURPISH AND COMPANY
W. W. Grainger, Inc
W.B. Engineering & Consultants
Waco
Wageworks Cobra

Walgreen Company
Walkers
Walmart Inc
Walter Schupfer Management Co
Walter Schupfer Management Cor
Wanda Jones
Wanika Stolz
Warner Bros. Consumer Products
Warren Printing, Inc
Washington State Department Of
Washington State Dept Of
Washington State Dept. Of Revenue
Waste Industries
Waste Repurposing Internat
Water Plus Group Limited
Waterlogic Gb Limited
Waterlogic Usa Inc.
Waters Technologies Corp
Watkins Plumbing
Watts Mechanical And
Wb Wood
Wdfg Uk Limited
We Are Open
We Get It Made, Inc
Weatherite Corporation
Webber Wentzel
Weber Marking Systems
Weber Packaging Solutions
Weckerle Cosmetics Sa
Weckerle Cosmetics Usa
Weckerle Gmbh
Wecon Services Ltd
Wei-Ching Huang
Weis Markets, Inc.
Welcome Management Llc
Welcome Management Llc
Wells Fargo Equip. Finance
Wendy Burguess, Tax Assessor-
Collector
Wendy Minor Watson
Wendy Williams

Wenew World Llc
Werres Corporation
Wesco Distribution Inc
West Revenue Generation Servic
West Rock Cp Llc
West Rock Cp Llc (Mps)
West Virginia State Tax Depart
West Virginia State Tax Department
West Virginia State Tax Dept
WESTBROOK MACHINERY INC
WESTERN SHIELD LABEL
COMPANY
Western Virginia Water Author
Westrock - Mooresville
Westrock - Multi Packaging Solutions
Gmb
Westrock Converting Company
Westrow Training Limited
WEXXAR PACKAGING INC
Whalar Ltd
Whalar Ltd
WHALER LTD
Whats Good, Inc
Wheeler Trigg O'Donnell Llp
White Cat Media, Inc
Whitney Carpenter
Whitport Limited
Wholesome Sweeteners Inc
Wib New York Inc
Wib New York Inc.
Widjojo (Oei Tat Hway)
Wilhelmina International Ltd.
Wilhelmina Models Inc.
Wilkela Walker
Wilkins, Brandon
Will Reynolds
William L Rutherford
Willis Mcdonald Co Inc
Willis Of New York Inc
Willoughby & Associates, Inc
Willson & Brown

Willson & Brown Sp. Z O.O
Wilmar Oleo North America Llc
Wilmerhale
Wilmington Trust National Asso
Windstream Communications
Winnie Yu Wen Huang
Winston
Winston Retail Solutions Llc
Wireless Communications
Wisconsin Dept Of Revenue
Wisconsin Dept. Of Revenue
Wistrand Advokatbyra Stockholm
Wl-Aya Egawa
Wme Entertainment Llc
Wme Img Holdings Llc
Womack Electric Co
Women Management Inc
Wordly Inc
Workamajig
Workers Comp Board Of Ontario
Workers Compensation Board Alberta
Workers Compensation Board Manitoba
Workforce Safety & Insurance
Workforce Science Associates,
Workiva Llc
Workman Llp
Workplace Integra Inc
Worksafebc
World Beauty Limited
World Wide Packaging, Inc
World Wide Packaging, Llc
Worldwide Insurance Services Enterprise
Wormser Corporation
Wow Media Products, Inc
Wrights Media Llc
Wrights Media, Llc
Ws Packaging Group Inc
Wt Media Inc
Wt Media Srl

Wt Media Srl
Wunderkind Corporation
Wyoming Department Of Revenue
Wyoming Department Of Revenue
Xdrive Computing Limited
Xerox Corporation
Xerox Corporation
Xerox Financial Services
Xiao Ping Zhu
Xiaoxuan Wu
Xinfu Science & Technology Co.
Xinling Wang
XPO TRANSPORT SOLUTIONS SPAIN S.L.
X-Rite Incorporated
Xs Tanger Properties Limited Partnership
Yaba A. Blay
Yalong Hardware Furniture (Hk)
Yangjiang Jinhengda Cosmetic T
Yangjiang M Steel Industry And
Yasmini Ilanas
Yee Ping Chan
YELLENA JAMES
Yemisi Llc
Yet2.Com, Inc
Yetunde Oyeneyin
Yext Inc
Yext, Inc
Ying Hong
Ym&U Entertainment Inc
Ym&U Entertainment Inc
Yolanda Norman
York Marketing Association
Yorkgraphic Services Co
You and Me Productions LLC
You Go Girl Company
YOURS COSMETICS
Yrc Freight
Yrc Inc
Zachary Weldon

ZAINAB LTD
Zalkin Americas, Llc
Zappistore Inc
Zeller Plastik
Zero Wait-State Inc
Zhangjiagang Huashuang
Zhejiang Ruichang Industry Co
Zhuoer Gifts Industrial Co Ltd
Zip Heaters (Uk) Limited
Zoho Corporation

Zoi Lerma
Zoom Creative Services Limited
Zsanea Hatcher
Zschimmer & Schwarz Inc
Zschimmer & Schwarz Interpolym
Zubeida Mirza
Zurich Life Assurance Plc
Zuza
Zuza Llc

**Schedule 2**

**Disclosure Schedule**

| Matched Entity | Relationship to Debtors | Relationship to Paul, Weiss[1] |
|---|---|---|
| 200 Park Avenue South Associates | Letters of Credit | Subsidiary or Affiliate of a Current Client |
| ABG Juicy Couture LLC | Vendor | Subsidiary or Affiliate of a Current Client |
| AC Nielsen Company of Canada | Vendor | Subsidiary or Affiliate of a Current Client |
| Accenture | Vendor | Former Client |
| Accenture (UK) Ltd | Vendor | Subsidiary or Affiliate of a Former Client |
| Accenture International Limited | Top 50 Creditor | Subsidiary or Affiliate of a Current Client |
| Addison Lee | Vendor | Former Client |
| ADT Commercial | Vendor | Subsidiary or Affiliate of a Current Client |
| Advantage Sales & Marketing Co. | Vendor | Subsidiary or Affiliate of a Current Client |
| Advantage Solutions Inc. | Vendor | Subsidiary or Affiliate of a Current Client |
| Aegon Asset Management | Banks/Lenders/Administrative Agents | Subsidiary or Affiliate of a Current Client |
| Aerosols Danville | Vendor | Subsidiary or Affiliate of a Current Client |
| Aetna Life Insurance Company | Vendor | Subsidiary or Affiliate of a Current Client |
| Albea Cosmetics America | Vendor | Subsidiary or Affiliate of a Former Client |
| Alix Partners | Bankruptcy Professional | Former Client |
| All Saints Retail Ltd | Vendor | Subsidiary or Affiliate of a Current Client |

---

[1] The term "current client" means an entity listed as a client, or related to a client, in Paul, Weiss's conflicts search system where that matter is reported as open. The term "former client" means any entity listed as a client, or related to a client, in the Paul, Weiss conflicts search system where the matter is reported as closed within the last three (3) years. Whether an actual client relationship exists can only be determined by reference to the documents governing Paul, Weiss's representation rather than its potential listing in Paul, Weiss's conflicts search system. The following table of entities, generated by the conflicts search system, is overinclusive for disclosure purposes.

| | | |
|---|---|---|
| Allianz SE | Banks/Lenders/Administrative Agents; Insurance | Subsidiary or Affiliate of a Former Client |
| Allstate Investment Management Company | Banks/Lenders/Administrative Agents | Subsidiary or Affiliate of a Current Client |
| Allure | Vendor | Subsidiary or Affiliate of a Current Client |
| Amazon | Customers | Current Client |
| Amazon Advertising Canada Inc. | Vendor | Subsidiary or Affiliate of a Current Client |
| Amazon Canada | Vendor | Subsidiary or Affiliate of a Current Client |
| Amazon Capital Services Inc. | Vendor | Subsidiary or Affiliate of a Current Client |
| Amazon Europe Sarl | Vendor | Subsidiary or Affiliate of a Current Client |
| Amazon Media Group LLC | Vendor | Subsidiary or Affiliate of a Current Client |
| Amazon Online UK Limited | Vendor | Subsidiary or Affiliate of a Current Client |
| Amazon Web Services | Vendor | Subsidiary or Affiliate of a Current Client |
| American Bar Association | Vendor | Current Client |
| American Electric Power | Vendor | Subsidiary or Affiliate of a Current Client |
| American Express | Vendor | Current Client |
| Amex Bank of Canada | Vendor | Subsidiary or Affiliate of a Current Client |
| Angelo Gordon & Co. LP | Banks/Lenders/Administrative Agents | Current Client |
| Antara Capital LP | Banks/Lenders/Administrative Agents | Current Client |
| Aon Risk Service of New York | Insurance | Subsidiary or Affiliate of a Current Client |
| Aon Risk Services | Insurance | Subsidiary or Affiliate of a Former Client |
| Apex Credit Partners LLC | Banks/Lenders/Administrative Agents | Subsidiary or Affiliate of a Former Client |
| Apollo Centre Street Partnership, L.P. | Banks/Lenders/Administrative Agents | Current Client |

| Apollo Lincoln Fixed Income Fund L.P. | Banks/Lenders/Administrative Agents | Current Client |
|---|---|---|
| Apple Inc. | Vendor | Current Client |
| Aptar Group | Vendor | Current Client |
| Aptar Stratford | Vendor | Subsidiary or Affiliate of a Current Client |
| Aramark Corporation | Vendor | Former Client |
| Ares Management | Banks/Lenders/Administrative Agents | Current Client |
| Argo Group International Holdings | Banks/Lenders/Administrative Agents | Former Client |
| Argonaut Insurance | Insurance | Subsidiary or Affiliate of a Former Client |
| Ariba, Inc. | Vendor | Subsidiary or Affiliate of a Current Client |
| Array Canada | Vendor | Subsidiary or Affiliate of a Current Client |
| Ashley Gregory[2] | Debtor's Vendor | Former Client |
| ASOF Holdings II L.P. | Banks/Lenders/Administrative Agents | Subsidiary or Affiliate of a Current Client |
| AT&T | Utility | Former Client |
| Athora Lux Invest NL S.C.Sp. | Banks/Lenders/Administrative Agents | Current Client |
| Atlas Merchant Capital | Banks/Lenders/Administrative Agents | Current Client |
| Avenue Capital Fund Entities[3] | Banks/Lenders/Administrative Agents | Subsidiary or Affiliate of a Current Client |
| Avenue Capital Group | Banks/Lenders/Administrative Agents | Current Client |
| Barclays Bank PLC | UCC Lien Party | Current Client |
| Barry Schwartz | Director/Officer/Management Team | Current Client |
| Beauty Care Professional Product Participations S.A. | Top 50 Creditor | Subsidiary or Affiliate of a Current Client |

---

[2]    Based on the information provided, Paul, Weiss cannot determine if the Ashley Gregory that has a connection with the Debtors is the same person or is related to the Ashley Gregory that is a former client of Paul, Weiss, and Paul, Weiss is including this result out of an abundance of caution.

[3]    The Avenue Capital Fund Entities include Avenue RP Opportunities Fund LP, Avenue Special Opportunities Fund II LP, Avenue Strategic Opportunities Fund LP and Avenue Value Credit Fund LP.

| | | |
|---|---|---|
| Beautyge I | UCC Lien Party | Subsidiary or Affiliate of a Current Client |
| Bell Container Corp. | Vendor | Subsidiary or Affiliate of a Current Client |
| Benefit Street Partners | Banks/Lenders/Administrative Agents | Subsidiary or Affiliate of a Current Client |
| Berkshire Hathaway | Insurance | Current Client |
| Berlin Packaging | Vendor | Current Client |
| BFI Waste Services LLC | Utility | Subsidiary or Affiliate of a Current Client |
| BlackRock Fund Advisors | Banks/Lenders/Administrative Agents | Subsidiary or Affiliate of a Current Client |
| BlackRock Inc. | Banks/Lenders/Administrative Agents | Current Client |
| BlackRock Luxembourg SA | Banks/Lenders/Administrative Agents | Subsidiary or Affiliate of a Current Client |
| Blue Yonder Inc. | Vendor | Subsidiary or Affiliate of a Current Client |
| BMO Harris Bank N.A. | UCC Lien Party | Subsidiary or Affiliate of a Current Client |
| BNP Paribas Leasing Solutions | Vendor | Subsidiary or Affiliate of a Current Client |
| Brandbank Limited | Vendor | Subsidiary or Affiliate of a Current Client |
| Brigade Capital Management LP | Banks/Lenders/Administrative Agents | Current Client |
| Broadridge ICS | Vendor | Subsidiary or Affiliate of a Current Client |
| Business Wire | Vendor | Subsidiary or Affiliate of a Current Client |
| C.H. Robinson Freight Services Ltd. | Vendor | Subsidiary or Affiliate of a Current Client |
| Catalent Cosmetics AG | Vendor | Subsidiary or Affiliate of a Current Client |
| Centerview Partners | Bankruptcy Professional | Current Client |
| Chelsea Orlando Development | Landlord | Subsidiary or Affiliate of a Current Client |
| Christian Dior Perfumes LLC | Vendor | Subsidiary or Affiliate of Current Client |

| Chubb-Ace American Insurance Company | Insurance | Current Client |
|---|---|---|
| CIBC Bank USA | Banks/Lenders/Administrative Agents | Subsidiary or Affiliate of a Current Client |
| Cilag Gmbh | Vendor | Subsidiary or Affiliate of a Current Client |
| Citibank International | Letters of Credit | Subsidiary or Affiliate of a Current Client |
| Citibank N.A. | Banks/Lenders/Administrative Agents; Letters of Credit; Vendor | Current Client |
| CNA CCC Risk Management | Vendor | Subsidiary or Affiliate of a Current Client |
| CNA Insurance Company | Insurance | Current Client |
| Comcast | Vendor | Current Client |
| Comcast Holdings Corporation | Vendor | Subsidiary or Affiliate of a Current Client |
| Concentric LLC | Vendor | Subsidiary or Affiliate of a Current Client |
| Concord Music Group | Vendor | Subsidiary or Affiliate of a Current Client |
| Concur Technologies | Vendor | Subsidiary or Affiliate of a Current Client |
| Concur Technologies (Netherlands) N.V. | Vendor | Subsidiary or Affiliate of a Current Client |
| Conde Nast | Vendor | Current Client |
| Conexus Limited | Vendor | Subsidiary or Affiliate of a Current Client |
| Continental Casualty Company | Letters of Credit | Subsidiary or Affiliate of a Current Client |
| Con-Way Freight Inc. | Vendor | Subsidiary or Affiliate of a Current Client |
| Corre Partners Management | Banks/Lenders/Administrative Agents | Current Client |
| Cox Communications | Vendor | Subsidiary or Affiliate of a Current Client |
| CPG Partners | Landlord | Subsidiary or Affiliate of a Current Client |
| Creative Drive Inc. | Vendor | Subsidiary or Affiliate of a Current Client |

| Crossmark Inc. | Vendor | Subsidiary or Affiliate of a Current Client |
| Crown Castle Fiber LLC | Vendor | Subsidiary or Affiliate of a Current Client |
| Customer Essence S.A. | Vendor | Subsidiary or Affiliate of a Current Client |
| Davis Polk & Wardell | Vendor | Current Client |
| Dell Canada | Vendor | Subsidiary or Affiliate of a Former Client |
| Dell Financial Services Inc. | Vendor | Subsidiary or Affiliate of a Former Client |
| Dell Marketing LP | Vendor | Subsidiary or Affiliate of a Current Client |
| Deloitte & Touche LLP | Vendor | Current Client |
| Deloitte Management Services LLC | Vendor | Subsidiary or Affiliate of a Current Client |
| Deloitte Tax LLP | Vendor | Subsidiary or Affiliate of a Current Client |
| Deutsche Bank | Banks/Lenders/Administrative Agents | Current Client |
| Deutsche Bank Caymans Island | Banks/Lenders/Administrative Agents | Subsidiary or Affiliate of a Current Client |
| DHL International (UK) Inc. | Vendor | Subsidiary or Affiliate of a Former Client |
| Diameter Capital Partners LP | Banks/Lenders/Administrative Agents | Current Client |
| Dick Clark Productions | Vendor | Current Client |
| Diligent Corporation | Vendor | Current Client |
| District of Columbia Treasurer | Governmental/Regulatory Agencies | Subsidiary or Affiliate of a Current Client |
| Dow Silicones Corp. | Vendor | Subsidiary or Affiliate of a Current Client |
| Duff Phelps Holding Corporation | Vendor | Subsidiary or Affiliate of a Current Client |
| Ecolab Inc. | Vendor | Former Client |
| Elizabeth Arden Affiliate Entities[4] | Known Affiliates and JVs | Subsidiary or Affiliate of a Current Client |

---

[4]    The Elizabeth Ardent Affiliate Entities include EA Chalhoub JV, EA Luxasia JV, EA USC Subsidiary and Elizabeth Arden Salon Holdings LLC.

| | | |
|---|---|---|
| Ernst & Young (Shanghai) | Vendor | Subsidiary or Affiliate of a Current Client |
| Ernst & Young LLP | Vendor | Current Client |
| Esis | Vendor | Subsidiary or Affiliate of a Current Client |
| Essentra Packaging US Inc. | Vendor | Subsidiary or Affiliate of a Former Client |
| Facebook Ireland Limited | Vendor | Subsidiary or Affiliate of a Current Client |
| First Eagle Entities[5] | Banks/Lenders/Administrative Agents | Subsidiary or Affiliate of a Current Client |
| Fis Avantgard | Vendor | Subsidiary or Affiliate of a Current Client |
| Fortis Solutions Group | Vendor | Subsidiary or Affiliate of a Current Client |
| Frontier | Vendor | Former Client |
| Fusion Packaging | Vendor | Subsidiary or Affiliate of a Current Client |
| Garda CI Atlantic Inc. | Vendor | Subsidiary or Affiliate of a Current Client |
| Getty Images | Vendor | Current Client |
| Giant Resource Recovery | Utility | Subsidiary or Affiliate of a Current Client |
| Givaudan Fragrances Corp | Vendor | Subsidiary or Affiliate of a Current Client |
| Glendon Capital Management | Banks/Lenders/Administrative Agents | Current Client |
| Goldman Sachs & Co. | Banks/Lenders/Administrative Agents | Current Client |
| Google | Vendor | Current Client |
| Google Adwords | Vendor | Subsidiary or Affiliate of a Current Client |
| Google Ireland Limited | Vendor | Subsidiary or Affiliate of a Current Client |

---

[5]    The First Eagle Entities include:  First Eagle Alternative Capital BDC, Inc.; First Eagle Credit Opportunities Fund; First Eagle Direct Lending; First Eagle Direct Lending IV Co Invest LLC; First Eagle Direct Lending IV LLC; First Eagle Direct Lending V-A LLC; First Eagle Direct Lending V-C, SCSP; and First Eagle Direct Lending V-B LLC.

| | | |
|---|---|---|
| Grant Thornton LLP | Vendor | Subsidiary or Affiliate of a Current Client |
| Grant Thornton UK LLP | Vendor | Subsidiary or Affiliate of a Former Client |
| Greenhill & Co LLC | Bankruptcy Professional | Current Client |
| Halo Branded Solutions Inc. | Vendor | Subsidiary or Affiliate of a Current Client |
| Harbinger | Vendor | Former Client |
| Harrods Ltd | Vendor | Subsidiary or Affiliate of a Current Client |
| Hearst Magazine UK Ltd. | Vendor | Subsidiary or Affiliate of a Current Client |
| HPS Investment Partners LLC | Banks/Lenders/Administrative Agents | Current Client |
| HSBC | Vendor | Subsidiary or Affiliate of a Current Client |
| HSBC Bank PLC, London | Letters of Credit | Subsidiary or Affiliate of a Current Client |
| IBM Corporation | Vendor | Current Client |
| Illinois National Insurance Company | Insurance | Subsidiary or Affiliate of a Current Client |
| IMG Models | Vendor | Subsidiary or Affiliate of a Current Client |
| Information Resources Inc. | Vendor | Subsidiary or Affiliate of a Current Client |
| Ingersoll Rand Company | Vendor | Subsidiary or Affiliate of a Current Client |
| Inmar Brand Solutions Inc. | Vendor | Subsidiary or Affiliate of a Current Client |
| Insight Partners | Vendor | Current Client |
| International Management Group | Vendor | Subsidiary or Affiliate of a Current Client |
| Intrado Digital Media LLC | Vendor | Subsidiary or Affiliate of a Current Client |
| Intralinks Inc. | Vendor | Current Client |
| Invesco Ltd. | Banks/Lenders/Administrative Agents | Former Client |
| Invesco Powershares Capital Management LLC | Banks/Lenders/Administrative Agents | Subsidiary or Affiliate of a Former Client |

| | | |
|---|---|---|
| Invictus Global Management LLC | Vendor | Current Client |
| Jg Elizabeth II LLC | Vendor | Subsidiary or Affiliate of a Current Client |
| John Varvatos Apparel Group | Vendor | Subsidiary or Affiliate of a Current Client |
| Jones Lang LaSalle Inc | Vendor | Current Client |
| JPMorgan Asset Management Europe SA | Banks/Lenders/Administrative Agents | Subsidiary or Affiliate of a Current Client |
| JPMorgan Chase & Co. | Banks/Lenders/Administrative Agents | Current Client |
| Katherine Smith[6] | Vendor | Former Client |
| Key Equipment Finance Inc. | Vendor | Subsidiary or Affiliate of a Current Client |
| KeyStone (US) Management Inc. | Vendor | Subsidiary or Affiliate of a Current Client |
| Kforce Inc. | Vendor | Former Client |
| Kik Custom Products | Vendor | Subsidiary or Affiliate of a Current Client |
| King Street Capital Management | Banks/Lenders/Administrative Agents | Current Client |
| KKR & Co. | Banks/Lenders/Administrative Agents | Current Client |
| KPMG Huazhen LLP | Vendor | Subsidiary or Affiliate of a Former Client |
| KPMG LLP | Vendor | Former Client |
| Kroll Restructuring Administration | Bankruptcy Professional | Subsidiary or Affiliate of a Current Client |
| Las Vegas South Outlets LLC | Vendor | Subsidiary or Affiliate of a Current Client |
| Las Vegas South Premium Outlet | Landlord | Subsidiary or Affiliate of a Current Client |
| Lawton's | Customers | Subsidiary or Affiliate of a Former Client |
| Lazard | Bankruptcy Professional | Current Client |
| Legal & General Assurance | Vendor | Current Client |
| Lexis Nexis | Vendor | Former Client |

[6]   Based on the information provided, Paul, Weiss cannot determine if the Katherine Smith that has a connection with the Debtors is the same person or is related to the Katherine Smith that is a former client of Paul, Weiss, and Paul, Weiss is including this result out of an abundance of caution.

| | | |
|---|---|---|
| Lindsay Smith[7] | Vendor | Former Client |
| LinkedIn Corporation | Vendor | Subsidiary or Affiliate of a Current Client |
| Lipotec USA Inc. | Vendor | Subsidiary or Affiliate of a Current Client |
| Liz Clairborne Inc. | Vendor | Subsidiary or Affiliate of a Current Client |
| Lloyds Pharmacy Limited | Vendor | Subsidiary or Affiliate of a Current Client |
| Lubrizol Advanced Materials Inc. | Vendor | Subsidiary or Affiliate of a Current Client |
| M&I Marshall & Ilsley Bank | UCC Lien Party | Subsidiary or Affiliate of a Current Client |
| Macandrews & Forbes Inc. | Direct and Indirect Shareholders | Former Client |
| Macquarie Equipment Finance | UCC Lien Party | Subsidiary or Affiliate of a Current Client |
| Maersk Line A/S | Vendor | Subsidiary or Affiliate of a Current Client |
| Maesa Holdings Inc. | Vendor | Subsidiary or Affiliate of a Current Client |
| Mailsouth Inc. | Vendor | Subsidiary or Affiliate of a Current Client |
| Maple Leaf Sports and Entertainment | Vendor | Subsidiary or Affiliate of a Current Client |
| Marietta Corp | Vendor | Subsidiary or Affiliate of a Current Client |
| Massmutal Financial Group | Vendor | Subsidiary or Affiliate of a Former Client |
| McKesson Medical Surgical | Vendor | Subsidiary or Affiliate of a Current Client |
| McKinsey & Company Inc. | Vendor | Subsidiary or Affiliate of a Former Client |
| Meta Platforms Inc. | Vendor | Current Client |
| MHR Fund Management | Banks/Lenders/Administrative Agents | Former Client |
| Michael Page International | Vendor | Current Client |

---

[7]   Based on the information provided, Paul, Weiss cannot determine if the Lindsay Smith that has a connection with the Debtors is the same person or is related to the Lindsay Smith that is a former client of Paul, Weiss, and Paul, Weiss is including this result out of an abundance of caution.

| | | |
|---|---|---|
| Microsoft Corporation | Vendor | Current Client |
| Microsoft Online Inc. | Vendor | Subsidiary or Affiliate of a Current Client |
| MidCap Funding IV Trust | Banks/Lenders/Administrative Agents | Subsidiary or Affiliate of a Current Client |
| Moelis & Company | Bankruptcy Professional | Current Client |
| Momentive Performance Material | Vendor | Current Client |
| Mood Media | Vendor | Former Client |
| MSC Industrial Supply Co. | Vendor | Subsidiary or Affiliate of a Current Client |
| Nagl Manufacturing Co. | Vendor | Subsidiary or Affiliate of a Current Client |
| Napier Park Global Capital | Banks/Lenders/Administrative Agents | Current Client |
| Natalie Romero[8] | Vendor | Current Client |
| National Fire & Marine Insurance Company | Insurance | Subsidiary or Affiliate of a Current Client |
| National Union Fire Insurance Co. of Pittsburgh | Insurance | Subsidiary or Affiliate of a Current Client |
| NCH Marketing Services Inc. | Vendor | Subsidiary or Affiliate of a Former Client |
| Neustar Inc. | Vendor | Former Client |
| New Jersey Department of Environment | Vendor | Subsidiary or Affiliate of a Current Client |
| New York Secretary of State | Governmental/Regulatory Agencies | Subsidiary or Affiliate of a Current Client |
| News America Marketing FSI Inc. | Vendor | Subsidiary or Affiliate of a Current Client |
| North American Specialty | Insurance | Subsidiary or Affiliate of a Current Client |
| Nouryon USA LLC | Vendor | Subsidiary or Affiliate of a Current Client |
| Nut Tree Capital Management | Banks/Lenders/Administrative Agents | Current Client |
| Oak Hill Advisors LP | Banks/Lenders/Administrative Agents | Current Client |

[8]    Based on the information provided, Paul, Weiss cannot determine if the Natalie Romero that has a connection with the Debtors is the same person or is related to the Natalie Romero that is a former client of Paul, Weiss, and Paul, Weiss is including this result out of an abundance of caution.

| OHA Affiliate Entities[9] | Banks/Lenders/Administrative Agents | Subsidiary or Affiliate of a Current Client |
|---|---|---|
| Oklahoma Tax Commission | Governmental/Regulatory Agencies | Subsidiary or Affiliate of a Current Client |
| One NY Plaza Co LLC | Landlords | Subsidiary or Affiliate of a Current Client |
| Oracle America Inc. | Vendor | Current Client |
| Orlando Premium Outlets | Landlord | Subsidiary or Affiliate of a Current Client |
| Pacific Investment Management Co. | Banks/Lenders/Administrative Agents | Former Client |
| Paloma Partners Management Company | Banks/Lenders/Administrative Agents | Current Client |
| Parfums Givenchy LLC | Vendor | Subsidiary or Affiliate of a Current Client |
| Perella Weinberg Partners | Vendor | Current Client |
| PIMCO Funds Global Investors | Banks/Lenders/Administrative Agents | Subsidiary or Affiliate of a Former Client |
| PJT Partners LP | Bankruptcy Professionals | Current Client |
| Pratt industries | Vendor | Current Client |
| Precima Inc. | Vendor | Subsidiary or Affiliate of a Current Client |
| Premium Outlet Partners LP | Vendor | Subsidiary or Affiliate of a Current Client |
| Preperse Corporation | Vendor | Subsidiary or Affiliate of a Current Client |
| Price Waterhouse & Co. | Vendor | Current Client |
| Prime Clerk LLC | Bankruptcy Professionals | Current Client |
| Priority Fulfillment Services | Vendor | Subsidiary or Affiliate of a Current Client |
| Proxim/Pharmessor | Customers | Subsidiary or Affiliate of a Current Client |
| Prudential | Landlord | Current Client |
| Prudential Insurance Company of America | Vendor | Subsidiary or Affiliate of a Current Client |

---

[9]    The OHA Affiliate Entities include OHA Credit Partners IX Ltd, OHA Credit Partners VII Ltd., OHA Credit Partners X R Ltd., OHA Credit Partners XI Ltd, OHA Credit Partners XII Ltd, OHA Credit Partners XIII Ltd, OHA Loan Funding 2013 1 Ltd, OHA Loan Funding 2013 2 Ltd, OHA Loan Funding 2015 1 Ltd, and OHA Loan Funding 2016 1 Ltd.

| PSEG | Vendor | Current Client |
|---|---|---|
| Qad Inc. | Vendor | Current Client |
| Quest Software Inc. | Vendor | Subsidiary or Affiliate of a Current Client |
| Rackspace US Inc. | Vendor | Subsidiary or Affiliate of a Current Client |
| Refinitiv US LLC | Vendor | Former Client |
| Republic Services Inc. | Utility | Current Client |
| Revlon Pension Trustee Company (U.K.) | Top 50 Creditor | Subsidiary or Affiliate of a Current Client |
| Riverside Paper Co. | Vendor | Subsidiary or Affiliate of a Current Client |
| Ronald O. Perelman | Direct and Indirect Shareholders; Director/Officer/Management Team | Former Client |
| Salesforce.com | Vendor | Current Client |
| Samsung Electronics America | Vendor | Current Client |
| SAP America Inc. | Vendor | Subsidiary or Affiliate of a Current Client |
| Sawgrass Mills Phase III Corp. | Vendor | Subsidiary or Affiliate of a Current Client |
| Saxon Business Systems | Vendor | Subsidiary or Affiliate of a Current Client |
| Sephora USA Inc. | Vendor | Subsidiary or Affiliate of a Current Client |
| Service Express LLC | Vendor | Subsidiary or Affiliate of a Current Client |
| Shaw Direct | Vendor | Subsidiary or Affiliate of a Current Client |
| Shopify Inc. | Vendor | Current Client |
| Shutterstock Inc. | Vendor | Current Client |
| Simon Property Group | Landlord; Vendor | Current Client |
| Snap Inc. | Vendor | Current Client |
| Solvay USA | Vendor | Subsidiary or Affiliate of a Current Client |
| Sony Music Publishing (US) LLC | Vendor | Subsidiary or Affiliate of a Current Client |

| Sphera Solutions | Vendor | Subsidiary or Affiliate of a Current Client |
|---|---|---|
| Spotify USA Inc. | Vendor | Subsidiary or Affiliate of a Current Client |
| Standard & Poors | Vendor | Current Client |
| State of New Jersey | Governmental/Regulatory Agencies | Current Client |
| Strikeman Elliott LLP | Vendor | Former Client |
| Stull Technologies LLC | Vendor | Subsidiary or Affiliate of a Current Client |
| Susan Whitehead[10] | Vendor | Former Client |
| Technophar Equipment and Services | Vendor | Subsidiary or Affiliate of a Former Client |
| Tesla Toronto Automation LLC | Vendor | Subsidiary or Affiliate of a Former Client |
| Texwrap Packaging Systems | Vendor | Subsidiary or Affiliate of a Former Client |
| The Carlyle Group | Banks/Lenders/Administrative Agents | Current Client |
| The Nielsen Company US LLC | Top 50 Creditor | Current Client |
| The Northern Trust Company | Vendor | Current Client |
| Thomson Reuters – West | Vendor | Subsidiary or Affiliate of a Current Client |
| Thomson Reuters LLC | Vendor | Subsidiary or Affiliate of a Current Client |
| Thomson Reuters Tax | Vendor | Subsidiary or Affiliate of a Current Client |
| Tiffany & Co. | Vendor | Current Client |
| Time Warner Cable | Vendor | Subsidiary or Affiliate of a Current Client |
| Tinuiti Inc. | Vendor | Subsidiary or Affiliate of a Current Client |
| TopBox | Vendor | Subsidiary or Affiliate of a Current Client |
| Tops Market LLC | Vendor | Current Client |

---

[10]   Based on the information provided, Paul, Weiss cannot determine if the Susan Whitehead that has a connection with the Debtors is the same person or is related to the Susan Whitehead that is a former client of Paul, Weiss, and Paul, Weiss is including this result out of an abundance of caution.

| Towers Watson | Vendor | Subsidiary or Affiliate of a Current Client |
| TPG Opportunities Partner | Banks/Lenders/Administrative Agents | Current Client |
| Transperfect Translation | Vendor | Subsidiary or Affiliate of a Former Client |
| Transportation Insurance Company | Letters of Credit | Subsidiary or Affiliate of a Current Client |
| Trinity Consultants | Vendor | Current Client |
| TSLE Compass SARL | Banks/Lenders/Administrative Agents | Subsidiary or Affiliate of a Current Client |
| U.S. Bank National Association | Bondholder | Former Client |
| UBS AG | Banks/Lenders/Administrative Agents | Current Client |
| UBS Gestion SGIIC SA | Banks/Lenders/Administrative Agents | Subsidiary or Affiliate of a Current Client |
| United Rentals | Vendor | Subsidiary or Affiliate of a Current Client |
| Valassis Communications Inc. | Vendor | Subsidiary or Affiliate of a Current Client |
| Veolia ES (UK) Limited | Vendor | Subsidiary or Affiliate of a Current Client |
| Verisk Crime Analytics | Vendor | Subsidiary or Affiliate of a Current Client |
| Verizon | Vendor | Former Client |
| Verizon Wireless | Vendor | Subsidiary or Affiliate of a Former Client |
| Vertiv Corporation | Vendor | Subsidiary or Affiliate of a Current Client |
| Viva Healthcare Packaging Inc. | Vendor | Current Client |
| VWR International Inc. | Vendor | Subsidiary or Affiliate of a Current Client |
| Walgreen Company | Vendor | Subsidiary or Affiliate of a Former Client |
| Wells Fargo Bank NA | Banks/Lenders/Administrative Agents | Subsidiary or Affiliate of a Current Client |
| Wells Fargo Equipment Finance | Vendor | Subsidiary or Affiliate of a Current Client |

| Willson & Brown Sp. Z.o.o. | Vendor | Subsidiary of Affiliate of a Current Client |
|---|---|---|
| Wilmerhale | Vendor | Current Client |
| Wilmington Trust, National Association, as Collateral Agent | UCC Lien Party | Current Client |
| WME Entertainment | Vendor | Subsidiary or Affiliate of a Current Client |
| WWE IMG Holdings LLC | Vendor | Subsidiary or Affiliate of a Current Client |
| Xerox Corporation | Vendor | Current Client |
| Xerox Financial Services | Vendor | Subsidiary or Affiliate of a Current Client |
| XPO Transport Solutions Spain | Vendor | Subsidiary or Affiliate of a Current Client |
| YRC Inc. | Vendor | Subsidiary or Affiliate of a Current Client |
| Zurich American Insurance Company | Insurance | Subsidiary or Affiliate of a Current Client |
| Zurich Insurance PLC | Insurance | Subsidiary or Affiliate of a Current Client |
| Zurich International Programs | Insurance | Subsidiary or Affiliate of a Current Client |
| Zurich Life Assurance | Vendor | Subsidiary or Affiliate of a Current Client |

## **EXHIBIT B**

**Dolan Declaration**

Paul M. Basta, Esq.
Alice Belisle Eaton, Esq.
Kyle J. Kimpler, Esq.
Robert A. Britton, Esq.
Brian Bolin, Esq.
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Proposed Counsel to the Debtors and Debtors in
Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| REVLON, INC., *et al.*,[1] | ) | Case No. 22-10760 (DSJ) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**DECLARATION OF VICTORIA DOLAN IN SUPPORT OF DEBTORS'
APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION AND
EMPLOYMENT OF PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
AS ATTORNEYS FOR THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE**

Victoria Dolan makes this declaration under 28 U.S.C. § 1746:

      1.     I serve as the Chief Financial Officer of each of the Debtors.

      2.     I submit this declaration (the "Declaration") in support of the *Debtors' Application*

*for an Order Authorizing the Retention and Employment of Paul, Weiss, Rifkind, Wharton &*

*Garrison LLP as Attorneys for the Debtors* Nunc Pro Tunc *to the Petition Date* (the "Retention

---

[1]    The last four digits of Debtor Revlon, Inc.'s tax identification number are 2955. Due to the large number of debtor entities in these Chapter 11 Cases, for which the Court has granted joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/Revlon. The location of the Debtors' service address for purposes of these Chapter 11 Cases is: One New York Plaza, New York, NY 10004.

Application").[2]  Except as otherwise indicated herein, I have personal knowledge of the matters set forth herein.

## Selection of Paul, Weiss

3.      The Debtors recognize that a comprehensive review process is necessary when selecting and managing chapter 11 counsel to ensure their bankruptcy professionals are subject to the same client-driven market forces, security, and accountability as professionals in nonbankruptcy engagements.  To that end, the Debtors and their non-Debtor affiliates assessed potential counsel based on their experience and expertise in the relevant legal issues and in similar proceedings, considering a number of firms to serve as potential counsel for the Debtors in the Chapter 11 Cases.

4.      The Debtors ultimately retained Paul, Weiss for the role of lead restructuring counsel in light of, among other reasons, Paul, Weiss's substantial experience representing debtors and creditors in chapter 11.  Over the last four decades, including during the period leading up to the Petition Date, Paul, Weiss has become intimately familiar with the Debtors' capital structure and operations, as well as with the key creditors and other stakeholders in these Chapter 11 Cases. Therefore, I believe that Paul, Weiss is well-qualified and well-situated to represent the Debtors in these Chapter 11 Cases in an efficient and timely manner.

5.      The Debtors are separately seeking to employ and retain MoloLamken LLP ("MoloLamken") as their conflicts counsel in connection with these Chapter 11 Cases to handle matters that the Debtors may encounter that should not be handled by Paul, Weiss because of a potential conflict of interest.  It is intended that the services of MoloLamken shall complement,

---

[2]    Capitalized terms used herein, but not otherwise defined, have the meaning ascribed to them in the Retention Application.

and not duplicate, the services to be rendered by Paul, Weiss. MoloLamken shall act on its own and will not act under the supervision of Paul, Weiss.

### Rate Structure and Cost Supervision

6.      In connection with the filing of these Chapter 11 Cases, the Debtors and Paul, Weiss have agreed upon rates in accordance with Paul, Weiss's customary rates. Paul, Weiss has confirmed to the Debtors that the Firm does not vary its billing rates or the material terms of an engagement depending on whether such engagement is a bankruptcy or a nonbankruptcy engagement. Paul, Weiss has further advised the Debtors that its current customary U.S. hourly rates are $1,530 to $2,025 for partners, $1,525 for counsel, $550 to $1,280 for associates and staff attorneys, and $135 to $435 for paraprofessionals. It is my understanding that Paul, Weiss reviews and adjusts its billing rates annually to ensure that its rates are comparable to the billing rates of its peer firms. To the extent that there is any disparity in such rates, however, I nevertheless believe that Paul, Weiss's retention by the Debtors is warranted in these Chapter 11 Cases.

7.      The Debtors understand that Paul, Weiss's fees and expenses will be subject to periodic review on a monthly, interim, and final basis during the pendency of these Chapter 11 Cases by various third parties, including the Court, and that such fees and expenses will be subject to the terms of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any orders of the Court governing the procedures for approval of interim compensation of professionals retained in these Chapter 11 Cases.

8.      I recognize that it is the Debtors' responsibility to monitor closely the billing practices of their counsel to ensure the fees and expenses paid by the estates remain consistent with the Debtors' expectations and the exigencies of these Chapter 11 Cases. The Debtors will continue to review the statements that Paul, Weiss regularly submits and amend the budget and staffing plans periodically, as the case develops. Moreover, Paul, Weiss has informed me that the

Debtors will be provided with the opportunity to review all invoices and request adjustments to such invoices to the extent that the Debtors determine that such adjustments are necessary and appropriate, and that such requests will be carefully considered by Paul, Weiss.  As they did prepetition, the Debtors will continue to diligently review counsel fees and expenses and, together with Paul, Weiss, amend such invoices as necessary.

9.    For the reasons set forth above, the Debtors believe that Paul, Weiss's employment is necessary and in the best interest of the Debtors and their estates.

*[Remainder of page intentionally left blank]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: July 6, 2022

*/s/ Victoria Dolan*
Victoria Dolan
Chief Financial Officer
Revlon, Inc.