**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| REVLON, INC., *et al.*,[1] | ) | Case No. 22-10760 (DSJ) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## <u>AFFIDAVIT OF SERVICE</u>

I, Joseph Ledwin, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On July 7, 2022, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Master Service List attached hereto as <u>**Exhibit A**</u>:

- Debtors' Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 145]

- Debtors' Motion for Entry of an Order Authorizing the Debtors to (I) Reject Certain Unexpired Leases Effective as of the Petition Date and (II) Abandon Certain Remaining Personal Property in Connection Therewith [Docket No. 146] ("***Lease Rejection Motion***")

- Debtors' Motion for Entry of an Order (I) Authorizing the Retention and Payment, Effective as of the Petition Date, of Professionals Utilized by the Debtors in the Ordinary Course of Business and (II) Granting Certain Related Relief [Docket No. 147] ("***Ordinary Course Professional Motion***")

- Debtors' Application for an Order Authorizing Employment and Retention of PJT Partners LP as Investment Banker to the Debtors and Debtors in Possession Effective as of the Petition Date [Docket No. 148]

---

[1]     The last four digits of Debtor Revlon, Inc.'s tax identification number are 2955. Due to the large number of debtor entities in these Chapter 11 Cases, for which the Debtors have requested joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at [https://cases.kroll.com/revlon]. The location of the Debtors' service address for purposes of these Chapter 11 Cases is: One New York Plaza, New York, NY 10004.

- Debtors' Application to (I) Retain Alvarez & Marsal North America, LLC to Provide the Debtors a Chief Restructuring Office and Certain Additional Personnel and (II) Designate Robert M. Caruso as Chief Restructuring Officer for the Debtors Effective as of the Petition Date [Docket No. 149]

- Debtors' Application for an Order Authorizing Employment and Retention of Kroll Restructuring Administration LLC as Administrative Advisor *Nunc Pro Tunc* to the Petition Date [Docket No. 150]

- Debtors' Application for an Order Authorizing the Retention and Employment of KPMG LLP to Provide Audit, Tax Compliance, Tax Consulting, and Advisory Services for the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date [Docket No. 151]

- Debtors' Application for an Order Authorizing the Retention and Employment of Paul, Weiss, Rifkind, Wharton & Garrison LLP as Attorneys for the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date [Docket No. 152]

- BrandCo Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Ropes & Gray LLP as Special Counsel to the BrandCo Debtors Effective *Nunc Pro Tunc* to the Petition Date [Docket No. 153]

- Brandco Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Huron Consulting Services LLC as Financial Advisor to the BrandCo Debtors Effective *Nunc Pro Tunc* to June 17, 2022 [Docket No. 154]

- Debtors' Application for an Order Authorizing the Retention and Employment of Petrillo Klein & Boxer LLP as Attorneys for the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date [Docket No. 155]

- Debtors' Application for an Order Authorizing the Retention and Employment of MoloLamken LLP as Special Litigation Counsel for the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date [Docket No. 156]

- Debtors' Application for an Order Authorizing the Retention and Employment of Alan Gover as Attorney for the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date [Docket No. 157]

On July 7, 2022, at my direction and under my supervision, employees of Kroll caused the Lease Rejection Motion to be served via first class mail on 200 Park South Associates LLC, ABS Partners R.E. Master Lock Box, P.O. Box 30146, New York, NY 10087.

On July 7, 2022, at my direction and under my supervision, employees of Kroll caused the Ordinary Course Professional Motion to be served via first class mail on the Ordinary Course Professional Service List attached hereto as **Exhibit B**.

Dated: July 12, 2022

*/s/ Joseph Ledwin*
Joseph Ledwin

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on July 12, 2022, by Joseph Ledwin, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

SRF 62586

**<u>Exhibit A</u>**

Exhibit A

Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO AUTOMOTIVE RENTALS, INC. AND ARI FLEET LT | ADAMS AND REESE LLP | ATTN: MICHAEL A. KOLCUN 100 N. TAMPA STREET, SUITE 4000 TAMPA FL 33602 | MICHAEL.KOLCUN@ARLAW.COM | Email |
| COUNSEL TO AUTOMOTIVE RENTALS, INC. AND ARI FLEET LT | ADAMS AND REESE LLP | ATTN: RICHARD A. AGUILAR, MARK J. CHANEY, III 701 POYDRAS STREET 45TH FLOOR NEW ORLEANS LA 70139 | RICHARD.AGUILAR@ARLAW.COM MARK.CHANEY@ARLAW.COM | Email |
| COUNSEL TO THE AD HOC GROUP OF 2016 TERM LOAN LENDERS | AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: JAMES SAVIN 2001 K STREET, NW WASHINGTON DC 20006 | JSAVIN@AKINGUMP.COM | Email |
| COUNSEL TO THE AD HOC GROUP OF 2016 TERM LOAN LENDERS | AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: MICHAEL S. STAMER, ABID QURESHI, JOSEPH L. SORKIN, KEVIN ZUZOLO ONE BRYANT PARK NEW YORK NY 10036 | MSTAMER@AKINGUMP.COM AQURESHI@AKINGUMP.COM JSORKIN@AKINGUMP.COM KZUZOLO@AKINGUMP.COM | Email |
| ADMINISTRATIVE AGENT FOR THE TRANCHE B | ALTER DOMUS | ATTN: LEGAL DEPARTMENT AND STEVEN LENARD 225 W. WASHINGTON STREET 9TH FLOOR CHICAGO IL 60606 | LEGAL@ALTERDOMUS.COM CPCAGENCY@ALTERDOMUS.COM | Email |
| COUNSEL TO FIRMENICH INCORPORATED, INTERNATIONAL FLAVORS & FRAGRANCES INC. | BALLARD SPAHR LLP | ATTN: TOBEY M. DALUZ, LAUREL D. ROGLEN 919 NORTH MARKET STREET 11TH FLOOR WILMINGTON DE 19801-3034 | DALUZT@BALLARDSPAHR.COM ROGLENL@BALLARDSPAHR.COM | Email |
| COUNSEL TO UNITED PARCEL SERVICE, INC. | BIALSON, BERGEN & SCHWAB, A PROFESSIONAL CORPORATION | ATTN: LAWRENCE M. SCHWAB, ESQ., KENNETH T. LAW, ESQ. 830 MENLO AVENUE, SUITE 201 MENLO PARK CA 94025 | KLAW@BBSLAW.COM | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | BROWN RUDNICK LLP | ATTN: ROBERT J. STARK, ESQ., DAVID J. MOLTON, ESQ., JEFFREY L. JONAS, ESQ., BENNETT S. SILVERBERG, ESQ., KENNETH J. AULET. ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036 | RSTARK@BROWNRUDNICK.COM DMOLTON@BROWNRUDNICK.COM JJONAS@BROWNRUDNICK.COM BSILVERBERG@BROWNRUDNICK.COM KAULET@BROWNRUDNICK.COM | Email |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | BROWN RUDNICK LLP | ATTN: STEVEN B. LEVINE, ESQ., TRISTAN G. AXELROD, ESQ., MATTHEW A. SAWYER, ESQ. ONE FINANCIAL CENTER BOSTON MA 02111 | SLEVINE@BROWNRUDNICK.COM TAXELROD@BROWNRUDNICK.COM MSAWYER@BROWNRUDNICK.COM | Email |
| COUNSEL TO CHIEF CONTAINER CO., INC. | BURR & FORMAN LLP | ATTN: ERICH N. DURLACHER 171 SEVENTEENTH STREET, N.W. SUITE 1100 ATLANTA GA 30363 | EDURLACHER@BURR.COM | Email |
| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | CHAMBERS OF HONORABLE JUDGE DAVID S. JONES | REVLON, INC. US BANKRUPTCY COURT SDNY ONE BOWLING GREEN NEW YORK NY 10004-1408 | | First Class Mail |
| STATE ATTORNEY GENERAL | COMMONWEALTH OF PUERTO RICO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT APARTADO 9020192 SAN JUAN PR 00902-0192 | | First Class Mail |
| COUNSEL TO THE AD HOC GROUP OF TERM LOAN DIP LENDERS AND BRANDCO LENDERS | DAVIS POLK & WARDWELL LLP | ATTN: ELI J. VONNEGUT, JOSHUA Y. STURM, STEPHANIE MASSMAN 450 LEXINGTON AVENUE NEW YORK NY 10017 | ELI.VONNEGUT@DAVISPOLK.COM JOSHUA.STURM@DAVISPOLK.COM STEPHANIE.MASSMAN@DAVISPOLK.COM | Email |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY | OFFICE OF GENERAL COUNSEL 2310A 1200 PENNSYLVANIA AVE NW, 2310A WASHINGTON DC 20460 | | First Class Mail |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO INVICTUS GLOBAL MANAGEMENT, LLC | GLENN AGRE BERGMAN & FUENTES LLP | ATTN: ANDREW K. GLENN, SHAI SCHMIDT 55 HUDSON YARDS 20TH FLOOR NEW YORK NY 10001 | AGLENN@GLENNAGRE.COM SSCHMIDT@GLENNAGRE.COM | Email |
| COUNSEL TO ONE NY PLAZA CO. LLC | GREENBERG TRAURIG, LLP | ATTN: HEATH B. KUSHNICK, KENNETH A. PHILBIN ONE VANDERBILT AVENUE NEW YORK NY 10017 | KUSHNICKH@GTLAW.COM PHILBINK@GTLAW.COM | Email |
| COUNSEL TO HAWKINS PARNELL & YOUNG, LLP | HAWKINS PARNELL & YOUNG, LLP | ATTN: DAVID R. JOHANSON 1776 SECOND STREET NAPA CA 94559 | DJOHANSON@HPYLAW.COM | Email |
| COUNSEL TO BARNET PRODUCTS LLC | HERRICK, FEINSTEIN LLP | ATTN: STEPHEN B. SELBST, RACHEL H. GINZBURG TWO PARK AVENUE NEW YORK NY 10016 | SSELBST@HERRICK.COM RGINZBURG@HERRICK.COM | Email |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET STREET MAIL STOP 5 Q30 133 PHILADELPHIA PA 19104-5016 | MIMI.M.WONG@IRSCOUNSEL.TREAS.GOV | Email |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION P.O. BOX 7346 PHILADELPHIA PA 19101-7346 | MIMI.M.WONG@IRSCOUNSEL.TREAS.GOV | Email |
| COUNSEL TO U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, IN ITS CAPACITY AS INDENTURE TRUSTEE | KELLEY DRYE & WARREN LLP | ATTN: JAMES S. CARR, PHILIP A. WEINTRAUB 3 WORLD TRADE CENTER 175 GREENWICH STREET NEW YORK NY 10007 | PWEINTRAUB@KELLEYDRYE.COM | Email |
| COUNSEL TO BLUE TORCH FINANCE LLC, IN ITS CAPACITY AS FOREIGN ABTL FACILITY ADMINISTRATIVE AGENT | KING & SPALDING LLP | ATTN: JENNIFER DALY 1185 AVENUE OF THE AMERICAS NEW YORK NY 10023 | JDALY@KSLAW.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO ORANGE DIE CUTTING CORP. | KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | ATTN: FRED STEVENS, SEAN C. SOUTHARD 200 WEST 41ST STREET 17TH FLOOR NEW YORK NY 10036-7203 | FSTEVENS@KLESTADT.COM SSOUTHARD@KLESTADT.COM | Email |
| COUNSEL TO THE AD HOC GROUP OF TERM LOAN DIP LENDERS AND BRANDCO LENDERS | KOBRE & KIM LLP | ATTN: DANIELLE L. ROSE 800 THIRD AVENUE NEW YORK NY 10022 | DANIELLE.ROSE@KOBREKIM.COM | Email |
| COUNSEL TO CITIBANK N.A., IN ITS CAPACITY AS 2016 TERM LOAN AGENT | LATHAM & WATKINS LLP | ATTN: CONRAY C. TSENG, KEITH A. SIMON, ERIC LEON, KUAN HUANG, ANDREW C. AMBRUOSO, JONATHAN J. WEICHSELBAUM 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 | CONRAY.TSENG@LW.COM KEITH.SIMON@LW.COM ERIC.LEON@LW.COM KUAN.HUANG@LW.COM ANDREW.AMBRUOSO@LW.COM JON.WEICHSELBAUM@LW.COM | Email |
| COUNSEL TO DERIK INDUSTRIAL USA, INC. | LAW OFFICE OF GILBERT A. LAZARUS, PLLC | ATTN: GILBERT A. LAZARUS, ESQ. 92-12 68TH AVENUE FLUSHING NY 11375 | GILLAZARUS@GMAIL.COM | Email |
| COUNSEL TO QUOTIENT TECHNOLOGY INC. | LAW OFFICES OF DOUGLAS T. TABACHNIK, P.C. | ATTN: DOUGLAS T. TABACHNIK, ESQ. 63 WEST MAIN STREET SUITE C FREEHOLD NJ 07728-2141 | DTABACHNIK@DTTLAW.COM | Email |
| COUNSEL TO TARRANT COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: LAURIE A. SPINDLER 2777 N. STEMMONS FREEWAY SUITE 1000 DALLAS TX 75207 | DALLAS.BANKRUPTCY@LGBS.COM | Email |
| COUNSEL TO COMMISSION JUNCTION LLC AND ANY APPLICABLE AFFILIATES ("PUBLICIS") | LOCKE LORD LLP | ATTN: CHELSEY ROSENBLOOM LIST BROOKFIELD PLACE, 200 VESEY STREET 20TH FLOOR NEW YORK NY 10281 | CHELSEY.LIST@LOCKELORD.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO COMMISSION JUNCTION LLC AND ANY APPLICABLE AFFILIATES ("PUBLICIS") | LOCKE LORD LLP | ATTN: JONATHAN W. YOUNG, HANNA J. CIECHANOWSKI<br>111 HUNTINGTON AVENUE<br>9TH FLOOR<br>BOSTON MA 02199- | JONATHAN.YOUNG@LOCKELORD.COM<br>HANNA.CIECHANOWSKI@LOCKELORD.COM | Email |
| COUNSEL TO PLASTEK INDUSTRIES, INC. | MACDONALD, ILLIG, JONES & BRITTON LLP | ATTN: NICHOLAS R. PAGLIARI<br>100 STATE STREET<br>SUITE 700<br>ERIE PA 16507-1459 | NPAGLIARI@MIJB.COM | Email |
| COUNSEL TO U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, IN ITS CAPACITY AS INDENTURE TRUSTEE | MASLON LLP | ATTN: CLARK T. WHITMORE, JASON M. REED<br>90 SOUTH SEVENTH STREET, SUITE 3300<br>MINNEAPOLIS MN 55402 | CLARK.WHITMORE@MASLON.COM<br>JASON.REED@MASLON.COM | Email |
| COUNSEL TO HAWKINS PARNELL & YOUNG, LLP | MCNUTT LAW GROUP LLP | ATTN: SCOTT H. MCNUTT<br>324 WARREN ROAD<br>SAN MATEO CA 94402 | SMCNUTT@ML-SF.COM | Email |
| ADMINISTRATIVE AGENT UNDER CERTAIN OF THE DEBTORS' PREPETITION FUNDED DEBT FACILITIES ('ABL AGENT') | MIDCAP FUNDING IV TRUST | C/O MIDCAP FINANCIAL SERVICES, LLC, AS SERVICER<br><br>ATTN LEGAL GROUP<br>7255 WOODMONT AVENUE<br>BETHESDA MD 20814 | | First Class Mail |
| COUNSEL TO CRYSTAL FINANCIAL LLC D/B/A SLR CREDIT SOLUTIONS; IN ITS CAPACITY AS ADMINISTRATIVE AGENT FOR THE SISO TERM LOAN | MORGAN LEWIS & BOCKIUS LLP | ATTN: SANDRA J. VREJAN, JULIA FROST-DAVIES & CHRISTOPHER L. CARTER<br>ONE FEDERAL STREET<br>BOSTON MA 02110-1726 | JULIA.FROST-DAVIES@MORGANLEWIS.COM<br>SANDRA.VREJAN@MORGANLEWIS.COM<br>CHRISTOPHER.CARTER@MORGANLEWIS.COM | Email |
| COUNSEL TO CRYSTAL FINANCIAL LLC D/B/A SLR CREDIT SOLUTIONS | MORGAN, LEWIS & BOCKIUS LLP | ATTN: T. CHARLIE LIU<br>101 PARK AVENUE<br>NEW YORK NY 10178-0060 | CHARLIE.LIU@MORGANLEWIS.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO 200 PARK SOUTH ASSOCIATES, LLC | MORRISON COHEN LLP | ATTN: JOSEPH T. MOLDOVAN, DAVID J. KOZLOWSKI, SALLY SICONOLFI<br>909 THIRD AVENUE<br>NEW YORK NY 10022 | JMOLDOVAN@MORRISONCOHEN.COM<br>DKOZLOWSKI@MORRISONCOHEN.COM<br>BANKRUPTCY@MORRISONCOHEN.COM | Email |
| STATE ATTORNEY GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY<br>1850 M ST. NW 12TH FLOOR<br>WASHINGTON DC 20036 | KCORDRY@NAAG.ORG | Email |
| STATE ATTORNEY GENERAL | OFFICE OF THE ATTORNEY GENERAL GUAM | ATTN: BANKRUPTCY DEPARTMENT<br>590 S. MARINE CORPS DR. SUITE 901<br>TAMUNING GU 96913 | | First Class Mail |
| UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | OFFICE OF THE UNITED STATES TRUSTEE FOR REGION 2 | ATTN: BRIAN MASUMOTO, ESQ.<br>201 VARICK ST<br>STE 1006<br>NEW YORK NY 10014 | | First Class Mail |
| COUNSEL TO JEFFERIES FINANCE LLC, IN ITS CAPACITY AS BRANDCO AGENT AND DIP AGENT | PAUL HASTINGS LLP | ATTN: KRISTOPHER S. VILLARREAL, ANDREW V. TENZER, SCOTT C. SHELLEY, WILL CLARK FARMER<br>200 PARK AVENUE<br>NEW YORK NY 10166 | KRISVILLARREAL@PAULHASTINGS.COM<br>ANDREWTENZER@PAULHASTINGS.COM<br>SCOTTSHELLEY@PAULHASTINGS.COM<br>WILLFARMER@PAULHASTINGS.COM | Email |
| PROPOSED COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: PAUL M. BASTA, ALICE EATON, KYLE J. KIMPLER, ROBERT A. BRITTON & BRIAN BOLIN<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019 | PBASTA@PAULWEISS.COM<br>AEATON@PAULWEISS.COM<br>KKIMPLER@PAULWEISS.COM<br>RBRITTON@PAULWEISS.COM<br>BBOLIN@PAULWEISS.COM | Email |
| COUNSEL TO SYMRISE, INC. | PORZIO, BROMBERG & NEWMAN, P.C. | ATTN: JOHN S. MAIRO, ESQ., DAVID E. SKLAR, ESQ.<br>100 SOUTHGATE PARKWAY<br>MORRISTOWN NJ 07962 | JSMAIRO@PBNLAW.COM<br>DESKLAR@PBNLAW.COM | Email |
| COUNSEL TO TOTE RESOURCES, LLC | PRICE MEESE SHULMAN & D'ARMINIO, P.C. | ATTN: RICK A. STEINBERG, ESQ.<br>50 TICE BOULEVARD, SUITE 380<br>WOODCLIFF LAKE NJ 07677- | RSTEINBERG@PRICEMEESE.COM | Email |

In re: Revlon, Inc., et al.
Case No. 22-10760 (DSJ)

Page 6 of 15

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO MIDCAP FUNDING IV TRUST, IN ITS CAPACITY AS (I) ADMINISTRATIVE AGENT AND COLLATERAL AGENT UNDER THE DEBTORS' PREPETITION ASSET-BASED LENDING FACILITY, (II) AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT UNDER THE ABL DIP, AND (III) ABL DIP LENDER | PROSKAUER ROSE LLP | ATTN: CHARLES A. DALE ONE INTERNATIONAL PLACE BOSTON MA 02110 | CDALE@PROSKAUER.COM | Email |
| COUNSEL TO MIDCAP FUNDING IV TRUST, IN ITS CAPACITY AS (I) ADMINISTRATIVE AGENT AND COLLATERAL AGENT UNDER THE DEBTORS' PREPETITION ASSET-BASED LENDING FACILITY, (II) AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT UNDER THE ABL DIP, AND (III) ABL DIP LENDER | PROSKAUER ROSE LLP | ATTN: STEVE Y. MA 2029 CENTURY PARK EAST, SUITE 2400 LOS ANGELES CA 90067-3010 | SMA@PROSKAUER.COM | Email |
| COUNSEL TO MIDCAP FUNDING IV TRUST, IN ITS CAPACITY AS (I) ADMINISTRATIVE AGENT AND COLLATERAL AGENT UNDER THE DEBTORS' PREPETITION ASSET-BASED LENDING FACILITY, (II) AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT UNDER THE ABL DIP, AND (III) ABL DIP LENDER | PROSKAUER ROSE LLP | ATTN: VINCENT INDELICATO, ANDREW BETTWY, PHILIP A. KAMINSKI & MEGAN R. VOLIN ELEVEN TIMES SQUARE NEW YORK NY 10036 | VINDELICATO@PROSKAUER.COM ABETTWY@PROSKAUER.COM PKAMINSKI@PROSKAUER.COM MVOLIN@PROSKAUER.COM | Email |
| COUNSEL TO AD HOC GROUP OF DISCHARGED-FOR-VALUE TERM LENDERS | QUINN EMMANUEL URQUHART & SULLIVAN, LLP | ATTN: K. JOHN SHAFFER 865 S. FIGUEROA ST., 10TH FLOOR LOS ANGELES CA 90017 | JOHNSHAFFER@QUINNEMANUEL.COM | Email |
| COUNSEL TO THE PUTATIVE 2016 TERM LOAN GROUP, AD HOC GROUP OF DISCHARGED-FOR-VALUE TERM LENDERS | QUINN EMMANUEL URQUHART & SULLIVAN, LLP | ATTN: MICHAEL CARLINSKY, ROBERT LOIGMAN, BENJAMIN FINESTONE, ADAM M. ABENSOHN, ANIL MAKHIJANI, ZACHARY R. RUSSELL 51 MADISON AVENUE 22ND FLOOR NEW YORK NY 10010 | MICHAELCARLINSKY@QUINNEMANUEL.COM ROBERTLOIGMAN@QUINNEMANUEL.COM BENJAMINFINESTONE@QUINNEMANUEL.COM ADAMABENSOHN@QUINNEMANUEL.COM ANILMAKHIJANI@QUINNEMANUEL.COM ZACHARYRUSSELL@QUINNEMANUEL.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO BEAUTYGE II, LLC AND THE CERTAIN "BRANDCO" ENTITIES | ROPES & GRAY LLP | ATTN: RYAN PRESTON DAHL, BENJAMIN M. RHODE, KATHARINE E. SCOTT 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 | RYAN.DAHL@ROPESGRAY.COM BENJAMIN.RHODE@ROPESGRAY.COM KATHARINE.SCOTT@ROPESGRAY.COM | Email |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | ATTN: SECRETARY OF THE TREASURY 100 F STREET, NE WASHINGTON DC 20549 | SECBANKRUPTCY@SEC.GOV NYROBANKRUPTCY@SEC.GOV | Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPARTMENT BROOKFIELD PLACE 200 VESEY STREET, SUITE 400 NEW YORK NY 10281-1022 | BANKRUPTCYNOTICESCHR@SEC.GOV | Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPT ONE PENN CENTER 1617 JFK BLVD, STE 520 PHILADELPHIA PA 19103 | SECBANKRUPTCY@SEC.GOV | Email |
| COUNSEL TO SIMON PROPERTY GROUP, INC. AND ITS RELATED ENTITIES | SIMON PROPERTY GROUP, INC. | ATTN: RONALD M. TUCKER 225 WEST WASHINGTON STREET INDIANAPOLIS IN 46204 | RTUCKER@SIMON.COM | Email |
| COUNSEL TO CREDITOR ANCOROTTI COSMETICS S.P.A. | SMITH, GAMBRELL & RUSSELL, LLP | ATTN: JOHN G. MCCARTHY, ESQ., ALEXANDER BAU 1301 AVENUE OF THE AMERICAS 21ST FLOOR NEW YORK NY 10019 | JMCCARTHY@SGRLAW.COM SBAU@SGRLAW.COM | Email |
| STATE ATTORNEY GENERAL | STATE OF ALABAMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT P.O. BOX 300152 MONTGOMERY AL 36130-0152 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF ALASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT P.O. BOX 110300 JUNEAU AK 99811-0300 | ATTORNEY.GENERAL@ALASKA.GOV | Email |

In re: Revlon, Inc., et al.
Case No. 22-10760 (DSJ)

Page 8 of 15

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 2005 N CENTRAL AVE PHOENIX AZ 85004-2926 | AGINFO@AZAG.GOV | Email |
| STATE ATTORNEY GENERAL | STATE OF ARKANSAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 323 CENTER ST. SUITE 200 LITTLE ROCK AR 72201-2610 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT P.O. BOX 944255 SACRAMENTO CA 94244-2550 | BANKRUPTCY@COAG.GOV | Email |
| STATE ATTORNEY GENERAL | STATE OF COLORADO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT RALPH L. CARR COLORADO JUDICIAL CENTER 1300 BROADWAY 10TH FLOOR DENVER CO 80203 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 55 ELM ST. HARTFORD CT 06106 | ATTORNEY.GENERAL@CT.GOV | Email |
| STATE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT CARVEL STATE OFFICE BLDG. 820 N. FRENCH ST. WILMINGTON DE 19801 | ATTORNEY.GENERAL@STATE.DE.US | Email |
| STATE ATTORNEY GENERAL | STATE OF FLORIDA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT THE CAPITOL PL 01 TALLAHASSEE FL 32399-1050 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF GEORGIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 40 CAPITAL SQUARE SW ATLANTA GA 30334-1300 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF HAWAII ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 425 QUEEN ST. HONOLULU HI 96813 | HAWAIIAG@HAWAII.GOV | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE ATTORNEY GENERAL | STATE OF IDAHO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>700 W. JEFFERSON STREET<br>P.O. BOX 83720<br>BOISE ID 83720-1000 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>100 WEST RANDOLPH STREET<br>CHICAGO IL 60601 | WEBMASTER@ATG.STATE.IL.US | Email |
| STATE ATTORNEY GENERAL | STATE OF INDIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>INDIANA GOVERNMENT CENTER SOUTH<br>302 W. WASHINGTON ST. 5TH FLOOR<br>INDIANAPOLIS IN 46204 | INFO@ATG.IN.GOV | Email |
| STATE ATTORNEY GENERAL | STATE OF IOWA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>1305 E. WALNUT STREET<br>DES MOINES IA 50319 | WEBTEAM@AG.IOWA.GOV | Email |
| STATE ATTORNEY GENERAL | STATE OF KANSAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>120 SW 10TH AVE. 2ND FLOOR<br>TOPEKA KS 66612-1597 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>700 CAPITOL AVENUE SUITE 118<br>FRANKFORT KY 40601 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 94095<br>BATON ROUGE LA 70804-4095 | CONSUMERINFO@AG.STATE.LA.US | Email |
| STATE ATTORNEY GENERAL | STATE OF MAINE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>6 STATE HOUSE STATION<br>AUGUSTA ME 04333 | OAG.MEDIATION@MAINE.GOV | Email |
| STATE ATTORNEY GENERAL | STATE OF MARYLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>200 ST. PAUL PLACE<br>BALTIMORE MD 21202-2202 | OAG@OAG.STATE.MD.US | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE ATTORNEY GENERAL | STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT ONE ASHBURTON PLACE BOSTON MA 02108-1698 | AGO@STATE.MA.US | Email |
| STATE ATTORNEY GENERAL | STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT G. MENNEN WILLIAMS BUILDING 7TH FLOOR 525 W. OTTAWA ST. P.O. BOX 30212 LANSING MI 48909-0212 | MIAG@MICHIGAN.GOV | Email |
| STATE ATTORNEY GENERAL | STATE OF MINNESOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 1400 BREMER TOWER 445 MINNESOTA STREET ST. PAUL MN 55101-2131 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT WALTER SILLERS BUILDING 550 HIGH STREET SUITE 1200 P.O. BOX 220 JACKSON MS 39201 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF MISSOURI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT SUPREME COURT BUILDING 207 W. HIGH ST. JEFFERSON CITY MO 65102 | ATTORNEY.GENERAL@AGO.MO.GOV | Email |
| STATE ATTORNEY GENERAL | STATE OF MONTANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 215 N SANDERS THIRD FLOOR PO BOX 201401 HELENA MT 59620-1401 | CONTACTDOJ@MT.GOV | Email |
| STATE ATTORNEY GENERAL | STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 2115 STATE CAPITOL 2ND FL RM 2115 LINCOLN NE 68509-8920 | AGO.INFO.HELP@NEBRASKA.GOV | Email |
| STATE ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 100 NORTH CARSON STREET CARSON CITY NV 89701 | | First Class Mail |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE ATTORNEY GENERAL | STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 33 CAPITOL ST. CONCORD NH 03301 | ATTORNEYGENERAL@DOJ.NH.GOV | Email |
| STATE ATTORNEY GENERAL | STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT RJ HUGHES JUSTICE COMPLEX 25 MARKET STREET P.O. BOX 080 TRENTON NJ 08625-0080 | ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US | Email |
| STATE ATTORNEY GENERAL | STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT P.O. DRAWER 1508 SANTA FE NM 87504-1508 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 9001 MAIL SERVICE CENTER RALEIGH NC 27699-9001 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT STATE CAPITOL 600 E BOULEVARD AVE DEPT 125 BISMARCK ND 58505-0040 | NDAG@ND.GOV | Email |
| STATE ATTORNEY GENERAL | STATE OF OHIO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 30 E. BROAD ST. 14TH FLOOR COLUMBUS OH 43215 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF OKLAHOMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 313 NE 21ST STREET OKLAHOMA CITY OK 73105 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF OREGON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 1162 COURT STREET NE SALEM OR 97301 | CONSUMER.HOTLINE@DOJ.STATE.OR.US | Email |
| STATE ATTORNEY GENERAL | STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT STRAWBERRY SQUARE 16TH FLOOR HARRISBURG PA 17120 | | First Class Mail |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE ATTORNEY GENERAL | STATE OF RHODE ISLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 150 SOUTH MAIN STREET PROVIDENCE RI 02903 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT P.O. BOX 11549 COLUMBIA SC 29211-1549 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 1302 EAST HIGHWAY 14 SUITE 1 PIERRE SD 57501-8501 | CONSUMERHELP@STATE.SD.US | Email |
| STATE ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT CAPITOL STATION PO BOX 12548 AUSTIN TX 78711-2548 | PUBLIC.INFORMATION@OAG.STATE.TX.US | Email |
| STATE ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT PO BOX 142320 SALT LAKE CITY UT 84114-2320 | UAG@UTAH.GOV | Email |
| STATE ATTORNEY GENERAL | STATE OF VERMONT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 109 STATE ST. MONTPELIER VT 05609-1001 | AGO.INFO@VERMONT.GOV | Email |
| STATE ATTORNEY GENERAL | STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 900 EAST MAIN STREET RICHMOND VA 23219 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF WASHINGTON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 1125 WASHINGTON ST. SE P.O. BOX 40100 OLYMPIA WA 98504-0100 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT STATE CAPITOL BLDG 1 ROOM E 26 CHARLESTON WV 25305 | CONSUMER@WVAGO.GOV | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE ATTORNEY GENERAL | STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT WISCONSIN DEPARTMENT OF JUSTICE STATE CAPITOL ROOM 114 EAST P.O. BOX 7857 MADISON WI 53707-7857 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF WYOMING ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 123 CAPITOL BUILDING 200 W. 24TH STREET CHEYENNE WY 82002 | | First Class Mail |
| COUNSEL TO FLYWHEEL DIGITAL, LLC | STREUSAND, LANDON, OZBURN & LEMMON, LLP | ATTN: SABRINA L. STREUSAND 1801 S. MOPAC EXPRESSWAY SUITE 320 AUSTIN TX 78746 | STREUSAND@SLOLLP.COM | Email |
| COUNSEL TO TN DEPT OF REVENUE | TENNESSEE ATTORNEY GENERAL'S OFFICE | ATTN: BANKRUPTCY DIVISION P.O. BOX 20207 NASHVILLE TN 37202-0207 | AGBANKNEWYORK@AG.TN.GOV | Email |
| COUNSEL TO GIVAUDAN FRAGRANCES CORP., CUSTOM ESSENCE LLC AND UNGERER & CO. | THOMPSON HINE LLP | ATTN: JONATHAN S. HAWKINS DISCOVERY PLACE 10050 INNOVATION DR. #400 MIAMISBURG OH 45432 | JONATHAN.HAWKINS@THOMPSONHINE.COM | Email |
| STATE ATTORNEY GENERAL | UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT US DEPT OF JUSTICE 950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001 | | First Class Mail |
| UNITED STATES ATTORNEY'S OFFICE FOR THE SOUTHERN DISTRICT OF NEW YORK | US ATTORNEY FOR SOUTHERN DISTRICT OF NEW YORK | ATTN: BANKRUPTCY DIVISION 86 CHAMBERS STREET 3RD FLOOR NEW YORK NY 10007 | JEFFREY.OESTERICHER@USDOJ.GOV CARINA.SCHOENBERGER@USDOJ.GOV LAWRENCE.FOGELMAN@USDOJ.GOV PETER.ARONOFF@USDOJ.GOV LINDA.RIFFKIN@USDOJ.GOV | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO MACANDREWS & FORBES HOLDINGS, INC. | WACHTELL, LIPTON, ROSEN & KATZ | ATTN: JOSHUA A. FELTMAN, ESQ., JOSEPH C. CELENTINO, ESQ. 51 WEST 52ND STREET NEW YORK NY 10019-6150 | JAFELTMAN@WLRK.COM JCCELENTINO@WLRK.COM | Email |
| STATE ATTORNEY GENERAL | WASHINGTON DC ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 441 4TH STREET NW WASHINGTON DC 20001 | OAG@DC.GOV | Email |
| COUNSEL TO FIABILA USA, INC. | WILEY MALEHORN SIROTA & RAYNES | ATTN: JAMES M. MCCREEDY, ESQ. 250 MADISON AVENUE MORRISTOWN NJ 07960 | JMCCREEDY@WMSRLAW.COM | Email |

**Exhibit B**

Exhibit B
Ordinary Course Professional Service List
Served via first class mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY |
|------|-----------|-----------|-----------|-----------|------|-------|-------------|---------|
| AAA LEGAL SERVICES | 732 N DIAMOND BAR BLVD | SUITE 210 | | | DIAMOND BAR | CA | 91765 | |
| ABENTE STEWART | EL DORADO NO 212 | ABOGADOS-PROPIEDAD INTELECTUAL | | | ASUNCION | | 1586 | PARAGUAY |
| ACCENTURE (UK) LTD | 30 FENCHURCH STREET | | | | LONDON | | EC3N 3BD | UNITED KINGDOM |
| ACCENTURE LLP | 161 N CLARK STREET | | | | CHICAGO | IL | 60601 | |
| ADVOCACIA RODRIGUES DO AMARAL | 10 EAST 40TH STREET 21ST FLOOR | | | | NEW YORK | NY | 10016 | |
| ADVOCACIA RODRIGUES DO AMARAL | RUA DE ROCIO 291 7 ANDAR | | | | SAO PAULO | | | BRAZIL |
| AJ PARK IP LIMITED | LEVEL 22 1 WILLIS STREET | | | | WELLINGTON | | 6021 | NEW ZEALAND |
| AJ PARK IP LIMITED | PO BOX 852 | | | | WELLINGTON | | 6140 | NEW ZEALAND |
| ALESSANDRI & COMPANIA | 701 BRICKELL AVE SUITE 2250 | | | | MIAMI | FL | 33131 | |
| AON CONSULTING INC | 29695 NETWORK PLACE | | | | CHICAGO | IL | 60673-1296 | |
| AON RISK SERVICES | 199 WATER STREET | | | | NEW YORK | NY | 10038-3551 | |
| AWA DENMARK A/S | STRANDGADE 56 | | | | COPENHAGEN K | | 1401 | DENMARK |
| BERESKIN & PARR | 40 KING STREET WEST 40TH FLOOR | | | | TORONTO | ON | M5H 3Y2 | CANADA |
| BERESKIN & PARR | SCOTIA PLAZA | 40 KING STREET WEST, 40TH FLOOR | | | TORONTO | ON | M5H 3Y2 | CANADA |
| BINSO INTELLECTUAL PROPERTY LAW FIRM | NARODENFRONT 7/4 P.O.BOX 768 | | | | SKOPJE | | 1000 | MACEDONIA |
| BIRD & BIRD LLP | MAXIMILIANSPLATZ 22 | | | | MUNCHEN | | 80333 | GERMANY |
| BRANN AB | BOX 17192 VASTGOTAGATAN 2 | | | | STOCKHOLM | | 10462 | SWEDEN |
| BUFETE MEJIA & ASOCIADOS | 1 Y 2 CALLE S. O., 20 AVE. "A", BO | | | | SAN PEDRO SULA | | 504 | HONDURAS |
| BUSTAMANTE FABARA | AV. RÍO AMAZONAS & QUITO | | | | QUITO | | 170143 | ECUADOR |
| CABINET BOUKRAMI | P.O. BOX 157 CENTRE DE TRI | | | | | | | ALGERIA |
| CABINET DE LESPINASSE | 37  RUE BOIS PATATE | HT 6115 | | | PORT-AU-PRINCE | | | HAÏTI |
| CAMERON & SHEPHERD | PO BOX 10109 | 2 AVENUE OF THE REPUBLIC | | | | | | GUYANA |
| CARRINGTON & SEALY | BELMONT HOUSE | P. O. BOX 36 BELMONT ROAD | | | ST. MICHAEL | | | BARBADOS W.I. |
| CAVELIER ABOGADOS | CARRERA 4 #72- 35 EDIFICIO SISKI | | | | BOGOTA | | 110221 | COLOMBIA |
| CAVELIER ABOGADOS CO | EDIFICIO SISKI CARRERA 4 NO 72 - 35 | | | | BOGOTA | | | COLOMBIA |
| CENTURY TRADEMARK AGENCIES | L G SMITH BLVD 48 BOX 1060 | | | | O'STAD | | | ARUBA |
| CERMAK A SPOL | ELISKY PESKOVE 735/15 | | | | PRAHA 5 | | 150 00 | CZECH REPUBLIC |
| CLARKE MODET Y CO CHILE LTDA | HUERFANOS 835, 10TH FL, SUITE 1001 | | | | SANTIAGO | | | CHILE |
| CMS BUREAU FRANCIS LEFEBVRE | 2 RUE ANCELLE | | | | NEUILLY-SUR-SEINE | | 92200 | FRANCE |
| CMS CAMERON MCKENNA LLP | 160 ALDERSGATE STREET | | | | LONDON | | EC1A 4DD | UNITED KINGDOM |
| CMS CAMERON MCKENNA LLP | CANNON STREET | | | | LONDON | | EC4N 6AF | UNITED KINGDOM |
| CMS CAMERON MCKENNA NABARRO OLSWANG LLP | CANNON PLACE, 78 CANNON STREET | | | | LONDON | | EC4N 6AF | UNITED KINGDOM |
| CMS DERKS STAR BUSMANN N.V. | PARNASSUSWEG 737 | | | | AMSTERDAM | | | NETHERLANDS |
| COHEN, ZIFFER, FRENCHMAN & MCKENNA | 1325 AVENUE OF THE AMERICAS | | | | NEW YORK | NY | 10019 | |
| COMPENSATION ADVISORY PARTNERS LLC | 1133 AVENUE OF THE AMERICAS | | | | NEW YORK | NY | 10036 | |
| CONYERS DILL AND PEARMAN | CLARENDON HOUSE,  2 CHURCH STREET | | | | HAMILTON | | HM11 | BERMUDA |
| COZEN AND O'CONNOR | 1650 MARKET STREET, SUITE 2800 | | | | PHILADELPHIA | PA | 19103 | |

Exhibit B
Ordinary Course Professional Service List
Served via first class mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY |
|------|-----------|-----------|-----------|-----------|------|-------|-------------|---------|
| CUATRECASAS GONCALVES PEREIRA | AVENIDA DIAGONAL 191 | | | | BARCELONA | | 08018 | SPAIN |
| CURACAO TRADEMARK AGENCY INC | PO BOX 686 | | | | WILLEMSTAD | | 1000 BV | CURACAO |
| DANNEMANN SIEMSEN | AVENIDA RODOLFO AMOEDO 300 | BARRA DA TIJUCA | | | RIO DE JANEIRO | | 22620-350 | BRAZIL |
| DANUBIA | 16 BAJCSY-ZS UT | | | | BUDAPEST | | H-1051 | HUNGARY |
| DAVIS & GILBERT LLP | 1675 BROADWAY | | | | NEW YORK | NY | 10019 | |
| DAVIS AND GILBERT | 1675 BROADWAY | | | | NEW YORK | NY | 10019 | |
| DEACONS | 18 CHATER ROAD ALEXANDRA HOUSE | CENTRAL | | | | | | HONG KONG |
| DEACONS | 5TH FLOOR ALEXANDRIA HOUSE | 18 CHATER ROAD | | | CENTRAL | | DX-009010 | CHINA |
| DEACONS | ALEXANDRA HOUSE 3RD 6TH | | | | | | | HONG KONG |
| DELOITTE AND TOUCHE LLP | 100 KIMBALL DRIVE | | | | PARSIPPANY | NJ | 07054 | |
| DERIS PATENTS & TRADEMARKS AGENCY | İNEBOLU SOKAK | NO:5 | DERIS PATENT BUILDING | KABATAŞ | SETÜSTÜ | | 34427 | İSTANBUL |
| DORSEY & WHITNEY LLP | 50 SOUTH SIXTH STREET | SUITE 1500 | | | MINNEAPOLIS | MN | 55402-1498 | |
| DORSEY AND WHITNEY LLP | PO BOX 1680 | | | | MINNEAPOLIS | MN | 55402 | |
| DOUBINSKY & OSHAROVA | ZHILYANSKA STREET THIRD FLOOR, 37 | | | | KIEV | | 01033 | UKRAINE |
| DR CHRISTOS A THEODOULOU  LLC | 9 W. WEIR STREET AND 5 CORAIS STREE | | | | LARNACA | | 6308 | CYPRUS |
| DR HELEN G. PAPACONSTANTINOU AND PARTNER | 2 COUMBARI STREET | | | | ATHENS | | 10674 | GREECE |
| DR. ALEXANDER AGHAYAN & ASSOCIATES | NO. 78/3 GREGOR ARZROONIE | KOMITAS | | | YEREVAN | | 1135618861 | ARMENIA |
| DR. SHLOMO COHEN & CO. | B.S.R. TOWER 3 | 5 KINERET STREET | | | BNEI BRAK | | 62038 | ISRAEL |
| ERNST & YOUNG LLP | 200 PLAZA DRIVE | | | | SECAUCUS | PA | 07094 | |
| EVERSHEDS LLP | 8 PLACE D IENA | | | | PARIS | | 75116 | FRANCE |
| EVERSHEDS LLP | ONE WOOD STREET | | | | LONDON | | EC2V7WS | UNITED KINGDOM |
| EVERSHEDS SUTHERLAND | ONE EARLSFORT CENTRE | | | | EARLSFORT TERRACE | | | IRELAND (EIRE) |
| EVERSHEDS SUTHERLAND (INTERNATIONAL | 70 GREAT BRIDGEWATER STREET | | | | MANCHESTER | | M1 5ES | UNITED KINGDOM |
| F.R. KELLY & CO. | 27 CLYDE ROAD | | | | DUBLIN | | | IRELAND (EIRE) |
| FAEGRE DRINKER BIDDLE AND R | ONE LOGAN SQUARE, STE 2000 | | | | PHILADELPHIA | PA | 19103-6996 | |
| FOX ROTHSCHILD LLP | 49 MARKET STREET | | | | MORRISTOWN | NJ | 07960-5122 | |
| FRANCISCO ESPINOSA BELLIDO | 3832, OF. 701, AV | PASEO DE LA REPUBLICA | SAN ISIDRO | PISO 7 | LIMA | | 27 | PERU |
| GALLOWAY & COMPANY | 24 LANARK RD | BELGRAVIA | | | HARARE | | | ZIMBABWE |
| GASTAO DA CUNHA FERREIRA LDA. | RUA DOS BACALHOEIROS 4 | | | | LISBOA | | 1100-070 | PORTUGAL |
| GILAT BAREKET & CO | 26A  HABARZEL | | | | | | | ISRAEL |
| GILBERT & TOBIN | 200 L35 TOWER TWO INTER TOWERS SYDN | | | | BARANGAROO | | 2000 | AUSTRALIA |
| GROOM LAW GROUP | 1701 PENNSYLVANIA AVENUE NW | | | | WASHINGTON | DC | 20006 | |
| GUY JOSÉ BENDAÑA-GUERRERO & AS. | ROTONDA EL GÜEGÜENSE 1 C | | | | MANAGUA | | | COSTA RICA |
| HAMLYNS LLP | SUNDIAL HOUSE | HIGH STREET | HORSELL, WOKING | | SURREY | | GU21 4SU | UNITED KINGDOM |
| HARRY B. SANDS, LOBOSKY AND CO. | FIFTY SHIRLEY STREET | | | | NASSAU | | 8FJLX5 | BAHAMAS |
| HAWKINS PARNELL & YOUNG LLP | 303 PEACHTREE ST. NE STE 4000 | | | | ATLANTA | GA | 30308-3243 | |
| HAWKINS PARNELL & YOUNG LLP | Attn: Edward Abbot | 275 MADISON AVENUE, 10TH FLOOR | | | NEW YORK | NY | 10016 | |
| HEINONEN & CO. | FREDRIKINKATU 61 A | | | | HELSINKI | | FIN-00101 | FINLAND |
| HOET & PARTNERS | TORRE IASA | PISO 3 | AV. EUGENIO MENDOZA | PLAZA LA CASTELLAN | CARACAS | | 1060 | VENEZUELA |
| HOLLAND & KNIGHT LLP | PO BOX 864084 | | | | ORLANDO | FL | 32886-4048 | |
| HOLLAND AND KNIGHT | ATTN: PHILLIP W. NELSON & JOSHUA M. SPENCER | 150 NORTH RIVERSIDE PLAZA | SUITE 2700 | | CHICAGO | IL | 60606 | |

In re: Revlon, Inc., et al.
Case No. 22-10760 (DSJ)

Page 2 of 5

Exhibit B
Ordinary Course Professional Service List
Served via first class mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| HOMBURGER AG | HARDSTRASSE 201 PRIME TOWER | | | | ZURICH | | 8037 | SWITZERLAND |
| HSLEGAL LLP | NO 3PHILLIP STREET,12-04 ROYAL GROU | | | | SINGAPORE | | 048624 | SINGAPORE |
| HSM IP LTD | 720 WEST BAY ROAD, SUITE 3 | | | | GRAND CAYMAN | | 1207 | CAYMAN ISLANDS |
| HSM IP LTD | SUITE 3 BUCKINGHAM SQUARE | 720 WEST BAY ROAD | PO BOX 31726 | | GRAND CAYMAN | | KY1 1207 | CAYMAN ISLANDS |
| ICAZA, GONZALEZ-RUIZ & ALEMAN | 5TO PISO EDIFICIO IGRA | C. AQUILINO DE LA GUARDIA NO. 8 | | | | | | PANAMA |
| ISLER & PEDRAZZINI AG | GOTTHARDSTRASSE 53 | PO BOX 1772 | | | ZURICH | | 8027 | SWITZERLAND |
| ISLER AND PEDRAZZINI AG | GIESSHUBELSTRASSE 45 | | | | ZURICH | | 8027 | SWITZERLAND |
| J&A GARRIGUES S.L.P. | HERMOSILLA 3 | | | | MADRID | | 28001 | SPAIN |
| J. ROBBINS & COMPANY CPA, LLC | PO BOX 177206 | 18001 SW 41ST ST MIRAMAR | | | MIAMI | FL | 33029 | |
| J.D. SELLIER & CO. | PO BOX 116 | | | | PORT OF SPAIN | | | TRINIDAD & TOBAGO |
| JACKSON LEWIS PC | PO BOX 416019 | | | | BOSTON | MA | 02241-6019 | |
| JENNER & BLOCK LLP | 353 N CLARK STREET | | | | CHICAGO | IL | 60654-3456 | |
| JONES & CIA. S.A. | PLAZA CAGANCHA 1335 | | | | MONTEVIDEO | | 11100 | URUGUAY |
| JONES DAY | 250 VESEY STREET | | | | NEW YORK | NY | 10281 | |
| JONES DAY | 4 RUE DE LA REGENCE | REGENTSCHAPSSTRAAT 4 | | | BRUSSELS | | 1000 | BELGIUM |
| KAISER BOHLER | RUE DES BATTOIRS 7 | | | | GENÈVE | | 1205 | SWITZERLAND |
| KIM & CHANG | 39 SAJIK-RO 8-GIL, JONGNO-GU | | | | SEOUL  KOREA | | 03170 | KOREA, REPUBLIC OF |
| KIM & CHANG | JEONGDONG BUILDING, 17F | 21-15 JEONGDONG-GIL | | | JUNG-GU SEOUL | | 04518 | KOREA, REPUBLIC OF |
| KIM & CHANG INC | 21-15 JEONGDONG-GIL JUNG-GU | | | | SEOUL | | 04518 | KOREA, REPUBLIC OF |
| KING & SPALDING LLP | PO BOX 116133 | | | | ATLANTA | GA | 30368-6133 | |
| KIRKLAND & ELLIS LLP | FIFTEENTH STREET N.W. | | | | WASHINGTON | DC | 20005 | |
| KLIMENT & HENHAPEL PATENTANWALTE OG | GONZAGAGASSE 15 | | | | WIEN | | 1010 | AUSTRIA |
| KRAMER LEVIN NAFTALIS & FRANKEL, LL | 1177 AVE OF THE AMERICAS | | | | NEW YORK | NY | 10036 | |
| LALL & SETHI | D-17 SOUTH EXTENSION | | | | NEW DELHI | | 110049 | INDIA |
| LALL & SETHI | D-17 SOUTH EXTENSION II | | | | NEW DELHI | | 110001 | INDIA |
| LEGAL GROUP ADVOCATES | SUITE W-30 | | | | DUBAI | | 11784 | UNITED ARAB EMIRATES |
| LONGACRE SQUARE PARTNERS LLC | 7708 CRAIGHURST LOOP | | | | TRINITY | FL | 34655 | |
| LOYENS & LOEFF | FRED ROESKESTRAAT 100 | | | | ED AMSTERDAM | | 1076 | NETHERLANDS |
| MARVAL & O'FARRELL | AV. LEANDRO N. ALEM 928 | | | | BUENOS AIRES | | 1001 | ARGENTINA |
| MARXER & PARTNER | HEILIGKREUZ 6 | 9490 VADUZ | | | | | | LIECHTENSTEIN |
| MEER & HASAN | 306 - AL FAISAL PLAZA | 48 THE MALL LAHORE | 54000 | | | | | PAKISTAN |
| MITSCHERLICH  PARTMBB | SONNENSTR. 33 | | | | MUNCHEN | | D-80538 | GERMANY |
| MITSCHERLICH  PARTMBB | MUNCHEN | | | | MUNCHEN | | D-80538 | GERMANY |
| MORGAN LEWIS & BOCKIUS LLP | 101 PARK AVENUE | | | | NEW YORK | NY | 10178-0060 | |
| MUNRO LEYS | LEVEL 3 | PACIFIC HOUSE | BUTT ST | SUVA | SUVA | | | FIJI |
| MYERS FELTCHER & GORDON | 21 EAST ST | | | | KINGSTON | | | JAMAICA |
| NAKAMURA & PARTNERS | MARUNOUCHI 3-CHOME CHIYODA-KU 3-1 | | | | TOKYO | | 100-8355 | JAPAN |
| NAKAMURA & PARTNERS | SHIN-TOKYO BUILDING 3-1 | 3-CHOME, CHIYODA-KU | | | TOKYO | | 100-8355 | JAPAN |
| NEW YORK GRANT COMPANY INC | 29 BROADWAY, SUITE 2222 | | | | NEW YORK | NY | 10006 | |
| OCTROOIBUREAU | PO BOX 266 | AW 2501 | | | THE HAGUE | | | NETHERLANDS |
| ONSAGERS AS | MUNKEDAMSVEIEN 35 | | | | OSLO | | | NORWAY |
| ONSAGERS AS | PB 6963 ST OLAVS PLASS | | | | OSLO | | 0130 | NORWAY |
| OSLER HOSKIN & HARCOURT | PO BOX 50 | 1 FIRST CANADIAN PLACE | | | TORONTO | ON | M5X 1B8 | CANADA |
| PALOMO & PORRAS ABOGADOS | DIAGONAL 6 | 10-65 ZONA 10 | CENTRO GERENCIAL LAS MARGARITAS | TORRE I OFICINA 202 | | | C.A. 0101 | CIUDAD DE GUATEMALA |
| PATENTNA PISARNA INC | COPOVA 14 PP 1725 | | | | LJUBLJANA | | SI-1001 | SLOVENIA |

In re: Revlon, Inc., et al.
Case No. 22-10760 (DSJ)

Page 3 of 5

Exhibit B
Ordinary Course Professional Service List
Served via first class mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| PATPOL INC | PO BOX 37 | | | | WARSZAWA | | 00-776 | POLAND |
| PETOSEVIC | 57 ROUTE DE LONGWY | | | | BERTRANGE | | L8080 | LUXEMBOURG |
| PHILLIPS MURRAH PC | 101 N. ROBINSON, 13TH FLOOR | | | | OKLAHOMA CITY | OK | 73102 | |
| PHILLIPS MURRAH PC | ATTENTION: KAYCE GISINGER | 101 N. ROBINSON | 13TH FLOOR | | OKLAHOMA CITY | OK | 73102 | |
| PHILLIPS ORMONDE FITZPATRICK | 300 COLLINS ST. | | | | MELBOURNE | | 3000 | AUSTRALIA |
| PHILLIPS ORMONDE FITZPATRICK | PO BOX 323 | 8007 COLLINS STREET WEST | | | MELBOURNE | | 8007 | AUSTRALIA |
| PONTE ANDRADE CASANOVA | EDIF SAN J AVE SAN JUAN BOS, PISO 5 | | | | CARACAS | | 1060 | VENEZUELA |
| PPO ABOGADOS | AMBASSADOR BUSINESS CENTER | HUGO WAST | SANTA CRUZ DE LA SIERRA | | | | | BOLIVIA |
| PRICEWATERHOUSE COOPERS LLP PWC | 1 HAY'S LANE | | | | LONDON | | SE12RD | UNITED KINGDOM |
| PRICEWATERHOUSE COOPERS LLP PWC | 300 Madison Ave | | | | NEW YORK | NY | 10017 | |
| PRICEWATERHOUSECOOPERS | 2 GLASS WHARF | | | | BRISTOL | | BS2 OFR | UNITED KINGDOM |
| RAJA, DARRYL & LOH | LEVEL 26 | MENARA HONG LEONG | NO 6, JALAN DAMANLELA | KUALA LUMPUR | BUKIT DAMANSARA | | 50490 | MALAYSIA |
| REICHARD & CALAF | 361 C. DE SAN FRANCISCO STE 4 | | | | SAN JUAN | | 901 | PUERTO RICO |
| REINHOLD COHN AND PARTNERS | PO BOX 13239 | 26A HABARZEL STREET | | | TEL-AVIV | | 6971037 | ISRAEL |
| REINHOLD COHN AND PARTNERS | PO BOX 13239 | | | | TEL AVIV | | 6113101 | ISRAEL |
| RICARDO ROMERO GUZMAN | DIAGONAL CENTROAMÉRICA NO. 5 URB. B | | | | | | | EL SALVADOR |
| | | | | | BUCUREȘTI | | | ROMANIA |
| ROMINVENT SA | STRADA ERMIL PANGRATTI 35 | | | | | | | |
| ROUSE & CO INTERNATIONAL LIMITED | 11 FL EXCHANGE TOWER 1 HARBOR EXCHA | | | | LONDON | | E14 9GE | UNITED KINGDOM |
| ROUSE & CO INTERNATIONAL OVERSEAS LTD | 4TH FLOOR CITY TOWER | 40 BASINGHALL STREET | | | LONDON | | EC2V 5DE | UNITED KINGDOM |
| SABA & CO (TMP) | CHARLES MALEK AVE. | 812 TABARIS BLDG. BLOCK A, 2ND FLR | | | BEIRUT | | | LEBANON |
| SABA & CO. | 812 TABARIS ,BLOCK C, 2ND FLOOR | | | | BEIRUT | | | LEBANON |
| SALOMONE SANSONE | 84 | 85 MELITA ST | | | VALLETTA | | | MALTA |
| SAMIL PRICEWATERHOUSECOOPERS | 92 HANGANG-DAERO | YONGSAN-GU | | | SEOUL | | 04386 | KOREA, REPUBLIC OF |
| SAPIM | C/ B.RIBERAYGUA | 39 | 4-3 – AD500 ANDORRA LA VELLA | | | | | PRINCIPAT D'ANDORRA |
| SEDIN SA | 24 RUE MERLE D'AUBIGINE | | | | GENEVA | | 1211 | SWITZERLAND |
| SEDIN SA | PO BOX 6211 CH | | | | GENEVE 6 | | 1211 | SWITZERLAND |
| SEGAL IMMIGRATION LAW | 1352 BATHURST ST | | | | TORONTO | ON | M5H 3H7 | CANADA |
| SEGAL IMMIGRATION LAW | 1352 BATHURST STREET, SUITE 201 | | | | TORONTO | ON | M5H 3H7 | CANADA |
| SHIBOLET AND CO | 4 BERKOWITZ ST | | | | TEL AVIV | | 64238 | ISRAEL |
| SIGURJONSSON & THOR EHF | LAGMULI 7 | | | | REYKJAVIK | | IS-108 | ICELAND |
| SPOOR & FISHER | 11 BYLS BRIDGE BOULEVARD | BUILDING NO. 14 | HIGHVELD EXT 73 | CENTURION | PRETORIA | | 0157 | SOUTH AFRICA |
| SPOOR & FISHER | PO BOX 281 | | | | ST.HELIER, JERSEY | | JE4 9TW | UNITED KINGDOM |
| SPOOR AND FISHER | PO BOX 454 | | | | CENTURION GAUTENG | | 0157 | SOUTH AFRICA |
| STROOCK & STROOCK & LAVAN LLP | 180 MAIDEN LANE | | | | NEW YORK | NY | 10038-4982 | |
| TILLEKE & GIBBINS | 64/1 SOI TONSON PLOENCHIT | | | | BANGKOK | | 10330 | THAILAND |
| TOWERS WATSON | WATSON HOUSEREIGATE | | | | SURREY | | RH2 9PQ | UNITED KINGDOM |
| TOWERS WATSON DELAWARE INC | 28025 NETWORK PL, LOCKBOX 28025 | | | | CHICAGO | IL | 60673-1280 | |
| TOZZINI, FREIRE, TEIXEIRA E SILVA A | RUA BORGES LAGOA, VILA CLEMENT 1328 | | | | SAO PAULO | | 04038-904 | BRAZIL |

Exhibit B
Ordinary Course Professional Service List
Served via first class mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| TRADEMARK BUREAU PARAMARIBO | VIROLA ST 53 | | | | PARAMARIBO | | | SURINAME |
| TRONCOSO Y CACERES | PO BOX 025522 | | | | MIAMI | FL | 33102 | |
| TSAR & TSAI | 8TH FL. 245 DUN HUA S. RD. SEC 1 | | | | TAIPEI | | | TAIWAN |
| UHTHOFF GOMEZ VEGA AND UHTHOFF | FILENO. 50095 LOS ANGELES LOCKBOX | | | | LOS ANGELES | CA | 90074-5009 | |
| V.O. | VEREENIGDE OCTROOIBUREAUX N.V. | P.O. BOX 87930 | 2508 DH | | THE HAGUE | | | THE NETHERLANDS |
| VAN INNIS & DELARUE | WAPENSTRAAT 1 | | | | ANTWERP | | 2000 | BELGIUM |
| VICTOR VARGAS-VALENZUELA | 1441 BRICKELL AVENUE | C/O HSBC | | | MIAMI | FL | 33131 | |
| VON WOBESER Y SIERRA SC | PASEO DE LOS | TAMARINDOS 60 | | | MEXICO CITY | | 5120 | MEXICO |
| VSETECKA ZELENY SVORCIL KALENSKY & PARTNERS | 2 HÁLKOVA 1406 | 120 00 | | | NOVÉ MÉSTO | | | CZECHIA |
| VUKMIR AND ASSOCIATES | GRAMAČA 2 L | | | | Zagreb | | 10000 | Croatia |
| WALKERS | 190 ELGIN AVENUE | | | | GEORGE TOWN | | KY1-9001 | CAYMAN ISLANDS |
| WILLIS TOWERS WATSON | 28025 NETWORK PL, LOCKBOX 28025 | | | | CHICAGO | IL | 60673-1280 | |