Paul M. Basta, Esq.
Alice Belisle Eaton, Esq.
Kyle J. Kimpler, Esq.
Robert A. Britton, Esq.
Brian Bolin, Esq.
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| REVLON, INC., *et al.*,[1] | Case No. 22-10760 (DSJ) |
| Debtors. | (Jointly Administered) |

**AMENDED AGENDA FOR HEARING TO BE HELD ON**
**JULY 22, 2022, AT 10:00 A.M. (PREVAILING EASTERN TIME)**

Time and Date of Hearing:   July 22, 2022, at 10:00 a.m. (prevailing Eastern Time)

Zoom Attendance:   The Hearing will be conducted remotely via Zoom for Government. Parties wishing to appear at the Hearing, whether in a "live" or "listen only" capacity, must make an electronic appearance through the "eCourtAppearances" tab on the Court's website (https://www.nysb.uscourts.gov/content/judge-david-s-jones) no later than 4:00 p.m. on the business day before the Hearing (the "Appearance Deadline"). Following the Appearance Deadline, the Court will circulate by email the Zoom link to the Hearing to those parties who have made an electronic appearance. Parties wishing to appear at the Hearing must

---

[1] The last four digits of Debtor Revlon, Inc.'s tax identification number are 2955. Due to the large number of debtor entities in these Chapter 11 Cases, for which the Court has granted joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/Revlon. The location of the Debtors' service address for purposes of these Chapter 11 Cases is: One New York Plaza, New York, NY 10004.

|  |  |
|---|---|
|  | submit an electronic appearance through the Court's website by the Appearance Deadline and not by emailing or otherwise contacting the Court. Additional information regarding the Court's Zoom and hearing procedures can be found on the Court's website. |
| Copies of Pleadings: | Copies of each pleading identified below can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, or (ii) from the Debtors' proposed notice and claims agent, Kroll (the "Claims Agent"), at https://cases.ra.kroll.com/revlon/ or by calling (855) 631-5341 (toll free) for U.S. and Canada-based parties or +1 (646) 795-6968 for international parties. Note that a PACER password is needed to access documents on the Court's website. |

## I. Matters to be Heard.

1. **KERP Motion.** Debtors' Motion for Entry of an Order Approving the Debtors' Key Employee Retention Plan. ECF No. 116.

   Related Filings:

   A. Debtors' Reply In Support Of Debtors' Motion For Entry Of An Order Approving The Debtors' Key Employee Retention Plan. ECF No. 218.

   B. Statement Of The Official Committee Of Unsecured Creditors In Support Of Debtors' Motion For Entry Of An Order Approving The Debtors' Key Employee Retention Plan. ECF No. 268.

   C. Notice Of Filing Revised Proposed Order Approving The Debtors' Key Employee Retention Plan. ECF No. 269.

   Response Deadline: July 15, 2022 at 4:00 p.m., prevailing Eastern Time. The response deadline for the official committee of unsecured creditors was extended until July 18, 2022 at 11:59 p.m. (prevailing Eastern Time).

   Responses Received:

   D. Objection Of The United States Trustee To Motion Of Debtors For Entry Of Order Approving Debtors' Key Employee Retention Plan. ECF No. 193.

   Status: This matter is going forward on a contested basis.

2. **KERP Sealing Motion.** Debtors' Motion Seeking Entry Of An Order Authorizing The Debtors To Seal Certain Confidential Information Related To Debtors' Key Employee Retention Plan. ECF No. 219.

<u>Related Filings</u>:

A.    None.

<u>Response Deadline</u>:  July 22, 2022, at 10:00 a.m., prevailing Eastern Time.

<u>Responses Received</u>:

B.    None.

<u>Status</u>:  This matter is going forward.

3. **Ordinary Course Professionals.**  Debtors' Motion for Entry of an Order (I) Authorizing the Retention and Payment, Effective as of the Petition Date, of Professionals Utilized by the Debtors in the Ordinary Course of Business and (II) Granting Certain Related Relief.  ECF No. 147.

   <u>Related Filings</u>:

   A.    Notice Of Filing Revised Proposed Final Order Approving Debtors' Motion For Entry Of An Order (I) Authorizing The Retention And Payment, Effective As Of The Petition Date, Of Professionals Utilized By The Debtors In The Ordinary Course Of Business And (Ii) Granting Certain Related Relief.  ECF No. 247.

   <u>Response Deadline</u>:  July 15, 2022 at 4:00 p.m., prevailing Eastern Time.  The response deadline for the official committee of unsecured creditors was extended until July 18, 2022 at 11:59 p.m. (prevailing Eastern Time).

   <u>Responses Received</u>:

   B.    Objection Of The United States Trustee To Debtors' Motion For The Entry Of An Order (I) Authorizing The Retention And Payment, Effective As Of The Petition Date, Of Professionals Utilized By The Debtors In The Ordinary Course Of Business And (II) Granting Certain Related Relief (the "<u>OCP Objection</u>").  ECF No. 194.

   <u>Status</u>:  The Debtors have incorporated comments to address the filed objection.  This matter is going forward.

4. **Wages.**  Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief.  ECF No. 8.

Related Filings:

A. Declaration of Robert M. Caruso, Chief Restructuring Officer, (I) In Support of First Day Motions and (II) Pursuant to Local Bankruptcy Rule 1007-2. ECF No. 30 (the "First Day Declaration").

B. Notice Of Filing Revised Final Order (I) Authorizing The Debtors To (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, And Reimbursable Employee Expenses And (B) Continue Employee Benefits Programs And (II) Granting Related Relief. ECF No. 267.

Response Deadline: July 15, 2022 at 4:00 p.m., prevailing Eastern Time. The response deadline for the official committee of unsecured creditors was extended until July 18, 2022 at 11:59 p.m. (prevailing Eastern Time).

Responses Received:

C. None.

Status: The Debtors have received and incorporated informal comments. This matter is going forward.

5. **Committee DIP Sealing Motion.** The Official Committee Of Unsecured Creditors' Motion For Entry Of An Order Authorizing The Committee To File Under Seal The Objection Of The Committee To Debtors' Motion For Entry Of Interim And Final Orders (I) Authorizing The Debtors To (A) Obtain Postpetition Financing And (B) Use Cash Collateral, (II) Granting Liens And Providing Superpriority Administrative Expense Status, (III) Granting Adequate Protection To Prepetition Secured Parties, (IV) Modifying Automatic Stay, (V) Scheduling A Final Hearing, And (VI) Granting Related Relief. ECF No. 241.

Related Filings:

A. None.

Response Deadline: July 22, 2022 at 10:00 a.m., prevailing Eastern Time.

Responses Received:

B. None.

Status: This matter is going forward.

II. **Adjourned Matters.**

6. **DIP Motion.** Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Superpriority Administrative Expense

Status, (II) Granting Adequate Protection to Prepetition Secured Parties, (IV) Modifying Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief.  ECF No. 28.

Related Filings:

A.  First Day Declaration.

B.  Declaration of Steven M. Zelin in Support of the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens And Provide Superpriority Administrative Expense Claims, (II) Granting Adequate Protection to Certain Prepetition Lenders, (III) Modifying Automatic Stay, (IV) Scheduling A Final Hearing, and (V) Granting Related Relief.  ECF No. 35.

C.  Superpriority Senior Secured Debtor-In-Possession Credit Agreement.  ECF No. 44.

D.  DIP Budget.  ECF No. 47.

E.  Declaration Of Sharon I. Dwoskin In Support Of The Objection Of The Official Committee Of Unsecured Creditors To Debtors' Motion For Entry Of Interim And Final Orders (I) Authorizing The Debtors To (A) Obtain Postpetition Financing And (B) Use Cash Collateral, (II) Granting Liens And Providing Superpriority Administrative Expense Status, (III) Granting Adequate Protection To Prepetition Secured Parties, (IV) Modifying Automatic Stay, (V) Scheduling A Final Hearing, And (VI) Granting Related Relief.  ECF No. 240.

Response Deadline:  July 15, 2022 at 4:00 p.m., prevailing Eastern Time.  The response deadline for SIR Roanoke LLC and One NY Plaza Co. LLC was extended until July 18, 2022 at 4:00 p.m. (prevailing Eastern Time).  The response deadline for Citibank N.A., as the 2016 term loan agent, and the ad hoc group of discharged-for-value term lenders represented by Quinn Emanuel was extended until July 19, 2022 at 12:00 p.m. (prevailing Eastern Time).  The response deadline for the ad hoc group of 2016 term loan lenders represented by Akin Gump and the official committee of unsecured creditors was extended until July 20, 2022 at 11:59 p.m. (prevailing Eastern Time).

Responses Received:

F.  Request For Adequate Protection And Response Of ABL Tranche B Lenders' Agent Relating To The Debtors' Motion For Entry Of Interim And Final Orders (I) Authorizing The Debtors To (A) Obtain Postpetition Financing And (B) Use Cash Collateral, (II) Granting Liens And Providing Superpriority Administrative Expense Status, (III) Granting Adequate

        Protection To Prepetition Secured Parties, (IV) Modifying Automatic Stay, (V) Scheduling A Final Hearing, And (VI) Granting Related Relief. ECF No. 197.

    G.    Objection Of The Official Committee Of Unsecured Creditors To Debtors' Motion For Entry Of Interim And Final Orders (I) Authorizing The Debtors To (A) Obtain Postpetition Financing And (B) Use Cash Collateral, (II) Granting Liens And Providing Superpriority Administrative Expense Status, (III) Granting Adequate Protection To Prepetition Secured Parties, (IV) Modifying Automatic Stay, (V) Scheduling A Final Hearing, And (VI) Granting Related Relief. ECF No. 239.

    H.    Joinder Of Unsecured Notes Trustee To Objection Of The Official Committee Of Unsecured Creditors To Debtors' Motion For Entry Of Interim And Final Orders (I) Authorizing The Debtors To (A) Obtain Postpetition Financing And (B) Use Cash Collateral, (II) Granting Liens And Providing Superpriority Administrative Expense Status, (III) Granting Adequate Protection To Prepetition Secured Parties, (IV) Modifying Automatic Stay, (V) Scheduling A Final Hearing, And (VI) Granting Related Relief. ECF No. 242.

Status: This matter is adjourned to the hearing schedule for July 27, 2021, at 2:00 p.m. (prevailing Eastern Time).

7.    **NOL Motion.** Debtors' Motion for Entry of Interim and Final Orders Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock of Revlon, Inc. and Claims. ECF No. 32.

Related Filings:

    A.    First Day Declaration.

    B.    Notice Of Filing Revised Proposed Final Order Approving Debtors' Motion For Entry Of Interim And Final Orders Approving Notification And Hearing Procedures For Certain Transfers Of And Declarations Of Worthlessness With Respect To Common Stock Of Revlon, Inc. And Claims Against Debtors. ECF No. 235.

Response Deadline: July 15, 2022 at 4:00 p.m., prevailing Eastern Time. The response deadline for the official committee of unsecured creditors was extended until July 18, 2022 at 11:59 p.m. (prevailing Eastern Time) and was extended to July 28, 2022 at 12:00 p.m. (prevailing Eastern Time) for newly served parties.

Responses Received:

C.   None.

Status:  This matter is adjourned to the hearing schedule for July 29, 2021, at 10:00 a.m. (prevailing Eastern Time).

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| New York, New York<br>Dated: July 21, 2022 | */s/ Robert A. Britton*<br>Paul M. Basta, Esq.<br>Alice Belisle Eaton, Esq.<br>Kyle J. Kimpler, Esq.<br>Robert A. Britton, Esq.<br>Brian Bolin, Esq.<br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>pbasta@paulweiss.com<br>aeaton@paulweiss.com<br>kkimpler@paulweiss.com<br>rbritton@paulweiss.com<br>bbolin@paulweiss.com<br><br>*Counsel to the Debtors and Debtors in Possession* |