**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| REVLON, INC., *et al.,* | : | Case No. 22-10760 (DSJ) |
|  | : |  |
|  | : | (Jointly Administered) |
| Debtors.[1] | : |  |
|  | : |  |

### ORDER AUTHORIZING THE COMMITTEE TO FILE UNDER SEAL THE OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO (A) OBTAIN POSTPETITION FINANCING AND (B) USE CASH COLLATERAL, (II) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS, (III) GRANTING ADEQUATE PROTECTION TO PREPETITION SECURED PARTIES, (IV) MODIFYING AUTOMATIC STAY, (V) SCHEDULING A FINAL HEARING, AND (VI) GRANTING RELATED RELIEF

Upon the motion (the "**Motion**") of The Official Committee of Unsecured Creditors (the "**Committee**") appointed in the Chapter 11 cases of Revlon, Inc. and its affiliated debtors (collectively, the "**Debtors**") for an entry of an order (this "**Order**"), authorizing the Committee to file under seal the Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Entry of Interim and Final Orders (i) Authorizing the Debtors to (a) Obtain Postpetition Financing and (b) Use Cash Collateral, (ii) Granting Liens and Providing Superpriority Administrative Expense Status, (iii) Granting Adequate Protection to Prepetition Secured Parties, (iv) Modifying Automatic Stay, (v) Scheduling A Final Hearing, and (vi)

---

[1] The last four digits of Debtor Revlon, Inc.'s tax identification number are 2955. Due to the large number of debtor entities in these Chapter 11 Cases, for which the Debtors have requested joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/Revlon. The location of the Debtors' service address for purposes of these Chapter 11 Cases is: One New York Plaza, New York, NY 10004.

Granting Related Relief; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the Southern District of New York, dated January 31, 2012; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Committees' notice of the Motion was appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The Committee and its members are authorized, but not directed, pursuant to sections 107(b) and 105(a) of the Bankruptcy Code, Bankruptcy Rule 9018 and Local Rule 9018-1, to file the DIP Objection under seal.

3. The DIP Objection shall remain confidential and shall not be made available to anyone other than to (i) the Court, (ii) the U.S. Trustee, (iii) counsel and financial advisors to any statutory committee on a confidential and "professionals eyes only" basis and (iv) any other party as may be agreed to by the Committee that preserves the confidentiality of such DIP Objection.

4. The Clerk of the Court shall treat the DIP Objection as confidential, and counsel for the Debtors shall contact the Clerk's Office regarding the return or disposition of the DIP Objection as soon as practicable following the effective date of any chapter 11 plan in this Case or any successor cases.

5. If the DIP Objection is attached or referred to in any future pleadings or document filed with the Court relating to the above-caption Chapter 11 Case, this Order shall apply to such pleading or document.

6. Service of the Motion, as set forth therein, is hereby deemed proper, timely, and due and sufficient notice of the Motion under the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules, and no other or further notice of the Motion is required.

7. Nothing in this Order prejudices the rights of any party in interest, including the U.S. Trustee, to seek on appropriate motion, the unsealing of the DIP Objection or any part thereof.

8. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9. The Committee and its members are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

10. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: New York, New York
July 25, 2022

                                              *s/ David S. Jones*
                                              Honorable David S. Jones
                                              United States Bankruptcy Judge