**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REVLON, INC.., *et al.*,[1] | ) | Case No. 22-10760 (DSJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

---

**GLOBAL NOTES AND STATEMENTS REGARDING THE DEBTORS' SCHEDULES**
**OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

---

**General**

Revlon, Inc. and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (the "Debtors," and together with their non-debtor affiliates, the "Company"), have filed their respective Schedules of Assets and Liabilities (collectively, the "Schedules") and the Statements of Financial Affairs (collectively, the "Statements" and, together with the Schedules, the "Schedules and Statements") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). The Debtors, with the assistance of their legal and financial advisors, prepared the unaudited Schedules and Statements in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 1007-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York (the "Local Bankruptcy Rules").

These Global Notes and Statements Regarding the Debtors' Schedules and Statements (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, all of the Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.[2] The Global Notes should be referred to and reviewed in connection with any review of the Schedules and Statements. The Global Notes are in addition to any specific notes contained in any Debtors' Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP") or any

---

[1]   The last four digits of Debtor Revlon, Inc.'s tax identification number are 2955. Due to the large number of debtor entities in these Chapter 11 Cases, for which the Debtors have requested joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/Revlon. The location of the Debtors' service address for purposes of these Chapter 11 Cases is: One New York Plaza, New York, NY 10004.

[2]   These Global Notes supplement and are in addition to any specific notes contained in each Debtor's Schedules or Statements. The fact that the Debtors have prepared a Global Note with respect to any of the individual Debtor's Schedules and Statements and not to those of another should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any of the Debtors' other Schedules and Statements, as appropriate.

other foreign jurisdiction, as applicable, nor are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review, potential adjustment, and reflect the Debtors' commercially reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

### Global Notes and Overview of Methodology

1. **General Reservation of Rights**. The Debtor reserves all rights to amend the Schedules and Statements from time to time, in any and all respects, as may be necessary or appropriate, including the right to dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, or classification, or to otherwise subsequently designate any claim ("Claim"), as defined in section 101(5) of the Bankruptcy Code, as "disputed," "contingent," or "unliquidated."

2. **Description of the Cases and "As Of" Information Date**. On June 15, 2022 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court.[3] The chapter 11 cases are being jointly administered under Case No. 22-10760 (DSJ). The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On June 16, 2022, the Bankruptcy Court entered an order directing joint administration of these chapter 11 cases [ECF No. 51]. No request for the appointment of a trustee or examiner has been made in this chapter 11 case. The Debtors have not been substantively consolidated and accordingly, each Debtor has filed its own Schedules and Statements. Where the Debtors had to convert a foreign currency to US dollars, they utilized the exchange rates published in the Wall Street Journal as of June 15, 2022. The asset information provided herein, except as otherwise noted, represents the asset data of each Debtor as of May 31, 2022, the date of the Debtors' month end closure to their balance sheet, and the liability data of each Debtor as of the close of business on the Petition Date.

3. **Global Notes Control**. Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments. In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

4. **Reservations and Limitations**. Commercially reasonable efforts were made to prepare and file complete and accurate Schedules and Statements. The Debtors reserve all rights to amend and supplement the Schedules and Statements as may be necessary or appropriate but do not undertake any obligation to do so, except as required by applicable law. Nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtors' rights or an admission of any kind with respect to these chapter 11 cases, including, but not limited to, any claims against the Debtors, any rights or claims of the Debtors against any third party or any issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant

---

[3]   Certain Debtors filed their voluntary petitions on June 16, 2022.

applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Nothing contained in the Schedules and Statements or the Global Notes is intended as, or should be construed as, an admission or stipulation of the validity of any claim against the Debtors, any assertion made therein or herein, or a waiver of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

(a)     **Net Book Value of Assets.** Unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of May 31, 2022. For the avoidance of doubt, nothing contained in the Schedules and Statements is indicative of the Debtors' enterprise value. Book values of assets prepared in accordance with GAAP generally do not reflect the current performance of the assets and may differ materially from the actual value and/or performance of the underlying assets. As such, the value listed in these Schedules and Statements cannot be, and was not, used to determine the Debtors' enterprise valuation.

(b)     **Recharacterization and Classifications**. The Debtors have made commercially reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements. However, the Debtors may have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' business. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as necessary or appropriate, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

(c)     **Classifications**. Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract.

(d)     **Claims Description**. Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtors that such claim or amount is not "contingent," "unliquidated," or "disputed." The Debtors reserve all of their rights to dispute, or to assert offsets or defenses to, any claim reflected on their Schedules or Statements on any grounds, including, but not limited to, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed." Moreover, the Debtors reserve all of their rights to amend their Schedules and Statements as necessary and appropriate. Listing a claim does not constitute an admission of liability by the Debtors.

(e)     **Estimates and Assumptions**. The preparation of the Schedules and Statements required the Debtors to make reasonable estimates and assumptions with respect to the

reported amounts, including but not limited to, amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of filing the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results could differ materially from such estimates. The Debtors reserve all rights to amend the reported amounts of assets and liabilities, contingent assets and contingent liabilities, and revenues and expenses to reflect changes in those estimates or assumptions.

(f)     **Causes of Action**. Despite their commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action (filed or potential) against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

(g)     **Intellectual Property Rights**. Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner, however, in some instances, intellectual property owned by one Debtor may, in fact, be owned by another. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

(h)     **Insiders**. In circumstances where the Schedules and Statements require information regarding "insiders," the relevant Debtor has included information with respect to the individuals and entities that the Debtor believes may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods. Such individuals may no longer serve in such capacities. Persons and entities listed as "insiders" have been included for informational purposes only. The Debtor reserves all rights to dispute whether someone identified in response to Question 4 of

the Statement is in fact an "insider" as defined in section 101(31) of the Bankruptcy Code.

2. **Methodology**.

(a)  **Basis of Presentation**. For financial reporting purposes, the Debtors and certain of their non-Debtor affiliates ordinarily prepare consolidated financial statements. Combining the assets and liabilities set forth in the Debtors' Schedules and Statements would result in amounts that would be substantially different from financial information that would be prepared on a consolidated basis under GAAP. Therefore, these Schedules and Statements do not purport to represent financial statements prepared in accordance with GAAP or any other generally accepted accounting principles of foreign jurisdictions, as applicable, nor are they intended to fully reconcile to the financial statements prepared by the Debtors. Unlike the consolidated financial statements, the Schedules and Statements reflect the assets and liabilities of each separate Debtor, except where otherwise indicated. Accordingly, the totals listed in the Schedules will likely differ, at times materially, from the consolidated financial reports prepared by the Debtors for financial reporting purposes or otherwise.

The Schedules and Statements are not intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' commercially reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis. Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time prior to the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time prior to the Petition Date.

(b)  **Confidential or Sensitive Information**. There may be instances in the Schedules and Statements where the Debtors deemed it necessary and appropriate to redact from the public record, information such as names, addresses, or amounts. Typically, the Debtors have used this approach because of an agreement between the Debtors and a third party, local restrictions on disclosure, concerns about the confidential or commercially sensitive nature of certain information, or concerns for the privacy of an individual (including as authorized by the *Order (I) Authorizing the Debtors to (A) Prepare a List of Creditors in lieu of Submitting a Formatted Mailing Matrix and (B) File a Consolidated List of the Debtors' 50 Largest Unsecured Creditors, (II) Authorizing the Debtors to Redact Certain Personal Identification Information for Individual Creditors, (III) Approving the Form and Manner of Notifying Creditors of Commencement of these Chapter 11 Cases, and (IV) Granting Related Relief* [ECF No. 75] (the "Creditor Matrix Order"). The alterations were limited to only what is necessary to protect the Debtors or a third party.

(c)  **Duplication**.  Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in multiple parts of the Statements and Schedules.  To the extent these disclosures would be duplicative, the Debtors have determined to only list such assets, liabilities, and prepetition payments once.

(d)  **Executory Contracts**.  Although the Debtors made diligent efforts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so.  Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

(e)  **Umbrella or Master Agreements**.  Contracts listed in the Schedules and Statements may be umbrella or master agreements that cover relationships with some or all of the Debtors.  Where relevant, such agreements have been listed in the Schedules and Statements only of the Debtor that signed the original umbrella or master agreement.

(f)  **Leases**.  The Debtors have not included in the Schedules and Statements the future obligations of any capital or operating leases.  To the extent that there was an amount outstanding as of the Petition Date, the creditor has been included on Schedule F of the Schedules.

(g)  **Valuation**.  It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations of all of their assets.  Accordingly, unless otherwise indicated, net book values as of May 31, 2022 are reflected on the Schedules and Statements.  Exceptions to this include operating cash and certain other assets.  Operating cash is presented at bank balance as of the Petition Date.  Certain other assets, such as investments in subsidiaries and other intangible assets, are listed at undetermined amounts, as the net book values may differ materially from fair market values.  Amounts ultimately realized may vary from net book value (or whatever value was ascribed) and such variance may be material.  Accordingly, the Debtors reserve all of their rights to amend or adjust the value of each asset set forth herein.  In addition, the amounts shown for total liabilities exclude items identified as "unknown" or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.  Assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value.  The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset.  Nothing in the Debtors' Schedules and Statements shall be, or shall be deemed to be, an admission that any Debtor was solvent or insolvent as of the Petition Date or any time prior to the Petition Date.

(h)  **Property and Equipment**.  Unless otherwise indicated, owned property and equipment are stated at net book value.  The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors.  To the extent possible, any such leases are set forth in the Schedules and Statements.  Nothing in the Schedules and Statements

is or shall be construed as an admission as to the determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all of their rights with respect to same.

(i)    **Undetermined Amounts**.  The description of an amount as "undetermined" is not intended to reflect upon the materiality of such amount.

(j)    **Unliquidated Amounts**.  Amounts that could not be fairly or readily quantified by the Debtors are scheduled as "unliquidated."

(k)    **Totals**.  All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.  The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.  To the extent a Debtor is a guarantor of debt held by another Debtor, the amounts reflected in these Schedules are inclusive of each Debtor's guarantor obligations.

(l)    **Allocation of Liabilities**.  The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change.  The Debtors reserve the right to amend the Schedules and Statements as they deem appropriate in this regard.

The liabilities listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

(m)    **Paid Claims**.  Pursuant to certain orders of the Bankruptcy Court entered in the Debtors' chapter 11 cases entered on or about July 21, 2020 (collectively, the "First Day Orders"), the Debtors were authorized (but not directed) to pay, among other things, certain prepetition claims of employees, lienholders, customer obligations, claimants under section 503(b)(9) of the Bankruptcy Code, and taxing authorities.  Accordingly, certain prepetition liabilities that have been reduced by postpetition payments made on account of prepetition liabilities have been omitted from the Schedules and Statements.  To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all of their rights to amend or supplement the Schedules and Statements or take other action as is necessary or appropriate to avoid overpayment of or duplicate payments for any such liabilities.  In addition and regardless of whether such claims are listed in the Schedules and Statements, to the extent claims are paid pursuant to an order of the Bankruptcy Court (including the First Day Orders), the Debtors reserve all rights to amend or supplement their Schedules and Statements.

(n) **Other Paid Claims**.  To the extent the Debtors have reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts listed in the Debtors' Schedules and Statements, and shall be enforceable by all parties, subject to any necessary Bankruptcy Court approval.  To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment of or duplicate payments for such liabilities.  Nothing contained herein should be deemed to alter the rights of any party in interest to contest a payment made pursuant to an order of the Bankruptcy Court where such order preserves the right to contest.

(o) **Credits and Adjustments**.  The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may either (a) not reflect credits, allowances, or other adjustments due from such creditors to the Debtors or (b) be net of accrued credits, allowances, or other adjustments that are actually owed by a creditor to the Debtors on a postpetition basis on account of such credits, allowances, or other adjustments earned from prepetition payments and postpetition payments, if applicable.  The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claim objections and/or setoffs with respect to the same.

(p) **Intercompany Claims**.  Receivables and payables among and between the Debtors and (i) other Debtors or (ii) their non-Debtor affiliates, are reported on Statement 4, Schedule A/B, and Schedule E/F, respectively, per the Debtors' unaudited books and records.  As described more fully in the *Debtors Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions, and (II) Granting Related Relief* [ECF No. 7] (the "Cash Management Motion"), the Debtors engage in a range of intercompany transactions in the ordinary course of business.  Pursuant to the *Final Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions, and (II) Granting Related Relief* [ECF No. 266] (the "Cash Management Order"), the Bankruptcy Court has granted the Debtors authority to continue to engage in intercompany transactions in the ordinary course of business subject to certain limitations set forth therein.  Thus, intercompany balances as of the May 31, 2022, as set forth on Statement 4 and in Schedule A/B and Schedule E/F may not accurately reflect current positions.

The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission of the characterization of such balances as debt, equity, or otherwise or an admission as to the validity of such receivables and payables.  For the avoidance of doubt, the Debtors reserve all rights, claims, and defenses in connection with any and all intercompany receivables and payables,

including, but not limited to, with respect to the characterization of intercompany claims, loans, and notes. Without limiting the generality of the foregoing, certain intercompany receivables and payables among and between the Debtors have been consolidated and netted in the Debtors' books and records. Such treatment is not, and should not be construed as, an admission or conclusion of the Debtors regarding the allowance, classification, characterization of the amount and/or validity or priority of any such intercompany receivables and payables or the validity of any netting or offsets per the Debtors' books and records. The Debtors take no position in these Schedules and Statements as to whether any such amounts would be allowed as a claim or an interest, or not allowed at all. The listing of these amounts is not necessarily indicative of the ultimate recovery, if any, on any intercompany asset account or the impairment or claim status of any intercompany liability account. The Debtors reserve all rights to later change the amounts, characterization, classification, categorization, or designation of intercompany accounts reported in the Schedules and Statements.

In addition, certain of the Debtors act on behalf of other Debtors. Commercially reasonable efforts have been made to indicate the ultimate beneficiary of a payment or obligation. Whether a particular payment or obligation was incurred by the entity actually making the payment or incurring the obligation is a complex question of applicable non-bankruptcy law, and nothing herein constitutes an admission that any Debtor entity is an obligor with respect to any such payment. The Debtors reserve all rights to reclassify any payment or obligation as attributable to another entity and all rights with respect to the proper accounting and treatment of such payments and liabilities.

As more fully described in the Cash Management Motion, the Debtors recorded numerous intercompany transactions in their books and records each month, including cash transfers and journal entries. Instead of listing each of these numerous transactions and entries in their Statements and Schedules for each month, the Debtors have included monthly balances and net activity for the one year prior to the Petition Date. In addition, the Debtors have separately listed any cash payments between Debtors and between Debtors and non-Debtor affiliates. These cash transactions are also recorded in the net monthly activity listing in the Debtors' books and records.

(q)   **Guarantees and Other Secondary Liability Claims**.   The Debtors have used commercially reasonable efforts to locate and identify guarantees and other secondary liability claims (collectively, "Guarantees") in each of their executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements. Where such Guarantees have been identified, they have been included in the relevant Schedule G and Schedule H for the Debtor or Debtors affected by such Guarantees. However, certain Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted. Thus, the Debtors reserve all of their rights to amend the Schedules to the extent that additional Guarantees are identified.

(r)   **Claims of Third-Party Related Entities**. While the Debtors have made every effort to properly classify each claim listed in the Schedules as being either disputed or

undisputed, liquidated or unliquidated, and contingent or noncontingent, the Debtors have not been able to fully reconcile all payments made to certain third parties and their related entities on account of the Debtors' obligations to the same. Thus, the Debtors reserve all of their rights with respect to disputed claims.

(s)     **Excluded Assets and Liabilities**.  The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, but not limited to: certain deferred charges, accounts, or reserves recorded only for purposes of complying with the requirements of GAAP; deferred tax assets and liabilities; goodwill and other intangibles; deferred revenue accounts; and certain accrued liabilities including, but not limited to, accrued salaries and employee benefits. The Debtors also have excluded rejection damage claims of counterparties to executory contracts and unexpired leases that may or may not be rejected, to the extent such damage claims exist.  In addition and as set forth above, the Debtors may have excluded amounts for which the Debtors have been granted authority to pay pursuant to a First Day Order or other order that may be entered by the Bankruptcy Court.  Also, certain immaterial assets and liabilities may have been excluded.

(t)     **Liens**.  The inventories, property, and equipment listed in the Schedules and Statements are presented without consideration of any mechanic's, materialmen, or similar liens that may attach (or have attached) to such inventories, property, and equipment, and the Debtors reserve all of their rights with respect to such liens.

(u)     **Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

(v)     **Setoffs**.  The Debtors incur certain setoffs and other similar rights during the ordinary course of business.  Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, refunds, and other disputes between the Debtors and their suppliers.  These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately.  Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are excluded from the Schedules.  In addition, some amounts listed in the Schedules and Statements may have been affected by setoffs or nettings by third parties of which the Debtors are not yet aware.  The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted.

(w)     **Employee Addresses**.  Employee addresses have been removed from entries listed throughout the Schedules and Statements, where applicable, and certain employee names have been removed, pursuant to the Creditor Matrix Order.

3.     **Specific Schedules Disclosures**.

(a)     **Classifications**.  Listing a Claim (a) on Schedule D as "secured," (b) on Schedule E/F as "priority," or (c) on Schedule E/F as "unsecured," or a contract on Schedule G as "executory" or "unexpired," does not in each case constitute an admission by the

Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize or reclassify such Claim or contract.

(b)     **Schedule A/B, Part 1 – Cash and Cash Equivalents.**  Details with respect to the Debtors' cash management system and bank accounts are provided in the Cash Management Motion and Cash Management Order.

The Debtors' cash balances are listed as of the Petition Date, June 15, 2022, at bank balances.

(c)     **Schedule A/B, Part 2 – Deposits and Prepayments.**  The Bankruptcy Court, pursuant to *Final Order (A) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (B) Determining Adequate Assurance of Payment for Future Utility Services, (C) Establishing Procedures for Determining Adequate Assurance of Payment, and (D) Granting Related Relief* [ECF No. 265], authorized the Debtors to provide adequate assurance of payment for future utility services.  In addition, certain retainers or deposits reflect payments to professionals made by a certain Debtor entity, but may be subject to applicable allocation amongst the Debtors.

(d)     **Schedule A/B, Part 3 – Accounts Receivable, Item 11.**  The Debtors' reported accounts receivable include amounts that may be uncollectible.  Notwithstanding the foregoing, the Debtors have used reasonable efforts to deduct doubtful or uncollectible accounts.  The Debtors are unable to determine with certainty what amounts will actually be collected.  Moreover, in some instances the listed accounts receivable is negative. This is due to the application of unapplied accounts receivable chargebacks that are greater than 90 days that are calculated monthly or quarterly depending on region.

(e)     **Schedule A/B, Part 4 – Investments; Non-Publicly Traded Stock and Interests in Incorporated and Unincorporated Businesses, including any Interest in an LLC, Partnership, or Joint Venture.**  Ownership interests in subsidiaries, partnerships, joint ventures and investments in non-publicly traded securities have been listed in Schedule A/B, Part 4, as undetermined amounts on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

(f)     **Schedule A/B, Part 7 – Office Furniture, Fixtures, and Equipment; and Collectibles.**  Dollar amounts are presented net of accumulated depreciation and other adjustments.

(g)     **Schedule A/B, Part 8 – Machinery, Equipment, and Vehicles.**  For those Debtors that own machinery, equipment and vehicles, dollar amounts are presented net of accumulated depreciation and other adjustments.  Due to the volume, the individual fixed asset schedules have not been included in Schedule A/B, Part 8.

(h)     **Schedule A/B, Part 9 – Real Property.**  For those Debtors that own real property, such owned real estate is reported at book value, net of accumulated depreciation.  Any buildings and land improvements are listed on Schedule A/B, Part 9, independent of

whether the real property to which the building or land improvement is connected is Debtor-owned property. The Debtors may have listed certain assets as real property when such assets are in fact personal property, or the Debtors may have listed certain assets as personal property when such assets are in fact real property. The Debtors reserve all of their rights to recategorize and/or recharacterize such asset holdings to the extent the Debtors determine that such holdings were improperly listed.

(i)      **Schedule A/B, Part 10 – Intangibles and Intellectual Property, Items 59-66.** The Debtors review goodwill and other intangible assets having indefinite lives for impairment annually or when events or changes in circumstances indicate the carrying value of these assets might exceed their current fair values. Given the chapter 11 filing, results from an impairment test were unavailable at the time that the Schedules and Statements were prepared, and therefore several of the Debtors' intangible asset values may be listed as undetermined. The Debtors report intellectual property assets as net book value based on the Debtors' books and records whenever applicable. For purposes of the Schedules, the Debtors have listed goodwill and customer lists only at entities for which these assets are recorded on their books. The exclusion of listing similar assets at additional Debtors should not be construed as an admission that other Debtors do not possess similar assets. The Debtors own approximately 800 URL names, the majority of which are not in use. The Debtors have not listed all the URL names but retain their ownership rights over these assets.

(j)      **Schedule A/B, Part 11 – All Other Assets.** Dollar amounts are presented net of impairments and other adjustments.

    (i)      ***Item 72 – Tax Refunds and Unused Net Operating Losses (NOLs).*** The Debtors may receive refunds for sales and use tax at various times throughout their fiscal year. As of the Petition Date, however, certain of these amounts are unknown to the Debtors and, accordingly, may not be listed on Schedule A/B. Additionally, the Debtors may be entitled to apply certain net operating losses or other tax attributes. The Debtors have provided a summary of certain of their tax attributes and related considerations in Item 72.

    (ii)     ***Item 73 – Interests in Insurance Policies or Annuities.*** A list of the Debtors' insurance policies and related information is available in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Insurance Coverage Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto, (B) Renew, Supplement, Modify, or Purchase Insurance Coverage, and (C) Continue to Pay Brokerage Fees, (D) Honor the Terms of the Prepetition Premium Financing Agreement and Pay Premiums Thereunder, and (E) Enter into New Premium Financing Agreements in the Ordinary Course of Business, and (II) Granting Related Relief* [ECF No. 12]. The Debtors believe that there is little or no cash value to the vast majority of such insurance policies.

    (iii)    ***Items 74 and 75 – Causes of action against third parties (whether or not a lawsuit has been filed) and other contingent and unliquidated claims or***

*causes of action of every nature, including counterclaims of the debtors and rights to set off claims.* The Debtors attempted to list known causes of action and other claims. Potential preference actions and/or fraudulent transfer actions were not listed because the Debtors have not completed an analysis of such potential claims. The Debtors' failure to list any cause of action, claim, or right of any nature is not an admission that such cause of action, claim, or right does not exist, and should not be construed as a waiver of such cause of action, claim, or right.

(iv)   *Item 77 – Other property of any kind not already listed.* The Debtors have included intercompany receivables as of the May 31, 2022.

(v)   *Executory Contracts and Unexpired Leases.* The Debtors have listed their executory contracts and unexpired leases on Schedule G. The Debtors reserve all of their rights with respect to any and all executory contracts and unexpired leases, including whether such agreements are or are not executory contracts and the right to amend Schedule G.

(k)   **Schedule D – Creditors Who Have Claims Secured by Property**. Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset for the benefit of a secured creditor listed on a Debtor's Schedule D. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the nature or structure of any such transaction or any document or instrument (including without limitation, any intercompany agreement) related to such creditor's claim.

In certain instances, a Debtor may be a co-obligor, co-mortgagor, or guarantor with respect to scheduled claims of other Debtors. No claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are or may be otherwise satisfied or discharged.

Schedule D does not include beneficiaries of letters of credit. Although the claims of these parties may be secured by a letter of credit, the Debtors' obligations under the letters of credit run to the issuers thereof, and not to the beneficiaries thereof.

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements or documents.

Except as specifically stated herein, real property lessors, utility companies, and other parties which may hold security deposits have not been listed on Schedule D. The

Debtors have not included parties that may believe their claims are secured through setoff rights or inchoate statutory lien rights.

Detailed descriptions of the Debtors' prepetition debt structure and descriptions of collateral relating to the debt contained on Schedule D are contained in the *Motion to Approve Debtor in Possession Financing / Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II Granting Liens and Providing Superpriority Administrative Expense Status, (III) Granting Adequate Protection to Prepetition Secured Parties, (IV) Modifying Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* [ECF No. 28].

(l)   **Schedule E/F – Creditors Who Hold Unsecured Claims.**   Schedule E/F does not include certain deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP.   Such accruals are general estimates of liabilities and do not represent specific claims as of the Petition Date.   The Debtors have made every effort to include as contingent, unliquidated, or disputed the claim of any vendor not included on the Debtors' open accounts payable that is associated with an account that has an accrual or receipt not invoiced.

(i)   *Part 1 – Creditors with Priority Unsecured Claims.*   The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority treatment under section 507 of the Bankruptcy Code.   The Debtors reserve all of their rights to dispute the amount and the priority status of any claim on any basis at any time.

Pursuant to the *Final Order (A) Authorizing the Payment of Certain Prepetition Taxes and Fees and (B) Granting Related Relief* [ECF No. 264] (the "<u>Taxes Order</u>"), the Debtors have been granted the authority to pay certain tax liabilities that accrued prepetition.   Accordingly, any unsecured priority claims based upon prepetition tax accruals that have been paid or may be paid pursuant to the Taxes Order or pursuant to further Bankruptcy Court order are not listed in Schedule E.   The Debtors believe that any undisputed tax claims for prepetition amounts, whether allowable as a priority or nonpriority claim have been or will be satisfied.

Moreover, in lieu of listing all of the Debtors' possible taxing authorities for notice purposes in Schedule E/F, the Debtors have only listed those taxing authorities with which the Debtors have pending audits.

The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority status.

Pursuant to the *Final Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B)*

*Continue Employee Benefits Programs, and (II) Granting Related Relief* [ECF No. 276] (the "Final Wages Order"), the Debtors received final authority to pay, in their discretion, certain prepetition obligations, including, without limitation, obligations related to employee wages and other employee benefits, in the ordinary course of business.  Accordingly, no undisputed, prepetition claims of non-insiders related to employee wages and other employee benefits that have been paid or may be paid pursuant to the Final Wages Order or pursuant to further Bankruptcy Court order is listed in Schedule E/F Part 1.

(ii)    ***Part 2 – Creditors with Nonpriority Unsecured Claims.***  The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records.  The Debtors made a commercially reasonable effort to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2.  The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

The Debtors generally allocate individual liabilities to particular Debtors.  However, in certain cases, it would be a time-consuming and inefficient use of estate resources, or impracticable, to assign a given liability to a particular Debtor based on a contractual obligation.  Instead, the Schedules reflect the liability based on the Debtors' books and records.

Schedule E/F, Part 2 (Statements Part 3, Question 7), contains information regarding threatened or pending litigation involving the Debtors.  The amounts for these threatened or pending claims are listed as "undetermined" and are marked as contingent, unliquidated, and disputed in the Schedules and Statements.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases.  Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease.  In addition, Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts or unexpired leases, if any, that may or have been rejected in these chapter 11 cases.

In many cases, the claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute.  Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome and costly to the Debtors' estates, the Debtors have not listed a specific date or dates for such claim.

As of the time of filing of the Schedules and Statements, the Debtors may not have received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date.  The Debtors reserve their rights to, but

15

undertake no obligations to, amend Schedules D and E/F if and as they receive such invoices.

Liabilities listed on Schedule E/F reflect the Debtors' books and records balance as of the Petition Date. These amounts do not include any prepetition amounts paid under various authority granted by the Bankruptcy Court that have been issued postpetition. The Debtors expect that certain suppliers may continue to receive payments on account of prepetition amounts through the pendency of these chapter 11 cases (as approved by the Bankruptcy Court). Moreover, certain vendors also customers and the amounts are netted monthly, therefore the Debtors have listed these liabilities with an unliquidated flag.

(m)   **Schedule G – Executory Contracts and Unexpired Leases.** Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtors hereby reserve all their rights to dispute the validity, status, or enforceability of any contracts, agreements, leases or instruments set forth in Schedule G and to amend or supplement Schedule G as necessary. Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G. The Debtors hereby expressly reserve the right to assert that any instrument listed on Schedule G is or is not an executory contract within the meaning of section 365 of the Bankruptcy Code. In addition, the Debtors may have entered into certain confidentiality and non-compete agreements or various other types of agreements in the ordinary course of their businesses, such as supplemental agreements and letter agreements, which documents may not be set forth in Schedule G. The Debtors reserve all of their rights with respect to such agreements.

The Debtors reserve all of their rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed on Schedule G, including their right to dispute or challenge the characterization, nature or structure of any transaction, agreement, contract, document or instrument (including any intercompany agreement) related to a creditor's claim.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of commercially reasonable efforts to identify such documents.

Unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether

such agreement, instrument, or other document is listed thereon. In some cases, the same supplier or provider may appear multiple times in Schedule G. Multiple listings, if any, reflect distinct agreements between the applicable Debtor and such supplier or provider.

The listing of any contract, agreement or instrument on Schedule G does not constitute an admission by the Debtors as to the validity of any such contract, agreement, or instrument. The Debtors reserve the right to dispute the effectiveness of any such contract, agreement or instrument listed on Schedule G or to amend Schedule G at any time to remove any contract, agreement or instrument.

Omission of a contract, agreement or instrument from Schedule G does not constitute an admission that such omitted contract, agreement or instrument is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts, agreements or instruments are not impaired by the omission. The Debtors have omitted employee form offer letters and non-compete agreements that each employee must execute in order to be employed by the Debtors from Schedule G. The Debtors have included all insurance policies on Schedule G for which they are a beneficiary.

In some cases, contract counterparties from dormant legacy businesses and historical acquisitions may not have been updated to reflect assignment to active Debtor entities although the Debtors have assumed and continue to perform under the terms and conditions of such agreements, as amended if applicable. In such cases, Debtors have included such items on Schedule G of the Debtor entity that performs the terms and conditions of such agreements as of the Petition Date.

Certain Debtors are guarantors and parties to guaranty agreements regarding the Debtors' prepetition credit facilities. The guaranty obligations arising under these agreements are reflected on Schedules D and F only.

(n)    **Schedule H – Co-Debtors.** In the ordinary course of their businesses, certain Debtors pay certain expenses for and on behalf of their subsidiaries. For purposes of Schedule H, the Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements. Further, certain of the guarantees reflected on Schedule H may have expired or may no longer be enforceable. As such, the Debtors reserve their rights to amend Schedule H to the extent that additional guarantees are identified, or such guarantees are discovered to have expired or become unenforceable.

The Debtors have not listed any litigation-related co-Debtors on Schedule H. Instead, all such listings can be found on the Debtors' Schedule E/F.

4.    **Specific Statements Disclosures**.

(a)    **Statements, Part 1, Question 2 – Non-Business Revenue.** Non-business revenue includes such items as rental income, interest and other income.

(b)    **Statements, Part 2, Question 3 – Certain payments or transfers to creditors within 90 days before filing this case.**  Any payments made to the Debtors' bankruptcy case professionals and/or insiders within the 90 days prior to the Petition Date are disclosed in response to SOFA 11 and SOFA 30, respectively, and therefore are not listed in response to SOFA 3.  Payments made to the Debtors' non-insider employees also are not listed herein.  Payments made to employees for compensation are not included; however, transfers made to third-party administrators used to compensate employees have been included. Moreover, due to the Debtors' historical reporting practices, the clearing dates for certain transactions may reflect the date the transaction was entered rather than the date the cash cleared the Debtors' account.

(c)    **Statements, Part 2, Question 4 – Payments or other transfers of property made within 1 year before filing this case that benefited any insider.**  The information reported on Question 4 is representative of the total payments to insiders on behalf of the Debtor entities during the one (1) year prior to the Petition Date.  For the avoidance of doubt, the information reported on Question 4 may include payments to individuals who may have been insiders at the time they were employed by a Debtor but are no longer employed by a Debtor.  Certain insiders have been issued a company phone and out of an abundance of caution the estimated monthly service fee has been disclosed here. The Debtors have listed intercompany payments for goods but have omitted intercompany sweeps from this disclosure. Intercompany balances for entities that were liquidated or dissolved between January and May of 2022 have been reduced to $0.00 on this disclosure for the period after the liquidation or dissolution occurred due to the write off of their intercompany payables and receivables upon liquidation or dissolution, as applicable. Moreover, certain transactions among Beautyge I, Elizabeth Arden, Inc. and FD Management, Inc. that were initially recorded as intercompany loans have been updated to reflect that these transactions constitute intercompany contributions.

(d)    **Statements, Part 2, Question 6 – Setoffs.**  For a discussion of setoffs and nettings incurred by the Debtors, refer to paragraph 4(v) of these Global Notes.

(e)    **Statements, Part 3, Question 7 – Legal Actions.**  The Debtors have omitted foreign trademark and patent oppositions from this disclosure. Such matters are handled in each country by local counsel and it would be unduly burdensome on the estate to collect and disclose each trademark and patent opposition matter that has been raised within one year of the filing date.

(f)    **Statements, Part 6, Question 11 – Payments Related to Bankruptcy.**  Certain disbursements listed in Statement 11 reflect payments to professionals made by a certain Debtor entity, but may be subject to applicable allocation amongst the Debtors. The Debtors have listed payments made to professionals retained by the Debtors but not payments made to advisors of their postpetition lenders or other parties on account of any applicable fee arrangements. The payments made Alan Gover in June of 2022, totaling $175,000, were submitted to the law firm of Petrillo, Klein & Boxer LLP on his behalf.

(g)     **Statements, Part 12, Questions 22-24 – Details about Environmental Information.**
The Debtors have endeavored to disclose all applicable information in response to
Statements, Part 12, Questions 22–24.

(h)     **Statements, Part 13, Question 26 – Books, Records, and Financial Statements.**
Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, at
the end of each of its fiscal quarters and years and upon the occurrence of events
requiring disclosure on Form 8-K, Debtor Revlon, Inc. and Debtor Revlon Consumer
Products Corporation prepare and file (or furnish, as applicable) with the Securities
and Exchange Commission (the "SEC") Quarterly Reports on Form 10-Q, Annual
Reports on Form 10-K and Current Reports on Form 8-K, among other filings made
with the SEC from time to time (collectively, the "SEC Filings").  Certain of Revlon,
Inc. and Revlon Consumer Products Corporation's SEC Filings contain consolidated
financial statements relating to Revlon, Inc. and its subsidiaries.  Additionally, Revlon,
Inc. has historically provided the SEC Filings in the investor relations section of its
website.  Because the SEC Filings are of public record, Revlon, Inc. does not maintain
records of the parties who requested or obtained copies of any of the SEC Filings from
the SEC, the Debtors, or other sources.

(i)     **Statements, Part 13, Question 27 – Inventories.**  The Debtors inventory product at
their various locations on a regular basis.  In an effort to reduce the amount of
disclosures that would be otherwise applicable have only listed the gross inventories
as of last two quarters (March of 2022 and December of 2021).

(j)     **Statements, Part 13, Question 28 – Current Partners, Officers, Directors, and
Shareholders.**  The Debtors incorporate by reference the *List of Equity Security
Holders* filed as part of their voluntary petitions for relief under chapter 11.  In
addition, the Debtors have listed only entities that are directly owned by an individual
Debtor as of the Petition Date.

(k)     **Statements, Part 13, Question 30 – Payments, Distributions, or Withdrawals
Credited or Given to Insiders.**  Please refer to Question 4 regarding all payments to
insiders.

| Fill in this information to identify the case: |
|---|

Debtor name _____Revlon, Inc._____

United States Bankruptcy Court for the: _____Southern District of New York_____

Case number (If known): _____22-10760_____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ..........................................................................................................

   $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ..........................................................................................................

   $ _____ 18,413,362.00*

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ..........................................................................................................

   $ _____ 18,413,362.00*

---

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ..........................................

   $ _____ Undetermined

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ..................................................................

   $ _____

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ......................................................

   + $ _____ 188,749,519.19*

4. **Total liabilities** ..................................................................................................................................................
   Lines 2 + 3a + 3b

   $ _____ 188,749,519.19*

---

*Plus Undetermined Amounts

**Fill in this information to identify the case:**

Debtor name     Revlon, Inc.

United States Bankruptcy Court for the:     Southern District of New York

Case number (If known)     22-10760

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added,  write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset  schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once.  In valuing the  debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| **2. Cash on hand** | | | | $                    0.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
| --- | --- | --- | --- |
| 3.1  CITIBANK | REVLON OPERATING ACC( | x  0  1  2 | $                    0.00 |
| 3.2 | | ___ ___ ___ ___ | $ |

4. **Other cash equivalents** *(Identify all)*

| | Current value of debtor's interest |
| --- | --- |
| 4.1  None | $                    0.00 |
| 4.2 | $ |

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$                    0.00

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☑ No.Go to Part 3.

☐ Yes. Fill in the information below.

Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | Current value of debtor's interest |
| --- | --- |
| 7.1 | $ |
| 7.2 | $ |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 _____    $ _____

8.2 _____    $ _____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $                0.00

---

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.

☐ Yes. Fill in the information below.

| | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|

**11. Accounts receivable**

11a. 90 days old or less:  _____ – _____  = ...... →  $ _____
                           face amount      doubtful or uncollectible accounts

11b. Over 90 days old:  _____ – _____  = ...... →  $ _____
                        face amount      doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $                0.00

---

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☒ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 None                                        $                0.00

14.2 _____    $ _____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                    % of ownership:

15.1 REVLON CONSUMER PRODUCTS CORPORATION    100 %    NET BOOK VALUE    $   Undetermined

15.2 _____    _____ %    _____    $ _____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 None                                        $                0.00

16.2 _____    $ _____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $   Undetermined

---

*Plus Undetermined Amounts

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General Description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **20. Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |

**23. Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

$ _____ 0.00

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value    $ _____    Valuation method _____    Current value    $ _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $ _____ | _____ | $ _____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $ _____ | _____ | $ _____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $ _____ | _____ | $ _____ |

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ _____ 0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value  $ _____  Valuation method _____  Current value  $ _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38 Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **39. Office furniture** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **40. Office fixtures** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **42. Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | $ _____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ _____ 0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    Revlon, Inc.                                                          Case number (If known)  22-10760
          Name

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒  No. Go to Part 9.

☐  Yes. Fill in the information below.

| General Description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 | $ | | $ |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| | $ | | $ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| $ | 0.00 |
|---|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐  No

☐  Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐  No

☐  Yes

| Part 9: | Real property |
|---------|---------------|

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $ | | $ |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ _____ 0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|----------|---------------------------------------|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| See Attached Rider | $    Undetermined | | $    Undetermined |
| **61. Internet domain names and websites** | | | |
| See Attached Rider | $    Undetermined | | $    Undetermined |
| **62. Licenses, franchises, and royalties** | | | |
| None | $ | | $    0.00 |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| None | $ | | $    0.00 |
| **64. Other intangibles, or intellectual property** | | | |
| None | $ | | $    0.00 |
| **65. Goodwill** | | | |
| None | $ | | $    0.00 |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ _____ Undetermined

*Plus Undetermined Amounts

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☒ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☒ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No

☐ Yes

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

|  | | | | **Current value of debtor's interest** |
|---|---|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

| None | | | | $ | 0.00 |
|---|---|---|---|---|---|
| | Total Face Amount | Doubtful or uncollectible Amount | = → | | |

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| See Attached Rider | Tax Year | $ | 0.00 |
|---|---|---|---|
| | Tax Year | $ | |
| | Tax Year | $ | |

73. **Interests in insurance policies or annuities**

| See Attached Rider | $ | Undetermined |
|---|---|---|

74. **Causes of action against third parties** (whether or not a lawsuit has been filed)

| None | $ | 0.00 |
|---|---|---|

**Nature of Claim**

**Amount Requested**    $

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| None | $ | 0.00 |
|---|---|---|

**Nature of Claim**

**Amount Requested**    $

76. **Trusts, equitable or future interests in property**

| None | $ | 0.00 |
|---|---|---|

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| INTERCOMPANY NON-TRADE RECEIVABLE FROM RIROS CORPORATION | $ | 18,413,362.00 |
|---|---|---|
| | $ | |

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| | $ | 18,413,362.00* |
|---|---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

*Plus Undetermined Amounts

| Debtor | Revlon, Inc. | | Case number (If known) | 22-10760 |
| | Name | | | |

**Part 12:**  **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of Property | Current value of personal property | Current value of real property |
|---|---|---|
| 80.  **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $  0.00 | |
| 81.  **Deposits and prepayments.** *Copy line 9, Part 2.* | $  0.00 | |
| 82.  **Accounts receivable.** *Copy line 12, Part 3.* | $  0.00 | |
| 83.  **Investments.** *Copy line 17, Part 4.* | $  Undetermined | |
| 84.  **Inventory.** *Copy line 23, Part 5.* | $  0.00 | |
| 85.  **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $  0.00 | |
| 86.  **Office furniture, fixtures, and equipment; and collectibles.**  *Copy line 43, Part 7.* | $  0.00 | |
| 87.  **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $  0.00 | |
| 88.  **Real property.** *Copy line 56, Part 9. .* ............................................. → | | $  0.00 |
| 89.  **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $  Undetermined | |
| 90.  **All other assets.** *Copy line 78, Part 11.* | $  18,413,362.00* | |
| 91.  **Total.** Add lines 80 through 90 for each column.............................91a. | $  18,413,362.00* | + 91b.  $  0.00 |

92.  **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92................................................................    $   18,413,362.00*

**\*Plus Undetermined Amounts**

Debtor Name:  Revlon, Inc.                                                                                          Case Number:  22-10760

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| COPYRIGHT # VAU000082865, DATED 09/17/1985 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - REGISTRATION NO. 10940A; DATED 08/22/1979 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - REGISTRATION NO. 14180; DATED 07/02/1991 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - REGISTRATION NO. 14184; DATED 07/02/1991 | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - REGISTRATION NO. 14185; DATED 07/02/1991 | Undetermined | NET BOOK VALUE | Undetermined |
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Revlon, Inc.

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| Internet domain names and websites | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| revlon.com | Undetermined | | Undetermined |
| revlon.co.uk | Undetermined | | Undetermined |
| revlon.ca | Undetermined | | Undetermined |
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Revlon, Inc., and its affiliates and subsidiaries, own over 800 URLs, the majority of which are not in use, and as such, have been excluded.

Debtor Name:  Revlon, Inc.                                                                                          Case Number:  22-10760

**Assets - Real and Personal Property**

**Part 11, Question 72:** Tax refunds and unused net operating losses (NOLs)

| Tax refunds and unused net operating losses (NOLs)<br>Description (for example, federal, state, local) | Tax year | Current value of debtor's interest |
|---|---|---|
|  | **TOTAL** | $0.00 |

THE DEBTORS BELIEVE THAT, AS OF DECEMBER 31, 2021, THEY HAD FEDERAL NOL CARRYOVERS IN THE AMOUNT OF APPROXIMATELY $763,900,000, DISALLOWED BUSINESS INTEREST CARRYFORWARDS OF APPROXIMATELY $349,100,000, AND A TOTAL FEDERAL ASSET BASIS OF APPROXIMATELY $1,500,000,000, AND EXPECT TO INCUR ADDITIONAL NOL CARRYOVERS AND DISALLOWED BUSINESS INTEREST CARRYFORWARDS THROUGH 2022. ADDITIONALLY, THE DEBTORS BELIEVE THAT THEY HAVE STATE NOL CARRYOVERS OF APPROXIMATELY $63,000,000 (TAX EFFECTED), TAX CREDITS OF APPROXIMATELY $12,200,000 (FEDERAL $10.6 MILLION AND STATE $1.6 MILLION), AND CARES ACT EMPLOYEE RETENTION CREDITS OF APPROXIMATELY $546,000. THE DEBTORS ALSO BELIEVE THAT THEY HAVE APPROXIMATELY $90 MILLION IN FOREIGN TAX ATTRIBUTES AND NOLS.

Debtor Name:  Revlon, Inc.                                                                                                      Case Number:  22-10760

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| ALLIANZ | FIDUCIARY & PENSION TRUST LIABILITY - EXCESS | USF00970921 | Undetermined |
| ALLIED WORLD ASSURANCE COMPANY (U.S.) INC | DIRECTORS AND OFFICERS LIABILITIY | 0305-1505 | Undetermined |
| ALLIED WORLD ASSURANCE COMPANY (U.S.) INC | FIDUCIARY & PENSION TRUST LIABILITY - EXCESS | 03129588 | Undetermined |
| ARGONAUT INSURANCE COMPANY | DIRECTORS AND OFFICERS LIABILITIY | MLX4244715-0 | Undetermined |
| BERKLEY INSURANCE COMPANY | DIRECTORS AND OFFICERS LIABILITIY | BPRO8047978 | Undetermined |
| BERKLEY INSURANCE COMPANY | DIRECTORS AND OFFICERS LIABILITIY | BPRO8048002 | Undetermined |
| BERKLEY INSURANCE COMPANY | EXCESS SIDE-A D&O | BPRO8085994 | Undetermined |
| BERKSHIRE HATHAWAY | DIRECTORS AND OFFICERS LIABILITIY | 47-EPC-301049-03 | Undetermined |
| BERKSHIRE HATHAWAY | DIRECTORS AND OFFICERS LIABILITIY | 47-EPC-310164-01 | Undetermined |
| BERKSHIRE HATHAWAY | EMPLOYMENT PRACTICES LIABILITY- EXCESS | 47-EPC 31148202 | Undetermined |
| BERKSHIRE HATHAWAY | FIDUCIARY & PENSION TRUST LIABILITY - EXCESS | 47 EMC302750-06 | Undetermined |
| BERKSHIRE HATHAWAY | FIDUCIARY & PENSION TRUST LIABILITY - EXCESS | 47 EMC316269-01 | Undetermined |
| BRIT INSURANCE / LLOYDS | CYBER LIABILITY INSURANCE | B0713MEDTE2102885 | Undetermined |
| CHUBB - ACE AMERICAN INSURANCE COMPANY | DIRECTORS AND OFFICERS LIABILITIY | DOX G25608914 003 | Undetermined |
| CNA INSURANCE COMPANY | DIRECTORS AND OFFICERS LIABILITIY | 652192458 | Undetermined |
| ENDURANCE AMERICAN INSURANCE COMPANY | EXCESS SIDE-A D&O | PEO 0201 0413 | Undetermined |
| EVEREST INSURANCE COMPANY | EXCESS SIDE-A D&O | SC5EX00728-221 | Undetermined |
| EVEREST NATIONAL INSURANCE COMPANY | DIRECTORS AND OFFICERS LIABILITIY | SC5EX00299-201 | Undetermined |
| EVEREST NATIONAL INSURANCE COMPANY | EXCESS UMBRELLA LIABILITY | XC5EX01043-211 | Undetermined |
| GREAT AMERICAN SPIRIT INS COMPANY | EXCESS UMBRELLA LIABILITY | EXC850376 | Undetermined |
| GREAT AMERICAN SPIRIT INS COMPANY | EXCESS UMBRELLA LIABILITY | EXC850377 | Undetermined |
| ILLINOIS NATIONAL INSURANCE COMPANY | FIDUCIARY & PENSION TRUST LIABILITY | 014231669 | Undetermined |
| IRONSHORE INDEMNITY INC. | DIRECTORS AND OFFICERS LIABILITIY | DO6NABXW7I001 | Undetermined |
| MARKEL AMERICAN INSURANCE | EXCESS UMBRELLA LIABILITY | MKLM6XL30000248 | Undetermined |

Debtor Name:  Revlon, Inc.                                                    Case Number:  22-10760

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| MARKEL AMERICAN INSURANCE COMPANY | DIRECTORS AND OFFICERS LIABILITIY | MKLM6EL0005235 | Undetermined |
| MARKEL AMERICAN INSURANCE COMPANY | EXCESS SIDE-A D&O | MKLM6EL0008260 | Undetermined |
| NATIONAL FIRE & MARINE INSURANCE COMPANY | SIDE-A D&O INSURANCE | 42-EPC-322339-01 | Undetermined |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG PA | UMBRELLA LIABILITY | 66323244 | Undetermined |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA. | EXCESS SIDE-A D&O | 03-985-62-16 | Undetermined |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | CRIME & FIDELITY | 01-803-27-37 | Undetermined |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | DIRECTORS AND OFFICERS LIABILITIY | 03-985-62-63 | Undetermined |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | DIRECTORS AND OFFICERS LIABILITIY | 03-985-62-16 | Undetermined |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | EMPLOYMENT PRACTICES LIABILITY | 13681697 | Undetermined |
| NATIONWIDE MANAGEMENT LIABILITY & SPECIALTY | DIRECTORS AND OFFICERS LIABILITIY | XMO2009201 | Undetermined |
| NORTH AMERICAN SPECIALTY INSURANCE COMPANY | DIRECTORS AND OFFICERS LIABILITIY | DOE 2001785 00 | Undetermined |
| NORTH AMERICAN SPECIALTY INSURANCE COMPANY | FIDUCIARY & PENSION TRUST LIABILITY - EXCESS | PTL1000009-00 | Undetermined |
| SOMPO INTERNATIONAL | DIRECTORS AND OFFICERS LIABILITIY | DOX10010598801 | Undetermined |
| SOMPO INTERNATIONAL | DIRECTORS AND OFFICERS LIABILITIY | DOX30001495200 | Undetermined |
| SOMPO INTERNATIONAL | EXCESS UMBRELLA LIABILITY | EXC30008504700 | Undetermined |
| STARR INDEMNITY & LIABILITY | DIRECTORS AND OFFICERS LIABILITIY | 1000058048201 | Undetermined |
| STARR INDEMNITY & LIABILITY | OCEAN MARINE CARGO - STOCK THROUGHPUT POLICY | MASICNY0082US21 | Undetermined |
| THE OHIO CASUALTY INSURANCE COMPANY | EXCESS UMBRELLA LIABILITY | ECO2261619197 | Undetermined |
| THE OHIO CASUALTY INSURANCE COMPANY | EXCESS UMBRELLA LIABILITY | ECO2259901016 | Undetermined |
| ZURICH AMERICAN INSURANCE COMPANY | AUTOMOBILE LIABILITY | BAP3737033-I 7 | Undetermined |
| ZURICH AMERICAN INSURANCE COMPANY | COMMERCIAL GENERAL LIABILITY INCLUDING PRODUCTS LIABILITY/ COMPLETED OPERATIONS COVERAGE | GLO3737031-17 | Undetermined |
| ZURICH AMERICAN INSURANCE COMPANY | CRIME & FIDELITY EXCESS LIABILITY | FID 106458404 | Undetermined |
| ZURICH AMERICAN INSURANCE COMPANY | DIRECTORS AND OFFICERS LIABILITIY | DOC 6726091-08 | Undetermined |

Debtor Name: Revlon, Inc.                                                                    Case Number: 22-10760

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY | WORKERS COMPENSATION AMD EMPLOYERS LIABILITY/STOP GAP | WC3737029-17 (Large Deductible A/O/S except MA & WI) WC3737030-17 (Retro- MA & WI) | Undetermined |
| ZURICH INSURANCE PLC & VARIOUS | PROPERTY - DOMESTIC & INTERNATIONAL | BI 74010081PC21 | Undetermined |
| ZURICH INTERNATIONAL PROGRAMS | COMMERCIAL GENERAL AND AUTO LIABILITY- FOREIGN | ZE6951164-00 | Undetermined |
|  |  | **TOTAL** | $0.00 + Undetermined Amounts |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Revlon, Inc. |
| United States Bankruptcy Court for the: | Southern District of New York |
| Case number (If known): | 22-10760 |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules . Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

**Column A**
Amount of Claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

---

**2.1**

**Creditor's name**
ALTER DOMUS (US) LLC

**Creditor's mailing address**
ATTN: LEGAL DEPARTMENT AND STEVE LENARD
225 W. WASHINGTON  ST
9TH FLOOR
CHICAGO, IL 60606

**Creditor's email address, if known**
legal@alterdomus.com

**Date debt was incurred**          Undetermined

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
SEE SCHEDULE D DISCLOSURES

$ _____ Undetermined    $ _____ Undetermined

**Describe the lien**
GUARANTOR TO U.S. ABL FILO FACILITY

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.2**

**Creditor's name**
CITIBANK, N.A.

**Creditor's mailing address**
ATTN: KIMBERLY SHELTON
1615 BRETT ROAD
OPS III
NEW CASTLE, DE 19720

**Creditor's email address, if known**
Kimberly.Shelton@citi.com

**Date debt was incurred**          Undetermined

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes.  Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
SEE SCHEDULE D DISCLOSURES

$ _____ Undetermined    $ _____ Undetermined

**Describe the lien**
GUARANTOR TO 2016 TERM LOAN (NON-EXTENDED)

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

---

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ _____

| Debtor | Revlon, Inc. | Case number (If known): | 22-10760 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.3**

| Creditor's name | Describe debtor's property that is subject to a lien |
|---|---|
| CITIBANK, N.A. | SEE SCHEDULE D DISCLOSURES |

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**
ATTN: KIMBERLY SHELTON
1615 BRETT ROAD
OPS III
NEW CASTLE, DE 19720

**Describe the lien**
GUARANTOR TO 2016 TERM LOAN (EXTENDED)

**Creditor's email address, if known**
Kimberly.Shelton@citi.com

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

---

**2.4**

| Creditor's name | Describe debtor's property that is subject to a lien |
|---|---|
| JEFFERIES FINANCE LLC | SEE SCHEDULE D DISCLOSURES |

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**
ATTN: REVLON - ACCOUNT MANAGER
520 MADISON AVENUE
NEW YORK, NY 10022

**Describe the lien**
GUARANTOR TO BRANDCO TRANCHE B-1

**Creditor's email address, if known**
JFin.Notices@Jefferies.com

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

| Debtor | Revlon, Inc. | Case number (if known): | 22-10760 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of Claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed.** Continue numbering the lines sequentially from the previous page.

---

**2.5**

**Creditor's name**

JEFFERIES FINANCE LLC

**Describe debtor's property that is subject to a lien**

SEE SCHEDULE D DISCLOSURES

$ ___Undetermined___   $ ___Undetermined___

**Creditor's mailing address**

ATTN: REVLON - ACCOUNT MANAGER
520 MADISON AVENUE
NEW YORK, NY 10022

**Describe the lien**

GUARANTOR TO BRANDCO TRANCHE B-2

**Creditor's email address, if known**

JFin.Notices@Jefferies.com

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes.  Have you already specified the relative priority?

    ☒ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

---

**2.6**

**Creditor's name**

JEFFERIES FINANCE LLC

**Describe debtor's property that is subject to a lien**

SEE SCHEDULE D DISCLOSURES

$ ___Undetermined___   $ ___Undetermined___

**Creditor's mailing address**

ATTN: REVLON - ACCOUNT MANAGER
520 MADISON AVENUE
NEW YORK, NY 10022

**Describe the lien**

GUARANTOR TO BRANDCO TRANCHE B-3

**Creditor's email address, if known**

JFin.Notices@Jefferies.com

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes.  Have you already specified the relative priority?

    ☒ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

---

| Debtor | Revlon, Inc. | Case number (If known): | 22-10760 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.** Continue numbering the lines sequentially from the previous page.

---

**2.7**

**Creditor's name**

MIDCAP FUNDING IV TRUST

**Creditor's mailing address**

C/O MIDCAP FINANCIAL SERVICES, LLC, AS SERVICER
ATTN LEGAL GROUP
7255 WOODMONT AVENUE
BETHESDA, MD 20814

**Creditor's email address, if known**

legalnotices@midcapfinancial.com

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes.  Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

SEE SCHEDULE D DISCLOSURES

$ ____Undetermined    $ ____Undetermined

**Describe the lien**

GUARANTOR TO U.S. ABL FACILITY SISO

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.8**

**Creditor's name**

MIDCAP FUNDING IV TRUST

**Creditor's mailing address**

C/O MIDCAP FINANCIAL SERVICES, LLC, AS SERVICER
ATTN LEGAL GROUP
7255 WOODMONT AVENUE
BETHESDA, MD 20814

**Creditor's email address, if known**

legalnotices@midcapfinancial.com

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes.  Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

SEE SCHEDULE D DISCLOSURES

$ ____Undetermined    $ ____Undetermined

**Describe the lien**

GUARANTOR TO U.S. ABL FACILITY TRANCHE A

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

Case number (If known): 22-10760

---

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Revlon, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Southern District of New York</td></tr>
<tr><td>Case number<br>(If known)</td><td>22-10760</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F

### Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | $ | $ |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

Is the claim subject to offset?

☐ No
☐ Yes

| **2.2** | Priority creditor's name and mailing address | $ | $ |
|---|---|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

Is the claim subject to offset?

☐ No
☐ Yes

| **2.3** | Priority creditor's name and mailing address | $ | $ |
|---|---|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

Is the claim subject to offset?

☐ No
☐ Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | 3M COMPANY<br>PO BOX 33428<br>ST. PAUL, MN 55133-3428 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** ENVIRONMENTAL CLAIM | |
| | **Date or dates debt was incurred** UNDETERMINED | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | ABB INC. FOR BAILEY CONTROLS<br>R. KEITH KNAUERHASE<br>ABB INC.<br>131 PHOENIX CROSSING<br>BLOOMFIELD, CT 06002 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** ENVIRONMENTAL CLAIM | |
| | **Date or dates debt was incurred** UNDETERMINED | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | ACV ENVIRO (F/K/A CYCLE CHEM INC.)<br>PO BOX 188<br>MONTOURSVILLE, PA 17754-0188 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** ENVIRONMENTAL CLAIM | |
| | **Date or dates debt was incurred** UNDETERMINED | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | ADINA RINGLER<br>Address on file | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** LITIGATION CLAIM | |
| | **Date or dates debt was incurred** UNDETERMINED | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | AIR PRODUCTS AND CHEMICALS, INC.<br>AIR PRODUCTS AND CHEMICALS, INC.<br>1940 AIR PRODUCTS BLVD.<br>ALLENTOWN, PA 18106-5500 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** ENVIRONMENTAL CLAIM | |
| | **Date or dates debt was incurred** UNDETERMINED | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | AKZO NOBEL COATINGS INC.<br>THOMPSON HINE LLP<br>3900 KEY CENTER<br>127 PUBLIC SQUARE<br>CLEVELAND, OH 44114-1291 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** ENVIRONMENTAL CLAIM | |
| | **Date or dates debt was incurred** UNDETERMINED | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.7** | **Nonpriority creditor's name and mailing address** | | | $ Undetermined

ALAN EULAU
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ALISON HOLTERMANN
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ALLIED CHEMICAL (PREDECESSOR COMPANY TO HONEYWELL)(D. BROOKS GROUP)
BOCHNER-BROWN
ARNOLD & PORTER KAYE SCHOLER LLP
601 MASSACHUSETTS AVENUE, NW
WASHINGTON, DC 20001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ALLISON WRIGHT
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ALVARO ALVARADO
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   22-10760-dsj   Doc 375   Filed 08/13/22   Entered 08/13/22 12:29:17   Main Document
Revlon, Inc.     Case number (if known)   22-10760
Name
Pg 43 of 173

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $      Undetermined |
| --- | --- | --- | --- |

**3.12**   **Nonpriority creditor's name and mailing address**

AMPHENOL CORPORATION
358 HALL AVENUE
WALLINGFORD, CT 06492

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$     Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.13**   **Nonpriority creditor's name and mailing address**

ANDERSEN LAND CORPORATION (NO LONGER PARTICIPATING PER J. STEWART ON SEPT. 23, 2019)
ANDERSEN LAND CORP.
ATTENTION: ANDREW M. O'SHEA
487 SPRING STREET, SUITE 200
WINDSOR LOCKS, CT 06096

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$     Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.14**   **Nonpriority creditor's name and mailing address**

ANDREW CONNELLY
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$     Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.15**   **Nonpriority creditor's name and mailing address**

ANDREW J. PEREL, ESQ.
TROUTMAN PEPPER
875 THIRD AVENUE
NEW YORK, NY 10022

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$     Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.16**   **Nonpriority creditor's name and mailing address**

ANGELA M. FERRARA
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$     Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $           Undetermined |
| --- | --- | --- | --- |

**3.17**

ANGELA MCLAUGHLIN
Address on file

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.18**

ANN MILLER
Address on file

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.19**

ANN CONNELL
Address on file

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.20**

ANNETTE CONNELLY
Address on file

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.21**

ANTHONY SCHUCK
Address on file

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

**Part 2:**     **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.22** | **Nonpriority creditor's name and mailing address**

ARKEMA INC.
RETIA USA/LEGACY SITE SERVICES LLC
665 STOCKTON DRIVE
SUITE 100
EXTON, PA 19341

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                         Undetermined

---

**3.23** | **Nonpriority creditor's name and mailing address**

ARTHUR FRIEDMAN
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                         Undetermined

---

**3.24** | **Nonpriority creditor's name and mailing address**

ASHLAND LLC
EH&S - DS4
5200 BLAZER PARKWAY
DUBLIN, OH 43017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                         Undetermined

---

**3.25** | **Nonpriority creditor's name and mailing address**

AUDREY MCCAULEY
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                         Undetermined

---

**3.26** | **Nonpriority creditor's name and mailing address**

AUTUMN M. FOX
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                         Undetermined

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim**

---

**3.27** | **Nonpriority creditor's name and mailing address** | | $ | Undetermined

AVERY DENNISON CORPORATION, AS SUCCESSOR TO PAXAR CORPORATION
WHITEMAN OSTERMAN & HANNA LLP
ONE COMMERCE PLAZA
ALBANY, NY 12260

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | | $ | Undetermined

BALL CORPORATION
9200 W. 108TH CIRCLE
WESTMINSTER, CO 80021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | | $ | Undetermined

BARBARA ALLOWAY
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | | $ | Undetermined

BARBARA ELLEN BOLEN
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | | $ | Undetermined

BARBARANN LOCONTE
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page | | | Amount of claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.32** | **Nonpriority creditor's name and mailing address**

BASF CORPORATION
100 PARK AVENUE
FLORHAM PARK, NJ 07932

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$ _____ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address**

BASF CORPORATION ON ITS OWN BEHALF AND ON BEHALF OF BASF CATALYSTS LLC
BASF CORPORATION
P.O. BOX 71
OAK RIDGE PARKWAY
TOMS RIVER, NJ 08753

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$ _____ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address**

BEAZER EAST INC
600 RIVER AVE STE 200
PITTSBURGH, PA 15212-5994

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$ _____ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address**

BECTON, DICKINSON AND COMPANY
MCCARTER & ENGLISH, LLP
FOUR GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NJ 07102-4096

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$ _____ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address**

BELINDA HARLSON (DECEASED)
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.37**   **Nonpriority creditor's name and mailing address**

BELL CONTAINER CORP.
ARNOLD KAPLAN
PRESIDENT
615 FERRY STREET
PO BOX 5728
NEWARK, NJ 07105-0728

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$       Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.38**   **Nonpriority creditor's name and mailing address**

BELMONT METALS, INC.
330 BELMONT AVE.
BROOKLYN, NY 11207-4000

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$       Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.39**   **Nonpriority creditor's name and mailing address**

BEN HARBISON
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$       Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.40**   **Nonpriority creditor's name and mailing address**

BENJAMIN MOORE & CO.
NIXON PEABODY, LLP
1300 CLINTON SQUARE
ROCHESTER, NY 14604-1792

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$       Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.41**   **Nonpriority creditor's name and mailing address**

BENJAMIN PELTZ
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$       Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.42** | **Nonpriority creditor's name and mailing address**

BER MAR MANUFACTURING CORP.
ULANO CORPORATION
110 THIRD AVENUE
BROOKLYN, NY 11217

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$       Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address**

BETSEY HARDMAN
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$       Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address**

BETTE WHITNEY
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$       Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address**

BETTY COVEN
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$       Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address**

BEVERLY ALLEYNE
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$       Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.47** | **Nonpriority creditor's name and mailing address**

BOBBIE BUTLER
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**$**      Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address**

BOBBIE JO VAUGHN
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**$**      Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address**

BONITA WINTERSTEEN
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**$**      Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address**

BRADFORD BRETT
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**$**      Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address**

BRISTOL-MYERS SQUIBB COMPANY
MORGAN LEWIS
1701 MARKET ST.
PHILADELPHIA, PA 19103-2921

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

**$**      Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.52** | **Nonpriority creditor's name and mailing address**

BROWNING-FERRIS INDUSTRIES OF NEW JERSEY, INC.
REPUBLIC SERVICES, INC
190 CHADWICK DRIVE
AURORA, OH 44202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$    Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address**

BRUCE VEAL
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$    Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address**

BRYAN ELFANT
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$    Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address**

CARISSA D. WATKINS
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$    Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address**

CARLA OCHOA
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$    Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Revlon, Inc. | Case Number (if known) | 22-10760 |
|--------|--------------|------------------------|----------|
| | Name | | |

22-10760-dsj    Doc 375    Filed 08/13/22    Entered 08/13/22 12:29:17    Main Document
Pg 52 of 173

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

CARLOTTA CINELL
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

| **Date or dates debt was incurred** | UNDETERMINED | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☑ No  ☐ Yes |

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

CAROL CROOKS
SC DHEC—BUREAU OF LAND & WASTE MANAGEMENT
2600 BULL STREET
COLUMBIA, SC 29201

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

| **Date or dates debt was incurred** | UNDETERMINED | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☑ No  ☐ Yes |

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

CAROL GOERG
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

| **Date or dates debt was incurred** | UNDETERMINED | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☑ No  ☐ Yes |

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

CAROL TISHMAN
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

| **Date or dates debt was incurred** | UNDETERMINED | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☑ No  ☐ Yes |

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

CAROL YLITALO
Address on file

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

| **Date or dates debt was incurred** | UNDETERMINED | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☑ No  ☐ Yes |

**Part 2:**    **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.62** | **Nonpriority creditor's name and mailing address**

CAROLE DICERBO
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$            Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address**

CAROLE ZICKLIN
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$            Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address**

CAROLINE MATTHEWS
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$            Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address**

CATHERINE MAHONEY
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$            Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address**

CATHERINE POULTON
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$            Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.67** | **Nonpriority creditor's name and mailing address**

CATHY DENISE
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$            Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address**

CELIA RODRIGUEZ PEREZ
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$            Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address**

CHARLENE BOLAR
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$            Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address**

CHARLES HAAS
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$            Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.71** | **Nonpriority creditor's name and mailing address**

CHARLES PRZEKOP
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$            Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

CHEMTROM CORPORATION
3911 SW 47TH AVE #914
DAVIE, FL 33314

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

CHESLEY YURCHICK
Address on file

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

CHEVRON ENVIRONMENTAL MANAGEMENT CO.
6001 BOLLINGER CANYON ROAD
SAN RAMON, CA 94583

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

CHEVRON'S CONSULTANT: TRIHYDRO CORPORATION
1252 COMMERCE DRIVE
LARAMIE, WY 82070

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

CHEVRON'S COUNSEL: JACKSON WALKER LLP
1401 MCKINNEY STREET
SUITE 1900
HOUSTON, TX 77010

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.77**   **Nonpriority creditor's name and mailing address**

CHRISTINE KESHANESH
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.78**   **Nonpriority creditor's name and mailing address**

CHRISTINE PANZA
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.79**   **Nonpriority creditor's name and mailing address**

CHRISTOPHER OLMSTEAD
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.80**   **Nonpriority creditor's name and mailing address**

CIBA CORPORATION (F/K/A CIBA SPECIALTY CHEMICALS
CORPORATION) NOTE: MERGED INTO BASF.
BASF CORPORATION
100 CAMPUS DRIVE
FLORHAM PARK, NJ 07932

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.81**   **Nonpriority creditor's name and mailing address**

CLEAN HARBORS ENVIRONMENTAL SERVICES, INC.
42 LONGWATER DR
NORWELL, MA 02061-1612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Revlon, Inc. | Case number (if known) | 22-10760 |
|--------|--------------|------------------------|----------|
| | Name | | |

22-10760-dsj    Doc 375    Filed 08/13/22    Entered 08/13/22 12:29:17    Main Document
Pg 57 of 173

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.82** | **Nonpriority creditor's name and mailing address**

CNA HOLDINGS, LLC
222 W LAS COLINAS BLVD; STE. 900N
IRVING, TX 75039

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$                                        Undetermined

**Date or dates debt was incurred**        UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.83** | **Nonpriority creditor's name and mailing address**

COGNIS USA LLC (F/K/A COGNIS CORP.), AS SUCCESSOR TO HENKEL
CORPORATION AND ON BEHALF OF HENKEL CORPORATION[OWNED
BY BASF]
GIORDANO, HALLERAN & CIESLA
125 HALF MILE ROAD · SUITE 300
RED BANK, NJ 07701-6777

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$                                        Undetermined

**Date or dates debt was incurred**        UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.84** | **Nonpriority creditor's name and mailing address**

COLLEEN MCDONOUGH
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$                                        Undetermined

**Date or dates debt was incurred**        UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.85** | **Nonpriority creditor's name and mailing address**

COLUMBIA UNIVERSITY( R.RICCI, M. HEINZLEMANN V/V GROUP)
OFFICE OF THE GENERAL COUNSEL
COLUMBIA UNIVERSITY
412 LOW LIBRARY, MAIL CODE 4308
535 WEST 116TH STREET
NEW YORK, NY 10027

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$                                        Undetermined

**Date or dates debt was incurred**        UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.86** | **Nonpriority creditor's name and mailing address**

CONGOLEUM CORPORATION
FLORHAM PARK, NJ 07932

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$                                        Undetermined

**Date or dates debt was incurred**        UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
| --- | --- | --- | --- | --- |

CONNIE COHEN
Address on file

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
| --- | --- | --- | --- | --- |

CONNIE M. CARLSON
Address on file

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
| --- | --- | --- | --- | --- |

CONOPCO, INC. (FORMERLY D/B/A DAY-BALDWIN INC.)
BAKER BOTTS L.L.P.
700 K STREET, NW
WASHINGTON, DC 20001

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
| --- | --- | --- | --- | --- |

CONRAIL
JANET L. SCAGNELLI
TWO LOGAN SQUARE
PHILADELPHIA, PA 19103

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
| --- | --- | --- | --- | --- |

CONTINENTAL HOLDINGS, INC. AS SUCCESSOR IN INTEREST FOR
CERTAIN LIMITED PURPOSES TO CONTINENTAL CAN COMPANY, INC.
FEIN, SUCH, KAHN & SHEPARD, P.C.
7 CENTURY DRIVE, 2ND FLOOR
PARSIPPANY, NJ 07054

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Revlon, Inc.    **22-10760-dsj    Doc 375    Filed 08/13/22    Entered 08/13/22 12:29:17    Main Document**
              Name                                                                   Case Number *(if known)*    22-10760

**Pg 59 of 173**

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.92**  **Nonpriority creditor's name and mailing address**

COREY TIPPIN
Address on file

$ \hfill Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.93**  **Nonpriority creditor's name and mailing address**

COSAN CHEMICAL CORPORATION
CROWELL & MORING LLP
1001 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC 20004

$ \hfill Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.94**  **Nonpriority creditor's name and mailing address**

CRISTINA THOMAS
Address on file

$ \hfill Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.95**  **Nonpriority creditor's name and mailing address**

CRISTINA UNDERWOOD
Address on file

$ \hfill Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.96**  **Nonpriority creditor's name and mailing address**

CYCLE CHEM
217 SOUTH FIRST STREET
ELIZABETH, NJ 07206

$ \hfill Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.97**

**Nonpriority creditor's name and mailing address**

CYCLE CHEM, INC.
99 MADISON AVENUE, SUITE 503
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$                    Undetermined

**Date or dates debt was incurred**          UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.98**

**Nonpriority creditor's name and mailing address**

CYNTHIA PRATT
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$                    Undetermined

**Date or dates debt was incurred**          UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.99**

**Nonpriority creditor's name and mailing address**

D.F. GOLDSMITH CHEMICAL & METAL CORPORATION( R.RICCI, M.
HEINZLEMANN V/V GROUP)
JARDIM, MEISNER & SUSSER, P.C.
30B VREELAND ROAD, SUITE 201
FLORHAM PARK, NJ 07932

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$                    Undetermined

**Date or dates debt was incurred**          UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.100**

**Nonpriority creditor's name and mailing address**

DANA GARCIA
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$                    Undetermined

**Date or dates debt was incurred**          UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.101**

**Nonpriority creditor's name and mailing address**

DANA MURASZEWSKI
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$                    Undetermined

**Date or dates debt was incurred**          UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    22-10760-dsj    Doc 375    Filed 08/13/22    Entered 08/13/22 12:29:17    Main Document
Revlon, Inc.                                Pg 61 of 173                    Case Number (if known)    22-10760

    Name

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.102**

**Nonpriority creditor's name and mailing address**

DANIELLE JANE SMALLEY
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

| **Date or dates debt was incurred** | UNDETERMINED | **Is the claim subject to offset?** |
| --- | --- | --- |
| **Last 4 digits of account number** | | ☑ No ☐ Yes |

**3.103**

**Nonpriority creditor's name and mailing address**

DANITA VAN DYKE-DIXON
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

| **Date or dates debt was incurred** | UNDETERMINED | **Is the claim subject to offset?** |
| --- | --- | --- |
| **Last 4 digits of account number** | | ☑ No ☐ Yes |

**3.104**

**Nonpriority creditor's name and mailing address**

DARLENE LYNCH
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

| **Date or dates debt was incurred** | UNDETERMINED | **Is the claim subject to offset?** |
| --- | --- | --- |
| **Last 4 digits of account number** | | ☑ No ☐ Yes |

**3.105**

**Nonpriority creditor's name and mailing address**

DARYL YODER
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

| **Date or dates debt was incurred** | UNDETERMINED | **Is the claim subject to offset?** |
| --- | --- | --- |
| **Last 4 digits of account number** | | ☑ No ☐ Yes |

**3.106**

**Nonpriority creditor's name and mailing address**

DAVID SMITH
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

| **Date or dates debt was incurred** | UNDETERMINED | **Is the claim subject to offset?** |
| --- | --- | --- |
| **Last 4 digits of account number** | | ☑ No ☐ Yes |

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.107**

**Nonpriority creditor's name and mailing address**

DAVID UNDERWOOD
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

**3.108**

**Nonpriority creditor's name and mailing address**

DAVID WOJCIECHOWSKI
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

**3.109**

**Nonpriority creditor's name and mailing address**

DAWN GRANT
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

**3.110**

**Nonpriority creditor's name and mailing address**

DEBORAH BUECHEL
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

**3.111**

**Nonpriority creditor's name and mailing address**

DEBORAH GOERG
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |
|---|---|---|

| **3.112** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $      Undetermined |
|---|---|---|---|

DEBORAH OLSON-RIZZO
Address on file

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **3.113** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $      Undetermined |
|---|---|---|---|

DEBRA DESANTO
Address on file

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **3.114** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $      Undetermined |
|---|---|---|---|

DECEDENT PATRICIA MARIE DIRKS
Address on file

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **3.115** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $      Undetermined |
|---|---|---|---|

DELPHINE PRZEKOP
Address on file

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **3.116** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $      Undetermined |
|---|---|---|---|

DENNIS BISHOP JOLCUVAR
Address on file

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.117**　**Nonpriority creditor's name and mailing address**

DIANA SANTANA
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$　Undetermined

**Date or dates debt was incurred**　　UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.118**　**Nonpriority creditor's name and mailing address**

DIANE PEROUTKA
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$　Undetermined

**Date or dates debt was incurred**　　UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.119**　**Nonpriority creditor's name and mailing address**

DIANE WOJCIECHOWSKI
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$　Undetermined

**Date or dates debt was incurred**　　UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.120**　**Nonpriority creditor's name and mailing address**

DOCTOR COLIN
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$　Undetermined

**Date or dates debt was incurred**　　UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.121**　**Nonpriority creditor's name and mailing address**

DONNA SHAFER
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$　Undetermined

**Date or dates debt was incurred**　　UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.122 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

DOROTHY OLMSTEAD
Address on file

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

DRI-PRINT FOILS, INC. (SUBSIDIARIES AND SUCCESSORS INCLUDE:
BEATRICE FOODS CO., BEATRICE COMPANIES, INC., BEATRICE CO.,
HUNT-WESSON, INC., CONAGRA GROCERY PRODUCTS CO.,
CONAGRA GROCERY PRODUCTS CO. LLC, API FOILS, INC.)
MARK MANEWITZ, ATTORNEY FOR API FOILS, INC.
HERRICK, FEINSTEIN LLP
ONE GATEWAY CENTER

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

E.I. DU PONT DE NEMOURS AND COMPANY
1 NEWARK CENTER
10TH FLOOR
NEWARK, NJ 07102

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

EARL BROWN
Address on file

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

EDNA SANCHEZ
Address on file

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.127** | **Nonpriority creditor's name and mailing address**

EILEEN DECOSTA
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$                    Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address**

ELAINE WILSON
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$                    Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address**

ELECTRIC BOAT CORPORATION
D602, MAIL ZONE J88-9, 75 EASTERN POINT ROAD
GROTON, CT 06340

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$                    Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address**

ELLEN DONNELLY
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$                    Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.131** | **Nonpriority creditor's name and mailing address**

ELLYN GILBRIDE
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$                    Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

| 3.132 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
| --- | --- | --- | --- | --- |

EMILIA BRADY
Address on file

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.133 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
| --- | --- | --- | --- | --- |

EMILY SHERLOCK, ESQ.
ROBINSON BRADSHAW & HINSON
ATTN: PHILIP SERVICES SITE PRP GROUP
101 N. TRYON ST, SUITE 1900
CHARLOTTE, NC 28246

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
| --- | --- | --- | --- | --- |

ENVIRONMENTAL ENTERPRISES, INC.
10163 CINCINNATI-DAYTON RD
CINCINNATI, OH 45241

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
| --- | --- | --- | --- | --- |

ERIC BILJETINA
Address on file

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
| --- | --- | --- | --- | --- |

ESTATE OF ELUTERIA RODRIGUEZ
Address on file

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.137**  **Nonpriority creditor's name and mailing address**

ESTHER GUMPERT
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$                    Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.138**  **Nonpriority creditor's name and mailing address**

EUGENIA VAUGHN
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$                    Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.139**  **Nonpriority creditor's name and mailing address**

EVANGELINE  PURVIS
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$                    Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.140**  **Nonpriority creditor's name and mailing address**

EXXONMOBIL CORPORATION ON BEHALF OF ITSELF, AND ITS
AFFILIATES EXXONMOBIL OIL CORPORATION
209 SHAFTER STREET
ISLANDIA, NY 11749-5074

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  ENVIRONMENTAL CLAIM

$                    Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.141**  **Nonpriority creditor's name and mailing address**

FIRST INSURANCE FUNDING
450 SKOKIE BLVD
STE 1000
NORTHBROOK, IL 60062-7917

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  INSURANCE PREMIUM FINANCE AGREEMENT

$                    1,944,190.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:**    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ Undetermined |
|---|---|---|---|

**3.142**   **Nonpriority creditor's name and mailing address**

FORD MOTOR COMPANY
K&L GATES LLP
ONE NEWARK CENTER, TENTH FLOOR
NEWARK, NJ 07102-5285

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

$   Undetermined

---

**3.143**   **Nonpriority creditor's name and mailing address**

FORD MOTOR COMPANY'S COUNSEL: K&L GATES LLP
ONE NEWARK CENTER
10TH FLOOR
NEWARK, NJ 07102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

$   Undetermined

---

**3.144**   **Nonpriority creditor's name and mailing address**

FRAIDA NATHAN
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

$   Undetermined

---

**3.145**   **Nonpriority creditor's name and mailing address**

FUJIFILM NORTH AMERICA CORPORATION
200 SUMMIT LAKE DRIVE
VALHALLA, NY 10595

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

$   Undetermined

---

**3.146**   **Nonpriority creditor's name and mailing address**

GAIL HOUGH
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

$   Undetermined

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.147** **Nonpriority creditor's name and mailing address**

GARFIELD REFINING COMPANY ( R.RICCI, M. HEINZLEMANN V/V GROUP)
LOWENSTEIN SANDLER PC
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068-1791

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$      Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.148** **Nonpriority creditor's name and mailing address**

GENERAL DYNAMICS GLOBAL IMAGING TECHNOLOGIES, INC. (GDGIT)
(F/K/A AXSYS TECHNOLOGIES, INC.)
DOUGLAS B. COX
GENERAL DYNAMICS MISSION SYSTEMS
ASSOCIATE GENERAL COUNSEL
12450 FAIR LAKES CIRCLE, SUITE 800
FAIRFAX, VA 22033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$      Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.149** **Nonpriority creditor's name and mailing address**

GENERAL ELECTRIC COMPANY
1 RIVER ROAD, BLDG. 5-7W
SCHENECTADY, NY 12345

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$      Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.150** **Nonpriority creditor's name and mailing address**

GEORGE BESSE
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$      Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.151** **Nonpriority creditor's name and mailing address**

GEORGE CONNELL
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$      Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.152** | **Nonpriority creditor's name and mailing address**

GEORGE LALAK
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.153** | **Nonpriority creditor's name and mailing address**

GIANT RESOURCE RECOVERY-ATTALLA, INC. (F/K/A M&M CHEMICAL)
1229 VALLEY DR
ATTALLA, AL 35954-8586

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.154** | **Nonpriority creditor's name and mailing address**

GLAXOSMITHKLINE LLC (F/K/A SMITHKLINE BEECHAM CORPORATION)
BALLARD SPAHR LLP
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA, PA 19103-7599

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.155** | **Nonpriority creditor's name and mailing address**

GLENN SPRINGS HOLDINGS, INC.
1455 DALLAS PARKWAY
SUITE 400
DALLAS, TX 75254

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.156** | **Nonpriority creditor's name and mailing address**

GOODRICH CORPORATION, A COLLINS AEROSPACE COMPANY, ON BEHALF OF MONROE CHEMICAL, INC.
10 FARM SPRINGS ROAD
FARMINGTON, CT 06032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.157**   **Nonpriority creditor's name and mailing address**

GORDON VAUGHN
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.158**   **Nonpriority creditor's name and mailing address**

GREG A. WATKINS
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.159**   **Nonpriority creditor's name and mailing address**

GREIF INC.
425 WINTER ROAD
DELAWARE, OH 43015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.160**   **Nonpriority creditor's name and mailing address**

GUILLERMA ESQUEDA
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.161**   **Nonpriority creditor's name and mailing address**

HARRY SCHLEICHER
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ Undetermined |
|---|---|---|---|

HARTIN PAINT AND FILLER CORP.
PORZIO, BROMBERG & NEWMAN, P.C.
100 SOUTHGATE PARKWAY
P.O. BOX 1997
MORRISTOWN, NJ 07962-1997

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ Undetermined |
|---|---|---|---|

HCR MANORCARE, INC.
333 NORTH SUMMIT STREET
TOLEDO, OH 43604-2617

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ Undetermined |
|---|---|---|---|

HELEN R. POLLINGER
Address on file

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ Undetermined |
|---|---|---|---|

HENKEL CORPORATION
ONE HENKEL WAY
ROCKY HILL, CT 06067

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ Undetermined |
|---|---|---|---|

HENKEL CORPORATION'S COUNSEL: GIORDANO, HALLERAN & CIESLA, PC
125 HALF MILE ROAD
SUITE 300
RED BANK, NJ 07701-6777

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.167** | **Nonpriority creditor's name and mailing address**

HENKEL KGAA(INDEMNITOR OF COGNIS USA, LLC FOR 90% OF COSTS INVOLVING RUSSO PROPERTY))
GIORDANO, HALLERAN & CIESLA
125 HALF MILE ROAD · SUITE 300
RED BANK, NJ 07701-6777

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.168** | **Nonpriority creditor's name and mailing address**

HEXION INC. (F/K/A MOMENTIVE SPECIALTY CHEMICALS, INC., F/K/A HEXION SPECIALTY CHEMICALS, INC, F/K/A BORDEN CHEMICAL, INC.)
180 EAST BROAD STREET
COLUMBUS, OH 43215

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.169** | **Nonpriority creditor's name and mailing address**

HOFFMANN-LA ROCHE INC.(PARTIAL B. BARNETT SCP GROUP)
PETER JEUCK
HOFFMANN-LA ROCHE INC.
340 KINGSLAND STREET
NUTLEY, NJ 07110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.170** | **Nonpriority creditor's name and mailing address**

HOKE COUNSEL: THE LAW FIRM OF JONES & JONES
45 ESSEX STREET
HACKENSACK, NJ 07601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.171** | **Nonpriority creditor's name and mailing address**

HOLLY FISHER
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.172**   **Nonpriority creditor's name and mailing address**

HOLLY FISHER
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$      Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.173**   **Nonpriority creditor's name and mailing address**

HONEYWELL INTERNATIONAL, INC.
DESIGN & CONSTRUCTION MANAGER
HONEYWELL
115 TABOR ROAD
D- 4-D
MORRIS PLAIN, NJ 07950

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$      Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.174**   **Nonpriority creditor's name and mailing address**

HOPE KLAYMAN
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$      Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.175**   **Nonpriority creditor's name and mailing address**

HORTENSIA ENCISO
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$      Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.176**   **Nonpriority creditor's name and mailing address**

HOWMET AEROSPACE INC. (F/K/A ALCOA INC., ARCONIC INC.)( R.RICCI,
M. HEINZLEMANN V/V GROUP)
K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$      Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.177**  **Nonpriority creditor's name and mailing address**

HYDRITE CHEMICAL CO.
17385 GOLF PARKWAY
BROOKFIELD, WI 53045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  ENVIRONMENTAL CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.178**  **Nonpriority creditor's name and mailing address**

ILENE G. EGERT
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.179**  **Nonpriority creditor's name and mailing address**

ILLANA FRIEDMAN
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.180**  **Nonpriority creditor's name and mailing address**

INTERNATIONAL PAPER COMPANY
6400 POPLAR AVE
MEMPHIS, TN 38197

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  ENVIRONMENTAL CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.181**  **Nonpriority creditor's name and mailing address**

ISLAND SUPPLY
199 COIT STREET
IRVINGTON, NJ 07111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  ENVIRONMENTAL CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.182**   **Nonpriority creditor's name and mailing address**

ISP ENVIRONMENTAL SERVICES INC.
CHIEF COUNSEL, ENVIRONMENTAL REMEDIATION AND REAL ESTATE
500 HERCULES ROAD
WILMINGTON, DE 19808

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: ENVIRONMENTAL CLAIM

$      Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.183**   **Nonpriority creditor's name and mailing address**

JACQUELINE MAROTTA
Address on file

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: LITIGATION CLAIM

$      Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.184**   **Nonpriority creditor's name and mailing address**

JAIME REYES
Address on file

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: LITIGATION CLAIM

$      Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.185**   **Nonpriority creditor's name and mailing address**

JAMES JUDD
Address on file

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: LITIGATION CLAIM

$      Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.186**   **Nonpriority creditor's name and mailing address**

JAMES BRYANT JR.
Address on file

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: LITIGATION CLAIM

$      Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    Revlon, Inc.     22-10760-dsj    Doc 375    Filed 08/13/22    Entered 08/13/22 12:29:17    Main Document
Name        Case number (if known)    22-10760
Pg 78 of 173

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.187 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
|---|---|---|---|

**3.187** | **Nonpriority creditor's name and mailing address**

JAMES RIDEN
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$     Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.188** | **Nonpriority creditor's name and mailing address**

JAMES YLITAO
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$     Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.189** | **Nonpriority creditor's name and mailing address**

JANE FOSTER, JANE
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$     Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.190** | **Nonpriority creditor's name and mailing address**

JANET MILLER
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$     Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.191** | **Nonpriority creditor's name and mailing address**

JANICE BARLOW
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$     Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.192**   **Nonpriority creditor's name and mailing address**

JANICE BISCEGLIO
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.193**   **Nonpriority creditor's name and mailing address**

JANICE JOLCUVAR
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.194**   **Nonpriority creditor's name and mailing address**

JANICE MARKUSON
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.195**   **Nonpriority creditor's name and mailing address**

JANICE PALUZZI
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.196**   **Nonpriority creditor's name and mailing address**

JEFFREY WEISS
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

| 3.197 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $      Undetermined |
|---|---|---|---|
| | JEFFREY WEISS<br>Address on file | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | | **Basis for the claim:** LITIGATION CLAIM | |
| | **Date or dates debt was incurred**    UNDETERMINED | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| 3.198 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $      Undetermined |
|---|---|---|---|
| | JENNIFER CHAMBERLAIN<br>Address on file | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | | **Basis for the claim:** LITIGATION CLAIM | |
| | **Date or dates debt was incurred**    UNDETERMINED | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| 3.199 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $      Undetermined |
|---|---|---|---|
| | JENNIFER PHILLIPPI<br>Address on file | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | | **Basis for the claim:** LITIGATION CLAIM | |
| | **Date or dates debt was incurred**    UNDETERMINED | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| 3.200 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $      Undetermined |
|---|---|---|---|
| | JESSICA MAKINSON<br>Address on file | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | | **Basis for the claim:** LITIGATION CLAIM | |
| | **Date or dates debt was incurred**    UNDETERMINED | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| 3.201 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $      Undetermined |
|---|---|---|---|
| | JOAN KENNEDY<br>Address on file | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | | **Basis for the claim:** LITIGATION CLAIM | |
| | **Date or dates debt was incurred**    UNDETERMINED | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

**Part 2:**    **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

| 3.202 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $      Undetermined |
|---|---|---|---|
| | JOAN RESEMIUS<br>Address on file | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** LITIGATION CLAIM | |
| | **Date or dates debt was incurred**    UNDETERMINED<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.203 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $      Undetermined |
|---|---|---|---|
| | JOANNA MEGARIOTIS<br>Address on file | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** LITIGATION CLAIM | |
| | **Date or dates debt was incurred**    UNDETERMINED<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.204 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $      Undetermined |
|---|---|---|---|
| | JODI BESSE<br>Address on file | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** LITIGATION CLAIM | |
| | **Date or dates debt was incurred**    UNDETERMINED<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.205 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $      Undetermined |
|---|---|---|---|
| | JODY HARDMAN<br>Address on file | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** LITIGATION CLAIM | |
| | **Date or dates debt was incurred**    UNDETERMINED<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.206 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $      Undetermined |
|---|---|---|---|
| | JOHN ANDRADE<br>Address on file | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** LITIGATION CLAIM | |
| | **Date or dates debt was incurred**    UNDETERMINED<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.207**

**Nonpriority creditor's name and mailing address**

JOHN L. ARMITAGE & CO. NOT PARTICIPATING DUE TO LACK OF
FUNDS PER NORMAN ARMITAGE ON PHONE CALL WITH BEN APPLE
ON SEPT. 24, 2019
545 NATIONAL DRIVE
GALLATIN, TN 37066

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  ENVIRONMENTAL CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**         UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.208**

**Nonpriority creditor's name and mailing address**

JOHN O'CONNELL
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**         UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.209**

**Nonpriority creditor's name and mailing address**

JOHN PICHIERRI
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**         UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.210**

**Nonpriority creditor's name and mailing address**

JOHNSON & JOHNSON
ONE JOHNSON & JOHNSON PLAZA
NEW BRUNSWICK, NJ 08933

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  ENVIRONMENTAL CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**         UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.211**

**Nonpriority creditor's name and mailing address**

JOLYNNE BILJETINA
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**         UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

| 3.212 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

JOSEPHINE MARCHESANO
Address on file

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

JOSEPHINE VICTORIA KAYE
Address on file

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.214 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

JUDITH GOODNOW
Address on file

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.215 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

JUDITH PELTZ
Address on file

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.216 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

JULANDA ZACHARY
Address on file

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page | |
|---------|-----------------|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.217 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

JULIE PETERSON
Address on file

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** GUARANTEE CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.218 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

KAREN BRAND
Address on file

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

KAREN MCNELLEY
Address on file

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.220 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

KATHEY WALSH
Address on file

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

KATHLEEN GALLECIEZ
Address on file

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

| 3.222 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
| --- | --- | --- | --- | --- |

KATHY BROWN
Address on file

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.223 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
| --- | --- | --- | --- | --- |

KELCIE MATHENIA
Address on file

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.224 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
| --- | --- | --- | --- | --- |

KELLY ANDERSON
Address on file

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.225 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
| --- | --- | --- | --- | --- |

KELLY BAKER
Address on file

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.226 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
| --- | --- | --- | --- | --- |

KENNESIA TAPER
Address on file

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.227** Nonpriority creditor's name and mailing address

KENNETH KLEINMAN
Address on file

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  LITIGATION CLAIM

$ _____ Undetermined

Date or dates debt was incurred      UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.228** Nonpriority creditor's name and mailing address

KERRY MURPHY
Address on file

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  LITIGATION CLAIM

$ _____ Undetermined

Date or dates debt was incurred      UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.229** Nonpriority creditor's name and mailing address

KIRKER ENTERPRISES, INC.
CHIESA SHAHINIAN & GIANTOMASI PC
ONE BOLAND DRIVE
WEST ORANGE, NJ 07052

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  ENVIRONMENTAL CLAIM

$ _____ Undetermined

Date or dates debt was incurred      UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.230** Nonpriority creditor's name and mailing address

L.E. CARPENTER & CO.
L.E. CARPENTER & CO
33587 WALKER ROAD
AVON LAKE, OH 44012

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  ENVIRONMENTAL CLAIM

$ _____ Undetermined

Date or dates debt was incurred      UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.231** Nonpriority creditor's name and mailing address

LANXESS CORPORATION AS SUCCESSOR IN INTEREST TO BAYER
SOLELY FOR THIS MATTER
LANXESS CORPORATION
111 RIDC PARK WEST DRIVE
PITTSBURGH, PA 15275-1112

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  ENVIRONMENTAL CLAIM

$ _____ Undetermined

Date or dates debt was incurred      UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.232** | **Nonpriority creditor's name and mailing address**

LARAINE BABBITT
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.233** | **Nonpriority creditor's name and mailing address**

LAURA CODY
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.234** | **Nonpriority creditor's name and mailing address**

LAURA MCDANIEL
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.235** | **Nonpriority creditor's name and mailing address**

LAURIE MEREDITH
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.236** | **Nonpriority creditor's name and mailing address**

LEANNE HURLEY
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

---

**3.237** **Nonpriority creditor's name and mailing address**

LEONARD KINLER
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.238** **Nonpriority creditor's name and mailing address**

LEONARD KINLER
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.239** **Nonpriority creditor's name and mailing address**

LESLIE TOKUSHIMA-WILSON
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.240** **Nonpriority creditor's name and mailing address**

LINDA  JOHNSON-BRETT
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.241** **Nonpriority creditor's name and mailing address**

LINDA DOWNING
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.242** | **Nonpriority creditor's name and mailing address**

LINDA GONZALEZ
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.243** | **Nonpriority creditor's name and mailing address**

LINDA SCHAEFER
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.244** | **Nonpriority creditor's name and mailing address**

LINDA WELCH
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.245** | **Nonpriority creditor's name and mailing address**

LINDA YODER
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.246** | **Nonpriority creditor's name and mailing address**

LINDE INC. (FOR AIRCO INDUSTRIAL GASES)( R.RICCI, M. HEINZLEMANN V/V GROUP)
LOWENSTEIN SANDLER PC
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068-1791

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.247**   **Nonpriority creditor's name and mailing address**

LION OIL COMPANY
7102 COMMERCE WAY
BRENTWOOD, TN 37027

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.248**   **Nonpriority creditor's name and mailing address**

LISA FRACE
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.249**   **Nonpriority creditor's name and mailing address**

LISA JACOBY
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.250**   **Nonpriority creditor's name and mailing address**

LITA GOLDSTEIN
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.251**   **Nonpriority creditor's name and mailing address**

LOCKHEED MARTIN
6801 ROCKLEDGE DRIVE
BETHESDA, MD 20817

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.252**   **Nonpriority creditor's name and mailing address**

LOCKHEED MARTIN CORPORATION
6801 ROCKLEDGE DRIVE
BETHESDA, MD 20817

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$     Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.253**   **Nonpriority creditor's name and mailing address**

LOREN MILLER
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$     Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.254**   **Nonpriority creditor's name and mailing address**

LORETTA O'CONNELL
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$     Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.255**   **Nonpriority creditor's name and mailing address**

LORI LYTLE
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$     Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.256**   **Nonpriority creditor's name and mailing address**

LORIE BAYLIS
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$     Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:**     **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.257**

**Nonpriority creditor's name and mailing address**

LUANN FURNO
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**          UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.258**

**Nonpriority creditor's name and mailing address**

M.A. HANNA PLASTIC GROUP, INC.
40600 ANN ARBOR ROAD E.
SUITE 201
PLYMOUTH, MI 48170

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

**Date or dates debt was incurred**          UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.259**

**Nonpriority creditor's name and mailing address**

MACK TRUCKS, INC.
7900 NATIONAL SERVICE ROAD, CC2/7
GREENSBORO, NC 27409

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

**Date or dates debt was incurred**          UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.260**

**Nonpriority creditor's name and mailing address**

MAE K. MOORE
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** GUARANTEE CLAIM

**Date or dates debt was incurred**          UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.261**

**Nonpriority creditor's name and mailing address**

MAE MOORE
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**          UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

Debtor  Revlon, Inc.
Name

Case number (if known)  22-10760

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.262**

**Nonpriority creditor's name and mailing address**

MALLINCKRODT BAKER, INC. (NOW AVANTOR PERFORMANCE MATERIALS, LLC)
222 RED SCHOOL LANE
PHILLIPSBURG, NJ 08865

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  ENVIRONMENTAL CLAIM

$  Undetermined

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.263**

**Nonpriority creditor's name and mailing address**

MALLINCKRODT INC.
675 MCDONNELL BOULEVARD
ST. LOUIS, MO 63042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  ENVIRONMENTAL CLAIM

$  Undetermined

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.264**

**Nonpriority creditor's name and mailing address**

MARCUS HAMILTON
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$  Undetermined

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.265**

**Nonpriority creditor's name and mailing address**

MARGARET CARDILLO
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$  Undetermined

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.266**

**Nonpriority creditor's name and mailing address**

MARGIE FOSTER
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$  Undetermined

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor | Revlon, Inc.
Name

Case number (if known) | 22-10760

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.267** **Nonpriority creditor's name and mailing address**

MARGIE FOSTER
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.268** **Nonpriority creditor's name and mailing address**

MARGIE FOSTER
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.269** **Nonpriority creditor's name and mailing address**

MARIA ALVAREZ
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.270** **Nonpriority creditor's name and mailing address**

MARIA SILVA
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.271** **Nonpriority creditor's name and mailing address**

MARILYN BIAGETTI
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.272**   **Nonpriority creditor's name and mailing address**

MARILYN ANN RENTKO
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$      Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.273**   **Nonpriority creditor's name and mailing address**

MARK BUCHHOLZ
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$      Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.274**   **Nonpriority creditor's name and mailing address**

MARLA HAMILTON
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$      Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.275**   **Nonpriority creditor's name and mailing address**

MARLA HAMILTON
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** GUARANTEE CLAIM

$      Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.276**   **Nonpriority creditor's name and mailing address**

MARLA LEMM
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$      Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Revlon, Inc. | 22-10760-dsj | Doc 375 | Filed 08/13/22 | Entered 08/13/22 12:29:17 | Main Document |
| | Name | | | | Case number (if known) | 22-10760 |

Pg 96 of 173

**Part 2:**     **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.277 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | MARTHA CASTANEDA<br>Address on file | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | | **Basis for the claim:** LITIGATION CLAIM | |
| | **Date or dates debt was incurred**    UNDETERMINED | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| 3.278 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | MARY BATEY<br>Address on file | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | | **Basis for the claim:** LITIGATION CLAIM | |
| | **Date or dates debt was incurred**    UNDETERMINED | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| 3.279 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | MARY CROSBY<br>Address on file | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | | **Basis for the claim:** LITIGATION CLAIM | |
| | **Date or dates debt was incurred**    UNDETERMINED | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| 3.280 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | MARY PICHIERRI<br>Address on file | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | | **Basis for the claim:** LITIGATION CLAIM | |
| | **Date or dates debt was incurred**    UNDETERMINED | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| 3.281 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | MARYANNE BOMBERGER<br>Address on file | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | | **Basis for the claim:** LITIGATION CLAIM | |
| | **Date or dates debt was incurred**    UNDETERMINED | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.282**

**Nonpriority creditor's name and mailing address**

MATHESON TRI-GAS, INC.
MATHESON TRI-GAS, INC.
3 MOUNTAINVIEW ROAD, 3RD FLOOR
WARREN, NJ 07059

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.283**

**Nonpriority creditor's name and mailing address**

MELVA SUE LOCKENVITZ
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.284**

**Nonpriority creditor's name and mailing address**

MERCK & CO., INC.
TWO MERCK DRIVE
P.O. BOX 200, WS3W16E
WHITEHOUSE STATION, NJ 08889-0200

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.285**

**Nonpriority creditor's name and mailing address**

MICHELLE COOPER
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.286**

**Nonpriority creditor's name and mailing address**

MICHELLE ROSEBUSH
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.287** | **Nonpriority creditor's name and mailing address**

MICHELLE SHERMAN
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.288** | **Nonpriority creditor's name and mailing address**

MICKEY ARVIN
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.289** | **Nonpriority creditor's name and mailing address**

MILTON MARKUSON
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.290** | **Nonpriority creditor's name and mailing address**

MONICA PEOPLES
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.291** | **Nonpriority creditor's name and mailing address**

MORAN TOWING CORP.
50 LOCUST AVENUE
NEW CANAAN, CT 06840

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:**     Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.292**   **Nonpriority creditor's name and mailing address**

MORAN TOWING CORPORATION
TWO GREENWICH PLAZA
GREENWICH, CT 06830

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$      Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.293**   **Nonpriority creditor's name and mailing address**

MORTON INTERNATIONAL, LLC
SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, DC 20005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$      Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.294**   **Nonpriority creditor's name and mailing address**

MORTON INTERNATIONAL, LLC, AS SUCCESSOR IN INTEREST TO BEE
CHEMICAL COMPANY
SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, DC 20005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$      Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.295**   **Nonpriority creditor's name and mailing address**

MTA NEW YORK CITY TRANSIT (R.RICCI, M. HEINZLEMANN V/V GROUP)
2 BROADWAY
NEW YORK, NY 10004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$      Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.296**   **Nonpriority creditor's name and mailing address**

MYRA JACKSON
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$      Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Revlon, Inc. | Doc 375 | Filed 08/13/22 | Entered 08/13/22 12:29:17 | Main Document |
| | Name | | | Case number *(if known)* | 22-10760 |

22-10760-dsj    Doc 375    Filed 08/13/22    Entered 08/13/22 12:29:17    Main Document
Pg 100 of 173

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.297** | **Nonpriority creditor's name and mailing address**

MYRIAM KERR
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**          UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.298** | **Nonpriority creditor's name and mailing address**

NAGWA HABIB
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**          UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.299** | **Nonpriority creditor's name and mailing address**

NANCY SCHAEFER
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**          UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.300** | **Nonpriority creditor's name and mailing address**

NANCY SCHUCK
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**          UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.301** | **Nonpriority creditor's name and mailing address**

NAOMI WISENER
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**          UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.302** | **Nonpriority creditor's name and mailing address**

NEPERA, INC.
CROWELL & MORING LLP
1001 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC 20004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  ENVIRONMENTAL CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.303** | **Nonpriority creditor's name and mailing address**

NESTLE USA INC.
1812 N. MOORE STREET
ROSSLYN, VA 22209

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  ENVIRONMENTAL CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.304** | **Nonpriority creditor's name and mailing address**

NESTLE USA INC.'S COUNSEL: CERMAK & INGLIN, LLP
12121 WILSHIRE BLVD.
LOS ANGELES, CA 90025-1166

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  ENVIRONMENTAL CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.305** | **Nonpriority creditor's name and mailing address**

NEW ENGLAND LAMINATES CO., INC.
LAW OFFICE OF CAROL A. GROSS
79 DAVENPORT STREET
SOMERVILLE, NJ 08876

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  ENVIRONMENTAL CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.306** | **Nonpriority creditor's name and mailing address**

NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION
MAIL CODE 401-07
401 EAST STATE STREET
PO BOX 402
TRENTON, NJ 08625-0420

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  ENVIRONMENTAL CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.307** | **Nonpriority creditor's name and mailing address**

NEW JERSEY INSTITUTE OF TECHNOLOGY
323 DR. MARTIN LUTHER KING BLVD.
UNIVERSITY HEIGHTS
FENSTER HALL
ROOM 310
NEWARK, NJ 07112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

**$**      Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.308** | **Nonpriority creditor's name and mailing address**

NICOLE STONE
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**$**      Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.309** | **Nonpriority creditor's name and mailing address**

NILSA BAIRD
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**$**      Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.310** | **Nonpriority creditor's name and mailing address**

NL INDUSTRIES, INC.
THREE LINCOLN CENTRE, SUITE 1700
5430 LBJ FREEWAY
DALLAS, TX 75240-2697

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

**$**      Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.311** | **Nonpriority creditor's name and mailing address**

NOKIA OF AMERICA CORPORATION
600 MOUNTAIN AVENUE
MURRAY HILL, NJ 07974-0636

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

**$**      Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

| 3.312 | **Nonpriority creditor's name and mailing address**<br><br>NOKIA OF AMERICA CORPORATION, F/K/A LUCENT TECHNOLOGIES, INC.<br>NOKIA OF AMERICA CORPORATION<br>EH&S - NA<br>600 MOUNTAIN AVENUE<br>ROOM 1F-102G<br>MURRAY HILL, NJ 07974 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** ENVIRONMENTAL CLAIM | $      Undetermined |
| | **Date or dates debt was incurred**    UNDETERMINED<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.313 | **Nonpriority creditor's name and mailing address**<br><br>NOKIA OF AMERICA CORPORATION'S COUNSEL: SPENCER FANE LLP<br>1 NORTH BRENTWOOD BLVD., SUITE 1000<br>ST. LOUIS, MO 63105 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** ENVIRONMENTAL CLAIM | $      Undetermined |
| | **Date or dates debt was incurred**    UNDETERMINED<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.314 | **Nonpriority creditor's name and mailing address**<br><br>NORTHROP GRUMMAN SYSTEMS CORPORATION ON BEHALF OF LITTON SYSTEMS/FITCHBURG COATED PRODUCTS AND GRUMMAN CORP.<br>1000 WILSON BLVD., SUITE 2300<br>ARLINGTON, VA 22209 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** ENVIRONMENTAL CLAIM | $      Undetermined |
| | **Date or dates debt was incurred**    UNDETERMINED<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.315 | **Nonpriority creditor's name and mailing address**<br><br>OCCIDENTAL CHEMICAL CORPORATIONAS A SUCCESSOR TO DIAMOND SHAMROCK CHEMICALS COMPANY<br>LANGSAM STEVENS SILVER & HOLLAENDER LLP<br>1818 MARKET STREET<br>SUITE 2430<br>PHILADELPHIA, PA 19103 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** ENVIRONMENTAL CLAIM | $      Undetermined |
| | **Date or dates debt was incurred**    UNDETERMINED<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.316 | **Nonpriority creditor's name and mailing address**<br><br>OLGA RODRIGUEZ<br>Address on file | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** LITIGATION CLAIM | $      Undetermined |
| | **Date or dates debt was incurred**    UNDETERMINED<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.317** Nonpriority creditor's name and mailing address

OLIN CORPORATION
OLIN CORPORATION
3855 NORTH OCOEE STREET
SUITE 200
CLEVELAND, TN 37312

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$  Undetermined

Date or dates debt was incurred    UNDETERMINED

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

---

**3.318** Nonpriority creditor's name and mailing address

OSRAM SYLVANIA, INC.
CHIESA SHAHINIAN & GIANTOMASI PC
ONE BOLAND DRIVE
WEST ORANGE, NJ 07052

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$  Undetermined

Date or dates debt was incurred    UNDETERMINED

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

---

**3.319** Nonpriority creditor's name and mailing address

PAINTMASTER
1920 NJ ROUTE 37
#1
TOMS RIVER, NJ 08753

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$  Undetermined

Date or dates debt was incurred    UNDETERMINED

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

---

**3.320** Nonpriority creditor's name and mailing address

PAN TECHNOLOGY, INC.
350 MOUNT KEMBLE AVENUE
MORRISTOWN, NJ 07962-1917

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$  Undetermined

Date or dates debt was incurred    UNDETERMINED

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

---

**3.321** Nonpriority creditor's name and mailing address

PARAMOUNT GLOBAL (F/K/A VIACOM, INC., F/K/A WESTINGHOUSE
ELECTRIC CORPORATION)
VICE PRESIDENT, SENIOR COUNSEL/ENVIRONMENTAL
PARAMOUNT GLOBAL LAW DEPARTMENT
PARAMOUNT GLOBAL
20 STANWIX STREET, 10TH FLOOR
PITTSBURGH, PA 15222

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$  Undetermined

Date or dates debt was incurred    UNDETERMINED

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.322**   **Nonpriority creditor's name and mailing address**

PATRICE A. HOLTERMANN
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$    Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.323**   **Nonpriority creditor's name and mailing address**

PATRICIA  GRAHAM
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$    Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.324**   **Nonpriority creditor's name and mailing address**

PATRICIA BERNHARD
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$    Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.325**   **Nonpriority creditor's name and mailing address**

PATRICIA KREMPECKI
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$    Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.326**   **Nonpriority creditor's name and mailing address**

PATRICIA MILLER
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$    Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Revlon, Inc.
        Name

22-10760-dsj    Doc 375    Filed 08/13/22    Entered 08/13/22 12:29:17    Main Document
Case number *(if known)*   22-10760
                    Pg 106 of 173

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.327** | **Nonpriority creditor's name and mailing address**

PATRICK DONNELLY
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.328** | **Nonpriority creditor's name and mailing address**

PATRICK J. LYONS
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.329** | **Nonpriority creditor's name and mailing address**

PATRICK MEDOVICH
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.330** | **Nonpriority creditor's name and mailing address**

PATRICK MURAZEWSKI
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.331** | **Nonpriority creditor's name and mailing address**

PATSY SIMPSON
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 22-10760-dsj | Doc 375 | Filed 08/13/22 | Entered 08/13/22 12:29:17 | Main Document |
|---|---|---|---|---|---|
| | Revlon, Inc. | | | Case number (if known) | 22-10760 |

Pg 107 of 173

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.332** **Nonpriority creditor's name and mailing address**

PAUL SANCHEZ
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

**3.333** **Nonpriority creditor's name and mailing address**

PAULINE HODGE
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

**3.334** **Nonpriority creditor's name and mailing address**

PEGGY GATTONE
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

**3.335** **Nonpriority creditor's name and mailing address**

PENNSBURY COATINGS' COUNSEL: STRADLEY RONON STEVENS & YOUNG, LLP
2005 MARKET STREET, SUITE 2600
PHILADELPHIA, PA 19103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

**3.336** **Nonpriority creditor's name and mailing address**

PENSION BENEFIT GUARANTY CORPORATION
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** PENSION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.337** Nonpriority creditor's name and mailing address

PERMACEL
LAW OFFICE OF TRISHA L. SMITH
303 EAST 76TH STREET #3
NEW YORK, NY 10021

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  ENVIRONMENTAL CLAIM

Date or dates debt was incurred    UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$    Undetermined

**3.338** Nonpriority creditor's name and mailing address

PERMA-FIX ENVIRONMENTAL SERVICES, INC.
8302 DUNWOODY PLACE, SUITE 250
ATLANTA, GA 30350

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  ENVIRONMENTAL CLAIM

Date or dates debt was incurred    UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$    Undetermined

**3.339** Nonpriority creditor's name and mailing address

PETER GATTONE
Address on file

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  LITIGATION CLAIM

Date or dates debt was incurred    UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$    Undetermined

**3.340** Nonpriority creditor's name and mailing address

PFIZER INC.
DLA PIPER LLP
500 EIGHTH STREET, NW
WASHINGTON, DC 20004

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  ENVIRONMENTAL CLAIM

Date or dates debt was incurred    UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$    Undetermined

**3.341** Nonpriority creditor's name and mailing address

PHARMACIA LLC, BY ITS ATTORNEY-IN-FACT MONSANTO COMPANY
800 NORTH LINDBERGH BLVD., MAILCODE E2NE
ST. LOUIS, MO 63167-0001

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  ENVIRONMENTAL CLAIM

Date or dates debt was incurred    UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$    Undetermined

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.342 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

PHILLIP LEMM
Address on file

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

| **Date or dates debt was incurred** | UNDETERMINED | **Is the claim subject to offset?** ☑ No ☐ Yes |
|---|---|---|
| **Last 4 digits of account number** | | |

| 3.343 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

PMC GLOBAL INC.
12243 BRANFORD STREET
SUN VALLEY, CA 91352

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

| **Date or dates debt was incurred** | UNDETERMINED | **Is the claim subject to offset?** ☑ No ☐ Yes |
|---|---|---|
| **Last 4 digits of account number** | | |

| 3.344 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

POLLUTION CONTROL INDUSTRIES, INC.
2535 PILOT KNOB ROAD SUITE 116
MENDOTA HEIGHTS, MN 55120

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

| **Date or dates debt was incurred** | UNDETERMINED | **Is the claim subject to offset?** ☑ No ☐ Yes |
|---|---|---|
| **Last 4 digits of account number** | | |

| 3.345 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

PRESIDENT CONTAINER
200 WEST COMMERCIAL AVENUE
MOONACHIE, NJ 07074

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

| **Date or dates debt was incurred** | UNDETERMINED | **Is the claim subject to offset?** ☑ No ☐ Yes |
|---|---|---|
| **Last 4 digits of account number** | | |

| 3.346 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

PRIMARY PRODUCTS INGREDIENTS AMERICAS LLC(F/K/A A.E. STALEY
MANUFACTURING COMPANY & TATE & LYLE INGREDIENTS AMERICAS
LLC )(R.RICCI, M. HEINZLEMANN V/V GROUP)
JOHN R. HOLSINGER, LLC
ONE UNIVERSITY PLAZA
SUITE 611
HACKENSACK, NJ 07601

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

| **Date or dates debt was incurred** | UNDETERMINED | **Is the claim subject to offset?** ☑ No ☐ Yes |
|---|---|---|
| **Last 4 digits of account number** | | |

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

| 3.347 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
| --- | --- | --- | --- | --- |

PSE&G
80 PARK PLAZA
NEWARK, NJ 07101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

| **Date or dates debt was incurred** | UNDETERMINED | **Is the claim subject to offset?** ☑ No ☐ Yes |
| --- | --- | --- |
| **Last 4 digits of account number** | | |

| 3.348 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

PSEG FOSSIL, LLC(R.RICCI, M. HEINZLEMANN V/V GROUP)
80 PARK PLAZA
NEWARK, NJ 07101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$ Undetermined

| **Date or dates debt was incurred** | UNDETERMINED | **Is the claim subject to offset?** ☑ No ☐ Yes |
| --- | --- | --- |
| **Last 4 digits of account number** | | |

| 3.349 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

QUEENIE WONG
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ Undetermined

| **Date or dates debt was incurred** | UNDETERMINED | **Is the claim subject to offset?** ☑ No ☐ Yes |
| --- | --- | --- |
| **Last 4 digits of account number** | | |

| 3.350 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

RAFFAELLA MARSICO
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ Undetermined

| **Date or dates debt was incurred** | UNDETERMINED | **Is the claim subject to offset?** ☑ No ☐ Yes |
| --- | --- | --- |
| **Last 4 digits of account number** | | |

| 3.351 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

RANDY C. SMITH
AMERICAN ENVIRONMENTAL CONSULTANTS
ATTN: PHILIP SERVICES SITE PRP GROUP
PO BOX 310
MONT VERNON, NH 03057

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$ Undetermined

| **Date or dates debt was incurred** | UNDETERMINED | **Is the claim subject to offset?** ☑ No ☐ Yes |
| --- | --- | --- |
| **Last 4 digits of account number** | | |

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.352**  **Nonpriority creditor's name and mailing address**

RATHON CORP.
LOWENSTEIN SANDLER PC
ONE LOWENSTEIN DRIVE
ROSELAND, NJ 07068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

**3.353**  **Nonpriority creditor's name and mailing address**

RAYTHEON TECHNOL0GIES CORPORATION
1000 WILSON BLVD.
ARLINGTON, VA 22209

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

**3.354**  **Nonpriority creditor's name and mailing address**

RAYTHEON TECHNOLOGIES CORPORATION
10 FARM SPRINGS ROAD
FARMINGTON, CT 06032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

**3.355**  **Nonpriority creditor's name and mailing address**

REBECCA GETER
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

**3.356**  **Nonpriority creditor's name and mailing address**

RECKITT BENCKISER LLC
MCCARTER & ENGLISH, LLP
100 MULBERRY STREET
FOUR GATEWAY CENTER
NEWARK, NJ 07102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.357**

**Nonpriority creditor's name and mailing address**

REVLON CONSUMER PRODUCTS CORPORATION
REVLON CONSUMER PRODUCTS CORPORATION
237 PARK AVENUE
NEW YORK, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$    Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.358**

**Nonpriority creditor's name and mailing address**

REVLON CONSUMER PRODUCTS CORPORATION
ONE NEW YORK PLAZA
NEW YORK, 10004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY NON-TRADE PAYABLE

$    186,805,328.99

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.359**

**Nonpriority creditor's name and mailing address**

RHONDA MANCZUROWSKY
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$    Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.360**

**Nonpriority creditor's name and mailing address**

RITA ANN CHAPMAN
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$    Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.361**

**Nonpriority creditor's name and mailing address**

RITA ANN MILLS
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$    Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | 22-10760-dsj | Doc 375 | Filed 08/13/22 | Entered 08/13/22 12:29:17 | Main Document |
|---|---|---|---|---|---|

Revlon, Inc.

Name

Case Number (if known) 22-10760

Pg 113 of 173

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.362** | **Nonpriority creditor's name and mailing address**

ROBERT SILVA
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ Undetermined

| Date or dates debt was incurred | UNDETERMINED | **Is the claim subject to offset?** |
|---|---|---|
| | | ☑ No |
| Last 4 digits of account number | | ☐ Yes |

---

**3.363** | **Nonpriority creditor's name and mailing address**

ROBERT DOWNING
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ Undetermined

| Date or dates debt was incurred | UNDETERMINED | **Is the claim subject to offset?** |
|---|---|---|
| | | ☑ No |
| Last 4 digits of account number | | ☐ Yes |

---

**3.364** | **Nonpriority creditor's name and mailing address**

ROBERT KERR
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ Undetermined

| Date or dates debt was incurred | UNDETERMINED | **Is the claim subject to offset?** |
|---|---|---|
| | | ☑ No |
| Last 4 digits of account number | | ☐ Yes |

---

**3.365** | **Nonpriority creditor's name and mailing address**

ROBERT MILENESE
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ Undetermined

| Date or dates debt was incurred | UNDETERMINED | **Is the claim subject to offset?** |
|---|---|---|
| | | ☑ No |
| Last 4 digits of account number | | ☐ Yes |

---

**3.366** | **Nonpriority creditor's name and mailing address**

ROBERT SANTANA
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ Undetermined

| Date or dates debt was incurred | UNDETERMINED | **Is the claim subject to offset?** |
|---|---|---|
| | | ☑ No |
| Last 4 digits of account number | | ☐ Yes |

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.367** | **Nonpriority creditor's name and mailing address**

ROHM AND HAAS COMPANY
SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, DC 20005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$        Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.368** | **Nonpriority creditor's name and mailing address**

ROMIC ENVIRONMENTAL TECHNOLOGIES CORP.
1001 I STREET
SACRAMENTO, CA 95814-2828

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$        Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.369** | **Nonpriority creditor's name and mailing address**

RONALD CARDILLO
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$        Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.370** | **Nonpriority creditor's name and mailing address**

ROSE ZENAR
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$        Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.371** | **Nonpriority creditor's name and mailing address**

ROSEMARIE PERL
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$        Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.372**

**Nonpriority creditor's name and mailing address**

ROY O. MARTIN LUMBER COMPANY LLC
2189 MEMORIAL DR
ALEXANDRIA, LA 71301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$ _____ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.373**

**Nonpriority creditor's name and mailing address**

RUTH MARTIN
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.374**

**Nonpriority creditor's name and mailing address**

RYAN SWEDLOW
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.375**

**Nonpriority creditor's name and mailing address**

SARAH PLANT
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.376**

**Nonpriority creditor's name and mailing address**

SARAH PLANT
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.377**   **Nonpriority creditor's name and mailing address**

SCAPA GROUP LTD.
CHIESA SHAHINIAN & GIANTOMASI PC
ONE BOLAND DRIVE
WEST ORANGE, NJ 07052

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.378**   **Nonpriority creditor's name and mailing address**

SCHAWK, INC.
VEDDER PRICE P.C.
222 NORTH LASALLE STREET
CHICAGO, IL 60601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.379**   **Nonpriority creditor's name and mailing address**

SCIENTIFIC CHEMICAL PROCESSING (SCP) SITE
C/O FAEGRE DRINKER BIDDLE & REATH, LLP
ATTN: BONNIE ALLYN BARNETT
ONE LOGAN SQUARE, SUITE 2000
PHILADELPHIA, PA 19103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.380**   **Nonpriority creditor's name and mailing address**

SCIENTIFIC DESIGN COMPANY, INC.
18 COLUMBIA TURNPIKE, SUITE 220
FLORHAM PARK, NJ 07932

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.381**   **Nonpriority creditor's name and mailing address**

SCP GROUP
FAEGRE DRINKER BIDDLE & REATH LLP
ONE LOGAN SQUARE, STE. 2000
18TH AND CHERRY STREETS
PHILADELPHIA, PA 19103-6996

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

Debtor    Revlon, Inc.      22-10760-dsj    Doc 375    Filed 08/13/22    Entered 08/13/22 12:29:17    Main Document
Name        Case number *(if known)*    22-10760
Pg 117 of 173

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.382**   **Nonpriority creditor's name and mailing address**

SCP GROUP
FAEGRE DRINKER BIDDLE & REATH LLP
ONE LOGAN SQUARE, STE. 2000
18TH AND CHERRY STREETS
PHILADELPHIA, PA 19103-6996

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$        Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.383**   **Nonpriority creditor's name and mailing address**

SEAGRAVE COATINGS CORP. (A/K/A CHEMRAY COATINGS CORP.)
200 EAST 72ND STREET
NEW YORK, NY 10021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$        Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.384**   **Nonpriority creditor's name and mailing address**

SEQUA CORPORATION
LATHAM & WATKINS LLP
ONE NEWARK CENTER, 16TH FLOOR
NEWARK, NJ 07101-3174

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$        Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.385**   **Nonpriority creditor's name and mailing address**

SHANNON PETERSON
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$        Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.386**   **Nonpriority creditor's name and mailing address**

SHARON SWEDLOW
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$        Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.387** | **Nonpriority creditor's name and mailing address**

SHELBY PAYNE
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$      Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.388** | **Nonpriority creditor's name and mailing address**

SHERI LAUGHLIN
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$      Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.389** | **Nonpriority creditor's name and mailing address**

SHERRI VANDOLI
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$      Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.390** | **Nonpriority creditor's name and mailing address**

SI GROUP, INC.
2750 BALLTOWN ROAD
SCHENECTADY, NY 12301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$      Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.391** | **Nonpriority creditor's name and mailing address**

SIEGFRIED USA, LLC. (FORMERLY GANES CHEMICALS)
KIERNAN TREBACH LLP
40 COURT STREET, 3RD FLOOR
BOSTON, MA 02108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$      Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:**     Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.392**

**Nonpriority creditor's name and mailing address**

SILKA PUJOLS
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.393**

**Nonpriority creditor's name and mailing address**

SIMON WRECKING COMPANY, INC., SIMON RESOURCES, INC. AND
MID-STATE TRADING CO.
FOX ROTHSCHILD LLP
EAGLEVIEW CORPORATE CENTER
747 CONSTITUTION DRIVE, SUITE 100, PO BOX 673
EXTON, PA 19341

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.394**

**Nonpriority creditor's name and mailing address**

SIR ROANOKE LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** GUARANTEE CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.395**

**Nonpriority creditor's name and mailing address**

SOLVENTS AND PETROLEUM SERVICE, INC.
1405 BREWERTON ROAD
SYRACUSE, NY 13208

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.396**

**Nonpriority creditor's name and mailing address**

SONIA EASTON
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.397** | **Nonpriority creditor's name and mailing address**

SONIA WISNIEWSKI
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$                    Undetermined

**Date or dates debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.398** | **Nonpriority creditor's name and mailing address**

SPECTRA ENERGY CORP
SPECTRA ENERGY CORP
5400 WESTHEIMER COURT, 9C-63
HOUSTON, TX 77056

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$                    Undetermined

**Date or dates debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.399** | **Nonpriority creditor's name and mailing address**

SPECTRUM BRANDS O/B/O RAYOVAC
SPECTRUM BRANDS
601 RAYOVAC DRIVE
PO BOX 44150
MADISON, WI 53744

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$                    Undetermined

**Date or dates debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.400** | **Nonpriority creditor's name and mailing address**

SPX CORPORATION(ON BEHALF OF GENERAL SIGNAL)( R.RICCI, M.
HEINZLEMANN V/V GROUP)
FRANKLIN W. BOENNING, ESQ.
FRANKLIN W BOENNING LLC
275 TENNIS COURT
WALL TOWNSHIP, NJ 07719

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$                    Undetermined

**Date or dates debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.401** | **Nonpriority creditor's name and mailing address**

STANBEE COMPANY INC.
161 EAGLE ROCK AVENUE
SUITE 202
ROSELAND, NJ 07068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$                    Undetermined

**Date or dates debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.402**   **Nonpriority creditor's name and mailing address**

STEPHANIE MILLER
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$            Undetermined

---

**3.403**   **Nonpriority creditor's name and mailing address**

STRYKER CORPORATION
GREENBAUM, ROWE, SMITH & DAVIS LLP
METRO CORPORATE CAMPUS ONE
P.O. BOX 5600
WOODBRIDGE, NJ 07095-0988

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  ENVIRONMENTAL CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$            Undetermined

---

**3.404**   **Nonpriority creditor's name and mailing address**

SUE JUDD
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$            Undetermined

---

**3.405**   **Nonpriority creditor's name and mailing address**

SUN CHEMICAL CORPORATION
DRINKER BIDDLE & REATH, LLP
ONE LOGAN SQUARE
18TH AND CHERRY STREETS
PHILADELPHIA, PA 19103-6996

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  ENVIRONMENTAL CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$            Undetermined

---

**3.406**   **Nonpriority creditor's name and mailing address**

SUSAN L. BONNEM BONNEM
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$            Undetermined

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.407** | **Nonpriority creditor's name and mailing address**

SUSAN SWENSON BARKLEY
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$     Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.408** | **Nonpriority creditor's name and mailing address**

TAMMI VEAL
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$     Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.409** | **Nonpriority creditor's name and mailing address**

TANIA POKORSKI
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$     Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.410** | **Nonpriority creditor's name and mailing address**

TANYA GEIST
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$     Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.411** | **Nonpriority creditor's name and mailing address**

TECHNICAL COATINGS CO.
101 PARAGON DRIVE
MONTVALE, NJ 07645

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$     Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.412** | **Nonpriority creditor's name and mailing address**

TENNESSEE GAS PIPELINE COMPANY (F/K/A TENNECO, INC.)
KINDER MORGAN, INC.
TWO NORTH NEVADA, COLORADO SPRINGS #954, CO 80903
PO BOX 1087
COLORADO SPRINGS, CO 80944-1087

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  ENVIRONMENTAL CLAIM

$                    Undetermined

**Date or dates debt was incurred**          UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.413** | **Nonpriority creditor's name and mailing address**

THE CHEMOURS COMPANY FC, LLC (E.I. DU PONT DE NEMOURS AND COMPANY)
CHEMOURS LEGAL
1007 MARKET STREET
P.O. BOX 2047
WILMINGTON, DE 19898

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  ENVIRONMENTAL CLAIM

$                    Undetermined

**Date or dates debt was incurred**          UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.414** | **Nonpriority creditor's name and mailing address**

THE CUSTODIAL TRUST BY AND THROUGH LEPETOMANE III, INC., NOT INDIVIDUALLY BUT SOLELY IN ITS REPRESENTATIVE CAPACITY AS CUSTODIAL TRUST TRUSTEE
FOLEY & LARDNER LLP
SUITE 2800
321 NORTH CLARK
CHICAGO, IL 60610

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  ENVIRONMENTAL CLAIM

$                    Undetermined

**Date or dates debt was incurred**          UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.415** | **Nonpriority creditor's name and mailing address**

THE DOW CHEMICAL COMPANY(B.BARNETT SCP GROUP)
SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, DC 20005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  ENVIRONMENTAL CLAIM

$                    Undetermined

**Date or dates debt was incurred**          UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.416** | **Nonpriority creditor's name and mailing address**

THE GILLETTE COMPANY LLC (F/K/A THE GILLETTE COMPANY)( R.RICCI, M. HEINZLEMANN V/V GROUP)
WILMERHALE
60 STATE STREET
BOSTON, MA 02109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  ENVIRONMENTAL CLAIM

$                    Undetermined

**Date or dates debt was incurred**          UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.417** **Nonpriority creditor's name and mailing address**

THE NEW YORK TIMES COMPANY
WATERS, MCPHERSON, MCNEILL, P.C.
300 LIGHTING WAY
SECAUCUS, NJ 07096

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$      Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.418** **Nonpriority creditor's name and mailing address**

THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY
THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY
LAW DEPARTMENT, ENVIRONMENTAL DIVISION
225 PARK AVENUE SOUTH, 13TH FLOOR
NEW YORK, NY 10003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$      Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.419** **Nonpriority creditor's name and mailing address**

THE SOLVENTS AND RECOVERY SERVICE OF NEW JERSEY, INC.
1200 SYLVAN ST
LINDEN, NJ 07036-6418

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$      Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.420** **Nonpriority creditor's name and mailing address**

THE WELLA CORPORATION
WELLA CORPORATION
299 E. SIXTH STREET, 9TH FLOOR
CINCINNATI, OH 45202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$      Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.421** **Nonpriority creditor's name and mailing address**

THERESA GARCIA
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$      Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

### 3.422 Nonpriority creditor's name and mailing address

THOMAS BARON
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

### 3.423 Nonpriority creditor's name and mailing address

TIFFANY R. LYONS
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

### 3.424 Nonpriority creditor's name and mailing address

TONI R. GRIMES-LOVE
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

### 3.425 Nonpriority creditor's name and mailing address

TOTAL PETROCHEMICALS USA, INC.
TOTALENERGIES TOWER, 1201 LOUISIANA STREET, SUITE 1800
HOUSTON, TX 77002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

### 3.426 Nonpriority creditor's name and mailing address

TRACI BRYANT
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

Official Form 206E/F      Schedule E/F: Creditors Who Have Unsecured Claims     

| Debtor | 22-10760-dsj | Doc 375 | Filed 08/13/22 | Entered 08/13/22 12:29:17 | Main Document |
|---|---|---|---|---|---|
| | Revlon, Inc. | | | Case number *(if known)* | 22-10760 |
| | Name | | | | |

Pg 126 of 173

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.427**

**Nonpriority creditor's name and mailing address**

TRANE
800-E BEATY STREET
DAVIDSON, NC 28036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.428**

**Nonpriority creditor's name and mailing address**

TRANE U.S. INC. (F/K/A AMERICAN STANDARD, INC.)
MICHIGAN LIFE SCIENCES AND INNOVATION CENTER
46701 COMMERCE CENTER DRIVE
PLYMOUTH, MI 48170

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.429**

**Nonpriority creditor's name and mailing address**

TRANE'S CONSULTANT: BSI GROUP
PO BOX 389
CENTER CONWAY, NH 03813

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.430**

**Nonpriority creditor's name and mailing address**

TRANE'S CONSULTANT: MICHIGAN LIFE SCIENCES AND INNOVATION CENTER
46701 COMMERCE CENTER DRIVE
PLYMOUTH, MI 48170

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.431**

**Nonpriority creditor's name and mailing address**

TRELLEBORG COATED SYSTEMS US, INC
715 RAILROAD AVE
RUTHERFORDTON, NC 28139

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

**Part 2:**    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.432**   **Nonpriority creditor's name and mailing address**

TREVOR BARKLEY
Address on file

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: LITIGATION CLAIM

$          Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.433**   **Nonpriority creditor's name and mailing address**

TRINITY INDUSTRIES
14221 N DALLAS PARKWAY
SUITE 1100
DALLAS, TX 75254

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: ENVIRONMENTAL CLAIM

$          Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.434**   **Nonpriority creditor's name and mailing address**

TRUST ADMINISTRATOR: DE MAXIMIS, INC.
450 MONTBROOK LANE
KNOXVILLE, TN 37919-2705

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: ENVIRONMENTAL CLAIM

$          Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.435**   **Nonpriority creditor's name and mailing address**

TRUST COUNSEL: LOWENSTEIN SANDLER LLP
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: ENVIRONMENTAL CLAIM

$          Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.436**   **Nonpriority creditor's name and mailing address**

U.S. ENVIRONMENTAL PROTECTION AGENCY
2890 WOODBRIDGE AVE
EDISON, NJ 08837

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: ENVIRONMENTAL CLAIM

$          Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | 22-10760-dsj    Doc 375    Filed 08/13/22    Entered 08/13/22 12:29:17    Main Document |
| | Revlon, Inc. |
| | Name |
| Case number (if known) | 22-10760 |

Pg 128 of 173

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.437** | **Nonpriority creditor's name and mailing address**

U.S. GYPSUM CORPORATION
550 WEST ADAMS STREET
CHICAGO, IL 60661

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.438** | **Nonpriority creditor's name and mailing address**

UE EAST BRUNSWICK II LLC
C/O MS. JUDY KNOP – SR. V.P. – DEVELOPMENT & CONSTRUCTION
210 ROUTE 4 EAST
PARAMUS, NJ 07625

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.439** | **Nonpriority creditor's name and mailing address**

UNION CARBIDE CORPORATION(R.RICCI, M. HEINZLEMANN V/V GROUP)
SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, DC 20005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.440** | **Nonpriority creditor's name and mailing address**

UNITED WIRE HANGER CORP.
COURT PLAZA NORTH
25 MAIN STREET
HACKENSACK, NJ 07601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.441** | **Nonpriority creditor's name and mailing address**

UNIVERSAL OIL PRODUCTS (SUBSIDIARY OF HONEYWELL)(D. BROOKS GROUP)
BOCHNER-BROWN
ARNOLD & PORTER KAYE SCHOLER LLP
601 MASSACHUSETTS AVENUE, NW
WASHINGTON, DC 20001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.442**

**Nonpriority creditor's name and mailing address**

UNIVERSITY OF MINNESOTA
OFFICE OF THE GENERAL COUNSEL
UNIVERSITY OF MINNESOTA
200 OAK STREET, SE
360 MCNAMARA, ALUMNI CENTER
MINNEAPOLIS, MN 55455

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$    Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.443**

**Nonpriority creditor's name and mailing address**

VALENTINE KREMPECKI
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$    Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.444**

**Nonpriority creditor's name and mailing address**

VENTRON VELSICOL CUSTOMERS
LOWENSTEIN SANDLER PC
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068-1791

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$    Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.445**

**Nonpriority creditor's name and mailing address**

VEOLIA ES TECHNICAL SOLUTIONS, L.L.C., AS SUCCESSOR BY
MERGER TO MARISOL, INCORPORATED
SAIBER
18 COLUMBIA TURNPIKE
SUITE 200
FLORHAM PARK, NJ 07932-2266

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$    Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.446**

**Nonpriority creditor's name and mailing address**

VERTIS BLUE
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$    Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.447** | **Nonpriority creditor's name and mailing address**

VICKI ROBBINS
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$       Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.448** | **Nonpriority creditor's name and mailing address**

VORNADO REALTY, LP
C/O VORNADO REALTY TRUST
210 ROUTE 4 EAST
PARAMUS, NJ 07625

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$       Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.449** | **Nonpriority creditor's name and mailing address**

W.A. BAUM COMPANY, INC.
WOODLAND FALLS CORPORATE PARK
SUITE 300
200 LAKE DRIVE EAST
CHERRY HILL, NJ 08002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$       Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.450** | **Nonpriority creditor's name and mailing address**

WALLACE WHALEY
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$       Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.451** | **Nonpriority creditor's name and mailing address**

WARNER-LAMBERT COMPANY LLC, A WHOLLY-OWNED SUBSIDIARY
OF PFIZER, INC.
THE MARBURY BUILDING
6225 SMITH AVENUE
BALTIMORE, MD 21209-3600

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$       Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.452**   **Nonpriority creditor's name and mailing address**

WASTE MANAGEMENT OF NEWJERSEY, INC.
BUCHANAN, INGERSOLL &
ROONEY
TWO LIBERTY PLACE
50 S. 16TH STREET, SUITE 3200
PHILADELPHIA, PA 19102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$    Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.453**   **Nonpriority creditor's name and mailing address**

WENDY KENDRICK
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$    Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.454**   **Nonpriority creditor's name and mailing address**

WESTERN MICHIGAN UNIVERSITY(R.RICCI, M. HEINZLEMANN V/V GROUP)
OFFICE OF LEGAL AFFAIRS AND GENERAL COUNSEL
1903 W. MICHIGAN AVE.
KALAMAZOO, MI 49008-5423

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

$    Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.455**   **Nonpriority creditor's name and mailing address**

WILLIAM CODY
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$    Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.456**   **Nonpriority creditor's name and mailing address**

WILLIAM JACOBY
Address on file

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$    Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Revlon, Inc. | | | Case number *(if known)* | 22-10760 |
|--------|--------------|--|--|--------------------------|----------|
| | Name | | | | |

22-10760-dsj    Doc 375    Filed 08/13/22    Entered 08/13/22 12:29:17    Main Document
Pg 132 of 173

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.457 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|-------|-----------------------------------------------------|----------------------------------------|---|--------------|

WILLIAM ROHE
Address on file

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

| **Date or dates debt was incurred** | UNDETERMINED | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☑ No  ☐ Yes |

| 3.458 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|-------|-----------------------------------------------------|----------------------------------------|---|--------------|

WILLIE FORBES JR
Address on file

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

| **Date or dates debt was incurred** | UNDETERMINED | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☑ No  ☐ Yes |

| 3.459 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|-------|-----------------------------------------------------|----------------------------------------|---|--------------|

WYETH HOLDINGS LLC(CYTEC INDUSTRIES INC. SUCCESSOR TO AMERICAN CYANAMID COMPANY) (F/K/A AMERICAN CYANAMID COMPANY)
CYTEC INDUSTRIES INC.
5 GARRET MOUNTAIN PLAZA
WOODLAND PARK, NJ 07424

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

| **Date or dates debt was incurred** | UNDETERMINED | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☑ No  ☐ Yes |

| 3.460 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|-------|-----------------------------------------------------|----------------------------------------|---|--------------|

XYLEM INC.
301 WATER STREET SE
WASHINGTON, DC 20003

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

| **Date or dates debt was incurred** | UNDETERMINED | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☑ No  ☐ Yes |

| 3.461 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|-------|-----------------------------------------------------|----------------------------------------|---|--------------|

YOO-HOO/MOTT'S LLP
NELSON PEREL
WEBSTER SZANYI LLP
1400 LIBERTY BUILDING
BUFFALO, NY 14202

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL CLAIM

| **Date or dates debt was incurred** | UNDETERMINED | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☑ No  ☐ Yes |

| Debtor | | | |
|---|---|---|---|
22-10760-dsj    Doc 375    Filed 08/13/22    Entered 08/13/22 12:29:17    Main Document
Pg 133 of 173

Debtor   Revlon, Inc.
       Name

Case number (If known):   22-10760

**Part 3:**     **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | | Line ____<br>☐ Not listed.  Explain | |
| 4.2 | | Line ____<br>☐ Not listed.  Explain | |
| 4.3 | | Line ____<br>☐ Not listed.  Explain | |
| 4.4 | | Line ____<br>☐ Not listed.  Explain | |
| 4.5 | | Line ____<br>☐ Not listed.  Explain | |
| 4.6 | | Line ____<br>☐ Not listed.  Explain | |
| 4.7 | | Line ____<br>☐ Not listed.  Explain | |
| 4.8 | | Line ____<br>☐ Not listed.  Explain | |
| 4.9 | | Line ____<br>☐ Not listed.  Explain | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5.**    Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $    0.00 |
| 5b. | **Total claims from Part 2** | 5b. ✚ | $    188,749,519.19 |
|  |  |  | + Undetermined Amounts |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $    188,749,519.19 |
|  |  |  | + Undetermined Amounts |

| Fill in this information to identify the case: |
|---|

| Debtor name | Revlon, Inc. |
|---|---|
| United States Bankruptcy Court for the: | Southern District of New York |
| Case number (If known): | 22-10760 |

☐ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules . There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A /B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PREMIUM FINANCE AGREEMENT<br>DATED: 02/14/22 | ALLIANT INSURANCE SERVICES, INC.<br>FINANCIAL SQUARE<br>32 OLD SLIP<br>NEW YORK, NY 10005 |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INSURANCE POLICIES<br>INSURANCE-DIRECTORS AND OFFICERS LIABILITY<br>POLICY NUMBER:0305-1505<br>POLICY TERM:1/31/2020 - 1/31/2023 | ALLIED WORLD SPECIALTY INS COMPANY<br>199 WATER STREET<br>NEW YORK, NY 10038 |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DISTRIBUTION AGREEMENT<br>DISTRIBUTION AGREEMENT - ALMACENES JUAN ELJURI S.A.<br>DATED: 02/01/91 | ALMACENES JUAN ELJURI S.A<br>AVENIDA ESPANA 13-36<br>CUENCA, |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TRADE AGREEMENT<br>DATED: 07/12/22 | ALZO INTERNATIONAL, INC. |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TRADE AGREEMENT<br>REVLON - FORM TRADE AGREEMENT - ANCOROTTI<br>DATED: 07/20/22 | ANCOROTTI COSMETICS |

Debtor    Revlon, Inc.

Name    Case number (If known): 22-10760

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |

| | | |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYEE AGREEMENT EMPLOYMENT LETTER AGREEMENT (ANDREW KIDD) DATED: 05/04/22 | ANDREW KIDD Address on file |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | ADVERTISING AGREEMENT APNY INC ADVERTISING USAGE ESTIMATE DATED:  01/07/22 | ANTHONY COTSIFAS Address on file |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT ARAMARK UNIFORM SERVICE AGREEMENT (ARAMARK) DATED: 04/08/21 | ARAMARK UNIFORM SERVICES (AUS) |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT ARAMARK UNIFORM SERVICE AGREEMENT (ARAMARK) DATED: 04/08/21 | ARAMARK UNIFORM SERVICES (AUS) |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT ARAMARK UNIFORM SERVICE AGREEMENT (ARAMARK) DATED: 04/08/21 | ARAMARK UNIFORM SERVICES (AUS) |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICIES INSURANCE-DIRECTORS AND OFFICERS LIABILITY POLICY NUMBER:MLX4244715-0 POLICY TERM:1/31/2020-1/31/2023 | ARGONAUT INSURANCE COMPANY ARGO GROUP US MGT LIAB – UND P.O. BOX 469012 SAN ANTONIO, TX 78246 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | TRADE AGREEMENT REVLON TRADE AGREEMENT ASSOCIATED PACKAGING INC. EXECUTED | ASSOCIATED PACKAGING INC. |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.13** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INTERCREDITOR AGREEMENT AMENDMENT NO. 1 TO AMENDED AND RESTATED AGREEMENT DATED: 03/31/22 | ATHORA LUX INVEST S.C.SP. |
| **2.14** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LOGISTICS/SHIPPING AGREEMENT CONFIDENTIAL SERVICE CONTRACT (ATLANTIC CONTAINER LINE AB.) DATED: 12/11/18 | ATLANTIC CONTAINER LINE AB 50 CARDINAL DRIVE WESTFIELD, NJ 7090 |
| **2.15** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TRADE AGREEMENT REVLON TRADE AGREEMENT BELL CONTAINER FULLY EXECUTED DATED: 07/05/22 | BELL CONTAINER CORP. |
| **2.16** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INSURANCE POLICIES INSURANCE-DIRECTORS AND OFFICERS LIABILITY POLICY NUMBER:47-EPC-301049-03 POLICY TERM:1/31/2020 - 1/31/2023 | BERKSHIRE HATHAWAY SPECIALTY INSURANCE 1314 DOUGLAS STREET SUITE 1400 OMAHA, NE 68102 |
| **2.17** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INSURANCE POLICIES INSURANCE-DIRECTORS AND OFFICERS LIABILITY POLICY NUMBER:47-EPC-310164-01 POLICY TERM:1/31/2020-1/31/2023 | BERKSHIRE HATHAWAY SPECIALTY INSURANCE 1314 DOUGLAS STREET SUITE 1400 OMAHA, NE 68102 |
| **2.18** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT COMPREHENSIVE FLEET SERVICE AGREEMENT (CFS) - CAROLINA HANDLING, LLC. DATED: 01/27/18 | CAROLINA HANDLING, LLC 3101 PIPER LANE CHARLOTTE, NC 28208 |
| **2.19** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYEE AGREEMENT PERGOLA- EMPLOYMENT AGREEMENT DATED: 04/20/90 | CHARLES A. PERGOL Address on file |

Debtor    22-10760-dsj    Doc 375    Filed 08/13/22    Entered 08/13/22 12:29:17    Main Document
Revlon, Inc.      Pg 138 of 173      Case number (If known): 22-10760

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.20** | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICIES INSURANCE-DIRECTORS AND OFFICERS LIABILITIY POLICY NUMBER:DOX G25608914 003 | CHUBB ACE AMERICAN INSURANCE COMPANY 1133 AVENUE OF THE AMERICAS 32ND FLOOR NEW YORK, NY 10036 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.21** | State what the contract or lease is for and the nature of the debtor's interest | GUARANTY AND INDEMNITY AGREEMENT ABL GUARANTEE AND COLLATERAL AGREEMENT (CITIBANK) DATED:  09/07/16 | CITIBANK, N.A. |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.22** | State what the contract or lease is for and the nature of the debtor's interest | GUARANTY AND INDEMNITY AGREEMENT CITIBANK, N.A.-HOLDINGS ABL GUARANTEE AND PLEDGE AGREEMENT MADE BY REVLON, INC., AS THE GRANTOR, IN FAVOR OF CITIBANK, N.A., AS COLLATERAL AGENT DATED:  09/07/16 | CITIBANK, N.A., |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.23** | State what the contract or lease is for and the nature of the debtor's interest | COPYRIGHT SECURITY AGREEMENT CITIBANK, N.A. DATED:  09/07/16 | CITIBANK,N.A 390 GREENWICH STREE 1ST FLOOR NEW YORK, NY 10013 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.24** | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICIES INSURANCE-DIRECTORS AND OFFICERS LIABILITIY POLICY NUMBER:652192458 POLICY TERM:1/31/2020-1/31/2023 | CNA CCC RISK MANAGEMENT 35 E. 62ND STREET NEW YORK, NY 10065 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.25** | State what the contract or lease is for and the nature of the debtor's interest | DATA LICENSE OR SUBSCRIPTION AGREEMENT DATED:  04/12/16 | COMPLIANCELINE, INC. 301 MCCULLOUGH DR. SUITE 520 CHARLOTTE, NC 28262 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.26** | State what the contract or lease is for and the nature of the debtor's interest | DATA LICENSE OR SUBSCRIPTION AGREEMENT DATED:  11/15/17 | COMPLIANCELINE, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  Revlon, Inc.
_____    Case number (If known): 22-10760
Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | DATA LICENSE OR SUBSCRIPTION AGREEMENT DATED: 10/16/17 | COMPLIANCELINE, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | DATA LICENSE OR SUBSCRIPTION AGREEMENT ADDENDUM TO AGREEMENT DATED: 09/24/18 | COMPLIANCELINE, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT CCM SERVICES AGREEMENT BETWEEN CROSSMARK AND REVLON, INC. DATED: 01/01/18 | CROSSMARK, INC. 5100 LEGACY DRIVE PLANO, TX 75024-3104. |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYEE AGREEMENT AMENDED AND RESTATED EMPLOYMENT AGREEMENT DATED: 11/16/18 | DEBRA PERELMAN Address on file |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT AMENDMENT NO. 1 TO MASTER SERVICES AGREEMENT DATED: 11/13/20 | DELOITTE LLP |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DT REVLON FINAL MSA SIGNED AND COUNTERSIGNED DATED: 11/18/15 | DELOITTE LLP ATTN: BRETT SHERMAN 100 KIMBALL DRIVE PARSIPPANY, NY 7054 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT DATED: 03/14/05 | DOUGLAS H. GREEFF Address on file |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.34** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br>EFFICIENT HIRE AGREEMENT (EF OPERATING, LLC)<br>DATED: 09/21/21 | EF OPERATING, LLC<br>10499 W BRADFORD RD, STE 102<br>LITTLETON, CO 80127 |
| **2.35** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLIER AGREEMENT<br>QUALITY AGREEMENT BETWEEN ENGLEWOOD LAB,L.L.C. AND REVLON, INC.<br>DATED: 12/11/17 | ENGLEWOOD LAB, L.L.C.<br>20 CAMPUS RD<br>TOTOWA, NJ 07512 |
| **2.36** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INSURANCE POLICIES<br>INSURANCE-DIRECTORS AND OFFICERS LIABILITIY<br>POLICY NUMBER:SC5EX00299-201<br>POLICY TERM:1/31/2020-1/31/2023 | EVEREST NATIONAL INSURANCE COMPANY<br>100 EVEREST WAY<br>WARREN CORPORATE CENTER<br>WARREN, NJ 7059 |
| **2.37** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TRADE AGREEMENT<br>REVLON TRADE AGREEMENT<br>DATED: 06/30/22 | EVONIK CORPORATION |
| **2.38** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRICING AGREEMENT<br>FEDEX- PRICING AGREEMENT<br>DATED: 12/15/17 | FEDEX PRICING AGREEMENT |
| **2.39** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MARKETING AGREEMENT<br>DEAL MEMO - NATALIE MINERVA<br>DATED: 04/13/22 | FORWARD ARTISTS, LLC<br><br>NATALIE MINERVA<br>1147 S. BEVERLY DRIVE<br>LA, CA 90035 |
| **2.40** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | REAL ESTATE LEASE/RENTAL AGREEMENT<br>FIRST AMENDMENT TO LEASE - FRANKLIN EQUITY PARTNERS, LLC. | FRANKLIN EQUITY PARTNERS, LLC |

Debtor    Revlon, Inc.
          Name                                              Case number (If known):    22-10760

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | TRADE AGREEMENT REVLON TRADE AGREEMENT GENERAL FIBRE FULLY EXECUTED DATED: 07/01/22 | GENERAL FIBRE PRODUCTS CORPORATION |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | TRADE AGREEMENT GREENTECH USA INC - REVLON 7-11-2022- EXECUTED TRADE AGREEMENT DATED: 07/11/22 | GREENTECH   USA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT DATED: 06/14/91 | HARRY J. NEWMAN Address on file |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICIES ORDER FORM - HEALTH EQUITY, INC. DATED: 01/01/21 | HEALTH EQUITY, INC. |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | TRADE AGREEMENT TRADE AGREEMENT REVLON NEOPAC DATED: 07/11/22 | HOFFMAN NEOPAC OBD |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | TRADE AGREEMENT TRADE AGREEMENT REVLON NEOPAC DATED: 07/11/22 | HOFFMAN NEOPAC OBD |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | LEGAL SERVICES AGREEMENT DATED: 05/09/2019 | HYATT LEGAL PLANS, INC 1111 SUPERIOR AVE CLEVELAND, OH 44114-2507 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Revlon, Inc.
_____    Case number (If known):    22-10760
Name

| | | |
|---|---|---|
| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.48 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br>SERVICE QUOTATION/CONTRACT<br>(I.F. WILSON FIRE PROTECTION)<br>DATED: 01/19/22 | I.F. WILSON FIRE PROTECTION LIMITED<br>56 BRAMSTEELE ROAD, UNIT 13<br>BRAMPTON, ON L6W 3M7 |
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COLLECTIVE BARGAINING<br>AGREEMENT<br>INTERNATIONAL BROTHERHOOD OF<br>ELECTRICAL EMPLOYEES<br>DATED:  11/01/96 | INTERNATIONAL  BROTHERHOOD OF ELECTRICAL EMPLOYEES,<br>LOCAL NO. 3, AFL-CIO<br>158-11 HARRY VAN ARSDALE<br>JR. AVENUE<br>FLUSHING, NY 11365 |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TRADE AGREEMENT<br>REVLON IFF TRADE AGREEMENT<br>FULLY EXECUTED<br>DATED:  07/20/22 | INTERNATIONAL FLAVORS & FRAGRANCES INC. |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INSURANCE POLICIES<br>INSURANCE-DIRECTORS AND<br>OFFICERS LIABILITIY<br>POLICY NUMBER:DO6NABXW7I001<br>POLICY TERM:1/31/2020-1/31/2023 | IRONSHORE INDEMNITY INC.<br>175 BERKELY STREET<br>BOSTON, MA 2116 |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONSULTING AGREEMENT<br>J. ROBBINS & COMPANY CPA, LLC-<br>BUSINESS CONSULTANTS<br>DATED:  09/21/17 | J. ROBBINS & COMPANY CPA, LLC<br>PO BOX 172206<br>MIAMI, FL 33017 |
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYEE AGREEMENT<br>JAY I. BENNETT- EMPLOYMENT<br>TERM AGREEMENT<br>DATED:  07/01/87 | JAY I. BENNETT<br>Address on file |
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STOCK PLEDGE AGREEMENT<br>SECOND LIEN BRANDCO STOCK<br>PLEDGE AGREEMENT<br>DATED:  05/07/20 | JEFFERIES FINANCE LLC |

Debtor  Revlon, Inc.                                          Case number (If known): 22-10760

Name

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.55** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STOCK PLEDGE AGREEMENT FIRST LIEN BRANDCO STOCK PLEDGE AGREEMENT DATED: 05/07/20 | JEFFERIES FINANCE LLC, |
| **2.56** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STOCK PLEDGE AGREEMENT THIRD LIEN BRANDCO STOCK PLEDGE AGREEMENT DATED: 05/07/20 | JEFFERIES FINANCE LLC, |
| **2.57** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RETIREMENT AGREEMENT (PAUL HUGHES) DATED: 10/31/91 | JESSICA HUGHES Address on file |
| **2.58** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SALES AGREEMENT COMMERCIAL SALES AGREEMENT DATED: 07/15/21 | JOHNSON CONTROLS SECURITY SOLUTIONS LLC 10255 FORTUNE PKW JACKSONVILLE, FL 32256-6503 |
| **2.59** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GUARANTY AND INDEMNITY AGREEMENT COMPROMISE SETTLEMENT AND INDEMNITY AGREEMENT | JULIE PETERSON Address on file |
| **2.60** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TRADE AGREEMENT KENSING REVLON TRADE AGREEMENT DATED: 06/29/22 | KENSING, LLC |
| **2.61** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INSURANCE POLICIES INSURANCE-CYBER LIABILITY INSURANCE POLICY NUMBER: B0713MEDTE2102885 | LLOYD'S AMERICA, INC. 280 PARK AVENUE EAST TOWER 25TH FLOOR NEW YORK, NY 10017 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> COLLECTIVE BARGAINING AGREEMENT LOCAL 6520- LABOR AGREEMENT BETWEEN ROUX LABORATORIES AND LOCAL 6520 <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LOCAL 6520 <br> 5344 OVERMYER DRIVE <br> 540 BEAUTYREST AVE. <br> 2210 MELSON AVE, <br> JACKSONVILLE, FL |
| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> CONSULTING AGREEMENT CONSULTING AGREEMENT - LONGACRE SQUARE PARTNERS LLC. <br> DATED:  05/27/22 <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LONGACRE SQUARE PARTNERS, LLC |
| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> TERMINATION AGREEMENT <br> DATED:  06/14/91 <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LUCY ANNE NEWMAN <br> Address on file |
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> RELEASE AGREEMENT <br> DATED:  02/02/22 <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MAE K. MOORE <br> Address on file |
| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> RIGHT TO USE AGREEMENT MARCIA ROSEME VIDEO RELEASE FORM <br> DATED:  02/14/22 <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MARCIA ROSEME <br> Address on file |
| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> INSURANCE POLICIES INSURANCE-DIRECTORS AND OFFICERS LIABILITIY POLICY NUMBER:MKLM6EL0005235 POLICY TERM:1/31/2020 - 1/31/2023 <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MARKEL AMERICAN INSURANCE COMPANY <br> 4521 HIGHWOODS PARKWAY <br> GLEN ALLEN, VA 23068 |
| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> RELEASE AGREEMENT <br> DATED:  04/30/22 <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MARLA HAMILTON <br> Address on file |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | SEPARATION AGREEMENT LETTER AGREEMENT AND RELEASE (MICHAEL T. SHEEHAN) DATED: 12/03/20 | MICHAEL T. SHEEHAN Address on file |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | INTERCREDITOR AGREEMENT AMENDMENT NO. 1 TO AMENDED AND RESTATED AGREEMENT DATED: 03/31/22 | MIDCAP FUNDING IV TRUST, |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | INTERCREDITOR AGREEMENT AMENDMENT NO. 1 TO AAL (MIDCAP FUNDING IV TRUST) DATED: 03/31/22 | MIDCAP FUNDING IV TRUST, |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT EQUIPMENT INSTALLATION AGREEMENT (MULDOONS) DATED: 08/01/18 | MULDOON'S OWN HAND ROASTED COFFEE CORP, 5680 TIMBERLEA BOULEVARD MISSISSAUGA, ON L4W 4M6 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYEE AGREEMENT NAPOLEON CERMINARA- EMPLOYMENT TERM DATED: 04/01/89 | NAPOLEON CERMINARA Address on file |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | MARKETING AGREEMENT TALENT AGREEMENT - NATHAN TAYLOR DATED: 05/19/22 | NATHAN TAYLOR Address on file |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICIES INSURANCE-DIRECTORS AND OFFICERS LIABILITIY POLICY NUMBER:03-985-62-16 POLICY TERM:1/31/2020 - 1/31/2023 | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA 175 WATER STREET NEW YORK, NY 10038 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    22-10760-dsj    Doc 375    Filed 08/13/22    Entered 08/13/22 12:29:17    Main Document
Revlon, Inc.                          Pg 146 of 173                  Case number (If known): 22-10760

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.76** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INSURANCE POLICIES<br>INSURANCE-CRIME & FIDELITY<br>POLICY NUMBER:01-803-27-37<br>POLICY TERM:11/01/21 - 11/01/22 | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA<br>175 WATER STREET<br>NEW YORK, NY 10038 |
| **2.77** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INSURANCE POLICIES<br>INSURANCE-DIRECTORS AND OFFICERS LIABILITY<br>POLICY NUMBER:03-985-62-63<br>POLICY TERM:1/31/2020-1/31/2023 | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA<br>175 WATER STREET<br>NEW YORK, NY 10038 |
| **2.78** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INSURANCE POLICIES<br>INSURANCE-DIRECTORS AND OFFICERS LIABILITY<br>POLICY NUMBER:XMO2009201<br>POLICY TERM:1/31/2020-1/31/2023 | NATIONWIDE CASUALTY COMPANY<br>7 WORLD TRADE CENTER<br>250 GREENWICH STREET<br>37TH FLOOR<br>NEW YORK, NY 10007 |
| **2.79** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENTS<br>CUTEX BRANDS, LLC. LICENSE AGREEMENT (NATURAL 10 BEAUTY, LLC)<br>DATED 4/4/2011 | NATURAL 10 BEAUTY, LLC<br>20 MAIN STREET<br>OAKVILLE, CT 6779 |
| **2.80** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENTS<br>LICENSE AGREEMENT (NATURAL 10 BEAUTY, LLC)<br>DATED: 04/04/11 | NATURAL 10 BEAUTY, LLC<br>20 MAIN STREET<br>OAKVILLE, CT 6779 |
| **2.81** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INSURANCE POLICIES<br>INSURANCE-DIRECTORS AND OFFICERS LIABILITY<br>POLICY NUMBER:DOE 2001785 00<br>POLICY TERM:1/31/2020-1/31/2023 | NORTH AMERICAN SPECIALTY INSURANCE COMPANY<br>1200 MAIN STREET<br>SUITE 800<br>KANSAS CITY, MO 64105 |
| **2.82** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br>EXECUTED QUOTE (ONETRUST)<br>DATED: 05/06/22 | ONETRUST LLC SIGNATURE<br>1200 ABERNATHY RD NE BLDG 600<br>ATLANTA, GA 30328 |

Debtor **22-10760-dsj** Doc 375 Filed 08/13/22 Entered 08/13/22 12:29:17 **Main Document**
Revlon, Inc. Pg 147 of 173 Case number (If known): 22-10760

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |

| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT RENEWAL ORDER FORM - ONETRUST LLC. DATED: 05/06/22 | ONETRUST LLC SIGNATURE 1200 ABERNATHY RD NE BLDG 600 ATLANTA, GA 30328 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AGREEMENT DISTRIBUTION AGREEMENT BETWEEN CENDICO B.V. AND P.T. ERES REVCO. DATED: 01/01/93 | P.T. ERES REVCO |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | RETIREMENT AGREEMENT (PAUL HUGHES) DATED: 10/31/91 | PAUL HUGHES Address on file |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYEE AGREEMENT PAUL SHAPIRO- EMPLOYMENT AGREEMENT DATED: 08/01/01 | PAUL SHAPIRO Address on file |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | MARKETING AGREEMENT DATED: 04/27/21 | PAUL WILSON<br><br>ART & SCIENCE SALONS |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT INDEPENDENT CONTRACTOR AGREEMENT - PAUL WILSON DATED: 05/01/15 | PAUL WILSON<br><br>ART & SCIENCE SALONS 1971 N HALSTED ST CHICAGO, IL 60614 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | IT AGREEMENT INSERTION ORDER (PERFECT CORP) DATED: 09/24/21 | PERFECT CORP. 3031 TISCH WAY, 110 PLAZA WEST, SAN JOSE, CA 95128 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Revlon, Inc. | | Case number (If known): | 22-10760 |
|---|---|---|---|---|
| | Name | | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.90 | State what the contract or lease is for and the nature of the debtor's interest | IT AGREEMENT INSERTION ORDER (PERFECT CORP) DATED: 02/11/22 | PERFECT CORP. 3031 TISCH WAY, 110 PLAZA WEST, SAN JOSE, CA 95128 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.91 | State what the contract or lease is for and the nature of the debtor's interest | TRADE AGREEMENT REVLON - FORM TRADE AGREEMENT - PLASTEK DATED: 07/12/22 | PLASTEK INDUSTRIES, INC. |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | MARKETING AGREEMENT CONFIRMATION OF MODEL BOOKING - PRIMO MANAGEMENT LTD. DATED: 08/27/21 | PRIMO MANAGEMENT LTD. 29/F, WORKINGTON TOWER 78 BONHAM STRAND SHEUNG WAN HONG KONG, |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.93 | State what the contract or lease is for and the nature of the debtor's interest | DATA LICENSE OR SUBSCRIPTION AGREEMENT ORDER FORM - REGULATORY DATACORP (RDC) DATED: 08/31/21 | REGULATORY DATACORP INC. 211 SOUTH GULPH ROAD SUITE 125 KING OF PRUSSIA, PA 19406 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.94 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT FEE AGREEMENT (REMEDY DP) DATED: 01/31/16 | REMEDY INTELLIGENT STAFFING 7999 PHILIPS HWY JACKSONVILLE, FL 32256 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.95 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENTS SALSIFY AGREEMENT DATED: 11/01/20 | SALSIFY, INC. 101 FEDERAL STREET SUITE 2600 BOSTON, MA 2110 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.96 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT SALSIFY AGREEMENT DATED: 10/30/2020 | SALSIFY, INC. 101 FEDERAL STREET SUITE 2600 BOSTON, MA 2110 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.97 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT SUBSCRIPTION ORDER FORM (SALSIFY) DATED: 11/01/18 | SALSIFY, INC. 101 FEDERAL STREET, SUITE 2600 BOSTON,, MA 2110 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.98 | State what the contract or lease is for and the nature of the debtor's interest | TRADE AGREEMENT REVLON TRADE AGREEMENT SCHWAN USA DATED: 07/07/22 | SCHWAN COSMETICS USA, INC. |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.99 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENTS LICENSE AGREEMENT NATURAL HONEY (SECTRIM LTD) DATED: 12/19/12 | SECTRIM LIMITED FOURTH FLOOR ULYSSES HOUSE FOLEY STREET DUBLIN 1, |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.100 | State what the contract or lease is for and the nature of the debtor's interest | TRADE AGREEMENT REVLON BANKRUPTCY TRADE AGREEMENT SILGAN FULLY EXECUTED DATED: 07/05/22 | SILGAN DISPENSING SYSTEMS CORPORATION |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.101 | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE LEASE/RENTAL AGREEMENT SECOND AMENDMENT TO DEED OF LEASE (1751 BLUE HILLS DRIVE) | SIR ROANOKE LLC 1 DUPONT CIRCLE NW SUITE 775 WASHINGTON, DC 20036 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.102 | State what the contract or lease is for and the nature of the debtor's interest | GUARANTY AND INDEMNITY AGREEMENT GUARANTY AGREEMENT (SIR ROANOKE LLC) DATED: 10/01/22 | SIR ROANOKE LLC 1 DUPONT CIRCLE NW, SUITE 775 WASHINGTON, DC 20036 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.103 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICIES INSURANCE-DIRECTORS AND OFFICERS LIABILITY POLICY NUMBER:DOX30001495200 POLICY TERM:1/31/2020-1/31/2023 | SOMPO INTERNATIONAL INSURANCE ENDURANCE ASSURANCE CORPORATION 1221 AVENUE OF THE AMERICAS NEW YORK, NY 10020 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor | Revlon, Inc.
Name | Case number (If known) | 22-10760

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.104** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INSURANCE POLICIES<br>INSURANCE-DIRECTORS AND OFFICERS LIABILITIY<br>POLICY NUMBER:DOX10010598801<br>POLICY TERM:1/31/2020 - 1/31/2023 | SOMPO INTERNATIONAL INSURANCE<br>ENDURANCE ASSURANCE CORPORATION<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 |
| **2.105** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INSURANCE POLICIES<br>INSURANCE-OCEAN MARINE CARGO - STOCK THROUGHPUT POLICY<br>POLICY NUMBER: | STARR MARINE<br>STARR INDEMNITY INS COMPANY<br>399 PARK AVENUE<br>NEW YORK, NY 10022 |
| **2.106** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INSURANCE POLICIES<br>INSURANCE-DIRECTORS AND OFFICERS LIABILITY<br>POLICY NUMBER:1000058048201<br>POLICY TERM:1/31/2020-1/31/2023 | STARR MARINE<br>STARR INDEMNITY INS COMPANY<br>399 PARK AVENUE<br>NEW YORK, NY 10022 |
| **2.107** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SETTLEMENT & RELEASE AGREEMENT<br>EXECUTED SETTLEMENT RELEASE (REVLON - IL - GARCIA)<br>DATED: 01/31/22 | STEPHANIE SALCEDO<br>Address on file |
| **2.108** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TRADE AGREEMENT<br>REVLON - FORM TRADE AGREEMENT THAIHO<br>DATED: 06/30/22 | THAI HO BIO-TECH COSMETICS (TAIAWAN) CO., LTD. |
| **2.109** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br>ELEVATOR MAINTENANCE AGREEMENT (THYSSEN KRUPP)<br>DATED: 07/01/20 | THYSSENKRUPP ELEVATOR CORPORATION<br>6942 PHILLIPS PARKWAY DR S<br>JACKSONVILLE, FL |
| **2.110** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LOGISTICS/SHIPPING AGREEMENT<br>UPS- INCENTIVE PROGRAM AGREEMENT<br>DATED: 04/13/15 | UNITED PARCEL SERVICE, INC.<br>1501 WILLIAMSBORO STREET<br>OXFORD, NC 27565 |

⬛   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.111** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LOGISTICS/SHIPPING AGREEMENT UPS SMALL PACKAGE TRANSPORTATION AGREEMENT. DATED: 07/24/19 | UNITED PARCEL SERVICE INC ("UPS") 2516 OXFORD ROAD RALEIGH, NC 27608 |
| **2.112** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LOGISTICS/SHIPPING AGREEMENT UPS SMALL PACKAGE- TRANSPORTATION AGREEMENT DATED:  07/24/19 | UNITED PARCEL SERVICE, INC. 2516 OXFORD ROAD RALEIGH, NC 27608 |
| **2.113** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LOGISTICS/SHIPPING AGREEMENT UPS SMALL PACKAGE- AMENDMENT NO. 1 TRANSPORTATION AGREEMENT DATED:  02/15/21 | UNITED PARCEL SERVICE, INC. 1514 N GRAHAM ST CHARLOTTE, NC 28206 |
| **2.114** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LOGISTICS/SHIPPING AGREEMENT UPS- INCENTIVE PROGRAM AGREEMENT  AMENDMENT NO. 1 BETWEEN  REVLON  AND UNITED PARCEL SERVICE, INC. | UNITED PARCEL SERVICE, INC. 55  GLENLAKE PARKWAY ATLANTA,, GA 30328 |
| **2.115** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INSURANCE POLICIES INSURANCE-DIRECTORS AND OFFICERS LIABILITY POLICY NUMBER:BPRO8048002 POLICY TERM:1/31/2020-1/31/2023 | W. R. BERKLEY CORPORATION 475 STEAMBOAT ROAD GREENWICH, CT 6830 |
| **2.116** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INSURANCE POLICIES INSURANCE-DIRECTORS AND OFFICERS LIABILITY POLICY NUMBER:BPRO8047978 POLICY TERM:1/31/2020-1/31/2023 | W. R. BERKLEY CORPORATION 475 STEAMBOAT ROAD GREENWICH, CT 6830 |
| **2.117** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TRADE AGREEMENT WECKERLE TRADE AGREEMENT DATED:  07/20/22 | WECKERLE COSMETICS USA |

Debtor 22-10760-dsj    Doc 375    Filed 08/13/22    Entered 08/13/22 12:29:17    Main Document
Revlon, Inc.                                  Pg 152 of 173    Case number (If known): 22-10760

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.118** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TRADE AGREEMENT REVLON - FORM TRADE AGREEMENT DATED: 07/07/22 | YANGJIANG JINHENGDA COSMETIC TOOLS CO., LTD. |
| **2.119** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TRADE AGREEMENT REVLON - FORM TRADE AGREEMENT ZHUOER DATED: 06/30/22 | ZHUOER GIFTS INDUSTRY CO., LTD. |
| **2.120** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TRADE AGREEMENT REVLON - FORM TRADE AGREEMENT - ZSCHIMMER SCHWARZ DATED: 07/12/22 | ZSCHIMMER & SCHWARZ INTERPOLYMER INC |
| **2.121** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INSURANCE POLICIES INSURANCE-PROPERTY - DOMESTIC & INTERNATIONAL POLICY NUMBER:BL 74010081PC21 POLICY TERM: 12/31/21 - 12/31/22 | ZURICH INSURANCE COMPANY ZURICH AMERICAN INSURANCE COMPANY AMERICAN ZURICH INSURANCE COMPANY 1299 ZURICH WAY SCHAUMBURG, IL 60196 |
| **2.122** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INSURANCE POLICIES INSURANCE-CRIME & FIDELITY EXCESS LIABILITY POLICY NUMBER:  FID 106458404 POLICY TERM:11/01/21 – 11/01/22 | ZURICH INSURANCE COMPANY ZURICH AMERICAN INSURANCE COMPANY AMERICAN ZURICH INSURANCE COMPANY 1299 ZURICH WAY SCHAUMBURG, IL 60196 |
| **2.123** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INSURANCE POLICIES INSURANCE-DIRECTORS AND OFFICERS LIABILITIY POLICY NUMBER:DOC 6726091-08 POLICY TERM:1/31/2020-1/31/2023 | ZURICH INSURANCE COMPANY ZURICH AMERICAN INSURANCE COMPANY AMERICAN ZURICH INSURANCE COMPANY 1299 ZURICH WAY SCHAUMBURG, IL 60196 |
| State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | | |

| Fill in this information to identify the case: |
|---|

| Debtor name | Revlon, Inc. |
|---|---|
| United States Bankruptcy Court for the: | Southern District of New York |
| Case number (If known): | 22-10760 |

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors                                                                 12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the additional Page to this page.

---

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1  Almay, Inc. | ONE NEW YORK PLAZA<br>NEW YORK, NY 10004<br>UNITED STATES | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.2  Almay, Inc. | ONE NEW YORK PLAZA<br>NEW YORK, NY 10004<br>UNITED STATES | CITIBANK, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.3  Almay, Inc. | ONE NEW YORK PLAZA<br>NEW YORK, NY 10004<br>UNITED STATES | JEFFERIES FINANCE LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.4  Almay, Inc. | ONE NEW YORK PLAZA<br>NEW YORK, NY 10004<br>UNITED STATES | MIDCAP FUNDING IV TRUST | ☑ D<br>☐ E/F<br>☐ G |
| 2.5  Art & Science, Ltd. | 5344 OVERMYER DRIVE<br>JACKSONVILLE, FL 32254<br>UNITED STATES | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.6  Art & Science, Ltd. | 5344 OVERMYER DRIVE<br>JACKSONVILLE, FL 32254<br>UNITED STATES | CITIBANK, N.A. | ☑ D<br>☐ E/F<br>☐ G |

Debtor    Revlon, Inc.    Case number (If known):    22-10760

Name

**Additional Page if Debtor Has More Codebtors**

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | |
|---|---|---|---|---|
| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.7 | Art & Science, Ltd. | 5344 OVERMYER DRIVE<br>JACKSONVILLE, FL 32254<br>UNITED STATES | JEFFERIES FINANCE LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.8 | Art & Science, Ltd. | 5344 OVERMYER DRIVE<br>JACKSONVILLE, FL 32254<br>UNITED STATES | MIDCAP FUNDING IV TRUST | ☑ D<br>☐ E/F<br>☐ G |
| 2.9 | Bari Cosmetics, Ltd. | ONE NEW YORK PLAZA<br>NEW YORK, NY 10004<br>UNITED STATES | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.10 | Bari Cosmetics, Ltd. | ONE NEW YORK PLAZA<br>NEW YORK, NY 10004<br>UNITED STATES | CITIBANK, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.11 | Bari Cosmetics, Ltd. | ONE NEW YORK PLAZA<br>NEW YORK, NY 10004<br>UNITED STATES | JEFFERIES FINANCE LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.12 | Bari Cosmetics, Ltd. | ONE NEW YORK PLAZA<br>NEW YORK, NY 10004<br>UNITED STATES | MIDCAP FUNDING IV TRUST | ☑ D<br>☐ E/F<br>☐ G |
| 2.13 | Beautyge Brands USA, Inc. | 9560 TOWNE CENTRE DRIVE<br>SAN DIEGO, CA 92121<br>UNITED STATES | ALTER DOMUS (US) LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.14 | Beautyge Brands USA, Inc. | 9560 TOWNE CENTRE DRIVE<br>SAN DIEGO, CA 92121<br>UNITED STATES | CITIBANK, N.A. | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | Revlon, Inc. | | Case number (if known): | 22-10760 |
| | Name | | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.15 | Beautyge Brands USA, Inc. | 9560 TOWNE CENTRE DRIVE SAN DIEGO, CA 92121 UNITED STATES | JEFFERIES FINANCE LLC | ☒ D ☐ E/F ☐ G |
| 2.16 | Beautyge Brands USA, Inc. | 9560 TOWNE CENTRE DRIVE SAN DIEGO, CA 92121 UNITED STATES | MIDCAP FUNDING IV TRUST | ☒ D ☐ E/F ☐ G |
| 2.17 | Beautyge I | ONE NEW YORK PLAZA NEW YORK, NY 10004 UNITED STATES | JEFFERIES FINANCE LLC | ☒ D ☐ E/F ☐ G |
| 2.18 | Beautyge II, LLC | 3411 SILVERSIDE ROAD TATNALL BUILDING #104 WILMINGTON, DE 19801 UNITED STATES | JEFFERIES FINANCE LLC | ☒ D ☐ E/F ☐ G |
| 2.19 | Beautyge USA, Inc. | 5344 OVERMYER DRIVE JACKSONVILLE, FL 32254 UNITED STATES | ALTER DOMUS (US) LLC | ☒ D ☐ E/F ☐ G |
| 2.20 | Beautyge USA, Inc. | 5344 OVERMYER DRIVE JACKSONVILLE, FL 32254 UNITED STATES | CITIBANK, N.A. | ☒ D ☐ E/F ☐ G |
| 2.21 | Beautyge USA, Inc. | 5344 OVERMYER DRIVE JACKSONVILLE, FL 32254 UNITED STATES | JEFFERIES FINANCE LLC | ☒ D ☐ E/F ☐ G |
| 2.22 | Beautyge USA, Inc. | 5344 OVERMYER DRIVE JACKSONVILLE, FL 32254 UNITED STATES | MIDCAP FUNDING IV TRUST | ☒ D ☐ E/F ☐ G |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.23 | BrandCo Almay 2020 LLC | 3411 SILVERSIDE ROAD TATNALL BUILDING #104 WILMINGTON, DE 19801 UNITED STATES | JEFFERIES FINANCE LLC | ☑ D ☐ E/F ☐ G |
| 2.24 | BrandCo Charlie 2020 LLC | 3411 SILVERSIDE ROAD TATNALL BUILDING #104 WILMINGTON, DE 19801 UNITED STATES | JEFFERIES FINANCE LLC | ☑ D ☐ E/F ☐ G |
| 2.25 | BrandCo CND 2020 LLC | 3411 SILVERSIDE ROAD TATNALL BUILDING #104 WILMINGTON, DE 19801 UNITED STATES | JEFFERIES FINANCE LLC | ☑ D ☐ E/F ☐ G |
| 2.26 | BrandCo Curve 2020 LLC | 3411 SILVERSIDE ROAD TATNALL BUILDING #104 WILMINGTON, DE 19801 UNITED STATES | JEFFERIES FINANCE LLC | ☑ D ☐ E/F ☐ G |
| 2.27 | BrandCo Elizabeth Arden 2020 LLC | 3411 SILVERSIDE ROAD TATNALL BUILDING #104 WILMINGTON, DE 19801 UNITED STATES | JEFFERIES FINANCE LLC | ☑ D ☐ E/F ☐ G |
| 2.28 | BrandCo Giorgio Beverly Hills 2020 LLC | 3411 SILVERSIDE ROAD TATNALL BUILDING #104 WILMINGTON, DE 19801 UNITED STATES | JEFFERIES FINANCE LLC | ☑ D ☐ E/F ☐ G |
| 2.29 | BrandCo Halston 2020 LLC | 3411 SILVERSIDE ROAD TATNALL BUILDING #104 WILMINGTON, DE 19801 UNITED STATES | JEFFERIES FINANCE LLC | ☑ D ☐ E/F ☐ G |
| 2.30 | BrandCo Jean Nate 2020 LLC | 3411 SILVERSIDE ROAD TATNALL BUILDING #104 WILMINGTON, DE 19801 UNITED STATES | JEFFERIES FINANCE LLC | ☑ D ☐ E/F ☐ G |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.31 | BrandCo Mitchum 2020 LLC | 3411 SILVERSIDE ROAD TATNALL BUILDING #104 WILMINGTON, DE 19801 UNITED STATES | JEFFERIES FINANCE LLC | ☑ D ☐ E/F ☐ G |
| 2.32 | BrandCo Multicultural Group 2020 LLC | 3411 SILVERSIDE ROAD TATNALL BUILDING #104 WILMINGTON, DE 19801 UNITED STATES | JEFFERIES FINANCE LLC | ☑ D ☐ E/F ☐ G |
| 2.33 | BrandCo PS 2020 LLC | 3411 SILVERSIDE ROAD TATNALL BUILDING #104 WILMINGTON, DE 19801 UNITED STATES | JEFFERIES FINANCE LLC | ☑ D ☐ E/F ☐ G |
| 2.34 | BrandCo White Shoulders 2020 LLC | 3411 SILVERSIDE ROAD TATNALL BUILDING #104 WILMINGTON, DE 19801 UNITED STATES | JEFFERIES FINANCE LLC | ☑ D ☐ E/F ☐ G |
| 2.35 | Charles Revson Inc. | ONE NEW YORK PLAZA NEW YORK, NY 10004 UNITED STATES | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.36 | Charles Revson Inc. | ONE NEW YORK PLAZA NEW YORK, NY 10004 UNITED STATES | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.37 | Charles Revson Inc. | ONE NEW YORK PLAZA NEW YORK, NY 10004 UNITED STATES | JEFFERIES FINANCE LLC | ☑ D ☐ E/F ☐ G |
| 2.38 | Charles Revson Inc. | ONE NEW YORK PLAZA NEW YORK, NY 10004 UNITED STATES | MIDCAP FUNDING IV TRUST | ☑ D ☐ E/F ☐ G |

Debtor    Revlon, Inc.

Name

Case number (If known): 22-10760

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.39 | Creative Nail Design, Inc. | 9560 TOWNE CENTRE DRIVE SAN DIEGO, NY 92121 UNITED STATES | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.40 | Creative Nail Design, Inc. | 9560 TOWNE CENTRE DRIVE SAN DIEGO, NY 92121 UNITED STATES | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.41 | Creative Nail Design, Inc. | 9560 TOWNE CENTRE DRIVE SAN DIEGO, NY 92121 UNITED STATES | JEFFERIES FINANCE LLC | ☑ D ☐ E/F ☐ G |
| 2.42 | Creative Nail Design, Inc. | 9560 TOWNE CENTRE DRIVE SAN DIEGO, NY 92121 UNITED STATES | MIDCAP FUNDING IV TRUST | ☑ D ☐ E/F ☐ G |
| 2.43 | Cutex, Inc. | ONE NEW YORK PLAZA NEW YORK, NY 10004 UNITED STATES | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.44 | Cutex, Inc. | ONE NEW YORK PLAZA NEW YORK, NY 10004 UNITED STATES | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.45 | Cutex, Inc. | ONE NEW YORK PLAZA NEW YORK, NY 10004 UNITED STATES | JEFFERIES FINANCE LLC | ☑ D ☐ E/F ☐ G |
| 2.46 | Cutex, Inc. | ONE NEW YORK PLAZA NEW YORK, NY 10004 UNITED STATES | MIDCAP FUNDING IV TRUST | ☑ D ☐ E/F ☐ G |

| Debtor | Revlon, Inc. | | Case number (If known): | 22-10760 |
| | Name | | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.47 | DF Enterprises, Inc. | 200 FIRST STAMFORD PLACE STAMFORD, CT 06902 UNITED STATES | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.48 | DF Enterprises, Inc. | 200 FIRST STAMFORD PLACE STAMFORD, CT 06902 UNITED STATES | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.49 | DF Enterprises, Inc. | 200 FIRST STAMFORD PLACE STAMFORD, CT 06902 UNITED STATES | JEFFERIES FINANCE LLC | ☑ D ☐ E/F ☐ G |
| 2.50 | DF Enterprises, Inc. | 200 FIRST STAMFORD PLACE STAMFORD, CT 06902 UNITED STATES | MIDCAP FUNDING IV TRUST | ☑ D ☐ E/F ☐ G |
| 2.51 | Elizabeth Arden (Canada) Limited | 1590 SOUTH GATEWAY ROAD MISSISSAUGA, ON L4W 0A8 CANADA | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.52 | Elizabeth Arden (Canada) Limited | 1590 SOUTH GATEWAY ROAD MISSISSAUGA, ON L4W 0A8 CANADA | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.53 | Elizabeth Arden (Canada) Limited | 1590 SOUTH GATEWAY ROAD MISSISSAUGA, ON L4W 0A8 CANADA | JEFFERIES FINANCE LLC | ☑ D ☐ E/F ☐ G |
| 2.54 | Elizabeth Arden (Canada) Limited | 1590 SOUTH GATEWAY ROAD MISSISSAUGA, ON L4W 0A8 CANADA | MIDCAP FUNDING IV TRUST | ☑ D ☐ E/F ☐ G |

| Debtor | Revlon, Inc. | | Case number (if known): | 22-10760 |

Name

---

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.55 | Elizabeth Arden (Financing), Inc. | 200 FIRST STAMFORD PLACE STAMFORD, CT 06902 UNITED STATES | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.56 | Elizabeth Arden (Financing), Inc. | 200 FIRST STAMFORD PLACE STAMFORD, CT 06902 UNITED STATES | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.57 | Elizabeth Arden (Financing), Inc. | 200 FIRST STAMFORD PLACE STAMFORD, CT 06902 UNITED STATES | JEFFERIES FINANCE LLC | ☑ D ☐ E/F ☐ G |
| 2.58 | Elizabeth Arden (Financing), Inc. | 200 FIRST STAMFORD PLACE STAMFORD, CT 06902 UNITED STATES | MIDCAP FUNDING IV TRUST | ☑ D ☐ E/F ☐ G |
| 2.59 | Elizabeth Arden (UK) Ltd. | GREATER LONDON HOUSE HAMPSTEAD ROAD LONDON, NW1 7QX UNITED KINGDOM | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.60 | Elizabeth Arden (UK) Ltd. | GREATER LONDON HOUSE HAMPSTEAD ROAD LONDON, NW1 7QX UNITED KINGDOM | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.61 | Elizabeth Arden (UK) Ltd. | GREATER LONDON HOUSE HAMPSTEAD ROAD LONDON, NW1 7QX UNITED KINGDOM | JEFFERIES FINANCE LLC | ☑ D ☐ E/F ☐ G |
| 2.62 | Elizabeth Arden (UK) Ltd. | GREATER LONDON HOUSE HAMPSTEAD ROAD LONDON, NW1 7QX UNITED KINGDOM | MIDCAP FUNDING IV TRUST | ☑ D ☐ E/F ☐ G |

Debtor    Revlon, Inc.    Case number (if known):    22-10760
Name

**Additional Page if Debtor Has More Codebtors**

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | |
|---|---|---|---|---|
| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.63 | Elizabeth Arden International Holding, Inc. [Merged Into Revlon International Corporation May 3, 2022] (F/K/A Ffi | 200 FIRST STAMFORD PLACE STAMFORD, CT 06902 UNITED STATES | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.64 | Elizabeth Arden International Holding, Inc. [Merged Into Revlon International Corporation May 3, 2022] (F/K/A Ffi | 200 FIRST STAMFORD PLACE STAMFORD, CT 06902 UNITED STATES | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.65 | Elizabeth Arden International Holding, Inc. [Merged Into Revlon International Corporation May 3, 2022] (F/K/A Ffi | 200 FIRST STAMFORD PLACE STAMFORD, CT 06902 UNITED STATES | JEFFERIES FINANCE LLC | ☑ D ☐ E/F ☐ G |
| 2.66 | Elizabeth Arden International Holding, Inc. [Merged Into Revlon International Corporation May 3, 2022] (F/K/A Ffi | 200 FIRST STAMFORD PLACE STAMFORD, CT 06902 UNITED STATES | MIDCAP FUNDING IV TRUST | ☑ D ☐ E/F ☐ G |
| 2.67 | Elizabeth Arden Investments, LLC | 880 SOUTHWEST 145TH AVENUE, SUITE #200 PEMBROKE PINES, FL 33027 UNITED STATES | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.68 | Elizabeth Arden Investments, LLC | 880 SOUTHWEST 145TH AVENUE, SUITE #200 PEMBROKE PINES, FL 33027 UNITED STATES | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.69 | Elizabeth Arden Investments, LLC | 880 SOUTHWEST 145TH AVENUE, SUITE #200 PEMBROKE PINES, FL 33027 UNITED STATES | JEFFERIES FINANCE LLC | ☑ D ☐ E/F ☐ G |
| 2.70 | Elizabeth Arden Investments, LLC | 880 SOUTHWEST 145TH AVENUE, SUITE #200 PEMBROKE PINES, FL 33027 UNITED STATES | MIDCAP FUNDING IV TRUST | ☑ D ☐ E/F ☐ G |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.71 | Elizabeth Arden NM, LLC | 880 SOUTHWEST 145TH AVENUE, SUITE #200 PEMBROKE PINES, FL 33027 UNITED STATES | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.72 | Elizabeth Arden NM, LLC | 880 SOUTHWEST 145TH AVENUE, SUITE #200 PEMBROKE PINES, FL 33027 UNITED STATES | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.73 | Elizabeth Arden NM, LLC | 880 SOUTHWEST 145TH AVENUE, SUITE #200 PEMBROKE PINES, FL 33027 UNITED STATES | JEFFERIES FINANCE LLC | ☑ D ☐ E/F ☐ G |
| 2.74 | Elizabeth Arden NM, LLC | 880 SOUTHWEST 145TH AVENUE, SUITE #200 PEMBROKE PINES, FL 33027 UNITED STATES | MIDCAP FUNDING IV TRUST | ☑ D ☐ E/F ☐ G |
| 2.75 | Elizabeth Arden Travel Retail, Inc. | 200 FIRST STAMFORD PLACE STAMFORD, CT 06902 UNITED STATES | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.76 | Elizabeth Arden Travel Retail, Inc. | 200 FIRST STAMFORD PLACE STAMFORD, CT 06902 UNITED STATES | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.77 | Elizabeth Arden Travel Retail, Inc. | 200 FIRST STAMFORD PLACE STAMFORD, CT 06902 UNITED STATES | JEFFERIES FINANCE LLC | ☑ D ☐ E/F ☐ G |
| 2.78 | Elizabeth Arden Travel Retail, Inc. | 200 FIRST STAMFORD PLACE STAMFORD, CT 06902 UNITED STATES | MIDCAP FUNDING IV TRUST | ☑ D ☐ E/F ☐ G |

| Debtor | Revlon, Inc. | | Case number (If known): | 22-10760 |
|---|---|---|---|---|
| | Name | | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.79 | Elizabeth Arden USC, LLC | 880 SOUTHWEST 145TH AVENUE, SUITE #200 PEMBROKE PINES, FL 33027 UNITED STATES | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.80 | Elizabeth Arden USC, LLC | 880 SOUTHWEST 145TH AVENUE, SUITE #200 PEMBROKE PINES, FL 33027 UNITED STATES | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.81 | Elizabeth Arden USC, LLC | 880 SOUTHWEST 145TH AVENUE, SUITE #200 PEMBROKE PINES, FL 33027 UNITED STATES | JEFFERIES FINANCE LLC | ☑ D ☐ E/F ☐ G |
| 2.82 | Elizabeth Arden USC, LLC | 880 SOUTHWEST 145TH AVENUE, SUITE #200 PEMBROKE PINES, FL 33027 UNITED STATES | MIDCAP FUNDING IV TRUST | ☑ D ☐ E/F ☐ G |
| 2.83 | Elizabeth Arden, Inc. | 880 SOUTHWEST 145TH AVENUE, SUITE #200 PEMBROKE PINES, FL 33027 UNITED STATES | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.84 | Elizabeth Arden, Inc. | 880 SOUTHWEST 145TH AVENUE, SUITE #200 PEMBROKE PINES, FL 33027 UNITED STATES | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.85 | Elizabeth Arden, Inc. | 880 SOUTHWEST 145TH AVENUE, SUITE #200 PEMBROKE PINES, FL 33027 UNITED STATES | JEFFERIES FINANCE LLC | ☑ D ☐ E/F ☐ G |
| 2.86 | Elizabeth Arden, Inc. | 880 SOUTHWEST 145TH AVENUE, SUITE #200 PEMBROKE PINES, FL 33027 UNITED STATES | MIDCAP FUNDING IV TRUST | ☑ D ☐ E/F ☐ G |

Debtor    Revlon, Inc.
Name

Case number (If known):    22-10760

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.87 | FD Management, Inc. | 200 FIRST STAMFORD PLACE STAMFORD, CT 06902 UNITED STATES | ALTER DOMUS (US) LLC | ☒ D ☐ E/F ☐ G |
| 2.88 | FD Management, Inc. | 200 FIRST STAMFORD PLACE STAMFORD, CT 06902 UNITED STATES | CITIBANK, N.A. | ☒ D ☐ E/F ☐ G |
| 2.89 | FD Management, Inc. | 200 FIRST STAMFORD PLACE STAMFORD, CT 06902 UNITED STATES | JEFFERIES FINANCE LLC | ☒ D ☐ E/F ☐ G |
| 2.90 | FD Management, Inc. | 200 FIRST STAMFORD PLACE STAMFORD, CT 06902 UNITED STATES | MIDCAP FUNDING IV TRUST | ☒ D ☐ E/F ☐ G |
| 2.91 | North America Revsale Inc. | ONE NEW YORK PLAZA NEW YORK, NY 10004 UNITED STATES | ALTER DOMUS (US) LLC | ☒ D ☐ E/F ☐ G |
| 2.92 | North America Revsale Inc. | ONE NEW YORK PLAZA NEW YORK, NY 10004 UNITED STATES | CITIBANK, N.A. | ☒ D ☐ E/F ☐ G |
| 2.93 | North America Revsale Inc. | ONE NEW YORK PLAZA NEW YORK, NY 10004 UNITED STATES | JEFFERIES FINANCE LLC | ☒ D ☐ E/F ☐ G |
| 2.94 | North America Revsale Inc. | ONE NEW YORK PLAZA NEW YORK, NY 10004 UNITED STATES | MIDCAP FUNDING IV TRUST | ☒ D ☐ E/F ☐ G |

| Debtor | Revlon, Inc. | | | | |
|--------|--------------|--|--|--|--|
| | Name | | Case number (If known): | 22-10760 | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.95 | OPP Products, Inc. | ONE NEW YORK PLAZA NEW YORK, NY 10004 UNITED STATES | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.96 | OPP Products, Inc. | ONE NEW YORK PLAZA NEW YORK, NY 10004 UNITED STATES | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.97 | OPP Products, Inc. | ONE NEW YORK PLAZA NEW YORK, NY 10004 UNITED STATES | JEFFERIES FINANCE LLC | ☑ D ☐ E/F ☐ G |
| 2.98 | OPP Products, Inc. | ONE NEW YORK PLAZA NEW YORK, NY 10004 UNITED STATES | MIDCAP FUNDING IV TRUST | ☑ D ☐ E/F ☐ G |
| 2.99 | RDEN Management, Inc. | 200 FIRST STAMFORD PLACE STAMFORD, CT 06902 UNITED STATES | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.100 | RDEN Management, Inc. | 200 FIRST STAMFORD PLACE STAMFORD, CT 06902 UNITED STATES | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.101 | RDEN Management, Inc. | 200 FIRST STAMFORD PLACE STAMFORD, CT 06902 UNITED STATES | JEFFERIES FINANCE LLC | ☑ D ☐ E/F ☐ G |
| 2.102 | RDEN Management, Inc. | 200 FIRST STAMFORD PLACE STAMFORD, CT 06902 UNITED STATES | MIDCAP FUNDING IV TRUST | ☑ D ☐ E/F ☐ G |

Debtor    Revlon, Inc.
Name

Case number (If known):     22-10760

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.103 | Realistic Roux Professional Products Inc. | ONE NEW YORK PLAZA NEW YORK, NY 10004 UNITED STATES | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.104 | Realistic Roux Professional Products Inc. | ONE NEW YORK PLAZA NEW YORK, NY 10004 UNITED STATES | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.105 | Realistic Roux Professional Products Inc. | ONE NEW YORK PLAZA NEW YORK, NY 10004 UNITED STATES | JEFFERIES FINANCE LLC | ☑ D ☐ E/F ☐ G |
| 2.106 | Realistic Roux Professional Products Inc. | ONE NEW YORK PLAZA NEW YORK, NY 10004 UNITED STATES | MIDCAP FUNDING IV TRUST | ☑ D ☐ E/F ☐ G |
| 2.107 | Revlon Canada Inc. | 1590 SOUTH GATEWAY ROAD MISSISSAUGA, ON L4W 0A8 CANADA | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.108 | Revlon Canada Inc. | 1590 SOUTH GATEWAY ROAD MISSISSAUGA, ON L4W 0A8 CANADA | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.109 | Revlon Canada Inc. | 1590 SOUTH GATEWAY ROAD MISSISSAUGA, ON L4W 0A8 CANADA | JEFFERIES FINANCE LLC | ☑ D ☐ E/F ☐ G |
| 2.110 | Revlon Canada Inc. | 1590 SOUTH GATEWAY ROAD MISSISSAUGA, ON L4W 0A8 CANADA | MIDCAP FUNDING IV TRUST | ☑ D ☐ E/F ☐ G |

Debtor    Revlon, Inc.
Name

Case number (If known): 22-10760

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.111 | Revlon Consumer Products Corporation | ONE NEW YORK PLAZA NEW YORK, NY 10004 UNITED STATES | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.112 | Revlon Consumer Products Corporation | ONE NEW YORK PLAZA NEW YORK, NY 10004 UNITED STATES | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.113 | Revlon Consumer Products Corporation | ONE NEW YORK PLAZA NEW YORK, NY 10004 UNITED STATES | JEFFERIES FINANCE LLC | ☑ D ☐ E/F ☐ G |
| 2.114 | Revlon Consumer Products Corporation | ONE NEW YORK PLAZA NEW YORK, NY 10004 UNITED STATES | MIDCAP FUNDING IV TRUST | ☑ D ☐ E/F ☐ G |
| 2.115 | Revlon Development Corp. | ONE NEW YORK PLAZA NEW YORK, NY 10004 UNITED STATES | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.116 | Revlon Development Corp. | ONE NEW YORK PLAZA NEW YORK, NY 10004 UNITED STATES | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.117 | Revlon Development Corp. | ONE NEW YORK PLAZA NEW YORK, NY 10004 UNITED STATES | JEFFERIES FINANCE LLC | ☑ D ☐ E/F ☐ G |
| 2.118 | Revlon Development Corp. | ONE NEW YORK PLAZA NEW YORK, NY 10004 UNITED STATES | MIDCAP FUNDING IV TRUST | ☑ D ☐ E/F ☐ G |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.119 | Revlon Government Sales, Inc. | ONE NEW YORK PLAZA NEW YORK, NY 10004 UNITED STATES | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.120 | Revlon Government Sales, Inc. | ONE NEW YORK PLAZA NEW YORK, NY 10004 UNITED STATES | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.121 | Revlon Government Sales, Inc. | ONE NEW YORK PLAZA NEW YORK, NY 10004 UNITED STATES | JEFFERIES FINANCE LLC | ☑ D ☐ E/F ☐ G |
| 2.122 | Revlon Government Sales, Inc. | ONE NEW YORK PLAZA NEW YORK, NY 10004 UNITED STATES | MIDCAP FUNDING IV TRUST | ☑ D ☐ E/F ☐ G |
| 2.123 | Revlon International Corporation | ONE NEW YORK PLAZA NEW YORK, NY 10004 UNITED STATES | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.124 | Revlon International Corporation | ONE NEW YORK PLAZA NEW YORK, NY 10004 UNITED STATES | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.125 | Revlon International Corporation | ONE NEW YORK PLAZA NEW YORK, NY 10004 UNITED STATES | JEFFERIES FINANCE LLC | ☑ D ☐ E/F ☐ G |
| 2.126 | Revlon International Corporation | ONE NEW YORK PLAZA NEW YORK, NY 10004 UNITED STATES | MIDCAP FUNDING IV TRUST | ☑ D ☐ E/F ☐ G |

Debtor   Revlon, Inc.
Name

Case number (If known):   22-10760

---

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.127 | Revlon Professional Holding Company LLC | ONE NEW YORK PLAZA NEW YORK, NY 10004 UNITED STATES | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.128 | Revlon Professional Holding Company LLC | ONE NEW YORK PLAZA NEW YORK, NY 10004 UNITED STATES | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.129 | Revlon Professional Holding Company LLC | ONE NEW YORK PLAZA NEW YORK, NY 10004 UNITED STATES | JEFFERIES FINANCE LLC | ☑ D ☐ E/F ☐ G |
| 2.130 | Revlon Professional Holding Company LLC | ONE NEW YORK PLAZA NEW YORK, NY 10004 UNITED STATES | MIDCAP FUNDING IV TRUST | ☑ D ☐ E/F ☐ G |
| 2.131 | Riros Corporation | ONE NEW YORK PLAZA NEW YORK, NY 10004 UNITED STATES | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.132 | Riros Corporation | ONE NEW YORK PLAZA NEW YORK, NY 10004 UNITED STATES | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.133 | Riros Corporation | ONE NEW YORK PLAZA NEW YORK, NY 10004 UNITED STATES | JEFFERIES FINANCE LLC | ☑ D ☐ E/F ☐ G |
| 2.134 | Riros Corporation | ONE NEW YORK PLAZA NEW YORK, NY 10004 UNITED STATES | MIDCAP FUNDING IV TRUST | ☑ D ☐ E/F ☐ G |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.135 | Riros Group Inc. | ONE NEW YORK PLAZA NEW YORK, NY 10004 UNITED STATES | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.136 | Riros Group Inc. | ONE NEW YORK PLAZA NEW YORK, NY 10004 UNITED STATES | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.137 | Riros Group Inc. | ONE NEW YORK PLAZA NEW YORK, NY 10004 UNITED STATES | JEFFERIES FINANCE LLC | ☑ D ☐ E/F ☐ G |
| 2.138 | Riros Group Inc. | ONE NEW YORK PLAZA NEW YORK, NY 10004 UNITED STATES | MIDCAP FUNDING IV TRUST | ☑ D ☐ E/F ☐ G |
| 2.139 | Roux Laboratories, Inc. | 5344 OVERMYER DRIVE JACKSONVILLE, FL 32254 UNITED STATES | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.140 | Roux Laboratories, Inc. | 5344 OVERMYER DRIVE JACKSONVILLE, FL 32254 UNITED STATES | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.141 | Roux Laboratories, Inc. | 5344 OVERMYER DRIVE JACKSONVILLE, FL 32254 UNITED STATES | JEFFERIES FINANCE LLC | ☑ D ☐ E/F ☐ G |
| 2.142 | Roux Laboratories, Inc. | 5344 OVERMYER DRIVE JACKSONVILLE, FL 32254 UNITED STATES | MIDCAP FUNDING IV TRUST | ☑ D ☐ E/F ☐ G |

Debtor | Revlon, Inc.
Name

Case number (if known): 22-10760

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.143 | Roux Properties Jacksonville, LLC | 5344 OVERMYER DRIVE JACKSONVILLE, FL 32254 UNITED STATES | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.144 | Roux Properties Jacksonville, LLC | 5344 OVERMYER DRIVE JACKSONVILLE, FL 32254 UNITED STATES | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.145 | Roux Properties Jacksonville, LLC | 5344 OVERMYER DRIVE JACKSONVILLE, FL 32254 UNITED STATES | JEFFERIES FINANCE LLC | ☑ D ☐ E/F ☐ G |
| 2.146 | Roux Properties Jacksonville, LLC | 5344 OVERMYER DRIVE JACKSONVILLE, FL 32254 UNITED STATES | MIDCAP FUNDING IV TRUST | ☑ D ☐ E/F ☐ G |
| 2.147 | SinfulColors Inc. | ONE NEW YORK PLAZA NEW YORK, NY 10004 UNITED STATES | ALTER DOMUS (US) LLC | ☑ D ☐ E/F ☐ G |
| 2.148 | SinfulColors Inc. | ONE NEW YORK PLAZA NEW YORK, NY 10004 UNITED STATES | CITIBANK, N.A. | ☑ D ☐ E/F ☐ G |
| 2.149 | SinfulColors Inc. | ONE NEW YORK PLAZA NEW YORK, NY 10004 UNITED STATES | JEFFERIES FINANCE LLC | ☑ D ☐ E/F ☐ G |
| 2.150 | SinfulColors Inc. | ONE NEW YORK PLAZA NEW YORK, NY 10004 UNITED STATES | MIDCAP FUNDING IV TRUST | ☑ D ☐ E/F ☐ G |

Debtor     Revlon, Inc.
Name

Case number (If known):     22-10760

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.151 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.152 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.153 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.154 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.155 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.156 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.157 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.158 | | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case and this filing:**

Debtor name      Revlon, Inc.

United States Bankruptcy Court for the:      Southern District of New York

Case number (If known)      22-10760

## Official Form 202

### Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended Schedule

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    08/12/2022                    **X** /s/ Victoria Dolan
              MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                              Victoria Dolan
                                              Printed name

                                              Chief Financial Officer
                                              Position or relationship to debtor