Steven F. Molo, Esq.
Justin M. Ellis, Esq.
Caleb Hayes-Deats, Esq.
**MOLOLAMKEN LLP**
430 Park Avenue
New York, NY 10022
Telephone: (212) 607-8160
Facsimile: (212) 607-8161

*Special Litigation Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| REVLON, INC., *et al.*,[1] | Case No. 22-10760 (DSJ) |
| Debtors. | (Jointly Administered) |

**FIRST MONTHLY FEE STATEMENT OF MOLOLAMKEN LLP FOR**
**COMPENSATION FOR SERVICES RENDERED AS ATTORNEYS FOR DEBTORS**
**FOR PERIOD FROM JUNE 10, 2022 THROUGH JULY 31, 2022**

---

[1] The last four digits of Debtor Revlon, Inc.'s tax identification number are 2955. Due to the large number of debtor entities in these Chapter 11 Cases, for which the Court has granted joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/Revlon. The location of the Debtors' service address for purposes of these Chapter 11 Cases is: One New York Plaza, New York, NY 10004.

| | |
|---|---|
| Name of Applicant: | MoloLamken LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession, as Special Litigation Counsel |
| Date of Retention: | July 21, 2022, *nunc pro tunc* to June 15, 2022 |
| Period for which compensation and reimbursement is sought: | June 10, 2022 through July 31, 2022 |
| Monthly Fees Incurred: | **$97,690.00** |
| 20% Holdback: | **$19,538.00** |
| Total Compensation Less 20% Holdback: | **$78,152.00** |
| Monthly Expenses Incurred: | **$0** |
| Total Fees and Expenses Due: | **$78,152.00** |
| This is a: __x__ monthly ____ interim ____ | final application |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), the *Order Authorizing the Retention and Employment of MoloLamken as Special Litigation Counsel for the Debtors and Debtors in Possession* Nunc Pro Tunc *to the Petition Date* [ECF No. 258] (the "Retention Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 259] (the "Interim Compensation Order"),[2] MoloLamken LLP ("MoloLamken"), Special Litigation Counsel for the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby submits

---

[2]   Capitalized terms used herein but not otherwise defined herein have the meanings ascribed to them in the Interim Compensation Order.

this first monthly fee statement (the "First Monthly Fee Statement"), seeking compensation for services rendered as Special Litigation Counsel to the Debtors, for the period from June 10, 2022 through July 31, 2022 (the "First Monthly Fee Period").  By this First Monthly Fee Statement, MoloLamken seeks payment in the amount of $78,152.00 which represents eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the First Monthly Fee Period.  The current unused portion of the Debtors' retainer with MoloLamken is $37,346.50.[3]  MoloLamken is not seeking reimbursement of any actual and necessary expenses incurred in the First Monthly Fee Period.

## Services Rendered and Expenses Incurred

1.      Attached as Exhibit A is a summary of MoloLamken's professionals by individual, setting forth the (i) name and title of each individual who provided services in connection with the Chapter 11 Cases during the First Monthly Fee Period, (ii) aggregate hours spent by each individual, (iii) hourly billing rate for each such individual at MoloLamken's current billing rates, (iv) amount of fees earned by each MoloLamken professional, and (v) the year of bar admission for each attorney.  The blended hourly billing rate of MoloLamken attorneys during the First Monthly Fee Period is approximately $1104.25 per hour.  The hourly rate of legal assistants during the First Monthly Fee Period is $295 per hour.

2.      Attached as Exhibit B is a summary of the services rendered and compensation sought, by project category, for the First Monthly Fee Period

3.      Attached as Exhibit C is an itemized time detail of MoloLamken professionals for the First Monthly Fee Period and summary materials related thereto.

---

[3]     The initial amount of the retainer was $50,000.  Following entry of the Retention Order, that amount was reduced by $12,653.50 in pre-petition fees that the Debtors incurred.

4.      Attached as <u>Exhibit D</u> is an itemized time detail of MoloLamken professionals for the First Monthly Fee Period, broken out by task code.[4]

<b><u>Notice and Objection Procedures</u></b>

Notice of this First Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Revlon, Inc., One New York Plaza, New York, NY 10014, <u>Attention</u>: Andrew Kidd, Esq.; (ii) Debtors' Counsel, Paul, Weiss, Rifkind, Wharton & Garrison, LLP, 1285 Avenue of the Americas, New York, NY, 10019, <u>Attention</u>: Robert A. Britton, Esq.; (iii) the Office of the United States Trustee Region 2, 201 Varick Street, Suite 1006, New York, NY 10014 <u>Attention</u>: Brian Masumoto, Esq.; (iv) counsel to the Official Committee of Unsecured Creditors, Brown Rudnick LLP, 7 Times Square, New York, NY 10036, <u>Attention</u>: Robert J. Stark, Esq. and Bennett S. Silverberg, Esq.; (v) counsel to the ad hoc group of term lenders, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017, <u>Attention</u>: Eli J. Vonnegut, Esq.

Objections to this First Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **September 6, 2022** (the "<u>Objection Deadline</u>"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "<u>Objection</u>").

If no objections to this First Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

If an objection to this First Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this First Monthly Fee Statement

---

[4]     The task codes correspond to the ABA Bankruptcy Code Set and ABA Litigation Code Set. Codes beginning with "L" are in the Litigation Code Set and grouped under the category "Adversary Proceedings and Contested Matters" in Exhibit B.

to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated:    August 22, 2022
          New York, New York

MOLOLAMKEN LLP

*/s/ Steven F. Molo*
Steven F. Molo, Esq.
Justin M. Ellis, Esq.
Caleb Hayes-Deats, Esq.
**MOLOLAMKEN LLP**
430 Park Avenue
New York, NY 10022
Telephone: (212) 607-8160
Facsimile: (212) 607-8161
smolo@mololamken.com
jellis@mololamken.com
chayes-deats@mololamken.com

*Special Litigation Counsel for Debtors*

**<u>Exhibit A</u>**

**Compensation by Professional**

| NAME | TITLE / YEAR OF ADMISSION TO THE NEW YORK BAR | HOURS | RATE | FEE |
|------|-----------------------------------------------|-------|------|-----|
| 1.   Steven Molo | Partner / 2004 | 19.20 | $1,850 | $35,520.00 |
| 2.   Justin Ellis | Partner / 2011 | 27.60 | $1,000 | $27,600.00 |
| 3.   Caleb Hayes-Deats | Partner / 2012 | 4.00 | $900 | $3,600.00 |
| 4.   Joshua D. Bloom | Associate / 2014 | 35.60 | $825 | $29,370.00 |
| 5.   Ryan Yeh | Associate / 2018 | 1.80 | $725 | $1,305.00 |
| 6.   Joseph Fraser | Legal Assistant | 1.00 | $295 | $295.00 |
| **TOTALS** | | **89.20** | | **$97,690.00** |

**Exhibit B**

**Compensation by Project Category**

**AGGREGATE TIME SUMMARY BY PROJECT CATEGORY**
**FOR THE PERIOD FROM JUNE 10, 2022 THROUGH JULY 31, 2022**

| Task Code | Project Category | Total Hours | Total Fees ($) |
|---|---|---|---|
| L100-L530 | Adversary Proceedings and Contested Matters | 53.1 | $66,575.00 |
| | Asset Sales and Dispositions | | |
| | Automatic Stay Matters | | |
| | Business Operations | | |
| B110 | Case Administration | 0.60 | $600.00 |
| | Chapter 11 Filing | | |
| | Claims Administration and Objections | | |
| | Corporate Governance and Board Matters | | |
| | Corporate and Securities Matters | | |
| | Creditor and Stakeholder Issues | | |
| | DIP / Cash Collateral / Exit Financing | | |
| | Employee Matters | | |
| | Executory Contracts and Leases | | |
| B160 | Fee/Employment Applications | 35.50 | $30,515.00 |
| | Insurance Matters | | |
| | International/Cross-Border Issues | | |
| | Investigation of Potential Claims | | |
| | Plan and Disclosure Statement | | |
| | Schedules and Statements | | |
| | Tax Issues | | |
| | Travel Time | | |
| | U.S. Trustee Communications and Issues | | |
| | Use, Sale, and Lease of Property | | |
| | Utilities Issues | | |

| | | | |
|---|---|---|---|
| | Vendor/Supplier Matters | | |
| | **TOTAL** | **89.20** | **$97,690.00** |

## Exhibit C

**Itemized Time Detail**



430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 11720
August 22, 2022

Revlon
Andrew Kidd
Executive Vice President and General Counsel
Revlon
One New York Plaza
New York, NY  10004

**INVOICE**
**For Services Through July 31, 2022**

2026-001: Citi Litigation

**Professional Fees**

| Date | Professional | | Hours |
|------|------------|---|-------|
| 6/10/2022 | Molo | Review background information. | 1.50 |
| 6/14/2022 | Bloom | Conference with S. Molo and Paul Weiss attorneys to discuss background information; prepare and email summary of same to S. Molo, J. Ellis, and R. Yeh. | 3.80 |
| 6/15/2022 | Ellis | Attention to potential DIP challenge; review materials in advance of first-day hearing. | 0.80 |
| 6/15/2022 | Molo | Review materials and prepare for first-day hearing. | 1.20 |
| 6/16/2022 | Bloom | Attend portion of first-day hearing. | 2.70 |
| 6/16/2022 | Ellis | Attend, prepare for first-day hearing. | 5.10 |
| 6/16/2022 | Yeh | Review bankruptcy rules re: notice of appearance. | 0.50 |
| 6/16/2022 | Molo | Prepare for and attend first-day hearing; emails with Paul Weiss. | 5.50 |
| 6/17/2022 | Bloom | Begin drafting MoloLamken retention application. | 2.10 |
| 6/17/2022 | Ellis | Attend portion of first-day continued hearing. | 4.10 |
| 6/17/2022 | Ellis | Review credit agreement. | 1.50 |
| 6/17/2022 | Fraser | Review list of entities for bankruptcy disclosure for J. Bloom; run additional conflicts checks for J. Bloom. | 1.00 |
| 6/17/2022 | Molo | Prepare for and attend continued first day hearing. | 5.60 |
| 6/19/2022 | Ellis | Review credit agreement. | 1.10 |
| 6/21/2022 | Bloom | Begin review of conflicts reports and email responses regarding connections to interested parties; Review and revise draft rentention application. | 4.50 |
| 6/22/2022 | Bloom | Complete review of conflicts reports and conflicts email responses; Review, revise, and finalize draft retention application and discuss same with J. Ellis. | 3.90 |
| 6/22/2022 | Ellis | Review retention application and discuss same with J. Bloom. | 1.80 |
| 6/24/2022 | Bloom | Review additional interested party names from Revlon and coordinate with | 1.60 |

Molo Lamken LLP                                                                                          Page: 2

|  |  | T. Wertime and S. Babecka to run necessary conflicts checks regarding the same. |  |
|---|---|---|---|
| 6/26/2022 | Bloom | Review and revise retention application based on comments from J. Ellis and additional interested party names provided by Revlon. | 5.80 |
| 6/27/2022 | Hayes-Deats | Phone conference with J. Ellis regarding case and potential assignments; review memorandum concerning potential claims to assert or defend against on behalf of estate. | 1.40 |
| 6/27/2022 | Bloom | Review conflicts responses and revise retention application. | 1.90 |
| 6/27/2022 | Ellis | Edit retention application. | 2.10 |
| 6/27/2022 | Ellis | Review background memorandum re: potential claims. | 2.60 |
| 6/27/2022 | Molo | Review retention application. | 0.50 |
| 6/28/2022 | Hayes-Deats | Review memo discussing potential claims to assert or defend against on behalf of estate; video conference with Paul Weiss attorneys; phone conference with S. Molo, J. Ellis, and J. Bloom about research and preparation. | 0.90 |
| 6/28/2022 | Ellis | Meetings with Paul Weiss, team re: strategy. | 0.90 |
| 6/28/2022 | Molo | Conference with Paul Weiss team and MoloLamken team re: research and key issues; follow up. | 0.90 |
| 6/29/2022 | Hayes-Deats | Listen to recording of relevant court hearings; review background material. | 0.90 |
| 6/29/2022 | Bloom | Listen to recording of relevant court hearings and review briefing regarding the same. | 1.50 |
| 6/29/2022 | Bloom | Review and revise retention application. | 0.40 |
| 6/29/2022 | Ellis | Review recording of relevant court hearings, research re: potential claims. | 1.00 |
| 6/29/2022 | Ellis | Edit retention application. | 0.70 |
| 6/30/2022 | Hayes-Deats | Phone conference with S. Molo, J. Ellis, and J. Bloom about parallel litigation and potential strategies. | 0.80 |
| 6/30/2022 | Bloom | Review background memo re: potential claims; call with S. Molo, J. Ellis, and C. Hayes-Deats to discuss parallel litigation and potential next steps. | 1.60 |
| 6/30/2022 | Bloom | Review proposed changes to retention application. | 0.40 |
| 6/30/2022 | Ellis | Review materials re: parallel litigationl; discuss same with team. | 1.20 |
| 6/30/2022 | Molo | Conference with MoloLamken team re: strategy; review issues re: parallel litigation. | 2.00 |
| 7/5/2022 | Bloom | Review relevant court hearings in parallel litigation. | 1.10 |
| 7/5/2022 | Bloom | Review and revise retention application. | 1.00 |
| 7/5/2022 | Ellis | Edit retention application; internal communication re: same. | 0.30 |
| 7/6/2022 | Bloom | Review and revise retention application; file same. | 3.30 |
| 7/6/2022 | Ellis | Edit retention application and prepare for filing. | 0.60 |
| 7/6/2022 | Yeh | Review fee application procedure and correspondence with J. Ellis et al. re: same. | 0.50 |
| 7/8/2022 | Ellis | Discuss budgeting estimates with Alvarez & Marsal team. | 0.40 |
| 7/11/2022 | Ellis | Update budget for Alvarez & Marsal. | 0.20 |
| 7/13/2022 | Ellis | Emails with J. Bloom, research re: retention application. | 0.30 |
| 7/21/2022 | Ellis | Arrange for coverage of, prepare for court hearing re: retention application. | 0.60 |
| 7/21/2022 | Ellis | Develop plan for retention applications. | 1.20 |

Molo Lamken LLP                                                                          Page: 3

| 7/21/2022 | Yeh | Correspondence with J. Ellis and J. Bloom re: fee applications; review interim fee order. | 0.80 |
| 7/21/2022 | Molo | Emails re: hearing; review material. | 1.00 |
| 7/25/2022 | Molo | Review background material and emails re: hearing. | 1.00 |
| 7/30/2022 | Ellis | Prepare fee application. | 1.10 |

|  | Total Hours | 89.20 |
|  | Total Fees | $97,690.00 |

### Timekeeper Summary

| Josh Bloom | 35.60 hours at 825.00/hr | 29,370.00 |
| Justin Ellis | 27.60 hours at 1,000.00/hr | 27,600.00 |
| Joseph Fraser | 1.00 hours at 295.00/hr | 295.00 |
| Caleb Hayes-Deats | 4.00 hours at 900.00/hr | 3,600.00 |
| Steven Molo | 19.20 hours at 1,850.00/hr | 35,520.00 |
| Ryan Yeh | 1.80 hours at 725.00/hr | 1,305.00 |

### Summary

| Fees | 97,690.00 |
| Expenses | 0.00 |
| Total Current Billing | $97,690.00 |
| Payments Received | 0.00 |
| Write-off | 0.00 |
| **Total Amount Due:** | **$97,690.00** |



430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

**REMITTANCE PAGE**

**For Services Through July 31, 2022**

Invoice No. 11720
August 22, 2022

Revlon
Andrew Kidd
Executive Vice President and General Counsel
Revlon
One New York Plaza
New York, NY  10004

| | |
|---|---:|
| Total Fees This Statement: | $97,690.00 |
| Total Expenses This Statement: | $0.00 |
| Total Current Billing: | $97,690.00 |
| Previous Balance Due: | $0.00 |
| **Total Now Due:** | **$97,690.00** |

| **Domestic Wire Transfer:** | **International Wire Transfer:** |
|---|---|
| Account Name: MoloLamken LLP | Account Name: MoloLamken LLP |
| Bank info Signature Bank | Bank info Wells Fargo Bank |
| 6400 N. Northwest Hwy | 420 Montgomery |
| Chicago, IL 60631 | San Francisco, CA 94104 |
| Routing Number: 071-026-628 | Routing Number: 121-000-248 |
| Account Number: 7000015810 | Account Number: 5231560185 |
| | International SWIFT: WFBIUS6S |

**Exhibit D**

**Itemized Time Detail by Task Code**

# Molo Lamken LLP

## ML Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity<br>Code | Component<br>Task Code | Statement<br>Units | Price | Extended<br>Amount |
|---|---|---|---|---|---|---|---|
| **Client Sort: Revlon** | | | | | | | |
| 06/10/2022 | SFM | 2026-001/ Revlon<br>Citi Litigation<br>Review background information. | | T<br>L100 | 1.50 | 1,850.00 | 2,775.00 |
| 06/14/2022 | JB | 2026-001/ Revlon<br>Citi Litigation<br>Conference with S. Molo and Paul Weiss attorneys to discuss background information; prepare and email summary of same to S. Molo, J. Ellis, and R. Yeh. | | T<br>L100 | 3.80 | 825.00 | 3,135.00 |
| 06/15/2022 | JME | 2026-001/ Revlon<br>Citi Litigation<br> Attention to potential DIP challenge; review materials in advance of first-day hearing. | | T<br>L450 | 0.80 | 1,000.00 | 800.00 |
| 06/15/2022 | SFM | 2026-001/ Revlon<br>Citi Litigation<br>Review materials and prepare for first-day hearing. | | T<br>L100 | 1.20 | 1,850.00 | 2,220.00 |
| 06/16/2022 | JME | 2026-001/ Revlon<br>Citi Litigation<br> Attend, prepare for first-day hearing. | | T<br>L450 | 5.10 | 1,000.00 | 5,100.00 |
| 06/16/2022 | RY | 2026-001/ Revlon<br>Citi Litigation<br>Review bankruptcy rules re: notice of appearance. | | T<br>L100 | 0.50 | 725.00 | 362.50 |
| 06/16/2022 | JB | 2026-001/ Revlon<br>Citi Litigation<br>Attend portion of first-day hearing. | | T<br>L450 | 2.70 | 825.00 | 2,227.50 |
| 06/16/2022 | SFM | 2026-001/ Revlon<br>Citi Litigation<br>Prepare for and attend first-day hearing; emails with Paul Weiss. | | T<br>L450 | 5.50 | 1,850.00 | 10,175.00 |

# Molo Lamken LLP

## ML Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Statement Units | Price | Extended Amount |
|------|------|------|------|------|------|------|------|
| 06/17/2022 | JMF | 2026-001/ Revlon Citi Litigation Review list of entities for bankruptcy disclosure for J. Bloom; run additional conflicts checks for J. Bloom | | T B160 | 1.00 | 295.00 | 295.00 |
| 06/17/2022 | JME | 2026-001/ Revlon Citi Litigation  Attend portion of first-day continued hearing. | | T L450 | 4.10 | 1,000.00 | 4,100.00 |
| 06/17/2022 | JB | 2026-001/ Revlon Citi Litigation Begin drafting MoloLamken retention application | | T B160 | 2.10 | 825.00 | 1,732.50 |
| 06/17/2022 | SFM | 2026-001/ Revlon Citi Litigation Prepare for and attend continued first day hearing. | | T L450 | 5.60 | 1,850.00 | 10,360.00 |
| 06/17/2022 | JME | 2026-001/ Revlon Citi Litigation Review credit agreement. | | T L120 | 1.50 | 1,000.00 | 1,500.00 |
| 06/19/2022 | JME | 2026-001/ Revlon Citi Litigation  Review credit agreement. | | T L120 | 1.10 | 1,000.00 | 1,100.00 |
| 06/21/2022 | JB | 2026-001/ Revlon Citi Litigation Begin review of conflicts reports and email responses regarding connections to interested parties; Review and revise draft rentention application | | T B160 | 4.50 | 825.00 | 3,712.50 |
| 06/22/2022 | JME | 2026-001/ Revlon Citi Litigation  Review retention application and discuss same with J. Bloom. | | T B160 | 1.80 | 1,000.00 | 1,800.00 |

# Molo Lamken LLP

## ML Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity<br>Code | Component<br>Task Code | Statement<br>Units | Price | Extended<br>Amount |
|------|------|--------------------------------------------------------|------------------|------------------------|-------------------|-------|--------------------|
| 06/22/2022 | JB | 2026-001/ Revlon<br>Citi Litigation<br>Complete review of conflicts reports and conflicts email responses; Review, revise, and finalize draft retention application and discuss same with J. Ellis. | | T<br>B160 | 3.90 | 825.00 | 3,217.50 |
| 06/24/2022 | JB | 2026-001/ Revlon<br>Citi Litigation<br>Review additional interested party names from Revlon and coordinate with T. Wertime and S. Babecka to run necessary conflicts checks regarding the same | | T<br>B160 | 1.60 | 825.00 | 1,320.00 |
| 06/26/2022 | JB | 2026-001/ Revlon<br>Citi Litigation<br>Review and revise retention application based on comments from J. Ellis and additional interested party names provided by Revlon | | T<br>B160 | 5.80 | 825.00 | 4,785.00 |
| 06/27/2022 | CHD | 2026-001/ Revlon<br>Citi Litigation<br>Phone conference with J. Ellis regarding case and potential assignments; review memorandum concerning potential claims to assert or defend against on behalf of estate. | | T<br>L120 | 1.40 | 900.00 | 1,260.00 |
| 06/27/2022 | JME | 2026-001/ Revlon<br>Citi Litigation<br> Edit retention application. | | T<br>B160 | 2.10 | 1,000.00 | 2,100.00 |
| 06/27/2022 | JB | 2026-001/ Revlon<br>Citi Litigation<br>Review conflicts responses and revise retention application | | T<br>B160 | 1.90 | 825.00 | 1,567.50 |
| 06/27/2022 | SFM | 2026-001/ Revlon<br>Citi Litigation<br>Review retention application. | | T<br>B160 | 0.50 | 1,850.00 | 925.00 |

# Molo Lamken LLP

## ML Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity<br>Code | Component<br>Task Code | Statement<br>Units | Price | Extended<br>Amount |
|---|---|---|---|---|---|---|---|
| 06/27/2022 | JME | 2026-001/ Revlon<br>Citi Litigation<br>Review background memorandum re:<br>potential claims. | | T<br>L190 | 2.60 | 1,000.00 | 2,600.00 |
| 06/28/2022 | CHD | 2026-001/ Revlon<br>Citi Litigation<br>Review memo discussing potential claims to<br>assert or defend against on behalf of estate;<br>video conference with Paul Weiss attorneys;<br>phone conference with S. Molo, J. Ellis, and J.<br>Bloom about research and preparation. | | T<br>L120 | 0.90 | 900.00 | 810.00 |
| 06/28/2022 | JME | 2026-001/ Revlon<br>Citi Litigation<br> Meetings with Paul Weiss, team re: strategy. | | T<br>L120 | 0.90 | 1,000.00 | 900.00 |
| 06/28/2022 | SFM | 2026-001/ Revlon<br>Citi Litigation<br>Conference with Paul Weiss team and<br>MoloLamken team re: research and key<br>issues; follow up. | | T<br>L190 | 0.90 | 1,850.00 | 1,665.00 |
| 06/29/2022 | JME | 2026-001/ Revlon<br>Citi Litigation<br> Review recording of relevant court hearings,<br>research re: potential claims. | | T<br>L190 | 1.00 | 1,000.00 | 1,000.00 |
| 06/29/2022 | CHD | 2026-001/ Revlon<br>Citi Litigation<br>Listen to recording of relevant court hearings;<br>review background material. | | T<br>L120 | 0.90 | 900.00 | 810.00 |
| 06/29/2022 | JB | 2026-001/ Revlon<br>Citi Litigation<br>Listen to recording of relevant court hearings<br>and review briefing regarding the same | | T<br>L100 | 1.50 | 825.00 | 1,237.50 |
| 06/29/2022 | JB | 2026-001/ Revlon<br>Citi Litigation<br>Review and revise retention application | | T<br>B160 | 0.40 | 825.00 | 330.00 |

# Molo Lamken LLP

## ML Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Statement Units | Price | Extended Amount |
|------|------|------|------|------|------|------|------|
| 06/29/2022 | JME | 2026-001/ Revlon Citi Litigation Edit retention application. | | T B160 | 0.70 | 1,000.00 | 700.00 |
| 06/30/2022 | JB | 2026-001/ Revlon Citi Litigation Review background memo re: potential claims; call with S. Molo, J. Ellis, and C. Hayes-Deats to discuss parallel litigation and potential next steps. | | T L190 | 1.60 | 825.00 | 1,320.00 |
| 06/30/2022 | JB | 2026-001/ Revlon Citi Litigation Review proposed changes to retention application | | T B160 | 0.40 | 825.00 | 330.00 |
| 06/30/2022 | CHD | 2026-001/ Revlon Citi Litigation Phone conference with S. Molo, J. Ellis, and J. Bloom about parallel litigation and potential strategies. | | T L120 | 0.80 | 900.00 | 720.00 |
| 06/30/2022 | JME | 2026-001/ Revlon Citi Litigation  Review materials re: parallel litigationl; discuss same with team. | | T L190 | 1.20 | 1,000.00 | 1,200.00 |
| 06/30/2022 | SFM | 2026-001/ Revlon Citi Litigation Conference with MoloLamken team re: strategy; review issues re: parallel litigation. | | T L120 | 2.00 | 1,850.00 | 3,700.00 |
| 07/05/2022 | JME | 2026-001/ Revlon Citi Litigation  Edit retention application; internal communication re: same. | | T L160 | 0.30 | 1,000.00 | 300.00 |
| 07/05/2022 | JB | 2026-001/ Revlon Citi Litigation Review relevant court hearings in parallel litigation. | | T L190 | 1.10 | 825.00 | 907.50 |

# Molo Lamken LLP

## ML Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity<br>Code | Component<br>Task Code | Statement<br>Units | Price | Extended<br>Amount |
|---|---|---|---|---|---|---|---|
| 07/05/2022 | JB | 2026-001/ Revlon<br>Citi Litigation<br>Review and revise retention application. | | T<br>B160 | 1.00 | 825.00 | 825.00 |
| 07/06/2022 | JME | 2026-001/ Revlon<br>Citi Litigation<br>Edit retention application and prepare for filing. | | T<br>B160 | 0.60 | 1,000.00 | 600.00 |
| 07/06/2022 | RY | 2026-001/ Revlon<br>Citi Litigation<br>Review fee application procedure and correspondence with J. Ellis et al. re: same. | | T<br>B160 | 0.50 | 725.00 | 362.50 |
| 07/06/2022 | JB | 2026-001/ Revlon<br>Citi Litigation<br>Review and revise retention application; file same | | T<br>B160 | 3.30 | 825.00 | 2,722.50 |
| 07/08/2022 | JME | 2026-001/ Revlon<br>Citi Litigation<br>Discuss budgeting estimates with Alvarez & Marsal team. | | T<br>B110 | 0.40 | 1,000.00 | 400.00 |
| 07/11/2022 | JME | 2026-001/ Revlon<br>Citi Litigation<br>Update budget for Alvarez & Marsal. | | T<br>B110 | 0.20 | 1,000.00 | 200.00 |
| 07/13/2022 | JME | 2026-001/ Revlon<br>Citi Litigation<br>Emails with J. Bloom, research re: retention application. | | T<br>B160 | 0.30 | 1,000.00 | 300.00 |
| 07/21/2022 | RY | 2026-001/ Revlon<br>Citi Litigation<br>Correspondence with J. Ellis and J. Bloom re: fee applications; review interim fee order. | | T<br>B160 | 0.80 | 725.00 | 580.00 |
| 07/21/2022 | JME | 2026-001/ Revlon<br>Citi Litigation<br>Arrange for coverage of, prepare for court hearing re: retention application. | | T<br>L450 | 0.60 | 1,000.00 | 600.00 |

# Molo Lamken LLP

## ML Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component Task Code | Statement Units | Price | Extended Amount |
|------|------|--------|------|------|------|------|------|
| 07/21/2022 | JME | 2026-001/ Revlon<br>Citi Litigation<br>Develop plan for retention applications. | | T<br>B160 | 1.20 | 1,000.00 | 1,200.00 |
| 07/21/2022 | SFM | 2026-001/ Revlon<br>Citi Litigation<br>Emails re: hearing; review material. | | T<br>L100 | 1.00 | 1,850.00 | 1,850.00 |
| 07/25/2022 | SFM | 2026-001/ Revlon<br>Citi Litigation<br>Review background material and emails re:<br>hearing. | | T<br>L100 | 1.00 | 1,850.00 | 1,850.00 |
| 07/30/2022 | JME | 2026-001/ Revlon<br>Citi Litigation<br>Prepare fee application. | | T<br>B160 | 1.10 | 1,000.00 | 1,100.00 |
| | | **Client Sort: Revlon** | | | 89.20 | | 97,690.00 |
| | | **Grand Total:** | | | 89.20 | | $97,690.00 |