22-10760-dsj    Doc 535    Filed 08/23/22    Entered 08/23/22 19:49:27    Main Document
                                  Pg 1 of 4

Paul M. Basta, Esq.
Alice Belisle Eaton, Esq.
Kyle J. Kimpler, Esq.
Robert A. Britton, Esq.
Brian Bolin, Esq.
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| REVLON, INC., *et al.*,[1] | ) ) | Case No. 22-10760 (DSJ) |
| Debtors. | ) ) ) | (Jointly Administered) |

**AMENDED AGENDA FOR HEARING TO BE HELD ON**
**AUGUST 24, 2022, AT 10:00 A.M. (PREVAILING EASTERN TIME)**

Time and Date of Hearing:  August 24, 2022, at 10:00 a.m. (prevailing Eastern Time)

Zoom Attendance:  The Hearing will be conducted remotely via Zoom for Government.  Parties wishing to appear at the Hearing, whether in a "live" or "listen only" capacity, must make an electronic appearance through the "eCourtAppearances" tab on the Court's website (https://www.nysb.uscourts.gov/content/judge-david-s-jones) no later than 4:00 p.m. on the business day before the Hearing (the "Appearance Deadline").  Following the Appearance Deadline, the Court will circulate by email the Zoom link to the Hearing to those parties who have made an electronic

---

[1] The last four digits of Debtor Revlon, Inc.'s tax identification number are 2955.  Due to the large number of debtor entities in these Chapter 11 Cases, for which the Court has granted joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/Revlon.  The location of the Debtors' service address for purposes of these Chapter 11 Cases is:  One New York Plaza, New York, NY 10004.

|  |  |
|---|---|
|  | appearance.  Parties wishing to appear at the Hearing must submit an electronic appearance through the Court's website by the Appearance Deadline and not by emailing or otherwise contacting the Court.  Additional information regarding the Court's Zoom and hearing procedures can be found on the Court's website. |
| Copies of Pleadings: | Copies of each pleading identified below can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, or (ii) from the Debtors' proposed notice and claims agent, Kroll (the "Claims Agent"), at https://cases.ra.kroll.com/revlon/ or by calling (855) 631-5341 (toll free) for U.S. and Canada-based parties or +1 (646) 795-6968 for international parties.  Note that a PACER password is needed to access documents on the Court's website. |

**I.     Contested Matters to be Heard.**

1. **Equity Committee Motion.**  Motion of the Ad Hoc Group of Non-Insider Revlon, Inc. Shareholders for Entry of an Order Directing the United States Trustee to Appoint an Official Equity Committee. ECF No. 348.

    Related Filings:

    A.  Reply in Support of Motion of the Ad Hoc Group of Non-Insider Revlon, Inc. Shareholders for Entry of an Order Directing the United States Trustee to Appoint an Official Equity Committee. ECF No. 522.

    B.  Declaration in Support of Motion of the Ad Hoc Group of Non-Insider Shareholders for Entry of an Order Directing the United States Trustee to Appoint an Official Equity Committee. ECF No. 533.

    Response Deadline:  August 22, 2022 at 4:00 p.m., prevailing Eastern Time.

    Responses Received:

    C.  Debtors' Objection to the Motion of the Ad Hoc Group of Non-Insider Revlon, Inc. Shareholders for Entry of an Order Directing the United States Trustee to Appoint an Official Equity Committee. ECF No. 492.

    D.  Ad Hoc Group of BrandCo Lenders' Joinder in the Debtors' Objection to the Ad Hoc Group of Non-Insider Revlon, Inc. Shareholders' Motion for Entry of an Order Directing the United States Trustee to Appoint an Official Equity Committee. ECF No. 493.

  E.  Objection of the Official Committee of Unsecured Creditors to Motion of the Ad Hoc Group of Non-Insider Revlon, Inc. Shareholders for Entry of an Order Directing the United States Trustee to Appoint an Official Equity Committee. ECF No. 494.

  F.  Declaration of Scott Mates in Support of the Debtors' Objection to the Motion of the Ad Hoc Group of Non-Insider Revlon, Inc. Shareholders for Entry of an Order Directing the United States Trustee to Appoint an Official Equity Committee. ECF No. 495.

  G.  Declaration of Surbhi Gupta in Support of the Objection of the Official Committee of Unsecured Creditors to Motion of the Ad Hoc Group of Non-Insider Revlon, Inc. Shareholders for Entry of an Order Directing the United States Trustee to Appoint an Official Equity Committee. ECF No. 496.

  H.  Joinder Of Midcap Funding IV Trust To Debtors' Objection To Motion Of Ad Hoc Group Of Non-Insider Shareholders For Entry Of Order Directing The United States Trustee To Appoint An Official Equity Committee. ECF No. 497.

  I.  Statement of Citibank in Response to Motion to Appoint an Official Equity Committee. ECF No. 498.

<u>Status</u>: This matter is going forward on a contested basis.

[*Remainder of page intentionally left blank.*]

New York, New York
Dated: August 23, 2022

*/s/ Robert A. Britton*
Paul M. Basta, Esq.
Alice Belisle Eaton, Esq.
Kyle J. Kimpler, Esq.
Robert A. Britton, Esq.
Brian Bolin, Esq.
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
pbasta@paulweiss.com
aeaton@paulweiss.com
kkimpler@paulweiss.com
rbritton@paulweiss.com
bbolin@paulweiss.com

*Counsel to the Debtors and Debtors in Possession*