**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| REVLON, INC., *et al.*,[1] | ) ) ) | Case No. 22-10760 (DSJ) |
| Debtors. | ) ) ) ) | (Jointly Administered) |

**ORDER DENYING MOTION FOR ENTRY OF AN ORDER DIRECTING THE UNITED STATES TRUSTEE TO APPOINT AN OFFICIAL EQUITY COMMITTEE**

Upon the motion (the "Motion")[2] of the ad hoc group of shareholders (the "Ad Hoc Shareholder Group") of Revlon, Inc. for entry of an order (this "Order"), pursuant to section 1102(a)(2) of title 11 of the United States Code and rules 2020 and 9014 of the Federal Rules of Bankruptcy Procedure, directing the U.S. Trustee to appoint an Official Equity Committee, as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the Southern District of New York*, dated January 31, 2012; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409, and this Court having reviewed the Motion, responsive pleadings to the Motion filed by the Debtors, the Creditors' Committee, the Ad Hoc Group of BrandCo Lenders, MidCap Funding IV Trust, and Citibank, and the reply filed by the Ad Hoc Shareholder Group (collectively, the "Responses"), and having heard the statements in support of

---

[1] The last four digits of Debtor Revlon, Inc.'s tax identification number are 2955.  Due to the large number of debtor entities in these Chapter 11 Cases, for which the Court has granted joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/Revlon.  The location of the Debtors' service address for purposes of these Chapter 11 Cases is:  One New York Plaza, New York, NY 10004.

[2] Capitalized terms not otherwise herein defined shall have the meanings ascribed to such terms in the Motion.

and in opposition to the relief requested in the Motion at a hearing before this Court on August 24, 2022 (the "Hearing"); and the Court having considered the Motion and the Responses, and upon the record established at the Hearing;

**IT IS HEREBY ORDERED THAT**:

1. The Motion is **DENIED** without prejudice for the reasons stated on the record at the Hearing.

2. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: New York, New York
       August 25, 2022

                                          *s/ David S. Jones*
                                        Honorable David S. Jones
                                        United States Bankruptcy Judge