Paul M. Basta
Alice Belisle Eaton
Kyle J. Kimpler
Robert A. Britton
Brian Bolin
**PAUL, WEISS, RIFKIND,**
**WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REVLON, INC., *et al.*,[1] | ) | Case No. 22-10760 (DSJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**OMNIBUS CERTIFICATE OF NO OBJECTION REGARDING**
**FIRST MONTHLY FEE STATEMENTS OF PAUL, WEISS, RIFKIND,**
**WHARTON & GARRISON LLP,  PJT PARTNERS LP, AND KPMG LLP**

In accordance with the procedures established under the *Order Authorizing Procedures For Interim Compensation and Reimbursement of Expenses of Professionals*, entered on July 21, 2022 [Docket No. 259] (the "Interim Compensation Order")[2], the undersigned counsel

---

[1]   The last four digits of Debtor Revlon, Inc.'s tax identification number are 2955. Due to the large number of debtor entities in these Chapter 11 Cases, for which the Court has granted joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/Revlon.  The location of the Debtors' service address for purposes of these Chapter 11 Cases is:  One New York Plaza, New York, NY 10004.

[2]   Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Interim Compensation Order.

for the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies as follows:

1. On August 22, 2022, the Debtors filed the following monthly fee statements ("Monthly Fee Statements"):

- *First Monthly Fee Statement of KPMG LLP For Compensation For Services Rendered and Reimbursement of Expenses Incurred To Provide Audit, Tax Compliance, Tax Consulting and Advisory Services to the Debtors For The Period From June 15, 2022 Through June 30, 2022* [Docket No. 506];

- *Statement of Fees and Out-of-Pocket Expenses of PJT Partners LP For the Period of June 15, 2022 Through July 31, 2022* [Docket No. 507]; and

- *First Monthly Fee Statement of Paul, Weiss, Rifkind, Wharton & Garrison LLP For Compensation For Services Rendered and Reimbursement of Expenses Incurred as Attorneys For Debtors For Period From June 15, 2022 Through July 31, 2022* [Docket No. 514].

2. In accordance with the Interim Compensation Order, objections to the Monthly Fee Statements were due no later than September 6, 2022 (the "Objection Deadline"). Paragraph 2(f) of the Interim Compensation Order provides, in relevant part, "[u]pon the expiration of the Objection Deadline, each Professional may file a certificate of no objection or a certification of counsel with the Court, whichever is applicable, after which the Debtors are authorized to pay each Professional an amount (the "Actual Payment") equal to the lesser of (a) 80% of the fees and 100% of the expenses requested in the Monthly Fee Application (the "Maximum Payment"), and (b) the aggregate amount of fees and expenses not subject to an objection".

3. As of the filing of this certificate, to the best of my knowledge, no objection or other responsive pleading to the Monthly Fee Statements listed above has been (a) filed with the Court on the docket of the above-captioned chapter 11 case or (b) served on the Debtors or their counsel.

4. The Monthly Fee Statements were filed and served in accordance with the Interim Compensation Order. Consequently, pursuant to the Interim Compensation Order, and without the need for a further order of the Court, the Debtors are authorized to pay the Actual Payment requested in each of the Monthly Fee Statements upon the filing of this certification.

| | |
|---|---|
| Dated: September 7, 2022<br>New York, New York | Respectively submitted, <br><br>/s/ Robert A. Britton<br>Paul M. Basta<br>Robert A. Britton<br>Alice Eaton.<br>Kyle J. Kimpler<br>Brian Bolin<br>**PAUL, WEISS, RIFKIND,**<br>**WHARTON & GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000<br>Facsimile:  (212) 757-3990<br>rbritton@paulweiss.com<br>pbasta@paulweiss.com<br>aeaton@paulweiss.com<br>kkimpler@paulweiss.com<br>bbolin@paulweiss.com<br><br>*Counsel for Debtors and Debtors in Possession* |