Ryan Preston Dahl
Katharine E. Scott
Lucas W. Brown
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

Benjamin M. Rhode (admitted *pro hac vice*)
**ROPES & GRAY LLP**
191 North Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 845-1200
Facsimile: (312) 596-5500

*Special Counsel to the BrandCo Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>REVLON, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10760 (DSJ)<br><br>(Jointly Administered) |

**OMNIBUS CERTIFICATE OF NO OBJECTION REGARDING FIRST MONTHLY FEE STATEMENTS OF ROPES & GRAY LLP AND HURON CONSULTING SERVICES**

In accordance with the procedures established under the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, entered on July 21, 2022 [Docket No. 259] (the "Interim Compensation Order"),[2] Ropes & Gray LLP, as special counsel to Beautyge II, LLC and those certain "BrandCo" debtors (collectively with Beautyge II, LLC, the "BrandCo Debtors") described in the *BrandCo Debtors' Application Pursuant to Sections 327(e), 328(a), 330, and 1107(b) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Rules 2014-1 and 2016-1 for Entry of An Order Authorizing the Retention and Employment*

---

[1] The last four digits of Debtor Revlon, Inc.'s tax identification number are 2955. Due to the large number of debtor entities in these Chapter 11 Cases, for which the Court has granted joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein.

[2] Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Interim Compensation Order.

*of Ropes & Gray LLP as Special Counsel to the BrandCo Debtors Effective Nunc Pro Tunc to the Petition Date* [Docket No. 153], hereby certifies as follows:

1. On August 25, 2022, the BrandCo Debtors filed the following monthly fee statements ("Monthly Fee Statements"):

   - *First Monthly Fee Statement of Ropes & Gray LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the BrandCo Debtors for Period from June 15, 2022 through July 31, 2022* [Docket No. 546]; and

   - *First Monthly Fee Statement of Huron Consulting Services for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the BrandCo Debtors for Period from June 17, 2022 through July 31, 2022* [Docket No. 547].

2. In accordance with the Interim Compensation Order, objections to the Monthly Fee Statements were due no later than September 9, 2022 (the "Objection Deadline"). Paragraph 2(f) of the Interim Compensation Order provides, in relevant part, "[u]pon the expiration of the Objection Deadline, each Professional may file a certificate of no objection or a certification of counsel with the Court, whichever is applicable, after which the Debtors are authorized to pay each Professional an amount (the "Actual Payment") equal to the lesser of (a) 80% of the fees and 100% of the expenses requested in the Monthly Fee Application (the "Maximum Payment"), and (b) the aggregate amount of fees and expenses not subject to an objection."

3. As of the filing of this certificate, to the best of my knowledge, no objection or other responsive pleading to the Monthly Fee Statements listed above has been (a) filed with the Court on the docket of the above-captioned chapter 11 cases or (b) served on the BrandCo Debtors or their counsel.

4. The Monthly Fee Statements were filed and served in accordance with the Interim Compensation Order. Consequently, pursuant to the Interim Compensation Order, and without

the need for a further order of the Court, the Debtors are authorized to pay the Actual Payment requested in each of the Monthly Fee Statements upon the filing of this certification.

| | |
|---|---|
| Dated: September 12, 2022<br>New York, New York | Respectfully submitted,<br><br> */s/ Ryan Preston Dahl*  <br>Ryan Preston Dahl<br>Katharine E. Scott<br>Lucas W. Brown<br>**ROPES & GRAY LLP**<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Tel: (212) 596-9000<br>ryan.dahl@ropesgray.com<br>katharine.scott@ropesgray.com<br>lucas.brown@ropesgray.com<br><br>-and-<br><br>Benjamin M. Rhode (admitted *pro hac vice*)<br>**ROPES & GRAY LLP**<br>191 North Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 845-1200<br>Facsimile: (312) 596-5500<br>benjamin.rhode@ropesgray.com<br><br>*Special Counsel to the BrandCo Debtors* |