Paul M. Basta
Alice Belisle Eaton
Kyle J. Kimpler
Robert A. Britton
Brian Bolin
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| REVLON, INC., *et al.*,[1] | Case No. 22-10760 (DSJ) |
| Debtors. | (Jointly Administered) |

**NOTICE OF OCTOBER, NOVEMBER,**
**DECEMBER, AND JANUARY OMNIBUS HEARING DATES**

      **PLEASE TAKE NOTICE** that pursuant to the *Revised Order (A) Establishing Certain Notice, Case Management, And Administrative Procedures And (B) Granting Related Relief* [Docket No. 279], dated July 25, 2022 (the "Case Management Order"), implementing certain notice and case management procedures, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") has scheduled the following omnibus hearing dates (the "Omnibus Hearings") in the above-captioned cases:

      **October 27, 2022 at 2:00 p.m. (Prevailing Eastern Time)**

      **November 30, 2022 at 10:00 a.m. (Prevailing Eastern Time)**

      **December 21, 2022 at 10:00 a.m. (Prevailing Eastern Time)**

---

[1] The last four digits of Debtor Revlon, Inc.'s tax identification number are 2955.  Due to the large number of debtor entities in these Chapter 11 Cases, for which the Court has granted joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/Revlon.  The location of the Debtors' service address for purposes of these Chapter 11 Cases is:  One New York Plaza, New York, NY 10004.

**January 25, 2023 at 10:00 a.m. (Prevailing Eastern Time)**

  **PLEASE TAKE FURTHER NOTICE** that, except as otherwise ordered by the Bankruptcy Court, the Case Management Order governs the scheduling of all matters to be heard on the foregoing hearing dates.

  **PLEASE TAKE FURTHER NOTICE** that the Omnibus Hearings will be conducted remotely via Zoom for Government. Parties wishing to appear at an Omnibus Hearing, whether in a "live" or "listen only" capacity, must make an electronic appearance through the "eCourtAppearances" tab on the Court's website (https://www.nysb.uscourts.gov/content/judge-david-s-jones) no later than 4:00 p.m. on the business day before the applicable Omnibus Hearing (the "Appearance Deadline"). Following the applicable Appearance Deadline, the Court will circulate by email the Zoom link to applicable Omnibus Hearing to those parties who have made an electronic appearance. Parties wishing to appear at an Omnibus Hearing must submit an electronic appearance through the Court's website by the applicable Appearance Deadline and not by emailing or otherwise contacting the Court. Additional information regarding the Court's Zoom and hearing procedures can be found on the Court's website.

  **PLEASE TAKE FURTHER NOTICE** that copies of all pleadings filed in these chapter 11 cases can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, or (ii) from the Debtors' proposed notice and claims agent, Kroll (the "Claims Agent"), at https://cases.ra.kroll.com/revlon/ or by calling (855) 631-5341 (toll free) for U.S. and Canada-based parties or +1 (646) 795-6968 for international parties. Note that a PACER password is needed to access documents on the Court's website.

  **PLEASE TAKE FURTHER NOTICE** that an Omnibus Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at such Omnibus Hearing or at a later hearing. The Debtors will file an agenda before each Omnibus Hearing, which may modify or supplement the motions to be heard at such Omnibus Hearing.

*[Remainder of page intentionally left blank.]*

| | |
|---|---|
| New York, New York<br>Dated: September 16, 2022 | */s/ Robert A. Britton*<br>Paul M. Basta<br>Alice Belisle Eaton<br>Kyle J. Kimpler<br>Robert A. Britton<br>Brian Bolin<br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>pbasta@paulweiss.com<br>aeaton@paulweiss.com<br>kkimpler@paulweiss.com<br>rbritton@paulweiss.com<br>bbolin@paulweiss.com<br><br>*Counsel to the Debtors and Debtors in Possession* |