Steven F. Molo, Esq.
Justin M. Ellis, Esq.
Caleb Hayes-Deats, Esq.
**MOLOLAMKEN LLP**
430 Park Avenue
New York, NY 10022
Telephone: (212) 607-8160
Facsimile: (212) 607-8161

*Special Litigation Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| REVLON, INC., *et al.*,[1] | ) | Case No. 22-10760 (DSJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**SECOND MONTHLY FEE STATEMENT OF MOLOLAMKEN LLP FOR
COMPENSATION FOR SERVICES RENDERED AS ATTORNEYS FOR DEBTORS
FOR PERIOD FROM AUGUST 1, 2022 THROUGH AUGUST 31, 2022**

---

[1] The last four digits of Debtor Revlon, Inc.'s tax identification number are 2955. Due to the large number of debtor entities in these Chapter 11 Cases, for which the Court has granted joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/Revlon. The location of the Debtors' service address for purposes of these Chapter 11 Cases is: One New York Plaza, New York, NY 10004.

| | |
|---|---|
| Name of Applicant: | MoloLamken LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession, as Special Litigation Counsel |
| Date of Retention: | July 21, 2022, *nunc pro tunc* to June 15, 2022 |
| Period for which compensation and reimbursement is sought: | August 1, 2022 through August 31, 2022 |
| Monthly Fees Incurred: | **$259,965.50** |
| 20% Holdback: | **$51,993.10** |
| Total Compensation Less 20% Holdback: | **$207,972.40** |
| Monthly Expenses Incurred: | **$0** |
| Retainer Drawdown: | **$37,346.50**[2] |
| Total Fees and Expenses Due: | **$170,625.90** |
| This is a:  _x_  monthly ____ interim ____ | final application |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), the *Order Authorizing the Retention and Employment of MoloLamken as Special Litigation Counsel for the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date* [ECF No. 258] (the "Retention Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 259] (the "Interim

---

[2]  The initial amount of the retainer was $50,000. Following entry of the Retention Order, that amount was reduced by $12,653.50 in pre-petition fees that the Debtors incurred. No further reductions were made in connection with MoloLamken's First Monthly Fee Statement [ECF No. 509].

Compensation Order"),[3] MoloLamken LLP ("MoloLamken"), Special Litigation Counsel for the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby submits this second monthly fee statement (the "Second Monthly Fee Statement"), seeking compensation for services rendered as Special Litigation Counsel to the Debtors, for the period from August 1, 2022 through August 31, 2022 (the "Second Monthly Fee Period").  By this Second Monthly Fee Statement, MoloLamken seeks payment in the amount of $170,625.90 which represents eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Second Monthly Fee Period minus the amount still remaining under the Debtors' retainer with MoloLamken.  The Debtors' original $50,000 retainer with MoloLamken will be fully exhausted as a result of the Second Monthly Fee Statement.  MoloLamken is not seeking reimbursement of any actual and necessary expenses incurred in the Second Monthly Fee Period.

**Services Rendered and Expenses Incurred**

1.      Attached as Exhibit A is a summary of MoloLamken's professionals by individual, setting forth the (i) name and title of each individual who provided services in connection with the Chapter 11 Cases during the Second Monthly Fee Period, (ii) aggregate hours spent by each individual, (iii) hourly billing rate for each such individual at MoloLamken's current billing rates, (iv) amount of fees earned by each MoloLamken professional, and (v) the year of bar admission for each attorney.  The blended hourly billing rate of MoloLamken attorneys during the Second Monthly Fee Period is approximately $1,010.95 per hour.  The blended hourly rate of legal assistants during the Second Monthly Fee Period is $368.85 per hour.

---

[3]     Capitalized terms used herein but not otherwise defined herein have the meanings ascribed to them in the Interim Compensation Order.

2.     Attached as <u>Exhibit B</u> is a summary of the services rendered and compensation sought, by project category, for the Second Monthly Fee Period

3.     Attached as <u>Exhibit C</u> is an itemized time detail of MoloLamken professionals for the Second Monthly Fee Period and summary materials related thereto.

4.     Attached as <u>Exhibit D</u> is an itemized time detail of MoloLamken professionals for the Second Monthly Fee Period, broken out by task code.[4]

<u>**Notice and Objection Procedures**</u>

Notice of this Second Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Revlon, Inc., One New York Plaza, New York, NY 10014, <u>Attention</u>: Andrew Kidd, Esq.; (ii) Debtors' Counsel, Paul, Weiss, Rifkind, Wharton & Garrison, LLP, 1285 Avenue of the Americas, New York, NY, 10019, <u>Attention</u>: Robert A. Britton, Esq.; (iii) the Office of the United States Trustee Region 2, 201 Varick Street, Suite 1006, New York, NY 10014 <u>Attention</u>: Brian Masumoto, Esq.; (iv) counsel to the Official Committee of Unsecured Creditors, Brown Rudnick LLP, 7 Times Square, New York, NY 10036, <u>Attention</u>: Robert J. Stark, Esq. and Bennett S. Silverberg, Esq.; (v) counsel to the ad hoc group of term lenders, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017, <u>Attention</u>: Eli J. Vonnegut, Esq.

Objections to this Second Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **October 3, 2022** (the "<u>Objection Deadline</u>"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "<u>Objection</u>").

---

[4]     The task codes correspond to the ABA Bankruptcy Code Set and ABA Litigation Code Set. Codes beginning with "L" are in the Litigation Code Set and grouped under the category "Adversary Proceedings and Contested Matters" in Exhibit B.

If no objections to this Second Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

If an objection to this Second Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Second Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated:    September 16, 2022
         New York, New York

MOLOLAMKEN LLP

*/s/ Steven F. Molo*
Steven F. Molo, Esq.
Justin M. Ellis, Esq.
Caleb Hayes-Deats, Esq.
**MOLOLAMKEN LLP**
430 Park Avenue
New York, NY 10022
Telephone: (212) 607-8160
Facsimile: (212) 607-8161
smolo@mololamken.com
jellis@mololamken.com
chayes-deats@mololamken.com

*Special Litigation Counsel for Debtors*

## Exhibit A

## Compensation by Professional

| NAME | TITLE / YEAR OF ADMISSION TO THE NEW YORK BAR | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1.   Steven Molo | Partner / 2004 | 36.20 | $1,850 | $66,970.00 |
| 2.   Justin Ellis | Partner / 2011 | 47.70 | $1,000 | $47,700.00 |
| 3.   Caleb Hayes-Deats | Partner / 2012 | 10.90 | $900 | $9,810.00 |
| 4.   Sara Margolis | Partner / 2014 | 29.90 | $900 | $26,910.00 |
| 5.   Eugene Sokoloff | Counsel / 2013 | 22.70 | $895 | $20,316.50 |
| 6.   Joshua D. Bloom | Associate / 2014 | 14.20 | $825 | $11,715.00 |
| 7.   Mark Kelley | Associate / 2016 | 70.00 | $825 | $57,750.00 |
| 8.   Matthew Fisher | Associate / 2017[5] | 19.20 | $725 | $13,920.00 |
| 9.   Ryan Yeh | Associate / 2018 | 5.40 | $725 | $3,915.00 |
| 10. Sylwia Babecka | Legal Assistant | 1.60 | $415 | $664.00 |
| 11. Aidan Antonienko | Legal Assistant | 1.00 | $295 | $295.00 |
| **TOTALS** | | **258.80** | | **$259,965.50** |

---

[5]     Admission to the Illinois bar.

**Exhibit B**

**Compensation by Project Category**

**AGGREGATE TIME SUMMARY BY PROJECT CATEGORY**
**FOR THE PERIOD FROM AUGUST 1, 2022 THROUGH AUGUST 31, 2022**

| Task Code | Project Category | Total Hours | Total Fees ($) |
|---|---|---|---|
| L100-L530 | Adversary Proceedings and Contested Matters | 193.70 | $173,662.50 |
| | Asset Sales and Dispositions | | |
| | Automatic Stay Matters | | |
| | Business Operations | | |
| B110 | Case Administration | 3.60 | $4,187.50 |
| | Chapter 11 Filing | | |
| | Claims Administration and Objections | | |
| | Corporate Governance and Board Matters | | |
| B150 | Meetings and Communications | 50.40 | $73,125.50 |
| | Corporate and Securities Matters | | |
| | Creditor and Stakeholder Issues | | |
| | DIP / Cash Collateral / Exit Financing | | |
| | Employee Matters | | |
| | Executory Contracts and Leases | | |
| B160 | Fee/Employment Applications | 11.10 | $8,990.00 |
| | Insurance Matters | | |
| | International/Cross-Border Issues | | |
| | Investigation of Potential Claims | | |
| | Plan and Disclosure Statement | | |
| | Schedules and Statements | | |
| | Tax Issues | | |
| | Travel Time | | |
| | U.S. Trustee Communications and Issues | | |
| | Use, Sale, and Lease of Property | | |
| | Utilities Issues | | |

| | | | |
|---|---|---|---|
| | Vendor/Supplier Matters | | |
| | **TOTAL** | **258.8** | **$259,965.50** |

## Exhibit C

## Itemized Time Detail



430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 11800
September 16, 2022

Revlon
Andrew Kidd
Executive Vice President and General Counsel
Revlon
One New York Plaza
New York, NY 10004

**INVOICE**
**For Services Through August 31, 2022**

2026-001: Citi Litigation

**Professional Fees**

| Date | Professional | | Hours |
|------|-----------|---|-------|
| 8/1/2022 | Ellis | Review materials re DIP hearing. | 0.20 |
| 8/1/2022 | Molo | Review research. | 1.00 |
| 8/3/2022 | Ellis | Edit fee application for June-July 2022. | 1.00 |
| 8/3/2022 | Molo | Emails with team re: strategy. | 0.20 |
| 8/4/2022 | Yeh | Review fee application and correspondence with Paul Weiss re: fee application. | 0.80 |
| 8/8/2022 | Yeh | Prepare monthly fee application. | 0.60 |
| 8/9/2022 | Bloom | Review and revise draft first fee application. | 1.20 |
| 8/9/2022 | Ellis | Review fee application materials. | 0.20 |
| 8/9/2022 | Yeh | Prepare monthly fee application. | 2.40 |
| 8/10/2022 | Bloom | Review and revise draft fee application. | 1.60 |
| 8/10/2022 | Ellis | Discuss interim fee application with J. Bloom, J. Corrigan. | 0.60 |
| 8/10/2022 | Yeh | Prepare Revlon fee application. | 0.50 |
| 8/11/2022 | Bloom | Legal research regarding bankruptcy procedure. | 2.10 |
| 8/12/2022 | Bloom | Review Citi adversary complaint. | 1.20 |
| 8/12/2022 | Ellis | Edit fee application. | 0.70 |
| 8/12/2022 | Ellis | Review adversary complaint. | 2.50 |
| 8/12/2022 | Yeh | Legal research re: jurisdictional issues for adversary proceeding; review email correspondence. | 1.10 |
| 8/12/2022 | Molo | Emails with Paul Weiss, and team re: Citi adversary proceeding. | 1.00 |
| 8/13/2022 | Hayes-Deats | Review adversary proceeding complaint filed by Citibank. | 0.80 |
| 8/13/2022 | Ellis | Research re: adversary complaint and strategy; discuss same with S. Molo. | 1.40 |
| 8/14/2022 | Hayes-Deats | Phone conference with S. Molo, J. Ellis, and J. Bloom about Citi | 1.00 |

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| | | complaint; review research regarding strategies for responding. | |
| 8/14/2022 | Ellis | Research re: adversary complaint strategy; internal calls re: same with MoloLamken team; calls re: same with co-counsel and client. | 3.30 |
| 8/15/2022 | Hayes-Deats | Video conference with Paul Weiss attorneys regarding strategy; research issue for S. Molo. | 1.50 |
| 8/15/2022 | Molo | Multiple calls with counsel for creditors committee, Brandco lenders, unsecured creditors, Paul Weiss; review legal issues re: adversary action. | 4.40 |
| 8/16/2022 | Hayes-Deats | Phone conferences with S. Molo, J. Ellis, and M. Kelley regarding potential indemnification claim; revise draft memo outlining defenses to indemnification claim. | 3.00 |
| 8/16/2022 | Bloom | Prepare update slides for restructuring committee meeting. | 1.00 |
| 8/16/2022 | Ellis | Calls with MacAndrews & Forbes, Brandco lender group re: adversary complaint; research re: same; internal communication re: same; Calls with creditors, co-counsel, team re: adversary complaint. | 4.70 |
| 8/16/2022 | Kelley | Review adversary complaint and materials attached, including Furman decision and cited legal authority. | 6.50 |
| 8/16/2022 | Molo | Call with Wachtell; call with team; calls with Paul Weiss; develop strategy. | 3.00 |
| 8/17/2022 | Antonienko | Pull NY cases from memo. | 1.00 |
| 8/17/2022 | Hayes-Deats | Phone conference with co-counsel at Paul Weiss; review research by M. Kelley. | 0.70 |
| 8/17/2022 | Bloom | Coordination call with Paul Weiss regarding adversary proceeding. | 0.50 |
| 8/17/2022 | Kelley | Legal research re: subrogation and complaint in adversary proceeding. | 2.70 |
| 8/17/2022 | Molo | Calls with Wachtell, Latham; prepare for and participate in restructuring committee meeting; calls with Paul Weiss, develop strategy. | 4.40 |
| 8/18/2022 | Hayes-Deats | Phone conference with J. Bloom and M. Kelley about motion to dismiss; email update to J. Ellis. | 0.50 |
| 8/18/2022 | Ellis | Research re: subrogation issues; calls with team, co-counsel re: same; Research re: adversary complaint subrogation issues; discuss same with co-counsel, team. | 4.10 |
| 8/18/2022 | Ellis | Prepare, attend, follow up on board restructuring committee meeting re: adversary complaint. | 1.10 |
| 8/18/2022 | Kelley | Legal research re: subrogation and adversary proceeding and draft motion to dismiss. | 5.90 |
| 8/18/2022 | Kelley | Teleconference w/ C. Hayes-Deats and J. Bloom re adversary complaint. | 0.40 |
| 8/18/2022 | Molo | Emails with team; review issues re: adversary proceedings. | 0.50 |
| 8/19/2022 | Hayes-Deats | Email J. Ellis regarding motion to dismiss. | 0.20 |
| 8/19/2022 | Bloom | Review and revise fee application. | 0.40 |
| 8/19/2022 | Ellis | Internal, co-counsel communication re: subrogation issues, strategy. | 1.70 |
| 8/19/2022 | Kelley | Legal research re: subrogation and adversary complaint; draft motion to dismiss re: the same. | 5.90 |
| 8/21/2022 | Ellis | Research re: subrogation, equitable remedies issues; discuss same with team. | 1.90 |
| 8/21/2022 | Kelley | Legal research re: subrogation; draft motion to dismiss. | 2.00 |
| 8/21/2022 | Kelley | Teleconference w/ J. Ellis re: subrogation and adversary complaint. | 0.40 |
| 8/22/2022 | Hayes-Deats | Review research by M. Kelley; phone conference with S. Margolis about motion to dismiss. | 0.70 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 8/22/2022 | Bloom | Review, revise, and finalize first monthly fee application. | 2.10 |
| 8/22/2022 | Ellis | Calls with co-counsel, team re: subrogation issues; arrange calls with stakeholders re: same. | 0.80 |
| 8/22/2022 | Kelley | Legal research re: subrogation; draft motion to dismiss. | 3.70 |
| 8/22/2022 | Kelley | Teleconference w/ S. Margolis re: legal research re: subrogation and motion to dismiss. | 0.40 |
| 8/22/2022 | Molo | Multiple calls and emails with Paul Weiss, Latham, counsel for creditor groups re: adversary proceedings; review research. | 4.10 |
| 8/23/2022 | Hayes-Deats | Phone conference with counsel at Davis Polk and Kobre & Kim about motion to dismiss strategy; phone conference with J. Ellis, S. Margolis, J. Bloom, and M. Kelley regarding motion to dismiss. | 1.30 |
| 8/23/2022 | Bloom | Review draft materials for restructuring committee meeting. | 0.50 |
| 8/23/2022 | Bloom | Legal research regarding issues raised in Citi adversary complaint. | 3.10 |
| 8/23/2022 | Kelley | Teleconference w/ counsel to interested parties re: strategy; Teleconference w/ ML team re: legal research and strategy. | 2.40 |
| 8/23/2022 | Kelley | Legal research re: subrogation; draft motion to dismiss. | 6.60 |
| 8/23/2022 | Margolis | Review materials relating to Citi adversary complaint; discuss subrogation caes. | 4.20 |
| 8/23/2022 | Molo | Multiple calls with Paul Weiss, Davis Polk, Akin Gump; review legal research; develop strategy. | 5.00 |
| 8/24/2022 | Kelley | Legal research re: subrogation; draft motion to dismiss. | 6.30 |
| 8/24/2022 | Babecka | Source documents relating to motion to dismiss. | 0.60 |
| 8/24/2022 | Molo | Review research; emails with team, Paul Weiss, Latham. | 1.50 |
| 8/25/2022 | Hayes-Deats | Phone conference with attorneys from Paul Weiss and Latham regarding joint approach to resolution of legal issues; phone conference with S. Molo, S. Margolis, and M. Kelley regarding contemplated motion to dismiss. | 1.20 |
| 8/25/2022 | Sokoloff | Review case materials. | 2.00 |
| 8/25/2022 | Bloom | Attend restrucuring committee meeting. | 0.50 |
| 8/25/2022 | Ellis | Calls with team, research re: subrogation issue; Research re: defenses to subrogation adversary complaint; internal communication re: same. | 1.60 |
| 8/25/2022 | Fisher | Research equitable subrogation issues; phone conference with S. Margolis and M. Kelley re: same. | 6.70 |
| 8/25/2022 | Kelley | Teleconference w/ S Molo, C Hayes-Deats, and S. Margolis re strategy and legal issues. | 1.10 |
| 8/25/2022 | Kelley | Legal research re: subrogation; draft motion to dismiss. | 5.90 |
| 8/25/2022 | Babecka | Source and prepare documents for motion to dismiss. | 1.00 |
| 8/25/2022 | Margolis | Discuss subrogation cases; review subrogation cases; research re: subrogation. | 5.10 |
| 8/26/2022 | Sokoloff | Telephone conference with co-counsel and counsel for Brandco lenders. | 1.20 |
| 8/26/2022 | Sokoloff | Legal research re: equitable subrogation. | 8.50 |
| 8/26/2022 | Ellis | Research re: subrogation complaint strategy, defenses; internal communication re: same; discuss same with creditor constituencies. | 4.50 |
| 8/26/2022 | Fisher | Research equitable subrogation issues for motion to dismiss; phone conference with E. Sokoloff, S. Margolis, and M. Kelley re: same. | 4.30 |
| 8/26/2022 | Kelley | Teleconference w/ S Margolis and M Fisher re legal issues. | 0.50 |

| | | | |
|---|---|---|---|
| 8/26/2022 | Kelley | Legal research re: subrogation; draft motion to dismiss. | 7.20 |
| 8/26/2022 | Margolis | Review subrogation cases. | 4.50 |
| 8/26/2022 | Margolis | Discussion with Davis Polk and Kobre; calls with Kobre & Kim re: case law; discussions re: subrogation cases. | 1.40 |
| 8/26/2022 | Molo | Address issues re: adversary proceeding; emails with team; review research. | 3.00 |
| 8/27/2022 | Sokoloff | Telephone conferences with co-counsel and case team re: motion to dismiss Citibank's equitable subrogation claim. | 1.70 |
| 8/27/2022 | Ellis | Calls with Paul Weiss, Molo team re: subrogation complaint strategy. | 1.70 |
| 8/27/2022 | Fisher | Research equitable subrogation issues for motion to dismiss. | 1.20 |
| 8/27/2022 | Margolis | Call with Paul Weiss re: subrogation and strategy. | 1.70 |
| 8/27/2022 | Margolis | Revise motion to dismiss brief. | 5.10 |
| 8/27/2022 | Molo | Prepare and participate in call with Paul Weiss and ML team re: legal issues; follow up with ML team, review cases. | 6.10 |
| 8/28/2022 | Ellis | Research re: subrogation complaint strategy; internal communication re: same. | 0.90 |
| 8/28/2022 | Margolis | Revise motion to dismiss brief. | 2.30 |
| 8/29/2022 | Ellis | Edit outline for motion to dismiss adversary proceeding; internal communication re: same. | 1.70 |
| 8/29/2022 | Fisher | Research in support of motion to dismiss; phone conference with M. Kelley re: same. | 6.30 |
| 8/29/2022 | Kelley | Legal research re: subrogation; legal research re: motions to strike; draft motion to dismiss. | 5.40 |
| 8/29/2022 | Kelley | Teleconference w/ S. Margolis re: motion to dismiss. | 0.40 |
| 8/29/2022 | Margolis | Revise motion to dismiss brief; review cases on equitable subrogation. | 5.60 |
| 8/30/2022 | Sokoloff | Revise draft motion to dismiss Citibank's equitable subrogation claim. | 8.50 |
| 8/30/2022 | Ellis | Calls, research, direction to team re: adversary complaint motion to dismiss; discuss same with Kobre & Kim. | 2.80 |
| 8/30/2022 | Fisher | Phone conference with M. Kelley re: research; review research; additional research in support of motion to dismiss. | 0.70 |
| 8/30/2022 | Kelley | Legal research re: subrogation issues and motion to dismiss. | 3.00 |
| 8/31/2022 | Sokoloff | Emails with J. Ellis and M. Kelley re: revisions to draft motion to dismiss Citibank complaint. | 0.80 |
| 8/31/2022 | Ellis | Emails with team, Paul Weiss re: procedural posture of motion to dismiss; edit motion to dismiss and discuss same with M. Kelley, S. Margolis, E. Sokoloff. | 10.30 |
| 8/31/2022 | Kelley | Legal research re: motion to dismiss. | 2.90 |
| 8/31/2022 | Kelley | Correspondence w/ J. Ellis and E. Sokoloff re: legal issues related to subrogation. | 0.40 |
| 8/31/2022 | Molo | Address issues re: motion to dismiss. | 2.00 |

|  |  |
|---|---|
| Total Hours | 258.80 |
| Total Fees | $259,965.50 |

**Timekeeper Summary**

| | | |
|---|---|---|
| Aidan Antonienko | 1.00 hours at 295.00/hr | 295.00 |

| | | |
|---|---|---|
| Sylwia Babecka | 1.60 hours at 415.00/hr | 664.00 |
| Josh Bloom | 14.20 hours at 825.00/hr | 11,715.00 |
| Justin Ellis | 47.70 hours at 1,000.00/hr | 47,700.00 |
| Matthew J. Fisher | 19.20 hours at 725.00/hr | 13,920.00 |
| Caleb Hayes-Deats | 10.90 hours at 900.00/hr | 9,810.00 |
| Mark Kelley | 70.00 hours at 825.00/hr | 57,750.00 |
| Sara Margolis | 29.90 hours at 900.00/hr | 26,910.00 |
| Steven Molo | 36.20 hours at 1,850.00/hr | 66,970.00 |
| Eugene Sokoloff | 22.70 hours at 895.00/hr | 20,316.50 |
| Ryan Yeh | 5.40 hours at 725.00/hr | 3,915.00 |

### Payments/Holdbacks

| Date | | Amount |
|---|---|---|
| 9/16/2022 | Holdback Amount | 19,538.00 |
| 9/16/2022 | | 78,152.00 |
| | Sub-total Payments/Holdbacks: | $97,690.00 |

### Summary

| | |
|---|---|
| Fees | 259,965.50 |
| Expenses | 0.00 |
| Total Current Billing | $259,965.50 |
| Previous Balance Due | 97,690.00 |
| Payments/Holdbacks | -97,690.00 |
| Holdback Amount (20%) | $51,993.10 |
| **Total Amount Due:** | **$259,965.50** |

# MOLOLAMKEN

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 11800
September 16, 2022

Revlon
Andrew Kidd
Executive Vice President and General Counsel
Revlon
One New York Plaza
New York, NY  10004

**REMITTANCE PAGE**
**For Services Through August 31, 2022**

2026-001: Citi Litigation

| | |
|---|---:|
| Total Fees This Statement: | $259,965.50 |
| Total Expenses This Statement: | $0.00 |
| Total Current Billing: | $259,965.50 |
| Previous Balance Due: | $97,690.00 |
| Payments/Holdbacks | -97,690.00 |
| Holdback Amount (20%) | $51,993.10 |
| **Total Now Due:** | **$259,965.50** |

| **Domestic Wire Transfer:** | **International Wire Transfer:** |
|---|---|
| Account Name: MoloLamken LLP | Account Name: MoloLamken LLP |
| Bank info Signature Bank | Bank info Wells Fargo Bank |
| 6400 N. Northwest Hwy | 420 Montgomery |
| Chicago, IL 60631 | San Francisco, CA 94104 |
| Routing Number: 071-026-628 | Routing Number: 121-000-248 |
| Account Number: 7000015810 | Account Number: 5231560185 |
| | International SWIFT: WFBIUS6S |

# **Exhibit D**

## **Itemized Time Detail by Task Code**

# Molo Lamken LLP
# ML Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Statement Units | Price | Extended Amount |
|---|---|---|---|---|---|---|---|
| **Client Sort: Revlon** | | | | | | | |
| 08/01/2022 | JME | 2026-001/ Revlon Citi Litigation  Review materials re DIP hearing. | | T L190 | 0.20 | 1,000.00 | 200.00 |
| 08/01/2022 | SFM | 2026-001/ Revlon Citi Litigation Review research | | T B110 | 1.00 | 1,850.00 | 1,850.00 |
| 08/03/2022 | JME | 2026-001/ Revlon Citi Litigation  Edit fee application for June-July 2022. | | T L190 | 1.00 | 1,000.00 | 1,000.00 |
| 08/03/2022 | SFM | 2026-001/ Revlon Citi Litigation Emails with team re: strategy | | T B150 | 0.20 | 1,850.00 | 370.00 |
| 08/04/2022 | RY | 2026-001/ Revlon Citi Litigation Review fee application and correspondence with Paul Weiss re: fee application. | | T B160 | 0.80 | 725.00 | 580.00 |
| 08/08/2022 | RY | 2026-001/ Revlon Citi Litigation Prepare monthly fee application. | | T B160 | 0.60 | 725.00 | 435.00 |
| 08/09/2022 | JME | 2026-001/ Revlon Citi Litigation  Review fee application materials. | | T B160 | 0.20 | 1,000.00 | 200.00 |
| 08/09/2022 | RY | 2026-001/ Revlon Citi Litigation Prepare monthly fee application. | | T B160 | 2.40 | 725.00 | 1,740.00 |
| 08/09/2022 | JB | 2026-001/ Revlon Citi Litigation Review and revise draft first fee application | | T B160 | 1.20 | 825.00 | 990.00 |

Matter ID begins with '2026-001' and billed and date >= 8/1/22 and date <= 8/31/22

# Molo Lamken LLP
# ML Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity<br>Code | Component<br>Task Code | Statement<br>Units | Price | Extended<br>Amount |
|---|---|---|---|---|---|---|---|
| 08/10/2022 | JME | 2026-001/ Revlon<br>Citi Litigation<br>Discuss interim fee application with<br>J. Bloom, J. Corrigan. | | T<br>B160 | 0.60 | 1,000.00 | 600.00 |
| 08/10/2022 | RY | 2026-001/ Revlon<br>Citi Litigation<br>Prepare Revlon fee application. | | T<br>B160 | 0.50 | 725.00 | 362.50 |
| 08/10/2022 | JB | 2026-001/ Revlon<br>Citi Litigation<br>Review and revise draft fee<br>application | | T<br>B160 | 1.60 | 825.00 | 1,320.00 |
| 08/11/2022 | JB | 2026-001/ Revlon<br>Citi Litigation<br>Legal research regarding bankruptcy<br>procedure | | T<br>L100 | 2.10 | 825.00 | 1,732.50 |
| 08/12/2022 | RY | 2026-001/ Revlon<br>Citi Litigation<br>Legal research re: jurisdictional<br>issues for adversary proceeding;<br>review email correspondence. | | T<br>L100 | 1.10 | 725.00 | 797.50 |
| 08/12/2022 | JME | 2026-001/ Revlon<br>Citi Litigation<br>Edit fee application. | | T<br>B160 | 0.70 | 1,000.00 | 700.00 |
| 08/12/2022 | JME | 2026-001/ Revlon<br>Citi Litigation<br>Review adversary complaint | | T<br>L100 | 2.50 | 1,000.00 | 2,500.00 |
| 08/12/2022 | SFM | 2026-001/ Revlon<br>Citi Litigation<br>Emails with Paul Weiss, and team re:<br>Citi adversary proceeding | | T<br>B150 | 1.00 | 1,850.00 | 1,850.00 |
| 08/12/2022 | JB | 2026-001/ Revlon<br>Citi Litigation<br>Review Citi adversary complaint | | T<br>L100 | 1.20 | 825.00 | 990.00 |

Matter ID begins with '2026-001' and billed and date >= 8/1/22 and date <= 8/31/22

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity<br>Code | Component<br>Task Code | Statement<br>Units | Price | Extended<br>Amount |
|------|------|------|------|------|------|------|------|
| 08/13/2022 | CHD | 2026-001/ Revlon<br>Citi Litigation<br>Review adversary proceeding complaint filed by Citibank. | | T<br>L210 | 0.80 | 900.00 | 720.00 |
| 08/13/2022 | JME | 2026-001/ Revlon<br>Citi Litigation<br> Research re: adversary complaint and strategy; discuss same with S. Molo. | | T<br>L100 | 1.40 | 1,000.00 | 1,400.00 |
| 08/14/2022 | CHD | 2026-001/ Revlon<br>Citi Litigation<br>Phone conference with S. Molo, J. Ellis, and J. Bloom about Citi complaint; review research regarding strategies for responding. | | T<br>L210 | 1.00 | 900.00 | 900.00 |
| 08/14/2022 | JME | 2026-001/ Revlon<br>Citi Litigation<br> Research re: adversary complaint strategy; internal calls re: same with MoloLamken team; calls re: same with co-counsel and client. | | T<br>L100 | 3.30 | 1,000.00 | 3,300.00 |
| 08/15/2022 | CHD | 2026-001/ Revlon<br>Citi Litigation<br>Video conference with Paul Weiss attorneys regarding strategy; research issue for S. Molo. | | T<br>L120 | 1.50 | 900.00 | 1,350.00 |
| 08/15/2022 | SFM | 2026-001/ Revlon<br>Citi Litigation<br>Multiple calls with counsel for creditors committee, Brandco lenders, unsecured creditors, Paul Weiss; review legal issues re: adversary action. | | T<br>L190 | 4.40 | 1,850.00 | 8,140.00 |
| 08/16/2022 | JME | 2026-001/ Revlon<br>Citi Litigation<br> Calls with creditors, co-counsel, team re: adversary complaint. | | T<br>B150 | 2.80 | 1,000.00 | 2,800.00 |

Matter ID begins with '2026-001' and billed and date >= 8/1/22 and date <= 8/31/22

# Molo Lamken LLP

## ML Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity<br>Code | Component<br>Task Code | Statement<br>Units | Price | Extended<br>Amount |
|------|------|--------------------------------------------------------|------------------|------------------------|--------------------|-------|--------------------|
| 08/16/2022 | CHD | 2026-001/ Revlon<br>Citi Litigation<br>Phone conferences with S. Molo, J. Ellis, and M. Kelley regarding potential indemnification claim; revise draft memo outlining defenses to indemnification claim. | | T<br>L120 | 3.00 | 900.00 | 2,700.00 |
| 08/16/2022 | JME | 2026-001/ Revlon<br>Citi Litigation<br> Calls with MacAndrews & Forbes, Brandco lender group re: adversary complaint; research re: same; internal communication re: same. | | T<br>B150 | 1.90 | 1,000.00 | 1,900.00 |
| 08/16/2022 | SFM | 2026-001/ Revlon<br>Citi Litigation<br>Call with Wachtell; call with team; calls with Paul Weiss; develop strategy | | T<br>B150 | 3.00 | 1,850.00 | 5,550.00 |
| 08/16/2022 | MWK | 2026-001/ Revlon<br>Citi Litigation<br>Review adversary complaint and materials attached, including Furman decision and cited legal authority. | | T<br>L100 | 6.50 | 825.00 | 5,362.50 |
| 08/16/2022 | JB | 2026-001/ Revlon<br>Citi Litigation<br>Prepare update slides for restructuring committee meeting | | T<br>B110 | 1.00 | 825.00 | 825.00 |
| 08/17/2022 | CHD | 2026-001/ Revlon<br>Citi Litigation<br>Phone conference with co-counsel at Paul Weiss; review research by M. Kelley. | | T<br>L120 | 0.70 | 900.00 | 630.00 |
| 08/17/2022 | AA | 2026-001/ Revlon<br>Citi Litigation<br>Pull NY cases from memo | | T<br>L190 | 1.00 | 295.00 | 295.00 |

Matter ID begins with '2026-001' and billed and date >= 8/1/22 and date <= 8/31/22

# Molo Lamken LLP
# ML Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity<br>Code | Component<br>Task Code | Statement<br>Units | Price | Extended<br>Amount |
|---|---|---|---|---|---|---|---|
| 08/17/2022 | SFM | 2026-001/ Revlon<br>Citi Litigation<br>Calls with Wachtell, Latham; prepare for and participate in restructuring committee meeting; calls with Paul Weiss,  develop strategy | | T<br>B150 | 4.40 | 1,850.00 | 8,140.00 |
| 08/17/2022 | MWK | 2026-001/ Revlon<br>Citi Litigation<br>Legal research re: subrogation and complaint in adversary proceeding. | | T<br>L240 | 2.70 | 825.00 | 2,227.50 |
| 08/17/2022 | JB | 2026-001/ Revlon<br>Citi Litigation<br>Coordination call with Paul Weiss regarding adversary proceeding | | T<br>B150 | 0.50 | 825.00 | 412.50 |
| 08/18/2022 | CHD | 2026-001/ Revlon<br>Citi Litigation<br>Phone conference with J. Bloom and M. Kelley about motion to dismiss; email update to J. Ellis. | | T<br>L240 | 0.50 | 900.00 | 450.00 |
| 08/18/2022 | JME | 2026-001/ Revlon<br>Citi Litigation<br> Research re: adversary complaint subrogation issues; discuss same with co-counsel, team. | | T<br>L100 | 2.50 | 1,000.00 | 2,500.00 |
| 08/18/2022 | JME | 2026-001/ Revlon<br>Citi Litigation<br> Prepare, attend, follow up on board restructuring committee meeting re: adversary complaint. | | T<br>B110 | 1.10 | 1,000.00 | 1,100.00 |
| 08/18/2022 | JME | 2026-001/ Revlon<br>Citi Litigation<br> Research re: subrogation issues; calls with team, co-counsel re: same. | | T<br>L100 | 1.60 | 1,000.00 | 1,600.00 |

Matter ID begins with '2026-001' and billed and date >= 8/1/22 and date <= 8/31/22

# Molo Lamken LLP
# ML Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity<br>Code | Component<br>Task Code | Statement<br>Units | Price | Extended<br>Amount |
|------|------|------|------|------|------|------|------|
| 08/18/2022 | SFM | 2026-001/ Revlon<br>Citi Litigation<br>Emails with team; review issues re:<br>adversary proceedings | | T<br>B150 | 0.50 | 1,850.00 | 925.00 |
| 08/18/2022 | MWK | 2026-001/ Revlon<br>Citi Litigation<br>Legal research re: subrogation and<br>adversary proceeding and draft<br>motion to dismiss | | T<br>L240 | 5.90 | 825.00 | 4,867.50 |
| 08/18/2022 | MWK | 2026-001/ Revlon<br>Citi Litigation<br>Teleconference w/ C. Hayes-Deats<br>and J. Bloom re adversary complaint. | | T<br>L100 | 0.40 | 825.00 | 330.00 |
| 08/19/2022 | CHD | 2026-001/ Revlon<br>Citi Litigation<br>Email J. Ellis regarding motion to<br>dismiss. | | T<br>L240 | 0.20 | 900.00 | 180.00 |
| 08/19/2022 | JME | 2026-001/ Revlon<br>Citi Litigation<br> Internal, co-counsel communication<br>re: subrogation issues, strategy. | | T<br>B150 | 1.70 | 1,000.00 | 1,700.00 |
| 08/19/2022 | MWK | 2026-001/ Revlon<br>Citi Litigation<br>Legal research re: subrogation and<br>adversary complaint; draft motion to<br>dismiss re: the same. | | T<br>L240 | 5.90 | 825.00 | 4,867.50 |
| 08/19/2022 | JB | 2026-001/ Revlon<br>Citi Litigation<br>Review and revise fee application | | T<br>B160 | 0.40 | 825.00 | 330.00 |
| 08/21/2022 | JME | 2026-001/ Revlon<br>Citi Litigation<br> Research re: subrogation, equitable<br>remedies issues; discuss same with<br>team. | | T<br>L100 | 1.90 | 1,000.00 | 1,900.00 |

Matter ID begins with '2026-001' and billed and date >= 8/1/22 and date <= 8/31/22

# Molo Lamken LLP
# ML Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity<br>Code | Component<br>Task Code | Statement<br>Units | Price | Extended<br>Amount |
|------|------|-----------------|----------|-----------|-----------|--------|----------|
| 08/21/2022 | MWK | 2026-001/ Revlon<br>Citi Litigation<br>Legal research re: subrogation; draft motion to dismiss. | | T<br>L240 | 2.00 | 825.00 | 1,650.00 |
| 08/21/2022 | MWK | 2026-001/ Revlon<br>Citi Litigation<br>Teleconference w/ J. Ellis re: subrogation and adversary complaint. | | T<br>L100 | 0.40 | 825.00 | 330.00 |
| 08/22/2022 | CHD | 2026-001/ Revlon<br>Citi Litigation<br>Review research by M. Kelley; phone conference with S. Margolis about motion to dismiss. | | T<br>L240 | 0.70 | 900.00 | 630.00 |
| 08/22/2022 | JME | 2026-001/ Revlon<br>Citi Litigation<br> Calls with co-counsel, team re: subrogation issues; arrange calls with stakeholders re: same. | | T<br>B150 | 0.80 | 1,000.00 | 800.00 |
| 08/22/2022 | SFM | 2026-001/ Revlon<br>Citi Litigation<br>Multiple calls and emails with Paul Weiss, Latham, counsel for creditor groups re: adversary proceedings; review research | | T<br>B150 | 4.10 | 1,850.00 | 7,585.00 |
| 08/22/2022 | MWK | 2026-001/ Revlon<br>Citi Litigation<br>Legal research re: subrogation; draft motion to dismiss. | | T<br>L240 | 3.70 | 825.00 | 3,052.50 |
| 08/22/2022 | MWK | 2026-001/ Revlon<br>Citi Litigation<br>Teleconference w/ S. Margolis re: legal research re: subrogation and motion to dismiss. | | T<br>L100 | 0.40 | 825.00 | 330.00 |

Matter ID begins with '2026-001' and billed and date >= 8/1/22 and date <= 8/31/22

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity<br>Code | Component<br>Task Code | Statement<br>Units | Price | Extended<br>Amount |
|------|------|--------------------------------|----------|-----------|----------|---------|----------|
| 08/22/2022 | JB | 2026-001/ Revlon<br>Citi Litigation<br>Review, revise, and finalize first<br>monthly fee application | | T<br>B160 | 2.10 | 825.00 | 1,732.50 |
| 08/23/2022 | CHD | 2026-001/ Revlon<br>Citi Litigation<br>Phone conference with counsel at<br>Davis Polk and Kobre & Kim about<br>motion to dismiss strategy; phone<br>conference with J. Ellis, S. Margolis,<br>J. Bloom, and M. Kelley regarding<br>motion to dismiss. | | T<br>L210 | 1.30 | 900.00 | 1,170.00 |
| 08/23/2022 | SFM | 2026-001/ Revlon<br>Citi Litigation<br>Multiple calls with Paul Weiss,<br>Davis Polk, Akin Gump; review legal<br>research; develop strategy | | T<br>B150 | 5.00 | 1,850.00 | 9,250.00 |
| 08/23/2022 | MWK | 2026-001/ Revlon<br>Citi Litigation<br>Teleconference w/ counsel to<br>interested parties re: strategy. | | T<br>L100 | 0.90 | 825.00 | 742.50 |
| 08/23/2022 | MWK | 2026-001/ Revlon<br>Citi Litigation<br>Teleconference w/ ML team re: legal<br>research and strategy. | | T<br>L100 | 1.50 | 825.00 | 1,237.50 |
| 08/23/2022 | MWK | 2026-001/ Revlon<br>Citi Litigation<br>Legal research re: subrogation; draft<br>motion to dismiss. | | T<br>L240 | 6.60 | 825.00 | 5,445.00 |
| 08/23/2022 | JB | 2026-001/ Revlon<br>Citi Litigation<br>Review draft materials for<br>restructuring committee meeting | | T<br>B110 | 0.50 | 825.00 | 412.50 |

Matter ID begins with '2026-001' and billed and date >= 8/1/22 and date <= 8/31/22

# Molo Lamken LLP

## ML Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity<br>Code | Component<br>Task Code | Statement<br>Units | Price | Extended<br>Amount |
|---|---|---|---|---|---|---|---|
| 08/23/2022 | JB | 2026-001/ Revlon<br>Citi Litigation<br>Legal research regarding issues<br>raised in Citi adversary complaint | | T<br>L120 | 3.10 | 825.00 | 2,557.50 |
| 08/23/2022 | SEM | 2026-001/ Revlon<br>Citi Litigation<br> Review materials relating to Citi<br>adversary complaint; discuss<br>subrogation caes. | | T<br>L100 | 4.20 | 900.00 | 3,780.00 |
| 08/24/2022 | SAB | 2026-001/ Revlon<br>Citi Litigation<br>Source documents relating to motion<br>to dismiss. | | T<br>L140 | 0.60 | 415.00 | 249.00 |
| 08/24/2022 | SFM | 2026-001/ Revlon<br>Citi Litigation<br>Review research; emails with team,<br>Paul Weiss, Latham | | T<br>L120 | 1.50 | 1,850.00 | 2,775.00 |
| 08/24/2022 | MWK | 2026-001/ Revlon<br>Citi Litigation<br>Legal research re: subrogation; draft<br>motion to dismiss. | | T<br>L240 | 6.30 | 825.00 | 5,197.50 |
| 08/25/2022 | CHD | 2026-001/ Revlon<br>Citi Litigation<br>Phone conference with attorneys<br>from Paul Weiss and Latham<br>regarding joint approach to resolution<br>of legal issues; phone conference<br>with S. Molo, S. Margolis, and M.<br>Kelley regarding contemplated<br>motion to dismiss. | | T<br>L240 | 1.20 | 900.00 | 1,080.00 |
| 08/25/2022 | JME | 2026-001/ Revlon<br>Citi Litigation<br> Calls with team, research re:<br>subrogation issue. | | T<br>L100 | 0.30 | 1,000.00 | 300.00 |

Matter ID begins with '2026-001' and billed and date >= 8/1/22 and date <= 8/31/22

# Molo Lamken LLP
## ML Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity<br>Code | Component<br>Task Code | Statement<br>Units | Price | Extended<br>Amount |
|---|---|---|---|---|---|---|---|
| 08/25/2022 | MJF | 2026-001/ Revlon<br>Citi Litigation<br>Research equitable subrogation issues; phone conference with S. Margolis and M. Kelley re: same. | | T<br>L240 | 6.70 | 725.00 | 4,857.50 |
| 08/25/2022 | JME | 2026-001/ Revlon<br>Citi Litigation<br> Research re: defenses to subrogation adversary complaint; internal communication re: same. | | T<br>L100 | 1.30 | 1,000.00 | 1,300.00 |
| 08/25/2022 | SAB | 2026-001/ Revlon<br>Citi Litigation<br>Source and prepare documents for motion to dismiss. | | T<br>L140 | 1.00 | 415.00 | 415.00 |
| 08/25/2022 | ES | 2026-001/ Revlon<br>Citi Litigation<br>Review case materials. | | T<br>L120 | 2.00 | 895.00 | 1,790.00 |
| 08/25/2022 | MWK | 2026-001/ Revlon<br>Citi Litigation<br>Teleconference w/ S Molo, C Hayes-Deats, and S. Margolis re strategy and legal issues. | | T<br>L100 | 1.10 | 825.00 | 907.50 |
| 08/25/2022 | MWK | 2026-001/ Revlon<br>Citi Litigation<br>Legal research re: subrogation; draft motion to dismiss. | | T<br>L240 | 5.90 | 825.00 | 4,867.50 |
| 08/25/2022 | JB | 2026-001/ Revlon<br>Citi Litigation<br>Attend restrucuring committee meeting | | T<br>B150 | 0.50 | 825.00 | 412.50 |
| 08/25/2022 | SEM | 2026-001/ Revlon<br>Citi Litigation<br> Discuss subrogation cases; review subrogation cases; research re: subrogation. | | T<br>L240 | 5.10 | 900.00 | 4,590.00 |

Matter ID begins with '2026-001' and billed and date >= 8/1/22 and date <= 8/31/22

# Molo Lamken LLP

## ML Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity<br>Code | Component<br>Task Code | Statement<br>Units | Price | Extended<br>Amount |
|------|------|------|------|------|------|------|------|
| 08/26/2022 | JME | 2026-001/ Revlon<br>Citi Litigation<br> Research re: subrogation complaint strategy, defenses; internal communication re: same; discuss same with creditor constituencies. | | T<br>L100 | 4.50 | 1,000.00 | 4,500.00 |
| 08/26/2022 | SFM | 2026-001/ Revlon<br>Citi Litigation<br>Address issues re: adversary proceeding; emails with team; review research | | T<br>B150 | 3.00 | 1,850.00 | 5,550.00 |
| 08/26/2022 | MJF | 2026-001/ Revlon<br>Citi Litigation<br>Research equitable subrogation issues for motion to dismiss; phone conference with E. Sokoloff, S. Margolis, and M. Kelley re: same. | | T<br>L240 | 4.30 | 725.00 | 3,117.50 |
| 08/26/2022 | ES | 2026-001/ Revlon<br>Citi Litigation<br>Telephone conference with co-counsel and counsel for Brandco lenders. | | T<br>B150 | 1.20 | 895.00 | 1,074.00 |
| 08/26/2022 | ES | 2026-001/ Revlon<br>Citi Litigation<br>Legal research re: equitable subrogation. | | T<br>L240 | 8.50 | 895.00 | 7,607.50 |
| 08/26/2022 | MWK | 2026-001/ Revlon<br>Citi Litigation<br>Teleconference w/ S Margolis and M Fisher re legal issues | | T<br>L100 | 0.50 | 825.00 | 412.50 |
| 08/26/2022 | MWK | 2026-001/ Revlon<br>Citi Litigation<br>Legal research re: subrogation; draft motion to dismiss. | | T<br>L240 | 7.20 | 825.00 | 5,940.00 |

Matter ID begins with '2026-001' and billed and date >= 8/1/22 and date <= 8/31/22

# Molo Lamken LLP
# ML Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity<br>Code | Component<br>Task Code | Statement<br>Units | Price | Extended<br>Amount |
|---|---|---|---|---|---|---|---|
| 08/26/2022 | SEM | 2026-001/ Revlon<br>Citi Litigation<br> Review subrogation cases. | | T<br>L240 | 4.50 | 900.00 | 4,050.00 |
| 08/26/2022 | SEM | 2026-001/ Revlon<br>Citi Litigation<br>Discussion with Davis Polk and Kobre; calls with Kobre & Kim re: case law; discussions re: subrogation cases. | | T<br>L100 | 1.40 | 900.00 | 1,260.00 |
| 08/27/2022 | JME | 2026-001/ Revlon<br>Citi Litigation<br> Calls with Paul Weiss, Molo team re: subrogation complaint strategy. | | T<br>L100 | 1.70 | 1,000.00 | 1,700.00 |
| 08/27/2022 | SFM | 2026-001/ Revlon<br>Citi Litigation<br>Prepare and participate in call with Paul Weiss and ML team re: legal issues; follow up with ML team, review cases. | | T<br>B150 | 6.10 | 1,850.00 | 11,285.00 |
| 08/27/2022 | MJF | 2026-001/ Revlon<br>Citi Litigation<br>Research equitable subrogation issues for motion to dismiss. | | T<br>L240 | 1.20 | 725.00 | 870.00 |
| 08/27/2022 | ES | 2026-001/ Revlon<br>Citi Litigation<br>Telephone conferences with co-counsel and case team re: motion to dismiss Citibank's equitable subrogation claim. | | T<br>B150 | 1.70 | 895.00 | 1,521.50 |
| 08/27/2022 | SEM | 2026-001/ Revlon<br>Citi Litigation<br> Call with Paul Weiss re: subrogation and strategy. | | T<br>L100 | 1.70 | 900.00 | 1,530.00 |
| 08/27/2022 | SEM | 2026-001/ Revlon<br>Citi Litigation<br>Revise motion to dismiss brief. | | T<br>L240 | 5.10 | 900.00 | 4,590.00 |

Matter ID begins with '2026-001' and billed and date >= 8/1/22 and date <= 8/31/22

# Molo Lamken LLP

## ML Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity<br>Code | Component<br>Task Code | Statement<br>Units | Price | Extended<br>Amount |
|------|------|------|------|------|------|------|------|
| 08/28/2022 | JME | 2026-001/ Revlon<br>Citi Litigation<br> Research re: subrogation complaint strategy; internal communication re: same. | | T<br>L100 | 0.90 | 1,000.00 | 900.00 |
| 08/28/2022 | SEM | 2026-001/ Revlon<br>Citi Litigation<br> Revise motion to dismiss brief. | | T<br>L240 | 2.30 | 900.00 | 2,070.00 |
| 08/29/2022 | JME | 2026-001/ Revlon<br>Citi Litigation<br> Edit outline for motion to dismiss adversary proceeding; internal communication re: same. | | T<br>B150 | 1.70 | 1,000.00 | 1,700.00 |
| 08/29/2022 | MJF | 2026-001/ Revlon<br>Citi Litigation<br>Research in support of motion to dismiss; phone conference with M. Kelley re: same. | | T<br>L240 | 6.30 | 725.00 | 4,567.50 |
| 08/29/2022 | MWK | 2026-001/ Revlon<br>Citi Litigation<br>Legal research re: subrogation; legal research re: motions to strike; draft motion to dismiss. | | T<br>L240 | 5.40 | 825.00 | 4,455.00 |
| 08/29/2022 | MWK | 2026-001/ Revlon<br>Citi Litigation<br>Teleconference w/ S. Margolis re: motion to dismiss. | | T<br>L100 | 0.40 | 825.00 | 330.00 |
| 08/29/2022 | SEM | 2026-001/ Revlon<br>Citi Litigation<br> Revise motion to dismiss brief; review cases on equitable subrogation. | | T<br>L240 | 5.60 | 900.00 | 5,040.00 |

Matter ID begins with '2026-001' and billed and date >= 8/1/22 and date <= 8/31/22

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Statement Units | Price | Extended Amount |
|---|---|---|---|---|---|---|---|
| 08/30/2022 | JME | 2026-001/ Revlon Citi Litigation Calls, research, direction to team re: adversary complaint motion to dismiss; discuss same with Kobre & Kim. | | T L100 | 2.80 | 1,000.00 | 2,800.00 |
| 08/30/2022 | ES | 2026-001/ Revlon Citi Litigation Revise draft motion to dismiss Citibank's equitable subrogation claim. | | T L240 | 8.50 | 895.00 | 7,607.50 |
| 08/30/2022 | MWK | 2026-001/ Revlon Citi Litigation Legal research re: subrogation issues and motion to dismiss. | | T L240 | 3.00 | 825.00 | 2,475.00 |
| 08/30/2022 | MJF | 2026-001/ Revlon Citi Litigation Phone conference with M. Kelley re: research; review research; additional research in support of motion to dismiss. | | T L240 | 0.70 | 725.00 | 507.50 |
| 08/31/2022 | JME | 2026-001/ Revlon Citi Litigation Emails with team, Paul Weiss re: procedural posture of motion to dismiss; edit motion to dismiss and discuss same with M. Kelley, S. Margolis, E. Sokoloff. | | T B150 | 10.30 | 1,000.00 | 10,300.00 |
| 08/31/2022 | MWK | 2026-001/ Revlon Citi Litigation Legal research re: motion to dismiss. | | T L240 | 2.90 | 825.00 | 2,392.50 |
| 08/31/2022 | MWK | 2026-001/ Revlon Citi Litigation Correspondence w/ J. Ellis and E. Sokoloff re: legal issues related to subrogation. | | T L120 | 0.40 | 825.00 | 330.00 |

Matter ID begins with '2026-001' and billed and date >= 8/1/22 and date <= 8/31/22

# Molo Lamken LLP

## ML Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity<br>Code | Component<br>Task Code | Statement<br>Units | Price | Extended<br>Amount |
|---|---|---|---|---|---|---|---|
| 08/31/2022 | ES | 2026-001/ Revlon<br>Citi Litigation<br>Emails with J. Ellis and M. Kelley re:<br>revisions to draft motion to dismiss<br>Citibank complaint. | | T<br>L240 | 0.80 | 895.00 | 716.00 |
| 08/31/2022 | SFM | 2026-001/ Revlon<br>Citi Litigation<br>Address issues re: motion to dismiss | | T<br>L100 | 2.00 | 1,850.00 | 3,700.00 |
| | | | | **Client Sort: Revlon** | 258.80 | | 259,965.50 |
| | | | | **Grand Total:** | 258.80 | | $259,965.50 |

Matter ID begins with '2026-001' and billed and date >= 8/1/22 and date <= 8/31/22