Guy Petrillo
**PETRILLO KLEIN & BOXER LLP**
655 Third Avenue
22nd Floor
New York, NY 10017
Telephone:  (212) 370-0330
E-Facsimile:  (315) 873-2015

*Co-Counsel to the Investigation Committee of*
*the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| REVLON, INC., *et al.*,[1] | Case No. 22-10760 (DSJ) |
| Debtors. | (Jointly Administered) |

**FIRST MONTHLY FEE STATEMENT OF PETRILLO KLEIN & BOXER LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS ATTORNEYS FOR THE DEBTORS AND DEBTORS IN <u>POSSESSION FROM JUNE 15, 2022 THROUGH AUGUST 31, 2022</u>**

---

[1]  The last four digits of Debtor Revlon, Inc.'s tax identification number are 2955.  Due to the large number of debtor entities in these Chapter 11 Cases, for which the Court has granted joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/Revlon.  The location of the Debtors' service address for purposes of these Chapter 11 Cases is:  One New York Plaza, New York, NY 10004.

| | |
|---|---|
| Name of Applicant: | Petrillo Klein & Boxer LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession, as Counsel to the Investigation Committee |
| Date of Retention: | July 21, 2022, *nunc pro tunc* to June 15, 2022 |
| Period for which compensation and reimbursement is sought: | June 15, 2022 through August 31, 2022 |
| Monthly Fees Incurred: | $247,277.00 |
| 20% Holdback: | ($49,455.40) |
| Total Compensation Less 20% Holdback: | $197,821.60 |
| Monthly Expenses Incurred: | $659.40 |
| Total Fees and Expenses Due: | $198,481.00 |

This is a:  ___X___ monthly  _____ interim  _____ final application

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), the *Order Authorizing the Retention and Employment of Petrillo Klein & Boxer LLP as Attorneys for the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date* [ECF No. 255] (the "Retention Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 259] (the "Interim Compensation Order"),[2] Petrillo Klein & Boxer LLP (the "Petrillo Firm"), co-counsel for the Investigation Committee of the Board of Directors of the above-captioned debtors and debtors in possession (collectively, the "Debtors")

---

[2] Capitalized terms used herein but not otherwise defined herein have the meanings ascribed to them in the Interim Compensation Order

hereby submits this first monthly fee statement (the "First Monthly Fee Statement"), seeking

compensation for services rendered and reimbursement of expenses incurred for the period from

June 15, 2022 through August 31, 2022 (the "First Monthly Fee Period"). By this First Monthly

Fee Statement, the Petrillo Firm seeks payment in the amount of $198,481.00, consisting of (i)

$197,821.60, which represents eighty percent (80%) of the total amount of compensation sought

for actual and necessary services rendered during the First Monthly Fee Period, and (ii)

reimbursement of $659.40, which represents one hundred percent (100%) of actual and

necessary expenses incurred in connection with such services.

### Services Rendered and Expenses Incurred

1.      Attached as **Exhibit A** is a summary of the Petrillo Firm's professionals by

individual, setting forth the (i) name and title of each individual who provided services in

connection with the Chapter 11 Cases during the First Monthly Fee Period, (ii) aggregate hours

spent by each individual, (iii) hourly billing rate for each such individual at the Petrillo Firm's

current billing rates, (iv) amount of fees incurred by each Petrillo Firm professional, and (v) the

year of bar admission for each attorney. The blended hourly billing rate of the Petrillo Firm

attorneys during the First Monthly Fee Period is approximately $957.55. The blended hourly rate

of paralegals and non-legal staff during the First Monthly Fee Period is approximately $285.00.

2.      Attached as **Exhibit B** is a summary of the services rendered and compensation

sought, by project category, for the First Monthly Fee Period.

3.      Attached as **Exhibit C** is a summary of expenses incurred and reimbursement

sought, by expense category, for the First Monthly Fee Period.

4.      Attached as **Exhibit D** is itemized time detail of the Petrillo Firm professionals

for the First Monthly Fee Period and summary materials related thereto.

**Notice and Objection Procedures**

1.      Notice of this First Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Revlon, Inc., One New York Plaza, New York, NY 10014, Attention: Andrew Kidd, Esq.; (ii) Debtors' Counsel, Paul, Weiss, Rifkind, Wharton & Garrison, LLP, 1285 Avenue of the Americas, New York, NY, 10019, Attention: Robert A. Britton, Esq.; (iii) the Office of the United States Trustee Region 2, 201 Varick Street, Suite 1006, New York, NY 10014 Attention: Brian Masumoto, Esq.; (iv) counsel to the Official Committee of Unsecured Creditors, Brown Rudnick LLP, 7 Times Square, New York, NY 10036, Attention: Robert J. Stark, Esq. and Bennett S. Silverberg, Esq.; (v) counsel to the ad hoc group of term lenders, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017, Attention: Eli J. Vonnegut, Esq.

2.      Objections to this First Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **15 days after filing of a Fee Statement** (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

3.      If no objections to this First Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

4.      If an objection to this First Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this First Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved,

it shall be preserved and scheduled for consideration by the Court at the next interim fee

application hearing.

                                        Respectfully submitted,

New York, New York                      */s/ Guy Petrillo*
Dated:  September 20, 2022              Guy Petrillo
                                       **PETRILLO KLEIN & BOXER LLP**
                                       655 Third Avenue
                                       22nd Floor
                                       New York, NY 10017
                                       Telephone:  (212) 370-0330
                                       E-Facsimile:  (315) 873-2015


                                       *Co-Counsel to the Investigation Committee of
                                       the Debtors and Debtors in Possession*

**EXHIBIT A**

SUMMARY OF COMPENSATION BY PROFESSIONAL FOR SERVICES RENDERED FOR
THE PERIOD OF JUNE 15, 2022 THROUGH AUGUST 31, 2022

| Professional | Title | Year Admitted | Total Billed Hours | Hourly Billing Rate ($) | Total Compensation ($) |
|---|---|---|---|---|---|
| Guy Petrillo | Partner | 1987 | 47.3 | $1,275.00 | $60,307.50 |
| Joshua Klein | Partner | 1994 | 77.3 | $1,165.00 | $90,054.50 |
| Lenny Sandlar | Counsel | 2014 | 19.9 | $875.00 | $17,412.50 |
| Christina Karam | Associate | 2014 | 41.1 | $775.00 | $31,852.50 |
| Paul-Gabriel Morales | Associate | 2018 | 72.4 | $655.00 | $47,422.00 |
| Lauren Baatz | Paralegal | | 0.8 | $285.00 | $228.00 |
| **Total** | | | **258.8** | | **$247,277.00** |

**EXHIBIT B**

SUMMARY OF COMPENSATION BY PROJECT CATEGORY FOR SERVICES
RENDERED FOR THE PERIOD OF JUNE 15, 2022 THROUGH AUGUST 31, 2022

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Asset Analysis & Recovery | 192.7 | $192,766.50 |
| Fee/Employment Applications | 66.1 | $54,510.50 |
| **Total** | **258.8** | **$247,277.00** |

## EXHIBIT C

SUMMARY OF EXPENSES INCURRED AND REIMBURSEMENT SOUGHT, BY
EXPENSE CATEGORY, FOR THE PERIOD OF JUNE 15, 2022
THROUGH AUGUST 31, 2022

| Expense Category | Total Expense ($) |
|---|---|
| Business Expenses | 0.00 |
| Communications | 0.00 |
| Corporate Services | 0.00 |
| Duplication Services | 0.00 |
| Information Retrieval Services | 0.00 |
| Local Transportation Expenses | 0.00 |
| Mail & Messengers | 0.00 |
| Out-of-Town Travel | 0.00 |
| Overtime Expenses | 0.00 |
| Professional Services | 0.00 |
| Reporting (*Court Transcripts*) | $659.40 |
| Word Processing | 0.00 |
| **Total** | **$659.40** |

## **<u>EXHIBIT D</u>**

ITEMIZED TIME DETAIL FOR SERVICES RENDERED FOR THE PERIOD OF JUNE 15, 2022 THROUGH AUGUST 31, 2022

September 16, 2022

Invoice submitted to:

Revlon
Andrew Kidd
Executive Vice President & General Counsel
One New York Plaza
New York, NY 10004

Invoice #  26883

Re:  Asset Analysis and Recovery

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/15/2022 | CK | Legal research to address additional questions from G. Petrillo re: dir. duties. | 2.50 775.00 | 1,937.50 |
| 6/16/2022 | GP | Communications with A.Gover re investigative legal framework and f. consultant. | 0.20 1,275.00 | 255.00 |
| | PM | Revise draft facts memo and update financial metrics charts. | 2.50 655.00 | 1,637.50 |
| 6/17/2022 | GP | Communications with A. Gover re financial metrics analysis (0.1) and with P. Morales re same (0.2). | 0.30 1,275.00 | 382.50 |
| | PM | Prepare and revise financial metrics charts (0.4) and confer with G. Petrillo re same (0.2). | 0.60 655.00 | 393.00 |
| 6/18/2022 | GP | Communications with A. Gover re Comm Investigation planning. | 0.40 1,275.00 | 510.00 |
| 6/19/2022 | GP | Revisions to A. Gover summary memo to Client (1.2), communications with same re A. Gover summary memo (0.2). | 1.40 1,275.00 | 1,785.00 |
| 6/20/2022 | GP | Calls and communications with A. Gover re Client communication (0.2), explain engagement to J. Klein (0.4); edit summary memo for Client (0.5); internal emails re legal research (0.2), email client and A. Gover, J. Klein (0.2); confer with P. Morales re financial metrics analysis (0.2). | 1.70 1,275.00 | 2,167.50 |
| | JK | Conferring with G. Petrillo re investigation. | 0.40 1,165.00 | 466.00 |
| | PM | Confer with G. Petrillo re company financial metrics. | 0.20 655.00 | 131.00 |

| Date | | Description | Hrs/Rate | Amount |
|------|---|-------------|----------|--------|
| 6/21/2022 | GP | Reviewing commentator analysis. | 0.20<br>1,275.00 | 255.00 |
| 6/22/2022 | GP | Call with P. Weiss re Court filing (0.2) and call with A. Gover re same (0.1). | 0.30<br>1,275.00 | 382.50 |
| | JK | Reviewing G. Petrillo memo and press coverage. | 0.80<br>1,165.00 | 932.00 |
| | CK | Corr. with G. Petrillo re: matter status. | 0.20<br>775.00 | 155.00 |
| 6/23/2022 | GP | Call with A. Gover and J. Klein re investigation issues (0.8); confer with J. Klein re investigation issues (0.1); related communications with A. Gover (0.1); emails with Debtor counsel (0.1). | 1.10<br>1,275.00 | 1,402.50 |
| | JK | Reviewing G. Petrillo memo, A. Gover agenda, bbg article and article discussing Delaware law (1.5); call with G. Petrillo and A. Gover re investigation (0.8); confer with G. Petrillo re investigation (0.1). | 2.40<br>1,165.00 | 2,796.00 |
| 6/24/2022 | GP | Correspondence with Client and with co-counsel (0.2); review associate research (0.2), email associate re investigation planning (0.1); email co-counsel re investigation planning (0.1). | 0.60<br>1,275.00 | 765.00 |
| | JK | In re investigation; reviewing email correspondence and legal research. | 0.80<br>1,165.00 | 932.00 |
| | CK | Legal research, per G. Petrillo (2.9); related corr. with G. Petrillo re legal analysis (0.2). | 3.10<br>775.00 | 2,402.50 |
| 6/25/2022 | GP | Ems from A. Gover re legal research. | 0.10<br>1,275.00 | 127.50 |
| | CK | Correspondence with A. Gover (0.2) and PKB team re: legal research (0.6); review legal analysis memorandum (0.3). | 1.10<br>775.00 | 852.50 |
| 6/26/2022 | GP | Communications with A. Gover re legal research (0.1) and internal communications re same (0.1). | 0.20<br>1,275.00 | 255.00 |
| | JK | Reviewing email communications (0.1); reviewing list of third-party connections (0.3). | 0.40<br>1,165.00 | 466.00 |
| 6/27/2022 | GP | Call with client and counsel re issues and related planning (0.7); A. Gover ems re same (0.2); internal communications re same (0.2). | 1.10<br>1,275.00 | 1,402.50 |
| | JK | Reviewing C. Karam research memo (1.2); reviewing select email communications (0.6): reviewing web repository (0.8); participated in majority of call with A. Gover, C. Karam and P. Morals re investigation planning/tasks (0.7); call with P. Morales, G. Petrillo, C. Karam and A. Gover re legal research (0.8). | 4.10<br>1,165.00 | 4,776.50 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/27/2022 | PM | Prepare for and participate in call with team regarding financial metrics, legal analysis, and bankruptcy petition. | 3.90 655.00 | 2,554.50 |
| | CK | Review discussion points from A. Gover ahead of team call (0.6); review memorandum to Investigations Committee Chairman re: preliminary observations (0.7); call with A. Gover and PKB team to discuss legal research and next steps (0.7); follow-up corr. with team regarding same (0.8). | 2.80 775.00 | 2,170.00 |
| 6/28/2022 | JK | Call with A. Gover re investigation plan (0.2); emailing summary to G. Petrillo re investigation plan (0.2). | 0.40 1,165.00 | 466.00 |
| | CK | Correspondence with A. Gover and PKB team re: legal research on review standards and next steps. | 0.20 775.00 | 155.00 |
| 6/29/2022 | GP | Review associate research (0.1); A. Gover comments re research (0.1). | 0.20 1,275.00 | 255.00 |
| | CK | Legal research re issues and draft and circulate summary of same to team. | 3.20 775.00 | 2,480.00 |
| 6/30/2022 | GP | Call with A. Gover regarding investigation (0.2); call with PW regarding same (0.3). | 0.50 1,275.00 | 637.50 |
| 7/4/2022 | GP | Ems with PW regarding legal research. | 0.30 1,275.00 | 382.50 |
| 7/5/2022 | GP | Call with Client (0.4); attn to budget (0.4). | 0.80 1,275.00 | 1,020.00 |
| 7/8/2022 | PM | Analyze lawyer-expert privilege issues (3.2); prepare for and participate in strategy meeting with FA Teneo (0.8). | 4.00 655.00 | 2,620.00 |
| 7/11/2022 | PM | Analyze privilege issues in connection with FA Teneo engagement (4.2); prepare for and participate in strategy meeting with Teneo (0.9); prepare memo re same (0.7) and confer with PKB team re same (0.2). | 6.00 655.00 | 3,930.00 |
| 7/12/2022 | PM | Confer with A. Gover regarding Investigation work product. | 0.20 655.00 | 131.00 |
| | CK | Corr. with PKB team re: meeting with Teneo. | 0.20 775.00 | 155.00 |
| 7/13/2022 | CK | Call with P. Morales re: retention of Teneo in other matters and review of retention pleading compiled by P. Morales. | 0.20 775.00 | 155.00 |
| 7/14/2022 | JK | Meeting with A. Gover and Teneo (1.0), and internal team meeting (1.0). | 2.00 1,165.00 | 2,330.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/14/2022 | PM | Prepare for and participate in strategy meeting with Teneo (1.0) and internal PKB team (1.1). | 2.10<br>655.00 | 1,375.50 |
| | CK | Meet with A. Gover to discuss case status (0.8); meeting with Teneo to discuss engagement and initial factual and legal issues, and follow-up meetings with A. Gover and PKB team re: same (2.1); corr. with G. Petrillo and J. Klein re: case status (0.1). | 3.00<br>775.00 | 2,325.00 |
| 7/16/2022 | GP | Review client correspondence and attached document. | 0.30<br>1,275.00 | 382.50 |
| 7/17/2022 | GP | Call with J. Klein and C. Klein re investigation. | 0.20<br>1,275.00 | 255.00 |
| | JK | Reviewing select email communications (0.3). Call with C. Klein and G. Petrillo (0.2). Reviewing case authority related to duties (2.4). | 2.90<br>1,165.00 | 3,378.50 |
| | CK | Call with G. Petrillo and J. Klein to discuss investigation. | 0.20<br>775.00 | 155.00 |
| 7/18/2022 | JK | Attention to upcoming hearing issue (0.4). | 0.40<br>1,165.00 | 466.00 |
| 7/20/2022 | JK | Call with A. Gover re case planning (0.8).  Reviewing docket and select filings (0.9). | 1.70<br>1,165.00 | 1,980.50 |
| | CK | Corr. with PKB team re: matter status. | 0.20<br>775.00 | 155.00 |
| 7/21/2022 | JK | Call with A. Gover re hearing (0.3). Email communications related to hearing (0.3). Reviewing ucc objections to DIP financing and other motions (1.2); UST objection (0.5); UMB complaint (0.5). | 2.80<br>1,165.00 | 3,262.00 |
| | CK | Call with P. Morales re: hearing on various motions. | 0.10<br>775.00 | 77.50 |
| | PM | Register ecourt appearances for PKB team for 7/22 First Day Motions hearing in bankruptcy matter (0.5); call with C. Karam regarding hearing (0.1). | 0.60<br>655.00 | 393.00 |
| 7/22/2022 | JK | Attending portion of bankruptcy hearing (2.6). Reviewing UMB complaint (0.4). | 3.00<br>1,165.00 | 3,495.00 |
| | PM | Attend First Day Motions hearing. | 3.20<br>655.00 | 2,096.00 |
| | CK | Attend (via zoom) hearing on various motions (partial attendance) (2.3); correspondence with PKB team re: hearing and case status (0.2). | 2.50<br>775.00 | 1,937.50 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/23/2022 | GP | Review Del. Ch. Court opinion and related emails | 0.80<br>1,275.00 | 1,020.00 |
| | JK | Reviewing select docket entries and select case authority. | 3.30<br>1,165.00 | 3,844.50 |
| 7/24/2022 | GP | Emails among working team re investigation. | 0.20<br>1,275.00 | 255.00 |
| | PM | Review Revlon Bd. Minutes in connection with prior transactions. | 2.20<br>655.00 | 1,441.00 |
| | CK | Review analysis from A. Gover re control person fiduciary and related email correspondence. | 0.30<br>775.00 | 232.50 |
| 7/25/2022 | PM | Per J. Klein, review Revlon Bd. Minutes in connection with prior transactions (1.4). | 1.40<br>655.00 | 917.00 |
| | CK | Correspondence with PKB team re: investigation planning. | 0.20<br>775.00 | 155.00 |
| 7/26/2022 | PM | Per J. Klein, review Revlon Bd. Minutes in connection with investigation. | 3.40<br>655.00 | 2,227.00 |
| 7/27/2022 | JK | Call with A. Gover regarding applications of the attorney-client privilege issues, onboarding of Teneo, task planning and discrete factual issues (1.3). Call with P. Morales regarding investigation (0.4). | 1.70<br>1,165.00 | 1,980.50 |
| | PM | Review Revlon Bd. Minutes (0.3) and confer with PKB team re same (0.4). | 0.70<br>655.00 | 458.50 |
| | CK | Corr. with A. Gover and PKB team re: DIP hearing. | 0.20<br>775.00 | 155.00 |
| 7/28/2022 | GP | Ems among team re investigation. | 0.20<br>1,275.00 | 255.00 |
| | JK | Call with A. Gover re case planning (0.6); emails among team (0.2). | 0.80<br>1,165.00 | 932.00 |
| | PM | Notes during First Day Motions hearing. | 4.50<br>655.00 | 2,947.50 |
| | CK | Correspondence with A. Gover and PKB team re: DIP hearing. | 0.20<br>775.00 | 155.00 |
| 7/29/2022 | JK | Attending portion of hearing on DIP (2.8); related email communications with counsel (0.3). | 3.10<br>1,165.00 | 3,611.50 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/29/2022 | CK | Call with G. Petrillo re: briefs to review. | 0.30 775.00 | 232.50 |
| 7/31/2022 | GP | Conference call with A. Gover and J. Klein re investigation planning. | 1.10 1,275.00 | 1,402.50 |
| | JK | Call with G. Petrillo and A. Gover re investigation planning. | 1.10 1,165.00 | 1,281.50 |
| 8/1/2022 | GP | Review emails among team. | 0.20 1,275.00 | 255.00 |
| 8/2/2022 | GP | Call with J. Klein re investigation (0.8); partial participation in meeting with Teneo and colleagues (1.1). | 1.90 1,275.00 | 2,422.50 |
| | JK | Call with GP re case planning (0.8). Call with A. Gover and J. Baker re case planning (1.2) Meeting at Teneo re investigative planning (2.3). Meeting with A. Gover re investigative planning (0.5). Conferring with A. Gover re investigative research (0.9). Reviewing select notes in preparation for investigative interview (0.4). | 6.10 1,165.00 | 7,106.50 |
| 8/3/2022 | GP | Team emails re update on discussions with other parties (0.2), emails with J. Klein re same (0.1). | 0.30 1,275.00 | 382.50 |
| | JK | Call with A. Gover and Brown Rudnick to discuss respective investigations (1.1). Calls with A. Gover re potential causes of action (1.1). Reviewing select documents in preparation for investigative interview (0.7). | 2.90 1,165.00 | 3,378.50 |
| 8/4/2022 | GP | Review correspondence of counsel for Debtor to A. Gover (0.1); call with J. Klein re same (0.2). | 0.30 1,275.00 | 382.50 |
| | JK | Call with PW in preparation for investigative interview (0.8). Follow-up call with J. Baker and A. Gover in preparation for investigative interview (1.4); call with G. Petrillo re same (0.2). | 2.40 1,165.00 | 2,796.00 |
| 8/5/2022 | JK | Call with P. Weiss in preparation for investigative interview (0.5). Reviewing docket in preparation for investigative interview (0.1). | 0.60 1,165.00 | 699.00 |
| 8/6/2022 | GP | Call with A. Gover and J. Klein re investigation plan (1.5); call with J. Klein re same (0.4); communications from J. Baker (0.1). | 2.00 1,275.00 | 2,550.00 |
| | JK | Call with G. Petrillo and A. Gover re investigative planning/research (1.5). Call with G. Petrillo re investigative planning/research (0.4). | 1.90 1,165.00 | 2,213.50 |
| 8/7/2022 | GP | Call with A. Gover re investigation issues (0.5); review case study (0.2), additional communications with A. Gover, J. Klein re investigation issues (1.1). | 1.80 1,275.00 | 2,295.00 |
| | JK | Call with G. Petrillo and A. Gover re potential causes of action (1.1). Reviewing case authority (1.6). Reviewing IC authorizing resolution in assessing potential causes of action (0.2). | 2.90 1,165.00 | 3,378.50 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/8/2022 | GP | Review CC subpoenas (0.2); emails with A. Gover re investigation (0.1), emails from Deloitte re estimates (0.1). | 0.40 1,275.00 | 510.00 |
| | JK | Conduct legal research re investigation (1.7). Calls and communications with PW relating to investigation planning (0.5). | 2.20 1,165.00 | 2,563.00 |
| 8/9/2022 | GP | Review reported case (0.2), related amended complaint (0.2); review team emails (0.2), communications with Client re same (0.1); review subpoenas issued by CC (0.1); review minority equity comm application for committee status (0.5); background to L. Sandlar (0.5). | 1.80 1,275.00 | 2,295.00 |
| | JK | Reviewing select cases in connection with investigative research (1.2). Reviewing legal source on valuation of litigation claims in connection with same (0.6). | 1.80 1,165.00 | 2,097.00 |
| | LS | Introductory telephone call with G. Petrillo and J. Klein re: case (0.5); review case file and background materials (1.1). | 1.60 875.00 | 1,400.00 |
| 8/10/2022 | GP | Reviewing docs (0.6); conference call with A. Gover re investigation (0.2). | 0.80 1,275.00 | 1,020.00 |
| | JK | Reviewing select cases and filings in preparation for investigative interview. | 1.60 1,165.00 | 1,864.00 |
| | LS | Review case file and background materials. | 3.10 875.00 | 2,712.50 |
| 8/11/2022 | GP | Call with A. Kidd (0.4); internal team emails re investigation planning (0.2). | 0.60 1,275.00 | 765.00 |
| | JK | Call with A. Gover re investigation planning (0.7). Reviewing email communications re same (0.2). Reviewing select filings in preparation for investigative interview (0.2). | 1.10 1,165.00 | 1,281.50 |
| 8/12/2022 | GP | Call with J. Klein and L. Clayton (PW) re investigation (0.7). Communications with J. Klein regarding same (0.1). Reviewing documents (0.7). Call with J. Klein and A. Gover re investigation planning (0.5) | 2.00 1,275.00 | 2,550.00 |
| | JK | Call with G. Petrillo and Lew Clayton re investigative interview (0.7). Email communications with G. Petrillo re same (0.1). Call with G. Petrillo and A. Gover regarding investigation plan (0.5). | 1.30 1,165.00 | 1,514.50 |
| | LS | Review case file and background materials. | 2.20 875.00 | 1,925.00 |
| 8/15/2022 | GP | Reviewing Ch 11 materials. | 3.60 1,275.00 | 4,590.00 |
| | CK | Call with L. Sandlar re: case background and status (0.5); compile introductory materials for L. Sandlar and correspondence with L. Sandlar regarding same (0.7); discuss case status with G. Petrillo (0.1). | 1.30 775.00 | 1,007.50 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/15/2022 | LS | Phone call with C. Karam re: case background. | 0.50 875.00 | 437.50 |
| 8/16/2022 | GP | Reviewing court filings (1.0), email from A. Kidd (.1). | 1.10 1,275.00 | 1,402.50 |
| 8/17/2022 | GP | Reviewing court submissions (0.8), meeting with J. Klein and A. Gover re investigation plan (1.4). | 2.20 1,275.00 | 2,805.00 |
| | JK | Investigation planning meeting with G. Petrillo, A. Gover. | 1.40 1,165.00 | 1,631.00 |
| 8/18/2022 | GP | Review Teneo work product. | 0.20 1,275.00 | 255.00 |
| 8/19/2022 | GP | Communications from A. Gover re investigation issues. | 0.20 1,275.00 | 255.00 |
| 8/22/2022 | GP | Communications with team re Wed hearing (0.2); pm emails re Teneo (0.1). | 0.30 1,275.00 | 382.50 |
| 8/23/2022 | GP | Review reply submission of proposed equity comm. | 0.60 1,275.00 | 765.00 |
| | JK | Email communications with counsel re investigation planning (0.2). Reviewing docket re investigation research (0.3). Reviewing select filings in preparation for investigative interview (0.8). | 1.30 1,165.00 | 1,514.50 |
| | CK | Call with L. Baatz re case administration (process for entering e-appearances for attorneys attending various hearings) (0.2). | 0.20 775.00 | 155.00 |
| | LS | Review team work product - legal research and fact summary. | 1.80 875.00 | 1,575.00 |
| 8/24/2022 | GP | Investigative and research planning and analysis meeting with team (0.9); rev Citi adversary (0.2); review summary from A. Gover re hearing (re shareholder comm proposal) (0.2). | 1.30 1,275.00 | 1,657.50 |
| | JK | PKB meeting re: investigation and research planning and analysis. (0.9) Investigative strategy call with A. Gover and J. Baker. (0.5) Investigative strategy call with A. Gorver. (1.0) Reviewing Citibank adversary complaint and assessing investigative steps (0.6). | 3.00 1,165.00 | 3,495.00 |
| | CK | Meet with PKB team re investigation and research planning and analysis (0.9); follow-up discussion with L. Sandlar re same (0.2); correspondence with L. Baatz re various case administration tasks (ordering of hearing transcripts, creation of witness folders, saving select materials from bankruptcy docket) (0.5). | 1.60 775.00 | 1,240.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/24/2022 | LS | Attend hearing re: Motion for Appointment of Official Equity Committee (Dkt. 348)  (2.1). Meeting with G. Petrillo, J. Klein, C. Karam re: investigative and research planning and analysis (0.9). | 3.00 875.00 | 2,625.00 |
| 8/25/2022 | GP | Planning/investigation call with Teneo (1.0); follow-up call with A. Gover (0.2). | 1.20 1,275.00 | 1,530.00 |
| | JK | Investigative strategy call with G. Petrillo, A. Gover and Teneo. (1.0) Investigative strategy call with G. Petrillo and A. Gover. (0.2) | 1.20 1,165.00 | 1,398.00 |
| 8/26/2022 | GP | Discuss investigation-related factual development with A. Gover (0.4); call with J. Klein re investigative interviews (0.4). | 0.80 1,275.00 | 1,020.00 |
| | JK | Call with A. Gover and G. Petrillo re: investigative interview. | 0.40 1,165.00 | 466.00 |
| 8/28/2022 | GP | Draft interview sched memo (0.7); circulate to team for comment (0.1). | 0.80 1,275.00 | 1,020.00 |
| | CK | Review notes from P. Morales of first-day hearing. | 0.20 775.00 | 155.00 |
| | LS | Review and comment on draft correspondence to interviewees. | 0.40 875.00 | 350.00 |
| 8/29/2022 | GP | Attention to memo to prospective investigative interviewees (0.8); correspondence with Debtor's internal counsel re investigative interviews (0.2); review Debtor filing re interview prep (0.9); review Associate research re dir duties review (0.3); confer with J. Klein re witness interviews (0.2); assign research to C.Karam and confer with same (0.1). | 2.50 1,275.00 | 3,187.50 |
| | JK | Reviewing select cases re: potential causes of action relevant to investigative interview. | 2.40 1,165.00 | 2,796.00 |
| | CK | Legal research concerning entire fairness review, for interview preparation (7.0); draft email memorandum to PKB team re same (1.0). | 8.00 775.00 | 6,200.00 |
| 8/30/2022 | GP | Communications from and to PW and L. Sandlar re document production (0.1); communications re interviews (0.4); communications with A. Gover and J. Klein re interview schedule/prep (0.1); email client (0.1). | 0.70 1,275.00 | 892.50 |
| | CK | Review case management orders (0.8); correspondence with PKB team re same (0.2); correspondence with LB re ordering of additional transcripts from relevant hearings, saving Revlon productions (0.2). | 1.20 775.00 | 930.00 |
| 8/31/2022 | GP | Call with Bd member re interview (0.2); confer with A. Gover re investigation analysis (0.6); comm with Client (0.2); comm with Debtor internal legal (0.1). | 1.10 1,275.00 | 1,402.50 |
| | CK | Call with LB re Revlon productions from PW (0.1); correspondence with PW and LB re Revlon productions (0.7); review DIP Final Order (0.4); correspondence with PKB team re DIP Final Order and its relevance to | 3.90 775.00 | 3,022.50 |

Page    10

|  | Hrs/Rate | Amount |
|---|---|---|

timing of Special Review (0.2); review R. Caruso declaration in support for first day motions (2.5).

| **For professional services rendered** | **192.70** | **$192,766.50** |
|---|---|---|

Additional Charges :

|  | Price |
|---|---|
| Transcripts | 659.40 |
| **Total additional charges** | **$659.40** |
| **Total amount of this bill** | **$193,425.90** |
| Balance due | $193,425.90 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Christina Karam | 37.10 | 775.00 | $28,752.50 |
| Guy Petrillo | 40.90 | 1275.00 | $52,147.50 |
| Joshua Klein | 66.60 | 1165.00 | $77,589.00 |
| Lenny Sandlar | 12.60 | 875.00 | $11,025.00 |
| Paul-Gabriel Morales | 35.50 | 655.00 | $23,252.50 |

September 16, 2022

Invoice submitted to:

Revlon
Andrew Kidd
Executive Vice President & General Counsel
One New York Plaza
New York, NY 10004

Invoice #  26882

Re:  Fee/Employment Applications

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/24/2022 | PM | Coordinate call with forensic accountant and confer with team re same. | 0.70<br>655.00 | 458.50 |
| 6/28/2022 | PM | Confer with team regarding forensic accountant. | 0.80<br>655.00 | 524.00 |
| 6/30/2022 | JK | Reviewing Teneo brochure (0.2); call with Teneo (0.9). | 1.10<br>1,165.00 | 1,281.50 |
| | PM | Prepare for and participate in meeting with candidate forensic accountant (0.9) and confer with team re same (0.1); call with C. Karam re same (0.1). | 1.10<br>655.00 | 720.50 |
| | CK | Discuss forensic candidate with P. Morales (0.1). | 0.10<br>775.00 | 77.50 |
| | GP | Review FA candidate deck (0.4); webex with FA candidate (0.9). | 1.00<br>1,275.00 | 1,275.00 |
| 7/1/2022 | GP | Attn to retention app. | 2.30<br>1,275.00 | 2,932.50 |
| 7/5/2022 | JK | Call with Client, A. Gover, G. Petrillo regarding retention application and Teneo engagement. | 0.50<br>1,165.00 | 582.50 |
| | PM | Confer internally regarding retention application (0.3); prepare applications for filing (1.3). | 1.60<br>655.00 | 1,048.00 |
| | GP | Review revised retention application (0.6). | 0.60<br>1,275.00 | 765.00 |
| 7/6/2022 | GP | Internal communications (0.5) and communications with Paul Weiss re court filings (0.4). | 0.90<br>1,275.00 | 1,147.50 |

Page    2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/6/2022 | JK | Review and revising retention application (0.9). Calls with Debtor counsel re same (0.4). Calls with P. Morales regarding court filing (0.4). Call with A. Gover and Jay Goldin re retention of professionals (0.5). | 2.20 1,165.00 | 2,563.00 |
| | PM | Review and revise retention application (4.9), confer with Debtor counsel re same (0.7), and file same (0.4). | 6.00 655.00 | 3,930.00 |
| | LB | Draft/Edit Engagement Letter for filing, per G. Petrillo | 0.50 285.00 | 142.50 |
| 7/7/2022 | JK | Call with A. Gover re Client retention of professionals. | 0.60 1,165.00 | 699.00 |
| 7/8/2022 | GP | Communications with A. Gover, P. Weiss re retention of professionals. | 0.30 1,275.00 | 382.50 |
| 7/10/2022 | GP | Communications with A. Gover re retention of professionals (0.1); call with J. Klein re same (0.1). | 0.20 1,275.00 | 255.00 |
| 7/11/2022 | GP | Ems with A. Gover re retention of professionals. | 0.10 1,275.00 | 127.50 |
| | JK | Call with A. Gover re retention of professionals (0.2). Call with C. Karam re retention (0.3). | 0.50 1,165.00 | 582.50 |
| | CK | Calls with J. Klein and A. Gover re: Teneo retention pleadings (0.5); correspondence with PKB team re same (0.2); and compile materials for, same (.3). | 1.00 775.00 | 775.00 |
| 7/15/2022 | CK | Correspondence with J. Klein re: objections to retention and Teneo pleadings, issues. | 0.30 775.00 | 232.50 |
| | JK | Communications with C. Karam re retention of FA. | 0.30 1,165.00 | 349.50 |
| 7/17/2022 | PM | Confer with J. Klein re Teneo retention application. | 0.20 655.00 | 131.00 |
| | JK | Confer with P. Morales re retention application (0.2). Email communications with A. Gover re retention of professionals (0.2). | 0.40 1,165.00 | 466.00 |
| 7/18/2022 | PM | Draft Teneo retention application. | 2.70 655.00 | 1,768.50 |
| | JK | Call with A. Gover re Teneo (0.6). Reviewing Teneo engagement letter and related email communications (0.7). | 1.30 1,165.00 | 1,514.50 |
| 7/19/2022 | JK | Reviewing Teneo declaration. | 0.30 1,165.00 | 349.50 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/19/2022 | PM | Continue drafting Teneo retention application (5.8); prepare and file certificates of no objection to PKB and A. Gover retention applications (0.8). | 6.60 655.00 | 4,323.00 |
| 7/20/2022 | GP | Call with J. Klein re retention applications. | 0.20 1,275.00 | 255.00 |
| | JK | Call with G. Petrillo, C. Karam, and P. Morales regarding Teneo pleadings (0.2). Reviewing revised Teneo engagement letter (0.2). | 0.40 1,165.00 | 466.00 |
| | PM | Draft Teneo retention application and confer internally re same. | 8.30 655.00 | 5,436.50 |
| | CK | Call with J. Klein and P. Morales re: Teneo retention pleadings (0.2). | 0.20 775.00 | 155.00 |
| 7/21/2022 | PM | Confer with A. Gover and PKB team regarding Teneo retention application and revise draft of same. | 4.40 655.00 | 2,882.00 |
| | CK | Correspondence with PKB team re: same and Teneo retention application (0.4). | 0.40 775.00 | 310.00 |
| 7/22/2022 | JK | Reviewing revised Teneo application (0.5). | 0.50 1,165.00 | 582.50 |
| | PM | Revise Teneo retention application (1.2), confer with PKB team regarding same (0.2), and confer with Teneo regarding same (0.3). | 1.70 655.00 | 1,113.50 |
| 7/25/2022 | JK | Reviewing revised Teneo application. | 0.40 1,165.00 | 466.00 |
| | PM | Revise Teneo retention application (1.7) and confer with Client and with Teneo re draft of same (1.1) | 2.80 655.00 | 1,834.00 |
| 8/3/2022 | CK | Correspondence with J. Klein re Teneo retention application. | 0.10 775.00 | 77.50 |
| | JK | Revising Teneo application (.8). | 0.80 1,165.00 | 932.00 |
| 8/4/2022 | JK | Attention to Teneo filing in connection with investigative planning (0.6). Conferring with C. Karam regarding same. (0.2) | 0.80 1,165.00 | 932.00 |
| 8/5/2022 | GP | Communications with Teneo, A. Gover. | 0.40 1,275.00 | 510.00 |
| 8/8/2022 | JK | Attention to Teneo application (0.3). | 0.30 1,165.00 | 349.50 |
| 8/18/2022 | GP | Internal conference with L. Sandlar re Teneo retention. | 0.20 1,275.00 | 255.00 |

Page    4

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/18/2022 | LS | Confer with G. Petrillo re Teneo retention. | 0.20 875.00 | 175.00 |
| 8/22/2022 | LS | Review rules, procedures, and court orders in re: interim payment of compensation  (2.8); phone call with A. Gover re: same (0.4);  review draft June, July bills to prepare for submission (1.4); attend to emails to Firm controller re: same (0.5). | 5.10 875.00 | 4,462.50 |
| | CK | Work with L. Baatz to file certificate of no objection to Teneo retention (0.2); corr. with PKB team and Paul Weiss in connection with same (0.7); | 0.90 775.00 | 697.50 |
| | LB | Per C. Karam, attention to filing cert. | 0.30 285.00 | 85.50 |
| 8/23/2022 | GP | Internal communications re fee application | 0.20 1,275.00 | 255.00 |
| | LS | Phone call with A. Gover re: fee application (0.3); follow-up call with A. Gover re same (0.2); draft first monthly fee submission (1.4); review A. Gover email re: fees (0.1). | 2.00 875.00 | 1,750.00 |
| | JK | Attention to Teneo retention. (0.3) | 0.30 1,165.00 | 349.50 |
| | CK | Corr. with PKB team, A. Gover, PW and Teneo re entry of order re Teneo retention and possible preparation of Teneo's witness for hearing on retention (0.8); related review of docket for entry of retention order (0.2). | 1.00 775.00 | 775.00 |
| | | **For professional services rendered** | **66.10** | **$54,510.50** |
| | | Balance due | | $54,510.50 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Christina Karam | 4.00 | 775.00 | $3,100.00 |
| Guy Petrillo | 6.40 | 1275.00 | $8,160.00 |
| Joshua Klein | 10.70 | 1165.00 | $12,465.50 |
| Lauren Baatz | 0.80 | 285.00 | $228.00 |
| Lenny Sandlar | 7.30 | 875.00 | $6,387.50 |
| Paul-Gabriel Morales | 36.90 | 655.00 | $24,169.50 |

*Wire Instructions: For account of Petrillo Klein & Boxer LLP*
*JPMorgan Chase Bank, N.A.*
*ABA #  021 000 021 Account #  2916521541*