**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| REVLON, INC., *et al.*,[1] | Case No. 22-10760 (DSJ) |
| Debtors. | (Joint Administered) |

**STATEMENT OF FEES AND OUT-OF-POCKET EXPENSES
OF PJT PARTNERS LP FOR THE PERIOD OF
AUGUST 1, 2022 THROUGH AUGUST 31, 2022**

PJT Partners LP ("PJT"), investment banker to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby submits its statement of fees and out-of-pocket expenses (the "Monthly Fee Statement") for the period of August 1, 2022 through August 31, 2022 (the "Second Compensation Period"), in accordance with the Procedures Order (as hereinafter defined).  In support of this Monthly Fee Statement, PJT states as follows:

## I. Background

1.  On June 15, 2022 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., as amended (the "Bankruptcy Code").  The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

---

[1] The last four digits of Debtor Revlon, Inc.'s tax identification number are 2955. Due to the large number of debtor entities in these Chapter 11 Cases, for which the Court has granted joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/Revlon. The location of the Debtors' service address for purposes of these Chapter 11 Cases is: One New York Plaza, New York, NY 10004.

2.   On July 6, 2022, the Debtors filed the *Debtors' Application for an Order Authorizing Employment and Retention of PJT Partners LP as Investment Banker to the Debtors and Debtors in Possession Effective as of the Petition Date* [Docket No. 148] (the "<u>Retention Application</u>"), pursuant to which the Debtors sought authority to retain and employ PJT as its investment banker pursuant to the terms of an engagement agreement (the "<u>Engagement Letter</u>") dated June 4, 2022. A copy of the Engagement Letter was attached to the Retention Application.

3.   On July 21, 2022, this Court entered the *Order Authorizing the Employment and Retention of PJT Partners LP as Investment Banker to the Debtors and Debtors in Possession Effective as of the Petition Date* [Docket No. 248] (the "<u>Retention Order</u>") approving the Retention Application and authorizing the retention and employment of PJT effective as of the Petition Date, pursuant to the terms of the Engagement Agreement as modified by the Retention Order.

4.   On July 21, 2022, this Court entered the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 259] (the "<u>Procedures Order</u>") establishing procedures for interim compensation and reimbursement of expenses for professionals.

## II. <u>PJT's Request for Compensation and Reimbursement of Out-of-Pocket Expenses</u>

5.   For the Second Compensation Period, PJT (a) earned monthly fees in the aggregate amount of $200,000.00, and incurred out-of-pocket expenses in the amount of $877.00 and (b) in accordance with the Procedures Order, seeks payment in the amount of $160,877.00 (representing 80% of the total amount of monthly fees earned and 100% of the total amount of out-of-pocket expenses incurred by PJT during the Second Compensation Period). Although every effort has been made to include all out-of-pocket expenses incurred during the Second Compensation Period, some expenses might not be included in this Monthly Fee Statement due

to delays caused in connection with the accounting and processing of such expenses. Accordingly, PJT reserves the right to make further application to this Court for allowance of such out-of-pocket expenses incurred during the Second Compensation Period but not included herein.

6.    An invoice detailing the monthly fees earned and out-of-pocket expenses incurred by PJT during the Second Compensation Period is attached hereto as <u>Appendix A</u>. A summary of the compensation earned during the Second Compensation Period is outlined below:

| Second Compensation Period | Monthly Fee | Holdback @ 20% | Out-of-Pocket Expenses | Amount Due |
|---|---|---|---|---|
| August 1 – 31, 2022 | $200,000.00 | ($40,000.00) | $877.00 | **$160,877.00** |

7.    The amount of compensation sought in this Monthly Fee Statement and PJT's compensation practices are consistent with market practices both in and out of a bankruptcy context. PJT has never billed its clients based on the number of hours expended by its professionals. Accordingly, PJT does not have hourly rates for its professionals and PJT's professionals generally do not maintain detailed time records of the work performed for its clients. PJT has, however, maintained contemporaneous time records in one-half hour increments. Time records with respect to the 356.5 hours expended by PJT professionals in providing investment banking services to the Debtors during the Second Compensation Period are provided in <u>Appendix B</u>. A summary of the total amount of hours expended by PJT professionals is provided below:

| Hours Expended By Professional | |
|---|---|
| Professional | Total |
| Steve Zelin | 30.0 |
| Scott Mates | 53.5 |
| Calvin Arnold | 4.0 |
| Lilly Bogis | 9.5 |
| Ethan Ross | 70.0 |
| Sharan Mundi | 3.5 |
| Nikhil Warier | 69.0 |
| William Galvin | 13.0 |
| Jonathan Zhao | 102.0 |
| Kasra Khadem | 2.0 |
| **Total Hours** | **356.5** |

### III. **Requested Relief**

8. Pursuant to the Retention Order and the Procedures Order, with respect to (a) PJT's monthly fees in the amount of $200,000.00, and (b) the reimbursement of PJT's out-of-pocket expenses in the amount of $877.00, in each case earned or incurred during the Second Compensation Period, PJT hereby requests that the Debtors make the following payments to PJT:

| | |
|---|---:|
| Monthly Fee | $200,000.00 |
| Less: 20% Holdback | (40,000.00) |
| Subtotal | 160,000.00 |
| Out-of-Pocket Expenses | 877.00 |
| **Total Amount Due** | **$160,877.00** |

Dated: September 20, 2022

PJT PARTNERS LP

By: */s/ Steve Zelin*
       Steve Zelin
       Partner
       280 Park Avenue
       New York, NY 10017
       (212) 364-7800

**APPENDIX A**



September 6, 2022

Debbie Perelman
President and CEO
REVLON, INC.
One New York Plaza, 50th Floor
New York, NY 10004

| | | | |
|---|---|---|---|
| Monthly Fee for the period of August 1, 2022 through August 31, 2022: | $ | | 200,000.00 |
| Less: Holdback @ 20% | | | (40,000.00) |

Out-of-pocket expenses processed through August 17, 2022:[1]

| | | | |
|---|---|---|---|
| Ground Transportation | $ | 586.75 | |
| Meals | | 290.25 | 877.00 |
| **Total Amount Due** | | **$** | **160,877.00** |

**Invoice No. 10022008**

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Department - 17th Floor
280 Park Avenue
New York, NY 10017
(212) 364-7800
PJTUSInvoicing@pjtpartners.com

**REVLON, INC.**
**Summary of Expenses**

|  | GL Detail Aug-22 | Total Expenses |
|---|---|---|
| Ground Transportation | $ 586.75 | $ 586.75 |
| Employee Meals | 290.25 | 290.25 |
| **Total** | **$ 877.00** | **$ 877.00** |
| | | |
| **Ground Transportation** | | **$ 586.75** |
| **Meals** | | **290.25** |
| | | |
| **Total Expenses** | | **$ 877.00** |

**Ground Transportation**

| | | |
|---|---|---|
| Siegel (weeknight taxi home from office) | 07/18/22 | 34.48 |
| Siegel (weeknight taxi home from office) | 07/20/22 | 34.15 |
| Siegel (weeknight taxi home from office) | 07/26/22 | 35.45 |
| Siegel (weeknight taxi home from office) | 07/27/22 | 35.35 |
| Siegel (weeknight taxi home from office) | 08/01/22 | 32.61 |
| Zhao (weeknight taxi home from office) | 06/15/22 | 42.79 |
| Zhao (weeknight taxi home from office) | 06/21/22 | 57.86 |
| Zhao (weeknight taxi home from office) | 06/22/22 | 61.64 |
| Zhao (weeknight taxi home from office) | 07/05/22 | 48.90 |
| Zhao (weeknight taxi home from office) | 07/06/22 | 48.78 |
| Zhao (weeknight taxi home from office) | 07/07/22 | 48.87 |
| Zhao (weeknight taxi home from office) | 07/11/22 | 48.66 |
| Zhao (weeknight taxi home from office) | 07/12/22 | 57.21 |
| **Subtotal - Ground Transportation** | | **$ 586.75** |

**Employee Meals**

| | | |
|---|---|---|
| Ross (weeknight working dinner meal) | 06/15/22 | 20.00 |
| Ross (weeknight working dinner meal) | 07/07/22 | 18.24 |
| Ross (weeknight working dinner meal) | 07/19/22 | 13.01 |
| Siegel (weeknight working dinner meal) | 07/20/22 | 20.00 |
| Zhao (weeknight working dinner meal) | 06/15/22 | 20.00 |
| Zhao (weeknight working dinner meal) | 06/17/22 | 20.00 |
| Zhao (weeknight working dinner meal) | 06/22/22 | 20.00 |
| Zhao (weeknight working dinner meal) | 06/24/22 | 20.00 |
| Zhao (weeknight working dinner meal) | 07/06/22 | 20.00 |
| Zhao (weeknight working dinner meal) | 07/07/22 | 20.00 |
| Zhao (weekend working dinner meal) | 07/09/22 | 20.00 |
| Zhao (weekend working dinner meal) | 07/10/22 | 20.00 |
| Zhao (weeknight working dinner meal) | 07/11/22 | 20.00 |
| Zhao (weeknight working dinner meal) | 07/12/22 | 20.00 |
| Zhao (weeknight working dinner meal) | 07/12/22 | 19.00 |
| **Subtotal - Employee Meals** | | **290.25** |
| **Total Expenses** | | **$ 877.00** |

**APPENDIX B**

**PJT PARTNERS LP**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**AUGUST 1, 2022 THROUGH AUGUST 31, 2022**

| Professional | Title | Hours |
|---|---|---|
| Steve Zelin | Partner | 30.0 |
| Scott Mates | Managing Director | 53.5 |
| Calvin Arnold | Managing Director | 4.0 |
| Lily Bogis | Vice President | 9.5 |
| Ethan Ross | Associate | 70.0 |
| Sharan Mundi | Associate | 3.5 |
| Nikhil Warier | Associate | 69.0 |
| William Galvin | Associate | 13.0 |
| Jonathan Zhao | Analyst | 102.0 |
| Kasra Khadem | Analyst | 2.0 |
| | **Total** | **356.5** |

# PJT PARTNERS LP
## HOURLY DETAILS FOR THE PERIOD OF
## AUGUST 1, 2022 THROUGH AUGUST 31, 2022

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Steve Zelin | 08/03/22 | 0.5 | Call / meeting with Debtors' advisors |
| Steve Zelin | 08/03/22 | 0.5 | Call / meeting with Debtors' advisors |
| Steve Zelin | 08/04/22 | 1.0 | Call / meeting with Debtors' advisors |
| Steve Zelin | 08/05/22 | 0.5 | Discussion with creditors and/or their advisors |
| Steve Zelin | 08/08/22 | 0.5 | PJT internal call / meeting |
| Steve Zelin | 08/08/22 | 0.5 | Email correspondence on various matters |
| Steve Zelin | 08/08/22 | 1.0 | Discussion with creditors and/or their advisors |
| Steve Zelin | 08/08/22 | 1.0 | PJT internal call / meeting |
| Steve Zelin | 08/09/22 | 0.5 | PJT internal call / meeting |
| Steve Zelin | 08/09/22 | 0.5 | PJT internal call / meeting |
| Steve Zelin | 08/10/22 | 0.5 | PJT internal call / meeting |
| Steve Zelin | 08/10/22 | 0.5 | Preparation and review of materials |
| Steve Zelin | 08/11/22 | 0.5 | PJT internal call / meeting |
| Steve Zelin | 08/12/22 | 0.5 | PJT internal call / meeting |
| Steve Zelin | 08/14/22 | 0.5 | PJT internal call / meeting |
| Steve Zelin | 08/15/22 | 0.5 | Call / meeting with Debtors' advisors |
| Steve Zelin | 08/16/22 | 0.5 | PJT internal call / meeting |
| Steve Zelin | 08/17/22 | 0.5 | Discussion with creditors and/or their advisors |
| Steve Zelin | 08/17/22 | 0.5 | PJT internal call / meeting |
| Steve Zelin | 08/22/22 | 0.5 | Call / meeting with Debtors' advisors |
| Steve Zelin | 08/22/22 | 1.0 | Call / meeting with Debtors' advisors |
| Steve Zelin | 08/22/22 | 0.5 | Preparation and review of materials |
| Steve Zelin | 08/24/22 | 1.0 | Attending / preparing with counsel for court hearings |
| Steve Zelin | 08/25/22 | 1.5 | Preparation and review of materials |
| Steve Zelin | 08/25/22 | 1.0 | PJT internal call / meeting |
| Steve Zelin | 08/25/22 | 1.0 | PJT internal call / meeting |
| Steve Zelin | 08/26/22 | 1.0 | Preparation and review of materials |
| Steve Zelin | 08/26/22 | 1.0 | PJT internal call / meeting |
| Steve Zelin | 08/29/22 | 1.0 | PJT internal call / meeting |
| Steve Zelin | 08/29/22 | 1.0 | PJT internal call / meeting |
| Steve Zelin | 08/29/22 | 1.0 | Preparation and review of materials |
| Steve Zelin | 08/30/22 | 4.0 | Call / meeting with Company |
| Steve Zelin | 08/30/22 | 0.5 | PJT internal call / meeting |
| Steve Zelin | 08/30/22 | 1.5 | Preparation and review of materials |

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Steve Zelin | 08/31/22 | 0.5 | PJT internal call / meeting |
| Steve Zelin | 08/31/22 | 1.0 | Preparation and review of materials |
| | | **30.0** | |

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Scott Mates | 08/01/22 | 1.0 | Call / meeting with Company |
| Scott Mates | 08/01/22 | 2.5 | Discussion with creditors and/or their advisors |
| Scott Mates | 08/01/22 | 1.0 | Attending / preparing with counsel for court hearings |
| Scott Mates | 08/02/22 | 0.5 | Call / meeting with Debtors' advisors |
| Scott Mates | 08/02/22 | 1.0 | PJT internal call / meeting |
| Scott Mates | 08/03/22 | 0.5 | Call / meeting with Debtors' advisors |
| Scott Mates | 08/04/22 | 1.5 | Call / meeting with Board |
| Scott Mates | 08/05/22 | 0.5 | Discussion with creditors and/or their advisors |
| Scott Mates | 08/05/22 | 0.5 | Discussion with creditors and/or their advisors |
| Scott Mates | 08/13/22 | 0.5 | Preparation and review of materials |
| Scott Mates | 08/13/22 | 0.5 | PJT internal call / meeting |
| Scott Mates | 08/16/22 | 0.5 | Preparation and review of materials |
| Scott Mates | 08/16/22 | 0.5 | Preparation and review of materials |
| Scott Mates | 08/17/22 | 0.5 | Call / meeting with Debtors' advisors |
| Scott Mates | 08/17/22 | 2.0 | Call / meeting with Board |
| Scott Mates | 08/17/22 | 0.5 | Discussion with creditors and/or their advisors |
| Scott Mates | 08/18/22 | 1.0 | Preparation and review of materials |
| Scott Mates | 08/19/22 | 0.5 | Preparation and review of materials |
| Scott Mates | 08/20/22 | 1.5 | Preparation and review of materials |
| Scott Mates | 08/21/22 | 0.5 | Preparation and review of materials |
| Scott Mates | 08/21/22 | 0.5 | Call / meeting with Debtors' advisors |
| Scott Mates | 08/22/22 | 2.5 | Discussion with creditors and/or their advisors |
| Scott Mates | 08/22/22 | 0.5 | Preparation and review of materials |
| Scott Mates | 08/22/22 | 0.5 | Call / meeting with Company |
| Scott Mates | 08/22/22 | 0.5 | PJT internal call / meeting |
| Scott Mates | 08/23/22 | 0.5 | Call / meeting with Company |
| Scott Mates | 08/23/22 | 1.5 | PJT internal call / meeting |
| Scott Mates | 08/23/22 | 0.5 | Call / meeting with Company |
| Scott Mates | 08/23/22 | 0.5 | Call / meeting with Company |
| Scott Mates | 08/23/22 | 0.5 | Discussion with creditors and/or their advisors |
| Scott Mates | 08/23/22 | 0.5 | Call / meeting with Debtors' advisors |
| Scott Mates | 08/24/22 | 3.0 | Attending / preparing with counsel for court hearings |
| Scott Mates | 08/24/22 | 0.5 | Call / meeting with Company |
| Scott Mates | 08/24/22 | 1.5 | Preparation and review of materials |

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Scott Mates | 08/25/22 | 0.5 | PJT internal call / meeting |
| Scott Mates | 08/25/22 | 0.5 | Call / meeting with Debtors' advisors |
| Scott Mates | 08/25/22 | 1.0 | Call / meeting with Debtors' advisors |
| Scott Mates | 08/25/22 | 1.0 | PJT internal call / meeting |
| Scott Mates | 08/25/22 | 2.0 | Call / meeting with Board |
| Scott Mates | 08/25/22 | 0.5 | Call / meeting with Debtors' advisors |
| Scott Mates | 08/26/22 | 0.5 | PJT internal call / meeting |
| Scott Mates | 08/26/22 | 0.5 | Call / meeting with Debtors' advisors |
| Scott Mates | 08/26/22 | 0.5 | Call / meeting with Debtors' advisors |
| Scott Mates | 08/26/22 | 1.0 | Preparation and review of materials |
| Scott Mates | 08/29/22 | 1.0 | PJT internal call / meeting |
| Scott Mates | 08/29/22 | 1.0 | PJT internal call / meeting |
| Scott Mates | 08/29/22 | 0.5 | Discussion with creditors and/or their advisors |
| Scott Mates | 08/29/22 | 1.0 | Call / meeting with Debtors' advisors |
| Scott Mates | 08/29/22 | 1.5 | Preparation and review of materials |
| Scott Mates | 08/29/22 | 1.0 | PJT internal call / meeting |
| Scott Mates | 08/30/22 | 3.0 | Discussion with creditors and/or their advisors |
| Scott Mates | 08/30/22 | 1.0 | Preparation and review of materials |
| Scott Mates | 08/30/22 | 1.0 | Call / meeting with Debtors' advisors |
| Scott Mates | 08/30/22 | 0.5 | Discussion with creditors and/or their advisors |
| Scott Mates | 08/30/22 | 0.5 | PJT internal call / meeting |
| Scott Mates | 08/30/22 | 0.5 | Discussion with creditors and/or their advisors |
| Scott Mates | 08/31/22 | 0.5 | Discussion with creditors and/or their advisors |
| Scott Mates | 08/31/22 | 0.5 | PJT internal call / meeting |
| Scott Mates | 08/31/22 | 0.5 | Call / meeting with Company |
| Scott Mates | 08/31/22 | 0.5 | PJT internal call / meeting |
| | | **53.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**AUGUST 1, 2022 THROUGH AUGUST 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Calvin Arnold | 08/09/22 | 1.0 | Preparation and review of materials |
| Calvin Arnold | 08/16/22 | 0.5 | PJT internal call / meeting |
| Calvin Arnold | 08/25/22 | 1.0 | Call / meeting with Debtors' advisors |
| Calvin Arnold | 08/25/22 | 1.0 | Call / meeting with Debtors' advisors |
| Calvin Arnold | 08/29/22 | 0.5 | PJT internal call / meeting |
| | | **4.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**AUGUST 1, 2022 THROUGH AUGUST 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Lilly Bogis | 08/11/22 | 0.5 | Preparation and review of materials |
| Lilly Bogis | 08/15/22 | 1.0 | Preparation and review of materials |
| Lilly Bogis | 08/16/22 | 0.5 | PJT internal call / meeting |
| Lilly Bogis | 08/25/22 | 1.0 | Call / meeting with Debtors' advisors |
| Lilly Bogis | 08/25/22 | 1.0 | Call / meeting with Debtors' advisors |
| Lilly Bogis | 08/25/22 | 0.5 | Preparation and review of materials |
| Lilly Bogis | 08/29/22 | 0.5 | PJT internal call / meeting |
| Lilly Bogis | 08/30/22 | 4.0 | Call / meeting with Company |
| Lilly Bogis | 08/31/22 | 0.5 | PJT internal call / meeting |
| | | **9.5** | |

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Ethan Ross | 08/03/22 | 0.5 | Call / meeting with Debtors' advisors |
| Ethan Ross | 08/03/22 | 0.5 | Call / meeting with Debtors' advisors |
| Ethan Ross | 08/04/22 | 1.0 | Call / meeting with Debtors' advisors |
| Ethan Ross | 08/05/22 | 0.5 | Discussion with creditors and/or their advisors |
| Ethan Ross | 08/08/22 | 0.5 | PJT internal call / meeting |
| Ethan Ross | 08/08/22 | 1.0 | Discussion with creditors and/or their advisors |
| Ethan Ross | 08/08/22 | 1.0 | PJT internal call / meeting |
| Ethan Ross | 08/09/22 | 0.5 | PJT internal call / meeting |
| Ethan Ross | 08/09/22 | 1.0 | Discussion with creditors and/or their advisors |
| Ethan Ross | 08/09/22 | 0.5 | PJT internal call / meeting |
| Ethan Ross | 08/09/22 | 0.5 | Call / meeting with Debtors' advisors |
| Ethan Ross | 08/10/22 | 0.5 | PJT internal call / meeting |
| Ethan Ross | 08/10/22 | 0.5 | PJT internal call / meeting |
| Ethan Ross | 08/11/22 | 1.0 | Call / meeting with Debtors' advisors |
| Ethan Ross | 08/11/22 | 0.5 | PJT internal call / meeting |
| Ethan Ross | 08/12/22 | 0.5 | PJT internal call / meeting |
| Ethan Ross | 08/12/22 | 0.5 | Call / meeting with Debtors' advisors |
| Ethan Ross | 08/12/22 | 0.5 | PJT internal call / meeting |
| Ethan Ross | 08/13/22 | 0.5 | General diligence |
| Ethan Ross | 08/13/22 | 0.5 | Preparation and review of materials |
| Ethan Ross | 08/14/22 | 1.0 | Discussion with creditors and/or their advisors |
| Ethan Ross | 08/14/22 | 1.0 | Email correspondence on various matters |
| Ethan Ross | 08/14/22 | 0.5 | PJT internal call / meeting |
| Ethan Ross | 08/15/22 | 1.0 | Discussion with creditors and/or their advisors |
| Ethan Ross | 08/15/22 | 0.5 | Call / meeting with Debtors' advisors |
| Ethan Ross | 08/15/22 | 0.5 | PJT internal call / meeting |
| Ethan Ross | 08/15/22 | 1.0 | Email correspondence on various matters |
| Ethan Ross | 08/15/22 | 1.5 | Preparation and review of materials |
| Ethan Ross | 08/16/22 | 0.5 | PJT internal call / meeting |
| Ethan Ross | 08/16/22 | 0.5 | Email correspondence on various matters |
| Ethan Ross | 08/17/22 | 0.5 | Call / meeting with Debtors' advisors |
| Ethan Ross | 08/17/22 | 0.5 | Discussion with creditors and/or their advisors |
| Ethan Ross | 08/17/22 | 0.5 | Call / meeting with Debtors' advisors |
| Ethan Ross | 08/17/22 | 0.5 | Discussion with creditors and/or their advisors |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**AUGUST 1, 2022 THROUGH AUGUST 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Ethan Ross | 08/17/22 | 0.5 | PJT internal call / meeting |
| Ethan Ross | 08/17/22 | 0.5 | Email correspondence on various matters |
| Ethan Ross | 08/22/22 | 1.0 | Call / meeting with Debtors' advisors |
| Ethan Ross | 08/22/22 | 0.5 | Call / meeting with Debtors' advisors |
| Ethan Ross | 08/23/22 | 0.5 | Call / meeting with Debtors' advisors |
| Ethan Ross | 08/23/22 | 1.0 | Call / meeting with Debtors' advisors |
| Ethan Ross | 08/23/22 | 0.5 | Attending / preparing with counsel for court hearings |
| Ethan Ross | 08/23/22 | 1.5 | Preparation and review of materials |
| Ethan Ross | 08/23/22 | 1.0 | Email correspondence on various matters |
| Ethan Ross | 08/24/22 | 1.0 | Attending / preparing with counsel for court hearings |
| Ethan Ross | 08/24/22 | 0.5 | Email correspondence on various matters |
| Ethan Ross | 08/25/22 | 0.5 | PJT internal call / meeting |
| Ethan Ross | 08/25/22 | 0.5 | Call / meeting with Debtors' advisors |
| Ethan Ross | 08/25/22 | 1.0 | PJT internal call / meeting |
| Ethan Ross | 08/25/22 | 1.0 | Call / meeting with Debtors' advisors |
| Ethan Ross | 08/25/22 | 1.0 | Call / meeting with Debtors' advisors |
| Ethan Ross | 08/26/22 | 1.0 | PJT internal call / meeting |
| Ethan Ross | 08/26/22 | 0.5 | Call / meeting with Debtors' advisors |
| Ethan Ross | 08/26/22 | 0.5 | Call / meeting with Debtors' advisors |
| Ethan Ross | 08/26/22 | 2.0 | PJT internal call / meeting |
| Ethan Ross | 08/29/22 | 1.0 | PJT internal call / meeting |
| Ethan Ross | 08/29/22 | 2.0 | PJT internal call / meeting |
| Ethan Ross | 08/29/22 | 0.5 | Call / meeting with Debtors' advisors |
| Ethan Ross | 08/29/22 | 0.5 | Call / meeting with Debtors' advisors |
| Ethan Ross | 08/29/22 | 7.0 | Financial analysis |
| Ethan Ross | 08/29/22 | 0.5 | Email correspondence on various matters |
| Ethan Ross | 08/30/22 | 4.0 | Call / meeting with Company |
| Ethan Ross | 08/30/22 | 0.5 | Call / meeting with Debtors' advisors |
| Ethan Ross | 08/30/22 | 3.0 | PJT internal call / meeting |
| Ethan Ross | 08/30/22 | 0.5 | Email correspondence on various matters |
| Ethan Ross | 08/30/22 | 1.0 | Call / meeting with Debtors' advisors |
| Ethan Ross | 08/31/22 | 2.0 | PJT internal call / meeting |
| Ethan Ross | 08/31/22 | 0.5 | Call / meeting with Debtors' advisors |
| Ethan Ross | 08/31/22 | 8.0 | Financial analysis |

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| | | 70.0 | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**AUGUST 1, 2022 THROUGH AUGUST 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Sharan Mundi | 08/01/22 | 1.0 | Call / meeting with Company |
| Sharan Mundi | 08/01/22 | 2.0 | Discussion with creditors and/or their advisors |
| Sharan Mundi | 08/02/22 | 0.5 | Call / meeting with Debtors' advisors |
| | | **3.5** | |

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Nikhil Warier | 08/03/22 | 0.5 | Call / meeting with Debtors' advisors |
| Nikhil Warier | 08/03/22 | 0.5 | Call / meeting with Debtors' advisors |
| Nikhil Warier | 08/04/22 | 1.0 | Call / meeting with Debtors' advisors |
| Nikhil Warier | 08/05/22 | 0.5 | Discussion with creditors and/or their advisors |
| Nikhil Warier | 08/08/22 | 0.5 | PJT internal call / meeting |
| Nikhil Warier | 08/08/22 | 1.0 | Discussion with creditors and/or their advisors |
| Nikhil Warier | 08/08/22 | 1.0 | Financial analysis |
| Nikhil Warier | 08/08/22 | 1.0 | PJT internal call / meeting |
| Nikhil Warier | 08/09/22 | 0.5 | PJT internal call / meeting |
| Nikhil Warier | 08/09/22 | 1.0 | Discussion with creditors and/or their advisors |
| Nikhil Warier | 08/09/22 | 0.5 | PJT internal call / meeting |
| Nikhil Warier | 08/09/22 | 0.5 | Call / meeting with Debtors' advisors |
| Nikhil Warier | 08/09/22 | 1.0 | Financial analysis |
| Nikhil Warier | 08/10/22 | 0.5 | PJT internal call / meeting |
| Nikhil Warier | 08/10/22 | 0.5 | PJT internal call / meeting |
| Nikhil Warier | 08/11/22 | 1.0 | Call / meeting with Debtors' advisors |
| Nikhil Warier | 08/11/22 | 0.5 | PJT internal call / meeting |
| Nikhil Warier | 08/12/22 | 0.5 | PJT internal call / meeting |
| Nikhil Warier | 08/12/22 | 0.5 | Call / meeting with Debtors' advisors |
| Nikhil Warier | 08/12/22 | 0.5 | PJT internal call / meeting |
| Nikhil Warier | 08/14/22 | 1.0 | Discussion with creditors and/or their advisors |
| Nikhil Warier | 08/15/22 | 0.5 | Discussion with creditors and/or their advisors |
| Nikhil Warier | 08/15/22 | 0.5 | PJT internal call / meeting |
| Nikhil Warier | 08/16/22 | 0.5 | PJT internal call / meeting |
| Nikhil Warier | 08/17/22 | 0.5 | Call / meeting with Debtors' advisors |
| Nikhil Warier | 08/17/22 | 0.5 | Discussion with creditors and/or their advisors |
| Nikhil Warier | 08/17/22 | 0.5 | Call / meeting with Debtors' advisors |
| Nikhil Warier | 08/17/22 | 0.5 | Discussion with creditors and/or their advisors |
| Nikhil Warier | 08/17/22 | 0.5 | PJT internal call / meeting |
| Nikhil Warier | 08/22/22 | 1.0 | Call / meeting with Debtors' advisors |
| Nikhil Warier | 08/22/22 | 0.5 | Call / meeting with Debtors' advisors |
| Nikhil Warier | 08/23/22 | 0.5 | Call / meeting with Debtors' advisors |
| Nikhil Warier | 08/23/22 | 1.0 | Call / meeting with Debtors' advisors |
| Nikhil Warier | 08/23/22 | 0.5 | Attending / preparing with counsel for court hearings |

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Nikhil Warier | 08/24/22 | 1.0 | Attending / preparing with counsel for court hearings |
| Nikhil Warier | 08/25/22 | 0.5 | PJT internal call / meeting |
| Nikhil Warier | 08/25/22 | 0.5 | Call / meeting with Debtors' advisors |
| Nikhil Warier | 08/25/22 | 1.0 | PJT internal call / meeting |
| Nikhil Warier | 08/25/22 | 1.0 | Call / meeting with Debtors' advisors |
| Nikhil Warier | 08/25/22 | 1.0 | Call / meeting with Debtors' advisors |
| Nikhil Warier | 08/26/22 | 1.0 | PJT internal call / meeting |
| Nikhil Warier | 08/26/22 | 0.5 | Call / meeting with Debtors' advisors |
| Nikhil Warier | 08/26/22 | 0.5 | Call / meeting with Debtors' advisors |
| Nikhil Warier | 08/26/22 | 1.0 | PJT internal call / meeting |
| Nikhil Warier | 08/29/22 | 2.0 | PJT internal call / meeting |
| Nikhil Warier | 08/29/22 | 0.5 | Call / meeting with Debtors' advisors |
| Nikhil Warier | 08/29/22 | 7.0 | Financial analysis |
| Nikhil Warier | 08/29/22 | 0.5 | Call / meeting with Debtors' advisors |
| Nikhil Warier | 08/30/22 | 4.0 | Call / meeting with Company |
| Nikhil Warier | 08/30/22 | 5.0 | Financial analysis |
| Nikhil Warier | 08/30/22 | 0.5 | Call / meeting with Debtors' advisors |
| Nikhil Warier | 08/30/22 | 3.0 | PJT internal call / meeting |
| Nikhil Warier | 08/30/22 | 0.5 | Call / meeting with Debtors' advisors |
| Nikhil Warier | 08/30/22 | 0.5 | Email correspondence on various matters |
| Nikhil Warier | 08/30/22 | 5.0 | Financial analysis |
| Nikhil Warier | 08/31/22 | 0.5 | PJT internal call / meeting |
| Nikhil Warier | 08/31/22 | 2.0 | PJT internal call / meeting |
| Nikhil Warier | 08/31/22 | 8.0 | Financial analysis |
| | | **69.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**AUGUST 1, 2022 THROUGH AUGUST 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| William Galvin | 08/09/22 | 0.5 | Preparation and review of materials |
| William Galvin | 08/15/22 | 1.0 | Preparation and review of materials |
| William Galvin | 08/16/22 | 0.5 | PJT internal call / meeting |
| William Galvin | 08/28/22 | 3.0 | Preparation and review of materials |
| William Galvin | 08/29/22 | 0.5 | PJT internal call / meeting |
| William Galvin | 08/29/22 | 1.0 | Preparation and review of materials |
| William Galvin | 08/30/22 | 4.0 | Call / meeting with Company |
| William Galvin | 08/31/22 | 0.5 | PJT internal call / meeting |
| William Galvin | 08/31/22 | 2.0 | Preparation and review of materials |
| | | **13.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**AUGUST 1, 2022 THROUGH AUGUST 31, 2022**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jonathan Zhao | 08/01/22 | 2.0 | Discussion with creditors and/or their advisors |
| Jonathan Zhao | 08/01/22 | 1.0 | Attending / preparing with counsel for court hearings |
| Jonathan Zhao | 08/01/22 | 3.0 | Financial analysis |
| Jonathan Zhao | 08/02/22 | 5.0 | Financial analysis |
| Jonathan Zhao | 08/03/22 | 0.5 | Call / meeting with Debtors' advisors |
| Jonathan Zhao | 08/03/22 | 0.5 | Call / meeting with Debtors' advisors |
| Jonathan Zhao | 08/03/22 | 2.0 | Financial analysis |
| Jonathan Zhao | 08/04/22 | 1.0 | Call / meeting with Debtors' advisors |
| Jonathan Zhao | 08/04/22 | 2.0 | Financial analysis |
| Jonathan Zhao | 08/05/22 | 0.5 | Discussion with creditors and/or their advisors |
| Jonathan Zhao | 08/05/22 | 3.0 | Financial analysis |
| Jonathan Zhao | 08/08/22 | 0.5 | PJT internal call / meeting |
| Jonathan Zhao | 08/08/22 | 7.0 | Financial analysis |
| Jonathan Zhao | 08/08/22 | 1.0 | Discussion with creditors and/or their advisors |
| Jonathan Zhao | 08/08/22 | 1.0 | PJT internal call / meeting |
| Jonathan Zhao | 08/09/22 | 0.5 | PJT internal call / meeting |
| Jonathan Zhao | 08/09/22 | 1.0 | Discussion with creditors and/or their advisors |
| Jonathan Zhao | 08/09/22 | 0.5 | PJT internal call / meeting |
| Jonathan Zhao | 08/09/22 | 0.5 | Call / meeting with Debtors' advisors |
| Jonathan Zhao | 08/09/22 | 9.0 | Financial analysis |
| Jonathan Zhao | 08/10/22 | 0.5 | PJT internal call / meeting |
| Jonathan Zhao | 08/10/22 | 3.0 | Financial analysis |
| Jonathan Zhao | 08/10/22 | 0.5 | PJT internal call / meeting |
| Jonathan Zhao | 08/11/22 | 1.0 | Call / meeting with Debtors' advisors |
| Jonathan Zhao | 08/11/22 | 0.5 | PJT internal call / meeting |
| Jonathan Zhao | 08/11/22 | 6.0 | Financial analysis |
| Jonathan Zhao | 08/12/22 | 0.5 | PJT internal call / meeting |
| Jonathan Zhao | 08/12/22 | 0.5 | Call / meeting with Debtors' advisors |
| Jonathan Zhao | 08/12/22 | 0.5 | PJT internal call / meeting |
| Jonathan Zhao | 08/12/22 | 2.0 | Financial analysis |
| Jonathan Zhao | 08/13/22 | 2.0 | Financial analysis |
| Jonathan Zhao | 08/14/22 | 1.0 | Discussion with creditors and/or their advisors |
| Jonathan Zhao | 08/15/22 | 0.5 | Discussion with creditors and/or their advisors |
| Jonathan Zhao | 08/15/22 | 0.5 | PJT internal call / meeting |

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jonathan Zhao | 08/15/22 | 1.0 | Financial analysis |
| Jonathan Zhao | 08/16/22 | 0.5 | PJT internal call / meeting |
| Jonathan Zhao | 08/16/22 | 1.0 | Financial analysis |
| Jonathan Zhao | 08/17/22 | 0.5 | Call / meeting with Debtors' advisors |
| Jonathan Zhao | 08/17/22 | 0.5 | Discussion with creditors and/or their advisors |
| Jonathan Zhao | 08/17/22 | 0.5 | Call / meeting with Debtors' advisors |
| Jonathan Zhao | 08/17/22 | 0.5 | Discussion with creditors and/or their advisors |
| Jonathan Zhao | 08/17/22 | 0.5 | PJT internal call / meeting |
| Jonathan Zhao | 08/17/22 | 3.0 | Financial analysis |
| Jonathan Zhao | 08/18/22 | 7.0 | Financial analysis |
| Jonathan Zhao | 08/19/22 | 1.0 | Financial analysis |
| Jonathan Zhao | 08/22/22 | 1.0 | Call / meeting with Debtors' advisors |
| Jonathan Zhao | 08/22/22 | 0.5 | Call / meeting with Debtors' advisors |
| Jonathan Zhao | 08/22/22 | 1.0 | Financial analysis |
| Jonathan Zhao | 08/23/22 | 0.5 | Call / meeting with Debtors' advisors |
| Jonathan Zhao | 08/23/22 | 1.0 | Call / meeting with Debtors' advisors |
| Jonathan Zhao | 08/23/22 | 0.5 | Attending / preparing with counsel for court hearings |
| Jonathan Zhao | 08/23/22 | 6.0 | Financial analysis |
| Jonathan Zhao | 08/24/22 | 1.0 | Attending / preparing with counsel for court hearings |
| Jonathan Zhao | 08/24/22 | 5.0 | Financial analysis |
| Jonathan Zhao | 08/25/22 | 0.5 | PJT internal call / meeting |
| Jonathan Zhao | 08/25/22 | 0.5 | Call / meeting with Debtors' advisors |
| Jonathan Zhao | 08/25/22 | 1.0 | PJT internal call / meeting |
| Jonathan Zhao | 08/25/22 | 1.0 | Call / meeting with Debtors' advisors |
| Jonathan Zhao | 08/25/22 | 1.0 | Call / meeting with Debtors' advisors |
| Jonathan Zhao | 08/25/22 | 5.0 | Financial analysis |
| | | **102.0** | |

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Kasra Khadem | 08/09/22 | 0.5 | Preparation and review of materials |
| Kasra Khadem | 08/15/22 | 1.0 | Preparation and review of materials |
| Kasra Khadem | 08/16/22 | 0.5 | PJT internal call / meeting |
| | | **2.0** | |