**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| REVLON, INC., *et al.*,[1] | ) ) ) | Case No. 22-10760 (DSJ) |
| Debtors. | ) ) | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Liz Santodomingo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 20, 2022, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on the Fee Application Service List attached hereto as **Exhibit A**; and via first class mail on Revlon, Inc. Attn: Andrew Kidd, Esq., One New York Plaza, New York, NY, 10004:

- First Monthly Fee Statement of Petrillo Klein & Boxer LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Debtors and Debtors in Possession from June 15, 2022 through August 31, 2022 [Docket No. 726]

- First Monthly Fee Statement of Alan Gover for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorney for the Debtors and Debtors in Possession from June 15, 2022 through August 31, 2022 [Docket No. 727]

- Second Monthly Fee Statement of Paul, Weiss, Rifkind, Wharton & Garrison LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for Debtors for Period from August 1, 2022 through August 31, 2022 [Docket No. 728]

- First Monthly Fee Statement of Houlihan Lokey Capital, Inc., Investment Banker for the Official Committee of Unsecured Creditors of Revlon, Inc., et al., for Compensation and Reimbursement of Expenses for the Period of July 8, 2022 through July 31, 2022 [Docket No. 729]

---

[1] The last four digits of Debtor Revlon, Inc.'s tax identification number are 2955. Due to the large number of debtor entities in these Chapter 11 Cases, for which the Court has granted joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/Revlon. The location of the Debtors' service address for purposes of these Chapter 11 Cases is: One New York Plaza, New York, NY 10004.

- Statement of Fees and Out-of-Pocket Expenses of PJT Partners LP for the Period of August 1, 2022 through August 31, 2022 [Docket No. 731]

Dated: September 26, 2022

/s/ Liz Santodomingo
Liz Santodomingo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 26, 2022, by Liz Santodomingo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ Cindy C. Hosein-Mohan
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

## **Exhibit A**

Exhibit A

Fee Application Service List

Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| BROWN RUDNICK LLP | ATTN: ROBERT J. STARK, ESQ & BENNETT S. SILVERBERG, ESQ. | RSTARK@BROWNRUDNICK.COM; BSILVERBERG@BROWNRUDNICK.COM |
| DAVIS POLK & WARDWELL LLP | ATTN: ELI J. VONNEGUT | ELI.VONNEGUT@DAVISPOLK.COM |
| OFFICE OF THE UNITED STATES TRUSTEE FOR REGION 2 | ATTN: BRIAN MASUMOTO, ESQ. | BRIAN.MASUMOTO@USDOJ.GOV |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ROBERT A. BRITTON | RBRITTON@PAULWEISS.COM |