UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REVLON, INC., *et al.*,[1] | ) | Case No. 22-10760 (DSJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER EXTENDING THE DEBTORS' EXCLUSIVE PERIODS TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF PURSUANT TO SECTION 1121 OF THE BANKRUPTCY CODE**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (a) extending the Exclusivity Periods, without prejudice to the Debtors' right to seek further extensions to the Exclusivity Periods, and (b) granting related relief, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the Southern District of New York*, dated February 1, 2012; and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the

---

[1] The last four digits of Debtor Revlon, Inc.'s tax identification number are 2955. Due to the large number of debtor entities in these Chapter 11 Cases, for which the Court has granted joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/Revlon. The location of the Debtors' service address for purposes of these Chapter 11 Cases is: One New York Plaza, New York, NY 10004.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

Motion were appropriate under the circumstances and no other notice need be provided; and a Certificate of No Objection having been filed; and this Court having reviewed the Motion; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. Pursuant to section 1121(d) of the Bankruptcy Code, the Filing Exclusivity Period pursuant to section 1121(b) of the Bankruptcy Code is hereby extended through and including January 19, 2023.

3. Pursuant to section 1121(d) of the Bankruptcy Code, the Soliciting Exclusivity Period pursuant to section 1121(c) of the Bankruptcy Code is hereby extended through and including January 19, 2023.

4. The Debtors shall file any motion seeking further extensions of the Exclusivity Periods (the "Second Exclusivity Extension Motion") no later than January 5, 2023. A hearing on the Second Exclusivity Extension Motion, if any, shall be held on January 19, 2023 at 10:00 a.m., prevailing Eastern Time, or on such other date agreed to by the Court, *provided that* pursuant to Local Rule 9006-2, the filing of the Second Exclusivity Extension Motion shall automatically extend the Exclusivity Periods until the Court acts on the Second Exclusivity Extension Motion without the necessity for entry of a bridge order. Any objections to the Second Exclusivity Extension Motion shall be filed with the Court by 4:00 p.m., prevailing Eastern Time, three calendar days prior to the hearing on the Second Exclusivity Extension Motion. The Debtors shall submit any reply to such objections no later than 4:00 p.m., prevailing Eastern Time, one calendar day prior to the hearing on the Second Exclusivity Extension Motion.

5.   Nothing herein shall prejudice the Debtors' rights to seek further extensions of the Exclusivity Periods consistent with section 1121(d) of the Bankruptcy Code.

6.   The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

7.   This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: New York, New York
       October 26, 2022

                                           *s/ David S. Jones*
                                           Honorable David S. Jones
                                           United States Bankruptcy Judge