Hearing Date:  December 21, 2022 at 10:00 a.m., prevailing Eastern Time
Objection Deadline:  December 5, 2022 at 11:59 p.m., prevailing Eastern Time

Paul M. Basta
Alice Belisle Eaton
Kyle J. Kimpler
Robert A. Britton
Brian Bolin
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REVLON, INC., *et al.*,[1] | ) | Case No. 22-10760 (DSJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## OMNIBUS NOTICE OF FIRST INTERIM FEE APPLICATIONS

**PLEASE TAKE NOTICE** that on November 14, 2022, certain professionals retained in the above-captioned cases of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed applications seeking allowance of interim compensation and reimbursement of expenses (collectively, the "Applications") pursuant to the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 259].  A hearing (the "Hearing") on the Applications will be held on **December 21, 2022, at 10:00 a.m., prevailing Eastern Time**.

**PLEASE TAKE FURTHER NOTICE** that in accordance with General Order M-543 dated March 20, 2020, the Hearing will be conducted via Zoom videoconference.  Parties wishing to appear at the Hearing, whether in a "live" or "listen only" capacity, must make an electronic appearance through the "eCourtAppearances" tab on the Court's website (https://www.nysb.uscourts.gov/content/judge-david-s-jones) no later than 4:00 p.m. on the

---

[1] The last four digits of Debtor Revlon, Inc.'s tax identification number are 2955.  Due to the large number of debtor entities in these Chapter 11 Cases, for which the Court has granted joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/Revlon.  The location of the Debtors' service address for purposes of these Chapter 11 Cases is:  One New York Plaza, New York, NY 10004.

business day before the Hearing (the "Appearance Deadline"). Following the Appearance Deadline, the Court will circulate by email the Zoom link to the Hearing to those parties who have made an electronic appearance. Parties wishing to appear at the Hearing must submit an electronic appearance through the Court's website by the Appearance Deadline and not by emailing or otherwise contacting the Court. Additional information regarding the Court's Zoom and hearing procedures can be found on the Court's website.

**PLEASE TAKE FURTHER NOTICE** that the following Applications will be considered at the Hearing:

| Applicant | Interim Fee Period | First Interim Fees | First Interim Expenses | Aggregate First Interim Fees and Expenses |
|---|---|---|---|---|
| **Freshfields Bruckhaus Deringer LLP** [Docket No. 995] | June 15, 2022 – September 30, 2022 | $1,530,004.81 | $19,422.57 | $1,549,427.38 |
| **Ropes & Gray LLP** [Docket No. 997] | June 15, 2022 – September 30, 2022 | $668,864.50 | $2,223.07 | $671,087.57 |
| **MoloLamken LLP** [Docket No. 998] | June 15, 2022 – September 30, 2022 | $490,430.50 | $0 | $490,430.50 |
| **Huron Consulting Services LLC** [Docket No. 999] | June 17, 2022 – September 30, 2022 | $1,452,367.00 | $525.00 | $1,452,892.00 |
| **KPMG LLP (US)** [Docket No. 1000] | June 15, 2022 – September 30, 2022 | $4,551,261.51 | $10,726.74 | $4,561,988.25 |
| **PricewaterhouseCoopers LLP** [Docket No. 1001] | July 19, 2022 – September 30, 2022 | $866,768.00 | $16,909.15 | $883,677.15 |

2

| | | | | |
|---|---|---|---|---|
| **PJT Partners LP**<br><br>[Docket No. 1002] | June 15, 2022 – September 30, 2022 | $5,581,666.67 | $3,283.44 | $5,584,950.11 |
| **Deloitte LLP (Canada)**<br><br>[Docket No. 1003] | June 15, 2022 – September 30, 2022 | $222,768.10 | $28,959.85 | $251,727.95 |
| **Paul, Weiss, Rifkind, Wharton & Garrison LLP**<br><br>[Docket No. 1004] | June 15, 2022 – September 30, 2022 | $19,428,006.00 | $242,481.74 | $19,670,487.74 |
| **Petrillo Klein & Boxer LLP**<br><br>[Docket No. 1006] | June 15, 2022 – September 30, 2022 | $364,128.50 | $26,985.63 | $391,114.13 |
| **Alan Gover**<br><br>[Docket No. 1007] | June 15, 2022 – September 30, 2022 | $278,980.00 | $0 | $278,980.00 |
| **Teneo Capital LLC**<br><br>[Docket No. 1008] | July 18, 2022 – September 30, 2022 | $268,995.00 | $0 | $268,995.00 |
| **Province, LLC**<br><br>[Docket No. 996] | June 29, 2022 – September 30, 2022 | $4,426,278.00 | $8,981.74 | $4,435,259.74 |
| **Brown Rudnick LLP**<br><br>[Docket No. 1005] | June 29, 2022 – September 30, 2022 | $5,013,698.21 | $85,437.42 | $5,099,135.63 |

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (each an "Objection") to the relief requested in the Applications shall: (a) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New

3

York, and all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York; and (b) be served so as to be actually received by **December 5, 2022, at 11:59 p.m., prevailing Eastern Time** in a manner consistent with the *Revised Order (A) Establishing Certain Notice, Case Management, and Administrative Procedures and (B) Granting Related Relief* [Docket No. 279] and the procedures set forth therein as Exhibit 1 (the "Case Management Procedures"), including, but not limited to, by serving any Objection on the parties listed in paragraphs 22 and 34 of the Case Management Procedures.

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely filed and served with respect to the Applications, the Debtors may, on or after the Objection Deadline, submit to the Bankruptcy Court an omnibus order granting the relief requested in each of the Applications, which order may be entered with no further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing. The Debtors will file an agenda before the Hearing, which may modify or supplement the Applications to be heard at the Hearing.

**PLEASE TAKE FURTHER NOTICE that *your rights may be affected*. You should read the Applications carefully and discuss it with your attorney, if you have one. If you do not have an attorney, you may wish to consult with one.**

**PLEASE TAKE FURTHER NOTICE** that copies of the Applications can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, or (ii) from the Debtors' proposed notice and claims agent, Kroll, at https://cases.ra.kroll.com/revlon/ or by calling (855) 631-5341 (toll free) for U.S. and Canada-based parties or +1 (646) 795-6968 for international parties. Note that a PACER password is needed to access documents on the Court's website.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| New York, New York<br>Dated: November 14, 2022 | */s/ Robert A. Britton*<br>Paul M. Basta<br>Alice Belisle Eaton<br>Kyle J. Kimpler<br>Robert A. Britton<br>Brian Bolin<br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>pbasta@paulweiss.com<br>aeaton@paulweiss.com<br>kkimpler@paulweiss.com<br>rbritton@paulweiss.com<br>bbolin@paulweiss.com<br><br>*Counsel to the Debtors and Debtors in Possession* |