Paul M. Basta
Alice Belisle Eaton
Kyle J. Kimpler
Robert A. Britton
Brian Bolin
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| REVLON, INC., *et al.*,[1] | ) Case No. 22-10760 (DSJ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**AGENDA FOR HEARING TO BE HELD ON**
**DECEMBER 21, 2022, AT 10:00 A.M. (PREVAILING EASTERN TIME)**

Time and Date of Hearing:   December 21, 2022, at 10:00 a.m. (prevailing Eastern Time)

Zoom Attendance:   The Hearing will be conducted remotely via Zoom for Government. Parties wishing to appear at the Hearing, whether in a "live" or "listen only" capacity, must make an electronic appearance through the "eCourtAppearances" tab on the Court's website (https://www.nysb.uscourts.gov/content/judge-david-s-jones) no later than 4:00 p.m. on the business day before the Hearing (the "Appearance Deadline"). Following the Appearance Deadline, the Court will circulate by email the Zoom link to the Hearing to those parties who have made an electronic appearance. Parties wishing to appear at the Hearing must submit an electronic appearance through the Court's website by

---

[1] The last four digits of Debtor Revlon, Inc.'s tax identification number are 2955. Due to the large number of debtor entities in these Chapter 11 Cases, for which the Court has granted joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/Revlon. The location of the Debtors' service address for purposes of these Chapter 11 Cases is: One New York Plaza, New York, NY 10004.

|   |   |
|---|---|
| | the Appearance Deadline and not by emailing or otherwise contacting the Court. Additional information regarding the Court's Zoom and hearing procedures can be found on the Court's website. |
| Copies of Pleadings: | Copies of each pleading identified below can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, or (ii) from the Debtors' proposed notice and claims agent, Kroll (the "Claims Agent"), at https://cases.ra.kroll.com/revlon/ or by calling (855) 631-5341 (toll free) for U.S. and Canada-based parties or +1 (646) 795-6968 for international parties. Note that a PACER password is needed to access documents on the Court's website. |

**I.  Status Conference.**

1.  **Pretrial Conference in Adv. Proc. Case No. 22-01167, *AIMCO CLO 10, Ltd., et al. v. Revlon, Inc. et al.***

**II.  Uncontested Matters to be Heard.**

1.  **Freshfields Bruckhaus Deringer LLP First Interim Fee Application.** First Interim Fee Application Of Freshfields Bruckhaus Deringer US LLP And Freshfields Bruckhaus Deringer LLP, Special Counsel For The Debtors And Debtors-In-Possession, For The Payment Of Compensation And Reimbursement Of Expenses For The Period From The Petition Date Through September 30, 2022. ECF No. 995.

    Related Filings:

    A.  Omnibus Certificate Of No Objection Regarding Interim Fee Applications Of Freshfields Bruckhaus Deringer US LLP And Freshfields Bruckhaus Deringer LLP, KPMG LLP (US), PricewaterhouseCoopers LLP, PJT Partners LP, Paul, Weiss, Rifkind, Wharton & Garrison LLP, Petrillo Klein & Boxer LLP, Alan Gover, And Teneo Capital LLC. ECF No. 1212.

    Response Deadline:  December 5, 2022 at 11:59 p.m., prevailing Eastern Time.

    Responses Received:

    B.  None

    Status:  This matter is going forward on an uncontested basis.

2. **Province, LLC First Interim Fee Application.** First Interim Application Of Province, LLC, Financial Advisor To The Official Committee Of Unsecured Creditors Of Revlon, Inc., Et Al., For Compensation And Reimbursement Of Expenses For The Interim Period Of June 29, 2022 Through September 30, 2022. ECF No. 996.

    Response Deadline: December 5, 2022 at 11:59 p.m., prevailing Eastern Time.

    Responses Received:

    A. None.

    Status: This matter is going forward on an uncontested basis.

3. **Ropes & Gray LLP First Interim Fee Application.** First Interim Fee Application Of Ropes & Gray LLP, As Special Counsel To The BrandCo Debtors, For The Period From June 15, 2022 Through September 30, 2022. ECF No. 997.

    Related Filings:

    A. Omnibus Certificate of No Objection Regarding Interim Fee Applications of Deloitte LLP and Ropes & Gray LLP. ECF No. 1219.

    Response Deadline: December 5, 2022 at 11:59 p.m., prevailing Eastern Time.

    Responses Received:

    B. None.

    Status: This matter is going forward on an uncontested basis.

4. **MoloLamken LLP First Interim Fee Application.** First Interim Fee Application Of MoloLamken LLP, Special Litigation Counsel For The Debtors And Debtors-In-Possession, For The Payment Of Compensation For The Period From June 15, 2022 Through September 30, 2022. ECF No. 998.

    Related Filings:

    A. Certificate of No Objection Regarding First Interim Fee Application of MoloLamken LLP. ECF No. 1209.

    Response Deadline: December 5, 2022 at 11:59 p.m., prevailing Eastern Time.

Responses Received:

B.    None.

Status:    This matter is going forward on an uncontested basis.

5. **Huron Consulting Services LLC First Interim Fee Application.** First Interim Fee Application Of Huron Consulting Services LLC As Financial Advisors To The BrandCo Debtors For The Period From June 17, 2022, Through And Including September 30, 2022. ECF No. 999.

    Response Deadline:    December 5, 2022 at 11:59 p.m., prevailing Eastern Time.

    Responses Received:

    A.    None.

    Status:    This matter is going forward on an uncontested basis.

6. **KPMG First Interim Fee Application.** First Interim Fee Application Of KPMG LLP (Us) As Audit, Tax Compliance, Tax Consulting And Advisory Services Provider To The Debtors And Debtors In Possession, For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses Incurred For The Period Of June 15, 2022 Through September 30, 2022. ECF No. 1000.

    Related Filings:

    A.    Omnibus Certificate Of No Objection Regarding Interim Fee Applications Of Freshfields Bruckhaus Deringer US LLP And Freshfields Bruckhaus Deringer LLP, KPMG LLP (US), PricewaterhouseCoopers LLP, PJT Partners LP, Paul, Weiss, Rifkind, Wharton & Garrison LLP, Petrillo Klein & Boxer LLP, Alan Gover, And Teneo Capital LLC. ECF No. 1212.

    Response Deadline:    December 5, 2022 at 11:59 p.m., prevailing Eastern Time.

    Responses Received:

    B.    None.

    Status:    This matter is going forward on an uncontested basis.

7. **PricewaterhouseCoopers LLP First Interim Fee Application.** First Interim Fee Application Of PricewaterhouseCoopers LLP, As Accounting Advisory Services Provider To The Debtors And Debtors In Possession, For Compensation And Reimbursement Of Expenses For The Period From July 19, 2022 Through September 30, 2022. ECF No. 1001.

   Related Filings:

   A. Omnibus Certificate Of No Objection Regarding Interim Fee Applications Of Freshfields Bruckhaus Deringer US LLP And Freshfields Bruckhaus Deringer LLP, KPMG LLP (US), PricewaterhouseCoopers LLP, PJT Partners LP, Paul, Weiss, Rifkind, Wharton & Garrison LLP, Petrillo Klein & Boxer LLP, Alan Gover, And Teneo Capital LLC. ECF No. 1212.

   Response Deadline: December 5, 2022 at 11:59 p.m., prevailing Eastern Time.

   Responses Received:

   B. None.

   Status: This matter is going forward on an uncontested basis.

8. **PJT Partners LP First Interim Fee Application.** First Interim Fee Application Of PJT Partners LP As Investment Banker To The Debtors And Debtors-In-Possession For Allowance Of Compensation For Services Rendered And For The Reimbursement Of All Actual And Necessary Expenses Incurred For The Period Of June 15, 2022 Through September 30, 2022. ECF No. 1002.

   Related Filings:

   A. Omnibus Certificate Of No Objection Regarding Interim Fee Applications Of Freshfields Bruckhaus Deringer US LLP And Freshfields Bruckhaus Deringer LLP, KPMG LLP (US), PricewaterhouseCoopers LLP, PJT Partners LP, Paul, Weiss, Rifkind, Wharton & Garrison LLP, Petrillo Klein & Boxer LLP, Alan Gover, And Teneo Capital LLC. ECF No. 1212.

   Response Deadline: December 5, 2022 at 11:59 p.m., prevailing Eastern Time.

   Responses Received:

   B. None.

Status: This matter is going forward on an uncontested basis.

9. **Deloitte LLP First Interim Fee Application.** First Interim Fee Application Of Deloitte LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Canadian Indirect Tax Compliance, And Indirect Tax Consulting And Advisory Services Provider To The Debtors For The Period From June 15, 2022 Through September 30, 2022. ECF No. 1003.

   Related Filings:

   A. Omnibus Certificate of No Objection Regarding Interim Fee Applications of Deloitte LLP and Ropes & Gray LLP. ECF No. 1219.

   Response Deadline: December 5, 2022 at 11:59 p.m., prevailing Eastern Time.

   Responses Received:

   B. None.

   Status: This matter is going forward on an uncontested basis.

10. **Paul, Weiss, Rifkind, Wharton & Garrison LLP First Interim Fee Application.** First Interim Fee Application Of Paul, Weiss, Rifkind, Wharton & Garrison LLP, Attorneys For The Debtors And Debtors In Possession, For The Payment Of Compensation And Reimbursement Of Expenses For The Period From June 15, 2022 Through September 30, 2022. ECF No. 1004.

    Related Filings:

    A. Omnibus Certificate Of No Objection Regarding Interim Fee Applications Of Freshfields Bruckhaus Deringer US LLP And Freshfields Bruckhaus Deringer LLP, KPMG LLP (US), PricewaterhouseCoopers LLP, PJT Partners LP, Paul, Weiss, Rifkind, Wharton & Garrison LLP, Petrillo Klein & Boxer LLP, Alan Gover, And Teneo Capital LLC. ECF No. 1212.

    Response Deadline: December 5, 2022 at 11:59 p.m., prevailing Eastern Time.

    Responses Received:

    B. None.

    Status: This matter is going forward on an uncontested basis.

11. **Brown Rudnick LLP First Interim Fee Application.** First Interim Fee Application Of Brown Rudnick LLP As Counsel To The Official Committee Of Unsecured Creditors For Services And Reimbursement Of Expenses Incurred For The Period Of June 29, 2022 Through September 30, 2022. ECF No. 1005.

    Response Deadline:   December 5, 2022 at 11:59 p.m., prevailing Eastern Time.

    Responses Received:

    A.   None.

    Status:   This matter is going forward on an uncontested basis.

12. **Petrillo Klein & Boxer LLP First Interim Fee Application.** First Interim Fee Application Of Petrillo Klein & Boxer LLP, Attorneys For The Debtors And Debtors-In-Possession, For The Payment Of Compensation And Reimbursement Of Expenses For The Period From June 15, 2022 Through September 30, 2022. ECF No. 1006.

    Related Filings:

    A.   Omnibus Certificate Of No Objection Regarding Interim Fee Applications Of Freshfields Bruckhaus Deringer US LLP And Freshfields Bruckhaus Deringer LLP, KPMG LLP (US), PricewaterhouseCoopers LLP, PJT Partners LP, Paul, Weiss, Rifkind, Wharton & Garrison LLP, Petrillo Klein & Boxer LLP, Alan Gover, And Teneo Capital LLC. ECF No. 1212.

    Response Deadline:   December 5, 2022 at 11:59 p.m., prevailing Eastern Time.

    Responses Received:

    B.   None.

    Status:   This matter is going forward on an uncontested basis.

13. **Alan Gover First Interim Fee Application**. First Interim Fee Application Of Alan Gover, Attorney For The Debtors And Debtors-In-Possession, For The Payment Of Compensation And Reimbursement Of Expenses For The Period From June 15, 2022 Through September 30, 2022. ECF No. 1007.

    Related Filings:

    A.   Omnibus Certificate Of No Objection Regarding Interim Fee

7

      Applications Of Freshfields Bruckhaus Deringer US LLP And Freshfields Bruckhaus Deringer LLP, KPMG LLP (US), PricewaterhouseCoopers LLP, PJT Partners LP, Paul, Weiss, Rifkind, Wharton & Garrison LLP, Petrillo Klein & Boxer LLP, Alan Gover, And Teneo Capital LLC. ECF No. 1212.

Response Deadline: December 5, 2022 at 11:59 p.m., prevailing Eastern Time.

Responses Received:

B.     None.

Status: This matter is going forward on an uncontested basis.

14. **Teneo Capital LLC First Interim Fee Application.** First Interim Fee Application Of Teneo Capital LLC For Compensation For Services Rendered And Reimbursement Of Expenses Incurred As Financial Advisor To The Investigation Committee For The Period From July 18, 2022 Through September 30, 2022. ECF No. 1008.

Related Filings:

A.     Omnibus Certificate Of No Objection Regarding Interim Fee Applications Of Freshfields Bruckhaus Deringer US LLP And Freshfields Bruckhaus Deringer LLP, KPMG LLP (US), PricewaterhouseCoopers LLP, PJT Partners LP, Paul, Weiss, Rifkind, Wharton & Garrison LLP, Petrillo Klein & Boxer LLP, Alan Gover, And Teneo Capital LLC. ECF No. 1212.

Response Deadline: December 5, 2022 at 11:59 p.m., prevailing Eastern Time.

Responses Received:

B.     None.

Status: This matter is going forward on an uncontested basis.

15. **Houlihan Lokey Capital, Inc. First Interim Fee Application.** First Interim Fee Application Of Houlihan Lokey Capital, Inc., Investment Banker For The Official Committee Of Unsecured Creditors Of Revlon, Inc., Et. Al., For Compensation And Reimbursement Of Expenses For The Period Of July 8, 2022 Through September 30, 2022. ECF No. 1032.

<u>Related Filings</u>:

A.    Notice of First Interim Fee Application Of Houlihan Lokey Capital, Inc., Investment Banker For The Official Committee Of Unsecured Creditors Of Revlon, Inc., Et. Al., For Compensation And Reimbursement Of Expenses For The Period Of July 8, 2022 Through September 30, 2022. ECF No. 1033.

<u>Response Deadline</u>:   December 9, 2022 at 11:59 p.m., prevailing Eastern Time.

<u>Responses Received</u>:

B.    None.

<u>Status</u>:   This matter is going forward on an uncontested basis.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| New York, New York<br>Dated:  December 19, 2022 | */s/ Robert A. Britton*<br>Paul M. Basta<br>Alice Belisle Eaton<br>Kyle J. Kimpler<br>Robert A. Britton<br>Brian Bolin<br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>pbasta@paulweiss.com<br>aeaton@paulweiss.com<br>kkimpler@paulweiss.com<br>rbritton@paulweiss.com<br>bbolin@paulweiss.com<br><br>*Counsel to the Debtors and Debtors in Possession* |