UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| REVLON, INC., *et al.*,[1] | ) ) ) | Case No. 22-10760 (DSJ) |
| Debtors. | ) ) ) | (Jointly Administered) |

## ORDER DIRECTING ROPES & GRAY LLP TO SUPPLEMENT ITS FIRST INTERIM FEE APPLICATION

Ropes & Gray LLP, Special Counsel to the BrandCo Debtors, filed its First Interim Fee Application on November 14, 2022 (the "Application"). *See* ECF No. 997. The Application seeks compensation in the amount of $143,819.50 (166.40 hours) for "Employment and Fee Applications" or approximately 21% of the total amount of professional fees sought in the amount of $688,864.50. *See* ECF No. 997 ¶ 30, Ex. A.

The Court generally will not approve compensation for the preparation of fee applications in excess of 5% of the total amount billed. *See, e.g. In re Mesa Group, Inc.*, 449 B.R. 441, 445 (Bankr. S.D.N.Y. 2011) (finding 8% of the total fees sought allocated to preparation of fee applications too high and failing to satisfy the "reasonably likely to benefit the estate" standard.).

---

[1]  The last four digits of Debtor Revlon, Inc.'s tax identification number are 2955. Due to the large number of debtor entities in these Chapter 11 Cases, for which the Court has granted joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/Revlon. The location of the Debtors' service address for purposes of these Chapter 11 Cases is: One New York Plaza, New York, NY 10004.

Accordingly, the Court directs Ropes & Gray to supplement its Application by December 21, 2022 with a more thorough explanation of its time spent on the preparation of Employment and Fee Applications, or, if necessary, a modification.

Dated: New York, New York
      December 20, 2022

                                *s/ David S. Jones*
                              Honorable David S. Jones
                              United States Bankruptcy Judge