Paul M. Basta
Alice Belisle Eaton
Kyle J. Kimpler
Robert A. Britton
Brian Bolin
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| REVLON, INC., *et al.*,[1] | Case No. 22-10760 (DSJ) |
| Debtors. | (Jointly Administered) |

**NOTICE OF ADJOURNMENT OF CERTAIN MATTERS AND CANCELLATION OF THE HEARING SCHEDULED FOR JANUARY 31, 2023**

      **PLEASE TAKE NOTICE** that the hearing scheduled for **January 31, 2023, at 11:00 a.m. (prevailing Eastern Time)**, before the Honorable David S. Jones, United States Bankruptcy Judge for the United States Bankruptcy Court of the Southern District of New York (the "Court"), **has been cancelled**.

      **PLEASE TAKE NOTICE** that on December 23, 2022, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for an Order Approving (I) the Adequacy of the Disclosure Statement, (II) Solicitation and Voting Procedures With Respect to Confirmation of the Plan, (III) the Form of Ballots and Notices in Connection Therewith, and (IV) the Scheduling of Certain Dates With Respect Thereto* [ECF No. 1255] (the "Disclosure Statement Motion").

---

[1] The last four digits of Debtor Revlon, Inc.'s tax identification number are 2955. Due to the large number of debtor entities in these Chapter 11 Cases, for which the Court has granted joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/Revlon. The location of the Debtors' service address for purposes of these Chapter 11 Cases is: One New York Plaza, New York, NY 10004.

**PLEASE TAKE NOTICE** that on January 5, 2023, the Debtors filed the *Debtors' Motion to Extend the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code* (the "Exclusivity Motion") [Docket No. 860].

**PLEASE TAKE FURTHER NOTICE** that on January 10, 2023, the Debtors filed the *Motion for Entry of an Order (I) Authorizing the (A) Debtors' Entry Into the Backstop Commitment Agreement, (B) Debtors' Entry Into the Debt Commitment Letter, (C) Debtors to Perform all Obligations Under the Backstop Commitment Agreement and the Debt Commitment Letter, and (D) Incurrence, Payment, and Allowance of Related Premiums, Fees, Discounts, Costs, and Expenses as Administrative Expense Claims, (II) Approving the Rights Offering Procedures and Related Forms and (III) Granting Related Relief* [ECF No. 1306] (the "Backstop Motion", and together with the Exclusivity Motion and the Disclosure Statement Motion, the "Motions").

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider the Motions, scheduled to be held on January 31, 2023 at 11:00 a.m. (prevailing Eastern Time), has been adjourned and rescheduled to be held on **February 8, 2023 at 10:00 a.m. (prevailing Eastern Time)** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that in light of the forgoing, there is no need for a hearing on January 31, 2023.

**PLEASE TAKE FURTHER NOTICE** that the deadline to file any responses or objections (each, an "Objection") to the relief requested in the Motions with the Court and serve such Objection upon the parties on the Service List has been extended from January 24, 2023 at 4:00 p.m. (prevailing Eastern Time) to **January 26, 2023 at 4:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that any reply to an Objection to the relief requested in the Motions shall be filed with the Court and served upon the parties on the Service List so as to be actually received by **February 7, 2023 at 12:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted remotely via Zoom for Government. Parties wishing to appear at the Hearing, whether in a "live" or "listen only" capacity, must make an electronic appearance through the "eCourtAppearances" tab on the Court's website (https://www.nysb.uscourts.gov/content/judge-david-s-jones) no later than 4:00 p.m. (prevailing Eastern Time) on the business day before the Hearing (the "Appearance Deadline"). Following the Appearance Deadline, the Court will circulate by email the Zoom link to the Hearing to those parties who have made an electronic appearance. Parties wishing to appear at the Hearing must submit electronic appearances through the Court's website by the Appearance Deadline and not by emailing or otherwise contacting the Court. Additional information regarding the Court's Zoom and hearing procedures can be found on the Court's website.

**PLEASE TAKE FURTHER NOTICE** that copies of each pleading identified above can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, or (ii) from the Debtors' proposed notice and claims agent, Kroll (the "Claims Agent"), at https://cases.ra.kroll.com/revlon/ or by calling (855) 631-5341 (toll free) for U.S. and Canada-

based parties or +1 (646) 795-6968 for international parties.  Note that a PACER password is needed to access documents on the Court's website.

**PLEASE TAKE FURTHER NOTICE that <u>*your rights may be affected*</u>.  You should read the Motions carefully and discuss them with your attorney, if you have one.  If you do not have an attorney, you may wish to consult with one.**

**PLEASE TAKE FURTHER NOTICE** that the matters listed above may be further adjourned from time to time without further notice other than an announcement at the Hearing.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| New York, New York<br>Dated: January 18, 2023 | */s/ Robert A Britton*<br>Paul M. Basta<br>Alice Belisle Eaton<br>Kyle J. Kimpler<br>Robert A. Britton<br>Brian Bolin<br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>pbasta@paulweiss.com<br>aeaton@paulweiss.com<br>kkimpler@paulweiss.com<br>rbritton@paulweiss.com<br>bbolin@paulweiss.com |