Mark F. Liscio, Esq.
Scott D. Talmadge, Esq.
Alexander A. Rich, Esq.
FRESHFIELDS BRUCKHAUS DERINGER US LLP
601 Lexington Avenue, 31st Floor
New York, New York 10022
Telephone: (212) 277-4000
Facsimile:  (212) 277-4001

*Special Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REVLON, INC., *et al.*,[1] | ) | Case No. 22-10760 (DSJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**CERTIFICATE OF NO OBJECTION REGARDING DEBTORS' FIFTH MONTHLY FEE STATEMENT OF FRESHFIELDS BRUCKHAUS DERINGER US LLP AND FRESHFIELDS BRUCKHAUS DERINGER LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS FOR PERIOD FROM DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022 (DOCKET NO. 1360)**

In accordance with the procedures established under the *Order Establishing Procedures*

*for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket

---

[1] The last four digits of Debtor Revlon, Inc.'s tax identification number are 2955. Due to the large number of debtor entities in these Chapter 11 Cases, for which the Court has granted joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/Revlon. The location of the Debtors' service address for purposes of these Chapter 11 Cases is:  One New York Plaza, New York, NY 10004.

No. 259] (the "<u>Interim Compensation Order</u>"),[2] the undersigned special counsel for the above-captioned debtors and debtors in possession (the "<u>Debtors</u>") hereby certifies as follows:

1.    On January 20, 2023, the Debtors filed the *Fifth Monthly Fee Statement of Freshfields Bruckhaus Deringer US LLP and Freshfields Bruckhaus Deringer LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the Debtors for Period from December 1, 2022 through December 31, 2022* [Docket No. 1360] (the "<u>Monthly Fee Statement</u>").

2.    In accordance with the Interim Compensation Order, objections to the Monthly Fee Statement were due no later than February 4, 2023 (the "<u>Objection Deadline</u>").  Paragraph 2(f) of the Interim Compensation Order provides, in relevant part, "[u]pon the expiration of the Objection Deadline, each Professional may file a certificate of no objection or a certification of counsel with the Court, whichever is applicable, after which the Debtors are authorized to pay each Professional an amount (the '<u>Actual Payment</u>') equal to the lesser of (a) 80% of the fees and 100% of the expenses requested in the Monthly Fee Application (the '<u>Maximum Payment</u>'), and (b) the aggregate amount of fees and expenses not subject to an objection."

3.    As of the filing of this certificate, to the best of my knowledge, no responsive pleading to the Monthly Fee Statement has been (a) filed with the Court on the docket of the above-captioned chapter 11 cases or (b) served on the Debtors or their counsel.

4.    The Monthly Fee Statement was filed and served in accordance with the Interim Compensation Order. Consequently, pursuant to the Interim Compensation Order, and without the

---

[2]    Capitalized terms used herein but not otherwise defined herein have the meanings ascribed to them in the Interim Compensation Order.

need for a further order of the Court, the Debtors are authorized to pay the Actual Payment requested in the Monthly Fee Statement upon the filing of this certification.

February 6, 2023
New York, New York

/s/ Scott. D. Talmadge
Mark F. Liscio, Esq.
Scott D. Talmadge, Esq.
Alexander A. Rich, Esq.
FRESHFIELDS BRUCKHAUS DERINGER US LLP
601 Lexington Avenue, 31st Floor
New York, New York 10022
Telephone: (212) 277-4000
Facsimile:  (212) 277-4001

*Special Counsel to the Debtors
and Debtors in Possession*