Steven F. Molo, Esq.
Justin M. Ellis, Esq.
Sara E. Margolis, Esq.
Caleb Hayes-Deats, Esq.
**MOLOLAMKEN LLP**
430 Park Avenue
New York, NY 10022
Telephone: (212) 607-8160
Facsimile: (212) 607-8161

*Special Litigation Counsel for the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| REVLON, INC., *et al.*,[1] | Case No. 22-10760 (DSJ) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF NO OBJECTION REGARDING**
**SIXTH MONTHLY FEE STATEMENTS OF MOLOLAMKEN LLP**

In accordance with the procedures established under the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, entered on July 21, 2022 [Docket No. 259] (the "Interim Compensation Order"),[2] the undersigned counsel for the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies as follows:

1. On January 20, 2023, the Debtors filed the *Sixth Monthly Fee Statement of MoloLamken LLP for Compensation for Services Rendered as Attorneys for Debtors for Period*

---

[1] The last four digits of Debtor Revlon, Inc.'s tax identification number are 2955. Due to the large number of debtor entities in these Chapter 11 Cases, for which the Court has granted joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/Revlon. The location of the Debtors' service address for purposes of these Chapter 11 Cases is: One New York Plaza, New York, NY 10004.

[2] Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Interim Compensation Order.

*from December 1, 2022 Through December 31, 2022* [Docket No. 1358] (the "Monthly Fee Statement").

2. In accordance with the Interim Compensation Order, objections to the Monthly Fee Statement were due no later than February 4, 2023 (the "Objection Deadline"). Paragraph 2(f) of the Interim Compensation Order provides, in relevant part, "[u]pon the expiration of the Objection Deadline, each Professional may file a certificate of no objection or a certification of counsel with the Court, whichever is applicable, after which the Debtors are authorized to pay each Professional an amount (the 'Actual Payment') equal to the lesser of (a) 80% of the fees and 100% of the expenses requested in the Monthly Fee Application (the 'Maximum Payment'), and (b) the aggregate amount of fees and expenses not subject to an objection."

3. As of the filing of this certificate, to the best of my knowledge, no objection or other responsive pleading to the Monthly Fee Statement has been (a) filed with the Court on the docket of the above-captioned Chapter 11 case or (b) served on the Debtors or their counsel.

4. The Monthly Fee Statement was filed and served in accordance with the Interim Compensation Order. Consequently, pursuant to the Interim Compensation Order, and without the need for a further order of the Court, the Debtors are authorized to pay the Actual Payment requested in the Monthly Fee Statement upon the filing of this certificate.

Dated: February 6, 2023
New York, New York

        MOLOLAMKEN LLP

        */s/ Steven Molo*
        Steven F. Molo, Esq.
        Justin M. Ellis, Esq.
        Sara E. Margolis, Esq.
        Caleb Hayes-Deats, Esq.
        **MOLOLAMKEN LLP**
        430 Park Avenue
        New York, NY 10022
        Telephone: (212) 607-8160
        Facsimile: (212) 607-8161
        smolo@mololamken.com
        jellis@mololamken.com
        smargolis@mololamken.com
        chayes-deats@mololamken.com

        *Special Litigation Counsel for the Debtors*
        *and Debtors in Possession*