```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re    CHAPTER 11-22-10760          :
                                      :    Chapter  11
                                      :
REVLON CORPORATION                    :
OFFER TO PURCHASE ,22-                :    Case No. _22-
10760_-____ (                         :
                                      :
             Debtor.                  :
                                      :
-----------------------------------------------------------x
```

## ADJOURNMENT NOTICE OF HEARING MOTION
## REVLON CORPORATION
## CASE 22-10760
## NEW YORK SOUTHERN DISTRICT BANKRUPTCY

Upon the motion, dated ___FEDRUARY 22 2.00PM _____, 2023__ (the "THE NOTICE HEARING OF MOTION ), of [ VENTURE CAPITAL INVESTOR GROUP CANADA ][1] (with any subsequent successor or assign, the "PARTIE AS BUYER FOR THE CORPORATION [2]), for an order, pursuant to section 362(d) of title 11 of the United STATES MOTION]; and due and proper notice of the NOTICE OF HEARING MOTION having been made on all necessary parties; and the Court having a hearing on the NOTICE OF HEARING MOTION on __22 FEBRUARY 22__ DATE TIME _2.00_____, 20_23_; [and the above-captioned debtor (the "Debtor") having T AGREEMENT OF THE OPPSING OFFER OR NOT IN THE the

---

[1] Bracketed clauses herein indicate items that will vary from order to order, such as proper nouns and clauses that will be appropriate in some, but not all, circumstances. Instructions to attorneys are in CAPS.

[2] Alternatively, the defined term for the movant can be, as appropriate, "Landlord," "Mortgagee," or the like.

relief requested in the NOTICE OF HEARING MOTION (the "Objection");][3] [and there

OPINON ON THE MATTER OF GIVING SHARE HOLDERS VALUE BACK WITH ANOTHER CORPORATE COMPANY ON A INSTRUMENT MOVE DEBT TO EQUITY WITH 6 CRPORATION AT MY OPPORTUNITY OF DOING A DAL I AM WILLING TO PUT A HOCKEY TEAM IN THIS NEW CORPORATION AND PERFORMANCE BONUS FOR THE BROKEAGE FIRMS TO SELL THE MOST STOCKS ON A PERFORMANCE PROGRAM `REVLON WAS NOT TO BE IN BANKRUPTCY IF THEY KNEW WHAT THEY WERE DOING WHICH SHOW THEY DO NOT THE CASE IS GET THE DEBT COMMITTIE THE MONEY OF THE TRANSACTION THE OFFER IS 200 MILLION SECURITES AND CASH

WE ARE TAKING THE DIP FUND THE WHOLE MESS AND FLIP IT IN A NEW CORPORATION AS ITS SPREAD OVER THE OTHER CORPORATIONS WHICH I USE WE HAVE 7 HUNDRED MILLION ON THE TABLE AS NOW AND A CICB BANK AS A PLAYER F 8HUNDRED MILLION THE FINISHED PROJECT IS AT 1.5 BILLION DOLLARS

REVLON HAS NO OTHER BIDDER TO DO A DEAL OR PUT GOOD PEOPLE OUT OF WORK IM WANT RAISES PROFIT SHARING AND MORE THIS IS A SIMPLE DEAL BUT NO ONE KNOWS HOW WE WANT THE DIP FUND AND THE REST OF REVLON THIS IS NOT A STOCKING HORSE BUT A PURCHASE OFFER DEAL OR NO DEAL OR THE DEBT AND CREDITORS AND SHARE

---

[3] The preceding bracketed clause is appropriate if the Debtor has filed written opposition to the Motion or appeared at the Hearing opposing the Motion. The bracketed clause following the footnote will be appropriate when neither the Debtor nor any other party has either filed written opposition to the Motion or appeared in opposition there to at the Hearing. If a party other than the Debtor objects, the bracketed clause preceding the footnote should be revised accordingly.

HOLDERS GET NOTHING THE WHOLE CASE OF THIS BANKRUPTCY IS UP TO THE JUDGE OF DAVID JONES OF THE COURT TO MAKE SENSE OF THIS WE ARE USING FINANCIAL INSTRUMENTS TO HAVE THIS CORPORATION TO STAY ALIVE WE WAIT FOR THE TIME AND DATE I CAN SAY WE ARE THE HAIL MARY FOR THIS BANKRUPTCY CASE DEAL OR NO DEAL A HOCKEY TEAM AND EQUITY DEBT TO EQUITY THE CHOICE IS THE COURTS INTEREST FOR THE DEBTOR AND THE CORPORATION ITS FAR BETTER THEN TO GIVE MONEY TO EXECUTIVES INSTEAD OF YOUR EMPLOYEES WHICH DID NOT MAKE SENSE

being no opposition to the requested relief;] [and the Court having directed the Creditor on the record of the Hearing to settle an order on five days' notice on the Debtor; and the Creditor having settled[, without objection,] this form of order on the Debtor;[and the Debtor having filed an objection (the "Objection") thereto;]][4] and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing, it is hereby

ORDERED that the NOTICE OF HEARING OF Motion is granted as provided herein; and it is further

ORDERED that the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code is vacated under section 362(d) of the Bankruptcy Code as to the

---

[4] The immediately preceding larger bracketed clause is for situations in which the Court directed settlement of an order, and has language in the sub-bracketed clauses for situations of (i) opposition and (ii) no opposition, to the settled order. If there was opposition to the Motion, referenced in footnote 3, and opposition to the settled order, there should be different defined terms for the two objections, e.g., "Objection to Motion" and "Objection to Settled Order" with both together defined as the "Objections."

Creditor's interests in the Property to allow the Creditor's enforcement of its rights in, and remedies in and to, the Property, including, without limitation, loss mitigation, foreclosure and eviction proceedings; and it is further TO BE TRANSFER TO THE NEW OWNERS ON THE OFFER OF THE COURTS BEST INTEREST

ORDERED that the Creditor shall promptly report and turn over to the

THE NEW OWNERS THE SOLE CORPRATIONS DIP FUND ASSETS AND ALL TO KEEP JOBS IN AMERICA TO STAY WITH THE REVLON OWNERS IS A SINKING SHIP SHARES HOLDER VALUE

chapter __11 22-10760__ trustee any surplus proceeds of the Property.[5]

Dated: _JANUARY 2 ND_____, 20_23_
      White Plains, New York

                                    _____
                                    UNITED STATES BANKRUPTCY JUDGE
THIS IS BY FAR THE BEST OFFER

---

[5] Additional decretal paragraphs may be added, as appropriate, for other relief sought in the NOTICE OF HEARING OF Motion, such as in rem relief.

4