Robert J. Stark, Esq.
David J. Molton, Esq.
Jeffrey L. Jonas, Esq.
Bennett S. Silverberg, Esq.
Kenneth J. Aulet, Esq.
BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
(212) 209-4800

-and-

Steven B. Levine, Esq.
Sharon I. Dwoskin, Esq. (*pro hac vice*)
Tristan G. Axelrod, Esq. (*pro hac vice*)
Matthew A. Sawyer, Esq. (*pro hac vice*)
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111

*Counsel for the Official
Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| REVLON, INC., *et al.*, | : | Case No. 22-10760 (DSJ) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |

**CERTIFICATE OF NO OBJECTION REGARDING
SEVENTH MONTHLY FEE STATEMENT OF PROVINCE, LLC**

---

[1] The last four digits of Debtor Revlon, Inc.'s tax identification number are 2955. Due to the large number of debtor entities in these Chapter 11 Cases, for which the Court granted joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/Revlon. The location of the Debtors' service address for purposes of these Chapter 11 Cases is: 55 Water St., 43rd Floor, New York, NY 10041-0004.

In accordance with the procedures established under the *Order Authorizing Procedures For Interim Compensation and Reimbursement of Expenses of Professionals*, entered on July 21, 2022 [Docket No. 259] (the "Interim Compensation Order")[2], the undersigned counsel for the Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned chapter 11 cases, hereby certifies as follows:

1. On February 18, 2023, the Committee filed the *Seventh Monthly Fee Statement of Province, LLC, Financial Advisor to the Official Committee of Unsecured Creditors of Revlon, Inc. et al., for the Compensation and Reimbursement of Expenses for the Period of January 1, 2023 through January 31, 2023* [Docket No. 1480] (the "Monthly Fee Statement").

2. In accordance with the Interim Compensation Order, objections to the Monthly Fee Statement were due no later than March 5, 2023 (the "Objection Deadline"). Paragraph 2(f) of the Interim Compensation Order provides, in relevant part, "[u]pon the expiration of the Objection Deadline, each Professional may file a certificate of no objection or a certification of counsel with the Court, whichever is applicable, after which the Debtors are authorized to pay each Professional an amount (the "Actual Payment") equal to the lesser of (a) 80% of the fees and 100% of the expenses requested in the Monthly Fee Application (the "Maximum Payment"), and (b) the aggregate amount of fees and expenses not subject to an objection".

3. As of the filing of this certificate, to the best of my knowledge, no objection or other responsive pleading to the Monthly Fee Statement has been (a) filed with the Court on the docket of the above-captioned chapter 11 case or (b) served on the Committee or their counsel.

4. The Monthly Fee Statement was filed and served in accordance with the Interim Compensation Order. Consequently, pursuant to the Interim Compensation Order, and

---

[2] Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Interim Compensation Order.

without the need for a further order of the Court, the Debtors are authorized to pay the Actual

Payment requested in the Monthly Fee Statement upon the filing of this certification.

Dated: March 9, 2023
      New York, New York         Respectfully submitted,

**BROWN RUDNICK LLP**

By: /s/ Robert J. Stark
    Robert J. Stark, Esq.
    David J. Molton, Esq.
    Jeffrey L. Jonas, Esq.
    Bennett S. Silverberg, Esq.
    Kenneth J. Aulet, Esq.
    Seven Times Square
    New York, NY 10036
    rstark@brownrudnick.com
    dmolton@brownrudnick.com
    jjonas@brownrudnick.com
    bsilverberg@brownrudnick.com
    kaulet@brownrudnick.com
    Telephone: (212) 209-4800
    Facsimile: (212) 209-4801

-and-

Steven B. Levine, Esq.
Sharon I. Dwoskin, Esq. (*pro hac vice*)
Tristan G. Axelrod, Esq. (*pro hac vice*)
Matthew A. Sawyer, Esq. (*pro hac vice*)
One Financial Center
Boston, MA 02111
slevine@brownrudnick.com
sdwoskin@brownrudnick.com
taxelrod@brownrudnick.com
msawyer@brownrudnick.com
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

*Counsel for the Official*
*Committee of Unsecured Creditors*