**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| REVLON, INC., *et al.*,[1] | Case No. 22-10760 (DSJ) |
| Debtors. | (Jointly Administered) |

## <u>AFFIDAVIT OF SERVICE</u>

I, Thomas Quigley, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On March 31, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Master Service List attached hereto as **<u>Exhibit A</u>**:

- Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest [Docket No. 659]

- Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest [Docket No. 1722]

- Notice of Filing of the Third Amended Joint Plan of Reorganization of Revlon, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1727] (***the "Amended Plan"***)

- Debtors' Memorandum of Law In Support of Confirmation of the Third Amended Joint Plan of Reorganization of Revlon Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code and Omnibus Response to Objections Thereto [Docket No. 1728] (***the "Memorandum of Law"***)

- Declaration of Robert M. Caruso in Support of the Third Amended Joint Plan of Reorganization of Revlon, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1729] (***the "Declaration of Robert M. Caruso"***)

---

[1]    The last four digits of Debtor Revlon, Inc.'s tax identification number are 2955. Due to the large number of debtor entities in these Chapter 11 Cases, for which the Court has granted joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/Revlon. The location of the Debtors' service address for purposes of these Chapter 11 Cases is: 55 Water Street, 43rd Floor, New York, NY 10041-0004.

- Declaration of Steven M. Zelin in Support of the Third Amended Joint Plan of Reorganization of Revlon, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1730] (*the "Declaration of Steven M. Zelin"*)

- Declaration of Paul Aronzon in Support of the Third Amended Joint Plan of Reorganization of Revlon, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1731] (*the "Declaration of Paul Aronzon"*)

- Notice of Filing Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Third Amended Joint Plan of Reorganization of Revlon, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1733] (*the "Notice of Proposed Order"*)

- Notice of Filing of Third Plan Supplement [Docket No. 1734] (*the "Third Plan Supplement"*)

- Agenda for Hearing to be Held on April 3, 2023, at 10:00 a.m. (ET) [Docket No. 1735] (*the "Notice of Agenda"*)

On March 31, 2023, at my direction and under my supervision, employees of Kroll caused the Amended Plan, the Memorandum of Law, the Declaration of Robert M. Caruso, the Declaration of Steven M. Zelin, the Declaration of Paul Aronzon, the Notice of Proposed Order, the Third Plan Supplement, and the Notice of Agenda to be served via email (1) on the Objectors Service List attached hereto as **Exhibit B**; and (2) on the Additional Objectors Service List attached hereto as **Exhibit C**.

Dated: April 7, 2023

/s/ *Thomas Quigley*
Thomas Quigley

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on April 7, 2023, by Thomas Quigley, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ *OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

SRF 68556

**<u>Exhibit A</u>**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO AUTOMOTIVE RENTALS, INC. AND ARI FLEET LT | ADAMS AND REESE LLP | ATTN: MICHAEL A. KOLCUN<br>100 N. TAMPA STREET, SUITE 4000<br>TAMPA FL 33602 | MICHAEL.KOLCUN@ARLAW.COM | Email |
| COUNSEL TO AUTOMOTIVE RENTALS, INC. AND ARI FLEET LT | ADAMS AND REESE LLP | ATTN: RICHARD A. AGUILAR, MARK J. CHANEY, III<br>701 POYDRAS STREET<br>45TH FLOOR<br>NEW ORLEANS LA 70139 | RICHARD.AGUILAR@ARLAW.COM<br>MARK.CHANEY@ARLAW.COM | Email |
| COUNSEL TO THE AD HOC GROUP OF 2016 TERM LOAN LENDERS | AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: JAMES SAVIN<br>2001 K STREET, NW<br>WASHINGTON DC 20006 | JSAVIN@AKINGUMP.COM | Email |
| COUNSEL TO THE AD HOC GROUP OF 2016 TERM LOAN LENDERS | AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: MICHAEL S. STAMER, ABID QURESHI, JOSEPH L. SORKIN, KEVIN ZUZOLO<br>ONE BRYANT PARK<br>NEW YORK NY 10036 | MSTAMER@AKINGUMP.COM<br>AQURESHI@AKINGUMP.COM<br>JSORKIN@AKINGUMP.COM<br>KZUZOLO@AKINGUMP.COM | Email |
| ADMINISTRATIVE AGENT FOR THE TRANCHE B | ALTER DOMUS | ATTN: LEGAL DEPARTMENT AND STEVEN LENARD<br>225 W. WASHINGTON STREET<br>9TH FLOOR<br>CHICAGO IL 60606 | LEGAL@ALTERDOMUS.COM<br>CPCAGENCY@ALTERDOMUS.COM | Email |
| COUNSEL TO WATTS GUERRA, LLP, ON BEHALF OF CERTAIN HAIR RELAXER CANCER CLAIMANTS ("WATTS GUERRA") | ANDREWS MYERS, P.C. | ATTN: LISA M. NORMAN AND EDWARD L. RIPLEY<br>1885 SAINT JAMES PLACE, 15TH FLOOR<br>HOUSTON TX 77056 | LNORMAN@ANDREWSMYERS.COM<br>ERIPLEY@ANDREWSMYERS.COM | Email |
| COUNSEL TO IP CAPITAL PARTNERS, LLC | BALLARD SPAHR LLP | ATTN: DUSTIN P. BRANCH<br>2029 CENTURY PARK EAST<br>SUITE 1400<br>LOS ANGELES CA 90067-2915 | BRANCHD@BALLARDSPAHR.COM | Email |
| COUNSEL TO FIRMENICH INCORPORATED, INTERNATIONAL FLAVORS & FRAGRANCES INC. | BALLARD SPAHR LLP | ATTN: TOBEY M. DALUZ, LAUREL D. ROGLEN<br>919 NORTH MARKET STREET<br>11TH FLOOR<br>WILMINGTON DE 19801-3034 | DALUZT@BALLARDSPAHR.COM<br>ROGLENL@BALLARDSPAHR.COM | Email |
| COUNSEL TO UNITED PARCEL SERVICE, INC. | BIALSON, BERGEN & SCHWAB, A PROFESSIONAL CORPORATION | ATTN: LAWRENCE M. SCHWAB, ESQ., KENNETH T. LAW, ESQ.<br>830 MENLO AVENUE, SUITE 201<br>MENLO PARK CA 94025 | KLAW@BBSLAW.COM | Email |
| COUNSEL TO AD HOC GROUP OF RETIRED EXECUTIVES OF REVLON, INC., ET AL. | BRADFORD EDWARDS & VARLACK LLP | ATTN: DENVER G. EDWARDS<br>12 EAST 49TH STREET<br>11TH FLOOR<br>NEW YORK NY 10017 | DEDWARDS@BRADFORDEDWARDS.COM | Email |
| COUNSEL TO SAP AMERICA, INC., ARIBA, INC. AND CONCUR TECHNOLOGIES, INC. | BROWN & CONNERY, LLP | ATTN: DONALD K. LUDMAN, ESQ.<br>6 NORTH BROAD STREET<br>SUITE 100<br>WOODBURY NJ 08096 | DLUDMAN@BROWNCONNERY.COM | Email |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | BROWN RUDNICK LLP | ATTN: ROBERT J. STARK, ESQ., DAVID J. MOLTON, ESQ., JEFFREY L. JONAS, ESQ., BENNETT S. SILVERBERG, ESQ., KENNETH J. AULET. ESQ.<br>SEVEN TIMES SQUARE<br>NEW YORK NY 10036 | RSTARK@BROWNRUDNICK.COM<br>DMOLTON@BROWNRUDNICK.COM<br>JJONAS@BROWNRUDNICK.COM<br>BSILVERBERG@BROWNRUDNICK.COM<br>KAULET@BROWNRUDNICK.COM | Email |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | BROWN RUDNICK LLP | ATTN: STEVEN B. LEVINE, ESQ., TRISTAN G. AXELROD, ESQ., MATTHEW A. SAWYER, ESQ.<br>ONE FINANCIAL CENTER<br>BOSTON MA 02111 | SLEVINE@BROWNRUDNICK.COM<br>TAXELROD@BROWNRUDNICK.COM<br>MSAWYER@BROWNRUDNICK.COM | Email |
| COUNSEL TO ORACLE AMERICA, INC. | BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON, ESQ.<br>425 MARKET ST., SUITE 2900<br>SAN FRANCISCO CA 94105 | SCHRISTIANSON@BUCHALTER.COM | Email |
| COUNSEL TO PLANTIFFS' CO-LEAD COUNSEL AND THE PLANTIFFS' EXECUTIVE COMMITTEE ("MDL LEAD COUNSEL") AND VARIOUS CLAIMANTS IN MULTIDISTRICT LITIGATION PROCEEDING IN HAIR RELAXER MARKETING SALES PRACTICS AND PRODUCTS | BURNS BAIR, LLP | ATTN: TIMOTHY W. BURNS<br>10 E. DOTY STREET, SUITE 600<br>MADISON WI 53703-3392 | TBURNS@BURNSBAIR.COM | Email |
| COUNSEL TO CHIEF CONTAINER CO., INC. | BURR & FORMAN LLP | ATTN: ERICH N. DURLACHER<br>171 SEVENTEENTH STREET, N.W.<br>SUITE 1100<br>ATLANTA GA 30363 | EDURLACHER@BURR.COM | Email |
| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | CHAMBERS OF HONORABLE JUDGE DAVID S. JONES | REVLON CHAMBERS COPY<br>US BANKRUPTCY COURT SDNY<br>ONE BOWLING GREEN<br>NEW YORK NY 10004-1408 | | First Class Mail |
| COUNSEL TO CARDINAL HEALTH 110, LLC, CONTINENTAL CASUALTY COMPANY, AND VARIOUS AFFILIATED ENTITIES, INCLUDING WESTERN SURETY COMPANY AND AMERICAN CASUALTY COMPANY OF READING, PA | CHIESA SHAHINIAN & GIANTOMASI PC | ATTN: SCOTT A. ZUBER, ESQ., TERRI JANE FREEDMAN, ESQ.<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052 | SZUBER@CSGLAW.COM<br>TFREEDMAN@CSGLAW.COM | Email |
| COUNSEL TO SOLNSOFT D/B/A XCENTIUM ("SOLNSOFT") | COLE SCHOTZ P.C. | ATTN: JACOB S. FRUMKIN, ESQ. AND BRYANT P. CHURBUCK, ESQ<br>1325 AVENUE OF THE AMERICAS<br>19TH FLOOR<br>NEW YORK NY 10019 | JFRUMKIN@COLESCHOTZ.COM<br>BCHURBUCK@COLESCHOTZ.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE ATTORNEY GENERAL | COMMONWEALTH OF PUERTO RICO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT APARTADO 9020192 SAN JUAN PR 00902-0192 | | First Class Mail |
| COUNSEL TO TARGET CORPORATION | CONNELL FOLEY LLP | ATTN: PHILIP W. ALLOGRAMENTO III 875 THIRD AVENUE 21ST FLOOR NEW YORK NY 10022 | PALLOGRAMENTO@CONNELLFOLEY.COM | Email |
| COUNSEL TO THE AD HOC GROUP OF TERM LOAN DIP LENDERS AND BRANDCO LENDERS | DAVIS POLK & WARDWELL LLP | ATTN: ELI J. VONNEGUT, JOSHUA Y. STURM, STEPHANIE MASSMAN 450 LEXINGTON AVENUE NEW YORK NY 10017 | ELI.VONNEGUT@DAVISPOLK.COM JOSHUA.STURM@DAVISPOLK.COM STEPHANIE.MASSMAN@DAVISPOLK.COM | Email |
| COUNSEL TO VARIOUS CLAIMANTS INJURED BY HAIR RELAXER PRODUCTS | DICELLO LEVITT LLC | ATTN: ADAM J. LEVITT 10 NORTH DEARBORN STREET SIXTH FLOOR CHICAGO IL 60602 | ALEVITT@DICELLOLEVITT.COM | Email |
| COUNSEL TO VARIOUS CLAIMANTS INJURED BY HAIR RELAXER PRODUCTS | DICELLO LEVITT LLC | ATTN: DIANDRA "FU" DEBROSSE ZIMMERMANN 505 20TH STREET NORTH 15TH FLOOR BIRMINGHAM AL 35203 | FU@DICELLOLEVITT.COM | Email |
| COUNSEL TO THE PROCTER & GAMBLE COMPANY | DINSMORE & SHOHL LLP | ATTN: SARA A. JOHNSTON 100 WEST MAIN ST. STE. 900 LEXINGTON KY 40507 | SARA.JOHNSTON@DINSMORE.COM | Email |
| COUNSEL TO THE PROCTER & GAMBLE COMPANY | DINSMORE & SHOHL LLP | ATTN: TRAVIS M. BAYER 255 EAST FIFTH STREET SUITE 1900 CINCINNATI OH 45202 | TRAVIS.BAYER@DINSMORE.COM | Email |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY | OFFICE OF GENERAL COUNSEL 2310A 1200 PENNSYLVANIA AVE NW, 2310A WASHINGTON DC 20460 | | First Class Mail |
| COUNSEL TO SCIENTIFIC CHEMICAL PROCESSING (SCP) SITE | FAEGRE DRINKER BIDDLE & REATH LLP | ATTN: BONNIE ALLYN BARNETT ONE LOGAN SQUARE STE. 2000 PHILADELPHIA PA 19103 | BONNIE.BARNETT@FAEGREDRINKER.COM | Email |
| COUNSEL TO TARGET CORPORATION | FREDRIKSON & BYRON, P.A. | ATTN: RYAN T. MURPHY, JAMES C. BRAND 200 SOUTH SIXTH STREET SUITE 4000 MINNEAPOLIS MN 55402-1425 | RMURPHY@FREDLAW.COM JBRAND@FREDLAW.COM | Email |
| COUNSEL TO 84.51 LLC | FROST BROWN TODD LLP | ATTN: A.J. WEBB 3300 GREAT AMERICAN TOWER 301 EAST FOURTH STREET CINCINNATI OH 45202 | AWEBB@FBTLAW.COM | Email |
| COUNSEL TO POJOMODELS LLC | GIBBONS P.C. | ATTN: BRETT S. THEISEN, ESQ. ONE PENNSYLVANIA PLAZA, 37TH FL NEW YORK NY 10119-3701 | BTHEISEN@GIBBONSLAW.COM | Email |
| COUNSEL TO INVICTUS GLOBAL MANAGEMENT, LLC | GLENN AGRE BERGMAN & FUENTES LLP | ATTN: ANDREW K. GLENN, SHAI SCHMIDT 55 HUDSON YARDS 20TH FLOOR NEW YORK NY 10001 | AGLENN@GLENNAGRE.COM SSCHMIDT@GLENNAGRE.COM | Email |
| COUNSEL TO SIR ROANOKE LLC | GOULSTON & STORRS PC | ATTN: DOUGLAS B. ROSNER, ESQ. 400 ATLANTIC AVENUE BOSTON MA 02110-3333 | DROSNER@GOULSTONSTORRS.COM | Email |
| COUNSEL TO ONE NY PLAZA CO. LLC | GREENBERG TRAURIG, LLP | ATTN: HEATH B. KUSHNICK, KENNETH A. PHILBIN ONE VANDERBILT AVENUE NEW YORK NY 10017 | KUSHNICKH@GTLAW.COM PHILBINK@GTLAW.COM | Email |
| COUNSEL TO HAWKINS PARNELL & YOUNG, LLP | HAWKINS PARNELL & YOUNG, LLP | ATTN: DAVID R. JOHANSON 1776 SECOND STREET NAPA CA 94559 | DJOHANSON@HPYLAW.COM | Email |
| COUNSEL TO BARNET PRODUCTS LLC | HERRICK, FEINSTEIN LLP | ATTN: STEPHEN B. SELBST TWO PARK AVENUE NEW YORK NY 10016 | SSELBST@HERRICK.COM | Email |
| INTERESTED PARTY | HYPERMARCAS S.A | ATTN: MARTIM PRADO MATTOS AV. PIRACEMA, 155 BARUERI SAO PAULO 06460-030 BRAZIL | | First Class Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET STREET MAIL STOP 5 Q30 133 PHILADELPHIA PA 19104-5016 | MIMI.M.WONG@IRSCOUNSEL.TREAS.GOV | Email |

In re: Revlon, Inc., et al.
Case No. 22-10760 (DSJ)

Page 2 of 9

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | MIMI.M.WONG@IRSCOUNSEL.TREAS.GOV | Email |
| COUNSEL TO COASTAL ELECTRIC COMPANY OF FLORIDA | JIMERSON BIRR, P.A. | ATTN: AUSTIN B. CALHOUN<br>ONE INDEPENDENT DRIVE<br>SUITE 1400<br>JACKSONVILLE FL 32202 | ACALHOUN@JIMERSONFIRM.COM<br>SAMANTHAB@JIMERSONFIRM.COM | Email |
| COUNSEL TO U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, IN ITS CAPACITY AS INDENTURE TRUSTEE | KELLEY DRYE & WARREN LLP | ATTN: JAMES S. CARR, PHILIP A. WEINTRAUB<br>3 WORLD TRADE CENTER<br>175 GREENWICH STREET<br>NEW YORK NY 10007 | PWEINTRAUB@KELLEYDRYE.COM | Email |
| COUNSEL TO BLUE TORCH FINANCE LLC, IN ITS CAPACITY AS FOREIGN ABTL FACILITY ADMINISTRATIVE AGENT | KING & SPALDING LLP | ATTN: JENNIFER DALY<br>1185 AVENUE OF THE AMERICAS<br>NEW YORK NY 10023 | JDALY@KSLAW.COM | Email |
| COUNSEL TO ORANGE DIE CUTTING CORP. | KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | ATTN: FRED STEVENS, SEAN C. SOUTHARD<br>200 WEST 41ST STREET<br>17TH FLOOR<br>NEW YORK NY 10036-7203 | FSTEVENS@KLESTADT.COM<br>SSOUTHARD@KLESTADT.COM | Email |
| COUNSEL TO THE AD HOC GROUP OF TERM LOAN DIP LENDERS AND BRANDCO LENDERS | KOBRE & KIM LLP | ATTN: DANIELLE L. ROSE, DANIEL J. SAVAL<br>800 THIRD AVENUE<br>NEW YORK NY 10022 | DANIELLE.ROSE@KOBREKIM.COM<br>DANIEL.SAVAL@KOBREKIM.COM | Email |
| COUNSEL TO CITIBANK N.A., IN ITS CAPACITY AS 2016 TERM LOAN AGENT | LATHAM & WATKINS LLP | ATTN: CONRAY C. TSENG, KEITH A. SIMON, ERIC LEON, KUAN HUANG, ANDREW C. AMBRUOSO, JONATHAN J. WEICHSELBAUM<br>1271 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020 | CONRAY.TSENG@LW.COM<br>KEITH.SIMON@LW.COM<br>ERIC.LEON@LW.COM<br>KUAN.HUANG@LW.COM<br>ANDREW.AMBRUOSO@LW.COM<br>JON.WEICHSELBAUM@LW.COM | Email |
| COUNSEL TO DERIK INDUSTRIAL USA, INC. | LAW OFFICE OF GILBERT A. LAZARUS, PLLC | ATTN: GILBERT A. LAZARUS, ESQ.<br>92-12 68TH AVENUE<br>FLUSHING NY 11375 | GILLAZARUS@GMAIL.COM | Email |
| COUNSEL TO QUOTIENT TECHNOLOGY INC. | LAW OFFICES OF DOUGLAS T. TABACHNIK, P.C. | ATTN: DOUGLAS T. TABACHNIK, ESQ.<br>63 WEST MAIN STREET<br>SUITE C<br>FREEHOLD NJ 07728-2141 | DTABACHNIK@DTTLAW.COM | Email |
| COUNSEL TO HIDALGO COUNTY, CITY OF MCALLEN, SAN MARCOS CISD | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DIANE W. SANDERS<br>PO BOX 17428<br>AUSTIN TX 78760-7428 | AUSTIN.BANKRUPTCY@LGBS.COM | Email |
| COUNSEL TO TARRANT COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: LAURIE A. SPINDLER, JOHN KENDRICK TURNER<br>2777 N. STEMMONS FREEWAY<br>SUITE 1000<br>DALLAS TX 75207 | DALLAS.BANKRUPTCY@LGBS.COM | Email |
| COUNSEL TO CYPRESS-FAIRBANKS ISD, GALVESTON COUNTY, HARRIS COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: TARA L. GRUNDEMEIER<br>PO BOX 3064<br>HOUSTON TX 77253-3064 | HOUSTON_BANKRUPTCY@LGBS.COM | Email |
| COUNSEL TO COMMISSION JUNCTION LLC AND ANY APPLICABLE AFFILIATES ("PUBLICIS") | LOCKE LORD LLP | ATTN: CHELSEY ROSENBLOOM LIST<br>BROOKFIELD PLACE, 200 VESEY STREET<br>20TH FLOOR<br>NEW YORK NY 10281 | CHELSEY.LIST@LOCKELORD.COM | Email |
| COUNSEL TO COMMISSION JUNCTION LLC AND ANY APPLICABLE AFFILIATES ("PUBLICIS") | LOCKE LORD LLP | ATTN: JONATHAN W. YOUNG, HANNA J. CIECHANOWSKI<br>111 HUNTINGTON AVENUE<br>9TH FLOOR<br>BOSTON MA 02199- | JONATHAN.YOUNG@LOCKELORD.COM<br>HANNA.CIECHANOWSKI@LOCKELORD.COM | Email |
| COUNSEL TO THREE WISHES PRODUCTIONS, INC. | LOEB & LOEB LLP | ATTN: DANIEL B. BESIKOF<br>345 PARK AVENUE<br>NEW YORK NY 10154 | DBESIKOF@LOEB.COM | Email |
| COUNSEL TO VRC COMPANIES, LLC DBA VITAL RECORDS CONTROL | LOIZIDES, P.A. | ATTN: CHRISTOPHER D. LOIZIDES<br>1225 KING STREET<br>SUITE 800<br>WILMINGTON DE 19801 | LOIZIDES@LOIZIDES.COM | Email |
| COUNSEL TO SUN CHEMICAL CORPORATION AND ITS DIVISION, COLORS & EFFECTS USA LLC ("SUN CHEMICAL") AND CRODA, INC. | LOWENSTEIN SANDLER LLP | ATTN: BRUCE S. NATHAN, ESQ.<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020 | BNATHAN@LOWENSTEIN.COM | Email |
| COUNSEL TO SUN CHEMICAL CORPORATION AND ITS DIVISION, COLORS & EFFECTS USA LLC ("SUN CHEMICAL") AND CRODA, INC. | LOWENSTEIN SANDLER LLP | ATTN: MICHAEL PAPANDREA AND ANDREW BEHLMANN<br>ONE LOWENSTEIN DRIVE<br>ROSELAND NJ 07068 | MPAPANDREA@LOWENSTEIN.COM<br>ABEHLMANN@LOWENSTEIN.COM | Email |
| COUNSEL TO BRISTOL-MYERS SQUIBB COMPANY | LOWENSTEIN SANDLER LLP | ATTN: MICHAEL S. ETKIN, GAVIN J. ROONEY, PHILIP J. GROSS<br>1251 AVENUE OF THE AMERICAS<br>17TH FLOOR<br>NEW YORK NY 10020 | METKIN@LOWENSTEIN.COM<br>GROONEY@LOWENSTEIN.COM<br>PGROSS@LOWENSTEIN.COM | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO BRISTOL-MYERS SQUIBB COMPANY | LOWENSTEIN SANDLER LLP | ATTN: MICHAEL S. ETKIN, GAVIN J. ROONEY, PHILIP J. GROSS<br>ONE LOWENSTEIN DRIVE<br>ROSELAND NJ 07068 | METKIN@LOWENSTEIN.COM<br>GROONEY@LOWENSTEIN.COM<br>PGROSS@LOWENSTEIN.COM | Email |
| COUNSEL TO PLASTEK INDUSTRIES, INC. | MACDONALD, ILLIG, JONES & BRITTON LLP | ATTN: NICHOLAS R. PAGLIARI<br>100 STATE STREET<br>SUITE 700<br>ERIE PA 16507-1459 | NPAGLIARI@MIJB.COM | Email |
| COUNSEL TO U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, IN ITS CAPACITY AS INDENTURE TRUSTEE | MASLON LLP | ATTN: CLARK T. WHITMORE, JASON M. REED, MICHAEL A. ROSOW<br>90 SOUTH SEVENTH STREET, SUITE 3300<br>MINNEAPOLIS MN 55402 | CLARK.WHITMORE@MASLON.COM<br>JASON.REED@MASLON.COM<br>MICHAEL.ROSOW@MASLON.COM | Email |
| COUNSEL TO THE COUNTY OF REAL, TEXAS, THE COUNTY OF BOSQUE, TEXAS, MIDLAND CENTRAL APPRAISAL DISTRICT, THE COUNTY OF HILL, TEXAS | MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | ATTN: JULIE ANNE PARSONS OR LEGAL DEPARTMENT<br>P.O. BOX 1269<br>ROUND ROCK TX 78680-1269 | | First Class Mail |
| COUNSEL TO HAWKINS PARNELL & YOUNG, LLP | MCNUTT LAW GROUP LLP | ATTN: SCOTT H. MCNUTT<br>324 WARREN ROAD<br>SAN MATEO CA 94402 | SMCNUTT@ML-SF.COM | Email |
| ADMINISTRATIVE AGENT UNDER CERTAIN OF THE DEBTORS' PREPETITION FUNDED DEBT FACILITIES ('ABL AGENT') | MIDCAP FUNDING IV TRUST | C/O MIDCAP FINANCIAL SERVICES, LLC, AS SERVICER<br>ATTN LEGAL GROUP<br>7255 WOODMONT AVENUE<br>BETHESDA MD 20814 | | First Class Mail |
| COUNSEL TO CERTAIN CLASS ACTION PLAINTIFFS | MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC | ATTN: ANDREI V. RADO<br>100 GARDEN CITY PLAZA<br>SUITE 500<br>GARDEN CITY NY 11530 | ARADO@MILBERG.COM | Email |
| COUNSEL TO MISSOURI DEPARTMMENT OF REVENUE | MISSOURI DEPARTMENT OF REVENUE, General Counsel's Office | ATTN: STEVEN A. GINTHER<br>301 W. High Street, Room 670<br>P.O. BOX 475<br>JEFFERSON CITY MO 65105-0475 | SDNYECF@DOR.MO.GOV | Email |
| COUNSEL TO CRYSTAL FINANCIAL LLC D/B/A SLR CREDIT SOLUTIONS; IN ITS CAPACITY AS ADMINISTRATIVE AGENT FOR THE SISO TERM LOAN | MORGAN LEWIS & BOCKIUS LLP | ATTN: SANDRA J. VREJAN, JULIA FROST-DAVIES & CHRISTOPHER L. CARTER<br>ONE FEDERAL STREET<br>BOSTON MA 02110-1726 | JULIA.FROST-DAVIES@MORGANLEWIS.COM<br>SANDRA.VREJAN@MORGANLEWIS.COM<br>CHRISTOPHER.CARTER@MORGANLEWIS.COM | Email |
| COUNSEL TO CRYSTAL FINANCIAL LLC D/B/A SLR CREDIT SOLUTIONS | MORGAN, LEWIS & BOCKIUS LLP | ATTN: T. CHARLIE LIU<br>101 PARK AVENUE<br>NEW YORK NY 10178-0060 | CHARLIE.LIU@MORGANLEWIS.COM | Email |
| COUNSEL TO 200 PARK SOUTH ASSOCIATES, LLC | MORRISON COHEN LLP | ATTN: JOSEPH T. MOLDOVAN, DAVID J. KOZLOWSKI, SALLY SICONOLFI<br>909 THIRD AVENUE<br>NEW YORK NY 10022 | JMOLDOVAN@MORRISONCOHEN.COM<br>DKOZLOWSKI@MORRISONCOHEN.COM<br>BANKRUPTCY@MORRISONCOHEN.COM | Email |
| COUNSEL TO ALTER DOMUS (US) LLC, AS ADMINISTRATIVE AGENT FOR THE ABL TRANCHE B LENDERS | MUNGER, TOLLES & OLSON LLP | ATTN: THOMAS B. WALPER, JOHN W. BERRY, L. ASHLEY AULL<br>350 SOUTH GRAND AVENUE, 50TH FLOOR<br>LOS ANGELES CA 90071-3426 | THOMAS.WALPER@MTO.COM<br>JOHN.BERRY@MTO.COM<br>ASHLEY.AULL@MTO.COM | Email |
| STATE ATTORNEY GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY<br>1850 M ST. NW 12TH FLOOR<br>WASHINGTON DC 20036 | KCORDRY@NAAG.ORG | Email |
| STATE ATTORNEY GENERAL | OFFICE OF THE ATTORNEY GENERAL GUAM | ATTN: BANKRUPTCY DEPARTMENT<br>590 S. MARINE CORPS DR. SUITE 901<br>TAMUNING GU 96913 | | First Class Mail |
| COUNSEL TO THE NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE | OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL | ATTN: LEO V. GAGION<br>28 LIBERTY STREET, 17TH FLOOR<br>NEW YORK NY 10005 | LEO.GAGION@AG.NY.GOV | Email |
| UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | OFFICE OF THE UNITED STATES TRUSTEE FOR REGION 2 | ATTN: BRIAN MASUMOTO, ESQ.<br>1 BOWLING GRN STE 534<br>NEW YORK NY 10014-1459 | BRIAN.MASUMOTO@USDOJ.GOV | First Class Mail and Email |
| COUNSEL TO JEFFERIES FINANCE LLC, IN ITS CAPACITY AS BRANDCO AGENT AND DIP AGENT | PAUL HASTINGS LLP | ATTN: KRISTOPHER S. VILLARREAL, ANDREW V. TENZER, SCOTT C. SHELLEY, WILL CLARK FARMER<br>200 PARK AVENUE<br>NEW YORK NY 10166 | KRISVILLARREAL@PAULHASTINGS.COM<br>ANDREWTENZER@PAULHASTINGS.COM<br>SCOTTSHELLEY@PAULHASTINGS.COM<br>WILLFARMER@PAULHASTINGS.COM | Email |
| COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: PAUL M. BASTA, ALICE EATON, KYLE J. KIMPLER, ROBERT A. BRITTON, BRIAN BOLIN & JULIA HEASLEY<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019 | PBASTA@PAULWEISS.COM<br>AEATON@PAULWEISS.COM<br>KKIMPLER@PAULWEISS.COM<br>RBRITTON@PAULWEISS.COM<br>BBOLIN@PAULWEISS.COM<br>JHEASLEY@PAULWEISS.COM | Email |
| COUNSEL TO CERTAIN CLASS ACTION PLAINTIFFS | PEARSON, SIMON & WARSHAW, LLP | ATTN: MELISSA S. WEINER<br>800 LASALLE AVENUE<br>SUITE 2150<br>MINNEAPOLIS MN 55402 | MWEINER@PSWLAW.COM | Email |

In re: Revlon, Inc., et al.<br>Case No. 22-10760 (DSJ)

Page 4 of 9

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO HARRIS COUNTY MUNICIPAL UTILITY DISTRICT # 358, HARRIS COUNTY WATER CONTROL AND IMPROVEMENT DISTRICT # 155, DICKINSON INDEPENDENT SCHOOL DISTRICT AND GALVESTON COUNTY MUNICIPAL UTILITY DISTRICT #54 | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: MELISSA E. VALDEZ 1235 NORTH LOOP WEST SUITE 600 HOUSTON TX 77008 | MVALDEZ@PBFCM.COM | Email |
| COUNSEL TO BDP INTERNATIONAL, INC. | PEREZ MORRIS LLC | ATTN: MONY B.P. YIN 140 BROADWAY, 46TH FLOOR NEW YORK NY 10005 | MYIN@PEREZ-MORRIS.COM | Email |
| COUNSEL TO SYMRISE, INC. | PORZIO, BROMBERG & NEWMAN, P.C. | ATTN: JOHN S. MAIRO, ESQ., DAVID E. SKLAR, ESQ. 100 SOUTHGATE PARKWAY MORRISTOWN NJ 07962 | JSMAIRO@PBNLAW.COM DESKLAR@PBNLAW.COM | Email |
| COUNSEL TO TOTE RESOURCES, LLC | PRICE MEESE SHULMAN & D'ARMINIO, P.C. | ATTN: RICK A. STEINBERG, ESQ. 50 TICE BOULEVARD, SUITE 380 WOODCLIFF LAKE NJ 07677- | RSTEINBERG@PRICEMEESE.COM | Email |
| COUNSEL TO MIDCAP FUNDING IV TRUST, IN ITS CAPACITY AS (I) ADMINISTRATIVE AGENT AND COLLATERAL AGENT UNDER THE DEBTORS' PREPETITION ASSET-BASED LENDING FACILITY, (II) AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT UNDER THE ABL DIP, AND (III) ABL DIP LENDER | PROSKAUER ROSE LLP | ATTN: CHARLES A. DALE ONE INTERNATIONAL PLACE BOSTON MA 02110 | CDALE@PROSKAUER.COM | Email |
| COUNSEL TO MIDCAP FUNDING IV TRUST, IN ITS CAPACITY AS (I) ADMINISTRATIVE AGENT AND COLLATERAL AGENT UNDER THE DEBTORS' PREPETITION ASSET-BASED LENDING FACILITY, (II) AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT UNDER THE ABL DIP, AND (III) ABL DIP LENDER | PROSKAUER ROSE LLP | ATTN: STEVE Y. MA 2029 CENTURY PARK EAST, SUITE 2400 LOS ANGELES CA 90067-3010 | SMA@PROSKAUER.COM | Email |
| COUNSEL TO MIDCAP FUNDING IV TRUST, IN ITS CAPACITY AS (I) ADMINISTRATIVE AGENT AND COLLATERAL AGENT UNDER THE DEBTORS' PREPETITION ASSET-BASED LENDING FACILITY, (II) AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT UNDER THE ABL DIP, AND (III) ABL DIP LENDER | PROSKAUER ROSE LLP | ATTN: VINCENT INDELICATO, ANDREW BETTWY, PHILIP A. KAMINSKI & MEGAN R. VOLIN ELEVEN TIMES SQUARE NEW YORK NY 10036 | VINDELICATO@PROSKAUER.COM ABETTWY@PROSKAUER.COM PKAMINSKI@PROSKAUER.COM MVOLIN@PROSKAUER.COM | Email |
| COUNSEL TO WATTS GUERRA, LLP, ON BEHALF OF CERTAIN HAIR RELAXER CANCER CLAIMANTS ("WATTS GUERRA") | PRYOR CASHMAN LLP | ATTN: SETH H. LIEBERMAN AND ANDREW S. RICHMOND 7 TIMES SQUARE NEW YORK NY 10036-6569 | SLIEBERMAN@PRYORCASHMAN.COM ARICHMOND@PRYORCASHMAN.COM | Email |
| COUNSEL TO AD HOC GROUP OF DISCHARGED-FOR-VALUE TERM LENDERS | QUINN EMMANUEL URQUHART & SULLIVAN, LLP | ATTN: K. JOHN SHAFFER 865 S. FIGUEROA ST., 10TH FLOOR LOS ANGELES CA 90017 | JOHNSHAFFER@QUINNEMANUEL.COM | Email |
| COUNSEL TO THE PUTATIVE 2016 TERM LOAN GROUP, AD HOC GROUP OF DISCHARGED-FOR-VALUE TERM LENDERS | QUINN EMMANUEL URQUHART & SULLIVAN, LLP | ATTN: MICHAEL CARLINSKY, ROBERT LOIGMAN, BENJAMIN FINESTONE, ADAM M. ABENSOHN, ANIL MAKHIJANI, ZACHARY R. RUSSELL 51 MADISON AVENUE 22ND FLOOR NEW YORK NY 10010 | MICHAELCARLINSKY@QUINNEMANUEL.COM ROBERTLOIGMAN@QUINNEMANUEL.COM BENJAMINFINESTONE@QUINNEMANUEL.COM ADAMABENSOHN@QUINNEMANUEL.COM ANILMAKHIJANI@QUINNEMANUEL.COM ZACHARYRUSSELL@QUINNEMANUEL.COM | Email |
| COUNSEL TO BEAUTYGE II, LLC AND THE CERTAIN "BRANDCO" ENTITIES | ROPES & GRAY LLP | ATTN: RYAN PRESTON DAHL, BENJAMIN M. RHODE, KATHARINE E. SCOTT 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 | RYAN.DAHL@ROPESGRAY.COM BENJAMIN.RHODE@ROPESGRAY.COM KATHARINE.SCOTT@ROPESGRAY.COM | Email |
| COUNSEL TO COLOMER | SAMBEAT ABOGADOS | ATTN: JOSE MARIA SAMBEAT, LAWYER C/ MALLORCA, 272 – 276, 40 10A BARCELONA 08037 SPAIN | SAMBEAT@SAMBEATLAW.COM | Email |
| COUNSEL TO KROLL, LLC | SCHULTE ROTH & ZABEL LLP | ATTN: MICHAEL L. COOK 919 THIRD AVENUE NEW YORK NY 10022 | MICHAEL.COOK@SRZ.COM | Email |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | ATTN: SECRETARY OF THE TREASURY 100 F STREET, NE WASHINGTON DC 20549 | SECBANKRUPTCY@SEC.GOV NYROBANKRUPTCY@SEC.GOV | Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPARTMENT BROOKFIELD PLACE 200 VESEY STREET, SUITE 400 NEW YORK NY 10281-1022 | BANKRUPTCYNOTICESCHR@SEC.GOV | Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPT ONE PENN CENTER 1617 JFK BLVD, STE 520 PHILADELPHIA PA 19103 | SECBANKRUPTCY@SEC.GOV | Email |
| COUNSEL TO WILMINGTON TRUST, NATIONAL ASSOCIATION IN ITS CAPACITY AS SUB-AGENT UNDER THE DIP CREDIT AGREEMENT | SEWARD & KISSEL LLP | ATTN: JOHN R. ASHMEAD, Gregg S. Bateman, Catherine LoTempio, ROBERT J. GAYDA, ANDREW J. MATOTT ONE BATTERY PARK PLAZA NEW YORK NY 10004 | ASHMEAD@SEWKIS.COM BATEMAN@SEWKIS.COM LOTEMPIO@SEWKIS.COM | Email |
| COUNSEL TO SIMON PROPERTY GROUP, INC. AND ITS RELATED ENTITIES | SIMON PROPERTY GROUP, INC. | ATTN: RONALD M. TUCKER 225 WEST WASHINGTON STREET INDIANAPOLIS IN 46204 | RTUCKER@SIMON.COM | Email |
| COUNSEL TO ANCORROTTI COSMETICS S.P.A. | SMITH, GAMBRELL & RUSSELL, LLP | ATTN: JOHN G. MCCARTHY, ALEXANDER BAU 1301 AVENUE OF THE AMERICAS 21ST FLOOR NEW YORK NY 10019 | JMCCARTHY@SGRLAW.COM SBAU@SGRLAW.COM | Email |

In re: Revlon, Inc., et al.
Case No. 22-10760 (DSJ)

Page 5 of 9

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE ATTORNEY GENERAL | STATE OF ALABAMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 300152<br>MONTGOMERY AL 36130-0152 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF ALASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 110300<br>JUNEAU AK 99811-0300 | ATTORNEY.GENERAL@ALASKA.GOV | Email |
| STATE ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>2005 N CENTRAL AVE<br>PHOENIX AZ 85004-2926 | AGINFO@AZAG.GOV | Email |
| STATE ATTORNEY GENERAL | STATE OF ARKANSAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>323 CENTER ST.<br>SUITE 200<br>LITTLE ROCK AR 72201-2610 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 944255<br>SACRAMENTO CA 94244-2550 | BANKRUPTCY@COAG.GOV | Email |
| STATE ATTORNEY GENERAL | STATE OF COLORADO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>RALPH L. CARR COLORADO JUDICIAL CENTER<br>1300 BROADWAY 10TH FLOOR<br>DENVER CO 80203 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>55 ELM ST.<br>HARTFORD CT 06106 | ATTORNEY.GENERAL@CT.GOV | Email |
| STATE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>CARVEL STATE OFFICE BLDG.<br>820 N. FRENCH ST.<br>WILMINGTON DE 19801 | ATTORNEY.GENERAL@STATE.DE.US | Email |
| STATE ATTORNEY GENERAL | STATE OF FLORIDA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>THE CAPITOL PL 01<br>TALLAHASSEE FL 32399-1050 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF GEORGIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>40 CAPITAL SQUARE SW<br>ATLANTA GA 30334-1300 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF HAWAII ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>425 QUEEN ST.<br>HONOLULU HI 96813 | HAWAIIAG@HAWAII.GOV | Email |
| STATE ATTORNEY GENERAL | STATE OF IDAHO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>700 W. JEFFERSON STREET<br>P.O. BOX 83720<br>BOISE ID 83720-1000 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>100 WEST RANDOLPH STREET<br>CHICAGO IL 60601 | WEBMASTER@ATG.STATE.IL.US | Email |
| STATE ATTORNEY GENERAL | STATE OF INDIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>INDIANA GOVERNMENT CENTER SOUTH<br>302 W. WASHINGTON ST. 5TH FLOOR<br>INDIANAPOLIS IN 46204 | INFO@ATG.IN.GOV | Email |
| STATE ATTORNEY GENERAL | STATE OF IOWA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>1305 E. WALNUT STREET<br>DES MOINES IA 50319 | WEBTEAM@AG.IOWA.GOV | Email |
| STATE ATTORNEY GENERAL | STATE OF KANSAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>120 SW 10TH AVE. 2ND FLOOR<br>TOPEKA KS 66612-1597 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>700 CAPITOL AVENUE SUITE 118<br>FRANKFORT KY 40601 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 94095<br>BATON ROUGE LA 70804-4095 | CONSUMERINFO@AG.STATE.LA.US | Email |
| STATE ATTORNEY GENERAL | STATE OF MAINE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>6 STATE HOUSE STATION<br>AUGUSTA ME 04333 | OAG.MEDIATION@MAINE.GOV | Email |
| STATE ATTORNEY GENERAL | STATE OF MARYLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>200 ST. PAUL PLACE<br>BALTIMORE MD 21202-2202 | OAG@OAG.STATE.MD.US | Email |
| STATE ATTORNEY GENERAL | STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>ONE ASHBURTON PLACE<br>BOSTON MA 02108-1698 | AGO@STATE.MA.US | Email |

In re: Revlon, Inc., et al.
Case No. 22-10760 (DSJ)

Page 6 of 9

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE ATTORNEY GENERAL | STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>G. MENNEN WILLIAMS BUILDING 7TH FLOOR<br>525 W. OTTAWA ST. P.O. BOX 30212<br>LANSING MI 48909-0212 | MIAG@MICHIGAN.GOV | Email |
| COUNSEL TO MICHIGAN DEPARTMENT OF TREASURY | STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: JUANDISHA HARRIS<br>CADILLAC PLACE BUILDING<br>3030 W. GRAND BLVD., STE. 10-200<br>DETROIT MI 48202 | HARRISJ12@MICHIGAN.GOV | Email |
| STATE ATTORNEY GENERAL | STATE OF MINNESOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>1400 BREMER TOWER<br>445 MINNESOTA STREET<br>ST. PAUL MN 55101-2131 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>WALTER SILLERS BUILDING<br>550 HIGH STREET SUITE 1200 P.O. BOX 220<br>JACKSON MS 39201 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF MISSOURI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>SUPREME COURT BUILDING<br>207 W. HIGH ST.<br>JEFFERSON CITY MO 65102 | ATTORNEY.GENERAL@AGO.MO.GOV | Email |
| STATE ATTORNEY GENERAL | STATE OF MONTANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>215 N SANDERS THIRD FLOOR<br>PO BOX 201401<br>HELENA MT 59620-1401 | CONTACTDOJ@MT.GOV | Email |
| STATE ATTORNEY GENERAL | STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>2115 STATE CAPITOL<br>2ND FL RM 2115<br>LINCOLN NE 68509-8920 | AGO.INFO.HELP@NEBRASKA.GOV | Email |
| STATE ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>100 NORTH CARSON STREET<br>CARSON CITY NV 89701 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>33 CAPITOL ST.<br>CONCORD NH 03301 | ATTORNEYGENERAL@DOJ.NH.GOV | Email |
| STATE ATTORNEY GENERAL | STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>RJ HUGHES JUSTICE COMPLEX<br>25 MARKET STREET P.O. BOX 080<br>TRENTON NJ 08625-0080 | ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US | Email |
| STATE ATTORNEY GENERAL | STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. DRAWER 1508<br>SANTA FE NM 87504-1508 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>9001 MAIL SERVICE CENTER<br>RALEIGH NC 27699-9001 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>STATE CAPITOL<br>600 E BOULEVARD AVE DEPT 125<br>BISMARCK ND 58505-0040 | NDAG@ND.GOV | Email |
| STATE ATTORNEY GENERAL | STATE OF OHIO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>30 E. BROAD ST. 14TH FLOOR<br>COLUMBUS OH 43215 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF OKLAHOMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>313 NE 21ST STREET<br>OKLAHOMA CITY OK 73105 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF OREGON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>1162 COURT STREET NE<br>SALEM OR 97301 | CONSUMER.HOTLINE@DOJ.STATE.OR.US | Email |
| STATE ATTORNEY GENERAL | STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>STRAWBERRY SQUARE<br>16TH FLOOR<br>HARRISBURG PA 17120 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF RHODE ISLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>150 SOUTH MAIN STREET<br>PROVIDENCE RI 02903 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 11549<br>COLUMBIA SC 29211-1549 | | First Class Mail |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE ATTORNEY GENERAL | STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>1302 EAST HIGHWAY 14<br>SUITE 1<br>PIERRE SD 57501-8501 | CONSUMERHELP@STATE.SD.US | Email |
| STATE ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>CAPITOL STATION<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | PUBLIC.INFORMATION@OAG.STATE.TX.US | Email |
| STATE ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>PO BOX 142320<br>SALT LAKE CITY UT 84114-2320 | UAG@UTAH.GOV | Email |
| STATE ATTORNEY GENERAL | STATE OF VERMONT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>109 STATE ST.<br>MONTPELIER VT 05609-1001 | AGO.INFO@VERMONT.GOV | Email |
| STATE ATTORNEY GENERAL | STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>900 EAST MAIN STREET<br>RICHMOND VA 23219 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF WASHINGTON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>1125 WASHINGTON ST. SE<br>P.O. BOX 40100<br>OLYMPIA WA 98504-0100 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>STATE CAPITOL BLDG 1 ROOM E 26<br>CHARLESTON WV 25305 | CONSUMER@WVAGO.GOV | Email |
| STATE ATTORNEY GENERAL | STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>WISCONSIN DEPARTMENT OF JUSTICE<br>STATE CAPITOL ROOM 114 EAST P.O. BOX 7857<br>MADISON WI 53707-7857 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF WYOMING ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>123 CAPITOL BUILDING<br>200 W. 24TH STREET<br>CHEYENNE WY 82002 | | First Class Mail |
| COUNSEL TO FLYWHEEL DIGITAL, LLC | STREUSAND, LANDON, OZBURN & LEMMON, LLP | ATTN: SABRINA L. STREUSAND<br>1801 S. MOPAC EXPRESSWAY<br>SUITE 320<br>AUSTIN TX 78746 | STREUSAND@SLOLLP.COM | Email |
| COUNSEL TO VARIOUS CLAIMANTS INJURED BY HAIR RELAXER PRODUCTS, MDL LEAD COUNSEL | STUTZMAN, BROMBERG, ESSERMAN & PLIFKA | ATTN: SANDER L. ESSERMAN, PETER C. D'APICE AND MICHAEL J. COLLINS<br>2323 BRYAN STREET<br>SUITE 2200<br>DALLAS TX 75201 | ESSERMAN@SBEP-LAW.COM<br>DAPICE@SBEP-LAW.COM<br>COLLINS@SBEP-LAW.COM | Email |
| COUNSEL TO TN DEPT OF REVENUE | TENNESSEE ATTORNEY GENERAL'S OFFICE | ATTN: BANKRUPTCY DIVISION<br>P.O. BOX 20207<br>NASHVILLE TN 37202-0207 | AGBANKNEWYORK@AG.TN.GOV | Email |
| COUNSEL TO GIVAUDAN FRAGRANCES CORP., CUSTOM ESSENCE LLC AND UNGERER & CO. | THOMPSON HINE LLP | ATTN: JONATHAN S. HAWKINS<br>DISCOVERY PLACE<br>10050 INNOVATION DR. #400<br>MIAMISBURG OH 45432 | JONATHAN.HAWKINS@THOMPSONHINE.COM | Email |
| COUNSEL TO MIMRAN GROUP INC. | TOGUT, SEGAL & SEGAL LLP | ATTN: FRANK A. OSWALD AND MINTA J. NESTER<br>ONE PENN PLAZA<br>SUITE 3335<br>NEW YORK NY 10119 | FRANKOSWALD@TEAMTOGUT.COM<br>MNESTER@TEAMTOGUT.COM | Email |
| INDENTURE TRUSTEE FOR THE DEBTORS' PREPETITION UNSECURED NOTES | U.S. BANK NATIONAL ASSOCIATION | ATTN: RICK PROKOSCH OR LEGAL DEPARTMENT<br>GLOBAL CORPORATE TRUST SERVICES<br>60 LIVINGSTON AVENUE, EP-MN-WS3C<br>ST. PAUL MN 55107-2292 | | First Class Mail |
| STATE ATTORNEY GENERAL | UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0001 | | First Class Mail |
| UNITED STATES ATTORNEY'S OFFICE FOR THE SOUTHERN DISTRICT OF NEW YORK | US ATTORNEY FOR SOUTHERN DISTRICT OF NEW YORK | ATTN: BANKRUPTCY DIVISION<br>86 CHAMBERS STREET<br>3RD FLOOR<br>NEW YORK NY 10007 | JEFFREY.OESTERICHER@USDOJ.GOV<br>CARINA.SCHOENBERGER@USDOJ.GOV<br>LAWRENCE.FOGELMAN@USDOJ.GOV<br>PETER.ARONOFF@USDOJ.GOV<br>LINDA.RIFFKIN@USDOJ.GOV | Email |
| COUNSEL TO THE ELIZABETH TAYLOR COSMETICS COMPANY | VENABLE LLP | ATTN: CAROL WEINER (LEVY)<br>1270 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020 | CWLEVY@VENABLE.COM | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO MACANDREWS & FORBES HOLDINGS, INC. | WACHTELL, LIPTON, ROSEN & KATZ | ATTN: JOSHUA A. FELTMAN, ESQ. 51 WEST 52ND STREET NEW YORK NY 10019-6150 | JAFELTMAN@WLRK.COM | Email |
| STATE ATTORNEY GENERAL | WASHINGTON DC ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 441 4TH STREET NW WASHINGTON DC 20001 | OAG@DC.GOV | Email |
| COUNSEL TO WESTROCK COMPANY AND ALL OF ITS SUBSIDIARIES AND AFFILIATES | WHITEFORD, TAYLOR & PRESTON LLP | ATTN: JAE WON HA, ESQ. 3190 FAIRVIEW PARK DRIVE, SUITE 800 FALLS CHURCH VA 22042-4510 | JHA@WTPLAW.COM | Email |
| COUNSEL TO FIABILA USA, INC. | WILEY MALEHORN SIROTA & RAYNES | ATTN: JAMES M. MCCREEDY, KRISTIN V. HAYES 250 MADISON AVENUE MORRISTOWN NJ 07960- | JMCCREEDY@WMSRLAW.COM KVHAYES@WMSRLAW.COM | Email |
| COUNSEL TO NIELSEN CONSUMER LLC | WILMER CUTLER PICKERING HALE AND DORR LLP | ATTN: BENJAMIN W. LOVELAND 60 STATE STREET BOSTON MA 02109 | BENJAMIN.LOVELAND@WILMERHALE.COM | Email |
| COUNSEL TO NIELSEN CONSUMER LLC | WILMER CUTLER PICKERING HALE AND DORR LLP | ATTN: PHILIP D. ANKER 7 WORLD TRADE CENTER 250 GREENWICH STREET NEW YORK NY 10007 | PHILIP.ANKER@WILMERHALE.COM | Email |

**<u>Exhibit B</u>**

Exhibit B

Objectors Service List

Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| BALLARD SPAHR LLP | ATTN: DUSTIN P. BRANCH, MICHAEL S. MYERS | MYERSM@BALLARDSPAHR.COM |
| BIALSON, BERGEN & SCHWAB | ATTN: THOMAS M. GAA, GAYE N. HECK | TGAA@BBSLAW.COM; GHECK@BBSLAW.COM |
| MACELREE HARVEY, LTD. | ATTN: ASHLEY STITZER | ASTITZER@MACELREE.COM |
| NORRIS MCLAUGHLIN, P.A. | ATTN: MELISSA A. PENA | MAPENA@NORRIS-LAW.COM |
| PIERCE MCCOY, PLLC | ATTN: JONATHAN A. GRASSO | JON@PIERCEMCCOY.COM |
| STINSON LLC | ATTN: KIERAN M. CORCORAN | KIERAN.CORCORAN@STINSON.COM |
| WHITE AND WILLIAMS LLP | ATTN: JAMES C. VANDERMARK | VANDERMARKJ@WHITEANDWILLIAMS.COM |

**<u>Exhibit C</u>**

## Exhibit C

Additional Objectors Service List

Served via email

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| Adams And Reese LLP | Attn: Michael A. Kolcon, Esq. | richard.aguilar@arlaw.com; mark.chaney@arlaw.com; michael.kolcun@arlaw.com |
| Attorneys for Auxis Costa Rica Limitada | Attn: Brent A. Friedman, PA | brent@brentafriedman.com |
| Beth Stern Fleming, LLC | | bsf@sternfleming.com |
| Obermeyer Rebmann Maxwell & Hippel LLP | Attn: Matthew S. Olesh, Esquire; Edmond M. George, Esquire (pro hac vice); Michael D. Vagnoni, Esquire (pro hac vice) | matthew.olesh@obermayer.com |