Melissa A. Pena, Esq.
NORRIS McLAUGHLIN, P.A.
7 Times Square, 21st Floor
New York, New York 10036
Local Counsel for Old Dominion Freight Line Inc.

Ashley Stitzer, Esq.*
MACELREE HARVEY, LTD.
17 West Miner Street
West Chester, PA 19382
Attorneys for Old Dominion Freight Line Inc.
* *Admitted to Practice Law in Pennsylvania and Delaware*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| REVLON INC., et al., | Case No. 22-10760 (DSJ) |
| Debtor. | (Jointly Administered) |

## NOTICE OF HEARING ON MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS BY OLD DOMINION FREIGHT LINE INC.

**PLEASE TAKE NOTICE**, that a hearing ("Hearing") on the motion ("Motion") by Norris McLaughlin, P.A., pursuant to 11 U.S.C. § 503(b)(1)(A), for Allowance and Payment of Administrative Expense Claims by Old Dominion Freight Line Inc. ("Old Dominion") will be held before the Honorable David S. Jones of the United States Bankruptcy Court for the Southern District of New York (the "Court") on **June 29, 2023 at 10:00 a.m. at (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE**, that the Hearing will be conducted remotely via Zoom for Government. Parties wishing to appear at the Hearing, whether in a "live" or "listen only" capacity, must make an electronic appearance through the "eCourtAppearances" tab on the Court's website (https://www.nysb.uscourts.gov/content/judge-david-s-jones) no later than 4:00 p.m. on the business day before the Hearing (the "Appearance Deadline"). Following the Appearance Deadline, the Court will circulate by email the Zoom link to the Hearing to those parties who have made an electronic appearance. Parties wishing to appear at the Hearing must submit electronic appearances through the Court's website by the Appearance Deadline and not by emailing or otherwise contacting the Court. Additional information regarding the Court's Zoom and hearing procedures can be found at the Court's website.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (each, an "Objection") to the relief requested in the Motion shall: (i) be in writing; (ii) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York; (iii) state, with particularity, the legal and factual basis for the Objection; and (iv) be filed with the Court and served so as to be actually received by **June 22, 2023 at 4:00 p.m., prevailing Eastern Time**, in a manner consisted with the *Revised Order (A) Establishing Certain Notice, Case Management, and Administrative Procedure and (B) Granting Related Relief* [Docket No. 279] and the procedures set forth therein as Exhibit "1" (the "Case Management Procedures"), including, but not limited to, by serving any Objection on the parties listed in paragraphs 22 and 34 of the Case Management Procedures.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned hereafter from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, or (ii) from the Debtors' notice and claims agent, Kroll, at https://cases.ra.kroll.com/revlon/ or by calling (855) 631-5341 (toll free) for U.S. and Canada-based parties or +1 (646) 795-6968 for international parties. Note that a PACER password is needed to access documents on the Court's website.

NORRIS McLAUGHLIN, P.A.
Attorneys for Old Dominion Freight Line Inc.

Dated: New York, New York
      May 31, 2023                          By: */s/ Melissa A. Pena*
                                                          Melissa A. Pena