Melissa A. Pena, Esq.
NORRIS McLAUGHLIN, P.A.
7 Times Square, 21st Floor
New York, New York 10036
Local Counsel for Old Dominion Freight Line Inc.

Ashley Stitzer, Esq.*
MACELREE HARVEY, LTD.
17 West Miner Street
West Chester, PA 19382
Attorneys for Old Dominion Freight Line Inc.
* Admitted to Practice Law in Pennsylvania and Delaware

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| REVLON INC., et al., | : | Case No. 22-10760 (DSJ) |
| | : | (Jointly Administered) |
| Debtor. | : | |
| | : | |
| | : | |

---

## CERTIFICATE OF SERVICE

I, Amanda A. Tersigni, hereby certify that on May 31, 2023, in addition to service via the Court's ECF system on recipients who receive ECF Notices, I caused a true and correct copy of the following documents (Docket Number 1924) to be served upon the parties listed on the Master Service List (Exhibit "A") via electronic mail and/or United States Postal Service:

- *Motion for Allowance and Payment of Administrative Expense Claims by Old Dominion Freight Line Inc.*;
- *Proposed Order for Allowance and Payment of Old Dominion Freight Line Inc.'s Administrative Expense Claims*;
- *Declaration of Jonathan Erwin in Support of Motion for Allowance and Payment of Administrative Expense Claims by Old Dominion Freight Line Inc.*, and exhibits annexed thereto; and
- *Notice of Hearing on Motion for Allowance and Payment of Administrative Expense Claims by Old Dominion Freight Line Inc.*

NORRIS McLAUGHLIN, P.A.
Attorneys for Old Dominion Freight Line Inc.

Dated: New York, New York
May 31, 2023

By: */s/ Amanda A. Tersigni*
Amanda A. Tersigni

# EXHIBIT "A"

*Master Service List*

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNSEL TO AUTOMOTIVE RENTALS, INC. AND ARI FLEET LT | ADAMS AND REESE LLP | ATTN: MICHAEL A. KOLCUN | 100 N. TAMPA STREET, SUITE 4000 | | TAMPA | FL | 33602 | | 813-402-2880 | 813-402-2887 | MICHAEL.KOLCUN@ARLAW.COM |
| COUNSEL TO AUTOMOTIVE RENTALS, INC. AND ARI FLEET LT | ADAMS AND REESE LLP | ATTN: RICHARD A. AGUILAR, MARK J. CHANEY, III | 701 POYDRAS STREET | 45TH FLOOR | NEW ORLEANS | LA | 70139 | | 504-585-0239; 504-585-0475 | 504-585-6570; 504-586-6550 | RICHARD.AGUILAR@ARLAW.COM MARK.CHANEY@ARLAW.COM |
| COUNSEL TO THE AD HOC GROUP OF 2016 TERM LOAN LENDERS | AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: JAMES SAVIN | 2001 K STREET, NW | | WASHINGTON | DC | 20006 | | 202-887-4417; 202-887-4000 | 202-887-4288 | JSAVIN@AKINGUMP.COM |
| COUNSEL TO THE AD HOC GROUP OF 2016 TERM LOAN LENDERS | AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: MICHAEL S. STAMER, ABID QURESHI, JOSEPH L. SORKIN, KEVIN ZUZOLO | ONE BRYANT PARK | | NEW YORK | NY | 10036 | | 212-872-1000 | 212-872-1002 | MSTAMER@AKINGUMP.COM AQURESHI@AKINGUMP.COM JSORKIN@AKINGUMP.COM KZUZOLO@AKINGUMP.COM |
| ADMINISTRATIVE AGENT FOR THE TRANCHE B | ALTER DOMUS | ATTN: LEGAL DEPARTMENT AND STEVEN LENARD | 225 W. WASHINGTON STREET | 9TH FLOOR | CHICAGO | IL | 60606 | | | | LEGAL@ALTERDOMUS.COM CPCAGENCY@ALTERDOMUS.COM |
| COUNSEL TO WATTS GUERRA, LLP, ON BEHALF OF CERTAIN HAIR RELAXER CANCER CLAIMANTS ("WATTS GUERRA") | ANDREWS MYERS, P.C. | ATTN: LISA M. NORMAN AND EDWARD L. RIPLEY | 1885 SAINT JAMES PLACE, 15TH FLOOR | | HOUSTON | TX | 77056 | | 713-850-4200 | 713-850-4211 | LNORMAN@ANDREWSMYERS.COM ERIPLEY@ANDREWSMYERS.COM |
| COUNSEL TO STANLEY B. DESSEN | ASK LLP | ATTN: EDWARD NEIGER, MARIANNA UDEM, JENNIFER CHRISTIAN | 60 EAST 42ND STREET | 46TH FLOOR | NEW YORK | NY | 10165 | | 212-267-7342 | 212-918-3427 | ENEIGER@ASKLLP.COM MUDEM@ASKLLP.COM JCHRISTIAN@ASKLLP.COM |
| COUNSEL TO IP CAPITAL PARTNERS, LLC | BALLARD SPAHR LLP | ATTN: DUSTIN P. BRANCH | 2029 CENTURY PARK EAST | SUITE 1400 | LOS ANGELES | CA | 90067-2915 | | 424-204-4400 | 424-204-4350 | BRANCHD@BALLARDSPAHR.COM |
| COUNSEL TO FIRMENICH INCORPORATED, INTERNATIONAL FLAVORS & FRAGRANCES INC. | BALLARD SPAHR LLP | ATTN: TOBEY M. DALUZ, LAUREL D. ROGLEN | 919 NORTH MARKET STREET | 11TH FLOOR | WILMINGTON | DE | 19801-3034 | | 302-252-4465 | 302-252-4466 | DALUZT@BALLARDSPAHR.COM ROGLENL@BALLARDSPAHR.COM |
| COUNSEL TO UNITED PARCEL SERVICE, INC. | BIALSON, BERGEN & SCHWAB, A PROFESSIONAL CORPORATION | ATTN: LAWRENCE M. SCHWAB, ESQ., KENNETH T. LAW, ESQ. | 830 MENLO AVENUE, Suite 201 | | MENLO PARK | CA | 94025 | | 650-857-9500 | | KLAW@BBSLAW.COM |
| COUNSEL TO AD HOC GROUP OF RETIRED EXECUTIVES OF REVLON, INC., ET AL. | BRADFORD EDWARDS & VARLACK LLP | ATTN: DENVER G. EDWARDS | 12 EAST 49TH STREET | 11TH FLOOR | NEW YORK | NY | 10017 | | 201-306-1090 | | DEDWARDS@BRADFORDEDWARDS.COM |
| COUNSEL TO SAP AMERICA, INC., ARIBA, INC. AND CONCUR TECHNOLOGIES, INC. | BROWN & CONNERY, LLP | ATTN: DONALD K. LUDMAN, ESQ. | 6 NORTH BROAD STREET | SUITE 100 | WOODBURY | NJ | 08096 | | 856-812-8900 | 856-853-9933 | DLUDMAN@BROWNCONNERY.COM |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | BROWN RUDNICK LLP | ATTN: ROBERT J. STARK, ESQ., DAVID J. MOLTON, ESQ., JEFFREY L. JONAS, ESQ., BENNETT S. SILVERBERG, ESQ., KENNETH J. AULET. ESQ. | SEVEN TIMES SQUARE | | NEW YORK | NY | 10036 | | 212-209-4800 | 212-209-4801 | RSTARK@BROWNRUDNICK.COM DMOLTON@BROWNRUDNICK.COM JJONAS@BROWNRUDNICK.COM BSILVERBERG@BROWNRUDNICK.COM KAULET@BROWNRUDNICK.COM |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | BROWN RUDNICK LLP | ATTN: STEVEN B. LEVINE, ESQ., TRISTAN G. AXELROD, ESQ., MATTHEW A. SAWYER, ESQ. | ONE FINANCIAL CENTER | | BOSTON | MA | 02111 | | 617-856-8200; 617-856-8391 | 617-856-8201; 617-280-0691 | SLEVINE@BROWNRUDNICK.COM TAXELROD@BROWNRUDNICK.COM MSAWYER@BROWNRUDNICK.COM |
| COUNSEL TO ORACLE AMERICA, INC. | BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON, ESQ. | 425 MARKET ST., SUITE 2900 | | SAN FRANCISCO | CA | 94105 | | 415-227-0900 | | SCHRISTIANSON@BUCHALTER.COM |
| COUNSEL TO PLANTIFFS' CO-LEAD COUNSEL AND THE PLANTIFFS' EXECUTIVE COMMITTEE ("MDL LEAD COUNSEL") AND VARIOUS CLAIMANTS IN MULTIDISTRICT LITIGATION PROCEEDING IN HAIR RELAXER MARKETING SALES PRACTICS AND PRODUCTS | BURNS BAIR, LLP | ATTN: TIMOTHY W. BURNS | 10 E. DOTY STREET, SUITE 600 | | MADISON | WI | 53703-3392 | | 608-286-2302 | | TBURNS@BURNSBAIR.COM |
| COUNSEL TO CHIEF CONTAINER CO., INC. | BURR & FORMAN LLP | ATTN: ERICH N. DURLACHER | 171 SEVENTEENTH STREET, N.W. | SUITE 1100 | ATLANTA | GA | 30363 | | 404-685-4313 | 404-214-7587 | EDURLACHER@BURR.COM |
| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | CHAMBERS OF HONORABLE JUDGE DAVID S. JONES | REVLON CHAMBERS COPY | US BANKRUPTCY COURT SDNY | ONE BOWLING GREEN | NEW YORK | NY | 10004-1408 | | 212-668-2870 | | |
| COUNSEL TO CARDINAL HEALTH 110, LLC, CONTINENTAL CASUALTY COMPANY, AND VARIOUS AFFILIATED ENTITIES, INCLUDING WESTERN SURETY COMPANY AND AMERICAN CASUALTY COMPANY OF READING, PA | CHIESA SHAHINIAN & GIANTOMASI PC | ATTN: SCOTT A. ZUBER, ESQ., TERRI JANE FREEDMAN, ESQ. | ONE BOLAND DRIVE | | WEST ORANGE | NJ | 07052 | | 973-530-2046; 973-530-2152 | 973-530-2246; 973-325-1501 | SZUBER@CSGLAW.COM TFREEDMAN@CSGLAW.COM |
| COUNSEL TO SOLNSOFT D/B/A XCENTIUM ("SOLNSOFT") | COLE SCHOTZ P.C. | ATTN: J. S. FRUMKIN, ESQ. & B. P. CHURBUCK, ESQ. | 1325 AVENUE OF THE AMERICAS | 19TH FLOOR | NEW YORK | NY | 10019 | | 212-752-8000 | 212-752-8393 | JFRUMKIN@COLESCHOTZ.COM BCHURBUCK@COLESCHOTZ.COM |
| STATE ATTORNEY GENERAL | COMMONWEALTH OF PUERTO RICO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | APARTADO 9020192 | | SAN JUAN | PR | 00902-0192 | | | | |
| COUNSEL TO TARGET CORPORATION | CONNELL FOLEY LLP | ATTN: PHILIP W. ALLOGRAMENTO III | 875 THIRD AVENUE | 21ST FLOOR | NEW YORK | NY | 10022 | | 212-307-3700 | | PALLOGRAMENTO@CONNELLFOLEY.COM |
| COUNSEL TO THE AD HOC GROUP OF TERM LOAN DIP LENDERS AND BRANDCO LENDERS | DAVIS POLK & WARDWELL LLP | ATTN: ELI J. VONNEGUT, JOSHUA Y. STURM, STEPHANIE MASSMAN | 450 LEXINGTON AVENUE | | NEW YORK | NY | 10017 | | 212-450-4331; 212-450-4000 | 212-701-5800 | ELI.VONNEGUT@DAVISPOLK.COM JOSHUA.STURM@DAVISPOLK.COM STEPHANIE.MASSMAN@DAVISPOLK.COM |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNSEL TO VARIOUS CLAIMANTS INJURED BY HAIR RELAXER PRODUCTS | DICELLO LEVITT LLC | ATTN: ADAM J. LEVITT | 10 NORTH DEARBORN STREET | SIXTH FLOOR | CHICAGO | IL | 60602 | | 312-214-7900 | | ALEVITT@DICELLOLEVITT.COM |
| COUNSEL TO VARIOUS CLAIMANTS INJURED BY HAIR RELAXER PRODUCTS | DICELLO LEVITT LLC | ATTN: DIANDRA "FU" DEBROSSE ZIMMERMANN | 505 20TH STREET NORTH | 15TH FLOOR | BIRMINGHAM | AL | 35203 | | 205-740-9555 | | FU@DICELLOLEVITT.COM |
| COUNSEL TO THE PROCTER & GAMBLE COMPANY | DINSMORE & SHOHL LLP | ATTN: SARA A. JOHNSTON | 100 WEST MAIN ST. | STE. 900 | LEXINGTON | KY | 40507 | | 859-425-1000 | 859-425-1099 | SARA.JOHNSTON@DINSMORE.COM |
| COUNSEL TO THE PROCTER & GAMBLE COMPANY | DINSMORE & SHOHL LLP | ATTN: TRAVIS M. BAYER | 255 EAST FIFTH STREET | SUITE 1900 | CINCINNATI | OH | 45202 | | 513-977-8200 | 513-977-8141 | TRAVIS.BAYER@DINSMORE.COM |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY | OFFICE OF GENERAL COUNSEL 2310A | 1200 PENNSYLVANIA AVE NW, 2310A | | WASHINGTON | DC | 20460 | | | | |
| COUNSEL TO SCIENTIFIC CHEMICAL PROCESSING (SCP) SITE | FAEGRE DRINKER BIDDLE & REATH LLP | ATTN: BONNIE ALLYN BARNETT | ONE LOGAN SQUARE | STE. 2000 | PHILADELPHIA | PA | 19103 | | 215-988-2916 | 215-988-2757 | BONNIE.BARNETT@FAEGREDRINKER.COM |
| COUNSEL TO TARGET CORPORATION | FREDRIKSON & BYRON, P.A. | ATTN: RYAN T. MURPHY, JAMES C. BRAND | 200 SOUTH SIXTH STREET | SUITE 4000 | MINNEAPOLIS | MN | 55402-1425 | | 612-492-7000 | | RMURPHY@FREDLAW.COM JBRAND@FREDLAW.COM |
| COUNSEL TO 84.51 LLC | FROST BROWN TODD LLP | ATTN: A.J. WEBB | 3300 GREAT AMERICAN TOWER | 301 EAST FOURTH STREET | CINCINNATI | OH | 45202 | | 513-6156800 | 513-651-6981 | AWEBB@FBTLAW.COM |
| COUNSEL TO POJOMODELS LLC | GIBBONS P.C. | ATTN: BRETT S. THEISEN, ESQ. | ONE PENNSYLVANIA PLAZA, 37TH FL | | NEW YORK | NY | 10119-3701 | | 212-613-2000 | 212-290-2018 | BTHEISEN@GIBBONSLAW.COM |
| COUNSEL TO INVICTUS GLOBAL MANAGEMENT, LLC | GLENN AGRE BERGMAN & FUENTES LLP | ATTN: ANDREW K. GLENN, SHAI SCHMIDT | 55 HUDSON YARDS | 20TH FLOOR | NEW YORK | NY | 10001 | | 212-358-5600 | | AGLENN@GLENNAGRE.COM SSCHMIDT@GLENNAGRE.COM |
| COUNSEL TO SIR ROANOKE LLC | GOULSTON & STORRS PC | ATTN: DOUGLAS B. ROSNER, ESQ. | 400 ATLANTIC AVENUE | | BOSTON | MA | 02110-3333 | | 617-482-1776 | | DROSNER@GOULSTONSTORRS.COM |
| COUNSEL TO ONE NY PLAZA CO. LLC | GREENBERG TRAURIG, LLP | ATTN: HEATH B. KUSHNICK, KENNETH A. PHILBIN | ONE VANDERBILT AVENUE | | NEW YORK | NY | 10017 | | 212-801-9200 | 212-801-6400 | KUSHNICKH@GTLAW.COM PHILBINK@GTLAW.COM |
| COUNSEL TO ALAN D. HALPERIN AS GUC ADMINSTRATOR OF THE GUC TRUST | HALPERIN BATTAGLIA BENZIJA, LLP | ATTN: DONNA H. LIEBERMAN, ESQ & JULIA DYAS GOLDBERG, ESQ | 40 WALL STREET | 37TH FLOOR | NEW YORK | NY | 10005 | | 212-765-9100 | | DLIEBERMAN@HALPERINLAW.NET JGOLDBERG@HALPERINLAW.NET |
| COUNSEL TO HAWKINS PARNELL & YOUNG, LLP | HAWKINS PARNELL & YOUNG, LLP | ATTN: DAVID R. JOHANSON | 1776 SECOND STREET | | NAPA | CA | 94559 | | 707-299-2470 | 707-581-1704 | DJOHANSON@HPYLAW.COM |
| COUNSEL TO BARNET PRODUCTS LLC | HERRICK, FEINSTEIN LLP | ATTN: STEPHEN B. SELBST | TWO PARK AVENUE | | NEW YORK | NY | 10016 | | 212-592-1400 | 212-592-1500 | SSELBST@HERRICK.COM |
| INTERESTED PARTY | HYPERMARCAS S.A | ATTN: MARTIM PRADO MATTOS | AV. PIRACEMA, 155 | BARUERI | SAO PAULO | | 06460-030 | BRAZIL | | | |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | 2970 MARKET STREET | MAIL STOP 5 Q30 133 | PHILADELPHIA | PA | 19104-5016 | | 800-973-0424 | 855-235-6787 | MIMI.M.WONG@IRSCOUNSEL.TREAS.GOV |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | P.O. BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | | 800-973-0424 | 855-235-6787 | MIMI.M.WONG@IRSCOUNSEL.TREAS.GOV |
| COUNSEL TO COASTAL ELECTRIC COMPANY OF FLORIDA | JIMERSON BIRR, P.A. | ATTN: AUSTIN B. CALHOUN | ONE INDEPENDENT DRIVE | SUITE 1400 | JACKSONVILLE | FL | 32202 | | 904-389-0050 | 904-212-1269 | ACALHOUN@JIMERSONFIRM.COM SAMANTHAB@JIMERSONFIRM.COM |
| COUNSEL TO U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, IN ITS CAPACITY AS INDENTURE TRUSTEE | KELLEY DRYE & WARREN LLP | ATTN: JAMES S. CARR, PHILIP A. WEINTRAUB | 3 WORLD TRADE CENTER | 175 GREENWICH STREET | NEW YORK | NY | 10007 | | 212-808-7800 | 212-808-7897 | PWEINTRAUB@KELLEYDRYE.COM |
| COUNSEL TO BLUE TORCH FINANCE LLC, IN ITS CAPACITY AS FOREIGN ABTL FACILITY ADMINISTRATIVE AGENT | KING & SPALDING LLP | ATTN: JENNIFER DALY | 1185 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10023 | | 212-556-2196 | | JDALY@KSLAW.COM |
| COUNSEL TO ORANGE DIE CUTTING CORP. | KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | ATTN: FRED STEVENS, SEAN C. SOUTHARD | 200 WEST 41ST STREET | 17TH FLOOR | NEW YORK | NY | 10036-7203 | | 212-972-3000 | 212-972-2245 | FSTEVENS@KLESTADT.COM SSOUTHARD@KLESTADT.COM |
| COUNSEL TO THE AD HOC GROUP OF TERM LOAN DIP LENDERS AND BRANDCO LENDERS | KOBRE & KIM LLP | ATTN: DANIELLE L. ROSE, DANIEL J. SAVAL | 800 THIRD AVENUE | | NEW YORK | NY | 10022 | | 212-849-7000; 212-488-1200; 212-418-1200 | 212-488-1229 | DANIELLE.ROSE@KOBREKIM.COM DANIEL.SAVAL@KOBREKIM.COM |
| CLAIMS AGENT | KROLL RESTRUCTURING ADMINISTRATION LLC | ATTN: SELWYN PERRY & JORDAN SEARLES | 55 EAST 52ND STREET | 17TH FLOOR | NEW YORK | NY | 10055 | | 212-257-5450 | 646-328-2851 | REVLONTEAM@RA.KROLL.COM SERVICEQA@RA.KROLL.COM |
| COUNSEL TO CITIBANK N.A., IN ITS CAPACITY AS 2016 TERM LOAN AGENT | LATHAM & WATKINS LLP | ATTN: CONRAY C. TSENG, KEITH A. SIMON, ERIC LEON, KUAN HUANG, ANDREW C. AMBRUOSO, JONATHAN J. WEICHSELBAUM | 1271 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020 | | 212-906-1638; 212-906-1200 | 212-751-4864 | CONRAY.TSENG@LW.COM KEITH.SIMON@LW.COM ERIC.LEON@LW.COM KUAN.HUANG@LW.COM ANDREW.AMBRUOSO@LW.COM JON.WEICHSELBAUM@LW.COM |
| COUNSEL TO DERIK INDUSTRIAL USA, INC. | LAW OFFICE OF GILBERT A. LAZARUS, PLLC | ATTN: GILBERT A. LAZARUS, ESQ. | 92-12 68TH AVENUE | | FLUSHING | NY | 11375 | | 917-417-3795 | | GILLAZARUS@GMAIL.COM |
| COUNSEL TO QUOTIENT TECHNOLOGY INC. | LAW OFFICES OF DOUGLAS T. TABACHNIK, P.C. | ATTN: DOUGLAS T. TABACHNIK, ESQ. | 63 WEST MAIN STREET | SUITE C | FREEHOLD | NJ | 07728-2141 | | 732-780-2760 | 732-780-2761 | DTABACHNIK@DTTLAW.COM |
| COUNSEL TO HIDALGO COUNTY, CITY OF MCALLEN, SAN MARCOS CISD | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DIANE W. SANDERS | PO BOX 17428 | | AUSTIN | TX | 78760-7428 | | 512-447-6675 | 512-443-5114 | AUSTIN.BANKRUPTCY@LGBS.COM |
| COUNSEL TO TARRANT COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: LAURIE A. SPINDLER, JOHN KENDRICK TURNER | 2777 N. STEMMONS FREEWAY | SUITE 1000 | DALLAS | TX | 75207 | | 214-880-0089 | 469-221-5003 | DALLAS.BANKRUPTCY@LGBS.COM |
| COUNSEL TO CYPRESS-FAIRBANKS ISD, GALVESTON COUNTY, HARRIS COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: TARA L. GRUNDEMEIER | PO BOX 3064 | | HOUSTON | TX | 77253-3064 | | 713-844-3400 | 713-844-3503 | HOUSTON_BANKRUPTCY@LGBS.COM |
| COUNSEL TO COMMISSION JUNCTION LLC AND ANY APPLICABLE AFFILIATES ("PUBLICIS") | LOCKE LORD LLP | ATTN: CHELSEY ROSENBLOOM LIST | BROOKFIELD PLACE, 200 VESEY STREET | 20TH FLOOR | NEW YORK | NY | 10281 | | 212-912-2824 | 212-812-8394 | CHELSEY.LIST@LOCKELORD.COM |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNSEL TO COMMISSION JUNCTION LLC AND ANY APPLICABLE AFFILIATES ("PUBLICIS") | LOCKE LORD LLP | ATTN: JONATHAN W. YOUNG, HANNA J. CIECHANOWSKI | 111 HUNTINGTON AVENUE | 9TH FLOOR | BOSTON | MA | 02199- | | 617-239-0367; 617-239-0141 | 855-595-1190; 888-325-9128 | JONATHAN.YOUNG@LOCKELORD.COM HANNA.CIECHANOWSKI@LOCKELORD.COM |
| COUNSEL TO THREE WISHES PRODUCTIONS, INC. | LOEB & LOEB LLP | ATTN: DANIEL B. BESIKOF | 345 PARK AVENUE | | NEW YORK | NY | 10154 | | 212-407-4000 | | DBESIKOF@LOEB.COM |
| COUNSEL TO VRC COMPANIES, LLC DBA VITAL RECORDS CONTROL | LOIZIDES, P.A. | ATTN: CHRISTOPHER D. LOIZIDES | 1225 KING STREET | SUITE 800 | WILMINGTON | DE | 19801 | | 302-654-0248 | 302-654-0728 | LOIZIDES@LOIZIDES.COM |
| COUNSEL TO SUN CHEMICAL CORPORATION AND ITS DIVISION, COLORS & EFFECTS USA LLC ("SUN CHEMICAL") AND CRODA, INC. | LOWENSTEIN SANDLER LLP | ATTN: BRUCE S. NATHAN, ESQ. | 1251 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020 | | 212-262-6700 | 212-762-7402 | BNATHAN@LOWENSTEIN.COM |
| COUNSEL TO SUN CHEMICAL CORPORATION AND ITS DIVISION, COLORS & EFFECTS USA LLC ("SUN CHEMICAL") AND CRODA, INC. | LOWENSTEIN SANDLER LLP | ATTN: MICHAEL PAPANDREA AND ANDREW BEHLMANN | ONE LOWENSTEIN DRIVE | | ROSELAND | NJ | 07068 | | 973-597-2500 | 973-597-2400 | MPAPANDREA@LOWENSTEIN.COM ABEHLMANN@LOWENSTEIN.COM |
| COUNSEL TO BRISTOL-MYERS SQUIBB COMPANY | LOWENSTEIN SANDLER LLP | ATTN: MICHAEL S. ETKIN, GAVIN J. ROONEY, PHILIP J. GROSS | 1251 AVENUE OF THE AMERICAS | 17TH FLOOR | NEW YORK | NY | 10020 | | | | METKIN@LOWENSTEIN.COM GROONEY@LOWENSTEIN.COM PGROSS@LOWENSTEIN.COM |
| COUNSEL TO BRISTOL-MYERS SQUIBB COMPANY | LOWENSTEIN SANDLER LLP | ATTN: MICHAEL S. ETKIN, GAVIN J. ROONEY, PHILIP J. GROSS | ONE LOWENSTEIN DRIVE | | ROSELAND | NJ | 07068 | | 973-597-2500 | | METKIN@LOWENSTEIN.COM GROONEY@LOWENSTEIN.COM PGROSS@LOWENSTEIN.COM |
| COUNSEL TO PLASTEK INDUSTRIES, INC. | MACDONALD, ILLIG, JONES & BRITTON LLP | ATTN: NICHOLAS R. PAGLIARI | 100 STATE STREET | SUITE 700 | ERIE | PA | 16507-1459 | | 814-870-7754 | 814-454-4647 | NPAGLIARI@MIJB.COM |
| COUNSEL TO U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, IN ITS CAPACITY AS INDENTURE TRUSTEE | MASLON LLP | ATTN: CLARK T. WHITMORE, JASON M. REED, MICHAEL A. ROSOW | 90 SOUTH SEVENTH STREET, SUITE 3300 | | MINNEAPOLIS | MN | 55402 | | 612-672-8200 | 612-642-4800 | CLARK.WHITMORE@MASLON.COM JASON.REED@MASLON.COM MICHAEL.ROSOW@MASLON.COM |
| COUNSEL TO THE COUNTY OF BOSQUE, TEXAS, MIDLAND CENTRAL APPRAISAL DISTRICT, THE COUNTY OF HILL, TEXAS | MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | ATTN: JULIE ANNE PARSONS OR LEGAL DEPARTMENT | P.O. BOX 1269 | | ROUND ROCK | TX | 78680-1269 | | 516-323-3241 | 512-3233205 | |
| COUNSEL TO COUNTY OF HAYS, TEXAS | MCCREARY, VESELKA, BRAGG, & ALLEN, P.C. | ATTN: JULIE ANNE PARSONS | 700 JEFFREY WAY | SUITE 100 | ROUND ROCK | TX | 78665 | | 512-323-3241 | 512-323-3205 | JPARSONS@MVBALAW.COM |
| COUNSEL TO HAWKINS PARNELL & YOUNG, LLP | MCNUTT LAW GROUP LLP | ATTN: SCOTT H. MCNUTT | 324 WARREN ROAD | | SAN MATEO | CA | 94402 | | 415-760-5601 | | SMCNUTT@ML-SF.COM |
| ADMINISTRATIVE AGENT UNDER CERTAIN OF THE DEBTORS' PREPETITION FUNDED DEBT FACILITIES ('ABL AGENT') | MIDCAP FUNDING IV TRUST | C/O MIDCAP FINANCIAL SERVICES, LLC, AS SERVICER | 7255 WOODMONT AVENUE | ATTN LEGAL GROUP | BETHESDA | MD | 20814 | | | | |
| COUNSEL TO MISSOURI DEPARTTMENT OF REVENUE | MISSOURI DEPARTMENT OF REVENUE, General Counsel's Office | ATTN: STEVEN A. GINTHER | 301 W. High Street, Room 670 | P.O. BOX 475 | JEFFERSON CITY | MO | 65105-0475 | | 573-751-5531 | 573-751-7232 | SDNYECF@DOR.MO.GOV |
| COUNSEL TO CRYSTAL FINANCIAL LLC D/B/A SLR CREDIT SOLUTIONS; IN ITS CAPACITY AS ADMINISTRATIVE AGENT FOR THE SISO TERM LOAN | MORGAN LEWIS & BOCKIUS LLP | ATTN: SANDRA J. VREJAN, JULIA FROST-DAVIES & CHRISTOPHER L. CARTER | ONE FEDERAL STREET | | BOSTON | MA | 02110-1726 | | 617-591-8422; 617-341-7700 | 617-345-5054; 617-341-7701 | JULIA.FROST-DAVIES@MORGANLEWIS.COM SANDRA.VREJAN@MORGANLEWIS.COM CHRISTOPHER.CARTER@MORGANLEWIS.COM |
| COUNSEL TO CRYSTAL FINANCIAL LLC D/B/A SLR CREDIT SOLUTIONS | MORGAN, LEWIS & BOCKIUS LLP | ATTN: T. CHARLIE LIU | 101 PARK AVENUE | | NEW YORK | NY | 10178-0060 | | 212-309-6000 | 212-309-6001 | CHARLIE.LIU@MORGANLEWIS.COM |
| COUNSEL TO 200 PARK SOUTH ASSOCIATES, LLC | MORRISON COHEN LLP | ATTN: JOSEPH T. MOLDOVAN, DAVID J. KOZLOWSKI, SALLY SICONOLFI | 909 THIRD AVENUE | | NEW YORK | NY | 10022 | | 212-735-8600 | 212-735-8708 | JMOLDOVAN@MORRISONCOHEN.COM DKOZLOWSKI@MORRISONCOHEN.COM BANKRUPTCY@MORRISONCOHEN.COM |
| COUNSEL TO ALTER DOMUS (US) LLC, AS ADMINISTRATIVE AGENT FOR THE ABL TRANCHE B LENDERS | MUNGER, TOLLES & OLSON LLP | ATTN: THOMAS B. WALPER, JOHN W. BERRY, L. ASHLEY AULL | 350 SOUTH GRAND AVENUE, 50TH FLOOR | | LOS ANGELES | CA | 90071-3426 | | 213-683-9100 | | THOMAS.WALPER@MTO.COM JOHN.BERRY@MTO.COM ASHLEY.AULL@MTO.COM |
| STATE ATTORNEY GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY | 1850 M ST. NW 12TH FLOOR | | WASHINGTON | DC | 20036 | | 202-326-6025 | 202-331-1427 | KCORDRY@NAAG.ORG |
| COUNSEL TO COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE | OFFICE OF CHIEF COUNSEL | ATTN: CHRISTOS A. KATSAOUNIS | P.O. BOX 281061 | | HARRISBURG | PA | 17128-1061 | | (717) 346-4643 | (717) 772-1459 | RA-OCCBANKRUPTCYS@STATE.PA.US CKATSAOUNI@PA.GOV |
| STATE ATTORNEY GENERAL GUAM | OFFICE OF THE ATTORNEY GENERAL GUAM | ATTN: BANKRUPTCY DEPARTMENT | 590 S. MARINE CORPS DR. SUITE 901 | | TAMUNING | GU | 96913 | | 671-475-3324 | 671-472-2493 | |
| COUNSEL TO THE NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE | OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL | ATTN: LEO V. GAGION | 28 LIBERTY STREET, 17TH FLOOR | | NEW YORK | NY | 10005 | | 212-416-8592 | | LEO.GAGION@AG.NY.GOV |
| UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | OFFICE OF THE UNITED STATES TRUSTEE FOR REGION 2 | ATTN: BRIAN MASUMOTO, ESQ. | 1 BOWLING GRN STE 534 | | NEW YORK | NY | 10014-1459 | | 212-510-0500, 212-510-0539 | 212-668-2255 | BRIAN.MASUMOTO@USDOJ.GOV |
| COUNSEL TO JEFFERIES FINANCE LLC, IN ITS CAPACITY AS BRANDCO AGENT AND DIP AGENT | PAUL HASTINGS LLP | ATTN: KRISTOPHER S. VILLARREAL, ANDREW V. TENZER, SCOTT C. SHELLEY, WILL CLARK FARMER | 200 PARK AVENUE | | NEW YORK | NY | 10166 | | 212-318-6005; 212-318-6000 | 212-303-7005; 212-318-6100 | KRISVILLARREAL@PAULHASTINGS.COM ANDREWTENZER@PAULHASTINGS.COM SCOTTSHELLEY@PAULHASTINGS.COM WILLFARMER@PAULHASTINGS.COM |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: PAUL M. BASTA, ALICE EATON, KYLE J. KIMPLER, ROBERT A. BRITTON, BRIAN BOLIN & JULIA HEASLEY | 1285 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10019 | | 212-310-8000 | 212-310-8007 | PBASTA@PAULWEISS.COM AEATON@PAULWEISS.COM KKIMPLER@PAULWEISS.COM RBRITTON@PAULWEISS.COM BBOLIN@PAULWEISS.COM JHEASLEY@PAULWEISS.COM |
| COUNSEL TO CERTAIN CLASS ACTION PLAINTIFFS | PEARSON, SIMON & WARSHAW, LLP | ATTN: MELISSA S. WEINER | 800 LASALLE AVENUE | SUITE 2150 | MINNEAPOLIS | MN | 55402 | | 612-389-0600 | 612-389-0610 | MWEINER@PSWLAW.COM |
| COUNSEL TO HARRIS COUNTY MUNICIPAL UTILITY DISTRICT # 358, HARRIS COUNTY WATER CONTROL AND IMPROVEMENT DISTRICT # 155, DICKINSON INDEPENDENT SCHOOL DISTRICT AND GALVESTON COUNTY MUNICIPAL UTILITY DISTRICT #54 | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: MELISSA E. VALDEZ | 1235 NORTH LOOP WEST | SUITE 600 | HOUSTON | TX | 77008 | | 713-862-1860 | 713-862-1429 | MVALDEZ@PBFCM.COM |
| COUNSEL TO BDP INTERNATIONAL, INC. | PEREZ MORRIS LLC | ATTN: MONY B.P. YIN | 140 BROADWAY, 46TH FLOOR | | NEW YORK | NY | 10005 | | 845-826-8070 | | MYIN@PEREZ-MORRIS.COM |
| COUNSEL TO SYMRISE, LLC | PORZIO, BROMBERG & NEWMAN, P.C. | ATTN: JOHN S. MAIRO, ESQ., DAVID E. SKLAR, ESQ. | 100 SOUTHGATE PARKWAY | | MORRISTOWN | NJ | 07962 | | 973-538-4006 | 973-538-5146 | JSMAIRO@PBNLAW.COM DESKLAR@PBNLAW.COM |
| COUNSEL TO TOTE RESOURCES, LLC | PRICE MEESE SHULMAN & D'ARMINIO, P.C. | ATTN: RICK A. STEINBERG, ESQ. | 50 TICE BOULEVARD, SUITE 380 | | WOODCLIFF LAKE | NJ | 07677- | | 201-391-3737 | 201-391-9360 | RSTEINBERG@PRICEMEESE.COM |
| COUNSEL TO MIDCAP FUNDING IV TRUST, IN ITS CAPACITY AS (I) ADMINISTRATIVE AGENT AND COLLATERAL AGENT UNDER THE DEBTORS' PREPETITION ASSET-BASED LENDING FACILITY, (II) AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT UNDER THE ABL DIP, AND (III) ABL DIP LENDER | PROSKAUER ROSE LLP | ATTN: CHARLES A. DALE | ONE INTERNATIONAL PLACE | | BOSTON | MA | 02110 | | 617-519-9600 | 617-519-9899 | CDALE@PROSKAUER.COM |
| COUNSEL TO MIDCAP FUNDING IV TRUST, IN ITS CAPACITY AS (I) ADMINISTRATIVE AGENT AND COLLATERAL AGENT UNDER THE DEBTORS' PREPETITION ASSET-BASED LENDING FACILITY, (II) AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT UNDER THE ABL DIP, AND (III) ABL DIP LENDER | PROSKAUER ROSE LLP | ATTN: STEVE Y. MA | 2029 CENTURY PARK EAST, SUITE 2400 | | LOS ANGELES | CA | 90067-3010 | | 310-557-2900 | 310-557-2193 | SMA@PROSKAUER.COM |
| COUNSEL TO MIDCAP FUNDING IV TRUST, IN ITS CAPACITY AS (I) ADMINISTRATIVE AGENT AND COLLATERAL AGENT UNDER THE DEBTORS' PREPETITION ASSET-BASED LENDING FACILITY, (II) AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT UNDER THE ABL DIP, AND (III) ABL DIP LENDER | PROSKAUER ROSE LLP | ATTN: VINCENT INDELICATO, ANDREW BETTWY, PHILIP A. KAMINSKI & MEGAN R. VOLIN | ELEVEN TIMES SQUARE | | NEW YORK | NY | 10036 | | 212-969-3000 | 212-969-2900 | VINDELICATO@PROSKAUER.COM ABETTWY@PROSKAUER.COM PKAMINSKI@PROSKAUER.COM MVOLIN@PROSKAUER.COM |
| COUNSEL TO WATTS GUERRA, LLP, ON BEHALF OF CERTAIN HAIR RELAXER CANCER CLAIMANTS ("WATTS GUERRA") | PRYOR CASHMAN LLP | ATTN: SETH H. LIEBERMAN AND ANDREW S. RICHMOND | 7 TIMES SQUARE | | NEW YORK | NY | 10036-6569 | | 212-421-4100 | 212-326-0806 | SLIEBERMAN@PRYORCASHMAN.COM ARICHMOND@PRYORCASHMAN.COM |
| COUNSEL TO AD HOC GROUP OF DISCHARGED-FOR-VALUE TERM LENDERS | QUINN EMMANUEL URQUHART & SULLIVAN, LLP | ATTN: K. JOHN SHAFFER | 865 S. FIGUEROA ST., 10TH FLOOR | | LOS ANGELES | CA | 90017 | | 213-443-3000 | 213-443-3100 | JOHNSHAFFER@QUINNEMANUEL.COM |
| COUNSEL TO THE PUTATIVE 2016 TERM LOAN GROUP, AD HOC GROUP OF DISCHARGED-FOR-VALUE TERM LENDERS | QUINN EMMANUEL URQUHART & SULLIVAN, LLP | ATTN: MICHAEL CARLINSKY, ROBERT LOIGMAN, BENJAMIN FINESTONE, ADAM M. ABENSOHN, ANIL MAKHIJANI, ZACHARY R. RUSSELL | 51 MADISON AVENUE | 22ND FLOOR | NEW YORK | NY | 10010 | | 212-849-7000 | 212-849-7100 | MICHAELCARLINSKY@QUINNEMANUEL.COM ROBERTLOIGMAN@QUINNEMANUEL.COM BENJAMINFINESTONE@QUINNEMANUEL.COM ADAMABENSOHN@QUINNEMANUEL.COM ANILMAKHIJANI@QUINNEMANUEL.COM ZACHARYRUSSELL@QUINNEMANUEL.COM |
| DEBTORS | REVLON, INC. | ATTN: GENERAL COUNSEL | 55 WATER ST. 43RD FLOOR | | NEW YORK | NY | 10041-0004 | | | | |
| COUNSEL TO BEAUTYGE II, LLC AND THE CERTAIN "BRANDCO" ENTITIES | ROPES & GRAY LLP | ATTN: RYAN PRESTON DAHL, BENJAMIN M. RHODE, KATHARINE E. SCOTT | 1211 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10036-8704 | | 212-596-9000 | 212-596-9090 | RYAN.DAHL@ROPESGRAY.COM BENJAMIN.RHODE@ROPESGRAY.COM KATHARINE.SCOTT@ROPESGRAY.COM |
| COUNSEL TO COLOMER | SAMBEAT ABOGADOS | ATTN: JOSE MARIA SAMBEAT, LAWYER | C/ MALLORCA, 272 – 276, 40 10A | | BARCELONA | | 08037 | SPAIN | +34 93 487 51 22 | +34 686 41 28 20 | SAMBEAT@SAMBEATLAW.COM |
| COUNSEL TO KROLL, LLC | SCHULTE ROTH & ZABEL LLP | ATTN: MICHAEL L. COOK | 919 THIRD AVENUE | | NEW YORK | NY | 10022 | | 212-756-2150; 917-331-7817 | 212-593-5955 | MICHAEL.COOK@SRZ.COM |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | ATTN: SECRETARY OF THE TREASURY | 100 F STREET, NE | | WASHINGTON | DC | 20549 | | 202-942-8088 | | SECBANKRUPTCY@SEC.GOV NYROBANKRUPTCY@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPARTMENT | BROOKFIELD PLACE | 200 VESEY STREET, SUITE 400 | NEW YORK | NY | 10281-1022 | | 212-336-1100 | | BANKRUPTCYNOTICESCHR@SEC.GOV |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPT | ONE PENN CENTER | 1617 JFK BLVD, STE 520 | PHILADELPHIA | PA | 19103 | | 215-597-3100 | | SECBANKRUPTCY@SEC.GOV |
| COUNSEL TO WILMINGTON TRUST, NATIONAL ASSOCIATION IN ITS CAPACITY AS SUB-AGENT UNDER THE DIP CREDIT AGREEMENT | SEWARD & KISSEL LLP | ATTN: JOHN R. ASHMEAD, Gregg S. Bateman, Catherine LoTempio, ROBERT J. GAYDA, ANDREW J. MATOTT | ONE BATTERY PARK PLAZA | | NEW YORK | NY | 10004 | | 212-574-1200 | | ASHMEAD@SEWKIS.COM BATEMAN@SEWKIS.COM LOTEMPIO@SEWKIS.COM |
| COUNSEL TO SIMON PROPERTY GROUP, INC. AND ITS RELATED ENTITIES | SIMON PROPERTY GROUP, INC. | ATTN: RONALD M. TUCKER | 225 WEST WASHINGTON STREET | | INDIANAPOLIS | IN | 46204 | | 317-263-2346 | 317-263-7901 | RTUCKER@SIMON.COM |
| COUNSEL TO ANCOROTTI COSMETICS S.P.A. | SMITH, GAMBRELL & RUSSELL, LLP | ATTN: JOHN G. MCCARTHY, ALEXANDER BAU | 225 AVENUE OF THE AMERICAS | 21ST FLOOR | NEW YORK | NY | 10019 | | 212-907-9700 | 212-907-9800 | JMCCARTHY@SGRLAW.COM SBAU@SGRLAW.COM |
| STATE ATTORNEY GENERAL | STATE OF ALABAMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | P.O. BOX 300152 | | MONTGOMERY | AL | 36130-0152 | | 334-242-7300 | 334-242-2433 | |
| STATE ATTORNEY GENERAL | STATE OF ALASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | P.O. BOX 110300 | | JUNEAU | AK | 99811-0300 | | 907-465-2133 | 907-465-2075 | ATTORNEY.GENERAL@ALASKA.GOV |
| STATE ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 2005 N CENTRAL AVE | | PHOENIX | AZ | 85004-2926 | | 602-542-5025 | 602-542-4085 | AGINFO@AZAG.GOV |
| STATE ATTORNEY GENERAL | STATE OF ARKANSAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 323 CENTER ST. | SUITE 200 | LITTLE ROCK | AR | 72201-2610 | | 501-682-2007; 800-482-8982 | 501-682-8084 | |
| STATE ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | P.O. BOX 944255 | | SACRAMENTO | CA | 94244-2550 | | 916-445-9555 | 916-323-5341 | BANKRUPTCY@COAG.GOV |
| STATE ATTORNEY GENERAL | STATE OF COLORADO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | RALPH L. CARR COLORADO JUDICIAL CENTER | 1300 BROADWAY 10TH FLOOR | DENVER | CO | 80203 | | 720-508-6000 | 720-508-6030 | |
| STATE ATTORNEY GENERAL | STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 55 ELM ST. | | HARTFORD | CT | 06106 | | 860-808-5318 | 860-808-5387 | ATTORNEY.GENERAL@CT.GOV |
| STATE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | CARVEL STATE OFFICE BLDG. | 820 N. FRENCH ST. | WILMINGTON | DE | 19801 | | 302-577-8338 | 302-577-6630 | ATTORNEY.GENERAL@STATE.DE.US |
| STATE ATTORNEY GENERAL | STATE OF FLORIDA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | THE CAPITOL PL 01 | | TALLAHASSEE | FL | 32399-1050 | | 850-414-3300 | 850-488-4872 | |
| STATE ATTORNEY GENERAL | STATE OF GEORGIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 40 CAPITAL SQUARE SW | | ATLANTA | GA | 30334-1300 | | 404-656-3300 | 404-657-8733 | |
| STATE ATTORNEY GENERAL | STATE OF HAWAII ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 425 QUEEN ST. | | HONOLULU | HI | 96813 | | 808-586-1500 | 808-586-1239 | HAWAIIAG@HAWAII.GOV |
| STATE ATTORNEY GENERAL | STATE OF IDAHO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 700 W. JEFFERSON STREET | P.O. BOX 83720 | BOISE | ID | 83720-1000 | | 208-334-2400 | 208-854-8071 | |
| STATE ATTORNEY GENERAL | STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 100 WEST RANDOLPH STREET | | CHICAGO | IL | 60601 | | 312-814-3000 | | WEBMASTER@ATG.STATE.IL.US |
| STATE ATTORNEY GENERAL | STATE OF INDIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | INDIANA GOVERNMENT CENTER SOUTH | 302 W. WASHINGTON ST. 5TH FLOOR | INDIANAPOLIS | IN | 46204 | | 317-232-6201 | 317-232-7979 | INFO@ATG.IN.GOV |
| STATE ATTORNEY GENERAL | STATE OF IOWA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 1305 E. WALNUT STREET | | DES MOINES | IA | 50319 | | 515-281-5164 | 515-281-4209 | WEBTEAM@AG.IOWA.GOV |
| STATE ATTORNEY GENERAL | STATE OF KANSAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 120 SW 10TH AVE. 2ND FLOOR | | TOPEKA | KS | 66612-1597 | | 785-296-2215; 888-428-8436 | 785-296-6296 | |
| STATE ATTORNEY GENERAL | STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 700 CAPITOL AVENUE SUITE 118 | | FRANKFORT | KY | 40601 | | 502-696-5300 | 502-564-2894 | |
| STATE ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | P.O. BOX 94095 | | BATON ROUGE | LA | 70804-4095 | | 225-326-6000 | 225-326-6499 | |
| STATE ATTORNEY GENERAL | STATE OF MAINE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 6 STATE HOUSE STATION | | AUGUSTA | ME | 04333 | | 207-626-8800 | | OAG.MEDIATION@MAINE.GOV |
| STATE ATTORNEY GENERAL | STATE OF MARYLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 200 ST. PAUL PLACE | | BALTIMORE | MD | 21202-2202 | | 410-576-6300 | | OAG@OAG.STATE.MD.US |
| STATE ATTORNEY GENERAL | STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | ONE ASHBURTON PLACE | | BOSTON | MA | 02108-1698 | | 617-727-2200 | | AGO@STATE.MA.US |
| STATE ATTORNEY GENERAL | STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | G. MENNEN WILLIAMS BUILDING 7TH FLOOR | 525 W. OTTAWA ST. P.O. BOX 30212 | LANSING | MI | 48909-0212 | | 517-373-1110 | 517-373-3042 | MIAG@MICHIGAN.GOV |
| COUNSEL TO MICHIGAN DEPARTMENT OF TREASURY | STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: JUANDISHA HARRIS | CADILLAC PLACE BUILDING | 3030 W. GRAND BLVD., STE. 10-200 | DETROIT | MI | 48202 | | 313-456-0140 | | HARRISJ12@MICHIGAN.GOV |
| STATE ATTORNEY GENERAL | STATE OF MINNESOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 1400 BREMER TOWER | 445 MINNESOTA STREET | ST. PAUL | MN | 55101-2131 | | 651-296-3353; 800-657-3787 | | |
| STATE ATTORNEY GENERAL | STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | WALTER SILLERS BUILDING | 550 HIGH STREET SUITE 1200 P.O. BOX 220 | JACKSON | MS | 39201 | | 601-359-3680 | | |
| STATE ATTORNEY GENERAL | STATE OF MISSOURI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | SUPREME COURT BUILDING | 207 W. HIGH ST. | JEFFERSON CITY | MO | 65102 | | 573-751-3321 | 573-751-0774 | ATTORNEY.GENERAL@AGO.MO.GOV |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STATE ATTORNEY GENERAL | STATE OF MONTANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 215 N SANDERS THIRD FLOOR | PO BOX 201401 | HELENA | MT | 59620-1401 | | 406-444-2026 | 406-444-3549 | CONTACTDOJ@MT.GOV |
| STATE ATTORNEY GENERAL | STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 2115 STATE CAPITOL | 2ND FL RM 2115 | LINCOLN | NE | 68509-8920 | | 402-471-2683 | 402-471-3297 | AGO.INFO.HELP@NEBRASKA.GOV |
| STATE ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 100 NORTH CARSON STREET | | CARSON CITY | NV | 89701 | | 775-684-1100 | 775-684-1108 | |
| STATE ATTORNEY GENERAL | STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 33 CAPITOL ST. | | CONCORD | NH | 03301 | | 603-271-3658 | 603-271-2110 | ATTORNEYGENERAL@DOJ.NH.GOV |
| STATE ATTORNEY GENERAL | STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | RJ HUGHES JUSTICE COMPLEX | 25 MARKET STREET P.O. BOX 080 | TRENTON | NJ | 08625-0080 | | 609-292-4925 | 609-292-3508 | ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US |
| STATE ATTORNEY GENERAL | STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | P.O. DRAWER 1508 | | SANTA FE | NM | 87504-1508 | | 505-827-6000 | 505-827-5826 | |
| STATE ATTORNEY GENERAL | STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 9001 MAIL SERVICE CENTER | | RALEIGH | NC | 27699-9001 | | 919-716-6400 | 919-716-6750 | |
| STATE ATTORNEY GENERAL | STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | STATE CAPITOL | 600 E BOULEVARD AVE DEPT 125 | BISMARCK | ND | 58505-0040 | | 701-328-2210 | 701-328-2226 | NDAG@ND.GOV |
| STATE ATTORNEY GENERAL | STATE OF OHIO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 30 E. BROAD ST. 14TH FLOOR | | COLUMBUS | OH | 43215 | | 800-282-0515 | | |
| STATE ATTORNEY GENERAL | STATE OF OKLAHOMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 313 NE 21ST STREET | | OKLAHOMA CITY | OK | 73105 | | 405-521-3921 | 405-521-6246 | |
| STATE ATTORNEY GENERAL | STATE OF OREGON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 1162 COURT STREET NE | | SALEM | OR | 97301 | | 503-378-4400 | 503-378-4017 | CONSUMER.HOTLINE@DOJ.STATE.OR.US |
| STATE ATTORNEY GENERAL | STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | STRAWBERRY SQUARE | 16TH FLOOR | HARRISBURG | PA | 17120 | | 717-787-3391 | 717-787-3391 | |
| STATE ATTORNEY GENERAL | STATE OF RHODE ISLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 150 SOUTH MAIN STREET | | PROVIDENCE | RI | 02903 | | 401-274-4400 | | |
| STATE ATTORNEY GENERAL | STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | P.O. BOX 11549 | | COLUMBIA | SC | 29211-1549 | | 803-734-3970 | | |
| STATE ATTORNEY GENERAL | STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 1302 EAST HIGHWAY 14 | SUITE 1 | PIERRE | SD | 57501-8501 | | 605-773-3215 | 605-773-4106 | CONSUMERHELP@STATE.SD.US |
| STATE ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | CAPITOL STATION | PO BOX 12548 | AUSTIN | TX | 78711-2548 | | 512-475-4868 | 512-475-2994 | PUBLIC.INFORMATION@OAG.STATE.TX.US |
| STATE ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | PO BOX 142320 | | SALT LAKE CITY | UT | 84114-2320 | | 801-538-9600 | 801-538-1121 | UAG@UTAH.GOV |
| STATE ATTORNEY GENERAL | STATE OF VERMONT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 109 STATE ST. | | MONTPELIER | VT | 05609-1001 | | 802-828-3171 | 802-304-1014 | AGO.INFO@VERMONT.GOV |
| STATE ATTORNEY GENERAL | STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 900 EAST MAIN STREET | | RICHMOND | VA | 23219 | | 804-786-2071 | 804-225-4378 | |
| STATE ATTORNEY GENERAL | STATE OF WASHINGTON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 1125 WASHINGTON ST. SE | P.O. BOX 40100 | OLYMPIA | WA | 98504-0100 | | 360-753-6200 | | |
| STATE ATTORNEY GENERAL | STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | STATE CAPITOL BLDG 1 ROOM E 26 | | CHARLESTON | WV | 25305 | | 304-558-2021 | 304-558-0140 | CONSUMER@WVAGO.GOV |
| STATE ATTORNEY GENERAL | STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | WISCONSIN DEPARTMENT OF JUSTICE | STATE CAPITOL ROOM 114 EAST P.O. BOX 7857 | MADISON | WI | 53707-7857 | | 608-266-1221 | 608-267-2223 | |
| STATE ATTORNEY GENERAL | STATE OF WYOMING ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 123 CAPITOL BUILDING | 200 W. 24TH STREET | CHEYENNE | WY | 82002 | | 307-777-7841 | 307-777-6869 | |
| COUNSEL TO FLYWHEEL DIGITAL, LLC | STREUSAND, LANDON, OZBURN & LEMMON, LLP | ATTN: SABRINA L. STREUSAND | 1801 S. MOPAC EXPRESSWAY | SUITE 320 | AUSTIN | TX | 78746 | | 512-236-9900 | 512-236-9904 | STREUSAND@SLOLLP.COM |
| COUNSEL TO VARIOUS CLAIMANTS INJURED BY HAIR RELAXER PRODUCTS, MDL LEAD COUNSEL | STUTZMAN, BROMBERG, ESSERMAN & PLIFKA | ATTN: SANDER L. ESSERMAN, PETER C. D'APICE AND MICHAEL J. COLLINS | 2323 BRYAN STREET | SUITE 2200 | DALLAS | TX | 75201 | | 214-969-4900 | 214-969-4999 | ESSERMAN@SBEP-LAW.COM DAPICE@SBEP-LAW.COM COLLINS@SBEP-LAW.COM |
| COUNSEL TO TN DEPT OF REVENUE | TENNESSEE ATTORNEY GENERAL'S OFFICE | ATTN: BANKRUPTCY DIVISION | P.O. BOX 20207 | | NASHVILLE | TN | 37202-0207 | | 615-741-3491; 615-741-1935 | 615-741-3334 | AGBANKNEWYORK@AG.TN.GOV |
| COUNSEL TO GIVAUDAN FRAGRANCES CORP., CUSTOM ESSENCE LLC AND UNGERER & CO. | THOMPSON HINE LLP | ATTN: JONATHAN S. HAWKINS | DISCOVERY PLACE | 10050 INNOVATION DR. #400 | MIAMISBURG | OH | 45432 | | 937-443-6860 | 937-443-6635 | JONATHAN.HAWKINS@THOMPSONHINE.COM |
| COUNSEL TO MIMRAN GROUP INC. | TOGUT, SEGAL & SEGAL LLP | ATTN: FRANK A. OSWALD AND MINTA J. NESTER | ONE PENN PLAZA | SUITE 3335 | NEW YORK | NY | 10119 | | 212-594-5000 | 212-967-4258 | FRANKOSWALD@TEAMTOGUT.COM MNESTER@TEAMTOGUT.COM |
| INDENTURE TRUSTEE FOR THE DEBTORS' PREPETITION UNSECURED NOTES | U.S. BANK NATIONAL ASSOCIATION | ATTN: RICK PROKOSCH OR LEGAL DEPARTMENT | GLOBAL CORPORATE TRUST SERVICES | 60 LIVINGSTON AVENUE, EP-MN-WS3C | ST. PAUL | MN | 55107-2292 | | 651-466-6619 | 651-466-7430 | |
| STATE ATTORNEY GENERAL | UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | US DEPT OF JUSTICE | 950 PENNSYLVANIA AVE NW | WASHINGTON | DC | 20530-0001 | | | | |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| UNITED STATES ATTORNEY'S OFFICE FOR THE SOUTHERN DISTRICT OF NEW YORK | US ATTORNEY FOR SOUTHERN DISTRICT OF NEW YORK | ATTN: BANKRUPTCY DIVISION | 86 CHAMBERS STREET | 3RD FLOOR | NEW YORK | NY | 10007 | | 212-637-2200- | 212-637-2685 | JEFFREY.OESTERICHER@USDOJ.GOV CARINA.SCHOENBERGER@USDOJ.GOV LAWRENCE.FOGELMAN@USDOJ.GOV PETER.ARONOFF@USDOJ.GOV LINDA.RIFFKIN@USDOJ.GOV |
| COUNSEL TO THE ELIZABETH TAYLOR COSMETICS COMPANY | VENABLE LLP | ATTN: CAROL WEINER (LEVY) | 1270 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020 | | 212-307-5500 | 212-307-5598 | CWLEVY@VENABLE.COM |
| COUNSEL TO MACANDREWS & FORBES HOLDINGS, INC. | WACHTELL, LIPTON, ROSEN & KATZ | ATTN: JOSHUA A. FELTMAN, ESQ. | 51 WEST 52ND STREET | | NEW YORK | NY | 10019-6150 | | 212-403-1000 | 212-403-2000 | JAFELTMAN@WLRK.COM |
| STATE ATTORNEY GENERAL | WASHINGTON DC ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 441 4TH STREET NW | | WASHINGTON | DC | 20001 | | 202-727-3400 | 202-347-8922 | OAG@DC.GOV |
| COUNSEL TO WESTROCK COMPANY AND ALL OF ITS SUBSIDIARIES AND AFFILIATES | WHITEFORD, TAYLOR & PRESTON LLP | ATTN: JAE WON HA, ESQ. | 3190 FAIRVIEW PARK DRIVE, SUITE 800 | | FALLS CHURCH | VA | 22042-4510 | | 703-259-6528 | 703-259-6523 | JHA@WTPLAW.COM |
| COUNSEL TO FIABILA USA, INC. | WILEY MALEHORN SIROTA & RAYNES | ATTN: JAMES M. MCCREEDY, KRISTIN V. HAYES | 250 MADISON AVENUE | | MORRISTOWN | NJ | 07960- | | 973-539-1313 | | JMCCREEDY@WMSRLAW.COM KVHAYES@WMSRLAW.COM |
| COUNSEL TO NIELSEN CONSUMER LLC | WILMER CUTLER PICKERING HALE AND DORR LLP | ATTN: BENJAMIN W. LOVELAND | 60 STATE STREET | | BOSTON | MA | 02109 | | 617-526-6000 | | BENJAMIN.LOVELAND@WILMERHALE.COM |
| COUNSEL TO NIELSEN CONSUMER LLC | WILMER CUTLER PICKERING HALE AND DORR LLP | ATTN: PHILIP D. ANKER | 7 WORLD TRADE CENTER | 250 GREENWICH STREET | NEW YORK | NY | 10007 | | 212-230-8800 | | PHILIP.ANKER@WILMERHALE.COM |