**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**
Michael D. Vagnoni, Esquire (*pro hac vice*)
Matthew S. Olesh, Esquire
Edmond M. George, Esquire (*pro hac vice*)
60 East 42nd Street, 40th Floor
New York, NY 10165
Telephone: 917-994-2544
Direct Dial: 215-665-3066
Facsimile: 917-994-2545
michael.vagnoni@obermayer.com
*Counsel to Tinuiti, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | CHAPTER 11 |
| **RML, LLC**[1] | Case. No. 22-10784 (DSJ) |
| **Reorganized Debtor** | |
| Tax I.D. No. N/A | |

**ORDER GRANTING MOTION OF TINUITI, INC. FOR**
**ALLOWANCE AND IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSE**
**CLAIM PURSUANT TO 11 U.S.C. §§ 503(a) AND (b)(1)(A)**

Upon the Motion of Tinuiti, Inc. ("Tinuiti"), for Allowance and Immediate Payment of Administrative Expense Claim Pursuant to 11 U.S.C. §§ 503(a) and (b)(1)(A) (the "Motion")[2]; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and all objections to the Motion, if any, having been withdrawn, resolved, or overruled; and the Court having found that legal and factual bases set

---

[1] On May 30, 2023, the Court entered the Order (I) Consolidating Remaining Matters Under the Remaining Case, (II) Entering Final Decree Closing Certain of the Chapter 11 Cases, (III) Changing the Case Caption of the Remaining Case, and (IV) Granting Related Relief [Docket No. 1920], closing the affiliated chapter 11 cases and directing that all motions, notices, and other pleadings related to any of the affiliated debtors be filed inthis case. The location of RML, LLC's service address for purposes of these Chapter 11 Cases is: 55 Water St., 43rd Floor, New York, NY 10041-0004.

[2] Capitalized terms as used herein shall take on the same meaning as given in the Motion.

4868-1632-1891 v4

forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

**ORDERED** that the Motion is granted as stated herein; and it is further

**ORDERED** that Tinuiti is granted an allowed administrative expense claim in the amount of $77,743.05 plus the May Invoices and any and all related costs, expenses, and fees actually incurred in providing the Services that are the basis of the Unpaid Invoices as specified in the Motion; and it is further

**ORDERED** that within five (5) business days of the date of entry of this Order, Tinuiti shall file with the Court and serve on the above-captioned Debtors an invoice with supporting documentation reflecting all post-petition expenses and fees, if any, incurred by Tinuiti in providing the Services that are the basis of the Unpaid Invoices as specified in the Motion (the "Fees Invoice"); and it is further

**ORDERED** that within five (5) business days of Tinuiti filing the Fees Invoice with the Court, the Debtors shall pay the administrative expense claim of Tinuiti in the amount of $77,743.05 in addition to the full amount of the Fees Invoices; and it is further

**ORDERED** that the Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated:
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

4868-1632-1891 v4