**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**
Michael D. Vagnoni, Esquire (*pro hac vice*)
Matthew S. Olesh, Esquire
Edmond M. George, Esquire (*pro hac vice*)
60 East 42nd Street, 40th Floor
New York, NY 10165
Telephone: 917-994-2544
Direct Dial: 215-665-3043
Facsimile: 917-994-2545
michael.vagnoni@obermayer.com
*Counsel to Tinuiti, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| **In re:** | : | CHAPTER 11 |
| | : | |
| **RML, LLC**[1] | : | Case. No. 22-10784 (DSJ) |
| | : | |
| **Reorganized Debtor** | : | |
| | : | |
| Tax I.D. No. N/A | : | |
| | : | |

**NOTICE OF MOTION OF TINUITI, INC. FOR ALLOWANCE AND IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. §§ 503(a) AND (b)(1)(A)**

**PLEASE TAKE NOTICE** that on June 29, 2023, Creditor, Tinuiti, Inc. ("Tinuiti"), by and through its attorneys Obermayer Rebmann Maxwell & Hippel LLP, filed this Motion for Allowance and Immediate Payment of Administrative Expense Claim Pursuant to 11 U.S.C. §§ 503(a) and (b)(1)(A) (the "Motion"). A hearing (the "Hearing") on the Motion will be held at the Omnibus Hearing on **June 29, 2023, at 10:00 a.m., prevailing Eastern Time**.

---

[1] On May 30, 2023, the Court entered the Order (I) Consolidating Remaining Matters Under the Remaining Case, (II) Entering Final Decree Closing Certain of the Chapter 11 Cases, (III) Changing the Case Caption of the Remaining Case, and (IV) Granting Related Relief [Docket No. 1920], closing the affiliated chapter 11 cases and directing that all motions, notices, and other pleadings related to any of the affiliated debtors be filed in this case. The location of RML, LLC's service address for purposes of these Chapter 11 Cases is: 55 Water St., 43rd Floor, New York, NY 10041-0004.

**PLEASE TAKE FURTHER NOTICE** that in accordance with General Order M-543 dated March 20, 2020, the Hearing will be conducted via Zoom videoconference. Parties wishing to appear at the Hearing, whether in a "live" or "listen only" capacity, must make an electronic appearance through the "eCourtAppearances" tab on the Court's website (https://www.nysb.uscourts.gov/content/judge-david-s-jones) no later than 4:00 p.m. on the business day before the Hearing (the "**Appearance Deadline**"). Following the Appearance Deadline, the Court will circulate by email the Zoom link to the Hearing to those parties who have made an electronic appearance. Parties wishing to appear at the Hearing must submit an electronic appearance through the Court's website by the Appearance Deadline and not by emailing or otherwise contacting the Court. Additional information regarding the Court's Zoom and hearing procedures can be found on the Court's website.

**PLEASE TAKE FURTHER NOTICE** that if you oppose the relief requested in the Motion, or if you want the Court to hear your position on the Motion, then you or your attorney must attend the Hearing. If you or your attorney do not follow the foregoing steps, the Court may decide that you do not oppose the relief requested in the Motion and may enter an order granting the relief requested by the Committee.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, or (ii) from the Debtors' proposed notice and claims agent, Kroll, at https://cases.ra.kroll.com/revlon/ or by calling (855) 631-5341 (toll free) for U.S. and Canada-based parties or +1 (646) 795-6968 for

4868-1632-1891 v4

international parties. Note that a PACER password is needed to access documents on the Court's website.

                                              **OBERMAYER REBMANN MAXWELL & HIPPEL LLP**

Dated: June 1, 2023            By:     */s/ Michael D. Vagnoni*
                                                       Michael D. Vagnoni, Esquire (*pro hac vice*)
                                                       Matthew S. Olesh, Esquire
                                                       Edmond M. George, Esquire (*pro hac vice*)
                                                       60 East 42nd Street, 40th Floor
                                                       New York, NY 10165
                                                       Telephone: 917-994-2544
                                                       Direct Dial: 215-665-3043
                                                       Facsimile: 917-994-2545
                                                       matthew.olesh@obermayer.com
                                                       *Counsel to Tinuiti, Inc.*

4868-1632-1891 v4