**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**
Michael D. Vagnoni, Esquire (*pro hac vice*)
Matthew S. Olesh, Esquire
Edmond M. George, Esquire (*pro hac vice*)
60 East 42nd Street, 40th Floor
New York, NY 10165
Telephone: 917-994-2544
Direct Dial: 215-665-3043
Facsimile: 917-994-2545
michael.vagnoni@obermayer.com
*Counsel to Tinuiti, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | CHAPTER 11 |
| **RML, LLC**[1] | Case. No. 22-10784 (DSJ) |
| **Reorganized Debtor** | |
| Tax I.D. No. N/A | |

### CERTIFICATE OF SERVICE

I, Michael D. Vagnoni, Esquire hereby certify that on June 1, 2023, in addition to service via the Court's ECF system on recipients who receive ECF Notices, I caused a true and correct copy of the following documents (Docket Number 1927) to be served upon the parties listed on the Master Service List (Exhibit "A") via electronic mail, FED/EX overnight and/or United States Postal Service:

1. Motion for Allowance and Immediate Payment of Administrative Expense Claims by Tinuiti, Inc.;

2. Proposed Order for Allowance and Immediate Payment of Tinuiti, Inc.'s Administrative Expense Claim;

3. Declaration of Chaille Brown in Support of Motion for Allowance and Immediate Payment of Administrative Expense Claim by Tinuiti, Inc., and exhibits annexed thereto; and

---

[1] On May 30, 2023, the Court entered the Order (I) Consolidating Remaining Matters Under the Remaining Case, (II) Entering Final Decree Closing Certain of the Chapter 11 Cases, (III) Changing the Case Caption of the Remaining Case, and (IV) Granting Related Relief [Docket No. 1920], closing the affiliated chapter 11 cases and directing that all motions, notices, and other pleadings related to any of the affiliated debtors be filed in this case. The location of RML, LLC's service address for purposes of these Chapter 11 Cases is: 55 Water St., 43rd Floor, New York, NY 10041-0004.

4. Notice of Hearing on Motion for Allowance and Immediate Payment of Administrative Expense Claim by Tinuiti, Inc.

                                            **OBERMAYER REBMANN**
                                            **MAXWELL & HIPPEL LLP**

Dated: June 1, 2023               By:     */s/ Michael D. Vagnoni*
                                                    Michael D. Vagnoni, Esquire (*pro hac vice*)
                                                    Matthew S. Olesh, Esquire
                                                    Edmond M. George, Esquire (*pro hac vice*)
                                                    60 East 42nd Street, 40th Floor
                                                    New York, NY 10165
                                                    Telephone: 917-994-2544
                                                    Direct Dial: 215-665-3043
                                                    Facsimile: 917-994-2545
                                                    matthew.olesh@obermayer.com
                                                    *Counsel to Tinuiti, Inc.*

## EXHIBIT "A"

*Master Service List*

*Master Service List*

In re: Revlon, Inc., *et al.*
Master Service List
Case No. 22-10760 (DSJ)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNSEL TO AUTOMOTIVE RENTALS, INC. AND ARI FLEET LT | ADAMS AND REESE LLP | ATTN: MICHAEL A. KOLCUN | 100 N. TAMPA STREET, SUITE 4000 | | TAMPA | FL | 33602 | | 813-402-2880 | 813-402-2887 | MICHAEL.KOLCUN@ARLAW.COM |
| COUNSEL TO AUTOMOTIVE RENTALS, INC. AND ARI FLEET LT | ADAMS AND REESE LLP | ATTN: RICHARD A. AGUILAR, MARK J. CHANEY, III | 701 POYDRAS STREET | 45TH FLOOR | NEW ORLEANS | LA | 70139 | | 504-585-0239; 504-585-0475 | 504-586-6570; 504-586-6550 | RICHARD.AGUILAR@ARLAW.COM MARK.CHANEY@ARLAW.COM |
| COUNSEL TO THE AD HOC GROUP OF 2016 TERM LOAN LENDERS | AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: JAMES SAVIN | 2001 K STREET, NW | | WASHINGTON | DC | 20006 | | 202-887-4417; 202-887-4000 | 202-887-4288 | JSAVIN@AKINGUMP.COM |
| COUNSEL TO THE AD HOC GROUP OF 2016 TERM LOAN LENDERS | AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: MICHAEL S. STAMER, ABID QURESHI, JOSEPH L. SORKIN, KEVIN ZUZOLO | ONE BRYANT PARK | | NEW YORK | NY | 10036 | | 212-872-1000 | 212-872-1002 | MSTAMER@AKINGUMP.COM AQURESHI@AKINGUMP.COM JSORKIN@AKINGUMP.COM KZUZOLO@AKINGUMP.COM |
| ADMINISTRATIVE AGENT FOR THE TRANCHE B | ALTER DOMUS | ATTN: LEGAL DEPARTMENT AND STEVEN LENARD | 225 W. WASHINGTON STREET | 9TH FLOOR | CHICAGO | IL | 60606 | | | | LEGAL@ALTERDOMUS.COM CPCAGENCY@ALTERDOMUS.COM |
| COUNSEL TO WATTS GUERRA, LLP, ON BEHALF OF CERTAIN HAIR RELAXER CANCER CLAIMANTS ("WATTS GUERRA") | ANDREWS MYERS, P.C. | ATTN: LISA M. NORMAN AND EDWARD L. RIPLEY | 1885 SAINT JAMES PLACE, 15TH FLOOR | | HOUSTON | TX | 77056 | | 713-850-4200 | 713-850-4211 | LNORMAN@ANDREWSMYERS.COM ERIPLEY@ANDREWSMYERS.COM |
| COUNSEL TO STANLEY B. DESSEN | ASK LLP | ATTN: EDWARD NEIGER, MARIANNA UDEM, JENNIFER CHRISTIAN | 60 EAST 42ND STREET | 46TH FLOOR | NEW YORK | NY | 10165 | | 212-267-7342 | 212-918-3427 | ENEIGER@ASKLLP.COM MUDEM@ASKLLP.COM JCHRISTIAN@ASKLLP.COM |
| COUNSEL TO IP CAPITAL PARTNERS, LLC | BALLARD SPAHR LLP | ATTN: DUSTIN P. BRANCH | 2029 CENTURY PARK EAST | SUITE 1400 | LOS ANGELES | CA | 90067-2915 | | 424-204-4400 | 424-204-4350 | BRANCHD@BALLARDSPAHR.COM |
| COUNSEL TO FIRMENICH INCORPORATED, INTERNATIONAL FLAVORS & FRAGRANCES INC. | BALLARD SPAHR LLP | ATTN: TOBEY M. DALUZ, LAUREL D. ROGLEN | 919 NORTH MARKET STREET | 11TH FLOOR | WILMINGTON | DE | 19801-3034 | | 302-252-4465 | 302-252-4466 | DALUZT@BALLARDSPAHR.COM ROGLENL@BALLARDSPAHR.COM |
| COUNSEL TO UNITED PARCEL SERVICE, INC. | BIALSON, BERGEN & SCHWAB, A PROFESSIONAL CORPORATION | ATTN: LAWRENCE M. SCHWAB, ESQ., KENNETH T. LAW, ESQ. | 830 MENLO AVENUE, SUITE 201 | | MENLO PARK | CA | 94025 | | 650-857-9500 | | KLAW@BBSLAW.COM |
| COUNSEL TO AD HOC GROUP OF RETIRED EXECUTIVES OF REVLON, INC., ET AL. | BRADFORD EDWARDS & VARLACK LLP | ATTN: DENVER G. EDWARDS | 12 EAST 49TH STREET | 11TH FLOOR | NEW YORK | NY | 10017 | | 201-306-1090 | | DEDWARDS@BRADFORDEDWARDS.COM |
| COUNSEL TO SAP AMERICA, INC., ARIBA, INC. AND CONCUR TECHNOLOGIES, INC. | BROWN & CONNERY, LLP | ATTN: DONALD K. LUDMAN, ESQ. | 6 NORTH BROAD STREET | SUITE 100 | WOODBURY | NJ | 08096 | | 856-812-8900 | 856-853-9933 | DLUDMAN@BROWNCONNERY.COM |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | BROWN RUDNICK LLP | ATTN: ROBERT J. STARK, ESQ., DAVID J. MOLTON, ESQ., JEFFREY L. JONAS, ESQ., BENNETT S. SILVERBERG, ESQ., KENNETH J. AULET. ESQ. | SEVEN TIMES SQUARE | | NEW YORK | NY | 10036 | | 212-209-4800 | 212-209-4801 | RSTARK@BROWNRUDNICK.COM DMOLTON@BROWNRUDNICK.COM JJONAS@BROWNRUDNICK.COM BSILVERBERG@BROWNRUDNICK.COM KAULET@BROWNRUDNICK.COM |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | BROWN RUDNICK LLP | ATTN: STEVEN B. LEVINE, ESQ., TRISTAN G. AXELROD, ESQ., MATTHEW A. SAWYER, ESQ. | ONE FINANCIAL CENTER | | BOSTON | MA | 02111 | | 617-856-8200; 617-856-8391 | 617-856-8201; 617-280-0691 | SLEVINE@BROWNRUDNICK.COM TAXELROD@BROWNRUDNICK.COM MSAWYER@BROWNRUDNICK.COM |
| COUNSEL TO ORACLE AMERICA, INC. | BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON, ESQ. | 425 MARKET ST., SUITE 2900 | | SAN FRANCISCO | CA | 94105 | | 415-227-0900 | | SCHRISTIANSON@BUCHALTER.COM |
| COUNSEL TO PLANTIFFS' CO-LEAD COUNSEL AND THE PLANTIFFS' EXECUTIVE COMMITTEE ("MDL LEAD COUNSEL") AND VARIOUS CLAIMANTS IN MULTIDSTRICT LITIGATION PROCEEDING IN HAIR RELAXER MARKETING SALES PRACTICS AND PRODUCTS | BURNS BAIR, LLP | ATTN: TIMOTHY W. BURNS | 10 E. DOTY STREET, SUITE 600 | | MADISON | WI | 53703-3392 | | 608-286-2302 | | TBURNS@BURNSBAIR.COM |
| COUNSEL TO CHIEF CONTAINER CO., INC. | BURR & FORMAN LLP | ATTN: ERICH N. DURLACHER | 171 SEVENTEENTH STREET, N.W. | SUITE 1100 | ATLANTA | GA | 30363 | | 404-685-4313 | 404-214-7387 | EDURLACHER@BURR.COM |
| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | CHAMBERS OF HONORABLE JUDGE DAVID S. JONES | REVLON CHAMBERS COPY | US BANKRUPTCY COURT SDNY | ONE BOWLING GREEN | NEW YORK | NY | 10004-1408 | | 212-668-2870 | | |
| COUNSEL TO CARDINAL HEALTH 110, LLC, CONTINENTAL CASUALTY COMPANY, AND VARIOUS AFFILIATED ENTITIES, INCLUDING WESTERN SURETY COMPANY AND AMERICAN CASUALTY COMPANY OF READING, PA | CHIESA SHAHINIAN & GIANTOMASI PC | ATTN: SCOTT A. ZUBER, ESQ., TERRI JANE FREEDMAN, ESQ. | ONE BOLAND DRIVE | | WEST ORANGE | NJ | 07052 | | 973-530-2046; 973-530-2152 | 973-530-2246; 973-325-1501 | SZUBER@CSGLAW.COM TFREEDMAN@CSGLAW.COM |
| COUNSEL TO SOLNSOFT D/B/A XCENTIUM ("SOLNSOFT") | COLE SCHOTZ P.C. | ATTN: J. S. FRUMKIN, ESQ. & B. P. CHURBUCK, ESQ. | 1325 AVENUE OF THE AMERICAS | 19TH FLOOR | NEW YORK | NY | 10019 | | 212-752-8000 | 212-752-8393 | JFRUMKIN@COLESCHOTZ.COM BCHURBUCK@COLESCHOTZ.COM |
| STATE ATTORNEY GENERAL | COMMONWEALTH OF PUERTO RICO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | APARTADO 9020192 | | SAN JUAN | PR | 00902-0192 | | | | |
| COUNSEL TO TARGET CORPORATION | CONNELL FOLEY LLP | ATTN: PHILIP W. ALLOGRAMENTO III | 875 THIRD AVENUE | 21ST FLOOR | NEW YORK | NY | 10022 | | 212-307-3700 | | PALLOGRAMENTO@CONNELLFOLEY.COM |
| COUNSEL TO THE AD HOC GROUP OF TERM LOAN DIP LENDERS AND BRANDCO LENDERS | DAVIS POLK & WARDWELL LLP | ATTN: ELI J. VONNEGUT, JOSHUA Y. STURM, STEPHANIE MASSMAN | 450 LEXINGTON AVENUE | | NEW YORK | NY | 10017 | | 212-450-4331; 212-450-4000 | 212-701-5800 | ELI.VONNEGUT@DAVISPOLK.COM JOSHUA.STURM@DAVISPOLK.COM STEPHANIE.MASSMAN@DAVISPOLK.COM |

In re: Revlon, Inc., *et al.*
Master Service List
Case No. 22-10760 (DSJ)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNSEL TO VARIOUS CLAIMANTS INJURED BY HAIR RELAXER PRODUCTS | DICELLO LEVITT LLC | ATTN: ADAM J. LEVITT | 10 NORTH DEARBORN STREET | SIXTH FLOOR | CHICAGO | IL | 60602 | | 312-214-7900 | | ALEVITT@DICELLOLEVITT.COM |
| COUNSEL TO VARIOUS CLAIMANTS INJURED BY HAIR RELAXER PRODUCTS | DICELLO LEVITT LLC | ATTN: DIANDRA "FU" DEBROSSE ZIMMERMANN | 505 20TH STREET NORTH | 15TH FLOOR | BIRMINGHAM | AL | 35203 | | 205-740-9555 | | FU@DICELLOLEVITT.COM |
| COUNSEL TO THE PROCTER & GAMBLE COMPANY | DINSMORE & SHOHL LLP | ATTN: SARA A. JOHNSTON | 100 WEST MAIN ST. | STE. 900 | LEXINGTON | KY | 40507 | | 859-425-1000 | 859-425-1099 | SARA.JOHNSTON@DINSMORE.COM |
| COUNSEL TO THE PROCTER & GAMBLE COMPANY | DINSMORE & SHOHL LLP | ATTN: TRAVIS M. BAYER | 255 EAST FIFTH STREET | SUITE 1900 | CINCINNATI | OH | 45202 | | 513-977-8200 | 513-977-8141 | TRAVIS.BAYER@DINSMORE.COM |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY | OFFICE OF GENERAL COUNSEL 2310A | 1200 PENNSYLVANIA AVE NW, 2310A | | WASHINGTON | DC | 20460 | | | | |
| COUNSEL TO SCIENTIFIC CHEMICAL PROCESSING (SCP) SITE | FAEGRE DRINKER BIDDLE & REATH LLP | ATTN: BONNIE ALLYN BARNETT | ONE LOGAN SQUARE | STE. 2000 | PHILADELPHIA | PA | 19103 | | 215-988-2916 | 215-988-2757 | BONNIE.BARNETT@FAEGREDRINKER.COM |
| COUNSEL TO TARGET CORPORATION | FREDRIKSON & BYRON, P.A. | ATTN: RYAN T. MURPHY, JAMES C. BRAND | 200 SOUTH SIXTH STREET | SUITE 4000 | MINNEAPOLIS | MN | 55402-1425 | | 612-492-7000 | | RMURPHY@FREDLAW.COM JBRAND@FREDLAW.COM |
| COUNSEL TO 84.51 LLC | FROST BROWN TODD LLP | ATTN: A.J. WEBB | 3300 GREAT AMERICAN TOWER | 301 EAST FOURTH STREET | CINCINNATI | OH | 45202 | | 513-6156800 | 513-651-6981 | AWEBB@FBTLAW.COM |
| COUNSEL TO POJOMODELS LLC | GIBBONS P.C. | ATTN: BRETT S. THEISEN, ESQ. | ONE PENNSYLVANIA PLAZA, 37TH FL | | NEW YORK | NY | 10119-3701 | | 212-613-2000 | 212-290-2018 | BTHEISEN@GIBBONSLAW.COM |
| COUNSEL TO INVICTUS GLOBAL MANAGEMENT, LLC | GLENN AGRE BERGMAN & FUENTES LLP | ATTN: ANDREW K. GLENN, SHAI SCHMIDT | 55 HUDSON YARDS | 20TH FLOOR | NEW YORK | NY | 10001 | | 212-358-5600 | | AGLENN@GLENNAGRE.COM SSCHMIDT@GLENNAGRE.COM |
| COUNSEL TO SIR ROANOKE LLC | GOULSTON & STORRS PC | ATTN: DOUGLAS B. ROSNER, ESQ. | 400 ATLANTIC AVENUE | | BOSTON | MA | 02110-3333 | | 617-482-1776 | | DROSNER@GOULSTONSTORRS.COM |
| COUNSEL TO ONE NY PLAZA CO. LLC | GREENBERG TRAURIG, LLP | ATTN: HEATH B. KUSHNICK, KENNETH A. PHILBIN | ONE VANDERBILT AVENUE | | NEW YORK | NY | 10017 | | 212-801-9200 | 212-801-6400 | KUSHNICKH@GTLAW.COM PHILBINK@GTLAW.COM |
| COUNSEL TO ALAN D. HALPERIN AS GUC ADMINSTRATOR OF THE GUC TRUST | HALPERIN BATTAGLIA BENZIJA, LLP | ATTN: DONNA H. LIEBERMAN, ESQ & JULIA DYAS GOLDBERG, ESQ | 40 WALL STREET | 37TH FLOOR | NEW YORK | NY | 10005 | | 212-765-9100 | | DLIEBERMAN@HALPERINLAW.NET JGOLDBERG@HALPERINLAW.NET |
| COUNSEL TO HAWKINS PARNELL & YOUNG, LLP | HAWKINS PARNELL & YOUNG, LLP | ATTN: DAVID R. JOHANSON | 1776 SECOND STREET | | NAPA | CA | 94559 | | 707-299-2470 | 707-581-1704 | DJOHANSON@HPYLAW.COM |
| COUNSEL TO BARNET PRODUCTS LLC | HERRICK, FEINSTEIN LLP | ATTN: STEPHEN B. SELBST | TWO PARK AVENUE | | NEW YORK | NY | 10016 | | 212-592-1400 | 212-592-1500 | SSELBST@HERRICK.COM |
| INTERESTED PARTY | HYPERMARCAS S.A | ATTN: MARTIM PRADO MATTOS | AV. PIRACEMA, 155 | BARUERI | SAO PAULO | | 06460-030 | BRAZIL | | | |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | 2970 MARKET STREET | MAIL STOP 5 Q30 133 | PHILADELPHIA | PA | 19104-5016 | | 800-973-0424 | 855-235-6787 | MIMI.M.WONG@IRSCOUNSEL.TREAS.GOV |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | P.O. BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | | 800-973-0424 | 855-235-6787 | MIMI.M.WONG@IRSCOUNSEL.TREAS.GOV |
| COUNSEL TO COASTAL ELECTRIC COMPANY OF FLORIDA | JIMERSON BIRR, P.A. | ATTN: AUSTIN B. CALHOUN | ONE INDEPENDENT DRIVE | SUITE 1400 | JACKSONVILLE | FL | 32202 | | 904-389-0050 | 904-212-1269 | ACALHOUN@JIMERSONFIRM.COM SAMANTHAB@JIMERSONFIRM.COM |
| COUNSEL TO U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, IN ITS CAPACITY AS INDENTURE TRUSTEE | KELLEY DRYE & WARREN LLP | ATTN: JAMES S. CARR, PHILIP A. WEINTRAUB | 3 WORLD TRADE CENTER | 175 GREENWICH STREET | NEW YORK | NY | 10007 | | 212-808-7800 | 212-808-7897 | PWEINTRAUB@KELLEYDRYE.COM |
| COUNSEL TO BLUE TORCH FINANCE LLC, IN ITS CAPACITY AS FOREIGN ABTL FACILITY ADMINISTRATIVE AGENT | KING & SPALDING LLP | ATTN: JENNIFER DALY | 1185 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10023 | | 212-556-2196 | | JDALY@KSLAW.COM |
| COUNSEL TO ORANGE DIE CUTTING CORP. | KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | ATTN: FRED STEVENS, SEAN C. SOUTHARD | 200 WEST 41ST STREET | 17TH FLOOR | NEW YORK | NY | 10036-7203 | | 212-972-3000 | 212-972-2245 | FSTEVENS@KLESTADT.COM SSOUTHARD@KLESTADT.COM |
| COUNSEL TO THE AD HOC GROUP OF TERM LOAN DIP LENDERS AND BRANDCO LENDERS | KOBRE & KIM LLP | ATTN: DANIELLE L. ROSE, DANIEL J. SAVAL | 800 THIRD AVENUE | | NEW YORK | NY | 10022 | | 212-849-7000; 212-488-1200; 212-418-1200 | 212-488-1229 | DANIELLE.ROSE@KOBREKIM.COM DANIEL.SAVAL@KOBREKIM.COM |
| CLAIMS AGENT | KROLL RESTRUCTURING ADMINISTRATION LLC | ATTN: SELWYN PERRY & JORDAN SEARLES | 55 EAST 52ND STREET | 17TH FLOOR | NEW YORK | NY | 10055 | | 212-257-5450 | 646-328-2851 | REVLONTEAM@RA.KROLL.COM SERVICEQA@RA.KROLL.COM |
| COUNSEL TO CITIBANK N.A., IN ITS CAPACITY AS 2016 TERM LOAN AGENT | LATHAM & WATKINS LLP | ATTN: CONRAY C. TSENG, KEITH A. SIMON, ERIC LEON, KUAN HUANG, ANDREW C. AMBRUOSO, JONATHAN J. WEICHSELBAUM | 1271 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020 | | 212-906-1638; 212-906-1200 | 212-751-4864 | CONRAY.TSENG@LW.COM KEITH.SIMON@LW.COM ERIC.LEON@LW.COM KUAN.HUANG@LW.COM ANDREW.AMBRUOSO@LW.COM JON.WEICHSELBAUM@LW.COM |
| COUNSEL TO DERIK INDUSTRIAL USA, INC. | LAW OFFICE OF GILBERT A. LAZARUS, PLLC | ATTN: GILBERT A. LAZARUS, ESQ. | 92-12 68TH AVENUE | | FLUSHING | NY | 11375 | | 917-417-3795 | | GILLAZARUS@GMAIL.COM |
| COUNSEL TO QUOTIENT TECHNOLOGY INC. | LAW OFFICES OF DOUGLAS T. TABACHNIK, P.C. | ATTN: DOUGLAS T. TABACHNIK, ESQ. | 63 WEST MAIN STREET | SUITE C | FREEHOLD | NJ | 07728-2141 | | 732-780-2760 | 732-780-2761 | DTABACHNIK@DTTLAW.COM |
| COUNSEL TO HIDALGO COUNTY, CITY OF MCALLEN, SAN MARCOS CISD | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DIANE W. SANDERS | PO BOX 17428 | | AUSTIN | TX | 78760-7428 | | 512-447-6675 | 512-443-5114 | AUSTIN.BANKRUPTCY@LGBS.COM |
| COUNSEL TO TARRANT COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: LAURIE A. SPINDLER, JOHN KENDRICK TURNER | 2777 N. STEMMONS FREEWAY | SUITE 1000 | DALLAS | TX | 75207 | | 214-880-0089 | 469-221-5003 | DALLAS.BANKRUPTCY@LGBS.COM |
| COUNSEL TO CYPRESS-FAIRBANKS ISD, GALVESTON COUNTY, HARRIS COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: TARA L. GRUNDEMEIER | PO BOX 3064 | | HOUSTON | TX | 77253-3064 | | 713-844-3400 | 713-844-3503 | HOUSTON_BANKRUPTCY@LGBS.COM |
| COUNSEL TO COMMISSION JUNCTION LLC AND ANY APPLICABLE AFFILIATES ("PUBLICIS") | LOCKE LORD LLP | ATTN: CHELSEY ROSENBLOOM LIST | BROOKFIELD PLACE, 200 VESEY STREET | 20TH FLOOR | NEW YORK | NY | 10281 | | 212-912-2824 | 212-812-8394 | CHELSEY.LIST@LOCKELORD.COM |

In re: Revlon, Inc., *et al.*
Master Service List
Case No. 22-10760 (DSJ)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNSEL TO COMMISSION JUNCTION LLC AND ANY APPLICABLE AFFILIATES ("PUBLICIS") | LOCKE LORD LLP | ATTN: JONATHAN W. YOUNG, HANNA J. CIECHANOWSKI | 111 HUNTINGTON AVENUE | 9TH FLOOR | BOSTON | MA | 02199- | | 617-239-0367; 617-239-0141 | 855-595-1190; 888-325-9128 | JONATHAN.YOUNG@LOCKELORD.COM HANNA.CIECHANOWSKI@LOCKELORD.COM |
| COUNSEL TO THREE WISHES PRODUCTIONS, INC. | LOEB & LOEB LLP | ATTN: DANIEL B. BESIKOF | 345 PARK AVENUE | | NEW YORK | NY | 10154 | | 212-407-4000 | | DBESIKOF@LOEB.COM |
| COUNSEL TO VRC COMPANIES, LLC DBA VITAL RECORDS CONTROL | LOIZIDES, P.A. | ATTN: CHRISTOPHER D. LOIZIDES | 1225 KING STREET | SUITE 800 | WILMINGTON | DE | 19801 | | 302-654-0248 | 302-654-0728 | LOIZIDES@LOIZIDES.COM |
| COUNSEL TO SUN CHEMICAL CORPORATION AND ITS DIVISION, COLORS & EFFECTS USA LLC ("SUN CHEMICAL") AND CRODA, INC. | LOWENSTEIN SANDLER LLP | ATTN: BRUCE S. NATHAN, ESQ. | 1251 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020 | | 212-262-6700 | 212-262-7402 | BNATHAN@LOWENSTEIN.COM |
| COUNSEL TO SUN CHEMICAL CORPORATION AND ITS DIVISION, COLORS & EFFECTS USA LLC ("SUN CHEMICAL") AND CRODA, INC. | LOWENSTEIN SANDLER LLP | ATTN: MICHAEL PAPANDREA AND ANDREW BEHLMANN | ONE LOWENSTEIN DRIVE | | ROSELAND | NJ | 07068 | | 973-597-2500 | 973-597-2400 | MPAPANDREA@LOWENSTEIN.COM ABEHLMANN@LOWENSTEIN.COM |
| COUNSEL TO BRISTOL-MYERS SQUIBB COMPANY | LOWENSTEIN SANDLER LLP | ATTN: MICHAEL S. ETKIN, GAVIN J. ROONEY, PHILIP J. GROSS | 1251 AVENUE OF THE AMERICAS | 17TH FLOOR | NEW YORK | NY | 10020 | | | | METKIN@LOWENSTEIN.COM GROONEY@LOWENSTEIN.COM PGROSS@LOWENSTEIN.COM |
| COUNSEL TO BRISTOL-MYERS SQUIBB COMPANY | LOWENSTEIN SANDLER LLP | ATTN: MICHAEL S. ETKIN, GAVIN J. ROONEY, PHILIP J. GROSS | ONE LOWENSTEIN DRIVE | | ROSELAND | NJ | 07068 | | 973-597-2500 | | METKIN@LOWENSTEIN.COM GROONEY@LOWENSTEIN.COM PGROSS@LOWENSTEIN.COM |
| COUNSEL TO PLASTEK INDUSTRIES, INC. | MACDONALD, ILLIG, JONES & BRITTON LLP | ATTN: NICHOLAS R. PAGLIARI | 100 STATE STREET | SUITE 700 | ERIE | PA | 16507-1459 | | 814-870-7754 | 814-454-4647 | NPAGLIARI@MIJB.COM |
| COUNSEL TO U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, IN ITS CAPACITY AS INDENTURE TRUSTEE | MASLON LLP | ATTN: CLARK T. WHITMORE, JASON M. REED, MICHAEL A. ROSOW | 90 SOUTH SEVENTH STREET, SUITE 3300 | | MINNEAPOLIS | MN | 55402 | | 612-672-8200 | 612-642-4800 | CLARK.WHITMORE@MASLON.COM JASON.REED@MASLON.COM MICHAEL.ROSOW@MASLON.COM |
| COUNSEL TO THE COUNTY OF REAL, TEXAS, THE COUNTY OF BOSQUE, TEXAS, MIDLAND CENTRAL APPRAISAL DISTRICT, THE COUNTY OF HILL, TEXAS | MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | ATTN: JULIE ANNE PARSONS OR LEGAL DEPARTMENT | P.O. BOX 1269 | | ROUND ROCK | TX | 78680-1269 | | 516-323-3241 | 512-3233205 | |
| COUNSEL TO COUNTY OF HAYS, TEXAS | MCCREARY, VESELKA, BRAGG, & ALLEN, P.C. | ATTN: JULIE ANNE PARSONS | 700 JEFFREY WAY | SUITE 100 | ROUND ROCK | TX | 78665 | | 512-323-3241 | 512-323-3205 | JPARSONS@MVBALAW.COM |
| COUNSEL TO HAWKINS PARNELL & YOUNG, LLP | MCNUTT LAW GROUP LLP | ATTN: SCOTT H. MCNUTT | 324 WARREN ROAD | | SAN MATEO | CA | 94402 | | 415-760-5601 | | SMCNUTT@ML-SF.COM |
| ADMINISTRATIVE AGENT UNDER CERTAIN OF THE DEBTORS' PREPETITION FUNDED DEBT FACILITIES ('ABL AGENT') | MIDCAP FUNDING IV TRUST | C/O MIDCAP FINANCIAL SERVICES, LLC, AS SERVICER | ATTN LEGAL GROUP | 7255 WOODMONT AVENUE | BETHESDA | MD | 20814 | | | | |
| COUNSEL TO MISSOURI DEPARTMENT OF REVENUE | MISSOURI DEPARTMENT OF REVENUE, General Counsel's Office | ATTN: STEVEN A. GINTHER | 301 W. High Street, Room 670 | P.O. BOX 475 | JEFFERSON CITY | MO | 65105-0475 | | 573-751-5531 | 573-751-7232 | SDNYECF@DOR.MO.GOV |
| COUNSEL TO CRYSTAL FINANCIAL LLC D/B/A SLR CREDIT SOLUTIONS; IN ITS CAPACITY AS ADMINISTRATIVE AGENT FOR THE SISO TERM LOAN | MORGAN LEWIS & BOCKIUS LLP | ATTN: SANDRA J. VREJAN, JULIA FROST-DAVIES & CHRISTOPHER L. CARTER | ONE FEDERAL STREET | | BOSTON | MA | 02110-1726 | | 617-591-8422; 617-341-7700 | 617-345-5054; 617-341-7701 | JULIA.FROST-DAVIES@MORGANLEWIS.COM SANDRA.VREJAN@MORGANLEWIS.COM CHRISTOPHER.CARTER@MORGANLEWIS.COM |
| COUNSEL TO CRYSTAL FINANCIAL LLC D/B/A SLR CREDIT SOLUTIONS | MORGAN, LEWIS & BOCKIUS LLP | ATTN: T. CHARLIE LIU | 101 PARK AVENUE | | NEW YORK | NY | 10178-0060 | | 212-309-6000 | 212-309-6001 | CHARLIE.LIU@MORGANLEWIS.COM |
| COUNSEL TO 200 PARK SOUTH ASSOCIATES, LLC | MORRISON COHEN LLP | ATTN: JOSEPH T. MOLDOVAN, DAVID J. KOZLOWSKI, SALLY SICONOLFI | 909 THIRD AVENUE | | NEW YORK | NY | 10022 | | 212-735-8600 | 212-735-8708 | JMOLDOVAN@MORRISONCOHEN.COM DKOZLOWSKI@MORRISONCOHEN.COM BANKRUPTCY@MORRISONCOHEN.COM |
| COUNSEL TO ALTER DOMUS (US) LLC, AS ADMINISTRATIVE AGENT FOR THE ABL TRANCHE B LENDERS | MUNGER, TOLLES & OLSON LLP | ATTN: THOMAS B. WALPER, JOHN W. BERRY, L. ASHLEY AULL | 350 SOUTH GRAND AVENUE, 50TH FLOOR | | LOS ANGELES | CA | 90071-3426 | | 213-683-9100 | | THOMAS.WALPER@MTO.COM JOHN.BERRY@MTO.COM ASHLEY.AULL@MTO.COM |
| STATE ATTORNEY GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY | 1850 M ST. NW 12TH FLOOR | | WASHINGTON | DC | 20036 | | 202-326-6025 | 202-331-1427 | KCORDRY@NAAG.ORG |
| COUNSEL TO COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE | OFFICE OF CHIEF COUNSEL | ATTN: CHRISTOS A. KATSAOUNIS | P.O. BOX 281061 | | HARRISBURG | PA | 17128-1061 | | (717) 346-4643 | (717) 772-1459 | RA-OCCBANKRUPTCY5@STATE.PA.US CKATSAOUNI@PA.GOV |
| STATE ATTORNEY GENERAL | OFFICE OF THE ATTORNEY GENERAL GUAM | ATTN: BANKRUPTCY DEPARTMENT | 590 S. MARINE CORPS DR. SUITE 901 | | TAMUNING | GU | 96913 | | 671-475-3324 | 671-472-2493 | |
| COUNSEL TO THE NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE | OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL | ATTN: LEO V. GAGION | 28 LIBERTY STREET, 17TH FLOOR | | NEW YORK | NY | 10005 | | 212-416-8592 | | LEO.GAGION@AG.NY.GOV |
| UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | OFFICE OF THE UNITED STATES TRUSTEE FOR REGION 2 | ATTN: BRIAN MASUMOTO, ESQ. | 1 BOWLING GRN STE 534 | | NEW YORK | NY | 10014-1459 | | 212-510-0500, 212-510-0539 | 212-668-2255 | BRIAN.MASUMOTO@USDOJ.GOV |
| COUNSEL TO JEFFERIES FINANCE LLC, IN ITS CAPACITY AS BRANDCO AGENT AND DIP AGENT | PAUL HASTINGS LLP | ATTN: KRISTOPHER S. VILLARREAL, ANDREW V. TENZER, SCOTT C. SHELLEY, WILL CLARK FARMER | 200 PARK AVENUE | | NEW YORK | NY | 10166 | | 212-318-6005; 212-318-6000 | 212-303-7005; 212-318-6100 | KRISVILLARREAL@PAULHASTINGS.COM ANDREWTENZER@PAULHASTINGS.COM SCOTTSHELLEY@PAULHASTINGS.COM WILLFARMER@PAULHASTINGS.COM |

In re: Revlon, Inc., *et al.*
Master Service List
Case No. 22-10760 (DSJ)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: PAUL M. BASTA, ALICE EATON, KYLE J. KIMPLER, ROBERT A. BRITTON, BRIAN BOLIN & JULIA HEASLEY | 1285 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10019 | | 212-310-8000 | 212-310-8007 | PBASTA@PAULWEISS.COM AEATON@PAULWEISS.COM KKIMPLER@PAULWEISS.COM RBRITTON@PAULWEISS.COM BBOLIN@PAULWEISS.COM JHEASLEY@PAULWEISS.COM |
| COUNSEL TO CERTAIN CLASS ACTION PLAINTIFFS | PEARSON, SIMON & WARSHAW, LLP | ATTN: MELISSA S. WEINER | 800 LASALLE AVENUE | SUITE 2150 | MINNEAPOLIS | MN | 55402 | | 612-389-0600 | 612-389-0610 | MWEINER@PSWLAW.COM |
| COUNSEL TO HARRIS COUNTY MUNICIPAL UTILITY DISTRICT # 358, HARRIS COUNTY WATER CONTROL AND IMPROVEMENT DISTRICT # 155, DICKINSON INDEPENDENT SCHOOL DISTRICT AND GALVESTON COUNTY MUNICIPAL UTILITY DISTRICT #54 | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: MELISSA E. VALDEZ | 1235 NORTH LOOP WEST | SUITE 600 | HOUSTON | TX | 77008 | | 713-862-1860 | 713-862-1429 | MVALDEZ@PBFCM.COM |
| COUNSEL TO BDP INTERNATIONAL, INC. | PEREZ MORRIS LLC | ATTN: MONY B.P. YIN | 140 BROADWAY, 46TH FLOOR | | NEW YORK | NY | 10005 | | 845-826-8070 | | MYIN@PEREZ-MORRIS.COM |
| COUNSEL TO SYMRISE, INC. | PORZIO, BROMBERG & NEWMAN, P.C. | ATTN: JOHN S. MAIRO, ESQ., DAVID E. SKLAR, ESQ. | 100 SOUTHGATE PARKWAY | | MORRISTOWN | NJ | 07962 | | 973-538-4006 | 973-538-5146 | JSMAIRO@PBNLAW.COM DESKLAR@PBNLAW.COM |
| COUNSEL TO TOTE RESOURCES, LLC | PRICE MEESE SHULMAN & D'ARMINIO, P.C. | ATTN: RICK A. STEINBERG, ESQ. | 50 TICE BOULEVARD, SUITE 380 | | WOODCLIFF LAKE | NJ | 07677- | | 201-391-3737 | 201-391-9360 | RSTEINBERG@PRICEMEESE.COM |
| COUNSEL TO MIDCAP FUNDING IV TRUST, IN ITS CAPACITY AS (I) ADMINISTRATIVE AGENT AND COLLATERAL AGENT UNDER THE DEBTORS' PREPETITION ASSET-BASED LENDING FACILITY, (II) AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT UNDER THE ABL DIP, AND (III) ABL DIP LENDER | PROSKAUER ROSE LLP | ATTN: CHARLES A. DALE | ONE INTERNATIONAL PLACE | | BOSTON | MA | 02110 | | 617-519-9600 | 617-519-9899 | CDALE@PROSKAUER.COM |
| COUNSEL TO MIDCAP FUNDING IV TRUST, IN ITS CAPACITY AS (I) ADMINISTRATIVE AGENT AND COLLATERAL AGENT UNDER THE DEBTORS' PREPETITION ASSET-BASED LENDING FACILITY, (II) AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT UNDER THE ABL DIP, AND (III) ABL DIP LENDER | PROSKAUER ROSE LLP | ATTN: STEVE Y. MA | 2029 CENTURY PARK EAST, SUITE 2400 | | LOS ANGELES | CA | 90067-3010 | | 310-557-2900 | 310-557-2193 | SMA@PROSKAUER.COM |
| COUNSEL TO MIDCAP FUNDING IV TRUST, IN ITS CAPACITY AS (I) ADMINISTRATIVE AGENT AND COLLATERAL AGENT UNDER THE DEBTORS' PREPETITION ASSET-BASED LENDING FACILITY, (II) AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT UNDER THE ABL DIP, AND (III) ABL DIP LENDER | PROSKAUER ROSE LLP | ATTN: VINCENT INDELICATO, ANDREW BETTWY, PHILIP A. KAMINSKI & MEGAN R. VOLIN | ELEVEN TIMES SQUARE | | NEW YORK | NY | 10036 | | 212-969-3000 | 212-969-2900 | VINDELICATO@PROSKAUER.COM ABETTWY@PROSKAUER.COM PKAMINSKI@PROSKAUER.COM MVOLIN@PROSKAUER.COM |
| COUNSEL TO WATTS GUERRA, LLP, ON BEHALF OF CERTAIN HAIR RELAXER CANCER CLAIMANTS ("WATTS GUERRA") | PRYOR CASHMAN LLP | ATTN: SETH H. LIEBERMAN AND ANDREW S. RICHMOND | 7 TIMES SQUARE | | NEW YORK | NY | 10036-6569 | | 212-421-4100 | 212-326-0806 | SLIEBERMAN@PRYORCASHMAN.COM ARICHMOND@PRYORCASHMAN.COM |
| COUNSEL TO AD HOC GROUP OF DISCHARGED-FOR-VALUE TERM LENDERS | QUINN EMANUEL URQUHART & SULLIVAN, LLP | ATTN: K. JOHN SHAFFER | 865 S. FIGUEROA ST., 10TH FLOOR | | LOS ANGELES | CA | 90017 | | 213-443-3000 | 213-443-3100 | JOHNSHAFFER@QUINNEMANUEL.COM |
| COUNSEL TO THE PUTATIVE 2016 TERM LOAN GROUP, AD HOC GROUP OF DISCHARGED-FOR-VALUE TERM LENDERS | QUINN EMANUEL URQUHART & SULLIVAN, LLP | ATTN: MICHAEL CARLINSKY, ROBERT LOIGMAN, BENJAMIN FINESTONE, ADAM M. ABENSOHN, ANIL MAKHIJANI, ZACHARY R. RUSSELL | 51 MADISON AVENUE | 22ND FLOOR | NEW YORK | NY | 10010 | | 212-849-7000 | 212-849-7100 | MICHAELCARLINSKY@QUINNEMANUEL.COM ROBERTLOIGMAN@QUINNEMANUEL.COM BENJAMINFINESTONE@QUINNEMANUEL.COM ADAMABENSOHN@QUINNEMANUEL.COM ANILMAKHIJANI@QUINNEMANUEL.COM ZACHARYRUSSELL@QUINNEMANUEL.COM |
| DEBTORS | REVLON, INC. | ATTN: GENERAL COUNSEL | 55 WATER ST. 43RD FLOOR | | NEW YORK | NY | 10041-0004 | | | | |
| COUNSEL TO BEAUTYGE II, LLC AND THE CERTAIN "BRANDCO" ENTITIES | ROPES & GRAY LLP | ATTN: RYAN PRESTON DAHL, BENJAMIN M. RHODE, KATHARINE E. SCOTT | 1211 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10036-8704 | | 212-596-9000 | 212-596-9090 | RYAN.DAHL@ROPESGRAY.COM BENJAMIN.RHODE@ROPESGRAY.COM KATHARINE.SCOTT@ROPESGRAY.COM |
| COUNSEL TO COLOMER | SAMBEAT ABOGADOS | ATTN: JOSE MARIA SAMBEAT, LAWYER | C/ MALLORCA, 272 – 276, 40 10A | | BARCELONA | | 08037 | SPAIN | +34 93 487 51 22 | +34 686 41 28 20 | SAMBEAT@SAMBEATLAW.COM |
| COUNSEL TO KROLL, LLC | SCHULTE ROTH & ZABEL LLP | ATTN: MICHAEL L. COOK | 919 THIRD AVENUE | | NEW YORK | NY | 10022 | | 212-756-2150; 917-331-7817 | 212-593-5955 | MICHAEL.COOK@SRZ.COM |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | ATTN: SECRETARY OF THE TREASURY | 100 F STREET, NE | | WASHINGTON | DC | 20549 | | 202-942-8088 | | SECBANKRUPTCY@SEC.GOV NYROBANKRUPTCY@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPARTMENT | BROOKFIELD PLACE | 200 VESEY STREET, SUITE 400 | NEW YORK | NY | 10281-1022 | | 212-336-1100 | | BANKRUPTCYNOTICESCHR@SEC.GOV |

In re: Revlon, Inc., *et al.*
Master Service List
Case No. 22-10760 (DSJ)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPT | ONE PENN CENTER | 1617 JFK BLVD, STE 520 | PHILADELPHIA | PA | 19103 | | 215-597-3100 | | SECBANKRUPTCY@SEC.GOV |
| COUNSEL TO WILMINGTON TRUST, NATIONAL ASSOCIATION IN ITS CAPACITY AS SUB-AGENT UNDER THE DIP CREDIT AGREEMENT | SEWARD & KISSEL LLP | ATTN: JOHN R. ASHMEAD, Gregg S. Bateman, Catherine LoTempio, ROBERT J. GAYDA, ANDREW J. MATOTT | ONE BATTERY PARK PLAZA | | NEW YORK | NY | 10004 | | 212-574-1200 | | ASHMEAD@SEWKIS.COM BATEMAN@SEWKIS.COM LOTEMPIO@SEWKIS.COM |
| COUNSEL TO SIMON PROPERTY GROUP, INC. AND ITS RELATED ENTITIES | SIMON PROPERTY GROUP, INC. | ATTN: RONALD M. TUCKER | 225 WEST WASHINGTON STREET | | INDIANAPOLIS | IN | 46204 | | 317-263-2346 | 317-263-7901 | RTUCKER@SIMON.COM |
| COUNSEL TO ANCOROTTI COSMETICS S.P.A. | SMITH, GAMBRELL & RUSSELL, LLP | ATTN: JOHN G. MCCARTHY, ALEXANDER BAU | 1301 AVENUE OF THE AMERICAS | 21ST FLOOR | NEW YORK | NY | 10019 | | 212-907-9700 | 212-907-9800 | JMCCARTHY@SGRLAW.COM SBAU@SGRLAW.COM |
| STATE ATTORNEY GENERAL | STATE OF ALABAMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | P.O. BOX 300152 | | MONTGOMERY | AL | 36130-0152 | | 334-242-7300 | 334-242-2433 | |
| STATE ATTORNEY GENERAL | STATE OF ALASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | P.O. BOX 110300 | | JUNEAU | AK | 99811-0300 | | 907-465-2133 | 907-465-2075 | ATTORNEY.GENERAL@ALASKA.GOV |
| STATE ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 2005 N CENTRAL AVE | | PHOENIX | AZ | 85004-2926 | | 602-542-5025 | 602-542-4085 | AGINFO@AZAG.GOV |
| STATE ATTORNEY GENERAL | STATE OF ARKANSAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 323 CENTER ST. | SUITE 200 | LITTLE ROCK | AR | 72201-2610 | | 501-682-2007; 800-482-8982 | 501-682-8084 | |
| STATE ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | P.O. BOX 944255 | | SACRAMENTO | CA | 94244-2550 | | 916-445-9555 | 916-323-5341 | BANKRUPTCY@COAG.GOV |
| STATE ATTORNEY GENERAL | STATE OF COLORADO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | RALPH L. CARR COLORADO JUDICIAL CENTER | 1300 BROADWAY 10TH FLOOR | DENVER | CO | 80203 | | 720-508-6000 | 720-508-6030 | |
| STATE ATTORNEY GENERAL | STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 55 ELM ST. | | HARTFORD | CT | 06106 | | 860-808-5318 | 860-808-5387 | ATTORNEY.GENERAL@CT.GOV |
| STATE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | CARVEL STATE OFFICE BLDG. | 820 N. FRENCH ST. | WILMINGTON | DE | 19801 | | 302-577-8338 | 302-577-6630 | ATTORNEY.GENERAL@STATE.DE.US |
| STATE ATTORNEY GENERAL | STATE OF FLORIDA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | THE CAPITOL PL 01 | | TALLAHASSEE | FL | 32399-1050 | | 850-414-3300 | 850-488-4872 | |
| STATE ATTORNEY GENERAL | STATE OF GEORGIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 40 CAPITAL SQUARE SW | | ATLANTA | GA | 30334-1300 | | 404-656-3300 | 404-657-8733 | |
| STATE ATTORNEY GENERAL | STATE OF HAWAII ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 425 QUEEN ST. | | HONOLULU | HI | 96813 | | 808-586-1500 | 808-586-1239 | HAWAIIAG@HAWAII.GOV |
| STATE ATTORNEY GENERAL | STATE OF IDAHO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 700 W. JEFFERSON STREET | P.O. BOX 83720 | BOISE | ID | 83720-1000 | | 208-334-2400 | 208-854-8071 | |
| STATE ATTORNEY GENERAL | STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 100 WEST RANDOLPH STREET | | CHICAGO | IL | 60601 | | 312-814-3000 | | WEBMASTER@ATG.STATE.IL.US |
| STATE ATTORNEY GENERAL | STATE OF INDIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | INDIANA GOVERNMENT CENTER SOUTH | 302 W. WASHINGTON ST. 5TH FLOOR | INDIANAPOLIS | IN | 46204 | | 317-232-6201 | 317-232-7979 | INFO@ATG.IN.GOV |
| STATE ATTORNEY GENERAL | STATE OF IOWA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 1305 E. WALNUT STREET | | DES MOINES | IA | 50319 | | 515-281-5164 | 515-281-4209 | WEBTEAM@AG.IOWA.GOV |
| STATE ATTORNEY GENERAL | STATE OF KANSAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 120 SW 10TH AVE. 2ND FLOOR | | TOPEKA | KS | 66612-1597 | | 785-296-2215; 888-428-8436 | 785-296-6296 | |
| STATE ATTORNEY GENERAL | STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 700 CAPITOL AVENUE SUITE 118 | | FRANKFORT | KY | 40601 | | 502-696-5300 | 502-564-2894 | |
| STATE ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | P.O. BOX 94095 | | BATON ROUGE | LA | 70804-4095 | | 225-326-6000 | 225-326-6499 | |
| STATE ATTORNEY GENERAL | STATE OF MAINE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 6 STATE HOUSE STATION | | AUGUSTA | ME | 04333 | | 207-626-8800 | | OAG.MEDIATION@MAINE.GOV |
| STATE ATTORNEY GENERAL | STATE OF MARYLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 200 ST. PAUL PLACE | | BALTIMORE | MD | 21202-2202 | | 410-576-6300 | | OAG@OAG.STATE.MD.US |
| STATE ATTORNEY GENERAL | STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | ONE ASHBURTON PLACE | | BOSTON | MA | 02108-1698 | | 617-727-2200 | | AGO@STATE.MA.US |
| STATE ATTORNEY GENERAL | STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | G. MENNEN WILLIAMS BUILDING 7TH FLOOR | 525 W. OTTAWA ST. P.O. BOX 30212 | LANSING | MI | 48909-0212 | | 517-373-1110 | 517-373-3042 | MIAG@MICHIGAN.GOV |
| COUNSEL TO MICHIGAN DEPARTMENT OF TREASURY | STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: JUANDISHA HARRIS | CADILLAC PLACE BUILDING | 3030 W. GRAND BLVD., STE. 10-200 | DETROIT | MI | 48202 | | 313-456-0140 | | HARRISJ12@MICHIGAN.GOV |
| STATE ATTORNEY GENERAL | STATE OF MINNESOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 1400 BREMER TOWER | 445 MINNESOTA STREET | ST. PAUL | MN | 55101-2131 | | 651-296-3353; 800-657-3787 | | |
| STATE ATTORNEY GENERAL | STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | WALTER SILLERS BUILDING | 550 HIGH STREET SUITE 1200 P.O. BOX 220 | JACKSON | MS | 39201 | | 601-359-3680 | | |
| STATE ATTORNEY GENERAL | STATE OF MISSOURI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | SUPREME COURT BUILDING | 207 W. HIGH ST. | JEFFERSON CITY | MO | 65102 | | 573-751-3321 | 573-751-0774 | ATTORNEY.GENERAL@AGO.MO.GOV |

In re: Revlon, Inc., *et al.*
Master Service List
Case No. 22-10760 (DSJ)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STATE ATTORNEY GENERAL | STATE OF MONTANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 215 N SANDERS THIRD FLOOR | PO BOX 201401 | HELENA | MT | 59620-1401 | | 406-444-2026 | 406-444-3549 | CONTACTDOJ@MT.GOV |
| STATE ATTORNEY GENERAL | STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 2115 STATE CAPITOL | 2ND FL RM 2115 | LINCOLN | NE | 68509-8920 | | 402-471-2683 | 402-471-3297 | AGO.INFO.HELP@NEBRASKA.GOV |
| STATE ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 100 NORTH CARSON STREET | | CARSON CITY | NV | 89701 | | 775-684-1100 | 775-684-1108 | |
| STATE ATTORNEY GENERAL | STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 33 CAPITOL ST. | | CONCORD | NH | 03301 | | 603-271-3658 | 603-271-2110 | ATTORNEYGENERAL@DOJ.NH.GOV |
| STATE ATTORNEY GENERAL | STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | RJ HUGHES JUSTICE COMPLEX | 25 MARKET STREET P.O. BOX 080 | TRENTON | NJ | 08625-0080 | | 609-292-4925 | 609-292-3508 | ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US |
| STATE ATTORNEY GENERAL | STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | P.O. DRAWER 1508 | | SANTA FE | NM | 87504-1508 | | 505-827-6000 | 505-827-5826 | |
| STATE ATTORNEY GENERAL | STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 9001 MAIL SERVICE CENTER | | RALEIGH | NC | 27699-9001 | | 919-716-6400 | 919-716-6750 | |
| STATE ATTORNEY GENERAL | STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | STATE CAPITOL | 600 E BOULEVARD AVE DEPT 125 | BISMARCK | ND | 58505-0040 | | 701-328-2210 | 701-328-2226 | NDAG@ND.GOV |
| STATE ATTORNEY GENERAL | STATE OF OHIO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 30 E. BROAD ST. 14TH FLOOR | | COLUMBUS | OH | 43215 | | 800-282-0515 | | |
| STATE ATTORNEY GENERAL | STATE OF OKLAHOMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 313 NE 21ST STREET | | OKLAHOMA CITY | OK | 73105 | | 405-521-3921 | 405-521-6246 | |
| STATE ATTORNEY GENERAL | STATE OF OREGON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 1162 COURT STREET NE | | SALEM | OR | 97301 | | 503-378-4400 | 503-378-4017 | CONSUMER.HOTLINE@DOJ.STATE.OR.US |
| STATE ATTORNEY GENERAL | STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | STRAWBERRY SQUARE | 16TH FLOOR | HARRISBURG | PA | 17120 | | 717-787-3391 | 717-787-3391 | |
| STATE ATTORNEY GENERAL | STATE OF RHODE ISLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 150 SOUTH MAIN STREET | | PROVIDENCE | RI | 02903 | | 401-274-4400 | | |
| STATE ATTORNEY GENERAL | STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | P.O. BOX 11549 | | COLUMBIA | SC | 29211-1549 | | 803-734-3970 | | |
| STATE ATTORNEY GENERAL | STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 1302 EAST HIGHWAY 14 | SUITE 1 | PIERRE | SD | 57501-8501 | | 605-773-3215 | 605-773-4106 | CONSUMERHELP@STATE.SD.US |
| STATE ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | CAPITOL STATION | PO BOX 12548 | AUSTIN | TX | 78711-2548 | | 512-475-4868 | 512-475-2994 | PUBLIC.INFORMATION@OAG.STATE.TX.US |
| STATE ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | PO BOX 142320 | | SALT LAKE CITY | UT | 84114-2320 | | 801-538-9600 | 801-538-1121 | UAG@UTAH.GOV |
| STATE ATTORNEY GENERAL | STATE OF VERMONT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 109 STATE ST. | | MONTPELIER | VT | 05609-1001 | | 802-828-3171 | 802-304-1014 | AGO.INFO@VERMONT.GOV |
| STATE ATTORNEY GENERAL | STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 900 EAST MAIN STREET | | RICHMOND | VA | 23219 | | 804-786-2071 | 804-225-4378 | |
| STATE ATTORNEY GENERAL | STATE OF WASHINGTON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 1125 WASHINGTON ST. SE | P.O. BOX 40100 | OLYMPIA | WA | 98504-0100 | | 360-753-6200 | | |
| STATE ATTORNEY GENERAL | STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | STATE CAPITOL BLDG 1 ROOM E 26 | | CHARLESTON | WV | 25305 | | 304-558-2021 | 304-558-0140 | CONSUMER@WVAGO.GOV |
| STATE ATTORNEY GENERAL | STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | WISCONSIN DEPARTMENT OF JUSTICE | STATE CAPITOL ROOM 114 EAST P.O. BOX 7857 | MADISON | WI | 53707-7857 | | 608-266-1221 | 608-267-2223 | |
| STATE ATTORNEY GENERAL | STATE OF WYOMING ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 123 CAPITOL BUILDING | 200 W. 24TH STREET | CHEYENNE | WY | 82002 | | 307-777-7841 | 307-777-6869 | |
| COUNSEL TO FLYWHEEL DIGITAL, LLC | STREUSAND, LANDON, OZBURN & LEMMON, LLP | ATTN: SABRINA L. STREUSAND | 1801 S. MOPAC EXPRESSWAY | SUITE 320 | AUSTIN | TX | 78746 | | 512-236-9900 | 512-236-9904 | STREUSAND@SLOLLP.COM |
| COUNSEL TO VARIOUS CLAIMANTS INJURED BY HAIR RELAXER PRODUCTS, MDL LEAD COUNSEL | STUTZMAN, BROMBERG, ESSERMAN & PLIFKA | ATTN: SANDER L. ESSERMAN, PETER C. D'APICE AND MICHAEL J. COLLINS | 2323 BRYAN STREET | SUITE 2200 | DALLAS | TX | 75201 | | 214-969-4900 | 214-969-4999 | ESSERMAN@SBEP-LAW.COM DAPICE@SBEP-LAW.COM COLLINS@SBEP-LAW.COM |
| COUNSEL TO TN DEPT OF REVENUE | TENNESSEE ATTORNEY GENERAL'S OFFICE | ATTN: BANKRUPTCY DIVISION | P.O. BOX 20207 | | NASHVILLE | TN | 37202-0207 | | 615-741-3491; 615-741-1935 | 615-741-3334 | AGBANKNEWYORK@AG.TN.GOV |
| COUNSEL TO GIVAUDAN FRAGRANCES CORP., CUSTOM ESSENCE LLC AND UNGERER & CO. | THOMPSON HINE LLP | ATTN: JONATHAN S. HAWKINS | DISCOVERY PLACE | 10050 INNOVATION DR. #400 | MIAMISBURG | OH | 45432 | | 937-443-6860 | 937-443-6635 | JONATHAN.HAWKINS@THOMPSONHINE.COM |
| COUNSEL TO MIMRAN GROUP INC. | TOGUT, SEGAL & SEGAL LLP | ATTN: FRANK A. OSWALD AND MINTA J. NESTER | ONE PENN PLAZA | SUITE 3335 | NEW YORK | NY | 10119 | | 212-594-5000 | 212-967-4258 | FRANKOSWALD@TEAMTOGUT.COM MNESTER@TEAMTOGUT.COM |
| INDENTURE TRUSTEE FOR THE DEBTORS' PREPETITION UNSECURED NOTES | U.S. BANK NATIONAL ASSOCIATION | ATTN: RICK PROKOSCH OR LEGAL DEPARTMENT | GLOBAL CORPORATE TRUST SERVICES | 60 LIVINGSTON AVENUE, EP-MN-WS3C | ST. PAUL | MN | 55107-2292 | | 651-466-6619 | 651-466-7430 | |
| STATE ATTORNEY GENERAL | UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | US DEPT OF JUSTICE | 950 PENNSYLVANIA AVE NW | WASHINGTON | DC | 20530-0001 | | | | |

*In re: Revlon, Inc., et al.*
Master Service List
Case No. 22-10760 (DSJ)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| UNITED STATES ATTORNEY'S OFFICE FOR THE SOUTHERN DISTRICT OF NEW YORK | US ATTORNEY FOR SOUTHERN DISTRICT OF NEW YORK | ATTN: BANKRUPTCY DIVISION | 86 CHAMBERS STREET | 3RD FLOOR | NEW YORK | NY | 10007 | | 212-637-2200- | 212-637-2685 | JEFFREY.OESTERICHER@USDOJ.GOV CARINA.SCHOENBERGER@USDOJ.GOV LAWRENCE.FOGELMAN@USDOJ.GOV PETER.ARONOFF@USDOJ.GOV LINDA.RIFFKIN@USDOJ.GOV |
| COUNSEL TO THE ELIZABETH TAYLOR COSMETICS COMPANY | VENABLE LLP | ATTN: CAROL WEINER (LEVY) | 1270 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020 | | 212-307-5500 | 212-307-5598 | CWLEVY@VENABLE.COM |
| COUNSEL TO MACANDREWS & FORBES HOLDINGS, INC. | WACHTELL, LIPTON, ROSEN & KATZ | ATTN: JOSHUA A. FELTMAN, ESQ. | 51 WEST 52ND STREET | | NEW YORK | NY | 10019-6150 | | 212-403-1000 | 212-403-2000 | JAFELTMAN@WLRK.COM |
| STATE ATTORNEY GENERAL | WASHINGTON DC ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 441 4TH STREET NW | | WASHINGTON | DC | 20001 | | 202-727-3400 | 202-347-8922 | OAG@DC.GOV |
| COUNSEL TO WESTROCK COMPANY AND ALL OF ITS SUBSIDIARIES AND AFFILIATES | WHITEFORD, TAYLOR & PRESTON LLP | ATTN: JAE WON HA, ESQ. | 3190 FAIRVIEW PARK DRIVE, SUITE 800 | | FALLS CHURCH | VA | 22042-4510 | | 703-259-6528 | 703-259-6523 | JHA@WTPLAW.COM |
| COUNSEL TO FIABILA USA, INC. | WILEY MALEHORN SIROTA & RAYNES | ATTN: JAMES M. MCCREEDY, KRISTIN V. HAYES | 250 MADISON AVENUE | | MORRISTOWN | NJ | 07960- | | 973-539-1313 | | JMCCREEDY@WMSRLAW.COM KVHAYES@WMSRLAW.COM |
| COUNSEL TO NIELSEN CONSUMER LLC | WILMER CUTLER PICKERING HALE AND DORR LLP | ATTN: BENJAMIN W. LOVELAND | 60 STATE STREET | | BOSTON | MA | 02109 | | 617-526-6000 | | BENJAMIN.LOVELAND@WILMERHALE.COM |
| COUNSEL TO NIELSEN CONSUMER LLC | WILMER CUTLER PICKERING HALE AND DORR LLP | ATTN: PHILIP D. ANKER | 7 WORLD TRADE CENTER | 250 GREENWICH STREET | NEW YORK | NY | 10007 | | 212-230-8800 | | PHILIP.ANKER@WILMERHALE.COM |